| Fotgill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Central District of California** |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**   *Check one:*
   - ☐ Chapter 7
   - ☑ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   **Oceanwide Plaza LLC**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   **68-0683629**
   EIN

5. **Debtor's address**

   **Principal place of business**
   **645 W. 9th Street, Unit 110-625**
   Number       Street

   **Los Angeles CA 90015-0000**
   City                State      Zip Code

   **Los Angeles**
   County

   **Mailing address, if different**
   **645 W. 9th Street, Unit 110-625**
   Number       Street

   P.O. Box
   **Los Angeles CA 90015-0000**
   City                State      Zip Code

   **Location of principal assets, if different from principal place of business**
   **1101 S. FLOWER STREET**
   Number       Street

   **Los Angeles CA 90015-0000**
   City                State      Zip Code

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

Debtor  **Oceanwide Plaza LLC**    Case number *(if known)*

- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____
Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

**Part 3:  Report About the Case**

**10. Venue**  *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**
Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No
☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Lendlease (US) Construction Inc. | Uncontroverted Prejudgment Contractual Interest | $2512743 |
| Standard Drywall, Inc. | Stipulation Agreement | $83385 |
| Star Hardware, Inc. | Stipulation Agreement | $396912.92 |
| Woodbridge Glass Inc. | Stipulation Agreement | $675342.78 |
| Mitsubishi Electric US, Inc. | Stipulation Agreement | $637508 |
| | Total of petitioners' claims | $4305891.70 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

| Debtor | **Oceanwide Plaza LLC** | Case number *(if known)* | |
|---|---|---|---|

### Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner
**Lendlease (US) Construction Inc.**
Name

**200 Park Ave., 9th Floor**
Number    Street
**New York NY 10166-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any
**Mark Biancucci, Director**
Name

**200 Park Ave., 9th Floor**
Number    Street
**New York NY 10166-0000**
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    02/13/2024
                MM / DD / YYYY

/s/ Mark Biancucci

Signature of petitioner or representative, including representative's title

**Sara Chenetz**
Printed name

**Perkins Coie LLP**
Firm name, if any
**1888 Century Park East, Suite 1700**
Number    Street
**Los Angeles CA 90067-1721**
City    State    Zip Code
Contact phone   **310-788-9900**   Email   schenetz@perkinscoie.com

Bar number   **CA 206936**

State   **CA**

/s/ Sara Chenetz
Signature of attorney
Date signed   02/13/2024
              MM / DD / YYYY

---

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner
**Standard Drywall, Inc.**
Name

**3100 Palisades Drive**
Number    Street
**Corona CA 92880-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any
**Blaine Caya, Vice President**
Name

**3100 Palisades Drive**
Number    Street
 Corona CA 92880
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    02/13/2024
                MM / DD / YYYY

/s/ Blaine Caya

Signature of petitioner or representative, including representative's title

**Nowell A. Lantz**
Printed name

**Finch, Thornton & Baird, LLP**
Firm name, if any
**4747 Executive Drive, Suite 700**
Number    Street
**San Diego CA 92121-0000**
City    State    Zip Code
Contact phone   **858-737-3100**   Email   nlantz@ftblaw.com

Bar number   **CA 235822**

State   **CA**

/s/ Nowell A. Lantz
Signature of attorney
Date signed   02/13/2024
              MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

Debtor **Oceanwide Plaza LLC**     Case number *(if known)*

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Star Hardware, Inc.**
Name

**201 Ponderosa Avenue**
Number    Street
**Ontario CA 91762-0000**
City        State      Zip Code

**Name and mailing address of petitioner's representative, if any**
**Charlie Reynoso, Chief Executive Officer**
Name

**201 Ponderosa Avenue**
Number    Street
**Ontario CA 91762-0000**
City        State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    02/13/2024
               MM / DD / YYYY

/s/ Charlie Reynoso
Signature of petitioner or representative, including representative's title

## Attorneys

**Chelsea Zwart**
Printed name

**Chapman Glucksman**
Firm name, if any
**11900 West Olympic Blvd., Suite 800**
Number    Street
**Los Angeles CA 90047-0000**
City        State      Zip Code
Contact phone    **310-207-7722**    Email    czwart@cgdrlaw.com

Bar number    **CA 305951**

State    **CA**

/s/ Chelsea Zwart
Signature of attorney
Date signed    02/13/2024
               MM / DD / YYYY

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Woodbridge Glass Inc.**
Name

**14321 MYFORD RD**
Number    Street
**Tustin CA 92780-0000**
City        State      Zip Code

**Name and mailing address of petitioner's representative, if any**
**Jeff Siciliani, Vice President**
Name

**14321 MYFORD RD**
Number    Street
**Tustin CA 92780-0000**
City        State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    02/13/2024
               MM / DD / YYYY

/s/ Jeff Siciliani
Signature of petitioner or representative, including representative's title

## Attorneys

**Richard Golubow**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name, if any
**1301 Dove St, Ste 500**
Number    Street
**Newport Beach CA 92660-2467**
City        State      Zip Code
Contact phone    **949-720-4135**    Email    rgolubow@wghlawyers.com

Bar number    **CA 160434**

State    **CA**

/s/ Richard Golubow
Signature of attorney
Date signed    02/13/2024
               MM / DD / YYYY

Debtor **Oceanwide Plaza LLC**      Case number *(if known)* _____

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**
**Mitsubishi Electric US, Inc.**
Name

**5900-A KATELLA AVENUE**
Number    Street
**Cypress**      **CA**      **90630-0000**
City      State      Zip Code

**Name and mailing address of petitioner's representative, if any**
**Erik Zommers, Senior Vice President, General Manager**
Name

**5900-A Katella Avenue**
Number    Street
**Cypress**      **CA**      **90630-0000**
City      State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    02/13/2024
                 MM / DD / YYYY

     /s/ Erik Zommers
Signature of petitioner or representative, including representative's title

**Rosemary Nunn**
Printed name

**Procopio, Cory, Hargreaves & Savitch LLP**
Firm name, if any
**200 Spectrum Center Drive, Suite 1650**
Number    Street
**Irvine**      **CA**      **92618-0000**
City      State      Zip Code
Contact phone    **949-705-0657**    Email    **Rosemary.Nunn@procopio.com**

Bar number    **CA 192248**

State    **CA**

   /s/ Rosemary Nunn
Signature of attorney
Date signed    02/13/2024
               MM / DD / YYYY