**FILED & ENTERED**

**FEB 15 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

OCEANWIDE PLAZA LLC,

          Involuntary Debtor.

Case No. 2:24-bk-11057-DS

Chapter 11

**ORDER TO SHOW CAUSE REGARDING DISMISSAL OF INVOLUNTARY CASE**

<u>Hearing</u>:
Date:    March 28, 2024
Time:    11:30 AM
Place:   via Zoom for Government

TO PETITIONING CREDITOR(S):

ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED that you must appear on <u>March 28, 2024 at 11:30</u> a.m. via Zoom for Government, to show cause and explain why an order dismissing this involuntary bankruptcy case should not be entered.

IT IS FURTHER ORDERED that the courtroom will be closed to the public and the hearing will be held via Zoom for Government, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. Connection information for this hearing will be posted on the court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. More information on using Zoom for Government to participate in this hearing is available on the Court's website at the

following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

IT IS FURTHER ORDERED that, no later than <u>March 14, 2024</u> you must file a written response explaining why the petition for involuntary bankruptcy should not be dismissed. The written response must include a statement, under penalty of perjury, of the basis of your alleged claim against the purported debtor.

IT IS FURTHER ORDERED that all petitioning creditors must appear at the hearing and establish to this court's satisfaction that this is a bona fide case. If any petitioning creditor fails to appear, fails to file a written response, or fails to comply with Local Bankruptcy Rule 1010-1, the case will be dismissed.

###

Date: February 15, 2024

Deborah J. Saltzman
United States Bankruptcy Judge