GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN 89291)
steinbergh@gtlaw.com
Eric V. Rowen (SBN 106234)
rowene@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for L.A. Downtown Investment LP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In Re | CASE NO. 2:24-bk-11057-DS |
| Oceanwide Plaza LLC, | Chapter 11 |
| Debtor. | **EXHIBIT 11 TO DECLARATION OF ERIC V. ROWEN IN SUPPORT OF L.A. DOWNTOWN INVESTMENT LP'S MOTION FOR RELIEF FROM STAY** |
| | DATE:  April 25, 2024<br>TIME:  2:00 p.m.<br>DEPT:  Ctrm 1634/Via Zoom<br>255 East Temple Street<br>Los Angeles, CA 90012 |

EXHIBIT 11

Español  Tiếng Việt  한국어  中文  հայերեն

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

Search

| Home | Online Services | Forms, Filings & Files | Self-Help | Divisions | Jury | General Info |
|------|-----------------|------------------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records ... | Forms, Filing Fees... | For persons without attorneys | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS

English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Case Number: 19STCV03357
WEBCOR CONSTRUCTION, LP, A CALIFORNIA LIMITED PARTNERSHIP VS LENDLEASE (US) CONSTRUCTION, INC., A FLORIDA CORPORATION

Filing Courthouse:  Spring Street Courthouse

Filing Date: 01/31/2019
Case Type:  Contract/Warranty Breach - Seller Plaintiff (no fraud/negligence) (General Jurisdiction)
Status: Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Related: 19STCV27946 on 08/27/2019

Related: 19STCV19167 on 08/27/2019

Related: 19STCV28063 on 08/27/2019

Related: 19STCV24347 on 08/27/2019

Related: 19STCV28703 on 09/09/2019

Related: 19STCV30916 on 09/09/2019

Related: 19STCV27946 on 10/11/2019

Related: 19STCV24347 on 10/11/2019

Related: 19STCV19167 on 10/11/2019

Related: 19STCV32112 on 10/11/2019

Related: 19STCV28703 on 10/11/2019

Related: 19STCV28063 on 10/11/2019

Related: 19STCV42283 on 12/06/2019

Related: 20STCV05020 on 02/25/2020

Related: 20STCV11335 on 06/11/2020

Related: 20STCV13374 on 06/11/2020

Related: 20STCV13646 on 06/11/2020

Related: 20STCV01887 on 06/11/2020

Related: 19STCV22183 on 06/11/2020

Related: 20STCV13074 on 06/11/2020

Related: 20STCV20785 on 06/17/2020

Related: 20STCV20642 on 06/17/2020

Related: 20STCV20757 on 06/17/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV23227 on 07/14/2020

Related: 20STCV26817 on 08/14/2020

Related: 20STCV18563 on 08/14/2020

Related: 20STCV28272 on 08/26/2020

Related: 20STCV29459 on 08/26/2020

Related: 20STCV28240 on 08/26/2020

Related: 20STCV32733 on 09/21/2020

Related: 20STCV34840 on 10/07/2020

Related: 20STCV37800 on 11/24/2020

Related: 20STCV47808 on 12/23/2020

Related: 20STCV46046 on 03/19/2021

Related: 20STCV49694 on 03/19/2021

Related: 21STCV09007 on 04/08/2021

Related: 21STCV05556 on 04/08/2021

Consolidation: 21STCV05556 on 08/18/2021

Consolidation: 21STCV09007 on 08/18/2021

Consolidation: 19STCV19167 on 08/18/2021

Consolidation: 19STCV22183 on 08/18/2021

Consolidation: 19STCV24347 on 08/18/2021

Consolidation: 19STCV27946 on 08/18/2021

Consolidation: 19STCV28063 on 08/18/2021

Consolidation: 19STCV28703 on 08/18/2021

Consolidation: 19STCV30916 on 08/18/2021

Consolidation: 19STCV32112 on 08/18/2021

Consolidation: 19STCV42283 on 08/18/2021

Consolidation: 20STCV01887 on 08/18/2021

Consolidation: 20STCV05020 on 08/18/2021

Consolidation: 20STCV11335 on 08/18/2021

Consolidation: 20STCV13074 on 08/18/2021

Consolidation: 20STCV13374 on 08/18/2021

Consolidation: 20STCV13646 on 08/18/2021

Consolidation: 20STCV18563 on 08/18/2021

Consolidation: 20STCV20642 on 08/18/2021

Consolidation: 20STCV20757 on 08/18/2021

Consolidation: 20STCV20785 on 08/18/2021

Consolidation: 20STCV23227 on 08/18/2021

Consolidation: 20STCV26817 on 08/18/2021

Consolidation: 20STCV28240 on 08/18/2021

Consolidation: 20STCV28272 on 08/18/2021

Consolidation: 20STCV29459 on 08/18/2021

Consolidation: 20STCV32733 on 08/18/2021

Consolidation: 20STCV34840 on 08/18/2021

Consolidation: 20STCV37800 on 08/18/2021

Consolidation: 20STCV46046 on 08/18/2021

Consolidation: 20STCV47808 on 08/18/2021

Consolidation: 20STCV49694 on 08/18/2021

Related: 21STCV42277 on 01/19/2022

Related: 21STCV42277 on 01/19/2022

Related: 21STCV41366 on 01/19/2022

Related: 21STCV41366 on 01/19/2022

Related: 21STCV41369 on 01/19/2022

Related: 21STCV41369 on 01/19/2022

Related: 21STCV42154 on 01/19/2022

Related: 21STCV42277 on 01/19/2022

Related: 21STCV42277 on 01/19/2022

Related: 21STCV42154 on 01/19/2022

Related: 21STCV42154 on 01/19/2022

Related: 21STCV42154 on 01/19/2022

Related: 21STCV41369 on 01/19/2022

Consolidation: 21STCV42154 on 02/10/2022

Consolidation: 21STCV41369 on 02/10/2022

Consolidation: 21STCV42277 on 02/10/2022

Related: 21STCV12580 on 08/19/2022

Related: 21STCV12580 on 08/19/2022

Related: 22STCV12580 on 08/19/2022

Related: 22STCV18167 on 03/22/2023

Related: 22STCV23903 on 03/22/2023

Related: 22STCV17865 on 04/10/2023

Related: 22STCV17865 on 04/10/2023

Related: 22STCV33793 on 06/05/2023

Related: 22STCV33793 on 06/05/2023

Related: 23STCV04354 on 07/03/2023

Related: 23STCV04354 on 07/03/2023

Related: 23STCV13428 on 10/24/2023

Related: 23STCV13428 on 10/24/2023

Related: 23STCV26765 on 11/15/2023

Related: 23STCV26765 on 11/15/2023

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

06/24/2024 at 08:30 AM in Department 10 at 312 North Spring Street, Los Angeles, CA 90012

07/10/2024 at 09:00 AM in Department 10 at 312 North Spring Street, Los Angeles, CA 90012
Non-Appearance Case Review

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

A - A   B - B   C - C   D - E   F - G   H - J   K - K   L - L   M - M   N - O   P - P   R - S   T - T   W - W   X - Y   Z - Z

ABRAMSON JOE R - Attorney for Non-Party

ABRAMSON JOE R - Attorney for Plaintiff

ACCO ENGINEERED SYSTEM INC. - Defendant

ACCO ENGINEERED SYSTEMS INC - Defendant

ACCO ENGINEERED SYSTEMS INC. - Defendant

ACCO ENGINEERED SYSTEMS INC. - Defendant

ACCO ENGINEERED SYSTEMS INC. - Defendant

ACCO ENGINEERED SYSTEMS INC. - Defendant

ACCO ENGINEERED SYSTEMS INC. - Defendant

ACCO ENGINEERED SYSTEMS INC. - Defendant

ACCO ENGINEERED SYSTEMS INC. A CALIFORNIA CORPLORATION - Defendant

ACCO ENGINEERED SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

ACCO ENGINEERED SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

ACCO ENGINEERED SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

ACCO ENGINEERED SYSTEMS INC. DOE 17 - Respondent

ACCO ENGINEERED SYSTEMS INC. DOE 17 - Defendant

ACCO ENGINEERED SYSTEMS INC. DOE 17 - Cross-Complainant

ACCO ENGINEEREED SYSTEMS INC. - Defendant

ACE ATTORNEY SERVICE INC. - Non-Party

ADLER MATTHEW - Attorney for Defendant

ADLER MATTHEW J - Attorney for Defendant

ADLER MATTHEW J - Attorney for Defendant

ADLER MATTHEW J - Attorney for Defendant

ADLER MATTHEW J - Attorney for Defendant

ADVANCED CABLE SOLUTIONS A CALIFORNIA CORPORATION - Defendant

ADVANCED CABLE SOLUTIONS INC - Defendant

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. - Plaintiff

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. - Respondent

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. - Defendant

ADVANCED CABLE SOLUTIONS INC. A CALIFORNIA CORPORATION - Defendant

ADVANCED CABLE SOLUTIONS INC. A CALIFORNIA CORPORATION - Plaintiff

ADVANCED CABLE SOLUTIONS INC. A CALIFORNIA CORPORATION - Defendant

ADVANCED CABLE SOLUTIONS INC.. A CALIFORNIA CORPORATION - Defendant

ALAMILLO REAR INC. A CALIFORNIA CORPORATION - Defendant

ALAMILLO REAR INC. A CALIFORNIA CORPORATION - Defendant

ALAMILLO REBAR INC - Defendant

ALAMILLO REBAR INC. - Defendant

ALAMILLO REBAR INC. - Defendant

ALAMILLO REBAR INC. - Defendant

ALAMILLO REBAR INC. - Plaintiff

ALAMILLO REBAR INC. - Defendant

ALAMILLO REBAR INC. - Defendant

ALAMILLO REBAR INC. - Defendant

ALAMO REBAR INC. A CALIFORNIA CORPORATION - Defendant

ALSTON & BIRD LLP - Plaintiff

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION - Defendant

AMERICAN STAIR CORPORATION A CALIFORNIA CORPORATION - Defendant

AMERICAN STAIR CORPORATION AN ILLINOIS CORPORATION - Defendant

AMERICAN STAIR CORPORATION AN ILLINOIS CORPORATION - Plaintiff

AMUCHIE ALLINA - Attorney for Plaintiff

ANNING-JOHNSON COMPANY - Defendant

ANNING-JOHNSON COMPANY - Defendant

ANNING-JOHNSON COMPANY A DELAWARE CORPORATION - Defendant

ANNING-JOHNSON COMPANY A DELAWARE CORPORATION - Defendant

APANIAN MILENE C ESQ. - Attorney for Plaintiff

APANIAN MILENE C. - Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A-A  B-B  C-C  D-E  F-G  H-J  K-K  L-L  M-M  N-O  P-R  S-T  T-W  W-W  X-Y  Z-Z

BABKO METAL INC A CALIFORNIA CORPORATION - Defendant

BABKO METAL INC. - Defendant

BABKO METAL INC. - Defendant

BABKO METAL INC. A CALIFORNIA CORPORATION - Defendant

BACKUS STEPHEN - Attorney for Defendant

BACKUS STEPHEN LEONARD - Attorney for Plaintiff

BAKER MICHAEL - Attorney for Plaintiff

BAPKO METAL INC - Defendant

BAPKO METAL INC. - Defendant

BAPKO METAL INC. - Defendant

BAPKO METAL INC. - Defendant

BAPKO METAL INC. - Defendant

BAPKO METAL INC. - Defendant

BAPKO METAL INC. - Defendant

BAPKO METAL INC. A CALIFORNIA CORPORATION - Defendant

BAPKO METAL INC. A CALIFORNIA CORPORATION - Defendant

BAPKO METAL INC.DOE 18 - Cross-Complainant

BAPKO METAL INC.DOE 18 - Respondent

BAPKO METAL INC.DOE 18 - Defendant

BARRON ANTHONY JAMES - Attorney for Defendant

BATES JAMES WILLIAM - Attorney for Plaintiff

BATES JAMES WILLIAM - Attorney for Non-Party

BIGGE CRANE AND RIGGING CO. - Non-Party

BLACKINTON HEATHER NICOLE - Attorney for Plaintiff

BLANCHARD PHIL - Attorney for Defendant

BLANCHARD PHIL - Attorney for Defendant

BLANCHARD PHILIP JAMES - Attorney for Defendant

BLOETSCHER ABBY L. - Attorney for Respondent

BUTLER KEITH EDWARD - Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

CALLISONRTKL INC - Defendant

CALLISONRTKL INC. - Defendant

CALLISONRTKL INC. - Defendant

CANTOR DANIEL ABRAHAM - Attorney for Cross-Defendant

CARLIN KEVIN R. - Attorney for Plaintiff

CFM INC. - Defendant

CHICAGO TITLE INSURANCE COMPANY - Cross-Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Respondent

CHICAGO TITLE INSURANCE COMPANY - Cross-Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Cross-Complainant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY - Defendant

CHICAGO TITLE INSURANCE COMPANY A FLORIDA CORPORATION - Defendant

CHICAGO TITLE INSURANCE COMPANY A FLORIDA CORPORATION - Defendant

CHICAGO TITLE INSURANCE COMPANY A FLORIDA CORPORATION - Defendant

CHICAGO TITLE INSURANCE COMPANY A FLORIDA CORPORATION 20STCV18563 - Defendant

CHICAGO TITLE INSURANCE COMPANY [DOE 22] - Defendant

CHUTE SYSTEMS LLC - Defendant

CHUTE SYSTEMS LLC - Defendant

CHUTE SYSTEMS LLC A NEVADA LIMITED LIABILITY COMPANY - Defendant

CHUTE SYSTEMS LLC A NEVADA LIMITED LIABILITY COMPANY - Defendant

CLIMATEC LLC - Plaintiff

CLIMATEC LLC - Defendant

CLIMATEC LLC - Defendant

CLIMATEC LLC - Defendant

CLIMATEC LLC - Defendant

CLIMATEC LLC - Defendant

CLIMATEC LLC - Defendant

CLIMATEC LLC - Defendant

CLIMATEC LLC AN ARIZONA LIMITED LIABILITY COMPANY - Defendant

CLIMATEC LLC AN ARIZONA LIMITED LIABILITY COMPANY - Defendant

CMF INC - Defendant

CMF INC. - Defendant

CMF INC. - Plaintiff

CMF INC. - Defendant

CMF INC. - Defendant

CMF INC. - Defendant

CMF INC. - Defendant

CMF INC. A CALIFORNIA CORPORATION - Defendant

CMF INC. A CALIFORNIA CORPORATION - Defendant

CMF INC. A CALIFORNIA CORPORATION - Defendant

COMCEPCION WESLEY - Non-Party

COMET ELECTRIC INC. - Defendant

COMET ELECTRIC INC. - Defendant

COMET ELECTRIC INC. - Plaintiff

COMET ELECTRIC INC. - Non-Party

COMET ELECTRIC INC. - Defendant

CONTINENTAL MARBLE & TILE COMPANY - Defendant

CONTINENTAL MARBLE AND TILE COMPANY - Defendant

CONTINENTAL MARBLE AND TILE COMPANY - Defendant

CONTINENTAL MARBLE AND TILE COMPANY - Defendant

CONTINENTAL MARBLE AND TILE COMPANY - Defendant

CONTINENTAL MARBLE AND TILE COMPANY - Defendant

CONTINENTAL MARBLE AND TILE COMPANY A CALIFORNIA CORPORATION - Defendant

CONTINENTAL MARBLE AND TILE COMPANY A CALIFORNIA CORPORATION - Plaintiff

CONTINENTAL MARBLE AND TILE COMPANY A CALIFORNIA CORPORATION - Defendant

COSSO DENNIS - Attorney for Attorney

COSSO DENNIS GEORGE - Attorney for Defendant

CREYAUFMILLER TIMOTHY - Attorney for Attorney

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

DEPARTMENT OF LOS ANGELES TREASURER AND TAX COLLECTOR COUNTY OF LOS ANGELES DOE 9 - Defendant

DEPARTMENT OF LOS ANGELES TREASURER COUNTY OF LOS ANGELES - Defendant

DILL MATTHEW - Attorney for Defendant

DOES 1 THROUGH 50 - Defendant

DOWNTOWN INVESTMENT LP A CALIFORNIA LIMITED PARTNERSHIP - Defendant

ELIOPOULOS WILLIAM - Attorney for Defendant

ELIOPOULOS WILLIAM - Attorney for Defendant

ELIOPOULOS WILLIAM - Attorney for Defendant

ELIOPOULOS WILLIAM T. - Attorney for Plaintiff

ELIOPOULOS WILLIAM THEODORE - Attorney for Defendant

ELIOPOULOS WILLIAM THEODORE - Attorney for Defendant

ELIOPOULOS WILLIAM THEODORE - Attorney for Defendant

EMSER TILE - Defendant

EMSER TILE LLC - Defendant

EMSER TILE LLC - Defendant

EMSER TILE LLC - Defendant

EMSER TILE LLC - Defendant

EMSER TILE LLC - Defendant

EMSER TILE LLC - Defendant

EMSER TILE LLC A CALIFORNIA LIMITED LIABILITY COMPANY - Defendant

EMSER TILE LLC. A CALIFORNIA LIMITED LIABILITY COMPANY - Defendant

ENCLOS CORP - Defendant

ENCLOS CORP - Defendant

ENCLOS CORP - Defendant

ENCLOS CORP A MINNESOTA CORPORATION - Plaintiff

ENCLOS CORP. - Defendant

ENCLOS CORP. - Defendant

ENCLOS CORP. - Defendant

ENCLOS CORP. - Cross-Defendant

ENCLOS CORP. - Cross-Defendant

ENCLOS CORP. - Defendant

ENCLOS CORP. - Defendant

ENCLOS CORP. A MINNESOTA CORPORATION - Defendant

ENCLOS CORP. A MINNESOTA CORPORATION - Defendant

ENENSTEIN PHAM GLASS & RABBAT LLP - Non-Party

ERNST DAVID - Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

FETZER'S INC. - Defendant

FETZER'S INC. - Defendant

FETZER'S INC. - Defendant

FETZER'S INC. - Defendant

FETZER'S INC. A UTAH CORPORATION - Defendant

FETZERS INC. - Defendant

FETZERS INC. A CALIFORNIA CORPORATION - Defendant

FETZERS INC. A UTAH CORPORATION - Defendant

FETZERS' INC. - Defendant

FETZERS' INC. - Defendant

FETZERS' INC. - Plaintiff

FOUST JOHN ARTHUR JR - Attorney for Defendant

FOUST JOHN ARTHUR JR - Attorney for Defendant

GELB PAUL M - Attorney for Defendant

GELB PAUL M. - Attorney for Plaintiff

GHAZARYAN PARUYR - Attorney for Defendant

GOLD OLIVER MURRAY - Attorney for Cross-Defendant

GOODMAN HOWARD - Attorney for Plaintiff

GRANT DAVID C. - Attorney for Defendant

GROSSBART KENNETH S. - Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

HANOVER JOHN D. - Attorney for Defendant

HANOVER JOHN DAVID - Attorney for Cross-Defendant

HEALY KEVIN - Attorney for Defendant

HERMOSO PAOLO - Attorney for Non-Party

HOLBROOK E. SCOTT JR. - Attorney for Plaintiff

J. T. WIMSATT CONTRACTING CO. INC. - Defendant

J. T. WIMSATT CONTRACTING CO. INC. A CALIFORNIA CORPORATION - Defendant

J.T. WIMSATT CONTRACTING CO - Defendant

J.T. WIMSATT CONTRACTING CO. INC. - Defendant

J.T. WIMSATT CONTRACTING CO. INC. - Defendant

J.T. WIMSATT CONTRACTING CO. INC. - Defendant

J.T. WIMSATT CONTRACTING COMPANY INC. - Plaintiff

J.T. WIMSATT CONTRACTING COMPANY INC. - Defendant

J.T. WIMSATT CONTRACTING COMPANY INC. - Defendant

J.T. WIMSATT CONTRACTING COMPANY INC. A CALIFORNIA CORPORATION - Defendant

J.T. WIMSATT CONTRACTING COMPANY INC. A CALIFORNIA CORPORATION - Defendant

JAIN ANITA - Attorney for Defendant

JOHNSON CONTROLS - Defendant

JOHNSON CONTROLS AN UNKNOWN ENTITY - Defendant

JOHNSON CONTROLS FIRE PROTECTION L.P. - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Plaintiff

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Respondent

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP A DELAWARE LIMITED PARTNERSHIP - Defendant

JOHNSON CONTROLS FIRE PROTECTION LP. A CALIFORNIA CORPORATION - Defendant

JOHNSON CONTROLS INC. - Defendant

JOHNSON CONTROLS LP - Defendant

JONES-MCKEOWN MEREDITH ANNE - Attorney for Cross-Defendant

JT WIMSATT CONTRACTING COMPANY INC. A CALIFORNIA CORPORATION - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

KAMRAM AND COMPANY INC. - Defendant

KAMRAM AND COMPANY INC. A CALIFORNIA CORPORATION - Defendant

KAMRAN AND COMPANY INC - Defendant

KAMRAN AND COMPANY INC. - Defendant

KAMRAN AND COMPANY INC. - Plaintiff

KAMRAN AND COMPANY INC. - Defendant

KAMRAN AND COMPANY INC. - Defendant

KAMRAN AND COMPANY INC. - Defendant

KAMRAN AND COMPANY INC. - Defendant

KAMRAN AND COMPANY INC. - Defendant

KAMRAN AND COMPANY INC. A CALIFORNIA CORPORATION - Defendant

KAMRAN AND COMPANY INC. A CALIFORNIA CORPORATION - Defendant

KAPLAN SANDY MITCHELL - Attorney for Cross-Complainant

KARCHER INTERIOR SYSTEMS INC - Defendant

KARCHER INTERIOR SYSTEMS INC. - Defendant

KARCHER INTERIOR SYSTEMS INC. - Defendant

KARCHER INTERIOR SYSTEMS INC. - Plaintiff

KARCHER INTERIOR SYSTEMS INC. - Defendant

KARCHER INTERIOR SYSTEMS INC. - Defendant

KARCHER INTERIOR SYSTEMS INC. - Defendant

KARCHER INTERIOR SYSTEMS INC. - Defendant

KARCHER INTERIOR SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

KARCHER INTERIOR SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

KARCHER INTERIOR SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

KNUDSEN KATHERINE M - Attorney for Defendant

KNUDSEN KATHERINE M. - Attorney for Defendant

KORNBLATT SARA H - Attorney for Plaintiff

KORNBLATT SARA H. - Attorney for Defendant

KORNBLATT SARA HILARY - Attorney for Defendant

KOVACH BUILDING ENCLOSURES LLC - Defendant

KOVACH ENCLOSURE SYSTEMS INC. - Defendant

KOVACH ENCLOSURE SYSTEMS LLC - Defendant

KOVACH ENCLOSURE SYSTEMS LLC - Defendant

KOVACH ENCLOSURE SYSTEMS LLC - Defendant

KOVACH ENCLOSURE SYSTEMS LLC - Plaintiff

KOVACH ENCLOSURE SYSTEMS LLC - Defendant

KOVACH ENCLOSURE SYSTEMS LLC - Non-Party

KOVACH ENCLOSURE SYSTEMS LLC - Defendant

KOVACH ENCLOSURE SYSTEMS LLC - Defendant

KOVACH ENCLOSURE SYSTEMS LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

KOVACH ENCLOSURE SYSTEMS LLC. A DELAWARE LIMITED LIABILITY COMPANY - Defendant

KOVACH ENCLOSURE SYSTEMS LLC. A DELAWARE LIMITED LIABILITY COMPANY - Defendant

KOVACH LLC - Defendant

KOVACH LLC AKA KOVACH BUILDING ENCLOSURES LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

KOVACH LLC DBA KOVACH BUILDING ENCLOSURES A DELAWARE LIMITED LIABILITY COMPANY; - Defendant

KOVACH LLC DBA KOVACH BUILDING ENCLOSURES LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E - F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

L.A DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT L.P. - Defendant

L.A. DOWNTOWN INVESTMENT L.P. A CALIFORNIA LIMITED PARTNERSHIP - Defendant

L.A. DOWNTOWN INVESTMENT L.P. DOE 12 - Defendant

L.A. DOWNTOWN INVESTMENT LP - Cross-Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Cross-Defendant

L.A. DOWNTOWN INVESTMENT LP - Cross-Complainant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Respondent

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP - Defendant

L.A. DOWNTOWN INVESTMENT LP A CALIFORNIA LIMITED PARTNERSHIP - Defendant

L.A. DOWNTOWN INVESTMENT LP A CALIFORNIA LIMITED PARTNERSHIP - Defendant

L.A. DOWNTOWN INVESTMENT LP A CALIFORNIA LIMITED PARTNERSHIP DOE 11 - Defendant

L.A. DOWNTOWN INVESTMENT LP A LIMITED PARTNERSHIP - Defendant

L.A. DOWNTOWN INVESTMENT LP DOE 1 - Defendant

L.A. DOWNTOWN INVESTMENT LP DOE 15 - Defendant

L.A. DOWNTOWN INVESTMENT LP DOE 31 - Defendant

L.A. DOWNTOWN INVESTMENT LP. A CALIFORNIA LIMITED PARTNERSHIP - Defendant

L.A. DOWNTOWN INVESTMENTS LP 20STCV18563 - Defendant

L.A. DOWNTOWN INVESTMENTS LP [DOE 11] - Defendant

L.A.DOWNTOWN INVESTMENT LP - Defendant

L.A.DOWNTOWN INVESTMENT LP - Defendant

LA DOWNTOWN INVESTMENT LP - Defendant

LA DOWNTOWN INVESTMENT LP - Defendant

LANTZ NOWELL - Attorney for Defendant

LANTZ NOWELL - Attorney for Plaintiff

LANTZ NOWELL - Attorney for Defendant

LANTZ NOWELL - Attorney for Defendant

LEE BENNETT J - Attorney for Non-Party

LEGAL SUPPORT NETWORK LLC - Non-Party

LEGAL SUPPORT NETWORK LLC - Plaintiff

LEND LEASE US CONSTRUCTION INC. - Defendant

LEND LEASE US CONSTRUCTION INC. - Defendant

LEND LEASE US CONSTRUCTION INC. - Defendant

LEND LEASE US CONSTRUCTION INC. A DELAWARE CORPORATION - Defendant

LENDLEASE US CONSTRUCTION HOLDINGS INC. - Cross-Defendant

LENDLEASE US CONSTRUCTION HOLDINGS INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION LP - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Cross-Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Appellant

LENDLEASE US CONSTRUCTION INC. - Respondent

LENDLEASE US CONSTRUCTION INC. - Cross-Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Cross-Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Cross-Defendant

LENDLEASE US CONSTRUCTION INC. - Plaintiff

LENDLEASE US CONSTRUCTION INC. - Cross-Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. - Defendant

LENDLEASE US CONSTRUCTION INC. A FLORIDA CORPORATION - Defendant

LENDLEASE US CONSTRUCTION INC. A FLORIDA CORPORATION - Defendant

LENDLEASE US CONSTRUCTION INC. A FLORIDA CORPORATION - Defendant

LENDLEASE US CONSTRUCTION INC. A FLORIDA CORPORATION - Defendant

LENDLEASE US CONSTRUCTION INC. A FLORIDA CORPORATION - Defendant

LENDLEASE US CONSTRUCTION INC. A FLORIDA CORPORATION - Defendant

LENDLEASE US CONSTUCTION INC. - Defendant

LENDLEASE US HOLDINGS INC. - Cross-Defendant

LENDLEASEUSCONSTRUCTION INC. - Defendant

LEXINGTON INSURANCE COMPANY - Plaintiff

LITTMAN DAVID E. - Attorney for Defendant

LUBKA LAURENCE PHILIP - Attorney for Defendant

LUBKA LAURENCE PHILIP - Attorney for Defendant

LUBKA LAURENCE PHILIP - Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

MACINTOSH CARRIE A. - Attorney for Plaintiff

MACINTOSH CARRIE ANNE - Attorney for Defendant

MACINTOSH CARRIE ANNE - Attorney for Non-Party

MANETTI MELINA - Attorney for Plaintiff

MARCOWALL INC. A CALIFORNIA CORPORATION - Defendant

MAROOTIAN SHARICE B. - Attorney for Plaintiff

MARTIN BROS. A BUSINESS ENTITY FORM UNKNOWN - Defendant

MARTIN BROS./MACROWALL INC. - Defendant

MARTIN BROS./MARCOWALL INC - Defendant

MARTIN BROS./MARCOWALL INC. - Plaintiff

MARTIN BROS./MARCOWALL INC. - Defendant

MARTIN BROS./MARCOWALL INC. - Defendant

MARTIN BROS./MARCOWALL INC. - Defendant

MARTIN BROS./MARCOWALL INC. - Defendant

MARTIN BROS./MARCOWALL INC. A CALIFORNIA CORPORATION - Defendant

MARTIN BROS./MARCOWALL INC. A CALIFORNIA CORPORATION - Defendant

MARTIN BROS/MARCOWALL INC. - Defendant

MARTIN BROS./MARCOWALL INC. - Defendant

MARTINEZ STEEL LLC - Defendant

MARTINEZ STEEL LLC - Defendant

MASONRY CONCEPTS A CALIFORNIA CORPORATION - Defendant

MASONRY CONCEPTS INC - Defendant

MASONRY CONCEPTS INC - Cross-Defendant

MASONRY CONCEPTS INC - Respondent

MASONRY CONCEPTS INC - Defendant

MASONRY CONCEPTS INC - Cross-Defendant

MASONRY CONCEPTS INC - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. - Defendant

MASONRY CONCEPTS INC. A CALIFORNIA CORPORATION - Defendant

MASONRY CONCEPTS INC. A CALIFORNIA CORPORATION - Plaintiff

MASONRY CONCEPTS INC. A CALIFORNIA CORPORATION - Defendant

MASONRY CONCEPTS INC. A CALIFORNIA CORPORATION - Defendant

MAY GORDON G. - Attorney for Cross-Complainant

MAY GORDON G. - Attorney for Plaintiff

MCCARTHY MICHAEL E. - Attorney for Defendant

MCCARTHY MICHAEL E. - Attorney for Defendant

MCCARTHY MICHAEL ELLIOT - Attorney for Defendant

MCCARTHY MICHAEL ELLIOT - Attorney for Defendant

MCCARTHY MICHAEL ELLIOT - Attorney for Defendant

MCCARTHY MICHAEL ELLIOT - Attorney for Defendant

MCCARTHY MICHAEL ELLIOT - Attorney for Defendant

MCCONNELL MICHAEL P. - Attorney for Plaintiff

MCLEAN HANNAH SUSANNE - Attorney for Non-Party

MCLEAN HANNAH SUSANNE - Attorney for Non-Party

MCLEAN HANNAH SUSANNE - Attorney for Non-Party

MCLEAN HANNAH SUSANNE - Attorney for Non-Party

MCLEAN HANNAH SUSANNE - Attorney for Non-Party

MCLENNON DANIEL - Attorney for Non-Party

MILLANE JAMES HOWARD - Attorney for Plaintiff

MILLANE JAMES HOWARD - Attorney for Defendant

MITCHELL JOHN P. - Attorney for Plaintiff

MITSUBISHI ELECTRIC US INC. - Defendant

MITSUBISHI ELECTRIC US INC. - Plaintiff

MITSUBISHI ELECTRIC US INC. - Defendant

MORROW EQUIPMENT COMPANY LLC - Non-Party

MURPHY O'BRIEN INC. A CALIFORNIA CORPORATION - Plaintiff

MURRAY MICHAEL - Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

NEVELL GROUP INC - Defendant

NEVELL GROUP INC. - Defendant

NEVELL GROUP INC. - Defendant

NEVELL GROUP INC. - SAN DIEGO DOE 14 - Defendant

NEVELL GROUP INC. - SAN DIEGO DOE 14 - Respondent

NEVELL GROUP INC. A CALIFORNIA CORPORATION - Defendant

NICCOLI ANTHONY - Attorney for Defendant

NIDA ROBERT - Attorney for Defendant

NUNN ROSEMARY K. - Attorney for Defendant

OCEANWIDE HOLDINGS SF CO. LTD. - Defendant

OCEANWIDE HOLDINGS SF CO. LTD. A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA I LLC - Defendant

OCEANWIDE PLAZA I LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA II LLC - Defendant

OCEANWIDE PLAZA II LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Appellant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Cross-Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Cross-Defendant

OCEANWIDE PLAZA LLC - Respondent

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - Defendant

OCEANWIDE PLAZA LLC - 20STCV18563 - Defendant

OCEANWIDE PLAZA LLC A CALIFORNIA LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

OCEANWIDE PLAZA LLC FKA TOHIGH CONSTRUCTION INVESTMENT LLC - Defendant

OCEANWIDE PLAZA LLC. - Defendant

OCEANWIDE PLAZA LLC. - Defendant

OCEANWIDE PLAZA LLC. A DELAWARE LIMITED LIABILITY COMPANY - Defendant

ORLISS COURTNEY E. - Attorney for Defendant

ORTMANN DALE A. - Attorney for Defendant

ORTMANN DALE A. - Attorney for Defendant

ORTMANN DALE A. - Attorney for Defendant

ORTMANN DALE A. - Attorney for Defendant

ORTMANN DALE A. - Attorney for Defendant

ORTMANN DALE ALAN - Attorney for Defendant

OWEN DAVID BRUCE - Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

PADILLA JOSE L - Attorney for Defendant

PADILLA JOSE L JR. - Attorney for Plaintiff

PADILLA JOSE LUIS JR - Attorney for Defendant

PAN PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Plaintiff

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Cross-Defendant

PAN-PACIFIC MECHANICAL LLC - Cross-Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC - Defendant

PAN-PACIFIC MECHANICAL LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

PAN-PACIFIC MECHANICAL LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

PAN-PACIFIC MECHANICAL LLC A DELAWARE LIMITED LIABILITY COMPANY - Defendant

PAN-PACIFIC MECHANICAL LLC. A DELAWARE LIMITED LIABILITY COMPANY - Defendant

PEARSON DAVID - Attorney for Non-Party

PEARSON DAVID - Attorney for Plaintiff

PENHALL COMPANY - Defendant

PENHALL COMPANY - Defendant

PENHALL COMPANY - Defendant

PHL INC. - Defendant

PHL INC. - Cross-Defendant

PHL INC. - Respondent

PHL INC. - Cross-Defendant

PHL INC. A CALIFORNIA CORPORATION AKA VNSM - Defendant

PHL INC. A CALIFORNIA CORPORATION DBA VNSM - Defendant

PHL INC. DBA VNSM - Defendant

PHL INC. DBA VNSM - Defendant

PHL INC. DBA VNSM - Defendant

PHL INC. DBA VNSM - Defendant

PHL INC. DBA VNSM - Defendant

PHL INC. DBA VNSM A CALIFORNIA CORPORATION - Defendant

PHL INC. DOING BUSINESS AS VNSM A CALIFORNIA CORPORATION - Defendant

PICKLES TODD ALEXANDER - Attorney for Defendant

PLUMTREE A. MARIA - Attorney for Defendant

PRO-VIGIL INC. - Defendant

PRO-VIGIL INC. - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

RALL GRUBER & NIECE LLP - Defendant

RESURRECCION TREVOR - Attorney for Defendant

RESURRECCION TREVOR - Attorney for Defendant

RESURRECCION TREVOR - Attorney for Defendant

RESURRECCION TREVOR - Attorney for Plaintiff

RESURRECCION TREVOR - Attorney for Defendant

RESURRECCION TREVOR - Attorney for Defendant

RESURRECCION TREVOR O. - Attorney for Plaintiff

RESURRECCION TREVOR O. - Attorney for Defendant

RESURRECCION TREVOR OAKLEY - Attorney for Defendant

RICHMOND BRIANA - Attorney for Plaintiff

RICHMOND BRIANA F. - Attorney for Defendant

RICHMOND BRIANA F. - Attorney for Defendant

RICHMOND BRIANA F. - Attorney for Cross-Defendant

ROBERTS PATRICK M. ESQ. - Attorney for Plaintiff

ROSIN A. ROBERT - Attorney for Non-Party

ROWEN ERIC V. - Attorney for Cross-Complainant

ROWEN ERIC V. - Attorney for Defendant

SANNER DAVID L - Attorney for Plaintiff

SASCO - Defendant

SASCO - Defendant

SASCO - Defendant

SASCO - Defendant

SASCO - Defendant

SASCO - Defendant

SASCO - Plaintiff

SASCO - Defendant

SASCO A CALIFORNIA CORPORATION - Defendant

SASCO A CALIFORNIA CORPORATION - Defendant

SASCO A CALIFORNIA CORPORATION - Defendant

SASCO A CALIFORNIA CORPORATION - Defendant

SAWYER GEOFFREY T. - Attorney for Defendant

SCHUFF STEEL COMPANY - Defendant

SCHUFF STEEL COMPANY - Plaintiff

SCHUFF STEEL COMPANY - Defendant

SESTAY JOSEPH S - Attorney for Cross-Defendant

SHARPE INTERIOR SYSTEMS A CALIFORNIA CORPORATION - Defendant

SHARPE INTERIOR SYSTEMS INC - Defendant

SHARPE INTERIOR SYSTEMS INC. - Defendant

SHARPE INTERIOR SYSTEMS INC. - Defendant

SHARPE INTERIOR SYSTEMS INC. - Defendant

SHARPE INTERIOR SYSTEMS INC. - Defendant

SHARPE INTERIOR SYSTEMS INC. - Defendant

SHARPE INTERIOR SYSTEMS INC. - Plaintiff

SHARPE INTERIOR SYSTEMS INC. - Defendant

SHARPE INTERIOR SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

SHARPE INTERIOR SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

SHAW & SONS A CALIFORNIA CORPORATION - Defendant

SHAW & SONS INC - Defendant

SHAW & SONS INC - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Defendant

SHAW & SONS INC. - Plaintiff

SHAW & SONS INC. - Defendant

SHAW & SONS INC. A CALIFORNIA CORPORATION - Defendant

SHAW & SONS INC. A CALIFORNIA CORPORATION - Defendant

SHEN MICHAEL H. - Attorney for Plaintiff

SHEN MICHAEL H. - Attorney for Defendant

SHEN MICHAEL HSI-LIN - Attorney for Defendant

SHEN MICHAEL HSI-LIN - Attorney for Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS - Defendant

SHORING ENGINEERS A CALIFORNIA CORPORATION - Defendant

SHORING ENGINEERS A CALIFORNIA CORPORATION - Plaintiff

SHORING ENGINEERS A CALIFORNIA CORPORATION - Defendant

SHORING ENGINEERS A CALIFORNIA CORPORATION - Defendant

SHORING ENGINEERS AND STRUCTAL SHOTCRETE SYSTEMS INC. - Defendant

SIMON JULIANNA M. - Attorney for Defendant

SIMPLEXGRINNELL LP - Defendant

SIMPLEXGRINNELL LP AN UNKNOWN ENTITY - Defendant

SIMPLEXGRINNELL LP DBA TYCO SIMPLEXGRINNELL - Defendant

SIMPLEXGRINNELL LP DOING BUSINESS AS TYCO SIMPLEXGRINNELL DBA TYCO SIMPLEXGRINNELL - Defendant

SMITH EMERY LABORATORIES INC. - Defendant

SMITH EMERY LABORATORIES INC. - Defendant

SMITH EMERY LABORATORIES INC. - Defendant

SMITH KATHLYNN E. - Attorney for Cross-Complainant

SMITH-EMERY LABORATORIES INC - Defendant

SMITH-EMERY LABORATORIES INC. - Defendant

SMITH-EMERY LABORATORIES INC. - Defendant

SMITH-EMERY LABORATORIES INC. - Plaintiff

SMITH-EMERY LABORATORIES INC. - Defendant

SMITH-EMERY LABORATORIES INC. A CALIFORNIA CORPORATION - Defendant

SMITH-EMERY LABORATORIES INC. A CALIFORNIA CORPORATION - Defendant

SMITH-EMERY LABORATORIES INC. A CALIFORNIA CORPORATION - Defendant

SNAIDERO U.S.A. - Defendant

SNAIDERO U.S.A. - Defendant

SNAIDERO U.S.A. - Defendant

SNAIDERO U.S.A. - Defendant

SNAIDERO U.S.A. - Defendant

SNAIDERO U.S.A. - Plaintiff

SNAIDERO U.S.A. A CALIFORNIA CORPORATION - Defendant

SNAIDERO U.S.A. A CALIFORNIA CORPORATION - Defendant

SNAIDERO U.S.A. A CALIFORNIA CORPORATION. - Defendant

SNAIDERO USA - Defendant

SQUIRE RYAN CHRISTOPHER - Attorney for Cross-Defendant

STANDARD DRYWALL INC - Defendant

STANDARD DRYWALL INC - Defendant

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. - Plaintiff

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. - Defendant

STANDARD DRYWALL INC. A CALIFORNIA CORPORATION - Defendant

STANDARD DRYWALL INC. A CALIFORNIA CORPORATION - Defendant

STANDARD DRYWALL INC. A MINNESOTA CORPORATION - Defendant

STANDARD DRYWALL INC. A MINNESOTA CORPORATION - Defendant

STANDARD DRYWALL INC. DOE 15 - Defendant

STANDARD DRYWALL INC. DOE 15 - Respondent

STAR HARDWARE INC - Defendant

STAR HARDWARE INC. - Defendant

STAR HARDWARE INC. - Defendant

STAR HARDWARE INC. - Defendant

STAR HARDWARE INC. - Defendant

STAR HARDWARE INC. - Defendant

STAR HARDWARE INC. - Plaintiff

STAR HARDWARE INC. - Defendant

STAR HARDWARE INC. A CALIFORNIA CORPORATION - Defendant

STAR HARDWARE INC. A CALIFORNIA CORPORATION - Defendant

STAR HARDWARE INC. A CALIFORNIA CORPORATION - Defendant

STRUCTURAL SHOCRETE SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

STRUCTURAL SHOTCRETE SYSTEM INC. - Defendant

STRUCTURAL SHOTCRETE SYSTEMS INC - Defendant

STRUCTURAL SHOTCRETE SYSTEMS INC. - Defendant

STRUCTURAL SHOTCRETE SYSTEMS INC. - Defendant

STRUCTURAL SHOTCRETE SYSTEMS INC. - Defendant

STRUCTURAL SHOTCRETE SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

STRUCTURAL SHOTCRETE SYSTEMS INC. A CALIFORNIA CORPORATION - Plaintiff

STRUCTURAL SHOTCRETE SYSTEMS INC. A CALIFORNIA CORPORATION - Defendant

SUNSHINE SUPPLY CO. INC. - Defendant

SUNSHINE SUPPLY CO. INC. - Defendant

SWEENEY KELLY - Attorney for Plaintiff

SWINERTON BUILDERS DBA SWINERTON MANAGEMENT & CONSULTING - Non-Party

SWINERTON BUILDERS DBA SWINERTON MANAGEMENT & CONSULTING - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

TATE THERESA - Attorney for Plaintiff

TATE THERESA CRAWFORD - Attorney for Defendant

TATE THERESA CRAWFORD - Attorney for Defendant

TATE THERESA CRAWFORD - Attorney for Plaintiff

THE NEVELL GROUP INC. A CALIFORNIA CORPORATION - Defendant

THE NEVELL GROUP INC - Plaintiff

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. - Defendant

THE NEVELL GROUP INC. A CALIFORNIA CORPORATION - Defendant

THE NEVELL GROUP INC. A CALIFORNIA CORPORATION - Defendant

TOHIGH CONSTRUCTION INVESTMENT LLC - Defendant

TOHIGH CONSTRUCTION INVESTMENT LLC A LIMITED LIABILITY CORPORATION - Defendant

TOHIGH CONSTRUCTION INVESTMENT LLC AN UNKNOWN ENTITY - Defendant

TOM MALLOY CORPORATION AKA TRENCH SHORING A CALIFORNIA CORPORATION - Defendant

TOM MALLOY CORPORATION DBA - Defendant

TOM MALLOY CORPORATION DBA TRENCH SHORING A CALIFORNIA CORPORATION - Defendant

TROYER CONTRACTING COMPANY INC. A CALIFORNIA CORPORATION - Defendant

TROYER CONTRACTING COMPANY - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Defendant

TROYER CONTRACTING COMPANY INC. - Plaintiff

TROYER CONTRACTING COMPANY INC. A CALIFORNIA CORPORATION - Defendant

TROYER CONTRACTING COMPANY INC. A CALIFORNIA CORPORATION - Defendant

TROYER CONTRACTING COMPANY INC. DOE 16 - Defendant

TROYER CONTRACTING COMPANY INC. DOE 16 - Respondent

TROYER CONTRACTING COMPANY. INC. - Defendant

TUCKER JOSEPH - Attorney for Plaintiff

TWINING INC - Defendant

TWINING INC - Cross-Defendant

TWINING INC - Respondent

TWINING INC - Cross-Defendant

TWINING INC. - Defendant

TWINING INC. - Defendant

TWINING INC. - Defendant

TWINING INC. - Defendant

TWINING INC. - Defendant

TWINING INC. A CALIFORNIA CORPORATION - Defendant

TWINING INC. A CALIFORNIA CORPORATION - Defendant

TWINING INC. A CALIFORNIA CORPORATION - Defendant

TWINING INC. A CALIFORNIA CORPORATION - Defendant

Click on any of the below link(s) to see Register of actions or to view the documents

TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

W.A. THOMAS CO. INC. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Defendant

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Defendant

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Defendant

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. - Non-Party

WEBCOR CONSTRUCTION L.P. A CALIFORNIA LIMITED PARTNERSHIP - Defendant

WEBCOR CONSTRUCTION L.P. DBA WEBCOR BUILDERS A CALIFORNIA LIMITED PARTNERSHIP - Defendant

WEBCOR CONSTRUCTION LP - Defendant

WEBCOR CONSTRUCTION LP - Plaintiff

WEBCOR CONSTRUCTION LP - Plaintiff

WEBCOR CONSTRUCTION LP - Respondent

WEBCOR CONSTRUCTION LP - Respondent

WEBCOR CONSTRUCTION LP - Defendant

WEBCOR CONSTRUCTION LP - Defendant

WEBCOR CONSTRUCTION LP - Non-Party

WEBCOR CONSTRUCTION LP - Defendant

WEBCOR CONSTRUCTION LP - Cross-Complainant

WEBCOR CONSTRUCTION LP - Respondent

WEBCOR CONSTRUCTION LP - Non-Party

WEBCOR CONSTRUCTION LP - Plaintiff

WEBCOR CONSTRUCTION LP - Defendant

WEBCOR CONSTRUCTION LP 20STCV18563 - Non-Party

WEBCOR CONSTRUCTION LP 20STCV18563 - Non-Party

WEBCOR CONSTRUCTION LP A CALIFORNIA LIMITED PARTNERSHIP - Defendant

WEBCOR CONSTRUCTION LP A CALIFORNIA LIMITED PARTNERSHIP - Defendant

WEBCOR CONSTRUCTION LP A CALIFORNIA LIMITED PARTNERSHIP - Defendant

WEBCORE US CONSTRUCTION INC. - Defendant

WOODBRIDGE GLASS INC. - Defendant

WOODBRIDGE GLASS INC. - Defendant

WOODBRIDGE GLASS INC. - Plaintiff

WOODBRIDGE GLASS INC. - Defendant

WOODBRIDGE GLASS INC. - Defendant

WOODBRIDGE GLASS INC. - Defendant

WOODBRIDGE GLASS INC. - Defendant

WOODBRIDGE GLASS INC. A CALIFORNIA CORPORATION - Defendant

WOODBRIDGE GLASS INC. A CALIFORNIA CORPORATION - Defendant

WOODBRIDGE GLASS INC. A CALIFORNIA CORPORATION - Defendant

WOODBRIDGE GLASS INCORPORATED - Defendant

WRONIAK MICHAEL - Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

XL FIRE PROTECTION - Defendant

XL FIRE PROTECTION - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRF PROTECTION CO. - Plaintiff

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. - Defendant

XL FIRE PROTECTION CO. A CALIFORNIA CORPORATION - Defendant

XL FIRE PROTECTION CO. A CALIFORNIA CORPORATION - Defendant

XL FIRE PROTECTION CO. A CALIFORNIA CORPORATION - Defendant

YESCO LLC - Defendant

YESCO LLC - Defendant

YESCO LLC AKA YESCO SIGNS LLC A CALIFORNIA LIMITED LIABILITY COMPANY - Defendant

YESCO LLC DBA YESCO SIGNS LLC A CALIFORNIA LIMITED LIABILITY COMPANY - Defendant

YESCO LLC DBA YESCO SIGNS LLC A UTAH LIMITED LIABILITY COMPANY - Plaintiff

YESCO LLC. DBA YESCO SIGNS LLC. - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

ZOLNAY INSULATION INC. - Defendant

ZOLNAY INSULATION INC. - Defendant

ZOLNAY INSULATION INC. - Defendant

ZOLNAY INSULATION INC. A CALIFORNIA CORPORATION - Defendant

ZOLNAY INSULATION INC. A CALIFORNIA CORPORATION - Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  A - A  B - B  C - C  D - E  F - G  H - J  K - K  L - L  M - M  N - O  P - P  R - S  T - T  W - W  X - Y  Z - Z

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
01/03/2024  11/29/2023  10/24/2023  09/15/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022  09/26/2022
08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020  09/14/2020
07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

03/11/2024 Minute Order ( (Court Order Re: Request to Vacate March 12 Hearing))
Filed by Clerk

03/11/2024 Lendlease's Supplemental Status Report Regarding Oceanwide's Consent to Bankruptcy
Filed by Lendlease (US) Construction Inc. (Plaintiff)

03/08/2024 Joint Status Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/16/2024 Notice of Ruling from February 15, 2024, Status Conference
Filed by Lendlease (US) Construction Inc. (Plaintiff)

02/15/2024 Minute Order ( (Further Status Conference))
Filed by Clerk

02/14/2024 Notice (of Stay of Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/14/2024 Minute Order ( (Court Order Re: Vacating of Dates))
Filed by Clerk

02/14/2024 Minute Order ( (Court Order Re: Scheduling of Further Status Conference))
Filed by Clerk

02/13/2024 Oceanwide Plaza LLC's Notice of Motion and Motion for Leave to File First Amended Answer to the First Amended Complaint of
Lendlease (US) Construction Inc.; Memorandum of Points and Authorities; Declaration of John Foust
Filed by Oceanwide Plaza, LLC (Defendant)

02/13/2024 Notice Of Filing Documents Related To Maintenance And Security Of Oceanwide Property In Response To The Court?s
Caseanywhere Post
Filed by Lendlease (US) Construction Inc. (Plaintiff)

02/06/2024 Notice of Ruling Re: January 30, 2024 Informal Discovery Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/30/2024 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

01/30/2024 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Jamie Onuki, CSR # 13904)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

01/29/2024 Notice of Lodging ([Proposed] Statement of Decision Regarding Trial on Webcor's Mechanic's Lien and Failure to Serve L.A.
Downtown Investment, LP with Preliminary Notice)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/26/2024 Joint Submission re Informal Discovery Conference
Filed by L.A. Downtown Investment, LP (Defendant); Lendlease (US) Construction, Inc. (Defendant)

01/25/2024 Notice (of Informal Discovery Conference)
Filed by L.A. Downtown Investment, LP (Defendant)

01/25/2024 Minute Order ( (Court Order Re: Informal Discovery Conference))
Filed by Clerk

01/22/2024 Notice of Ruling (from January 19, 2024, Hearing)
Filed by L.A. Downtown Investment, LP (Defendant)

01/19/2024 Minute Order ( (Hearing on Motion to Compel LA Downtown Investment LP Complia...))
Filed by Clerk

01/18/2024 Notice of Lodging (NOTICE OF LODGING)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/18/2024 Declaration Of Meredith A. Jonesmckeown In Support Of Defendant Lendlease (Us) Construction Inc.S Supplement To Status Of
Ladis Discovery Compliance - Public Redacted Version
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/18/2024 Defendant Lendlease (Us) Construction Inc.S Supplement To Status Of Ladis Discovery Compliance - Public Redacted Version
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/16/2024 Minute Order ( (Hearing on Motion to Compel LA Downtown Investment LP Complia...))
Filed by Clerk

01/16/2024 Notice Of Ruling From January 12, 2024, Hearing
Filed by L.A. Downtown Investment, LP (Defendant)

01/12/2024 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Down...))
Filed by Clerk

01/12/2024 Minute Order ( (Order to Show Cause Re: Why the Phase 2 Trial Date of April 9...))
Filed by Clerk

01/12/2024 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Julie Park, CSR # 13925)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

01/11/2024 L.A. Downtown Investment, LP?s Supplement To January 10, 2024, Report Re: Status Of Discovery And Document Production
Filed by L.A. Downtown Investment LP (Defendant)

01/11/2024 Opposition (L.A. Downtown Investment, Lps Opposition To Lendlease (Us) Construction Inc.S Request To Present Oral Testimony Of
John Evans At Hearing On Lendlease?s Motion For Sanctions)
Filed by L.A. Downtown Investment LP (Defendant)

01/11/2024 Notice of Lodging
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/11/2024 Declaration Of Abby L. Bloetscher In Support Of Lendlease (Us) Construction Inc.?s Further Briefing Regarding Status Of Ladi?s Discovery Compliance [Redacted]
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/10/2024 Defendant Lendlease (US) Construction Inc.'s Further Briefing Regarding Status of Ladi's Discovery Compliance
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/10/2024 Declaration (of John Evans in Support of Lendlease (US) Construction Inc.'s Further Briefing Regarding Status of Ladi's Discovery Compliance)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/09/2024 Objection (Webcor Construction L.P.'s Objection to L.A. Downtown Investment, LP's Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information and Things at Trial or Hearing to Non-Party Adkisson, Andelson)
Filed by Webcor Construction, LP (Plaintiff)

01/09/2024 Objection (Non-Party Mary Salamone's Objection and Response to L.A. Downtown Investment, LP's Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information and Things at Trial or Hearing)
Filed by Webcor Construction, LP (Plaintiff)

01/09/2024 Objection (Webcor Construction L.P.'s Objection to L.A. Downtown Investment, LP's Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information and Things at Trial or Hearing to Non-Party Mary A. Salamone))
Filed by Webcor Construction, LP (Plaintiff)

01/09/2024 Declaration (Declaration of Mary A. Salamone Re Subpoena (Duces Tecum) Dated January 5, 2024, from L.A. Downtown Investment, LP)
Filed by Webcor Construction, LP (Plaintiff)

01/09/2024 Opposition (Webcor Construction L.P.'s Opposition to L.A Downtown Investment, LP's Ex Parte Application to Amend Witness and Exhibit Lists; Declaration of Heather N. Blackinton)
Filed by Webcor Construction, LP (Plaintiff)

01/09/2024 Minute Order ( (Court Order Re: Time Change))
Filed by Clerk

01/09/2024 Lendlease (Us) Construction Inc.?s Request To Present Oral Testimony Pursuant To California Rule Of Court 3.1306(B) At The Hearing On Its Motion For Sanctions
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/09/2024 Declaration in Support of Ex Parte Application
Filed by L.A. Downtown Investment, LP (Defendant)

01/09/2024 Ex Parte Application (to Amend Witness and Exhibit List)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration (Eric Rowen ISO L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration (of Patrice Wang Re Document Preservation and Collection)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration (of Todd Pickles ISO L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration (of Anthony Merlino re Document Collection)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration (of Michael McCarthy ISO L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration (Of Julianna M. Simon In Support Of L.A. Downtown Investment, Lp?s Response To Lendlease (Us) Construction, Inc.?S Brief Regarding Costs Incurred To Bring Motion To Compel Compliance And To Cure Other Discovery Abuses)
Filed by L.A. Downtown Investment, LP (Defendant)

01/08/2024 Opposition (L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses)
Filed by L.A. Downtown Investment, LP (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

01/03/2024 Minute Order ( (Hearing on Motion to Disqualify Counsel by Webcor Constructio...))
Filed by Clerk

01/03/2024 Chicago Title Insurance Company?s Notice Of Ruling Regarding Motion For Protective Order
Filed by Chicago Title Insurance Company (Cross-Complainant)

01/02/2024 Declaration (of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.?s Brief Regarding Costs Incurred to Bring Motion to Compel Compliance and to Cure Other Discovery Abuses by L.A. Downtown Investment, LP)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/02/2024 Defendant Lendlease (US) Construction Inc.'s Brief Regarding Costs Incurred to Bring Motion to Compel Compliance and to Cure Other Discovery Abuses by L.A. Downtown Investment, LP
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/02/2024 Minute Order ( (Hearing on Motion for Protective Order by Chicago Title Insur...))
Filed by Clerk

01/02/2024 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Diana Whitesel, CSR # 6872)
Filed by Lendlease (US) Construction Inc. (Defendant)

12/29/2023 Chicago Title Insurance Company's Notice of Withdrawal of First Motion for Protective Order and All Sanctions Requests
Filed by Chicago Title Insurance Company (Defendant)

12/29/2023 Notice of Ruling (from December 28, 2023 Hearing)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/28/2023 L.A. Downtown Investment, LP's Responses to Questions in the Court's December 18, 2023, Tentative Ruling
Filed by L.A. Downtown Investment, LP (Defendant)

12/28/2023 Webcor Construction, LP's Response to Court Questions Re December 19, 2023 Tentative Ruling
Filed by Webcor Construction, LP (Plaintiff)

12/28/2023 Minute Order ( (Hearing on Motion to Compel LA Downtown Investment LP Complia...))
Filed by Clerk

12/28/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Timothy J. McCoy, CSR # 4745)

12/27/2023 Chicago Title Insurance Company's Reply to Lendlease (US) Construction, Inc.'s Opposition to Chicago Title Insurance Company's Separate Statement in Support of Motion for Protective Order
Filed by Chicago Title Insurance Company (Defendant)

12/27/2023 Omnibus Reply in Support of Chicago Title Insurance Company's Motions for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease; etc
Filed by Chicago Title Insurance Company (Defendant)

12/27/2023 Notice of Lis Pendens
Filed by CMF, Inc. (Plaintiff)

12/21/2023 Lendlease (Us) Construction Inc.?s Opposition To Chicago Title?s Separate Statement Iso Chicago Title?s Motion For Protective Order Regarding Lendlease?s Notice Of Deposition Of PMQ
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Declaration Of Oliver Gold In Support Of Lendlease (Us) Construction Inc.?s Omnibus Opposition To Chicago Title Insurance Company?s Motions For Protective Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Defendant Lendlease (Us) Construction Inc.?s Omnibus Opposition To Chicago Title Insurance Company?s Motions For Protective Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Lendlease (US) Construction Inc.?s Notice of Withdrawal of Motion to Compel Enenstein Glass and Rabbat?s Compliance With Subpoena for Production of Business Records
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Notice of Ruling (from December 19, 2023 Hearing)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 L.A. Downtown Investment, LP?s Responses To Webcor Construction, LP?s Evidentiary Objections To Declaration Of Mark L. Tuft In Support Of Ladi?s Opposition To Webcor?s Motion To Disqualify Greenberg Traurig, LLP
Filed by L.A. Downtown Investment, LP (Defendant)

12/20/2023 Non-Party Enenstein Pham Glass And Rabbat LLC?s Opposition To Defendant Lendlease (Us) Construction Inc.?s Motion To Compel Compliance With Subpoena For Production Of Business Records; Declarations Of Teri Pham And William Small
Filed by Webcor Construction, LP (Plaintiff); Enenstein Pham Glass & Rabbat LLP (Non-Party)

12/20/2023 Non-Party Enenstein Pham Glass And Rabbat LLC?s Opposition To Defendant Lendlease (Us) Construction Inc.?s Motion To Compel Compliance With Subpoena For Production Of Business Records; Declarations Of Teri Pham And William Small
Filed by Webcor Construction, LP (Plaintiff); Enenstein Pham Glass & Rabbat LLP (Non-Party)

12/19/2023 Defendant Lendlease (Us) Construction Inc.?s Reply In To L.A. Downtown Investment, L.P.?S Opposition To Lendlease?s Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/19/2023 Stipulation, Receipt and Order re: Release of Civil Exhibits
Filed by Clerk

12/19/2023 Minute Order ( (Hearing on Motion to Disqualify Counsel for Webcor Construction))
Filed by Clerk

12/19/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko, CSR # 12272)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

12/19/2023 Statement of Decision (Documenting Undisputed or Settled Matters in the Phase 1 Trial)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

12/18/2023 Notice of Lodging ([Proposed] Statement of Decision Documenting Undisputed or Settled Matters in the Phase 1 Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/18/2023 L.A. Downtown Investment, LP?s Response To Lendlease (Us) Construction, Inc.?s Improper ?Notice? Re: Briefing On Privilege
Instructions
Filed by L.A. Downtown Investment, LP (Defendant)

12/15/2023 Notice (Lendlease (US) Construction Inc.'s Notice of Withdrawal of Motion to Compel Blank Rome LLP's Compliance with Subpoena
for Production of Business Records)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/14/2023 Notice (Regarding L.A. Downtown Investment?s Inconsistent Positions Regarding Privilege Instructions Relevant to Briefing on
Privilege Instructions)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/14/2023 Separate Statement (in Support of Chicago Title Insurance Company's Motion for Protective Order Regarding Lendlease (US)
Construction, Inc.'s Notice of Deposition of Person Most Qualified)
Filed by Chicago Title Insurance Company (Defendant)

12/14/2023 Motion for Protective Order (Regarding Lendlease (US) Construction, Inc.?s Notice of Deposition of Person Most Qualified)
Filed by Chicago Title Insurance Company (Defendant)

12/14/2023 L.A. Downtown Investment, LP?s Reply in Support of Brief Re: November 8, 2023, Privilege Instruction
Filed by L.A. Downtown Investment LP (Defendant)

12/14/2023 Plaintiff Webcor Construction, LP's Objection to Defendant Cross-Defendant L.A. Downtown Investment, LP's Declaration of Mark L.
Tuft in Support of Opposition to Motion of Webcor Construction, LP to Disqualify Greenberg Traurig
Filed by Webcor Construction, LP (Plaintiff)

12/14/2023 Webcor Construction, LP's Reply in Support of Motion to Disqualify Greenberg Traurig, LLP
Filed by Webcor Construction, LP (Plaintiff)

12/13/2023 L.A. Downtown Investment, LP?s Evidentiary Objections To Declarations Filed By Lendlease (Us) Construction Inc. In Support Of
Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by L.A. Downtown Investment, LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Separate Statement Iso Motion To Compel L.A.
Downtown Investment, LP?s Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by L.A. Downtown Investment, LP (Defendant)

12/13/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

12/13/2023 Declaration Of Morgan Kutzner In Support Of L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s
Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by L.A. Downtown Investment, LP (Defendant)

12/13/2023 Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s
Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by L.A. Downtown Investment, LP (Defendant); LA Downtown Investment, LP (Defendant)

12/13/2023 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s
Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by L.A. Downtown Investment, LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Motion To Compel L.A. Downtown Investment,
LP?s Compliance With Prior Discovery Orders And Requests For Production Of Documents
Filed by L.A. Downtown Investment, LP (Defendant)

12/13/2023 Proof of Service
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP's Opposition Lendlease (US) Construction, Inc.'s Separate Statement ISO Motion to Compel L.A.
Downtown Investment, LP's Compliance With Prior Discovery Orders and Requests for Production of Documents
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Declarations Filed by Lendlease (US) Construction Inc. In Support of
Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 Declaration (of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s
Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents)
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s
Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents)
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 Declaration (of Morgan Kutzner in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s
Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents)
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 L.A. Downtown Investments, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion to Compel L.A. Downtown Investment.
LP's Compliance With Prior Discovery Orders and Requests for Production of Documents
Filed by L.A. Downtown Investment LP (Defendant)

12/13/2023 Minute Order ( (Court Order Re: All Dec. 27 Events Moved to Dec. 28 @ 10:30 AM))
Filed by Clerk

12/12/2023 Chicago Title Insurance Company's Objections To Lendlease?s Notice Of Ruling From December 8, 2023 Ex Parte Proceedings
Filed by Chicago Title Insurance Company (Defendant)

12/11/2023 Proof of Service by Certified Mail/Return Receipt Requested
Filed by CMF, Inc. (Plaintiff)

12/11/2023 Notice of Pendency of Action (Lis Pendens)
Filed by CMF, Inc. (Plaintiff)

12/11/2023 Notice of Ruling from December 8, 2023 Ex Parte Hearing
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/11/2023 Notice of Ruling (from November 30, 2023 Hearing)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/08/2023 Notice of Recorded Lis Pendens; Recording Number: 20230854164 APN No. 5138-015-045
Filed by Fetzers' Inc. (Plaintiff)

12/08/2023 Minute Order ( (Hearing on Ex Parte Application by Lendlease (US) Constructio...))
Filed by Clerk

12/08/2023 Chicago Title Insurance Company?s Request For Judicial Notice In Support Of Opposition To Lendlease?s Ex Parte Application To
Compel Attendance Of CTIC Person Most Knowledgeable At Deposition
Filed by Chicago Title Insurance Company (Defendant)

12/08/2023 Chicago Title Insurance Company's Opposition To Lendlease?s Ex Parte Application To Compel Attendance Of CTIC Person Most
Knowledgeable At Deposition
Filed by Chicago Title Insurance Company (Defendant)

12/08/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alicia Renee Desmond, CSR # 13037)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

12/07/2023 Declaration (of Oliver Gold in Support of Lendlease (US) Construction Inc's Ex Parte Application to Compel Deposition of Chicago
Title Insurance Company and to Continue the Hearing on its Motion for Summary Adjudication,)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/07/2023 Ex Parte Application (to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on Its Motion for
Summary Adjudication, or in the Alternative, for an Order Shortening Time)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/07/2023 Chicago Title Insurance Company's Notice of Motion and Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s
Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount Not Less Than $8,527.50
Filed by Webcor Construction , LP (Cross-Complainant)

12/06/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration (Declaration Of Mark L. Tuft In Support Of Opposition To Motion Of Webcor Construction, Lp, To Disqualify Greenberg
Traurig, Llp)
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration (Declaration Of Todd Pickles In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s
Motion To Disqualify Greenberg Traurig, Llp As Counsel)
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration (Declaration Of Morgan Kutzner In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction,
Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel)
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration (Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction,
Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel)
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration (Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s
Motion To Disqualify Greenberg Traurig, Llp As Counsel)
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Opposition (L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s Motion To Disqualify Greenberg Traurig, Llp
As Counsel)

Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration (Declarations of Heather N. Blackinton, Patrick Kirby and John Harrington in Support of Webcor Construction, LP's Responsive Brief re November 8, 2023 Privilege Instruction)
Filed by Webcor Construction, LP (Plaintiff)

12/06/2023 Response (Webcor Construction, LP's Responsive Brief Re November 8, 2023 Privilege Instruction)
Filed by Webcor Construction, LP (Plaintiff)

12/05/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/05/2023 Defendant Lendlease (US) Construction Inc.'s Notice of Motion and Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records; Memorandum of Points and Authorities
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Declaration (of Jeff Brandlin in Support of Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, L.P.'s Compliance with Prior Discovery Orders and Requests for Production of Documents)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Motion to Compel LA. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Requests for Production of Documents)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Defendant Lendlease (US) Construction Inc.'s Separate Statement in Support of Motion to Compel L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Requests for Production of Documents
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Motion to Compel (L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Request for Production of Documents)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Minute Order ( (Hearing on Demurrer - without Motion to Strike by L.A. Downto...))
Filed by Clerk

11/30/2023 Statement of Decision (Regarding Lendlease?s Claim Against Oceanwide for Violation of the Prompt Payment Statutes Following Phase One Trial)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/30/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Motion to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Defendant Lendlease (US) Construction Inc.'s Notice of Motion and Motion to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records; Memorandum of Points and Authorities
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Deanna Z. Haaker, CSR # 10309)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/30/2023 Notice of Lodging ([Proposed] Statement of Decision regarding Lendlease?s Claim against Oceanwide for Violation of the Prompt Payment Statutes Following Phase One Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

11/29/2023 Notice of Ruling (from November 29, 2023 Ex Parte Hearing to Continue Phase Two Trial and Pretrial Deadlines)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/29/2023 Minute Order ( (Hearing on Ex Parte Application by Lendlease (US) Constructio...))
Filed by Clerk

11/29/2023 Declaration (Of Oliver Gold In Support Of Lendlease (Us) Construction Inc.?s Ex Parte Application To Continue Phase Two Trial And Related Dates)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/29/2023 Ex Parte Application (to Continue Phase Two Trial and Related Dates)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/29/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Carolyn Gregor, CSR # 2351)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

11/28/2023 Declaration of Ryan C. Squire Regarding Trial Availability for Continued Phase 2 Trial
Filed by Chicago Title Insurance Company (Defendant)

11/28/2023 Lendlease (Us) Construction Inc.?s Objections To L.A. Downtown Investment, Lp?s Request For Judicial Notice In Support Of Its Demurrer To Lendlease (Us) Construction Inc.?s Second Amended Answer
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/22/2023 Declaration (Declaration of Abby L. Bjortscherm Support of Lendleases Position Statement For November 20, 2023 Informal Discovery Conference)
Filed by L.A. Downtown Investment, LP (Defendant); Lendlease (US) Construction, Inc. (Defendant)

11/22/2023 Informal Discovery Conference Report - Complex
Filed by L.A. Downtown Investment, LP (Defendant); Lendlease (US) Construction, Inc. (Defendant)

11/21/2023 Request For Judicial Notice In Support Of L.A. Downtown Investment, LP?s Reply In Support Of Demurrer To Lendlease (Us) Construction, Inc.?s Second Amended Answer
Filed by L.A. Downtown Investment LP (Cross-Complainant)

11/21/2023 Omnibus Proof Of Service
Filed by L.A. Downtown Investment LP (Cross-Complainant)

11/21/2023 Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP?s Reply In Support Of Demurrer To Lendlease (Us) Construction, Inc.?s Second Amended Answer
Filed by L.A. Downtown Investment LP (Cross-Complainant)

11/21/2023 L.A. Downtown Investment, LP?s Reply In Support Of Demurrer To Lendlease (Us) Construction, Inc.?s Second Amended Answer
Filed by L.A. Downtown Investment LP (Cross-Complainant)

11/20/2023 Minute Order ( (Court Order Re: Stipulation and Order Stipulation and [Propos...))
Filed by Clerk

11/17/2023 Brief (L.A. Downtown Investment, LP's Brief Re: November 8, 2023, Privilege Instruction)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc., Webcor Construction, LP, Pan-pacific Mechanical, LLC, and Bapko Metal, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Webcor Construction LP, Pan-pacific Mechanical, LLC, Bapko Metal, Inc., and Lendlease (US) Construction, Inc. (Volume 1 of 1)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc., Webcor Construction, LP, Pan-Pacific Mechanical, LLC, and Bapko Metal, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication as to Webcor Construction LP, Pan-Pacific Mechanical, LLC, Bapko Metal, Inc., and Lendlease (US) Construction, Inc.; Memorandum of Points and Authorities
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Omnibus Proof of Service Re: Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 3 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 1 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 2 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication on Its First Cause of Action Against Lendlease (US) Construction, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Declaration (of Anna Avendano in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to Lendlease's Second Amended Answer)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

11/15/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to the Second Amended Answer
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 6 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US)
Construction, Inc. (Volume 5 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US)
Construction, Inc. (Volume 7 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US)
Construction, Inc. (Volume 4 of 7)
Filed by L.A. Downtown Investment, LP (Defendant)

11/15/2023 Minute Order ( (Court Order Re: Continuance of Informal Discovery Conference ...))
Filed by Clerk

11/15/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

11/15/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

11/15/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...))
Filed by Clerk

11/14/2023 Notice of Ruling (from November 9, 2023, Hearing and Trial)
Filed by L.A. Downtown Investment, LP (Defendant)

11/13/2023 Webcor Construction, LP?s Supplemental Brief in Support of Motion to Disqualify Greenberg Traurig, LLP; Supplemental
Declaration of Heather N. Blackinton
Filed by Webcor Construction, L.P. (Defendant)

11/13/2023 Stipulation to Admit Trial Exhibits Into Evidence on November 9, 2023
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/09/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Down...))
Filed by Clerk

11/09/2023 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by CMF, Inc. (Plaintiff)

11/09/2023 Stipulation - No Order (to Admit Trial Exhibits Into Evidence on November 8, 2023)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/08/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Down...))
Filed by Clerk

11/08/2023 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

11/08/2023 Stipulation and Order to use Certified Shorthand Reporter (Johnell Gallivan, CSR # 10505)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/07/2023 Declaration (of Heather N. Blackinton in Support of Webcor Construction, LP's Motion to Disqualify Greenberg Traurig, LLP and
other Relief)
Filed by Webcor Construction, L.P. (Defendant)

11/07/2023 Motion to Disqualify Greenberg Traurig, LLP and Other Relief
Filed by Webcor Construction, L.P. (Defendant)

11/07/2023 Notice (of Amended November 8, 2023 Exhibit List)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/07/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine No. 3 to Exclude Evidence of
Preliminary Notices Sent to Webcor by its Subcontractors and Suppliers
Filed by L.A. Downtown Investment LP (Defendant)

11/07/2023 Lendlease (US) Construction Inc.'s Objections to L.A. Downtown Investment, LP's Notice of Ruling from November 2, 2023 Hearing
on Motions in Limine
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/07/2023 Notice of Related Case
Filed by Chicago Title Insurance Company (Defendant)

11/07/2023 Oceanwide Plaza LLCs Objections To Proposed Statement Of Decision
Filed by Oceanwide Plaza, LLC (Defendant)

11/07/2023 Notice of Ruling (from November 2, 2023 Hearing on Motions in Limine)
Filed by L.A. Downtown Investment, LP (Defendant)

11/07/2023 L.A. Downtown Investment, LP's Reply in Support of Motion to Quash and Strike Doe Amendments
Filed by L.A. Downtown Investment, LP (Defendant)

11/07/2023 Stipulation Regarding Alamillo Rebar, Inc.?s Mechanic's Lien for Phase Three Trial
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/07/2023 Exhibit List (L.A. Downtown Investment, LP's First Amended Exhibit List)
Filed by L.A. Downtown Investment, LP, a limited partnership (Defendant)

11/07/2023 Declaration (of Meredith A. Jones-McKeown in Support of Lendlease (US) Construction Inc.'s Motion in Limine No.3 to Exclude
Evidence or Argument Regarding Lack of Service of Preliminary Notice on Ladi)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/07/2023 Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI
Filed by Lendlease (US) Construction Inc. (Plaintiff)

11/07/2023 Minute Order ( (Further Status Conference Re: Exhibits))
Filed by Clerk

11/07/2023 L.A. Downtown Investment, LP's Brief Re: Admissibility of Written Evidence without Witness Testimony
Filed by L.A. Downtown Investment, LP (Defendant)

11/06/2023 Stipulation Regarding Testimony of L.A. Downtown Investment, L.P.'s President Kwok Yue "Mickey" Cheng at Phase Three Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/06/2023 L.A. Downtown Investment, LP's Third Amended Exhibit List
Filed by L.A. Downtown Investment LP (Defendant)

11/03/2023 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

11/02/2023 Minute Order ( (Final Status Conference (Phase 3); Hearing on Motion in Limin...))
Filed by Clerk

11/02/2023 Notice of Rulings from October 30, 2023 Discovery Hearings
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/02/2023 Request for Dismissal (with prejudice; breach of contract (1st), and violation of prompt payment statutory duties (3rd) causes of
action only in Webcor Construction LP's first amended complaint)
Filed by Webcor Construction, LP (Plaintiff)

11/02/2023 Request for Dismissal (with prejudice; re 20STCV20642 all causes of action except its mechanic's lien foreclosure)
Filed by Alamillo Rebar, Inc. (Plaintiff)

11/02/2023 Notice (of Errata re: Declaration of Joe Wixom and David Sanner Filed Concurrently with Omnibus Opposition to L.A. Downtown
Investment, LPS Motion to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration (of Theresa Crawford Tate in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment,
LP?s Motion to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration (of Anna Avendano in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s
Motion to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration (of David Sanner in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s
Motion to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration (of Carlos "Charlie" Reynoso in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment,
LP?s Motion to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration (of Scott Holbrook in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s
Motion to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration (of Joe Wixom in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion
to Quash and Strike Doe Amendments)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Consolidated Opposition to L.A. Downtown Investment, LP's Motion to Quash and Strike Doe Amendments
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 L.A. Downtown Investment, LP?s Second Amended Exhibit List
Filed by L.A. Downtown Investment, LP (Defendant)

11/01/2023 Status Report (L.A. Downtown Investment, Lp?s Status Report For November 8, 2023 Trial)
Filed by L.A. Downtown Investment, LP (Defendant)

11/01/2023 L.A. Downtown Investment, LP?s First Amended Exhibit List
Filed by L.A. Downtown Investment, LP (Defendant)

11/01/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

11/01/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

11/01/2023 Minute Order ( (Informal Discovery Conference by Lendlease...))
Filed by Clerk

10/31/2023 Exhibit List
Filed by Lendlease (US) Construction Inc. (Plaintiff)

10/31/2023 Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion in Limine No. 1
Filed by Lendlease (US) Construction Inc. (Plaintiff)

10/31/2023 Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion in Limine No. 2
Filed by Lendlease (US) Construction, Inc. (Appellant)

10/31/2023 Omnibus Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Oppositions to Lendlease (US) Construction Inc.'s Motion in Limine Nos. 1 and 2
Filed by L.A. Downtown Investment LP (Defendant)

10/31/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine No. 2
Filed by L.A. Downtown Investment LP (Defendant)

10/31/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine No.1 to Exclude Evidence of Preliminary Notices Sent to Webcor by its Subcontractors and Suppliers
Filed by L.A. Downtown Investment LP (Defendant)

10/31/2023 Order (To Allow Plaintiff, Defendant And Cross- Defendant Lendlease To Bring Electronic Equipment Into The Courtroom)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/30/2023 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

10/30/2023 Notice (of Entry of Order; Exhibit)
Filed by Oceanwide Plaza, LLC (Defendant)

10/30/2023 Minute Order ( (Hearing on Motion - Other by Lendlease, to Compel L.A. Downto...))
Filed by Clerk

10/30/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Tanya D. McCowan, CSR # 10147)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

10/27/2023 Declaration (of Christian A. Plue in Support of Lendlease (US) Construction Inc.'s Request for Judicial Notice)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration (of Heather Blackinton in Support of Lendlease (US) Construction Inc.'s Request for Judicial Notice)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration (of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motion in Limine No. 2 to Exclude Evidence or Argument Regarding the Value of Webcor's Lien)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.'s Request for Judicial Notice; Declaration of Meredith Jones-McKeown
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 2 to Exclude Evidence or Argument Regarding the Value of Webcor's Lien
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration (of Helen Lauderdale in Support of Lendlease (US) Construction Inc.'s Motion in Limine No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 1 to Exclude Evidence of Preliminary Notices Sent to Webcor by its Sub-Subcontractors and Suppliers
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 2 for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness Testimony Re Webcor's Due Diligence on the Construction Lender; Memorandum of Points and Authorities
Filed by L.A. Downtown Investment, LP (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Exhibit List
Filed by L.A. Downtown Investment, LP (Defendant)

10/27/2023 Omnibus Declaration of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motions in Limine NOS. 1, 2
Filed by L.A. Downtown Investment, LP (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Trial Brief for November 8, 2023, Trial
Filed by L.A. Downtown Investment, LP (Defendant)

10/27/2023 Motion in Limine No. 1 to Limit Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re LADI's Role as Construction Lender
Filed by L.A. Downtown Investment, LP (Defendant)

10/27/2023 Notice of Lodging (Compendium of Evidence Lodged in Support of Phase Three Claims for Foreclosure of Mechanic?s Lien for Unopposed Portion of Phase Three Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Notice of October 27, 2023 Exhibit List
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.?s Witness List For Phase Three Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.?s Phase Three Trial Brief
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Compendium Of Evidence Lodged In Support Of Phase Three Claims For Foreclosure Of Mechanic?s Lien For Unopposed Portion Of
Phase Three Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Stipulation and Order (Joint Stipulation And Order Regarding Use Of Zoom At Phase Three Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration (of Julianna M. Simon In Support of L.A. Downtown Investment, LP's Demurrer to Lendlease (US) Construction, Inc.'s
Second Amended Answer)
Filed by L.A. Downtown Investment LP (Cross-Complainant)

10/27/2023 Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer
Filed by L.A. Downtown Investment LP (Cross-Complainant)

10/25/2023 Notice of Rulings From October 24, 2023 Trial Readiness Conference And Informal Discovery Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/25/2023 Minute Order ( (Informal Discovery Conference (IDC) (LADI & Lendlease)))
Filed by Clerk

10/25/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

10/25/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

10/24/2023 Minute Order ( (Informal Discovery Conference (IDC); Trial Readiness Conferen...))
Filed by Clerk

10/24/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Kyle Miller, CSR # 13282)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/24/2023 Lendlease (US) Construction Inc.?s Objections To L.A. Downtown Investment, LP?s Notice Of Ruling From The October 16, 2023 Trial
Readiness Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Request for Judicial Notice in Support of Notice of Motion and Motion to Quash and Strike Doe
Amendments (Part 1 of 3)
Filed by L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 Declaration (of Todd Pickles in Support of L.A. Downtown Investment, LP's Motion to Quash and Strike Doe Amendments)
Filed by L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Request for Judicial Notice in Support of Notice of Motion and Motion to Quash and Strike Doe
Amendments (Part 3 of 3)
Filed by L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Request for Judicial Notice in Support of Notice of Motion and Motion to Quash and Strike Doe
Amendments (Part 2 of 3)
Filed by L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 Motion to Quash (and Strike Doe Amendments)
Filed by L.A. Downtown Investment, L.P. (Defendant)

10/23/2023 Declaration (of Anna C. Avendaço in Support of Lendlease's Omnibus Reply to LADI's Opposition to Lendlease's Motions to Compel
Further Responses to Requests for Production and Special Interrogatories)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease's Omnibus Reply to LADI's Opposition to Lendlease's Motions to Compel
Further Responses to Requests for Production and Special Interrogatories)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 Lendlease's Omnibus Reply to LADI's Opposition to Lendlease's Motions to Compel Further Responses to RFPs and Special
Interrogatories
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment LP (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Declaration of Oliver M. Gold in Support of Lendlease (US) Construction, Inc.'s
Opposition to LADI's Motion for Protective Order
Filed by L.A. Downtown Investment, LP (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Reply in Support of its Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s
Discovery Requests
Filed by L.A. Downtown Investment, LP (Defendant)

10/20/2023 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

10/20/2023 Notice of Related Case
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

10/19/2023 Notice of Ruling
Filed by L.A. Downtown Investment, LP (Defendant)

10/19/2023 Notice of Lodging ([Proposed] Statement of Decision Regarding Lendlease?s Claim Against Oceanwide for Violation of the Prompt
Payment Statutes Following Phase One Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/17/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Gold and Brandlin Declarations Filed by Lendlease (US) Construction, Inc.
in Support of Motions to Compel
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Consolidated Opposition to Lendlease (US)
Construction, Inc.'s Motions to Compel)
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to
Compel SRog, Set Two
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to
Compel RFP, Set Three
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 Declaration (of Kwok Yue Cheng in Support of L.A. Downtown Investment, LP's Consolidated Opposition to Lendlease (US)
Construction, Inc.'s Motions to Compel)
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 L.A. Downtown Investment, LP's Consolidated Opposition to Lendlease (US) Construction, Inc.'s Motions to Compel Further
Responses to Requests for Production of Documents and Special Interrogatories
Filed by L.A. Downtown Investment LP (Defendant)

10/17/2023 Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/17/2023 Omnibus Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment,
LP's Motion for Protective Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/16/2023 Minute Order ( (Trial Readiness Conference (Webcor trial)))
Filed by Clerk

10/16/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Deanna Z. Haaker, CSR # 10309)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/16/2023 Minute Order ( (Court Order Re: Limited Continuance Approved))
Filed by Clerk

10/13/2023 Witness List (L.A. Downtown Investment, Lp?s Trial Witness List)
Filed by L.A. Downtown Investment, LP (Defendant)

10/13/2023 Second Amended Answer Of Lendlease (Us) Construction Inc. And Lendlease (Us) Construction Holdings, Inc. To L.A. Downtown
Investment, LP?s Amended Cross- Complaint
Filed by Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

10/13/2023 Notice (of Continued Remote Trial Readiness Conference by Zoom)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/13/2023 Minute Order ( (Trial Readiness Conference (Webcor trial)))
Filed by Clerk

10/13/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Lisa Day, CSR # 12960)
Filed by Lendlease (US) Construction, Inc. (Defendant); Lendlease (US) Construction, Inc. (Defendant)

10/12/2023 Amended Separate Statement in Support of Defendant Lendlease (US) Construction Inc.?s Motion to Compel Further Responses to
Special Interrogatories to L.A. Downtown Investment, LP
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/12/2023 Amended Omnibus Declaration of Objection Responses of Lendlease (US) Construction Inc.?s Motion to Compel L.A.
Downtown Investment, LP?s Further Supplemental Response to Lendlease?s Special Interrogatories, Set Two and Requests for Production
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/12/2023 Notice of Lodging
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/11/2023 Joint Trial Readiness Statement
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/10/2023 Minute Order ( (Court Order Re: Request for Informal Discovery Conference))
Filed by Clerk

10/09/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US)
Construction, Inc.'s Discovery Requests)
Filed by L.A. Downtown Investment, LP (Defendant)

10/09/2023 Proof of Service
Filed by L.A. Downtown Investment, LP (Defendant)

10/09/2023 L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Discovery Requests
Filed by L.A. Downtown Investment, LP (Defendant)

10/06/2023 Defendant Lendlease (US) Contruction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Supplemental Response to
Lendlease's Special Interrogatories
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2023 Declaration (of Jeffrey E. Brandlin in Support of Lendlease (US) Construction Inc.'s Motions to Compel Further Responses to
Demand for Production, Set Three, and Special Interrogatories, Set Two, to L.A. Downtown Investment, L.P)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2023 Separate Statement (in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Request
for Production of Documents to L.A. Downtown Investment, LP)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Request for Production of Documents to L.A.
Downtown Investment, LP
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/29/2023 Notice of Ruling (from September 27, 2023 Further Status Conference and Informal Discovery Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/28/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

09/28/2023 Minute Order ( (Ruling on Submitted Matter))
Filed by Clerk

09/28/2023 Minute Order ( (Court Order granting Reconsideration on Court's own motion of...))
Filed by Clerk

09/28/2023 Order (Regarding Pending Discovery Motions)
Filed by Clerk

09/27/2023 Minute Order ( (Informal Discovery Conference (IDC); Further Status Conferenc...))
Filed by Clerk

09/27/2023 L.A. Downtown Investment, Lp?s Response To The Court?s September 26, 2023 Message
Filed by L.A.Downtown Investment, LP (Defendant)

09/27/2023 Stipulation and Order to use Certified Shorthand Reporter (Ann Cavin, CSR # 13189)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/27/2023 Lendlease (US) Construction Inc.?s Submission regarding LADI?s Void Deed of Trust
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/26/2023 L.A. Downtown Investment, LP?s Objections to Lendlease (Us) Construction, Inc.?s Notice of Ruling from September 19, 2023 Phase
One Trial
Filed by L.A. Downtown Investment, LP (Defendant)

09/25/2023 Notice of Ruling (from September 19, 2023 Phase One Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/25/2023 Lendlease (US) Construction Inc.'s Notice of Withdrawal of Expert Witness Previously Disclosed Pursuant to Code of Civil Procedure
Sections 2034.210, et seq.
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/25/2023 Informal Discovery Conference
Filed by Lendlease (US) Construction, Inc. (Plaintiff)

09/21/2023 Request for Dismissal (with prejudice; complaint in case no. 20STCV20757 as to ACCO Engineered System Inc only)
Filed by Karcher Interior Systems, Inc. (Plaintiff)

09/19/2023 Amendment to Complaint (Fictitious/Incorrect Name)

Filed by XL Fire Protection Co. (Plaintiff)

09/19/2023 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Alamillo Rebar, Inc. (Plaintiff)

09/19/2023 Minute Order ( (Order to Show Cause Re: Why the Recently Filed Doe and Roe Am...))
Filed by Clerk

09/19/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/19/2023 Order (Statement Of Decision With Finding On Lendlease (Us) Construction Inc.S Substantial Compliance With Contractor Licensure Requirement)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/18/2023 Brief Re: Order to Show Cause for Failure to File Timely Doe Amendments
Filed by L.A. Downtown Investment, LP (Defendant)

09/18/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Brief Re Failure to Name LADI as Defendant
Filed by L.A. Downtown Investment, LP (Defendant)

09/18/2023 Lendlease (US) Construction Inc.'s Reply Brief Regarding L.A. Downtown Investment, LP's Role as a Defendant In Lien Foreclosure Claims; Declaration of Helen Lauderdale
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/18/2023 Star Hardware, Inc.'s Response Re OSC Re Why Star Hardware, Inc.'s Doe Amendment as to L.A. Downtown Investment, LP Should Not be Stricken; Declaration of Chelsea L. Zwart
Filed by Star Hardware, Inc. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   01/03/2024   11/29/2023   10/24/2023   09/15/2023   08/16/2023   07/14/2023   05/25/2023   04/18/2023   02/21/2023   11/18/2022
09/26/2022   08/03/2022   05/09/2022   03/17/2022   01/28/2022   12/13/2021   10/20/2021   08/31/2021   06/14/2021   03/05/2021   11/17/2020
09/14/2020   07/07/2020   05/14/2020   03/20/2020   02/13/2020   12/17/2019   11/01/2019   09/10/2019   07/18/2019   05/13/2019   03/14/2019

09/15/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Brief Re: Preliminary Notice and Ladi's Actual Notice of Work
Filed by L.A. Downtown Investment, LP (Defendant)

09/15/2023 L.A. Downtown Investment, LP's Opposition to Webcor Construction LP's Brief Re: Preliminary Notice
Filed by L.A. Downtown Investment, LP (Defendant)

09/15/2023 Lendlease's Response to Ladi's Brief Regarding Civil Code Section 8204
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/15/2023 Fetzers' Inc.'s Response to OSC Re Doe Amendment
Filed by Fetzers' Inc. (Plaintiff)

09/15/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

09/15/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

09/14/2023 L.A. Downtown Investment, LP?s Brief Re Failure to Seek to Foreclose LADI?s Interest in Property
Filed by L.A. Downtown Investment, LP (Defendant)

09/14/2023 L.A. Downtown Investment, LP?s Objections To Lendlease (Us) Construction, Inc.?s Amended Notice Of Ruling From September 12, 2023 Trial
Filed by L.A. Downtown Investment LP (Cross-Complainant)

09/14/2023 Lendlease (US) Construction Inc.?s Brief Regarding L.A. Downtown Investment, LP?s Role as a Defendant in Lien Foreclosure Claims
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2023 Declaration (of Oliver M. Gold Attaching Previously Omitted Documents)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2023 Stipulation Regarding Consolidated List Of Exhibits Admitted Into Evidence During Trial Phase 1
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/13/2023 Notice of Ruling
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/13/2023 Lendlease (US) Construction, Inc.'s Brief Regarding Preliminary Notice and Ladi's Actual Notice of Work
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/13/2023 Joinder (to L.A. Downtown Investment, LP?s Brief re Cal. Civ. Code 8402(a))
Filed by L.A. Downtown Investment LP (Defendant)

09/13/2023 L.A. Downtown Investment, LP?s Brief re Cal. Civ. Code 8402(a)
Filed by L.A. Downtown Investment, LP (Defendant)

09/13/2023 Amended Notice of Ruling from September 12, 2023 Trial
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/13/2023 Briefing Re: LADI's Standing to Challenge Post-Termination Lien When No Right to Preliminary Notice
Filed by Webcor Construction, LP (Plaintiff)

09/13/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

09/13/2023 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

09/12/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...))
Filed by Clerk

09/12/2023 Stipulation, Receipt and Order re: Release of Civil Exhibits
Filed by Clerk

09/12/2023 Stipulation to Admit Trial Exhibits Into Evidence on 09/08/2023
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/12/2023 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Fetzers' Inc. (Plaintiff)

09/12/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Amended Proposed Statement of Decision
Filed by L.A. Downtown Investment LP (Defendant)

09/12/2023 Order Re Evidence Received by Court Related to Undisputed Portions of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/11/2023 Notice of Lodging (Amended [Proposed] Statement of Decision Documenting Outcomes of Phase 1 Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/11/2023 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Star Hardware, Inc. (Plaintiff)

09/11/2023 Lendlease?s Proposed Agenda for September 12, 2023 Trial Proceedings
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/11/2023 Lendlease's Reply ISO Motion in Limine No. 6 and Objection to LADi's Surprise August 31 Filing
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/08/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...))
Filed by Clerk

09/08/2023 Stipulation to Admit Trial Exhibits into Evidence on September 7, 2023
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/08/2023 Proof of Service (not Summons and Complaint)
Filed by OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Yesco LLC for Phase 1 Trial
Filed by OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with SASCO for Phase 1 Trial
Filed by OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Standard Drywall, Inc. for Phase 1 Trial
Filed by OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Star Hardware, Inc. for Phase 1 Trial
Filed by OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Martin Bros./Marcowall, Inc. for Phase 1 Trial
Filed by OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

09/08/2023 Minute Order ( (Hearing on Demurrer - with Motion to Strike (CCP 430.10) by L...))
Filed by Clerk

09/08/2023 Webcor Construction L.P.'s Objection to Admission of Evidence Related to Alleged Defect in Webcor's Work in Phase 1 Trial
Filed by Webcor Construction, LP (Plaintiff)

09/07/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...))
Filed by Clerk

09/07/2023 Notice of Settlement (of Post-Termination Costs with Woodbridge Glass Inc. for Phase 1 Trial)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs with Star Hardware, Inc. for Phase 1 Trial)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs with YESCO LLC for Phase 1 Trial)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs with Mitsubishi Electric US, Inc. for Phase 1 Trial)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs with Webcor for Phase 1 Trial)
Filed by Oceanwide Plaza, LLC. (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs with Standard Drywall, Inc. (as Kovach Subcontractor) for Phase 1 Trial)
Filed by Oceanwide Plaza LLC (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs with Standard Drywall, Inc. for Phase 1 Trial)
Filed by Oceanwide Plaza LLC (Defendant)

09/07/2023 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Notice of Settlement (of Post-Termination Costs With MartinBros./Marcowall, Inc.for Phase 1 Trial)
Filed by Oceanwide Plaza, LLC (Defendant)

09/07/2023 Stipulation To Admit Trial Exhibits Into Evidence On September 6, 2023
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/06/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...))
Filed by Clerk

09/06/2023 Brief (Oceanwide's Brief Re: No Requirement For Written Notice Of "Good Faith Dispute" Exception To Prompt Payment Of Retention)
Filed by Oceanwide Plaza, LLC (Defendant)

09/06/2023 Lendlease (US) Construction Inc.'s Request for an Offer of Proof by Oceanwide Plaza LLC Regarding Unpaid Amounts Subject to Good Faith Dispute
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/06/2023 Stipulation To Admit Trial Exhibits Into Evidence On September 5, 2023
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/06/2023 Stipulation and Order (Joint Stipulation and Order Regarding Use of Zoom at Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Minute Order ( (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...))
Filed by Clerk

09/05/2023 Notice of Ruling (from September 1, 2023 Further Final Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Stipulation and Order to use Certified Shorthand Reporter (Johnell Gallivan, CSR # 10505)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/05/2023 Proof of Electronic Service via Case Anywhere
Filed by Standard Drywall, Inc. (Plaintiff)

09/05/2023 Notice of Settlement
Filed by Standard Drywall, Inc. (Plaintiff)

09/05/2023 Stipulation Re Admission Of Evidence
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Stipulation Regarding "Completion" Of Work For Purposes Of California Civil Code Section 8180
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Notice Of Lodging Exhibits To Supplemental Compendium Of Evidence In Support Of Phase One Claims For Foreclosure Of Mechanic?s Liens For Unopposed Portion Of Phase One Of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Supplemental Compendium Of Evidence Lodged In Support Of Phase One Claims For Foreclosure Of Mechanic?s Liens For Unopposed Portion Of Phase One Of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Declaration of Oliver Gold in Support of Lendlease (US) Constructions, Inc.'s Request for Judicial Notice
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/05/2023 Lendlease (US) Construction Inc.'s Request for Judicial Notice
Filed by Lendlease (US) Construction Inc. (Plaintiff)

09/01/2023 Minute Order ( (Final Status Conference; Hearing on Motion in Limine no. 4 b...))
Filed by Clerk

09/01/2023 Notice of Settlement
Filed by Yesco LLC (Plaintiff)

09/01/2023 Notice of Entry of Dismissal and Proof of Service
Filed by The Nevell Group, Inc (Plaintiff)

09/01/2023 Mitsubishi Electric US, Inc.'s Notice of Settlement Re: Defendant Oceanwide Plaza, LLC for the Phase 1 Trial
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

09/01/2023 Notice of Settlement (Between SASCO and Oceanwide Plaza, LLC)
Filed by SASCO (Defendant)

09/01/2023 Webcor Construction L.P.'s Objection to Exclusion of Prejudgment Interest from Mechanics' Liens
Filed by Webcor Construction, LP (Plaintiff)

09/01/2023 Declaration (of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s
Motion in Limine No. 6)
Filed by L.A. Downtown Investment, LP (Defendant)

09/01/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion in Limine No. 6
Filed by L.A. Downtown Investment, LP (Defendant)

09/01/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Johnell Gallivan, CSR # 10505)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

09/01/2023 Notice of Settlement (Between Star Hardware, Inc. and Oceanwide Plaza, LLC)
Filed by Star Hardware, Inc. (Plaintiff)

09/01/2023 Notice of Settlement (Between SASCO and Oceanwide Plaza, LLC)
Filed by SASCO (Plaintiff)

09/01/2023 Supplemental Briefing Clarifying Applicable Law Regarding Statute of Limitations Motion in Limine
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 Proof of Service (not Summons and Complaint) (Re [Proposed] Order Regarding Outstanding Discovery Motions)
Filed by L.A. Downtown Investment, LP (Defendant)

08/31/2023 Leanlease (US) Construction Inc.'s Motion in Limine No. 6
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 L.A. Downtown Investment, LP's Submission on Subcontractor Lien Amounts
Filed by L.A. Downtown Investment, LP (Defendant)

08/31/2023 August 31, 2023 Joint Witness List
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 Notice of Lodging Lendlease's and Oceanwide's Joint Exhibit List and Joint Witness List
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 L.A. Downtown Investment, LP's Reply in Support of Demurrer to Lendlease (US) Construction, Inc.'s First Amended Answer
Filed by L.A. Downtown Investment, LP (Defendant)

08/31/2023 Oceanwide's Reply In Support Of Motion In Limine No. 3
Filed by Oceanwide Plaza, LLC (Defendant)

08/31/2023 Declaration (of Greg Mowbray in Support of Oceanwides Opposition to Lendlease Motion In Limine No. 5)
Filed by Oceanwide Plaza, LLC (Defendant)

08/31/2023 Oceanwide's Reply In Opposition to Lendlease Motion in Limine No. 5
Filed by Oceanwide Plaza, LLC (Defendant)

08/31/2023 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

08/31/2023 Oceanwide's Reply In Support Of Motion In Limine No. 2
Filed by Oceanwide Plaza, LLC (Defendant)

08/31/2023 Oceanwide Plaza LLC's Reply in Support of Motion in Limine No. 1
Filed by Oceanwide Plaza, LLC (Defendant)

08/30/2023 Notice of Ruling (from August 28, 2023 Continued Discovery Hearing)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Compendium of Subcontractor Declarations Regarding Lien Value
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Declaration (of Jeffrey Arfsten in Support of Lendlease (US) Construction Inc.'s Opposition to Oceanwide's Motion in Limine No. 2)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Lendlease (US) Construction Inc.'s Opposition to Oceanwide Plaza LLC's Motion in Limine No. 2
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Declaration (of Oliver Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in
Limine No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Lendlease (US) Construction Inc.'s Opposition to Oceanwide Plaza LLC's Motion in Limine No. 1
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Request for Dismissal
Filed by The Nevell Group, Inc (Plaintiff)

08/29/2023 Minute Order ( (Mandatory Settlement Conference (MSC) For Dept.10))
Filed by Clerk

08/29/2023 Declaration (of John Foust in Support of Oceanwide Plaza LLC's Motions in Limine No. 4)
Filed by Oceanwide Plaza, LLC (Defendant)

08/29/2023 Oceanwide Plaza LLC.'s Motion in Limine No. 4
Filed by Oceanwide Plaza, LLC (Defendant)

08/29/2023 Lendlease (Us) Construction Inc.?s Notice Of Request For Judicial Notice In Support Of Phase One Claims For Foreclosure Of Mechanic?s Liens For Unopposed Portion Of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Declaration Of Meredith Jones-McKeown In Support Of Compendium Of Evidence Lodged In Support Of Phase One Claims For Foreclosure Of Mechanic?s Liens For Unopposed Portion Of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Notice Of Lodging Exhibits To Compendium Of Evidence In Support Of Phase One Claims For Foreclosure Of Mechanic?s Liens For Unopposed Portion Of Phase One Of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Compendium Of Evidence Lodged In Support Of Phase One Claims For Foreclosure Of Mechanic?s Liens For Unopposed Portion Of Phase One Of Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Declaration (of Jeffrey Arfsten in Support of Lendlease (US) Construction Inc.'s Motion in Limine No.5)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Lendlease (US) Construction Inc.'s Motion in Limine No.5
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Declaration (of Helen J. Lauderdale in Opposition to Oceanwide Plaza's Motion in Limine No. 3)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Lendlease (US) Construction Inc.'s Opposition to Oceanwide Plaza LLC's Motion in Limine No. 3
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Order to Allow Defendant Lendlease to Bring Electronic Equipment into the Courtroom
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/28/2023 Notice of Ruling (from August 25, 2023 Final Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/28/2023 Minute Order ( (Hearing on Ex Parte Application by L.A. Downtown Investment L...))
Filed by Clerk

08/28/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Yolanda Tanner, CSR # 12785)
Filed by L.A. Downtown Investment LP (Cross-Complainant); L.A. Downtown Investment, LP (Defendant); L.A. Downtown Investment, LP (Cross-Defendant) et al.

08/25/2023 Minute Order ( (Hearing on Motion in Limine no. 1 by Lendlease (US) Construct...))
Filed by Clerk

08/25/2023 Declaration (of Oliver Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to the First Amended Answer)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/25/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to the First Amended Answer
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/25/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Michelle G. Cooper, CSR # 13572)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

08/25/2023 Stipulation and Order to use Certified Shorthand Reporter (Yolanda Tanner, CSR # 12785)
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

08/24/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease (Us) Construction Inc.?s Submission on Discovery Motions and Ex Parte)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/24/2023 Lendlease (Us) Construction Inc.?s Submission on Pending Discovery Motions And Ex Parte
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/24/2023 Witness List
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/24/2023 Martin Bros./Marcowall, Inc. Trial Exhibit List
Filed by Martin Bros./Marcowall Inc. (Defendant)

08/24/2023 ACCO Engineered Systems, Inc., Trial Exhibit List
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/24/2023 Bapko Metal, Inc., Trial Exhibit List
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

08/24/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

08/24/2023 Declaration (DECLARATION OF JULIANNA M. SIMON IN SUPPORT OF LA DOWNTOWN INVESTMENT, LP'S STATUS REPORT RE: OUTSTANDING DISCOVERY MOTIONS)
Filed by L.A. Downtown Investment, LP (Defendant)

08/24/2023 Status Report
Filed by L.A. Downtown Investment, LP (Defendant)

08/24/2023 Oceanwide Plaza LLC's Motion in Limine No. 3
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration (of John Foust in Support of Oceanwide Plaza LLC's Motion in Limine No. 2)
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Oceanwide Plaza LLC's Motion in Limine No. 2
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Request for Judicial Notice (Re Oceanwide Plaza LLC's Motions in Limine)
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration (of May Wan in Support of Oceanwide Plaza LLC's Motion in Limine No. 1)
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration (of Gregory Mowbray in Support of Oceanwide Plaza LLC's Motion in Limine No. 1)
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration (of John Foust in Support of Oceanwide Plaza LLC's Motion in Limine No. 1)
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 Oceanwide Plaza LLC's Motion in Limine No. 1
Filed by Oceanwide Plaza, LLC (Defendant)

08/24/2023 L.A. Downtown Investment, LP?s Brief On Its Participation In The Phase One Trial Starting September 5, 2023, And Notice Of Withdrawal Of Witness List And, Likely, Exhibit List
Filed by L.A. Downtown Investment LP (Defendant)

08/24/2023 Joint Agenda for Phase One Final Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/23/2023 Lendlease (Us) Construction Inc.?s Notice of August 23, 2023 Exhibit List
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/23/2023 Joinder (to L.A. Downtown Investment, LP?s Oppositions to Lendlease (Us) Construction, Inc.?s Motion in Limine Nos. 1, 2 And 4)
Filed by L.A. Downtown Investment LP (Defendant)

08/23/2023 Amended Proof of Service to Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion in Limine No. 3 to Exclude Evidence and Arguments about Challenges to Its Deed of Trust
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Omnibus Declaration Of Oliver Gold In Support Of Lendlease (Us) Construction Inc.?s Oppositions To L.A. Downtown Investment, Lp?s Motions In Limine Nos. 1-4
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Lendlease (Us) Construction Inc.?s Opposition To L.A. Downtown Investment, Lp?s Motion In Limine No. 1 To Preclude Arguments And Evidence About Certain Work Performed On The Project
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Motion In Limine No. 2 To Exclude Certain Testimony Of Expert Witness Todd Pennington
Filed by L.A. Downtown Investment, LP (Defendant)

08/22/2023 L.A. Downtown Investment, LP?s Statement Of Opposition To Lendlease (Us) Construction, Inc.?s Motion In Limine No. 4 To Exclude Certain Testimony Of Todd Pennington
Filed by L.A. Downtown Investment LP (Defendant)

08/22/2023 L.A. Downtown Investment, LP?s Response To Lendlease (Us) Construction, Inc.?s Motion In Limine No. 3 To Exclude Evidence Or Argument Regarding Lendlease?s Financial Status
Filed by L.A. Downtown Investment LP (Defendant)

08/22/2023 Notice of Ruling (From August 22,2023 Hearing)
Filed by L.A. Downtown Investment, LP (Defendant)

08/22/2023 Lendlease (US) Construction Inc.?s Opposition to Motion in Limine No. 4 Of L.A. Downtown Investment, LP to Exclude Evidence for Failure to Comply with Demand for Bill of Particulars; Declarations of Phil Hamblin and Helen Lauderdale
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LPS Motion in Limine No. 2 to Exclude Testimony of Richard K. Hollowell
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Opposition (of ACCO Engineered Systems, Inc. and Bapko Metal, Inc.'s to LADI's Motion in Limine No. 1 re Evidence re Certain Work Performed on the Project)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/22/2023 Opposition (of Martin Bros./Marcowall, Inc. to LADI's Motion in Limine re Plaintiffs' Failure to Comply with Demand for Bill of Particulars)
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

08/22/2023 Opposition of Martin Bros./Marcowall, Inc. to LADI's Motion in Limine No. 1 re Evidence re Certain Work Performed on the Project
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

08/22/2023 Lendlease (Us) Construction Inc.?s Opposition To L.A. Downtown Investment, LP?s Motion In Limine No. 3 To Exclude Evidence And Arguments About Challenges To Its Deed Of Trust
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Joinder (Ro L.A. Downtown Investment, LP's Exhibit List And Supplemental Exhibit List)
Filed by L.A. Downtown Investment LP (Defendant)

08/22/2023 Minute Order ( (Hearing on Motion in Limine no. 5 by L.A. Downtown Investment...))
Filed by Clerk

08/22/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander T. Joko, CSR #12272)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

08/21/2023 Joinder
Filed by Sharpe Interior Systems Inc. (Defendant)

08/21/2023 Trial Brief (Oceanwide Plaza LLC's Phase One Trial Brief)
Filed by Oceanwide Plaza, LLC (Defendant)

08/21/2023 Exhibit List
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

08/21/2023 Exhibit List
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

08/21/2023 Notice (Appendix Of Other Authorities In Support Of Opposition To Ladi's Motion in Limine No. 5)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

08/21/2023 Exhibit List
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

08/21/2023 Opposition (Opposition Of Acco Engineered Systems, Inc. and Bapko Metal Inc. to Ladi's Motion in Limine NO.5 to preclude Arguments and Evidence About Non- Lienable Work)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

08/21/2023 Exhibit List
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

08/21/2023 Opposition (Opposition of Martin Bros./Marcowall, Inc. to LADI's Motion In Limine No. 5 to Preclude Arguments and Evidence About Non-Lienable Work)
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

08/21/2023 Declaration (Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, Lp's Opposition To Lendlease (Us) Construction, Inc.S Motion In Limine No. 1)
Filed by L.A. Downtown Investment, LP (Defendant)

08/21/2023 Opposition (L.A. Downtown Investment, Lp's Opposition To Lendlease (Us) Construction Inc.'S Motion In Limine No. 1)
Filed by L.A. Downtown Investment, LP (Defendant)

08/21/2023 Notice (of Ruling on Los Angeles Downtown Investment, LP?s Motion for Summary Judgment and Summary Adjudication Against Lendlease (US) Construction, Inc. and the Subcontractor Plaintiffs)
Filed by Sharpe Interior Systems Inc. (Defendant)

08/21/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.?s Notice Of LADI?s Discovery Abuse)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 Lendlease (US) Construction Inc?s Notice of Exhibit List
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 L.A. Downtown Investment, LP?s Exhibit List
Filed by L.A. Downtown Investment, LP (Defendant)

08/21/2023 Request for Dismissal
Filed by Comet Electric, Inc. (Plaintiff)

08/21/2023 Declaration (of Oliver Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 5)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 5
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/18/2023 Notice of Joinder (Name Extension) (and Joinder to L.A. Downtown Investment, LP's Trial Brief)
Filed by L.A. Downtown Investment LP (Defendant)

08/18/2023 Lendlease (US) Construction Inc. & The Subcontractors? Joint Phase One Trial Brief
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/18/2023 L.A. Downtown Investment, LP?s Phase II Trial Brief
Filed by L.A. Downtown Investment LP (Defendant)

08/18/2023 Minute Order ( (Hearing on Joinder to Motion for Summary Judgment / Adjudicat...))
Filed by Clerk

08/18/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Dianne McGivern, CSR # 7576)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Inc. (Cross-Defendant) et al.

08/18/2023 Request for Dismissal ((NOT ENTERED) Please indicate if a fee waiver was granted or not by the court. See section 2.)
Filed by Comet Electric, Inc. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   01/03/2024   11/29/2023   10/24/2023   09/15/2023   08/16/2023   07/14/2023   05/25/2023   04/18/2023   02/21/2023   11/18/2022
09/26/2022   08/03/2022   05/09/2022   03/17/2022   01/28/2022   12/13/2021   10/20/2021   08/31/2021   06/14/2021   03/05/2021   11/17/2020
09/14/2020   07/07/2020   05/14/2020   03/20/2020   02/13/2020   12/17/2019   11/01/2019   09/10/2019   07/18/2019   05/13/2019   03/14/2019

08/16/2023 Notice of Ruling (on L.A. Downtown Investment, LP's Ex Parte Application)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/16/2023 Proof of Service Re Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration (of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 3 of 6)
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration (of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 4 of 6)
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration (of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 2 of 6)
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration (of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 6 of 6)
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration (of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 5 of 6)
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration (of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 1 of 6)
Filed by L.A. Downtown Investment, LP (Defendant)

08/16/2023 Minute Order ( (Hearing on Ex Parte Application by L.A. Downtown Investment L...))
Filed by Clerk

08/16/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Ingrid J. Saracione, CSR #1196)
Filed by Lendlease (US) Construction Holdings Inc. (Defendant)

08/15/2023 Stipulation on Lendlease (US) Construction Inc?s Motions in Limine
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Declaration (of Todd Pennington in Support of L.A. Downtown Investment, LP's Motion in Limine No. 5)
Filed by L.A. Downtown Investment LP (Defendant)

08/15/2023 Declaration (of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motion in Limine No. 5)
Filed by L.A. Downtown Investment LP (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 5
Filed by L.A. Downtown Investment LP (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 4
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 3
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Omnibus Declaration of Meredith Jones-McKeown in Support of Lendlease (US) Construction Inc.'s Motions in Limine Nos. 2-4
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 2
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Declaration (of Meredith Jones-McKeown in Support of Lendlease (US) Construction Inc.'s Motion in Limine No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 1
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 5
Filed by L.A. Downtown Investment, LP (Defendant)

08/15/2023 Declaration (of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motion in Limine No. 3)
Filed by L.A. Downtown Investment, LP (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 4
Filed by Webcor Construction, LP (Plaintiff); L.A. Downtown Investment, LP (Defendant)

08/15/2023 Omnibus Proof of Service Re: L.A. Downtown Investment, LP's Motions in Limine Nos. 1, 2 and 3
Filed by L.A. Downtown Investment, LP (Defendant)

08/15/2023 Omnibus Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motions in Limine Nos. 1-3
Filed by L.A. Downtown Investment, LP (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 3
Filed by L.A. Downtown Investment, LP (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 2
Filed by L.A. Downtown Investment, LP (Defendant)

08/14/2023 Notice of Ruling (from August 14, 2023 Hearing)
Filed by L.A. Downtown Investment, LP (Defendant)

08/14/2023 Minute Order ( (Trial Readiness Conference; Hearing on Motion for Protective ...))
Filed by Clerk

08/14/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko, CSR # 12272)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

08/14/2023 Yesco LLC DBA Yesco Signs LLC's Witness List for Phase 1 Trial
Filed by YESCO LLC., (Defendant)

08/14/2023 Enclos Corp's List of Witness- Phase I Trial
Filed by Enclos Corp., a Minnesota corporation (Defendant)

08/14/2023 Stipulation and Request for the Court to Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP 664.6; Order
Thereon
Filed by Sasco (Defendant)

08/14/2023 Sasco?s Witness List for Phase 1 Trial
Filed by Sasco, a California corporation (Defendant)

08/11/2023 L.A. Downtown Investment, LP?s Submission Re Questions to be Resolved at Phase I Trial
Filed by L.A. Downtown Investment, LP (Defendant)

08/11/2023 Notice Of Joinder And Joinder To L.A. Downtown Investment, LP?s Submission Re Questions To Be Resolved At Phase I Trial
Filed by L.A. Downtown Investment LP (Defendant)

08/11/2023 Supplemental Brief of Acco Engineered Systems, Inc. and Bapko Metal, Inc. Re: Lendlease (US) Construction, Inc.'s Joint Phase I Trial
Readiness Brief
Filed by Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/11/2023 Declaration (of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Opposition to LA. Downtown Investment, LP's Ex
Parte Application for Order Precluding Use of Evidence Produced by Lendlease and Continuing Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Declaration (of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Opposition to LA. Downtown Investment, LP's Ex
Parte Application for Order Precluding Use of Evidence Produced by Lendlease and Continuing Trial)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Lendlease (US) Construction Inc.'s Opposition to LA. Downtown Investment, LP's Ex Parte Application for Order Precluding Use of
Evidence Produced by Lendlease and Continuing Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Lendlease (US) Construction Inc.?s Brief Regarding Jury and Bench Triable Issues
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Lendlease (US) Construction Inc. & Twenty-One Subcontractors? Joint Phase One Trial Readiness Brief
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Response to Woodbridge Glass, Inc.'s Additional "Material Facts" in Opposition to Motion for
Summary Judgment
Filed by LA Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Response to Subcontractor Plaintiffs Additional "Material Facts" in Opposition to Motion for
Summary Judgment
Filed by L.A. Downtown Investment, LP (Defendant)

08/11/2023 Proof of Electronic Service via Case Anywhere
Filed by Standard Drywall, Inc. (Plaintiff)

08/11/2023 Opposition (to LA Downtown Investment, LP's Ex Parte Application for Order Precluding Use of Evidence Produced by Lendlease
(US) Construction Inc. and Continuing Trial)

08/11/2023 L.A. Downtown Investment, LP's Reply in Support of Motion for Summary Judgment
Filed by L.A. Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Response to Johnson Controls Fire Protection, LP's Additional "Material Facts" in Opposition to Motion for Summary Judgment
Filed by L.A. Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Subcontractor Plaintiffs' Evidence in Opposition to Motion for Summary Judgment
Filed by L.A. Downtown Investment, LP (Defendant)

08/11/2023 Defendant Martin Bros./Marcowall?s Witness List
Filed by Martin Bros./Marcowall, Inc (Defendant)

08/11/2023 L.A. Downtown Investment, LP?s Notice of Withdrawal of Motion for Summary Judgment Against Yesco LLC
Filed by L.A. Downtown Investment LP (Defendant)

08/11/2023 Defendant Bapko Metal, Inc. Witness List
Filed by Bapko Metal, Inc (Defendant)

08/11/2023 Defendant Acco Engineered Systems, Inc.'s Witness List
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/11/2023 Standard Drywall, Inc.'s Witness List for Phase 1 Trial
Filed by Standard Drywall, Inc. (Plaintiff)

08/11/2023 Notice of Hearing on L.A. Downtown Investment, LP?s Motion to Strike and Demurrer to Lendlease (US) Construction, Inc?s First Amended Answer
Filed by L.A. Downtown Investment, LP (Cross-Defendant)

08/11/2023 Sharpe Interior Systems, Inc.?s Witness List for Phase 1 Trial
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

08/11/2023 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, LP?s Ex Parte Application For Order Precluding Use Of Evidence Produced By Lendlease (Us) Construction, Inc. And Continuing Trial
Filed by L.A. Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP?s Ex Parte Application For Order Precluding Use Of Evidence Produced By Lendlease (Us) Construction, Inc. And Continuing Trial
Filed by L.A. Downtown Investment, LP (Defendant)

08/10/2023 Notice of Ruling (on Discovery Motion and Status Conference Matters)
Filed by Webcor Construction, LP (Plaintiff)

08/10/2023 L.A. Downtown Investment, LP's Trial Witness List
Filed by L.A. Downtown Investment LP (Defendant)

08/10/2023 Lendlease (US) Construction Inc.'s Witness List
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/09/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motion to Strike and Demurrer's to Lendlease (US) Construction, Inc.'s
Filed by L.A. Downtown Investment LP (Cross-Complainant); LA Downtown Investment, LP (Defendant)

08/09/2023 L.A. Downtown Investment, LP's Motion and Demurrer and to Strike Lendlease (US) Contruction, Inc.'s
Filed by L.A. Downtown Investment LP (Cross-Complainant); LA Downtown Investment, LP (Defendant)

08/09/2023 Notice (of Errata Regarding Declaration of Heather N. Blackinton in Support of Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease)
Filed by Webcor Construction, LP (Plaintiff)

08/07/2023 Lendlease (US) Construction Inc.?s Notice of Posting Jury Fees
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/07/2023 Notice (of Mandatory Settlement Conference)
Filed by Webcor Construction, LP (Plaintiff)

08/07/2023 Notice of Ruling (on Webcor Construction, L.P.?S Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Bapko Metal Inc. Separate Statement In Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Judgment Against Bapko
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Global Proof of Service For Bapco Metal Inc.
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Declaration Of Peter Schnaitman In Support Of Opposition To Ladi's Motion For Summary Adjudication Against Bapko Metal Inc.
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Declaration Of Tracy Collins
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Declaration (Declaration Of Joshua Fink)
Filed by Babko Metal, Inc. (Defendant)

08/04/2023 Opposition (Of BAPKO Metal Inc. To Ladi's Motion For Summary Adjudication About Preliminary Notice)
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs? Request For Judicial Notice In Support Of Their Opposition To L.A.
Downtown Investment, L.P.?S Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc.
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A.
Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 2 of 10]
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs? Evidentiary Objections To Declaration Of Eric V. Rowen In Support Of
L.A. Downtown Investment, LP?s Motion For Summary Judgment And Summary Adjudication Against Lendlease
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs? Compendium Of Evidence In Support Of Their Opposition To L.A.
Downtown Investment, L.P.?S Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc.
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A.
Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 3 of 10]
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs? Separate Statement In Opposition To L.A. Downtown Investment,
L.P.?S Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc.
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A.
Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 1 of 10]
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary
Judgment and Summary Adjudication Against Lendlease (US) Construction, Inc. and Subcontractor Plaintiffs
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Separate Statement Of Undisputed Material Facts In Support Of Defendant Woodbridge Glass, Inc.?s Opposition To Los Angeles
Downtown Investment, LP?s Motion For Summary Adjudication
Filed by Woodbridge Glass Inc. (Defendant)

08/04/2023 Appendix Of Evidence In Support Of Defendant Woodbridge Glass, Inc.?s Opposition To Los Angeles Downtown Investment, LP?s
Motion For Summary Adjudication
Filed by Woodbridge Glass Inc. (Defendant)

08/04/2023 Defendant Woodbridge Glass, Inc.?s Opposition To Los Angeles Downtown Investment, LP?s Motion For Summary Adjudication
Filed by Woodbridge Glass Inc., a California corporation (Defendant)

08/04/2023 Declaration of John P. Mitchell
Filed by Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Declaration of Dennis G. Cosso
Filed by Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Johnson Controls Fire Protection Lp?s Response To Separate Statement Of Undisputed Material Facts In Support Of L.A. Downtown
Investment, Lp?s Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc. And
Filed by Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Proof of Service
Filed by Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Johnson Controls Fire Protection LP?s Opposition To L.A. Downtown Investment, LP?s Motion For Summary Judgment And
Summary Adjudication Against Lendlease (Us) Construction, Inc. And Subcontractor Plaintiffs
Filed by Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Declaration (Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition
to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 10 of 10])
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration (Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition
to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 9 of 10])
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration (Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition
to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 7 of 10])
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration (Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition
to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 8 of 10])
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration (Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 6 of 10])
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration (Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 5 of 10])
Filed by Webcor Construction, LP (Plaintiff)

08/04/2023 Minute Order ( (Hearing on Motion for Summary Adjudication by Webcor Construc...))
Filed by Clerk

08/04/2023 Minute Order ( (Court Order Re: Informal Discovery Conference (IDC) (Lendleas...))
Filed by Clerk

08/04/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Dianne M. McGivern, CSR # 7576)
Filed by LENDLEASE (US) CONSTRUCTION INC., a Florida corporation (Defendant)

08/03/2023 Minute Order ( (Court Order Re: Continuance of August 11, 2023 Hearing))
Filed by Clerk

08/03/2023 Oceanwide?s Response To Webcor Construction L.P.?S Evidentiary Objections To Declaration Of Gregory Mowbray In Support Of Opposition To Motion For Summary Adjudication
Filed by Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

08/02/2023 L.A. Downtown Investment, Lp?s Objections To Lendlease (Us) Construction Inc.?s July 27, 2023, Notice Of Ruling
Filed by L.A. Downtown Investment, LP (Defendant)

08/01/2023 Lendlease (Us) Construction Inc.?s Notice of Request for Judicial Notice; Declaration of Meredith Jones-Mckeown
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/01/2023 Lendlease (Us) Construction Inc.?s Compendium of Evidence for Evidentiary Hearing Regarding Substantial Compliance with Contractors State License Law
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/01/2023 Lendlease (Us) Construction Inc.?s Request for An Evidentiary Hearing to Determine Compliance with California Contractors State License Law
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/28/2023 First Amended Answer of Lendlease (US) Construction Inc. and Lendlease (US) Construction Holdings, Inc. to L.A. Downtown Investment, LP?s Amended Cross- Complaint
Filed by Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

07/28/2023 Objection (Webcor Construction L.P.'s and Schuff Steel Company's Evidentiary Objections to Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Opposition to Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Objection (Webcor Construction L.P.'s and Schuff Steel Company's Evidentiary Objections to Declaration of Philip Hamblin in Support of Lendlease (US) Construction Inc.'s Opposition to Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Objection (Webcor Construction L.P.'s and Schuff Steel Company's Evidentiary Objections to Declaration of Jonathan Fraker in Support of Lendlease (US) Construction Inc.'s Opposition to Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P. And Schuff Steel Company?s Reply To Lendlease (Us) Construction, Inc.?s Response To Separate Statement In Support Of Motion For Summary Adjudication And Separate Statement
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Declaration (Declaration of John Harrington in Support of Reply to Lendlease (US) Construction Inc. Opposition to Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Declaration (Supplemental Declaration of Kyle Bertolucci in Support of Reply to Lendlease (US) Construction, Inc.'s Opposition to Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P.'s and Schuff Steel Company's Reply to Schuff Steel Company's Reply to Lendlease (US) Construction Inc.'s Opposition to Motions for Summary Adjudication
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P?s Reply To Defendant Oceanwide Plaza LLC?s Response To Separate Statement In Support Of Motion For Summary Adjudication And Separate Statement Of Opposing Material Facts In Support
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P.'s Evidentiary Objections to Declaration of Gregory Mowbray in Support of Defendant Oceanwide Plaza LLC's Opposition to Motion for Summary Adjudication
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P.'s Reply to Oceanwide Plaza, LLC's Opposition to Motion for Summary Adjudication
Filed by Webcor Construction, LP (Plaintiff)

07/28/2023 Notice (of Withdrawal of JT Wimsatt Contracting Co., Inc.'s Motion for Summary Adjudication)
Filed by J. T. Wimsatt Contracting Co. Inc. (Defendant)

07/27/2023 Notice of Ruling (re Discovery Motion)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/27/2023 Minute Order ( (Hearing on Motion to Quash by L.A. Downtown Investment LP, as...))
Filed by Clerk

07/26/2023 Minute Order ( (Hearing on Motion for Protective Order by L.A. Downtown Inves...))
Filed by Clerk

07/26/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Johnell Gallivan, CSR # 10505)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/26/2023 Minute Order ( (Hearing on Motion to Compel by Lendlease (US) Construction, f...))
Filed by Clerk

07/25/2023 Proof Of Electronic Service Via Case Anywhere
Filed by Standard Drywall, Inc. (Plaintiff)

07/25/2023 Standard Drywall, Inc.?s Notice of Withdrawal of Application for Right to Attach Order, Issuance of Writ of Attachment, and
Temporary Protective Order
Filed by Standard Drywall, Inc. (Plaintiff)

07/25/2023 Plaintiff, Comet Electric Inc.?s Notice of Withdrawal of Motion for Summary Adjudication Against Defendant Sasco
Filed by Comet Electric, Inc. (Plaintiff)

07/24/2023 L.A. Downtown Investment, L.P's Notice of Withdrawal of Motion for Summary Judgment Against Lendlease (US) Construction, Inc.
and Motion for Summary Adjudication Against Pan-Pacific Mechanical, LLC
Filed by L.A. Downtown Investment, LP (Defendant)

07/21/2023 Lendlease (Us) Construction Inc.?s Compendium Of Evidence In Opposition To Motion For Summary Adjudication Of Webcor
Construction, L.P., Schuff Steel Company, Kovach Enclosure Systems, LLC, Fetzers, Inc., J.T. Wimsatt Contracting Co., Inc., American Stair
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/21/2023 Lendlease (Us) Construction Inc.?s Opposition To Motions For Summary Adjudication Of Webcor Construction, L.P. And Schuff Steel
Company
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/21/2023 Lendlease (Us) Construction Inc.?s Response To Separate Statement Of Undisputed Material Facts By Webcor Construction, L.P.,
Schuff Steel Company, Kovach Enclosure Systems, LLC, Fetzers, Inc., J.T. Wimsatt Contracting Co., Inc., American Stair
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/21/2023 Declaration Of Gregory Mowbray In Support Of Defendant Oceanwide Plaza LLC?s Opposition To Motion For Summary Adjudication
By Webcor Construction, L.P., Et Al.
Filed by Oceanwide Plaza, LLC (Defendant)

07/21/2023 Defendant Oceanwide Center LLC?s Request For Judicial Notice In Support Of Its Opposition To Motion For Summary Adjudication
By Webcor Construction, L.P., Et Al.
Filed by Oceanwide Plaza, LLC (Defendant)

07/21/2023 Declaration Of John Foust In Support Of Defendant Oceanwide Plaza LLC?s Opposition To Motion For Summary Adjudication By
Webcor Construction, L.P., Et Al.
Filed by Oceanwide Plaza, LLC (Defendant)

07/21/2023 Defendant Oceanwide Plaza LLC?s Response To Separate Statement In Support Of Motion For Summary Adjudication And Separate
Statement Of Opposing Material Facts In Support Of Its Opposition To Motion For Summary Adjudication By Webcor Construction, Et Al.
Filed by Oceanwide Plaza, LLC (Defendant)

07/21/2023 Defendant Oceanwide Plaza LLC?s Opposition To Motion For Summary Adjudication By Webcor Construction, L.P., Et Al.
Filed by Oceanwide Plaza, LLC (Defendant)

07/21/2023 Minute Order ( (Informal Discovery Conference (IDC) (Lendlease & Bapko)))
Filed by Clerk

07/20/2023 Minute Order ( (Conference Re Pre-Mandatory Settlement))
Filed by Clerk

07/20/2023 Notice of Withdrawal of MSA
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

07/20/2023 Notice (of Withdraw of The Fetzers, Inc.?s Motion for Summary Adjudication)
Filed by Fetzers' Inc. (Plaintiff)

07/19/2023 Defendant Lendlease (Us) Construction Inc.?s Omnibus Reply To L.A. Downtown Investment, LP?s Opposition To Motion To Compel
Further Responses To Requests For Production Of Documents, Special Interrogatories, And Requests For Admission
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/19/2023 Lendlease (US) Construction Inc.?s Response To L.A. Downtown Investment, LP?s Objections And Request To Strike Supplemental
Declaration Of Abby Bloetscher In Support Of Lendlease?s Motions To Compel And In Opposition To Ladi?s Motions To Quash
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/19/2023 Lendlease (US) Construction Inc.?s Reply To L.A. Downtown Investment, LP?s Opposition To Motion For Leave To File First Amended
Answer
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/19/2023 XL Fire Protection Co.?s Notice of Withdrawal of Motion for Summary Adjudication
Filed by XL Fire Protection Co. (Plaintiff)

07/19/2023 L.A. Downtown Investment, LP?s Reply In Support Of Motion For Protective Order Against Webcor Construction, LP
Filed by L.A. Downtown Investment, LP (Defendant)

07/19/2023 L.A. Downtown Investment, LP?s Consolidated Reply In Support Of Motions To Quash Subpoenas To Blank Rome LLP, Enenstein
Pham & Glass, And Home Paradise Investment Center LLC And Motion For Protective Order
Filed by L.A. Downtown Investment, LP (Defendant)

07/19/2023 Reply in Support of Webcor Construction L.P. Motion to Compel L.A. Downtown Investment, LP's Further Response to Special
Interrogatory and Request for Sanctions
Filed by Webcor Construction, LP (Plaintiff)

07/18/2023 Notice (of Withdraw of The Nevell Group, Inc.'s Motion for Summary Adjudication)
Filed by The Nevell Group, Inc. (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

07/14/2023 Order to Continue the Current Expert Deadlines for the Phase I Trial
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Declaration (of Oliver M. Gold in Support of Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment,
L.P.'s Motion for Protective Order)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease
(US) Construction, Inc.'s and Webcor Construction, LP's Discovery Requests
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Declaration (of Oliver M. Gold in Support of Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment,
L.P.'s Motion to Quash Subpoena to Home Paraid)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion to Quash Lendlease's Subpoenas to Third-
Party Home Paradise Investment Center LLC
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Response to L.A. Downtown Investment, LP's Separate Statement in Support of its Motion to
Quash Lendlease's Subpoenas to Third-Party Home Paradise Investment Center LLC
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Declaration (of Oliver M. Gold in Support of Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment,
L.P.'s Motion to Quash Subpoenas)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion to Quash Lendlease's Subpoenas to Third-
Parties Blank Rome LLP and Enenstein Pham & Glass
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 L.A. Downtown Investment, LP?s Opposition to Lendlease (Us) Construction, Inc.?s Separate Statement in Support of Motion to
Compel Further Responses to Requests For Production
Filed by L.A. Downtown Investment LP (Defendant)

07/13/2023 Omnibus Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP?s Oppositions to Lendlease (Us) Construction,
Inc.?s Motions to Compel
Filed by L.A. Downtown Investment LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP?S Objections and Request to Strike the Supplemental Declaration of Abby L. Bloetscher in Support of
Defendant Lendlease (US) Construction Inc.?s Motions to Compel and in Opposition to Ladi?s Motions to Quash
Filed by L.A. Downtown Investment LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP?s Opposition to Lendlease (Us) Construction, Inc.?s Motion to Compel Further Production of
Documents
Filed by L.A. Downtown Investment LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP?S Consolidated Opposition to Lendlease (US) Construction, Inc.?s Motion to Compel Further
Responses to Requests for Admission and Special Interrogatories
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP?s Opposition to Lendlease (Us) Construction, Inc.?s Separate Statement in Support of Motion to
Compel Further Responses to Special Interrogatories
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to
Compel Further Responses to Requests for Admission
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Webcor Construction, LP's Motion in Support of Motion to Compel Further Responses to Special Interrogatory
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 Proof of Service
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Opposition to Webcor Construction, LP's Motion to Compel Response to Special Interrogatory)
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Webcor Construction, LP's Motion to Compel Response to Special Interrogatory
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 Webcor Construction L.P.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s and Webcor Construction, LP's Discovery Requests
Filed by Webcor Construction, LP (Plaintiff)

07/13/2023 Proof of Service
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 Declaration (of Eric Rowen in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc's Motion for Leave to File First Amended Answer)
Filed by L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion for Leave to File First Amended Answer
Filed by L.A. Downtown Investment, LP (Defendant)

07/06/2023 Supplemental Declaration (of Abby L. Bloetscher in Support of Defendant Lendlease (Us) Construction Inc.?s Motions to Compel Further Responses and To Compel Compliance to Requests for Production)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/06/2023 Request for Dismissal
Filed by Kamran and Company, Inc. (Plaintiff)

07/05/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s and Webcor Construction, LP's Discover Requests)
Filed by L.A. Downtown Investment, LP (Defendant)

07/05/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

07/05/2023 Motion for Protective Order (Regarding Lendlease (US) Construction, Inc.?s Discovery Requests)
Filed by L.A. Downtown Investment, LP (Defendant)

07/03/2023 Separate Statement (in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Responses to Lendlease's Requests for Admission, Set One)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Requests for Admission to L.A. Downtown Investment, LP
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Separate Statement (in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Responses to Lendlease's Requests for Production (Set Two))
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Separate Statement (in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Responses to Lendlease's Further Supplemental Responses to Requests for Production (Set One))
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses and to Compel Compliance to Requests for Production of Documents to L.A. Downtown Investment, LP
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Separate Statement (in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Supplemental Response to Lendlease's Special Interrogatories (Set One))
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Special Interrogatories to L.A. Downtown Investment, LP
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC)
Filed by L.A. Downtown Investment LP (Defendant)

07/03/2023 L.A. Downtown Investment, LP's Separate Statement in Support of Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC
Filed by L.A. Downtown Investment LP (Defendant)

07/03/2023 L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC

Filed by L.A. Downtown Investment LP (Defendant)

07/03/2023 Separate Statement of Webcor Construction in Support of Motion to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions
Filed by Webcor Construction, LP (Plaintiff)

07/03/2023 Motion of Webcor Construction L.P. to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions
Filed by Webcor Construction, LP (Plaintiff)

07/03/2023 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Parties Blank Rome LLP and Enenstein Pham & Glass)
Filed by L.A. Downtown Investment LP (Defendant)

07/03/2023 L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Parties Blank Rome LLP and Enenstein Pham & Glass
Filed by L.A. Downtown Investment LP (Defendant)

07/03/2023 Declaration (of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motions to Compel [Vol. 2 of 3])
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration (of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motions to Compel [Vol. 3 of 3])
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration (of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motions to Compel [Vol. 1 of 3])
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Request For Judicial Notice In Support Of Lendlease (Us) Construction Inc.?S Motion To Compel Further Responses Requests For Production Of Documents, Special Interrogatories, And Requests For Admission To L.A. Downtown Investment, Lp
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

07/03/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

07/03/2023 Declaration (of Oliver Gold in Support of Lendlease (US) Construction, Inc.'s Motion for Leave to File First Amended Answer to L.A. Downtown Investment, LP's Amended Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Lendlease (US) Construction Inc.'s Motion for Leave to File First Amended Answer to L.A. Downtown Investment, LP's Amended Cross-Complaint
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

06/30/2023 Notice of Related Case
Filed by Lendlease(US)Construction, Inc. (Defendant)

06/29/2023 Minute Order ( (Further Status Conference))
Filed by Clerk

06/29/2023 Notice of Ruling
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/29/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Deanna Z. Haaker CSR#10309)
Filed by Lendlease (US) Construction Inc. (Defendant)

06/26/2023 Joint Status Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/22/2023 Proof of Service (not Summons and Complaint)
Filed by Standard Drywall, Inc. (Plaintiff)

06/22/2023 Notice (of Entry of Order)
Filed by Standard Drywall, Inc. (Plaintiff)

06/22/2023 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

06/22/2023 Order ([Proposed] Order Granting Application Of John P. Mitchell To Appear As Counsel Pro Hac Vice For Johnson Controls Fire Protection Lp)
Filed by Johnson Controls Fire Protection LP (Plaintiff)

06/22/2023 Stipulation and [Proposed] Order to Continue Hearing on Standard Drywall, Inc.'s Application for Right to Attach Order, Issuance of Writ of Attachment, and Temporary Protective Order
Filed by Standard Drywall, Inc. (Plaintiff)

06/21/2023 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

06/21/2023 Notice of Continued Informal Discovery Conference and Ruling at June 21, 2023 Informal Discovery Conference
Filed by L.A. Downtown Investment, LP (Defendant)

06/21/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Kylie Shepherd, CSR #13756)

06/20/2023 Notice (of Continued Informal Discovery Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2023 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

06/20/2023 Stipulation and Order to use Certified Shorthand Reporter (Yolanda Tanner, CSR #12785)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

06/15/2023 Notice (Notice Of Hearing; Application For An Order Admitting John P. Mitchell As Counsel Pro Hac Vice For Johnson Controls Fire
Protection Lp; Declaration Of Matthew J. Adler In Support)
Filed by Johnson Controls Fire Protection LP (Plaintiff)

06/15/2023 Joint Submission Re Informal Discovery Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/14/2023 Proof of Service (not Summons and Complaint)
Filed by Standard Drywall, Inc. (Plaintiff)

06/14/2023 Notice (Errata Re: Evidence In Support Of L.A. Downtown Investment, Lp?s Motion For Summary Judgment And Motion For
Summary Adjudication)
Filed by L.A. Downtown Investment, LP (Defendant)

06/08/2023 Minute Order ( (Court Order Re: Setting of Informal Discovery Conference))
Filed by Clerk

06/06/2023 Notice of Ruling
Filed by CallisonRTKL Inc (Defendant)

06/05/2023 Notice (Mitsubishi Electric Us, Inc.'S Third Notice Of Compliance Re: Deposit Of Documents)
Filed by Webcor Construction, LP (Plaintiff)

06/02/2023 Notice of Ruling
Filed by CallisonRTKL Inc (Defendant)

06/02/2023 Johnson Controls Fire Protection LP's Notice of Compliance Re: Deposit of Documents
Filed by Johnson Controls Fire Protection LP (Plaintiff)

06/01/2023 Chicago Title Insurance Company's Joinder to Defendant L.A. Downtown Investment, L.P.'s Motion for Summary Adjudication
Against Lendlease (US) Construction, Inc.
Filed by Chicago Title Insurance Company (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP?s Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
(Volume 3 of 4)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Request for Judicial Notice (in Support of L.A. Downtown Investment, LP?s Motion for Summary Adjudication Against Lendlease (US)
Construction, Inc.)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Separate Statement (of Undisputed Material Facts in Support of L.A. Downtown Investment, LP?s Motion for Summary Adjudication
Against Lendlease (Us) Construction, Inc.)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP?s Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
(Volume 4 of 4)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP?s Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
(Volume 2 of 4)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP?s Motion for Summary Adjudication Against Lendlease (US) Construction, Inc.
(Volume 1 of 4)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Proof of Service
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 L.A. Downtown Investment, LP?s Notice of Motion and Motion for Summary Adjudication on its First Cause of Action Against
Lendlease (Us) Construction, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Separate Statement (of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication
Against Lendlease (US) Construction, Inc.)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Motion for Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Request for Judicial Notice (in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment)
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 L.A. Downtown Investment, LP's Motion for Summary Judgment as to Webcor Construction LP, Pan-Pacific Mechanical, LLC, Bapko
Metal, Inc. and Summary Adjudication as to Lendlease (US) Construction, Inc.
Filed by L.A. Downtown Investment, LP (Defendant)

05/31/2023 Declaration (of Sonia Plesset Edwards in Support of Chicago Title Insurance Company's Motion for Summary Adjudication on its
Second Amended Cross-Complaint Against Lendlease)
Filed by Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Evidence in Support of Chicago Title Insurance Company's Motion for Summary Adjudication
Filed by Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Separate Statement (of Undisputed Material Facts in Support of (Cross-Complainant Chicago Title Insurance Company's) Motion for
Summary Adjudication)
Filed by Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Declaration (of David Littman in Support of Chicago Title Insurance Company's Motion for Summary Adjudication on its Second
Amended Cross-Complaint Against Lendlease)
Filed by Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Chicago Title Insurance Company's Motion for Summary Adjudication on its Second Amended Cross Complaint Against Lendlease
Filed by Chicago Title Insurance Company (Cross-Complainant)

05/26/2023 Notice of Ruling (Re May 25, 2023 Status Conference)
Filed by Webcor Construction, LP (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  08/03/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

05/25/2023 Minute Order ( (Further Status Conference))
Filed by Clerk

05/25/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko, CSR #12272)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

05/25/2023 Proof of Service (not Summons and Complaint)
Filed by Standard Drywall, Inc. (Plaintiff)

05/25/2023 Notice (of Continued Hearing on Standard Drywall, Inc.'s Application for Right to Attach Order, Issuance of Writ of Attachment, and
Temporary Protective Order)
Filed by Standard Drywall, Inc. (Plaintiff)

05/25/2023 Trial Scheduling Order
Filed by Lendlease (US) Construction, Inc. (Defendant); Oceanwide Plaza, LLC., a Delaware limited liability company (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 3 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Request for Judicial Notice (in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary
Adjudication (Vol. 3 of 3))
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Request for Judicial Notice (in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary
Adjudication (Vo. 1 of 3))
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 7 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 6 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 5 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 2 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 4 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Separate Statement (of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment
and Summary Adjudication)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Request for Judicial Notice (in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary
Adjudication (Vol. 2 of 3))
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 1 of 7)
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication Against Lendlease (US) Construction, Inc. and Subcontractor Plaintiffs
Filed by L.A. Downtown Investment LP (Defendant)

05/23/2023 Notice of Change of Address or Other Contact Information
Filed by James Howard Millane (Attorney); Michael Murray (Attorney); James Howard Millane (Attorney)

05/22/2023 Request for Dismissal (without prejudice; see attachment 1)
Filed by SASCO (Plaintiff)

05/18/2023 Notice of Lodging of Proposed Trial Scheduling Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/18/2023 Joint Status Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/17/2023 Declaration (of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 1 of 6))
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit B-G - Part 6 of 6))
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Memorandum (of Points and Authorities in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 4 of 6))
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 5 of 6))
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 3 of 6))
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 2 of 6))
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Separate Statement (of Undisputed Material Facts in Support of Motion for Summary Adjudication of Webcor Construction, L.P., et al.)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Motion for Summary Adjudication (of Webcor Construction L.P., et al.)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of Heather N. Blackinton in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of Brian Callahan in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of Peter Fitzsimmons in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of Allen W. Sands in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of John Price in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of Joe Wixom in Support of Plaintiff Webcor Construction, L.P.'s Motion for)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of James M. McDonald in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration (Declaration of Steve Carroll in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication)
Filed by Webcor Construction, LP (Plaintiff)

05/17/2023 Plaintiff, Comet Electric Inc.?s Request for Judicial Notice in Support of its Motion for Summary Adjudication
Filed by Comet Electric, Inc. (Plaintiff)

05/17/2023 Memorandum of Points & Authorities in Support of Plaintiff Comet Electric, Inc's Motion for Summary Adjudication)
Filed by Comet Electric, Inc. (Plaintiff)

05/17/2023 Separate Statement (of Undisputed Material Facts in Support of Plaintiff Comet Electric, Inc's Motion for Summary Adjudication)
Filed by Comet Electric, Inc. (Plaintiff)

05/17/2023 Plaintiff, Comet Electric Inc.?s Notice of Motion and Motion for Summary Adjudication
Filed by Comet Electric, Inc. (Plaintiff)

05/17/2023 Notice (of Errata Filing for Comet Electric, Inc.'s Motion for Summary Adjudication)
Filed by Comet Electric, Inc. (Plaintiff)

05/16/2023 Application for Right to Attach Order, Temporary Protective Order, etc.
Filed by Standard Drywall, Inc. (Plaintiff)

05/16/2023 Declaration (of Robert Patterson in Support of Standard Drywall, Inc.'s Application for Writ of Attachment)
Filed by Standard Drywall, Inc. (Plaintiff)

05/16/2023 Declaration (of Nowell A. Lantz in Support of Standard Drywall, Inc.'s Application for Writ of Attachment)
Filed by Standard Drywall, Inc. (Plaintiff)

05/16/2023 Proof of Service (not Summons and Complaint)
Filed by Standard Drywall, Inc. (Plaintiff)

05/16/2023 Memorandum (in Support of Standard Drywall, Inc.'s Application for Writ of Attachment)
Filed by Standard Drywall, Inc. (Plaintiff)

05/16/2023 Notice of Application and Hearing for Writ of Attachment (CCP 484.040)
Filed by Standard Drywall, Inc. (Plaintiff)

05/16/2023 Request for Dismissal (without prejudice; please see attachment A [20STCV46046])
Filed by Woodbridge Glass, Inc. (Plaintiff)

05/15/2023 Notice of Ruling
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/10/2023 Minute Order ( (Further Status Conference))
Filed by Clerk

05/10/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Elsa Hurtado, CSR #14206)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

05/08/2023 Notice of Related Case
Filed by CallisonRTKL Inc (Defendant)

05/05/2023 Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/05/2023 Notice of Change of Address of Todd Pickles
Filed by L.A. Downtown Investment, LP (Defendant)

05/05/2023 Notice (of Entry of Judgment or Order)
Filed by Bigge Crane and Rigging Co. (Non-Party)

05/03/2023 Lendlease (US) Construction Inc.'s Answer to the Nevell Group's First Amended Complaint
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/02/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

05/02/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

05/01/2023 Notice of Ruling
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant)

05/01/2023 Notice of Ruling Regarding Consolidation of Case No. 22Stcv17865 and Case No. 22STCV18167
Filed by Morrow Equipment Company, LLC (Non-Party)

05/01/2023 Notice of Related Case
Filed by Lexington Insurance Company (Plaintiff)

05/01/2023 Bigge Crane and Rigging Co.'s [Proposed] Order Regarding Consolidation of Cases
Filed by Bigge Crane and Rigging Co. (Non-Party)

04/28/2023 Notice of Ruling
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant)

04/28/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

04/27/2023 Minute Order ( (Further Status Conference; Hearing on Ex Parte Application Jo...))
Filed by Clerk

04/27/2023 Stipulation and Order to use Certified Shorthand Reporter (- David Hurtado CSR# 14379)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

04/26/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (GASPAR, CSR #12272)

04/26/2023 Minute Order ( (Order to Show Cause Re: Why Cases 22STCV23903 and 22STCV18167...))
Filed by Clerk

04/25/2023 Star Hardware, Inc.?s Joinder to Webcor Construction, L.P.?S Opposition to Lendlease (Us) Construction Inc.?s Ex Parte Application to Vacate or Continue Trial and Related Dates
Filed by Star Hardware, Inc. (Plaintiff)

04/25/2023 Proof of Service (not Summons and Complaint) (Via Case Anywhere)
Filed by Standard Drywall, Inc. (Plaintiff)

04/25/2023 Notice of Joinder (Name Extension) (to Webcor Construction, L.P.'s Opposition to Lendlease (US) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates)
Filed by Standard Drywall, Inc. (Plaintiff)

04/24/2023 Declaration (of William T. Eliopoulos in Support of Opposition to Lendlease US Construction Incs Ex Parte Application to Vacate or Continue Trial and Related Dates)
Filed by Webcor Construction, LP (Plaintiff); Johnson Controls Fire Protection LP (Defendant); Troyer Contracting Company, Inc. (DOE 16) (Defendant) et al.

04/24/2023 Webcor Construction, L.P.?S Memorandum of Points and Authorities in Opposition to Lendlease (Us) Construction, Inc.?s Ex Parte Application to Vacate or Continue Trial and Related Dates
Filed by Webcor Construction, LP (Plaintiff); Johnson Controls Fire Protection LP (Defendant); Troyer Contracting Company, Inc. (DOE 16) (Defendant) et al.

04/21/2023 Joinder (by Morrow Equipment Company, LLC to Opposition to Consolidation in Response to Order to Show Cause Re Consolidation)
Filed by Morrow Equipment Company, LLC (Non-Party)

04/19/2023 Subcontractors' Joint Status Report
Filed by Webcor Construction, LP (Plaintiff)

04/19/2023 Declaration (Of Timur Bilir In Support Of Bigge Crane And Rigging Co.S Opposition To Consolidation And Non-Opposition To Coordination Of Cases In Response To Order To Show Cause)
Filed by Bigge Crane and Rigging Co. (Non-Party)

04/19/2023 Opposition (Bigge Crane And Rigging Co.S Notice Of Opposition To Consolidation And Notice Of Non-Opposition To Coordination Of Cases In Response To Order To Show Cause)
Filed by Bigge Crane and Rigging Co. (Non-Party)

04/19/2023 Response (Webcor Construction L.P.'s Response to Order to Show Cause Re Consolidation of New Actions)
Filed by Webcor Construction, LP (Plaintiff)

04/19/2023 Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

04/18/2023 Chicago Title Insurance Company?s Joinder To Defendant Lendlease (Us) Construction Inc.?s Ex Parte Application To Continue Trial
Filed by Chicago Title Insurance Company (Defendant)

04/17/2023 Declaration in Support of Ex Parte Application (Declaration Of Oliver M. Gold In Support Of Lendlease (Us) Construction Inc.?S Ex Parte Application To Vacate Or Continue Trial And Related Dates)
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/17/2023 Defendant Lendlease (Us) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/17/2023 Response (To Demand For Bill Of Particulars)
Filed by Woodbridge Glass Inc., a California corporation (Defendant)

04/17/2023 Response (Continental Marble and Tile Company's Response to LADI's Request for Bill of Particulars)
Filed by CONTINENTAL MARBLE AND TILE COMPANY, a California corporation (Plaintiff)

04/14/2023 Response (Martin Bros/Marcowall, Inc.'s Response to LADI'S Demand for Bill of Particulars)
Filed by Martin Bros./Marcowall Inc. (Defendant)

04/14/2023 Response (BAPKO Metal, Inc.'s Response to LADI's Demand for Bill of Particulars)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

04/14/2023 Response (ACCO Engineered Systems, Inc.'s Response to Ladi's Demand for a Bill of Particulars)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

04/13/2023 Substitution of Attorney
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/11/2023 Substitution of Attorney
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/10/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

04/10/2023 Minute Order ( (Court Order Re: Notice of Related Case))
Filed by Clerk

03/30/2023 Notice of Entry of Order
Filed by Lendlease (US) Construction Inc. (Plaintiff)

03/29/2023 Notice (of Entry of Orders)
Filed by L.A. Downtown Investment, LP (Defendant)

03/28/2023 Notice (of Further Status Conferences)
Filed by L.A. Downtown Investment, LP (Defendant)

03/28/2023 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

03/28/2023 Notice (of Entry of Order)
Filed by Oceanwide Plaza, LLC (Defendant)

03/24/2023 [Proposed] Order Granting Lendlease And Webcor An Additional Ten (10) Days To File An Appeal To The Court?s Order Granting
L.A. Downtown Investment, L.P.?S Cross-Motion For Summary Adjudication And Denying Lendlease?s And Webcor?s Cross-Motion For
Summary
Filed by LendLease (US) Construction Inc. (Defendant)

03/24/2023 [Proposed] Order Certifying For Immediate Appellate Review The Court?s Order Granting L.A. Downtown Investment, L.P.?S Cross-
Motion For Summary Adjudication And Denying Lendlease?s And Webcor?s Cross- Motion For Summary Adjudication Regarding Lien Priorit
Filed by Lendlease (US) Construction Inc. (Defendant)

03/22/2023 Certificate of Mailing for ((Further Status Conference Re Proposed Order Granting MSA) of 03/22/2023)
Filed by Clerk

03/22/2023 Minute Order ( (Further Status Conference Re Proposed Order Granting MSA))
Filed by Clerk

03/22/2023 Order (Granting L.A. Downtown Investment, LP's Cross-Motion for Summary Adjudication and Denying Lendlease's and Webcor's
Cross-Motion for Summary Adjudication Regarding Lien Property)
Filed by Clerk

03/22/2023 Order (Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's
Evidence)
Filed by Clerk

03/22/2023 Order (on L.A. Downtown Investment, LP's Objections to Evidence by Lendlease (US) Construction Inc. and Webcor Construction, LP
in Support of Their Opposition to L.A. Downtown Investment, LP's Motion for Summary Adjudication)
Filed by Clerk

03/22/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko, CSR # 12272)
Filed by Lendlease (US) Construction, Inc. a Florida corporation (Defendant)

03/21/2023 Notice of Related Case
Filed by Morrow Equipment Company, LLC (Non-Party)

03/20/2023 Defendant Lendlease (Us) Construction, Inc.?s Opposition To Defendant L.A. Downtown Investment, LP?s Request For The Court To
Strike Or Otherwise Disregard Lendlease (Us) Construction?s Objections To Proposed Order
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

03/15/2023 Notice of Related Case
Filed by Bigge Crane and Rigging Co. (Non-Party)

03/09/2023 Notice (of Errata Re Webcor Construction L.P. Request for Dismissal of Complaint Against Swinerton Builders DBA Swinerton
Management & Consulting)
Filed by Webcor Construction, LP (Plaintiff)

03/09/2023 Request for Dismissal
Filed by Webcor Construction, LP (Plaintiff)

03/09/2023 Request for Dismissal ((NOT ENTERED) Duplicate Filing)
Filed by Webcor Construction, LP (Plaintiff)

03/03/2023 Message Board Posting (continuing March 6 hearing to March 22, 2023)
Filed by Clerk

03/02/2023 L.A. Downtown Investment, L.P.?S Request for The Court to Strike or Otherwise Disregard the New Arguments in Lendlease (Us)
Construction?s Objections to Proposed Order
Filed by L.A. Downtown Investment, LP (Defendant)

02/24/2023 Objections to Proposed Order Granting Cross-MSA's Regarding Lien Priority
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/24/2023 [Proposed] Order Granting Cross-MSA's Regarding Lien Property
Filed by Webcor Construction, LP (Plaintiff)

02/24/2023 Clerks Certificate of Service By Electronic Service
Filed by Clerk

02/23/2023 First Amended Proof of Service
Filed by Oceanwide Plaza, LLC. (Defendant)

02/23/2023 Notice of Change of Address or Other Contact Information
Filed by Daniel Abraham Cantor (Attorney)

02/23/2023 Ex Parte Proposed Order
Filed by Lend Lease (US) Construction, Inc., A Delaware Corporation (Defendant)

02/22/2023 Minute Order ( (Hearing on Ex Parte Application by Lendlease (US) Constructio...))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

02/21/2023 Substitution of Attorney
Filed by SASCO (Plaintiff)

02/21/2023 Declaration (Declaration Of John D. Hanover In Support Of Lendlease (Us) Construction, Inc.S Ex Parte Application For Order)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

02/21/2023 Ex Parte Application (Defendant And Crosscomplainant Lendlease (Us) Construction Inc.S Ex Parte Application For Order Vacating
The February 1, 2023 Minute Order, 2 Lendleases Ex Parte Application For Order Vacating The February 1, 2023 Minute Order And February 3,
2023)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

02/21/2023 Ex Parte Application (Plaintiff and Cross-Defendant Webcor Construction, LP's Ex Parte Application to Extend Time to File Petition
for Writ of Mandate as Permitted By Code Civ. Proc. 437c(m); Declaration of Heather N. Blackinton in Support Thereof)
Filed by Webcor Construction, LP (Plaintiff)

02/09/2023 Notice (of Association of Counsel)
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/03/2023 Notice of Ruling Re February 1, 2023 Hearing on Cross-Motions for Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

02/01/2023 Minute Order ( (Further Status Conference; Hearing on Joinder to Motion for S...))
Filed by Clerk

02/01/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko, CSR # 12272)
Filed by Lendlease (US) Construction Holdings Inc. (Defendant)

01/31/2023 Notice of Change of Address or Other Contact Information
Filed by Ryan Christopher Squire (Attorney)

01/25/2023 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

01/11/2023 Minute Order ( (Court Order Re Continuance))
Filed by Clerk

01/04/2023 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

12/30/2022 L.A. Downtown Investment, LP?s Response To Lendlease (Us) Construction Inc. And Webcor Construction L.P.?S Additional
Undisputed Facts And Supporting Evidence
Filed by L.A. Downtown Investment, LP (Defendant)

12/30/2022 Supplemental Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP?s Motion For Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/30/2022 L.A. Downtown Investment, LP?s Objections To Evidence By Lendlease (Us) Construction, Inc. And Webcor Construction, LP In
Support Of Their Opposition
Filed by L.A. Downtown Investment, LP (Defendant)

12/30/2022 Omnibus Proof of Service
Filed by L.A. Downtown Investment, LP (Defendant)

12/30/2022 L.A. Downtown Investment, LP?s Responses To Lendlease And Webcor?s Objections To Evidence
Filed by L.A. Downtown Investment, LP (Defendant)

12/30/2022 L.A. Downtown Investment, LP?s Reply In Support Of Motion For Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/30/2022 Response (Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Response To L.A. Downtown Investment Lps
Additional Facts In Opposition To Motion For Summary Adjudication)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Proof of Service (not Summons and Complaint)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Objection (Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Objections To L.A. Downtown Investment, Lps Evidence)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Affidavit (Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Compendium Of Evidence In Support Of Reply To Motion For Summary Adjudication)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Reply (Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Reply In Support Of Motion For Summary Adjudication)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Response (Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Response To L.A. Downtown Investment Lps Objection Of Evidence In Support Of Their Motion For Summary Adjudication)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/22/2022 Chicago Title Insurance Company's Joinder to Defendant L.A. Downtown Investment, L.P.'s Motion for Summary Adjudication
Filed by Chicago Title Insurance Company (Cross-Complainant)

12/21/2022 Chicago Title Insurance Company?s Joinder To Defendant L.A. Downtown Investment, L.P.?S Opposition To Joint Motion For Summary Adjudication By Lendlease And Webcor
Filed by Chicago Title Insurance Company (Cross-Complainant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P. Joint Objections To L.A. Downtown Investment, LP Evidence
Filed by Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Proof of Service
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (Us) Construction Inc. And Webcor Construction L.P.?S Joint Request For Judicial Notice In Support Of Opposition To L.A. Downtown Investment, Lp?s Motion For Summary Adjudication
Filed by Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P. Joint Compendium Of Evidence In Support Of Opposition To L.A. Downtown Investment, LP Motion For Summary Adjudication
Filed by Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P.?S Joint Response To L.A. Downtown Investment, LP?s Separate Statement; Additional Undisputed Facts And Supporting Evidence
Filed by Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P.?S Joint Opposition To L.A. Downtown Investment, LP?s Motion For Summary Adjudication
Filed by Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 L.A. Downtown Investment, LP?s Separate Statement In Opposition To Lendlease (Us) Construction Inc. And Webcor Construction L.P.?S Motion For Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/16/2022 Proof of Service
Filed by L.A. Downtown Investment, LP (Defendant)

12/16/2022 L.A. Downtown Investment, LP?s Objections To Evidence By Lendlease (US) Construction, Inc. And Webcor Construction, LP In Support Of Their Motion For Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/16/2022 Declaration Of Todd A. Pickles In Support Of L.A. Downtown Investment, LP?s Objections To Evidence By Lendlease (US) Construction, Inc. And Webcor Construction, LP In Support Of Their Motion For Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/16/2022 L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction Inc. And Webcor Construction, LP?s Joint Motion For Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/09/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Webcore (US) Construction, Inc., (Defendant)

12/09/2022 Minute Order ( (Order to Show Cause Re: Lift Stay on Discovery for (8/21/23 T...))
Filed by Clerk

12/09/2022 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

12/06/2022 Separate Statement (in Support of MSA)
Filed by L.A. Downtown Investment, LP (Defendant)

12/06/2022 Request for Dismissal (with prejudice; entire action of all parties and all causes of action as to 19STCV28703)
Filed by Troyer Contracting Company, Inc. (Plaintiff)

12/06/2022 Joinder (Bapko Metal, Inc.'s Joinder To Standard Drywall, Inc.'s Reply To Responses To OSC Why The Court Should Not Lift The Discovery Stay)

Filed by Bapko Metal, Inc. (Defendant)

12/06/2022 Joinder (Martin Bros./ Marcowall Inc.'s Joinder To Standard Drywall, Inc.'s Reply To Responses To OSC As To Why The Court Should Not Lift The Discovery Stay)
Filed by Martin Bros./Macrowall, Inc. (Defendant)

12/06/2022 Joinder (Acco Engineered Systems, Inc.'s Joinder To Standard Deywall, Inc.'s Reply To Responses To OSC As To Why The Discovery Stay)
Filed by ACCO Engineered Systems, Inc. (Defendant)

12/05/2022 Webcor Construction, LP?s Reply In Support Of Order To Show Cause Regarding Lifting Stay Of Discovery
Filed by Webcor Construction, LP (Plaintiff)

12/05/2022 Proof Of Electronic Service Via Case Anywhere
Filed by Standard Drywall, Inc. (Plaintiff)

12/05/2022 Standard Drywall, Inc.?s Reply To Responses To OSC As To Why The Court Should Not Lift The Discovery Stay
Filed by Standard Drywall, Inc. (Plaintiff)

12/05/2022 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 10 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 7 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 9 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 6 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 4 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 3 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 5 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 2 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 1 of 10))
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Vladimir Volnyy)
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration (of Don Young)
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Separate Statement of L.A. Downtown Investment, LP's Motion for Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 L.A. Downtown Investment, LP's Request for Judicial Notice
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication
Filed by L.A. Downtown Investment, LP (Defendant)

12/02/2022 Proof of Service (not Summons and Complaint)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction LP's Joint Separate Statement of Undisputed Facts in Support of Motion for Summary Adjudication
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction L.P. Joint Compendium Of Evidence in Support of Their Motion for Summary Adjudication
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Memorandum of Points and Authorities in Support of Their Motion for Summary Adjudication
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction LP's Joint Request for Judicial Notice
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction, L.P.'s Joint Notice of Motion and Motion for Summary Adjudication
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/01/2022 Proof of Service (not Summons and Complaint)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/01/2022 Exhibit List
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/01/2022 Supplemental Stipulated Statement of Undisputed Facts
Filed by Oceanwide Plaza LLC, (Defendant)

11/30/2022 Notice of Joinder (Name Extension) (Joinder of Defendant Woodbridge Glass, Inc. in support of Mitsubishi Electric US, Inc.'s and
Kamran and Company, Inc.'s Objections to OSC re Lifting Discovery Stay)
Filed by Woodbridge Glass Inc. (Defendant)

11/30/2022 Declaration (Declaration of John Foust per Code of Civil Procedure 437c t)
Filed by Oceanwide Plaza, LLC (Defendant)

11/30/2022 Declaration (of John D. Hanover Pursuant to California Code of Civil Procedure 437c(t))
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/29/2022 Declaration (of Sonia Plesset Edwards Under CCP Section 437c(t))
Filed by Chicago Title Insurance Company (Cross-Complainant)

11/29/2022 L.A. Downtown Investment, LP?s Response To Order To Show Cause Regarding Stay Of Discovery
Filed by L.A. Downtown Investment, LP (Defendant)

11/29/2022 Declaration (of Heather N. Blackinton Pursuant to California Code of Civil Procedure 437c(t))
Filed by Webcor Construction, LP (Plaintiff)

11/29/2022 Kamran And Company, Inc.?s Objection To OSC Re: Lifting Discovery Stay
Filed by Kamran and Company, Inc. (Plaintiff)

11/29/2022 Mitsubishi Electric Us, Inc.?s Objection To OSC Re: Lifting Discovery Stay
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

11/29/2022 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

11/29/2022 Declaration (Declaration Of Julianna M. Simon Pursuant To California Code Of Civil Procedure 437c(T))
Filed by L.A. Downtown Investment, LP (Defendant)

11/29/2022 Stipulation - No Order (Joint Stipulation Pursuant To California Code Of Civil Procedure 437c(T))
Filed by L.A. Downtown Investment, LP (Defendant)

11/28/2022 Notice of Entry of Dismissal and Proof of Service
Filed by Lend Lease (US) Construction, Inc. (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

11/18/2022 Notice of Ruling Re November 8, 2022 Further Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/10/2022 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

11/08/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Lisa Marie Parker #13441)
Filed by Webcor Construction, LP (Plaintiff)

11/08/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

11/07/2022 Updated Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/24/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

10/24/2022 Notice of Ruling Re October 24, 2022 Further Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/24/2022 Notice of Ruling (Re October 14, 2022 Final Status Conference And Hearing On Certain Motions In Limine)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/21/2022 Notice (Notice of Further Status Conference)
Filed by L.A. Downtown Investment, LP (Defendant)

10/21/2022 Request for Dismissal (with Prejudice (Case #20STCV32733))
Filed by Snaidero U.S.A. (Plaintiff)

10/20/2022 Request for Dismissal (filed as to 19STCV03357 per stipulation; since entered, this caption needs to be 19STCV03357 Webcor; 1) b) 6) Entire action of all parties and all causes of action as to 19STCV28703 only)
Filed by Troyer Contracting Company, Inc. (Plaintiff)

10/20/2022 Notice of Lodging (NOTICE OF LODGING)
Filed by L.A. Downtown Investment, LP (Defendant)

10/19/2022 Notice (of Withdrawal of Notice of Pendency of Action (Lis Pendens) Per CCP Section 405.50)
Filed by Troyer Contracting Company, Inc. (Plaintiff)

10/17/2022 Notice (of Remote Appearance re Thomas Giordano)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/17/2022 Notice (Of Remote Appearance re Peter Loedding)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/17/2022 Notice (Of Remote Appearance re Scott Weyman)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/17/2022 Notice (Of Remote Appearance re Jeffrey Arfstene)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/14/2022 Minute Order ( (Final Status Conference (2nd Day); Hearing on Motion in Limin...))
Filed by Clerk

10/14/2022 Notice of Ruling (Re Hearing On L.A. Downtown Investment, L.P.?S Motion For Leave To Augment Its Expert Witness List)
Filed by L.A. Downtown Investment, LP (Defendant)

10/13/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Ingrid Saracione #11960)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

10/13/2022 Minute Order ( (Final Status Conference))
Filed by Clerk

10/13/2022 Notice of Ruling Re October 13, 2022 Final Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/13/2022 Supplemental Memorandum Of Points And Authorities In Support Of Webcor Construction, L.P.?S Opposition To L.A. Downtown Investment, LP?s Ex Parte Application For Leave To Augment Expert Witness List
Filed by Webcor Construction, LP (Plaintiff)

10/13/2022 Brief (of L.A. Downtown Investment, L.P. Regarding Legislative History)
Filed by L.A. Downtown Investment, LP (Defendant)

10/12/2022 Minute Order ( (Hearing on Ex Parte Application by L.A. Downtown Investment L...))
Filed by Clerk

10/12/2022 Amended Joint Witness List Of L.A. Downtown Investment, L.P., Oceanwide Plaza, LLC, And Chicago Title Insurance Company
Filed by L.A. Downtown Investment LP (Defendant)

10/12/2022 Notice of Ruling Re: Hearing on L.A. Downtown Investment, L.P.'s Ex Parte Application for Leave to Augment its Expert Witness List
Filed by L.A. Downtown Investment, LP (Defendant)

10/12/2022 First Amended Joint Exhibit List
Filed by L.A.Downtown Investment LP (Defendant)

10/12/2022 Lendlease (Us) Construction Inc. And Webcor Construction L.P.?S Joint Witness List
Filed by Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

10/12/2022 Joint Witness List Of L.A. Downtown Investment, L.P., Oceanwide Plaza, LLC, And Chicago Title Insurance Company
Filed by L.A. Downtown Investment, LP (Defendant)

10/12/2022 Joint Exhibit List
Filed by L.A. Downtown Investment, LP (Defendant)

10/11/2022 Notice of Ruling Re Hearing on L.A. Downtown Investment, L.P.'s Motion in Limine Nos. 2-4
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Reply (Webcor Construction, L.P.S Reply In Support Of Webcors Motion In Limine No. 2)
Filed by Webcor Construction, LP (Plaintiff)

10/11/2022 Response (Lendlease (Us) Construction Inc. Response To L.A. Downtown Investment, LP Opposition To Webcor Construction L.P. Motion In Limine No. 2)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Reply (Webcor Construction, L.P.S Reply In Support Of Webcors Motion In Limine No. 1)
Filed by Webcor Construction, LP (Plaintiff)

10/11/2022 Response (Lendlease (Us) Construction Inc. Response To L.A. Downtown Investment, LP Opposition To Webcor Construction L.P. Motion In Limine No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Reply (Lendlease (US) Construction Inc. Omnibus Reply In Support Of Lendlease Motion In Limine No. 1; Supplemental Declaration Of John D. Hanover In Support)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Declaration (of William T. Eliopoulos In Support Of Webcor Construction, L.P.'s Opposition To L.A. Downtown Investment, LP's Ex
Parte Application For Leave to Augment Expert Witness List)
Filed by Webcor Construction, LP (Plaintiff)

10/11/2022 Memorandum of Points and Authorities in Support of Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Ex
Parte Application For Leave to Augment Expert Witness List
Filed by Webcor Construction, LP (Plaintiff)

10/11/2022 Declaration Of Todd A. Pickles In Support Of L.A. Downtown Investment, L.P.?S Ex Parte Application For Leave To Augment Its
Expert Witness List
Filed by L.A. Downtown Investment LP (Cross-Complainant)

10/11/2022 L.A. Downtown Investment, L.P.?S Ex Parte Application For Leave To Augment Its Expert Witness List; Memorandum Of Points And
Authorities
Filed by L.A. Downtown Investment LP (Cross-Complainant)

10/10/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Heather Pitvorec #10551)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

10/10/2022 Minute Order ( (Hearing on Motion in Limine no. 2, by L.A. Downtown Investmen...))
Filed by Clerk

10/07/2022 Lendlease (US) Construction Inc. Notice Of Partial Joinder And Partial Joinder In Webcor Construction L.P. Motion In Limine No. 1
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/07/2022 Defendant, Cross-Complainant and Cross-Defendant Chicago Title Insurance Company?s Joinder to Defendant and Cross-
Defendant L.A. Downtown Investment?s Opposition to Webcor?s Motion in Limine No. 2
Filed by Chicago Title Insurance Company (Defendant)

10/07/2022 Defendant, Cross-Complainant and Cross-Defendant Chicago Title Insurance Company?s Joinder to Defendant and Cross-
Defendant L.A. Downtown Investment?s Opposition to Webcor?s Motion in Limine No. 1
Filed by Chicago Title Insurance Company (Defendant)

10/06/2022 Opposition (LA Downtown Investment Opposition to Webcor Motion in Limine No. 2)
Filed by L.A. Downtown Investment, LP (Defendant)

10/06/2022 Declaration (of Todd Pickles in Support of L.A. Downtown Investment, LP's Opposition to Webcor's Motion in Limine No. 1)
Filed by L.A. Downtown Investment, LP (Defendant)

10/06/2022 Opposition (L.A. Downtown Investment Opposition to Webcor Motion in Limine No. 1)
Filed by L.A. Downtown Investment, LP (Defendant)

10/06/2022 L.A. Downtown Investment Response to Lendlease Motion in Limine No. 1
Filed by L.A. Downtown Investment, LP (Defendant)

10/06/2022 Chicago Title Insurance Company's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine to Preclude All Expert Opinion
as to the Meaning, Interpretation, and Application of Statutorily Defined Terms in California's Mechanics Lien Statutes; Dec
Filed by Chicago Title Insurance Company (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice Of Joinder And Joinder In Webcor Construction L.P. Motion In Limine No. 2
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice Of Joinder And Joinder In Webcor Construction L.P. Opposition To L.A. Downtown
Investment, LP Motion In Limine No. 2
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice of Partial Joinder And Partial Joinder In Martin Bros./Macrowall Inc. Opposition To L.A.
Downtown Investment, LP Motion In Limine No. 4
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice of Partial Joinder And Partial Joinder In Bapko Metal, Inc. Opposition To L.A. Downtown
Investment, LP Motion In Limine No. 4
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice of Partial Joinder And Partial Joinder In ACCO Engineered Systems, Inc. Opposition To L.A.
Downtown Investment, LP Motion In Limine No. 4
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/03/2022 Reply (In Support Of L.A. Downtown Investment, LP?s Motion In Limine No. 2 To Exclude Testimony Of James Hibert)
Filed by L.A. Downtown Investment, LP (Defendant)

10/03/2022 Reply (in Support of L.A. Downtown Investment, LP's Motion in Limine No. 4)
Filed by L.A. Downtown Investment, LP (Defendant)

10/03/2022 Reply (in Support of L.A. Downtown Investment, LP's Motion in Limine No. 3)
Filed by L.A. Downtown Investment, LP (Defendant)

09/30/2022 Notice of Change of Address or Other Contact Information
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

09/28/2022 Joinder (Mitsubishi Electric Us, Inc.?S Notice Of Joinder And Joinder In Acco Engineered Systems, Inc.?S Opposition To L.A.
Downtown Investment, Lp?s Motion In Limine No. 4)
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

09/28/2022 Joinder (Mitsubishi Electric Us, Inc.?S Joinder In Lendlease (Us) Construction, Inc.?S Opposition To L.A. Downtown Investment, Lp?s Motion In Limine No. 4)
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

09/27/2022 Declaration (Declaration Of John D. Hanover In Support Of Lendlease (Us) Construction Inc. Opposition To L.A. Downtown Investment, Lp Motion In Limine No. 3)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/27/2022 Lendlease (Us) Construction Inc.'s Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 3
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/27/2022 Webcor Construction, L.P. Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 2 To Exclude Testimony Of James Hibert
Filed by Webcor Construction, LP (Plaintiff)

09/27/2022 Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 3; Declaration of Heather N. Blackinton
Filed by Webcor Construction, LP (Plaintiff)

09/27/2022 Declaration (Of John D. Hanover In Support Of Lendlease (Us) Construction Inc.s Opposition To L.A. Downtown Investment, Lps Motion In Limine No. 4)
Filed by Lendlease (US) Construction Inc. (Defendant)

09/27/2022 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 4
Filed by Lendlease (US) Construction Inc. (Defendant)

09/27/2022 Martin Bros./Marcowall, Inc.'s Opposition to LADI's Motion in Limine No. 4
Filed by Martin Bros/Marcowall, Inc. (Defendant)

09/27/2022 Bapko Metal, Inc.'s Opposition to LADI's Motion in Limine No. 4
Filed by Bapko Metal, Inc. (Defendant)

09/27/2022 ACCO Engineered Systems, Inc.'s Opposition to LADI's Motion in Limine No. 4
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

09/26/2022 Webcor Construction, L.P.'s Notice of Motion and Motion in Limine No. 2; Memorandum in Support
Filed by Webcor Construction, LP (Plaintiff)

09/26/2022 Declaration (of Heather N. Blackinton in Support of Webcor Construction, L.P.'s Motion in Limine No. 1 and Motion in Limine No. 2)
Filed by Webcor Construction, LP (Plaintiff)

09/26/2022 Webcor Construction, L.P.'s Notice of Motion and Motion in Limine No. 1; Memorandum in Support
Filed by Webcor Construction, LP (Plaintiff)

09/26/2022 Motion in Limine No. 1 Lendlease Us Construction Inc.'s Notice of Motion and Motion in Limine to Preclude all Expert Opinion as to the Meaning Interpretation and Application of Statutorily Defined Terms in California's Mechanics Lien Statutes;
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/22/2022 Notice of Ruling (Re September 15, 2022 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/19/2022 Request for Dismissal (filed as to 19STCV28703 was not entered; since case was consolidated, caption needs to be 19STCV03357 Webcor; 1) b) 6) Entire action of all parties and all causes of action as to 19STCV28703)
Filed by Troyer Contracting Company, Inc. (Plaintiff)

09/15/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko #12272)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

09/15/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

09/15/2022 Omnibus Proof Of Service Re: L.A. Downtown Investment, LP.?s Notice Of Motion And Motion In Limine No. 4
Filed by L.A. Downtown Investment LP (Defendant)

09/15/2022 Omnibus Proof Of Service Re: L.A. Downtown Investment, LP.?s Notice Of Motion And Motion In Limine No. 3
Filed by L.A. Downtown Investment LP (Defendant)

09/15/2022 Omnibus Proof Of Service Re: L.A. Downtown Investment, LP.?s Notice Of Motion And Motion In Limine No. 2
Filed by L.A. Downtown Investment LP (Defendant)

09/13/2022 Declaration (of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motion in Limine No. 3)
Filed by L.A. Downtown Investment, LP (Defendant)

09/13/2022 L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 3
Filed by L.A. Downtown Investment, LP (Defendant)

09/13/2022 Declaration (of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motion in Limine No. 4)
Filed by L.A. Downtown Investment, LP (Defendant)

09/13/2022 L.A. Downtown Investment, L.P.'s Notice of Motion and Motion in Limine No. 4
Filed by L.A. Downtown Investment, LP (Defendant)

09/13/2022 Declaration (of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motion in Limine No. 2 to Exclude Testimony of James Hibert)
Filed by L.A. Downtown Investment, LP (Defendant)

09/13/2022 L.A. Downtown Investment's Notice of Motion and Motion in Limine No. 2 to Exclude Testimony of James Hibert and Memorandum of Points and Authorities in Support Thereof
Filed by L.A. Downtown Investment, LP (Defendant)

09/12/2022 Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/12/2022 Notice of Ruling (Re September 2, 2022 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/12/2022 Notice of Change of Address or Other Contact Information
Filed by A. Maria Plumtree (Attorney); Karcher Interior Systems, Inc. (Plaintiff)

09/06/2022 Certificate of Mailing for ((Ruling on Submitted Matter) of 09/06/2022)
Filed by Clerk

09/06/2022 Minute Order ( (Ruling on Submitted Matter))
Filed by Clerk

09/02/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

09/02/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko CSR # 12272)

09/02/2022 Stipulation and Proposed Order Regarding Second Amendment to CMO No. 1 Re: Dismissal of Foreclosure Causes of Action and Cross-Causes of Action
Filed by Webcor Construction, LP (Plaintiff)

09/01/2022 Request for Dismissal (NOT ENTERED)
Filed by Troyer Contracting Company, Inc. (Plaintiff)

08/30/2022 Updated Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/30/2022 Notice of Ruling
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/19/2022 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

08/18/2022 Notice of Rejection of Electronic Filing
Filed by Clerk

08/17/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Wil Wilcox #9178)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

08/17/2022 Minute Order ( (Hearing on Motion in Limine No. 1 to Exclude Evidence and Pre...))
Filed by Clerk

08/16/2022 Response (Plaintiff Webcor Construction, L.P.'s Amended Response to OSC Re Amendment to CMO NO. 1 re Dismissal of Complaints and Cross-Complaints)
Filed by Webcor Construction, LP (Plaintiff)

08/15/2022 Updated Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/12/2022 Plaintiff Webcor Construction, L.P.'s Response to OSC Re Amendment to CMO No. 1 Re: Dismissal of Complaints and Cross-Complaints
Filed by Webcor Construction, LP (Plaintiff)

08/10/2022 Reply (in Support of L.A. Downtown Investment, LP's Motion in Limine No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters)
Filed by L.A. Downtown Investment, LP (Defendant)

08/08/2022 Notice of Related Case
Filed by Swinerton Builders dba Swinerton Management & Consulting (Non-Party)

08/05/2022 Substitution of Attorney
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

08/04/2022 Declaration (of John D. Hanover in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/04/2022 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/04/2022 Plaintiff Webcor Construction, L.P.'s Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 1 to Exclude Evidence and
Preclude Argument on Irrelevant Matters; Declaration of Heather Blackinton
Filed by Webcor Construction, LP (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   01/03/2024   11/29/2023   10/24/2023   09/15/2023   08/16/2023   07/14/2023   05/25/2023   04/18/2023   02/21/2023   11/18/2022
09/26/2022   08/03/2022   05/09/2022   03/17/2022   01/28/2022   12/13/2021   10/20/2021   08/31/2021   06/14/2021   03/05/2021   11/17/2020
09/14/2020   07/07/2020   05/14/2020   03/20/2020   02/13/2020   12/17/2019   11/01/2019   09/10/2019   07/18/2019   05/13/2019   03/14/2019

08/03/2022 Notice of Ruling (Re July 28, 2022, Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/02/2022 Notice (of Order to Show Cause regarding Amendment to CMO No. 1 re: Dismissal of Complaints and Cross-Complaints)
Filed by The Nevell Group, Inc. (Defendant)

07/28/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

07/28/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko #12272)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

07/25/2022 Updated Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/25/2022 Notice Of Ruling Re July 15, 2022 Further Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/22/2022 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, LP?s Motion In Limine No. 1 To Exclude Evidence And
Preclude Argument On Irrelevant Matters
Filed by L.A. Downtown Investment, LP (Defendant)

07/22/2022 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

07/22/2022 L.A. Downtown Investment, LP?s Notice Of Motion And Motion In Limine No. 1 To Exclude Evidence And Preclude Argument On
Irrelevant Matters
Filed by L.A. Downtown Investment, LP (Defendant)

07/15/2022 Stipulation and Order to use Certified Shorthand Reporter (Kathy Barney #5698)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

07/15/2022 Minute Order ( (Further Status Conference; Further Status Conference))
Filed by Clerk

07/15/2022 Notice (Mitsubishi Electric Us, Inc.'S Notice Of Compliance Re: Deposit Of Documents)
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

07/13/2022 Answer (Defendant L.A. Downtown Investment, Lp?s Answer To Mitsubishi Electric Us, Inc.?S Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

07/12/2022 Updated Joint Status Conference Report
Filed by Lendlease (US) Construction Inc. (Defendant)

07/08/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

07/01/2022 Notice (of Withdrawal of Lis Pendens)
Filed by Climatec, LLC (Plaintiff)

06/29/2022 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

06/27/2022 Minute Order ( (Court Order))
Filed by Clerk

06/27/2022 Notice (Request for Removal from Proof of Service List)
Filed by Shaw & Sons, Inc. (Plaintiff)

06/22/2022 Request for Dismissal (with Prejudice (Complaint by Climatec, LLC: 20STCV28272))
Filed by Climatec, LLC (Plaintiff)

06/21/2022 Notice (of Release of Lis Pendens)
Filed by Shaw & Sons Inc. (Defendant)

05/26/2022 Answer of Lendlease (US) Construction Inc. and Lendlease (US) Construction Holdings, Inc. to Chicago Title Insurance Company's
Second Amended Cross-Complaint
Filed by Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Holdings, Inc. (Cross-Defendant)

05/20/2022 Department of Los Angeles Treasurer and Tax Collector County of Los Angeles Answer to Lendlease First Amended Complaint
Filed by Department of Los Angeles Treasurer County of Los Angeles (Defendant)

05/17/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

05/17/2022 Notice of Entry of Dismissal and Proof of Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

05/17/2022 Notice (Schuff Steel Company Notice Of Compliance Re: Deposit Of Documents)
Filed by Schuff Steel Company (Plaintiff)

05/16/2022 Notice (of Entry of Order Re Stipulation for Leave to File Second Amended Cross-Complaint)
Filed by Chicago Title Insurance Company (Cross-Complainant)

05/16/2022 Updated Joint Status Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/13/2022 Notice of Ruling (Re May 11, 2022 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/13/2022 Stipulation and Order (Stipulation And [Proposed] Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/11/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

05/09/2022 Notice of Remote Appearance
Filed by Woodbridge Glass, Inc. (Plaintiff)

05/06/2022 Updated Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/29/2022 Chicago Title Insurance Company's Declaration of Non-Monetary Status in Response to Comet Electric, Inc.'s Complaint
Filed by Chicago Title Insurance Company (Defendant)

04/28/2022 Request for Entry of Default / Judgment
Filed by Standard Drywall, Inc. (Plaintiff)

04/28/2022 Amended Cross-Complaint ( (2nd))
Filed by Chicago Title Insurance Company (Cross-Complainant)

04/28/2022 Stipulation and Order (Stipulation For Order Granting Chicago Title Insurance Company Leave To File Second Amended Cross-Complaint Against Lendlease (US) Construction Inc. And Lendlease (Us) Holdings, Inc.; [Proposed] Order Thereon)
Filed by Chicago Title Insurance Company (Cross-Complainant)

04/27/2022 Notice of Ruling Re: April 19, 2022 Further Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/26/2022 Request for Dismissal (With Prejudice Entire Action [19STCV30916])
Filed by Shaw & Sons, Inc. (Plaintiff); Lendlease (US) Construction Inc. (Defendant)

04/25/2022 Request for Entry of Default / Judgment
Filed by Standard Drywall, Inc. (Plaintiff)

04/19/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

04/19/2022 Stipulation and Order (Stipulation And Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1)
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/18/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

04/14/2022 Notice of Remote Appearance
Filed by Woodbridge Glass, Inc. (Plaintiff)

04/12/2022 Updated Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/12/2022 Notice of Ruling (regarding Stipulation and Order to Add Additional Parties to the Lienholder Claims Procedure)
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/11/2022 Request for Entry of Default / Judgment
Filed by Standard Drywall, Inc. (Plaintiff)

04/06/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Comet Electric, Inc. (Plaintiff)

04/04/2022 Notice of Ruling Re March 29, 2022 Further Status Conference
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/01/2022 Notice of Rejection of Electronic Filing
Filed by Clerk

03/31/2022 Stipulation and Order (Stipulation And Order Regarding Additional Parties Subject To The Lienholder Claims Procedure)
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/29/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

03/29/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Janet M. Wood (CSR #9463))

03/25/2022 Updated Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/23/2022 Answer (to Comet Electric, Inc.'s Complaint)
Filed by LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant)

03/18/2022 Proof of Service by Mail
Filed by Standard Drywall, Inc. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/04/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

03/17/2022 Notice of Ruling
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/16/2022 Notice of Change of Address or Other Contact Information
Filed by Yesco LLC (Plaintiff)

03/16/2022 Notice of Change of Address or Other Contact Information
Filed by Sara Hilary Kornblatt (Attorney); Climatec, LLC (Defendant)

03/14/2022 Stipulation and Order (To Extend Sharpe Interior Systems, Inc.'s Deadline To Supplement Its Document Production In Connection
With The Lienholder Claims Proces)
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

03/14/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko #12272)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

03/14/2022 Minute Order ( (Further Status Conference; Further Status Conference))
Filed by Clerk

03/14/2022 Joint Status Conference Report (Updated)
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/09/2022 Proof of Service by Substituted Service
Filed by Standard Drywall, Inc. (Plaintiff)

03/09/2022 Proof of Service by Substituted Service
Filed by Standard Drywall, Inc. (Plaintiff)

03/09/2022 Answer
Filed by Lend Lease (US) Construction, Inc. (Defendant)

03/07/2022 Notice of Ruling (re February 28, 2022 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/04/2022 Request for Dismissal (without Prejudice (6th Cause of Action))
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

03/04/2022 Proof of Personal Service
Filed by Standard Drywall, Inc. (Plaintiff)

03/02/2022 Answer (To Complaint)
Filed by Tom Malloy Corporation (Defendant)

03/02/2022 Answer (To Complaint)
Filed by Tom Malloy Corporation (Defendant)

03/02/2022 Substitution of Attorney
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

03/01/2022 First Amended Cross-Complaint
Filed by Chicago Title Insurance Company (Cross-Complainant)

02/28/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

02/28/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko #12272)
Filed by Lendlease (US) Construction Inc. (Defendant)

02/23/2022 Status Conference Report (Updated)

02/22/2022 Request for Refund / Order (eFiling)
Filed by Standard Drywall, Inc. (Plaintiff)

02/22/2022 Request for Refund / Order (eFiling)
Filed by Standard Drywall, Inc. (Plaintiff)

02/22/2022 American Stair Corporation's Designation of Affiliated Witnesses for Lien Property Trial
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

02/17/2022 Notice of Ruling (re February 10, 2022 Hearing and Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/17/2022 Answer
Filed by Lendlease (US) Construction Inc. (Defendant)

02/15/2022 Minute Order ( (Order to Show Cause Re: Comet Electric Participating))
Filed by Clerk

02/14/2022 Request for Dismissal (With Prejudice)
Filed by MASONRY CONCEPTS, INC., a California Corporation (Plaintiff)

02/14/2022 Request for Dismissal (filed not entered-case number and case name doesn't match this case)
Filed by MASONRY CONCEPTS, INC., a California Corporation (Plaintiff)

02/10/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Tammie Moore #03357)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

02/10/2022 Minute Order ( (Order to Show Cause Re: Clarification of Court's Prior Order;...))
Filed by Clerk

02/10/2022 Bapko Metal, Inc.'s Amended Objection to the March 11, 2022 Document Production Deadline
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

02/10/2022 Objection of Martin Bros./Marcowall, Inc. to the March 11, 2022 Document Production Deadline
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

02/10/2022 ACCO Engineered Systems, Inc. Amended Objection to the March 11, 2022 Document Production Deadline
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

02/10/2022 Schuff Steel Company?s Objection to March 11, 2022 Document Production
Filed by Schuff Steel Company (Defendant)

02/10/2022 Chicago Title Insurance Company's Response to Objections to Document Production
Filed by Chicago Title Insurance Company (Defendant)

02/09/2022 Joinder (Of Karcher Interior Systems, Inc. In Support Of Enclos Corp's Objection To Clarification Of Court Order To Require All
Parties To Produce Documents By March 11, 2022)
Filed by Karcher Interior Systems, Inc. (Plaintiff)

02/09/2022 Lendlease (US) Construction Inc.'s Response to Objections to Document Production Deadline
Filed by Lendlease (US) Construction Inc. (Plaintiff)

02/09/2022 Plaintiff Webcor Construction, L.P.'s Response to Objections to Document Production Deadline
Filed by Webcor Construction, LP (Plaintiff)

02/09/2022 Objection (ENCLOS CORP'S OBJECTION TO CLARIFICATION OF COURT ORDER TO REQUIRE ALL PARTIES TO PRODUCE DOCUMENTS
BY MARCH 11, 2022)
Filed by Webcor Construction, LP (Plaintiff); Enclos Corp. (Cross-Defendant)

02/09/2022 Notice (Of Withdrawal Of Lis Pendens)
Filed by Shoring Engineers, A California Corporation (Plaintiff)

02/09/2022 Kamran and Company, Inc.'s Objection to Document Production Deadline
Filed by Kamran and Company Inc. (Defendant)

02/08/2022 Objection (by Nevell Group, Inc. and Troyer Contracting Company, Inc. to Document Production)
Filed by The Nevell Group, Inc. (Defendant)

02/08/2022 Star Hardware, Inc's Objection to Document Production
Filed by Star Hardware, Inc. (Defendant)

02/08/2022 Standard Drywall, Inc.'s Objection to Clarification of Court Order to Require all Parties to Produce all Documents by March 11, 2022
Filed by Standard Drywall, Inc. (Plaintiff)

02/08/2022 Shaw & Sons, Inc.'s Objection to Document Production Order
Filed by Shaw & Sons, Inc. (Plaintiff)

02/08/2022 American's Objection to Document Production
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

02/08/2022 Defendant CallisonRTKL, Inc.'s Objection to Document Production
Filed by Callisonrtkl, Inc. (Defendant)

02/08/2022 Objection (Climatec, LLC's and Yesco LLC's Objection To Clarification Of Court Order To Require all Parties to Produce all Documents by March 11, 2022)
Filed by Climatec, LLC (Plaintiff); Yesco LLC (Defendant)

02/08/2022 Johnson Controls Fire Protection LP's Objection to Document Production
Filed by Johnson Controls Fire Protection LP (Plaintiff)

02/08/2022 Continental Marble's Objection To Document Production Deadline
Filed by CONTINENTAL MARBLE AND TILE COMPANY, a California corporation (Plaintiff)

02/08/2022 Sharpe Interior Systems, Inc.'s Objection to Clarification of Court Order to Require All Parties to Produce All Documents by March 11, 2022
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

02/08/2022 Snaidero U.S.A.'s Objections to Document Production
Filed by Snaidero U.S.A. (Plaintiff)

02/08/2022 XL Fire Protection Co.'s Objections to Document Production
Filed by XL Fire Protection Co. (Plaintiff)

02/08/2022 Mitsubishi Electric Us, Inc.'s Objection to March 11, 2022 Document Production Deadline
Filed by Mitsubishi Electric US, Inc. (Defendant)

02/08/2022 Notice of Joinder (Name Extension) (J.T. WIMSATT CONTRACTING CO., INC.S NOTICE OF JOINDER AND JOINDER IN FETZERS INC. AND STANDARD DRYWALL, INC.S OBJECTIONS TO DOCUMENT PRODUCTION)
Filed by J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

02/08/2022 Kovach Enclosure Systems LLC's Objection To Document Production
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

02/07/2022 Notice of Ruling (Re February 4, 2022 Hearing and Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/04/2022 Order (Amended Order Re Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Chicago Title Insurance Company)
Filed by Chicago Title Insurance Company (Defendant)

02/04/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Alexander Joko #12272)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

02/04/2022 Minute Order ( (Order to Show Cause Re: Consolidation of Three (3) related ca...))
Filed by Clerk

02/01/2022 Answer of Martin Bros./Marcowall, Inc. to the Complaint of Comet Electric, Inc.
Filed by Martin Bros./Marcowall, Inc., a California corporation (Defendant)

02/01/2022 Updated Status Conference Report and OSC re Consolidation
Filed by Lendlease (US) Construction, Inc. (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   01/03/2024   11/29/2023   10/24/2023   09/15/2023   08/16/2023   07/14/2023   05/25/2023   04/18/2023   02/21/2023   11/18/2022
09/26/2022   08/03/2022   05/09/2022   03/17/2022   01/28/2022   12/13/2021   10/20/2021   08/31/2021   06/14/2021   03/05/2021   11/17/2020
09/14/2020   07/07/2020   05/14/2020   03/20/2020   02/13/2020   12/17/2019   11/01/2019   09/10/2019   07/18/2019   05/13/2019   03/14/2019

01/28/2022 Proof of Service (not Summons and Complaint)
Filed by Standard Drywall, Inc. (Defendant)

01/28/2022 Answer
Filed by Standard Drywall, Inc. (Defendant)

01/27/2022 Notice of Related Case
Filed by Comet Electric, Inc. (Non-Party)

01/26/2022 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

01/25/2022 Notice of Ruling (re January 19, 2022 Hearing and Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/25/2022 Proof of Service by Substituted Service (of Summons (Yesco, LLC))
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/24/2022 Request for Dismissal (With Prejudice (20STCV20785))
Filed by Shoring Engineers, A California Corporation (Plaintiff); Structural Shotcrete Systems, Inc., A California Corporation (Plaintiff)

01/24/2022 Notice of Change of Address or Other Contact Information
Filed by Shoring Engineers, A California Corporation (Plaintiff)

01/24/2022 Defendant L.A Downtown Investment, LP's Answer to Schuff Steel Company's Complaint
Filed by L.A. Downtown Investment LP (Defendant)

01/21/2022 Order ([Proposed] Order Granting The Application For Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Defendant Chicago Title Insurance Company)
Filed by Chicago Title Insurance Company (Cross-Complainant)

01/20/2022 Notice (of Ruling Re Information Discovery Conference)
Filed by Chicago Title Insurance Company (Defendant)

01/19/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Shawnda Renee Dorn #11387)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

01/19/2022 Minute Order ( (Further Status Conference; Order to Show Cause Re: Continuati...))
Filed by Clerk

01/19/2022 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

01/19/2022 Certificate of Mailing for ((Court Order Re Notice of Related Case) of 01/19/2022)
Filed by Clerk

01/19/2022 Minute Order ( (Court Order Re Notice of Related Case))
Filed by Clerk

01/19/2022 Notice of Related Case
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/19/2022 Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice
Filed by Joseph Tucker (Attorney); Chicago Title Insurance Company (Defendant)

01/19/2022 Answer (Of Martin Bros./ MarcoWall, Inc.)
Filed by Martin Bros/Marcowall, Inc. (Defendant)

01/18/2022 Declaration (Of Sonia Plesset Edwards Re Status Of Dispute Re: Compliance With November 3, 2021 Order Re Lendleases Motion To Strike Crosscomplaint For Indemnity)
Filed by Chicago Title Insurance Company (Defendant)

01/18/2022 [Part 2 of 2] Exhibits B-F to Declaration of Heather N. Blackinton in Support of Plaintiff Webcor Construction, L.P.'s Brief re OSC Why "Lien Priority" Trial Date Should not be Continued and Offer of Proof
Filed by Webcor Construction, LP (Plaintiff)

01/18/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/18/2022 Answer
Filed by Callisonrtkl, Inc. (Defendant)

01/14/2022 Notice of Related Case
Filed by Schuff Steel Company (Defendant)

01/14/2022 Declaration (of Heather N. Blackinton in support of Plaintiff Webcor Construction, L.P.'s Brief Re OSC Why "Lien Priority" Trial Date should not be continued and Offer of Proof)
Filed by Webcor Construction, LP (Plaintiff)

01/14/2022 Brief (Plaintiff Webcor Construction L.P.'s Brief Re OSC Why "Lien Priority" Trial Date should not be Continued and Offer of Proof)
Filed by Webcor Construction, LP (Plaintiff)

01/14/2022 Brief (Chicago Title Insurance Companys Brief In Support Of Continuance Of Trial Re: Lien Priority)
Filed by Chicago Title Insurance Company (Defendant)

01/14/2022 Brief (L.A. Downtown Investment, Lps Brief In Support Of Continuance Of Trial Re: Lien Priority)
Filed by L.A.Downtown Investment, LP (Defendant)

01/14/2022 Brief (Lendlease (US) Construction Inc. Brief re: OSC re: Trial Continuance)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/14/2022 Answer (To Lendlease)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

01/12/2022 Minute Order ( (Informal Discovery Conference (IDC)))
Filed by Clerk

01/12/2022 Stipulation and Order (Stipulation To Extend Discovery Conference And Tolling Agreement And Order)
Filed by Chicago Title Insurance Company (Defendant)

01/12/2022 Proof of Service by Substituted Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/12/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/12/2022 Proof of Service by Substituted Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/12/2022 Proof of Service by Substituted Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Notice of Withdrawal of Counsel
Filed by Chicago Title Insurance Company (Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name)

Filed by Standard Drywall, Inc. (Plaintiff)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Standard Drywall, Inc. (Plaintiff)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Standard Drywall, Inc. (Plaintiff)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Standard Drywall, Inc. (Plaintiff)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Standard Drywall, Inc. (Plaintiff)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Standard Drywall, Inc. (Plaintiff)

01/11/2022 Substitution of Attorney
Filed by Chicago Title Insurance Company (Defendant); Chicago Title Insurance Company (Cross-Defendant); Chicago Title Insurance Company (Cross-Defendant)

01/11/2022 Notice of Ruling (Re January 7, 2022 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/11/2022 Proof of Personal Service
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/07/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

01/07/2022 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

01/05/2022 Notice of Change of Address or Other Contact Information
Filed by Webcor Construction, LP (Plaintiff)

01/05/2022 Minute Order ( (Further Status Conference))
Filed by Clerk

01/04/2022 Joint Status Conference Report (Updated)
Filed by Lendlease (US) Construction, Inc. (Defendant)

01/04/2022 Proof of Personal Service
Filed by Schuff Steel Company (Plaintiff)

12/23/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/23/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Personal Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Personal Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Personal Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Personal Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/21/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/20/2021 Answer
Filed by Johnson Controls Fire Protection LP (Defendant)

12/17/2021 Answer
Filed by Callisonrtkl Inc. (Defendant)

12/15/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/15/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/15/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/15/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/15/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/15/2021 Answer
Filed by Mitsubishi Electric US, Inc. (Defendant)

12/15/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

12/13/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Personal Service
Filed by Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Service by Substituted Service
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Answer (To Pan-Pacific Mechanical, LLC'S First Amended Complaint)
Filed by Troyer Contracting Company, Inc. (Defendant)

12/08/2021 Notice of Ruling (Re December 1, 2021 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

12/08/2021 Proof of Service by Substituted Service (of Summons Structural Shotcrete Systems, Inc.)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Climatec, LLC)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Fetzers, Inc.)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Penhall Company)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Pro-Vigil, Inc.)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Sasco)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Mitsubishi Electric US, Inc.)

Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Service by Substituted Service (of Summons Shoring Engineers)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons American Stair Corporation)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Enclos Corp)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Johnson Controls Fire Protection LP)
Filed by Schuff Steel Company (Plaintiff)

12/08/2021 Proof of Personal Service (of Summons Callisonrtkl Inc.)
Filed by Schuff Steel Company (Plaintiff)

12/07/2021 Notice (J.T. Wimsatt Contracting Co., Inc.'s Disclosure of Persons With Knowledge Relevant to Lien Property Issues)
Filed by J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

12/07/2021 Notice (Pursuant to Paragraph 3 of CMO No. 2)
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

12/06/2021 Chicago Title Insurance Company's Disclosure Of Persons With Knowledge Pursuant To Cmo No. 2
Filed by Chicago Title Insurance Company (Defendant)

12/06/2021 Notice (Plaintiff and Cross-Defendant Webcor Construction, LP's Designation of Persons with Knowledge of Facts Relevant to Issues
in Lien Priority Trial)
Filed by Webcor Construction, LP (Plaintiff)

12/06/2021 Notice of Change of Address or Other Contact Information
Filed by Chicago Title Insurance Company (Cross-Complainant)

12/03/2021 Notice of Lien
Filed by W.A. THOMAS CO., INC. (Non-Party)

12/01/2021 Minute Order ( ( Further Status Conference))
Filed by Clerk

12/01/2021 Amended Cross-Complaint ( (1st))
Filed by L.A. Downtown Investment LP (Cross-Complainant)

12/01/2021 Case Management Order (No. 2)
Filed by Clerk

11/23/2021 Joint Status Conference Report (Updated)
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/17/2021 Stipulation - No Order (Stipulation to Extend Date for L.a. Downtown Investment, Lp to File Amended Cross-complaint Against
Lendlease (Us) Construction Inc. And Lendlease (Us) Construction Holdings)
Filed by L.A. Downtown Investment, LP (Defendant)

11/17/2021 Notice (Sasco's Notice of Compliance RE: Lienholder Claim Package and Deposit of Documents)
Filed by SASCO (Plaintiff)

11/16/2021 Notice of Ruling
Filed by Lendlease (US) Construction, Inc. (Defendant)

11/09/2021 Complaint
Filed by Schuff Steel Company (Plaintiff)

11/08/2021 Defendant L.A. Downtown Investment, LP's Answer to Sharpe Interior Systems, Inc.'s Amended Complaint
Filed by L.A.Downtown Investment LP (Defendant)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to The Nevell Group, Inc.'s First Amended Complaint
Filed by L.A Downtown Investment, LP (Defendant)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to Yesco LLC DBA Yesco Signs LLC's Complaint
Filed by L.A. Downtown Investment LP (Defendant)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to Climatec, LLC's Complaint
Filed by L.A. Downtown Investment LP (Defendant)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to Troyer Contracting Company, Inc's First Amended Complaint
Filed by LA Downtown Investment, LP (Defendant)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to J.T. Wimsatt Contracting Company, Inc.'s Complaint
Filed by L.A. Downtown Investment, L.P. (Defendant)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to American Stair Corporation's Complaint
Filed by L.A. Downtown Investment, LP, a California limited partnership (Defendant)

11/05/2021 Answer (to Johnson Controls Fire Protection LP's complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

11/05/2021 Answer (to Sasco's amended complaint)
Filed by L.A. Downtown Investment, LP (DOE 31) (Defendant)

11/04/2021 Answer (to Karcher Interior Systems Inc's amended complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

11/03/2021 Minute Order ( (Hearing on Motion to Strike by Lendlease (US) Construction In...))
Filed by Clerk

11/03/2021 Answer
Filed by LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant)

11/02/2021 Answer (to 1st amended complaint of Pan Pacific Plumbing Co. dba Pan Pacific Mechanical LLC)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

11/02/2021 Answer (To Standard Drywall, Inc's Second Amended Complaint)
Filed by L.A. Downtown Investment LP (Defendant)

11/02/2021 Answer (To Second Amended Complaint Of Standard Drywall, Inc.)
Filed by Lendlease (US) Construction Inc. (Defendant)

11/01/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

11/01/2021 Answer (To Pan-Pacific Mechanical, LLC's First Amended Complaint)
Filed by L.A. Downtown Investment, L.P., a California limited partnership (Defendant)

11/01/2021 Notice of Ruling (Re November 1, 2021 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/27/2021 Reply (Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Joint Reply In Support Of Demurrer To L.A.
Downtown Investment, LP Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

10/27/2021 Reply (Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Joint Reply In Support Of Motion To Strike
Portions Of LADI Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

10/27/2021 Oceanwide Plaza Llcs Notice Of Compliance Re Deposit Of Documents In Response To Kamran And Company Inc.
Filed by Oceanwide Plaza, LLC (Defendant)

10/26/2021 Joinder (To Webcor Construction L.P.'S Opening Brief)
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

10/25/2021 Joint Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/21/2021 Proof of Service
Filed by Standard Drywall, Inc. (Plaintiff)

10/21/2021 Standard Drywall, Inc.'s Joinder to Lendlease (US) Construction L.P.'s Reply Brief Re Lien Priority
Filed by Standard Drywall, Inc. (Plaintiff)

10/21/2021 Shaw and Son's Notice of Joinder and Joinder in Webcor Construction L.P.'s Reply Brief Re Lien Priority
Filed by Shaw & Sons Inc. (Defendant)

10/21/2021 Opposition (OF L.A. DOWNTOWN INVESTMENT, LP, TO LENDLEASE MOTION TO STRIKE)
Filed by L.A. Downtown Investment, LP (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

10/20/2021 Notice of Joinder (Name Extension) (by Shaw and Sons)
Filed by Shaw & Sons Inc. (Defendant)

10/20/2021 Response (Oceanwide Plaza Llcs Response Brief On The Question Of Lien Priority)
Filed by Oceanwide Plaza, LLC (Defendant)

10/20/2021 Chicago Title Insurance Company's Responsive Joinder Brief Regarding Commencement Of Work And Separate Works Of
Improvement
Filed by Chicago Title Insurance Company (Defendant)

10/20/2021 Notice of Joinder (Name Extension) (Pan-Pacific Mechanical L.P.'s Joinder to Webcor Construction, L.P.'s Reply Brief re Lien Priority)
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

10/20/2021 Brief (L.A. DOWNTOWN INVESTMENT, LPS RESPONSIVE BRIEF REGARDING COMMENCEMENT OF WORK AND SEPARATE WORKS OF
IMPROVEMENT)
Filed by L.A. Downtown Investment, LP (Defendant)

10/20/2021 Webcor Construction L.P.'s Reply Brief Re Lien Priority
Filed by Webcor Construction, LP (Plaintiff)

10/20/2021 Lendlease (US) Construction Inc. Response Memorandum Re Lien Priority
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/18/2021 Cross-Defendants Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Reply In Support Of Motion To
Strike Portions Of Chicago Title Insurance Company Cross-Complaint
Filed by Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

10/18/2021 Declaration (Of Non-Monetary Status)
Filed by Chicago Title Insurance Company (Defendant)

10/15/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

10/15/2021 Notice of Designation of Persons Most Knowledgeable for CMF, Inc.
Filed by CMF Inc. (Defendant)

10/14/2021 Notice (of Compliance)
Filed by CMF Inc. (Defendant)

10/14/2021 Amended Complaint ( (1st))
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

10/13/2021 Declaration (of David E. Littman in Support of Chicago Title Insurance Company's Memorandum of Points and Authorities in
Opposition to Motion to Strike Portions of its Cross-Complaint Against Cross-Defendants)
Filed by Chicago Title Insurance Company (Defendant)

10/13/2021 Declaration (of Defendant Chicago Title Insurance Company's Non-Monetary Status Filed in Response to Martin Bros./Marocowall,
Inc.'s Amendment to Complaint)
Filed by Chicago Title Insurance Company (Defendant)

10/13/2021 Memorandum of Points & Authorities
Filed by Chicago Title Insurance Company (Defendant)

10/13/2021 Notice (of Continued Hearing)
Filed by Chicago Title Insurance Company (Defendant)

10/13/2021 Minute Order ( (Hearing on Motion to Strike by Lendlease (US) Consruction Inc...))
Filed by Clerk

10/12/2021 Request for Dismissal (with prejudice; Entire action of all parties and all causes of action; as to 20STCV13074 only)
Filed by Smith-Emery Laboratories, Inc. (Plaintiff)

10/12/2021 Notice of Joinder (Name Extension) (and Joinder in Lendlease (US) Construction Inc.'s Memorandum of Points and Authorities Re:
Lien Priority)
Filed by Shaw & Sons Inc. (Defendant)

10/12/2021 Joinder (To LendLease (US) Construction, Inc.'s Memorandum Of Points And Authorities Re Commencement Of Work To Establish
Lien Property)
Filed by Star Hardware, Inc (Defendant)

10/08/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by SASCO (Plaintiff)

10/08/2021 Notice of Joinder (Name Extension) (and Joinder in Webcor Construction, L.P.'s Opening Brief of Lien Priority)
Filed by J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

10/08/2021 Notice of Joinder (Name Extension) (and Joinder in LendLease's Memorandum of Points & Authorities re: Lien Priority)
Filed by J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

10/08/2021 Joinder
Filed by Pan-Pacific Mechanical, LLC (Defendant)

10/08/2021 Lendlease (US) Construction, Inc.'s Memorandum Of Points And Authorities Re Commencement Of Work To Establish Lien Priority
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/08/2021 Chicago Title Insurance Company's Brief Regarding California Law Concerning Commencement of Work
Filed by Chicago Title Insurance Company (Defendant)

10/08/2021 Brief (Regarding California Law on Commencement Of Work And Separate Works Of Improvement)
Filed by L.A. Downtown Investment, LP (Defendant)

10/08/2021 Oceanwide Plaza LLC's Brief Re The Question of Lien Priority
Filed by Oceanwide Plaza, LLC (Defendant)

10/08/2021 Brief (of Behalf of Acco Engineered Systems, Inc., Bapko Metal, Inc., and Martin Bros. in Support of Webcor Construction, L.P.'s
Opening Brief Re: Lien Priority)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant); Martin Bros./Marocowall Inc. (Defendant)

10/08/2021 Brief (Webcor Construction LP's Opening Brief re Lin Priority)
Filed by Webcor Construction, LP (Plaintiff)

10/08/2021 Declaration (of Defendant Chicago Title Insurance Company's Non-Monetary Status Filed in Response to Sharpe Interior Systems,
Inc.'s Amendment to Complaint)
Filed by Chicago Title Insurance Company, a Florida corporation 20STCV18563 (Defendant)

10/06/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

10/06/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

10/06/2021 Stipulation and Order (STIPULATION TO CONTINUE HEARING ON DEMURRER AND MOTION TO STRIKE L.A. DOWNTOWN
INVESTMENT L.P.S CROSS-COMPLAINT; [PROPOSED] ORDER)
Filed by L.A. Downtown Investment, LP (Defendant)

10/05/2021 Reply (Cross-Defendants Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Reply In Support Of
Motion To Strike Portions Of Chicago Title Insurance Company Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

10/05/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Karcher Interior Systems, Inc. (Plaintiff)

10/04/2021 Notice (Defendant Lendlease (US) Construction Inc Notice of Non-Opposition by LADI to Motion to Strike Portions of LADI Cross-
Complaint)
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

10/04/2021 Notice (Defendant Lendlease (US) Construction Holdings Inc Notice of Non-Opposition by LADI to Motion to Strike Portions of LADI
Cross-Complaint)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

10/01/2021 Answer
Filed by Webcor Construction, LP (Plaintiff)

10/01/2021 Answer
Filed by L.A Downtown Investment, LP (Defendant)

10/01/2021 Answer
Filed by LA Downtown Investment, LP (Defendant)

10/01/2021 Answer
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/01/2021 Notice (Notice Of List Of Cases Lendlease (US) Construction Inc. Omnibus Answer To Operative Pleadings Of Each Of The
Subcontractor Parties In The Consolidated Action Applies)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/01/2021 Answer
Filed by L.A. Downtown Investment LP (Defendant)

10/01/2021 Notice of Ruling
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/01/2021 Summons (on Complaint (1st))
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

10/01/2021 Answer (To Complaint)
Filed by L.A. Downtown Investment LP (Defendant)

10/01/2021 Answer (To Complaint)
Filed by L.A. Downtown Investment, LP, a California limited partnership (Defendant)

10/01/2021 Answer (To Lendlease (Us) Construction Inc.'s First Amended Complaint)
Filed by Webcor Construction, L.P. (Defendant)

10/01/2021 Answer (To Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

10/01/2021 Answer (To Complaint)
Filed by L.A. Downtown Investment, L.P. (Defendant)

10/01/2021 Amended Complaint ( (1st))
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

09/30/2021 Proof of Service by Mail
Filed by Standard Drywall, Inc. (Plaintiff)

09/30/2021 Second Amended Complaint
Filed by Standard Drywall, Inc. (Plaintiff)

09/29/2021 Opposition (Opposition to Lendlease Demurrer to Cross-Complaint)
Filed by L.A. Downtown Investment LP (Cross-Complainant)

09/28/2021 Minute Order ( (Order to Show Cause Re: why the Court should not set a Bench ...))
Filed by Clerk

09/28/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (, Alexander Joko, CSR N. 12272)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/27/2021 Association of Attorney
Filed by Karcher Interior Systems Inc. (Defendant)

09/23/2021 Status Conference Statement (Update)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/22/2021 Response (Joint Response to Order to Show Cause Re: Bifurcation)
Filed by L.A. Downtown Investment, LP (Defendant)

09/22/2021 Notice (Johnson Controls Fire Protection LP'S Notice Of Compliance Re: Deposit Of Documents)
Filed by Johnson Controls Fire Protection LP (Defendant)

09/22/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Kamran and Company, Inc. (Plaintiff)

09/22/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Kamran and Company, Inc. (Plaintiff)

09/22/2021 Notice (Notice of Compliance)
Filed by CMF Inc. (Defendant)

09/09/2021 Notice of Ruling at September 1, 2021 further status conference
Filed by Lend Lease (US) Construction, Inc. (Defendant)

09/09/2021 Declaration of Joseph S. Sestay in support of Cross-Defendant Lendlease (US) construction Inc. and Lendlease (US) construction holdings, Inc.'s motion to strike
Filed by Lendlease (US) Construction Inc. (Cross-Defendant)

09/09/2021 Motion to Strike (not initial pleading)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant); Lendlease (US) Construction, Inc. (Cross-Defendant)

09/07/2021 Oceanwide Plaza LLC's Answer to the First Amended Complaint of Lendlease (US) Construction Inc.
Filed by Oceanwide Plaza, LLC, (Defendant)

09/07/2021 Summons Cross-Complaint
Filed by MASONRY CONCEPTS, INC., a California Corporation (Plaintiff)

09/07/2021 Substitution of Attorney (--Civil)
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

09/07/2021 Answer
Filed by Masonry Concepts, a California corporation (Defendant)

09/01/2021 Message Board Posting
Filed by Clerk

09/01/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (, Sheila Pham CSR N. 13293)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/01/2021 Case Management Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/01/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

08/31/2021 Proof of Service (not Summons and Complaint) (of answer by Standard Drywall to Johnson Controls via CaseAnywhere)
Filed by Standard Drywall, Inc. (Defendant)

08/31/2021 Proof of Service (not Summons and Complaint) (of Standard Drywall Inc's answer to Lendlease via CaseAnywhere)
Filed by Standard Drywall, Inc. (Defendant)

08/31/2021 Answer (by Starndard Drywall Inc. to Lendlease (US) Construction Inc's first amended complaint)
Filed by Standard Drywall, Inc. (Defendant)

08/31/2021 Answer (by Standard Drywall Inc to Johnson Controls Fire Protection LP's Complaint)
Filed by Standard Drywall, Inc. (Defendant)

08/31/2021 Declaration (of Joseph S. Sestay ISO Lendlease Construction's Notice of Demurrer and Demurrer to LADI's Cross-Complaint)
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

08/31/2021 Declaration (of Joseph S. Sestay ISO Lendlease (US) Construction, Holdings Inc.'s Motion to Strike Portions of LADI's Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Defendant)

08/31/2021 Request for Judicial Notice (ISO Lendlease Construction Holdings, Inc.'s Demurrer to LADI's Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Defendant)

08/31/2021 Declaration (of Joseph S. Sestay ISO Lendlease Holding's Notice of Demurrer and Demurrer to LADI's Cross-Complaint)
Filed by Lendlease (US) Construction Inc. (Defendant)

08/31/2021 Lendlease Holdings's Notice of Demurrer and Demurrer to LADI's Cross-Complaint
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

08/31/2021 Updated Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2021 Request for Judicial Notice
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

08/31/2021 Demurrer - without Motion to Strike
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

08/30/2021 Declaration (of Joseph S. Sestay in Support of Lendlease (US) Construction, Inc.'s Notice of Motion and Motion to Strike Portions of Ladi's Cross-Complaint)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

08/30/2021 Declaration (of Joseph S. Sestay in Support of Lendlease (US) Construction, Holdings Inc.'s Notice of Demurrer and Demurrer to Ladi's Cross-Complaint)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

08/30/2021 Defendant Lendlease (US) Construction Holdings, Inc.'s Notice of Motion and Motion to Strike Portions of LADI's Cross-Complaint
Filed by Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

08/30/2021 Motion to Strike (not initial pleading) (Portions of Ladi's Cross Complaint)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

08/23/2021 Notice of Ruling (RE August 20, 2021 Further Status Conference)
Filed by Lend Lease (US) Construction, Inc. (Defendant)

08/20/2021 Shaw & Son's Inc.'s Answer to Webcor Construction, LP'S First Amended Complaint
Filed by Shaw & Sons, Inc (Defendant)

08/20/2021 Stipulation and Order Regarding Lienholder Claims Procedure
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/20/2021 Message Board Posting
Filed by Clerk

08/20/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

08/20/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Timothy J. McCoy, CSR# 4745)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/17/2021 Notice (of Court Order at Status Conference on August 13, 2021)
Filed by Webcor Construction, LP (Plaintiff)

08/17/2021 Proof of Service
Filed by OCEANWIDE PLAZA I LLC, a Delaware limited liability company (Defendant)

08/13/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Kylie Shepherd, CSR 13756)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/13/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

08/12/2021 Oceanwide Plaza LLC's Answer to the First Amended Complaint of Webcor Construction, LP
Filed by Oceanwide Plaza, LLC (Defendant)

08/11/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC's Supplement to Joint Updated Status Conference Report
Filed by Oceanwide Plaza, LLC (Defendant)

08/06/2021 Joint Updated Status Report
Filed by L.A. Downtown Investment, LP (Cross-Defendant)

07/23/2021 Notice of Ruling (Re July 20, 2021 Further Status Conference)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/20/2021 Objection (To Proposed Procedure For Establishing Disputed Claims)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

07/20/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Shawnda Renee Dorn, CSR# 11387)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/20/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

07/15/2021 Defendant Chicago Title Insurance Company's Answer and Defenses to Lendlease (US) Construction, Inc.'s First Amended Complaint
Filed by Chicago Title Insurance Company (Cross-Complainant)

07/15/2021 Answer (to First Amended Complaint of Lendlease (US) Construction Inc. by L.A. Downtown Investment, LP)
Filed by Lendlease (US) Construction Inc. (Plaintiff)

07/15/2021 Notice of Court Order at Status Conference on July 8, 2021
Filed by Webcor Construction, LP (Plaintiff)

07/15/2021 Lendlease's Updated Status Conference Report Re Subcontractor Claims Procedure

Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

07/08/2021 Proof of Service of Summons
Filed by Webcor Construction, LP (Plaintiff)

07/08/2021 Proof of Service of Summons
Filed by Webcor Construction, LP (Plaintiff)

07/08/2021 Proof of Service of Summons
Filed by Webcor Construction, LP (Plaintiff)

07/08/2021 Proof of Service of Summons
Filed by Webcor Construction, LP (Plaintiff)

07/08/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

07/08/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Deborah Morin, CSR# 11558)

07/07/2021 Notice of Appearance (of Todd A. Pickles for Defendant and Cross-Defendant L.A. Downtown Investment, L.P.)
Filed by L.A. Downtown Investment, LP (Defendant)

07/07/2021 Joint Updated Status Conference Report
Filed by Webcor Construction, LP (Plaintiff)

07/06/2021 Answer
Filed by Pan Pacific Mechanical LLC (Defendant)

07/01/2021 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof of Service by Substituted Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

07/01/2021 Proof Of Service
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/17/2021 Notice (of Court Order at Status Conference on June 15, 2021)
Filed by Webcor Construction, LP (Plaintiff)

06/16/2021 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

06/15/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

06/15/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Leandra Amber CSR# 12070)
Filed by Webcor Construction , LP (Cross-Complainant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

06/14/2021 Proof of Service
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

06/14/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC'S Supplement to Joint Updated Status Conference Report
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

06/14/2021 Joint Updated Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/04/2021 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

06/02/2021 Minute Order ( (Order to Show Cause Re: Lifting on Stay of Discovery; Further...))
Filed by Clerk

06/02/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Adra Pittman #13298)
Filed by Webcor Construction, LP (Plaintiff)

05/28/2021 Joint Updated Status Conference Repor t
Filed by Webcor Construction, LP (Plaintiff)

04/30/2021 Notice (of Court Order at Status Conference on April 28, 2021)
Filed by Webcor Construction, LP (Plaintiff)

04/28/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Timothy McCoy #4745)
Filed by Webcor Construction, LP (Plaintiff)

04/28/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

04/21/2021 Proof of Service Summons
Filed by MASONRY CONCEPTS, INC., a California Corporation (Plaintiff)

04/21/2021 Joint Updated Status Conference Report
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

04/13/2021 Answer
Filed by Nevell Group Inc (Defendant)

04/13/2021 Answer
Filed by Troyer Contracting Company (Defendant)

04/08/2021 Notice (of Court Order at Status Conference on April 1, 2021)
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

04/01/2021 Minute Order ( (Further Status Conference; Further Status Conference))
Filed by Clerk

03/30/2021 Proof of Service by Substituted Service
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

03/30/2021 Proof of Personal Service
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

03/30/2021 Proof of Personal Service
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

03/29/2021 Proof of Service
Filed by Oceanwide Plaza, LLC (Appellant)

03/29/2021 Proof of Service
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

03/29/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC's Supplement to Joint Updated Status Conference Report
Filed by Oceanwide Plaza, LLC (Defendant)

03/29/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice Regarding Joint Status Report and Supplemental Status Reports
Filed by Oceanwide Plaza, LLC (Defendant)

03/26/2021 Notice and Acknowledgment of Receipt (- Civil)
Filed by Yesco LLC (Plaintiff)

03/26/2021 Webcor Construction, L.P's Supplemental Status Conference Report
Filed by Webcor Construction, LP (Plaintiff)

03/25/2021 Appeal - Remittitur - Affirmed (B299310)

Filed by Clerk

03/25/2021 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

03/25/2021 Joint Updated Status Conference Report
Filed by Webcor Construction, LP (Plaintiff)

03/24/2021 Answer
Filed by Sharpe Interior Systems, Inc (Defendant)

03/19/2021 Certificate of Mailing for ((Court Order re: Related Cases) of 03/19/2021)
Filed by Clerk

03/19/2021 Minute Order ( (Court Order re: Related Cases))
Filed by Clerk

03/15/2021 Answer
Filed by Shaw & Sons, Inc (Defendant)

03/12/2021 Notice (of Further Status Conference)
Filed by Webcor Construction, LP (Plaintiff)

03/11/2021 Notice of Appearance (of Matthew J. Adler as Counsel of Record for Defendant Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

03/11/2021 Answer
Filed by Kovach Enclosure Systems LLC (Non-Party)

03/08/2021 Complaint
Filed by CONTINENTAL MARBLE AND TILE COMPANY, a California corporation (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

03/05/2021 Answer (of Martin Bros./Macrowall, Inc. to Lendlease(US) Construction Inc.'s First Amended Complaint)
Filed by Martin Bros./Marcowall Inc. (Defendant)

03/02/2021 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

02/25/2021 Notice (of Stay of Case no. 20STCV47808)

02/24/2021 Notice and Acknowledgment of Receipt (- Civil)
Filed by Yesco LLC (Plaintiff)

02/24/2021 Notice and Acknowledgment of Receipt (- Civil)
Filed by Yesco LLC (Plaintiff)

02/22/2021 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

02/17/2021 Minute Order ( (Further Status Conference))
Filed by Clerk

02/17/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Jennifer Sebring #13749)
Filed by Lendlease (US) Construction, Inc. (Defendant)

02/16/2021 Answer
Filed by Shoring Engineers (Defendant)

02/16/2021 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

02/16/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC'S Supplement to Joint
Filed by Oceanwide Plaza, LLC (Defendant)

02/10/2021 Joint Updated Status Conference Report
Filed by Webcor Construction, LP (Plaintiff)

01/26/2021 Notice of Appearance
Filed by American Stair Corporation (Defendant)

01/21/2021 Proof of Service of Summons
Filed by Snaidero U.S.A. (Plaintiff)

01/21/2021 Notice (of Court Order RE Related Cases and Complex Designation)
Filed by Yesco LLC (Defendant)

01/21/2021 Proof of Service of Summons
Filed by Snaidero U.S.A. (Defendant)

01/11/2021 Notice (of Court Order RE Related Case and Complex Designation)
Filed by Yesco LLC (Defendant)

01/08/2021 Proof of Service by Substituted Service
Filed by Murphy O'Brien, Inc., a California corporation (Plaintiff)

12/30/2020 Complaint
Filed by American Stair Corporation, an Illinois corporation (Plaintiff)

12/22/2020 Notice of Court Order RE Related case
Filed by Yesco LLC (Defendant)

12/22/2020 Notice of Lis Pendens
Filed by Yesco LLC (Defendant)

12/22/2020 Notice of Deposit of complex fee
Filed by Yesco LLC (Defendant)

12/21/2020 Plaintiff Martin Bros./Marcowall, INC. Notice of Deposit of Complex Filing Fees
Filed by Martin Bros./Marcowall Inc. (Defendant)

12/21/2020 Minute Order ( (Further Status Conference))
Filed by Clerk

12/17/2020 Proof of Service
Filed by Oceanwide Plaza, LLC (Defendant)

12/17/2020 Defendant and Cross Defendant Oceanwide Plaza LLC'S Further Status
Filed by Oceanwide Plaza, LLC (Defendant)

12/16/2020 Joint Updated Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

12/16/2020 Webcor Construction L.P.'S Supplemental Status Conference Report
Filed by Webcor Construction, LP (Plaintiff)

11/25/2020 Answer
Filed by The Nevell Group, Inc. (Defendant)

11/25/2020 Answer
Filed by Kovach Enclosure Systems LLC (Defendant)

11/24/2020 Certificate of Mailing for ((Court Order Re Notice of Related Case) of 11/24/2020)
Filed by Clerk

11/24/2020 Minute Order ( (Court Order Re Notice of Related Case))
Filed by Clerk

11/20/2020 Proof of Service
Filed by Star Hardware, Inc. (Defendant)

11/20/2020 Notice (of Release of Attorney Lien)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
11/04/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

11/17/2020 Answer
Filed by ACCO Engineered Systems, Inc. (Defendant)

11/17/2020 Answer
Filed by Bapko Metal, Inc. (Defendant)

11/12/2020 Answer
Filed by Troyer Contracting Company, Inc. (Defendant)

11/12/2020 Answer
Filed by Webcor Construction LP (Defendant)

11/10/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

11/10/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

11/05/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

11/05/2020 Notice of Appearance (of Matthew J. Adler and withdrawal of Paul M. Gelb as counsel of record for defendant Johnson Controls Inc.)
Filed by Johnson Controls, Inc. (Defendant)

11/05/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls, Inc.

11/04/2020 Notice of Appearance (of Matthew J. Adler and withdrawal of Paul M. Gelb as counsel of record for defendant Johnson Controls Fire Protection LP)
Filed by JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership (Defendant)

11/04/2020 Notice of Appearance (of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance (of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance (of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Plaintiff Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance (of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance (of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance (of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP)
Filed by Johnson Controls Fire Protection LP (Defendant)

11/03/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

11/03/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

11/03/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

11/02/2020 Answer
Filed by Shoring Engineers (Defendant)

10/30/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/29/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/29/2020 Answer
Filed by Martin Bros./Marcowall Inc. (Defendant)

10/28/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/28/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/20/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/20/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/20/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/16/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/16/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/16/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/16/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/15/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/15/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/15/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service of Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service of Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt-Civil
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Notice and Acknowledgment of Receipt
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Service Summons
Filed by Johnson Controls Fire Protection LP (Plaintiff)

10/14/2020 Proof of Personal Service
Filed by Murphy O'Brien, Inc., a California corporation (Plaintiff)

10/07/2020 Certificate of Mailing for ((Court Order re: Related Case) of 10/07/2020)
Filed by Clerk

10/07/2020 Minute Order ( (Court Order re: Related Case))
Filed by Clerk

10/05/2020 Notice (of Court Order Re Related Case, Dated September 21, 2020)
Filed by Webcor Construction, LP (Plaintiff)

10/02/2020 Complaint
Filed by Lendlease (US) Construction Inc. (Plaintiff)

10/02/2020 Proof of Personal Service
Filed by Star Hardware, Inc. (Plaintiff)

10/02/2020 Proof of Personal Service
Filed by Star Hardware, Inc. (Plaintiff)

09/21/2020 Certificate of Mailing for ((Court Order re: Notice of Related Case) of 09/21/2020)
Filed by Clerk

09/21/2020 Minute Order ( (Court Order re: Notice of Related Case))
Filed by Clerk

09/17/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

09/15/2020 Proof of Service (not Summons and Complaint) (electronic service via Case Anywhere)
Filed by Standard Drywall, Inc. (DOE 15) (Respondent)

09/15/2020 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

09/15/2020 Proof of Service (not Summons and Complaint)
Filed by Webcor Construction, LP (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

09/14/2020 Notice and Acknowledgment of Receipt
Filed by Climatec, LLC (Plaintiff)

09/14/2020 Notice and Acknowledgment of Receipt
Filed by Climatec, LLC (Plaintiff) .

09/14/2020 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Jamie Onuki #13904)
Filed by Webcor Construction, LP (Plaintiff)

09/14/2020 Minute Order ( (Hearing on Application for Writ of Attachment (CCP 484.040); ...))
Filed by Clerk

09/14/2020 Supplemental Declaration (of Philip Hamblin in Opposition to Webcor's Motion to Strike and Webcor's Motion to Strike and
Webcor's Application for a Writ of Attachment)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2020 Proof of Service
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2020 Lendlease (US) Construction, INC.'s Response to Webcor Construction L.P.'s Evidentiary Objections RE Issuance of Writ of
Attachment
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2020 Declaration (of Hermenegildo Acoltzin in Support of Lendlease (US) Construction, INC.'s Oppositions to Webcor's Motion to Strike
and Writ of Attachment)
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2020 Lendlease (US) Construction, INC.'s Request for Judicial Notice in Support of its Opposition to Webcor's Motion to Strike and
Application for Right to Attach Order
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2020 Defendant Lendlease (US) Construction, INC.'s Opposition to Plaintiff Webcor's Motion to Strike Evidence
Filed by Lendlease (US) Construction, Inc. (Defendant)

09/14/2020 Climatec, LLC's Status Conference Report
Filed by Climatec, LLC (Defendant)

09/10/2020 Notice (of Court Order re Related Cases, Dated August 26, 2020)
Filed by Webcor Construction, LP (Plaintiff)

09/09/2020 Status Conference Report
Filed by Martin Bros./Marcowall Inc. (Defendant)

09/09/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Initial Further Status Conference Report
Filed by Oceanwide Plaza, LLC (Defendant)

09/09/2020 Proof of Service
Filed by Oceanwide Plaza, LLC (Defendant)

09/09/2020 Kamran and Company, INC.'s Status Report

09/09/2020 SASCO'S Status Conference Report
Filed by SASCO (Defendant)

09/08/2020 Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

09/08/2020 Webcor Construction, LP'S Motion to Strike Portions of the Declaration of Philip Hamblin Submitted in Support of Lendlease's
Opposition to Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment
Filed by Webcor Construction, LP (Plaintiff)

09/08/2020 L.A. Downtown Investment, LP's Further Report for September 14, 2020 Initial Status Conference
Filed by L.A. Downtown Investment, LP (Defendant)

09/08/2020 Webcor Construction, LP's Evidentiary Objections to the Declaration of Philip Hamblin Submitted ISO Lendlease's Opposition to
Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment

Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Status Conference Report ([Standard Drywall Inc])
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

09/08/2020 Webcor Construction, LP's Status Conference Report
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Plaintiff Webcor Construction, LP's Memorandum of Points and Authorities ISO Reply to Application for Right to Attach Order and
Order for Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc.
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Declaration (of John Harrington ISO Webcor Construction, LP's Reply ISO Application for Right to Attach Order and Order for
Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc.)
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Webcor Construction, LP's Request for Judicial Notice ISO Reply to Application for Right to Attach Order and Order for Issuance of
Writ of Attachment Against Defendant Lendlease (US) Construction, Inc.
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Declaration (of Kyle Vasa Bertolucci ISO Webcor Construction, LP's Reply ISO Application for Right to Attach Order and Order for
Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc.)
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/03/2020 Proof of Service Summons
Filed by Climatec, LLC (Plaintiff)

09/03/2020 Notice (of Court Order re related cases, dated August 14, 2020)
Filed by Webcor Construction, LP (Plaintiff)

08/31/2020 Declaration (of Joe Wathen in Support of Lendlease (US) Contruction, Inc.'s Opposition to Webcor's Application for Right to Attach
Order)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2020 Defendant Lendlease (US) Construction, Inc.'s Objection and Opposition to Plaintiff Webcor's Application for Prejudgment Writ of
Attachment
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/31/2020 Declaration (of Ohilip Hamblin in Support of Lendndlease (US) Construction, Inc.'s Opposition to Webcor's Writ of Attachment)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/26/2020 Certificate of Mailing for ((Court Order re: Related Cases) of 08/26/2020)
Filed by Clerk

08/26/2020 Minute Order ( (Court Order re: Related Cases))
Filed by Clerk

08/14/2020 Proof of Service by Substituted Service
Filed by Star Hardware, Inc. (Plaintiff)

08/14/2020 Certificate of Mailing for ((Court Order re: Notice of Related Case) of 08/14/2020)
Filed by Clerk

08/14/2020 Minute Order ( (Court Order re: Notice of Related Case))
Filed by Clerk

08/13/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

08/10/2020 Proof of Personal Service
Filed by Star Hardware, Inc. (Plaintiff)

08/04/2020 Complaint
Filed by Star Hardware, Inc. (Plaintiff)

07/30/2020 Stipulation and Order (Authorizing Electronic Service Via Case Anywhere)
Filed by L.A. Downtown Investment, LP (Defendant)

07/27/2020 Complaint
Filed by Advanced Cable Solutions, Inc. (Plaintiff)

07/27/2020 Notice of Ruling (re Defendant Lendlease (US) Construction, Inc.'s Ex Parte Application to Modify the Briefing Schedule for Plaintiff
Webcor's Application for Right to Attach Order)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/27/2020 Stipulation and Order (to Extend the Time for Filing Responsive Pleadings By Lendlease (US) Construction, Inc. and Oceanwide
Plaza, LLC to Cross-Complaints of ACCO Engineered Systems, Inc)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

07/23/2020 Order (Granting Defendant Lendlease (U.S.) Construction, Inc.'s Ex Parte Application to Modify The Briefing Schedule on Webcor's
Application For Writ of Attachment)

07/23/2020 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore (Sara Baker #13608)
Filed by Alston & Bird LLP (Plaintiff)

07/23/2020 Minute Order ( (Hearing on Ex Parte Application by Defendant Lendlease (US) C...))
Filed by Clerk

07/23/2020 Supplemental Declaration (of John D. Hanover in support of Defendant Lendlease (U.S) Construction Inc's ex parte application to modify briefing schedule)
Filed by Alston & Bird LLP (Plaintiff)

07/23/2020 Reply (in support of notice and ex parte application to modify the briefing schedule for plaintiff Webcor's application writ of attachment)
Filed by Alston & Bird LLP (Plaintiff)

07/22/2020 Opposition (by Webcor Construction LP to Lendlease (US) Construction Inc's ex parte application to modify the briefing schedule for Webcor's application for writ of attachment)
Filed by Webcor Construction, LP (Plaintiff)

07/22/2020 Minute Order ( (Hearing on Ex Parte Application by Defendant Lendlease (US) C...))
Filed by Clerk

07/21/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

07/21/2020 Declaration (of John D. Hanover in support of Defendant Lendlease (U.S.) Construction Inc's ex parte application to modify briefing schedule)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

07/21/2020 Ex Parte Application (to modify the briefing schedule for plaintiff's Webcor's application writ of atttachment;)
Filed by Lendlease (US) Construction, Inc. (Defendant)

07/17/2020 Notice of Ruling -- July 8, 2020 Status Conference
Filed by Webcor Construction, LP (Plaintiff)

07/16/2020 Complaint
Filed by Murphy O'Brien, Inc., a California corporation (Plaintiff)

07/15/2020 Application for Right to Attach Order, Temporary Protective Order, etc.
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of John Harrington in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Plaintiff Webcor Construction, LP's Memorandum of Points and Authorities in Support of Application for Right to Attach Order and Order for Issuance of Writ of Attachment
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of William T. Eliopoulos in Support of Webcor's Application for Right to Attach Order and Order for Issuance of Writ of Attachment
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Proof of Service
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of John Harrignton in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of Kyle Vasa Bertolucci in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (Vol. 3 of 3)
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of Kyle Vasa Bertolucci in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (Vol. 2 of 3)
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of Kyle Vasa Bertolucci in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (Vol. 1 of 3)
Filed by Webcor Construction, LP (Plaintiff)

07/15/2020 Notice of Application and Hearing for Writ of Attachment (CCP 484.040)

07/08/2020 Minute Order ( (Further Status Conference))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

07/07/2020 Proof of Personal Service
Filed by Shoring Engineers, A California Corporation (Plaintiff); Structural Shotcrete Systems, Inc., A California Corporation (Plaintiff)

07/02/2020 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice of Intent to Appear Telephonically
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice of Intent to Appear Telephonically (C.R.C.3.670(h))
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Initial Further Status Conference Report
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

07/02/2020 Notice of Intent to Appear by Telephone
Filed by Johnson Controls Fire Protection LP (Defendant)

07/01/2020 Johnson Controls Fire Protection L.P.'S Further Status Conference Report
Filed by Johnson Controls Fire Protection LP (Defendant)

07/01/2020 Notice (of Change of Handling Attorney Within Firm)

07/01/2020 L.A. Downtown Investment, LP's Further Report for July 8, 2020 Initial Status Conference
Filed by L.A. Downtown Investment, LP (Defendant)

07/01/2020 Subcontractor Plaintiffs' Further Joint Initial Status Conference Report
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

07/01/2020 Lendlease Supplement to Initial Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/29/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

06/24/2020 Proof of Service by Substituted Service (of summons; complaint; civil cover sheet; civil case cover sheet addendum and statement of location; notice of case assignment-unlimited civil case; notice of case management conference; adr package)
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

06/24/2020 Proof of Service by Substituted Service (of summons; complaint; civil cover sheet; civil case cover sheet addendum and statement of location; notice of case assignment-unlimited civil case; notice of case management conference; adr package)
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

06/24/2020 Proof of Service by Substituted Service (of summons; complaint; civil cover sheet; civil case cover sheet addendum and statement of location; notice of case assignment-unlimited civil case; notice of case management conference; adr package)
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

06/24/2020 Notice of Ruling RE June 23,2020 Initial Status Conference
Filed by L.A. Downtown Investment, LP (Cross-Defendant); L.A. Downtown Investment, LP (Cross-Defendant)

06/23/2020 Proof of Electronic Service
Filed by Shoring Engineers, A California Corporation (Plaintiff)

06/23/2020 Minute Order ( (Initial Status Conference))
Filed by Clerk

06/22/2020 Notice (of Association of Counsel)
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

06/22/2020 Notice (of Court Order RE Related Cases, Dated June 11, 2020)
Filed by Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

06/19/2020 Complaint
Filed by Fetzers' Inc. (Plaintiff)

06/17/2020 Certificate of Mailing for ((Court Order re: Related Cases) of 06/17/2020)
Filed by Clerk

06/17/2020 Minute Order ( (Court Order re: Related Cases))
Filed by Clerk

06/16/2020 Notice (of Court Order Re Related Cases, Dated June 11,2020)
Filed by Webcor Construction, LP (Plaintiff)

06/16/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Initial Status Conference Report
Filed by Oceanwide Plaza, LLC (Defendant)

06/15/2020 Subcontractor Plaintiffs' Joint Initial Status Conference Report
Filed by Webcor Construction, LP (Plaintiff)

06/15/2020 Lendlease Supplement to Subcontractor Plaintiffs' Joint Initial Status Conference Report
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant); Lendlease (US) Construction, Inc. (Cross-Defendant)

06/15/2020 L.A. Downtown Investment, LP'S Initial Status Conference Report
Filed by L.A. Downtown Investment, LP (Cross-Defendant); L.A. Downtown Investment, LP (Cross-Defendant)

06/11/2020 Certificate of Mailing for ((Court Order re: Related Cases) of 06/11/2020)
Filed by Clerk

06/11/2020 Minute Order ( (Court Order re: Related Cases))
Filed by Clerk

06/10/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

06/09/2020 Proof of Personal Service
Filed by J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

06/02/2020 Complaint
Filed by Karcher Interior Systems, Inc., a California Corporation (Plaintiff)

05/27/2020 Notice and Acknowledgment of Receipt
Filed by Troyer Contracting Company, Inc. (Plaintiff)

05/27/2020 Notice and Acknowledgment of Receipt
Filed by Troyer Contracting Company, Inc. (Plaintiff)

05/26/2020 Answer
Filed by L.A.Downtown Investment, LP (Defendant)

05/22/2020 Answer (STANDARD DRYWALL, INC.?S ANSWER TO MARTIN BROS./MARCOWALL, INC.?S COMPLAINT)
Filed by Standard Drywall, Inc. (Defendant)

05/20/2020 Answer
Filed by Pan-Pacific Mechanical, LLC (Defendant)

05/18/2020 Notice and Acknowledgment of Receipt
Filed by Troyer Contracting Company, Inc. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019


05/14/2020 Answer
Filed by Troyer Contracting Company, Inc. (Defendant)

05/13/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

05/13/2020 Answer
Filed by Johnson Controls Fire Protection, LP (Defendant)

05/11/2020 Answer
Filed by Nevell Group, Inc. (Defendant)

05/06/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

05/05/2020 Answer
Filed by Johnson Controls, Inc. (Defendant)

05/05/2020 Notice of Related Case
Filed by L.A. Downtown Investment, LP (Defendant)

05/04/2020 Answer
Filed by Babko Metal, Inc. (Defendant)

05/04/2020 Answer (to Complaint)
Filed by ACCO Engineered Systems, Inc. (Defendant)

05/01/2020 Answer
Filed by Webcor Construction, LP (Defendant)

05/01/2020 Answer (OF L.A. DOWNTOWN INVESTMENT, LP TO COMPLAINT OF KOVACH ENCLOSURE SYSTEMS LLC)
Filed by L.A. Downtown Investment, LP, (Defendant)

04/30/2020 Notice (of Court Order Dated April 23, 2020)

Filed by Webcor Construction, LP (Plaintiff)

04/30/2020 Notice of Related Case
Filed by Webcor Construction, LP (Plaintiff)

04/27/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/24/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/23/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/23/2020 Notice and Acknowledgment of Receipt
Filed by The Nevell Group, Inc (Plaintiff)

04/23/2020 Minute Order ( (Court Order))
Filed by Clerk

04/22/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/22/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/22/2020 Notice and Acknowledgment of Receipt
Filed by The Nevell Group, Inc (Plaintiff)

04/10/2020 Notice (of Posting of Complex Fees)
Filed by Pan-Pacific Mechanical, LLC (Cross-Defendant)

04/08/2020 Complaint
Filed by CMF, Inc. (Plaintiff)

04/08/2020 Drywall, Inc.'s Notice of Posting Complex Fees
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

04/08/2020 Proof of Service by electronic Transmission
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

04/07/2020 Notice (of Posting Complex Fees)
Filed by L.A. Downtown Investment, LP (Defendant)

04/07/2020 Notice (of Posting Complex Fees by BAPKO Metal, Inc.)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

04/07/2020 Notice (of Posting Complex Fees by ACCO Engineered Systems, Inc.)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

04/06/2020 Complaint
Filed by J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

04/06/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/06/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/06/2020 Notice and Acknowledgment of Receipt
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

04/03/2020 Proof of Service by Substituted Service
Filed by SASCO (Plaintiff)

04/03/2020 Proof of Personal Service
Filed by SASCO (Plaintiff)

04/03/2020 Notice (of Posting Complex Fees by Defendant and Cross-Defendant and Cross-Defendant Oceanwide Plaza LLC)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

04/02/2020 Notice of Posting Complex Fees
Filed by The Nevell Group, Inc. (Defendant)

04/02/2020 Enclos Corp's Notice of Posting Complex Fees
Filed by Enclos Corp. (Cross-Defendant)

04/02/2020 Defendant Johnson Controls Fire Protection L.P.'s Notice of Posting Complex Fees
Filed by Johnson Controls Fire Protection LP (Defendant)

04/01/2020 Notice (of Posting Complex Fees)
Filed by L.A. Downtown Investment, LP (Cross-Defendant)

04/01/2020 Defendant's Notice of Posting Complex Fees
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/25/2020 Notice and Acknowledgment of Receipt
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2021  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

03/20/2020 Answer
Filed by TROYER CONTRACTING COMPANY, INC., a California corporation (Defendant)

03/20/2020 Answer (TO FIRST AMENDED COMPLAINT)
Filed by Troyer Contracting Company, Inc. (Defendant)

03/20/2020 Answer (TO FIRST AMENDED COMPLAINT)
Filed by XL Fire Protection Co. (Defendant)

03/20/2020 Notice of Ruling
Filed by L.A. Downtown Investment, LP (Defendant)

03/18/2020 Certificate of Mailing for ((Court Order Re. Complex Civil Case Questionnaire;) of 03/18/2020)
Filed by Clerk

03/18/2020 Minute Order ( (Court Order Re. Complex Civil Case Questionnaire;))
Filed by Clerk

03/16/2020 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

03/13/2020 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Webcor Construction, LP (Plaintiff)

03/13/2020 Minute Order ( (Hearing on Motion for Order Staying Discovery as to L.A. Down...))
Filed by Clerk

03/13/2020 Notice of Intent to Appear by Telephone
Filed by Johnson Controls Fire Protection LP (Defendant)

03/13/2020 Notice (of Case Reassignment and Order)
Filed by Webcor Construction, LP (Plaintiff)

03/11/2020 Notice of Intent to Appear by Telephone
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

03/10/2020 Case Management Statement
Filed by Lendlease (US) Construction, Inc. (Defendant)

03/10/2020 Notice of Intent to Appear by Telephone
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

03/09/2020 Complex Civil Case Questionnaire
Filed by Oceanwide Plaza, LLC (Defendant)

03/09/2020 Civil Case Cover Sheet ([Counter Designation])
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

03/06/2020 Declaration (OF DANIEL A. CANTOR ESQ IN SUPPORT OF OCEANWIDE PLAZA LLCS MOTION TO COMPEL DEFENDANT AND CROSS-
COMPLAINANT BAPKO METAL INC. TO ARBITRATE AND STAY PROCEEDING)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

03/06/2020 Declaration (OF KEN W. CHOI ESQ IN SUPPORT OF OCEANWIDE PLAZA LLCS MOTION TO COMPEL DEFENDANT AND CROSS
COMPLAINANT BAPKO METAL INC. TO ARBITRATE AND STAY PROCEEDING)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

03/06/2020 Motion to Compel (BAPKO METAL, INC. TO ARBITRATE AND STAY PROCEEDINGS AND MEMORANDUM OF POINTS AND AUTHORITIE)
Filed by Oceanwide Plaza, LLC (Cross-Defendant)

03/06/2020 Proof of Service (not Summons and Complaint) (To Exhibits 1-4 to declaration of David Langford in support of Defendant and Crss-
Defendant Lendlease (US) Construction, inc.'s Motion to Compel)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 4 - Part 1 of 4 of David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 4 - Part 3 of 4 of David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 4 - Part 2 of 4 of David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 2 to David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 3 - Part 1 of 2 of David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 4 - Part 4 of 4 of David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 3 - Part 2 of 2 of David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (Exhibit 1 to David Langford Declaration)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/06/2020 Declaration (in Support of Reply to Opposition)
Filed by L.A. Downtown Investment, LP (Respondent)

03/06/2020 Reply (to Opposition to Motion to Clarify & Confirm Order to Stay Discovery Pending Appeal)
Filed by L.A. Downtown Investment, LP (Respondent)

03/06/2020 Notice ( of Status Conference)
Filed by Webcor Construction, LP (Plaintiff)

03/05/2020 Declaration (of David Langford In Support of Defendant and Cross-Defendant Lendlease (US) Construction, Inc.'s Motion to Compel
Arbitration and Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/05/2020 Memorandum of Points & Authorities
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/05/2020 Request for Judicial Notice
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/05/2020 Notice of Motion
Filed by Lendlease (US) Construction, Inc. (Cross-Defendant)

03/03/2020 Stipulation and Order (JOINT STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS OF LENDLEASE (US) CONSTRUCTION,
INC. AND OCEANWIDE PLAZA, LLC TO COMPLAINT OF ENCLOS CORP.; ORDER THEREON)
Filed by Clerk

03/03/2020 Stipulation and Order (STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR OCEANWIDE PLAZA LLC AND ORDER
THEREON)
Filed by Clerk

03/03/2020 Minute Order ( (Court Order))
Filed by Clerk

03/02/2020 Declaration (of Carrie MacIntosh ISO Webcor Opposition to Motion to Clarify and Confirm Order Staying Discovery)
Filed by Webcor Construction, LP (Plaintiff)

03/02/2020 Opposition (Webcor Opposition to Motion to Clarify and Confirm Order Staying Discovery)
Filed by Webcor Construction, LP (Plaintiff)

02/28/2020 Notice of Change of Address or Other Contact Information
Filed by Oceanwide Plaza, LLC (Appellant)

02/28/2020 Notice of Intent to Appear by Telephone
Filed by Johnson Controls Fire Protection LP (Defendant)

02/28/2020 Appeal Record Delivered (APPEALS FILED 7-18-19 & 8-22-19)

02/27/2020 Notice of Case Reassignment and Order for Plaintiff to Give Notice
Filed by Clerk

02/27/2020 Certificate of Mailing for ((Court Order) of 02/27/2020)
Filed by Clerk

02/27/2020 Minute Order ( (Court Order))
Filed by Clerk

02/26/2020 Appeal - Original Clerk's Transcript 11 Volumes Certified (for Notices of Appeal, filed 7/18/19 & 8/22/19 ("U") )
Filed by Clerk

02/25/2020 Proof of Mailing (Substituted Service)
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

02/25/2020 Proof of Service by Substituted Service
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

02/25/2020 Proof of Personal Service
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

02/25/2020 Proof of Personal Service
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

02/25/2020 Stipulation and Order (TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND
OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC.; AND ORDER THEREON)

Filed by Clerk

02/25/2020 Stipulation and Order (TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTIONS, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.; AND ORDER THEREON)
Filed by Clerk

02/25/2020 Minute Order ( (Court Order))
Filed by Clerk

02/25/2020 Certificate of Mailing for ((Court Order) of 02/25/2020)
Filed by Clerk

02/25/2020 Minute Order ( (Court Order))
Filed by Clerk

02/24/2020 Notice of Intent to Appear by Telephone
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

02/20/2020 Notice of Ruling (RE: WEBCOR CONSTRUCTION, LP?S EX PARTE APPLICATION TO ADVANCE HEARING DATE ON MOTION TO COMPEL DISCOVERY RESPONSES)
Filed by L.A. Downtown Investment, LP (Defendant)

02/19/2020 Minute Order ( (Hearing on Ex Parte Application to Advance Hearing Date for ...))
Filed by Clerk

02/18/2020 McCarthy Declaration in Support of Opposition to Ex Parte
Filed by L.A. Downtown Investment, LP (Defendant)

02/18/2020 Opposition (to Ex Parte Application to Advance Hearing on Motion to Compel Arbitration)
Filed by L.A. Downtown Investment, LP (Defendant)

02/18/2020 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEDINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.; AND ORDER THEREON)
Filed by Clerk

02/18/2020 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION,INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF OF BAPKO METAL, INC.; AND ORDER THEREON)
Filed by Clerk

02/18/2020 Minute Order ( (Court Order))
Filed by Clerk

02/18/2020 Declaration (Declaration of Carrie MacIntosh ISO Ex Parte Application to Advance Hearing Date for Webcor's Motion to Compel Further Responses)
Filed by Webcor Construction, LP (Plaintiff)

02/14/2020 Answer
Filed by Shoring Engineers (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

02/13/2020 Separate Statement
Filed by Webcor Construction, LP (Plaintiff)

02/13/2020 Memorandum of Points & Authorities
Filed by Webcor Construction, LP (Plaintiff)

02/13/2020 Declaration (of Carrie MacIntosh ISO Motion to Compel Further Discovery Responses)
Filed by Webcor Construction, LP (Plaintiff)

02/13/2020 Separate Statement
Filed by Webcor Construction, LP (Plaintiff)

02/13/2020 Motion to Compel (Further Discovery Responses)
Filed by Webcor Construction, LP (Plaintiff)

02/04/2020 Notice and Acknowledgment of Receipt
Filed by Shaw & Sons, Inc. (Plaintiff)

02/04/2020 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.; AND ORDER THEREON)
Filed by Clerk

02/04/2020 Minute Order ( (Court Order))
Filed by Clerk

02/03/2020 Answer (TO FIRST AMENDED COMPLAINT)
Filed by L.A. Downtown Investment LP (Defendant)

02/03/2020 Answer

02/03/2020 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTIONS, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC. ; AND ORDER THEREON)
Filed by Clerk

02/03/2020 Minute Order ( (Court Order))
Filed by Clerk

01/30/2020 Notice of Change of Firm Name
Filed by Johnson Controls Fire Protection LP (Defendant)

01/30/2020 Notice of Change of Firm Name
Filed by Johnson Controls Fire Protection LP (Defendant)

01/30/2020 Notice of Change of Firm Name
Filed by Johnson Controls Fire Protection LP (Defendant)

01/30/2020 Certificate of Mailing for ((Court Order) of 01/30/2020)
Filed by Clerk

01/30/2020 Minute Order ( (Court Order))
Filed by Clerk

01/29/2020 Stipulation and Order (STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR OCEANWIDE PLAZA LLC AND ORDER THEREON)
Filed by Clerk

01/28/2020 Proof of Service by Mail
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

01/28/2020 Notice of Intent to Appear by Telephone
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

01/28/2020 Proof of Service by Mail
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

01/28/2020 Notice of Intent to Appear by Telephone
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

01/28/2020 Notice of Intent to Appear by Telephone
Filed by Johnson Controls Fire Protection LP (Defendant)

01/21/2020 Answer
Filed by L.A. Downtown Investment, LP (Defendant)

01/17/2020 Answer
Filed by ACCO Engineered Systems, Inc. (Defendant)

01/17/2020 Answer
Filed by Bapko Metal, Inc. (Defendant)

01/15/2020 Complaint
Filed by Kovach Enclosure Systems, LLC (Plaintiff)

01/15/2020 Answer
Filed by Pan-Pacific Mechanical, LLC (Defendant)

01/15/2020 Answer
Filed by Pan-Pacific Mechanical LLC (Defendant)

01/15/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (7/18 & 8/22/19 B299310 2ND AMENDED)
Filed by Clerk

01/14/2020 Answer
Filed by The Nevell Group, Inc. (Defendant)

01/10/2020 Answer
Filed by L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

01/10/2020 Answer
Filed by L.A Downtown Investment, LP (Defendant)

01/10/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (7/18/19 & 8/22/19 B299310 AMENDED)
Filed by Clerk

01/07/2020 Proof of Service by Substituted Service
Filed by Kamran and Company, Inc. (Plaintiff)

01/07/2020 Proof of Service by Substituted Service
Filed by Kamran and Company, Inc. (Plaintiff)

01/07/2020 Proof of Service by Substituted Service
Filed by Kamran and Company, Inc. (Plaintiff)

01/07/2020 Proof of Service by Substituted Service
Filed by Kamran and Company, Inc. (Plaintiff)

01/07/2020 Proof of Personal Service
Filed by Kamran and Company, Inc. (Plaintiff)

01/07/2020 Notice of Default
Filed by Clerk

01/06/2020 Answer
Filed by Enclos Corp (Defendant)

01/03/2020 Answer
Filed by WEBCOR CONSTRUCTION, LP, a California limited partnership (Defendant)

01/02/2020 Proof of Personal Service
Filed by Standard Drywall, Inc. (Plaintiff)

01/02/2020 Proof of Service by Substituted Service
Filed by Standard Drywall, Inc. (Plaintiff)

01/02/2020 Proof of Service by Substituted Service
Filed by Standard Drywall, Inc. (Plaintiff)

01/02/2020 Proof of Personal Service
Filed by Standard Drywall, Inc. (Plaintiff)

12/26/2019 Answer (To First Amended Complaint)
Filed by Webcor Construction L.P. (Defendant)

12/24/2019 Declaration (of Michael E. McCarthy in Support)
Filed by L.A. Downtown Investment, LP (Defendant)

12/24/2019 Motion re: (to Clarify and Confirm Order Staying Discovery)
Filed by L.A. Downtown Investment, LP (Defendant)

12/23/2019 Appeal - Clerk's Transcript Fee Paid (ALSTON & BIRD LLP PAID $1534.75)

12/18/2019 Proof of Personal Service
Filed by Shaw & Sons, Inc. (Plaintiff)

12/18/2019 Proof of Service by Substituted Service
Filed by Shaw & Sons, Inc. (Plaintiff)

12/18/2019 Proof of Personal Service
Filed by Shaw & Sons, Inc. (Plaintiff)

12/18/2019 Proof of Service by Substituted Service
Filed by Shaw & Sons, Inc. (Plaintiff)

12/18/2019 Answer
Filed by L.A. Downtown Investment, LP (Defendant)

Click on any of the link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

12/17/2019 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.; AND ORDER THEREON)
Filed by Clerk

12/17/2019 Stipulation and Order (STIOPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPLO METAL, INC.; AND ORDER THEREON)
Filed by Clerk

12/17/2019 Minute Order ( (Court Order))
Filed by Clerk

12/13/2019 Answer (THE NEVELL GROUP, INC.?S ANSWER TO ENCLOS CORP?S COMPLAINT)
Filed by NEVELL GROUP, INC., a California corporation (Defendant)

12/13/2019 Answer (DEFENDANT JOHNSON CONTROLS FIRE PROTECTION L.P.'S ANSWER TO PLAINTIFF'S COMPLAINT)
Filed by Johnson Controls Fire Protection LP (Defendant)

12/12/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

12/12/2019 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal (7/18/19 B299310)
Filed by Clerk

12/11/2019 Notice and Acknowledgment of Receipt
Filed by The Nevell Group, Inc (Plaintiff)

12/11/2019 Order (ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LEANDLEASE (US)
CONSTRUCTION INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.)
Filed by Clerk

12/11/2019 Stipulation - No Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEAWODE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.)
Filed by Clerk

12/11/2019 Order (ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR FILING REPOSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTIONS, INC. AND OCEANWIDE PLEAZA, LLC TO CROSS-COMPLAINTS OF BAPLO METAL, INC.)
Filed by Clerk

12/11/2019 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMP;AINTS OF BAPKO METAL, INC.)
Filed by Clerk

12/11/2019 Stipulation and Order (STIPULATION FOR LEAVE FOR L.A. DOWNTOWN INVESTMENT, LP TO FILE AMENDED ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT; ORDER THEREON)
Filed by Clerk

12/11/2019 Minute Order ( (Court Order))
Filed by Clerk

12/10/2019 Answer
Filed by PAN-PACIFIC MECHANICAL, LLC, a Delaware limited liability company (Defendant)

12/06/2019 Certificate of Mailing for ((Court Order) of 12/06/2019)
Filed by Clerk

12/06/2019 Minute Order ( (Court Order))
Filed by Clerk

12/04/2019 Notice of Lis Pendens
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

12/04/2019 Notice of Lis Pendens
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

12/04/2019 Answer
Filed by Enclos Corp. (Cross-Defendant)

12/04/2019 Answer
Filed by Enclos Corp. (Cross-Defendant)

12/04/2019 Proof of Service by Mail
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Notice of Posting of Jury Fees
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Proof of Service by Mail
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Answer (STANDARD DRYWALL, INC.?S ANSWER TO THE COMPLAINT OF ENCLOS CORP)
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Order (ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENDINEERED SYSTEMS, INC.)
Filed by Clerk

12/04/2019 Stipulation - No Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE, PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC)
Filed by Clerk

12/04/2019 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC.)
Filed by Clerk

12/04/2019 Minute Order ( (Court Order))
Filed by Clerk

12/03/2019 Answer
Filed by Pan-Pacific Mechanical, LLC (Cross-Defendant)

12/03/2019 Answer (To Cross-Complaint)
Filed by Pan-Pacific Mechanical, LLC (Cross-Defendant)

12/03/2019 Stipulation and Order (STIPULATION FOR LEAVE FOR L.A. DOWNTOWN INVESTMENT, TO PLAINTIFF'S FIRST AMENDED COMPLAINT;
ORDER THEREON)
Filed by Clerk

12/03/2019 Minute Order ( (Court Order))
Filed by Clerk

12/02/2019 Motion to Quash Service of Summons
Filed by Oceanwide Plaza, LLC, (Defendant)

12/02/2019 Stipulation and Order (STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS OF L.A. DOWNTOWN INVESTMENT, LP TO
CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. AND BAPKO METAL, INC.; ORDER THEREON)
Filed by Clerk

12/02/2019 Minute Order ( (Court Order))
Filed by Clerk

11/27/2019 Answer
Filed by L.A. Downtown Investment, LP (Cross-Defendant)

11/27/2019 Answer
Filed by L.A. Downtown Investment, LP (Cross-Defendant)

11/22/2019 Answer
Filed by BABKO METAL, INC., a California corporation (Defendant)

11/21/2019 Proof of Service by Substituted Service
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

11/20/2019 Answer
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

11/18/2019 Appeal Document (SNAG letter)
Filed by Clerk

11/15/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

11/15/2019 Answer
Filed by Standard Drywall, Inc. (Defendant)

11/14/2019 Substitution of Attorney
Filed by L.A. Downtown Investment, LP (Defendant)

11/14/2019 Proof of Service by Mail
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

11/13/2019 Proof of Service by Mail
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

11/08/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

11/08/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

11/08/2019 Proof of Service by Mail
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

11/08/2019 Answer
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

11/08/2019 Notice (of Withdrawal of Counsel)
Filed by Oceanwide Plaza, LLC (Defendant)

11/08/2019 Proof of Service by Mail
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

11/08/2019 Notice of Posting of Jury Fees
Filed by Standard Drywall, Inc. (DOE 15) (Defendant)

11/07/2019 Notice to Reporter to Prepare Transcript on Appeal (;B299310, NOA 7/18/19 & 8/22/19;)
Filed by Clerk

11/06/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   01/03/2024   11/29/2023   10/24/2023   09/15/2023   08/16/2023   07/14/2023   05/25/2023   04/18/2023   02/21/2023   11/18/2022
09/26/2022   08/03/2022   05/09/2022   03/17/2022   01/28/2022   12/13/2021   10/20/2021   08/31/2021   06/14/2021   03/05/2021   11/17/2020
09/14/2020   07/07/2020   05/14/2020   03/20/2020   02/13/2020   12/17/2019   11/01/2019   09/10/2019   07/18/2019   05/13/2019   03/14/2019

11/01/2019 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTIONS, INC. AND OCEANWIDE PLAZA, LL TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC.; ORDER THEREON)
Filed by Clerk

11/01/2019 Stipulation and Order (STIPULATION TO ECTEND THE TIEM FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US)
CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC.;ORDER THEREON)
Filed by Clerk

11/01/2019 Minute Order ( (Court Order))
Filed by Clerk

10/30/2019 Order (ORDER ON TENTATIVE)
Filed by Clerk

10/30/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Clerk

10/30/2019 Minute Order ( (Status Conference; Status Conference; Status Conference))
Filed by Clerk

10/29/2019 Proof of Service by Substituted Service
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

10/29/2019 Answer
Filed by Johnson Controls Fire Protection LP (Defendant)

10/29/2019 Answer
Filed by Johnson Controls Fire Protection LP (Defendant)

10/28/2019 Reply ( Memorandum of Points and Authorities ISO Motion to Proceed with Discovery)
Filed by Webcor Construction, LP (Plaintiff)

10/25/2019 Answer
Filed by Webcor Construction, LP (Plaintiff); PHL, Inc. (Cross-Defendant)

10/25/2019 Answer
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Webcor Construction, LP (Plaintiff)

10/25/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name)
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

10/25/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

10/24/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

10/24/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

10/23/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

10/21/2019 Proof of Service by Substituted Service
Filed by Standard Drywall, Inc. (Plaintiff)

10/21/2019 Stipulation and Order (STIOPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADING BY OCEANWIDE PLAZA, LL TO CROSS-COMPLAINT OF ACCO ENGINEERED SYSTEMS, INC.;AND ORDER THEREON)
Filed by Clerk

10/21/2019 Minute Order ( (Court Order))
Filed by Clerk

10/18/2019 Answer
Filed by Nevell Group Inc. (Defendant)

10/17/2019 Notice and Acknowledgment of Receipt
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

10/17/2019 Declaration ( of John Foust in support of Oceanwide Plaza LLC's Opposition to Webcor Construction, LP's Motion to Proceed with Discovery)
Filed by Oceanwide Plaza, LLC (Defendant)

10/17/2019 Opposition (Oceanwide Plaza LLC's Opposition to Webcor Construction, LP's Motion to Proceed with Discovery during appeal)
Filed by Oceanwide Plaza, LLC (Defendant)

10/17/2019 Declaration (Of Josephs. Sestay In Support Of Defendants Opposition To Plaintiff's Motion To Proceed With Discovery During Defendants Appeals Of Orders Denying Motions To Compel Arbitration)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/17/2019 Opposition (Defendant Lendlease (Us) Construction, Inc.S Opposition To Plaintiffs Motion To Proceed With Discovery During Defendants Appeals Of Orders Denying Motions To Compel Arbitration; Memorandum Of Points & Authorities In Support Thereof)
Filed by Lendlease (US) Construction, Inc. (Defendant)

10/15/2019 Answer
Filed by The Nevell Group, Inc. (Defendant)

10/11/2019 Notice and Acknowledgment of Receipt
Filed by Webcor Construction, LP (Plaintiff)

10/11/2019 Certificate of Mailing for ((Court Order) of 10/11/2019)
Filed by Clerk

10/11/2019 Minute Order ( ( Court Order))
Filed by Clerk

10/10/2019 Stipulation and Order (STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADING BY OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINT OF BAPKO METAL, INC.; AND ORDER THEREON STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADING BY OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINT OF)
Filed by Clerk

10/10/2019 Minute Order ( ( Court Order))
Filed by Clerk

10/08/2019 Request for Dismissal (without Prejudice)
Filed by Webcor Construction, LP (Plaintiff)

10/07/2019 Request for Dismissal (without Prejudice)
Filed by Webcor Construction, LP (Plaintiff)

10/07/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

10/04/2019 Notice of Default
Filed by Clerk

09/27/2019 Proof of Service by Substituted Service
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

09/27/2019 Proof of Service by Substituted Service
Filed by Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

09/27/2019 Declaration (DECLARATION OF CARRIE MACINTOSH IN SUPPORT OF WEBCOR CONSTRUCTION, LP'S MOTION TO PROCEED WITH DISCOVERY DURING DEF'S APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION)
Filed by Webcor Construction, LP (Plaintiff)

09/27/2019 Proof of Service (not Summons and Complaint)
Filed by Webcor Construction, LP (Plaintiff)

09/27/2019 Memorandum of Points & Authorities (WEBCOR CONSTRUCTION, LP'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO PROCEED WITH DISCOVERY DURING DEFENDANTS' APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION)
Filed by Webcor Construction, LP (Plaintiff)

09/27/2019 Notice (WEBCOR CONSTRUCTION, LP'S NOTICE OF MOTION AND MOTION TO PROCEED WITH DISCOVERY DURING DEFENDANTS' APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION)
Filed by Webcor Construction, LP (Plaintiff)

09/27/2019 Notice (Notice of Entry of Order Granting Webcor Construction, LP's Ex Parte Application to Continue Hearing Date and Re-Set Pre-Hearing Deadlines)
Filed by Webcor Construction, LP (Plaintiff)

09/27/2019 Order (ORDER GRANTING WEBCOR CONSTRUCTION, LP"S EX PARTE APPLICATIONS TO CONTINUE HEARING DATE AND RE_SETPRE-HEARING DEADLINES)
Filed by Clerk

09/27/2019 Minute Order ( ( Hearing on Ex Parte Application to Continue Hearing Date and ...))
Filed by Clerk

09/23/2019 Declaration (of Carrie MacIntosh ISO Webcor Motion to Proceed with Discovery)
Filed by Webcor Construction, LP (Plaintiff)

09/23/2019 Proof of Service (not Summons and Complaint)
Filed by Webcor Construction, LP (Plaintiff)

09/23/2019 Memorandum of Points & Authorities
Filed by Webcor Construction, LP (Plaintiff)

09/23/2019 Notice of Motion (AND MOTION TO PROCEED WITH DISCOVERY DURING DEFENDANTS? APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION)
Filed by Webcor Construction, LP (Plaintiff)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name)
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

09/11/2019 Proof of Personal Service
Filed by The Nevell Group, Inc (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   01/03/2024   11/29/2023   10/24/2023   09/15/2023   08/16/2023   07/14/2023   05/25/2023   04/18/2023   02/21/2023   11/18/2022

09/10/2019 Notice ( of Entry of Order Granting Webcor EPA to Continue Hearing Date and Reset Pre-Hearing Deadlines)
Filed by Webcor Construction, LP (Plaintiff)

09/10/2019 Order (ORDER GRANTING WEBCOR CONSTRUCTION, LP'S EX PARTE APPLICATION TO CONTINUE HEARING DATE AND RE-SET PRE-HEARING DEADLINES)
Filed by Clerk

09/10/2019 Minute Order ( (Hearing on Ex Parte Application to Continue Hearing Date and ...))
Filed by Clerk

09/09/2019 Certificate of Mailing for ((Court Order) of 09/09/2019)
Filed by Clerk

09/09/2019 Certificate of Mailing for ((Court Order) of 09/09/2019)
Filed by Clerk

09/09/2019 Minute Order ( (Court Order))
Filed by Clerk

09/06/2019 Association of Attorney
Filed by Oceanwide Plaza, LLC (Defendant)

09/03/2019 Answer (of ACCO Engineered Systems, Inc. to Unverified Complaint of Pan-Pacific Mechanical, LLC)
Filed by Acco Engineered Systems, Inc. (Defendant)

09/03/2019 Answer (of Bapko Metal, Inc. to Unverified Complaint of Pan-Pacific Mechanical, LLC)
Filed by Bapko Metal, Inc. (Defendant)

08/29/2019 Reporter Appeal Transcripts Deposit Paid (Appellant)

08/29/2019 Appeal - Reporter Appeal Transcript Process Fee Paid (Appellant; NOA 8/22/19;)
Filed by Lendlease (US) Construction, Inc. (Appellant)

08/27/2019 Ntc Designating Record of Appeal APP-003/010/103 ("U")
Filed by Lendlease (US) Construction, Inc. (Appellant)

08/27/2019 Certificate of Mailing for ((Court Order) of 08/27/2019)
Filed by Clerk

08/27/2019 Certificate of Mailing for ((Court Order) of 08/27/2019)
Filed by Clerk

08/27/2019 Certificate of Mailing for ((Court Order) of 08/27/2019)
Filed by Clerk

08/27/2019 Minute Order ( (Court Order))
Filed by Clerk

08/26/2019 Respondent's Ntc Designating Record of Appeal
Filed by Webcor Construction, LP (Respondent)

08/26/2019 Notice of Filing of Notice of Appeal (Unlimited Civil) (for Notice of Appeal, filed 8/22/19 ("U"))
Filed by Clerk

08/22/2019 Answer
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

08/22/2019 Appeal - Notice of Appeal/Cross Appeal Filed
Filed by Lendlease (US) Construction, Inc. (Appellant)

08/22/2019 Summons (on Complaint (1st))
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

08/22/2019 Cross-Complaint
Filed by Bapko Metal, Inc.(DOE 18) (Defendant)

08/22/2019 Summons (Cross-Complaint)
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/22/2019 Cross-Complaint
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/22/2019 Answer
Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/16/2019 Minute Order ( (Status Conference))
Filed by Clerk

08/15/2019 Case Management Statement
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/14/2019 Complaint
Filed by Troyer Contracting Company, Inc. (Plaintiff)

08/12/2019 Notice ( Of Appeal Of Defendant Lendlease (Us) Construction, Inc.)
Filed by Lendlease (US) Construction, Inc. (Defendant)

08/12/2019 Appeal - Reporter Appeal Transcript Process Fee Paid
Filed by Oceanwide Plaza, LLC (Appellant); Legal Support Network, LLC (Plaintiff)

08/12/2019 Ntc Designating Record of Appeal APP-003/010/103
Filed by Oceanwide Plaza, LLC (Appellant)

08/08/2019 Complaint
Filed by The Nevell Group, Inc (Plaintiff)

08/08/2019 Proof of Service by Substituted Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Personal Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Service by Substituted Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Personal Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Personal Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Service by Substituted Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Service by Substituted Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Personal Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Personal Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/08/2019 Proof of Personal Service
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

08/07/2019 Complaint
Filed by Standard Drywall, Inc. (Plaintiff)

08/06/2019 Case Management Statement
Filed by Webcor Construction, LP (Plaintiff)

08/02/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

08/02/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

08/02/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

08/02/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

08/02/2019 Proof of Personal Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

08/02/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

08/01/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

08/01/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/30/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/30/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/30/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

07/24/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

07/24/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

07/24/2019 Proof of Service by Substituted Service
Filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

07/24/2019 Notice and Acknowledgment of Receipt
Filed by Webcor Construction, LP (Plaintiff)

07/24/2019 Notice and Acknowledgment of Receipt
Filed by Webcor Construction, LP (Plaintiff)

07/24/2019 Notice of Filing of Notice of Appeal (Unlimited Civil)
Filed by Clerk

07/19/2019 Proof of Service by Substituted Service
Filed by XL Fire Protection Co. (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019


07/18/2019 Proof of Personal Service
Filed by XL Fire Protection Co. (Plaintiff)

07/18/2019 Appeal - Notice of Appeal/Cross Appeal Filed
Filed by Oceanwide Plaza, LLC (Appellant)

07/16/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/16/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/12/2019 Complaint
Filed by Pan-Pacific Mechanical, LLC (Plaintiff)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

07/09/2019 Notice ( of Entry of Order Denying Oceanwide Motion to Compel Arbitration and Stay Proceedings)
Filed by Webcor Construction, LP (Plaintiff)

07/09/2019 Notice ( of Entry of Order Denying Lendlease Motion to Compel Arbitration and Stay Proceedings)
Filed by Webcor Construction, LP (Plaintiff)

07/08/2019 Request for Dismissal (without Prejudice)
Filed by Webcor Construction, LP (Plaintiff)

07/03/2019 Order (COURT RULING)
Filed by Clerk

07/03/2019 Order (COURT'S RULING)
Filed by Clerk

07/03/2019 Certificate of Mailing for (Minute Order (Ruling on Submitted Matter) of 07/03/2019 and copy of court's rulings)
Filed by Clerk

07/03/2019 Minute Order ( (Ruling on Submitted Matter))
Filed by Clerk

06/27/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Clerk

06/27/2019 Minute Order ( (Nunc Pro Tunc Order))
Filed by Clerk

06/27/2019 Minute Order ( (Hearing on Motion to Compel Arbitration; Hearing on Motion to...))
Filed by Clerk

06/25/2019 Complaint

Filed by XL Fire Protection Co. (Plaintiff)

06/25/2019 Declaration (of Hannah Goodwin ISO Objection to Lendlease Reply and Oceanwide Supplemental Reply ISO Motion to Compel Arbitration and Stay Proceedings)
Filed by Webcor Construction, LP (Plaintiff)

06/25/2019 Objection (to Lendlease Reply and Oceanwide Supplemental Reply ISO Motion to Compel Arbitration and Stay Proceedings)
Filed by Webcor Construction, LP (Plaintiff)

06/24/2019 Proof of Service (not Summons and Complaint)
Filed by L.A. Downtown Investment, LP (Defendant)

06/24/2019 Answer (of Defendant L.A. Downtown Investment, LP)
Filed by L.A. Downtown Investment, LP (Defendant)

06/24/2019 Notice (of Entry of Order Denying Oceanwide Plaza LLC's Motion to Release or Reduce Mechanic's Lien)
Filed by Webcor Construction, LP (Plaintiff)

06/20/2019 Supplemental Declaration (of Scott Weyman in Reply to Opposition of Webcor to Lendlease's Motion to Compel Arbitration and to Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2019 Objection ((Evidentiary) to Declaration of John Harrington Filed in Support of Webcor's Opposition to Lendlease's Motion to Compel Arbitration and Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2019 Declaration (of Joseph S. Sestay in Support of Lendlease's Reply to Plaintiff's Opposition to Motion to Compel Arbitration and Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2019 Notice of Lodging (of Reporter's Transcript of Deposition of John Harrington)
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2019 Separate Statement
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2019 Reply (to Plaintiff's Opposition to Lendlease's Motion to Compel Arbitration and Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

06/20/2019 Declaration (Supplemental Declaration of John Foust ISO Mtn to Compel Arbitration)
Filed by Oceanwide Plaza, LLC (Defendant)

06/20/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

06/20/2019 Reply (Supplemental Reply ISO Motion to Compel Arbitration)
Filed by Oceanwide Plaza, LLC (Defendant)

06/17/2019 Order (COURT RULING)
Filed by Clerk

06/17/2019 Certificate of Mailing for (Minute Order (Ruling on Submitted Matter) of 06/17/2019 and copy of ruling)
Filed by Clerk

06/17/2019 Minute Order ( (Ruling on Submitted Matter))
Filed by Clerk

06/14/2019 Declaration (John Harrington Declaration In Support Of Webcor Opposition to Lendlease MTC Arbitration)
Filed by Webcor Construction, LP (Plaintiff)

06/14/2019 Declaration (In Support Of Webcor Opposition to Lendlease MTC Arbitration)
Filed by Webcor Construction, LP (Plaintiff)

06/14/2019 Memorandum of Points & Authorities
Filed by Webcor Construction, LP (Plaintiff)

06/12/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Clerk

06/12/2019 Minute Order ( (Hearing on Motion - Other RELEASE REDUCE MECHANIC'S LIEN))
Filed by Clerk

06/05/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

06/05/2019 Case Management Statement
Filed by Oceanwide Plaza, LLC (Defendant)

06/05/2019 Objection (Objection to Lendlease?s Untimely Joinder to Webcor?s Opposition to Lambert Motion)
Filed by Oceanwide Plaza, LLC (Defendant)

06/05/2019 Amendment to Complaint (Fictitious/Incorrect Name)
Filed by Webcor Construction, LP (Plaintiff)

06/05/2019 Amendment to Complaint (Fictitious/Incorrect Name)

06/05/2019 Declaration (Kyle Vasa Bertolucci ISO Reply Supplemental Brief)
Filed by Webcor Construction, LP (Plaintiff)

06/05/2019 Declaration (Jack Harrington Declaration ISO Reply Supplemental Brief)
Filed by Webcor Construction, LP (Plaintiff)

06/05/2019 Memorandum of Points & Authorities
Filed by Webcor Construction, LP (Plaintiff)

06/05/2019 Notice of Posting of Jury Fees
Filed by Webcor Construction, LP (Plaintiff)

06/03/2019 Complaint
Filed BY ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff)

05/30/2019 Case Management Statement
Filed by Webcor Construction, LP (Plaintiff)

05/30/2019 Case Management Statement
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/28/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

05/28/2019 Brief (Supplemental Brief ISO Motion to Release or Reduce Mechanic's Lien)
Filed by Oceanwide Plaza, LLC (Defendant)

05/28/2019 Supplemental Declaration (of Lambert ISO Motion to Release or Reduce Mechanic's Lien)
Filed by Oceanwide Plaza, LLC (Defendant)

05/28/2019 Declaration (DECLARATION OF PHILIP IN SUPPORT OF LENDLEASE JOINDER TO THE OPPOSITION)
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/28/2019 Joinder (BY LENDLEASE (US) CONSTRUCTION, INC., IN SUPPORT OF PLAINTIFF WEBCOR'S OPPOSITION TO OCEANWIDE PLAZA. LLC'S
MOTION TO RELEASE OR REDUCE MECHANIC'S LIEN)
Filed by Lendlease (US) Construction, Inc. (Defendant)

05/23/2019 Association of Attorney
Filed by Oceanwide Plaza, LLC (Defendant)

05/21/2019 Declaration (Declaration of John Harrington ISO Supplemental MPA in Opposition to Oceanwide Lambert Motion)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibits B84-B115)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide
Lambert Motion - Exhibits B116-133)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplemental MPA in Opposition to Oceanwide Lambert Motion)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibits C1-C10)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibits B51-B83)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibit A1-
A41)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibits D1-D21)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibits B8-B50)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibits D22-D32)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Declaration (Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion -
Exhibit B1-B7)
Filed by Webcor Construction, LP (Plaintiff)

05/21/2019 Memorandum of Points & Authorities
Filed by Webcor Construction, LP (Plaintiff)

05/14/2019 Minute Order ( (Order to Show Cause Re: Failure to File Proof of Service))
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

05/13/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

05/09/2019 Declaration (Declaration of Carrie MacIntosh ISO Webcor's Request to Take Off Calendar 5/14/19 OSC Hearing re Failure to File POS
for LA Downtown Investment)
Filed by Webcor Construction, LP (Plaintiff)

05/09/2019 Request (Webcor's Request to Take Off Calendar 5/14/19 OSC Heaing re Failure to File POS for LA Downtown Investment)
Filed by Webcor Construction, LP (Plaintiff)

05/07/2019 Order (ORDER ON TENTATIVE RULING)
Filed by Clerk

05/07/2019 Order (ORDER FOR SERVICE OF SUMMONS AND COMPLAINT RE PERSONAL DELIVERY TO THE SECRETARY OF STATE PURSUANT TO
CORP. CODE SECTION 15901.16)
Filed by Clerk

05/07/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by Clerk

05/07/2019 Minute Order ( (Hearing on Ex Parte Application for order to shortening time;...))
Filed by Clerk

05/01/2019 Notice ( of Errata to Declaration of John Harrington ISO Webcor Construction, LP'S Memorandum of Points and Authorities in
Sopposition to Oceanwide Plaza LLC's Motion to Release or Reduce Mechanic's Lien)
Filed by Webcor Construction, LP (Plaintiff)

04/30/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

04/30/2019 Reply (Reply ISO Motion to Release or Reduce Mechanic's Lien)
Filed by Oceanwide Plaza, LLC (Defendant)

04/29/2019 Request for Dismissal
Filed by Webcor Construction, LP (Plaintiff)

04/26/2019 Minute Order ( (Hearing on Motion to Compel Arbitration; Hearing on Ex Parte ...))
Filed by Clerk

04/25/2019 Request for Judicial Notice
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/25/2019 Declaration (of Ross Weyman in Support of Motion to Compel Arbitration and to Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/25/2019 Declaration (of Scott Weyman in Support of Motion to Compel Arbitration and to Stay Proceedings)
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/25/2019 Memorandum of Points & Authorities
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/25/2019 Motion to Compel Arbitration
Filed by Lendlease (US) Construction, Inc. (Defendant)

04/25/2019 Opposition (Webcor's Opposition to Lendlease Ex Parte Application for Orders Consolidating Pending Motions to Compel
Arbitration)
Filed by Webcor Construction, LP (Plaintiff)

04/25/2019 Memorandum of Points & Authorities
Filed by Webcor Construction, LP (Plaintiff)

04/24/2019 Request for Judicial Notice (WEBCOR CONSTRUCTION, LP?S REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS IN SUPPORT OF
OPPOSITION TO OCEANWIDE PLAZA LLC?S MOTION TO RELEASE OR REDUCE MECHANIC?S LIEN; AND DECLARATION OF CARRIE MACINTOSH IN
SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS)
Filed by Webcor Construction, LP (Plaintiff)

04/24/2019 Declaration ( of J. Harrington ISO Webcor's Opposition to Oceanwide Plaza LLC's Motion to Release or Reduce Mechanic's Lien)
Filed by Webcor Construction, LP (Plaintiff)

04/19/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

04/19/2019 Declaration (Declaration of John Foust ISO Motion to Compel Arbitration and Stay Proceedings)
Filed by Oceanwide Plaza, LLC (Defendant)

04/19/2019 Declaration (Declaration of Choi ISO Motion to Compel Arbitration and Stay Proceedings)
Filed by Oceanwide Plaza, LLC (Defendant)

04/19/2019 Reply (Reply ISO Motion to Compel Arbitration)
Filed by Oceanwide Plaza, LLC (Defendant)

04/15/2019 Proof of Service (not Summons and Complaint)
Filed by Webcor Construction, LP (Plaintiff)

04/15/2019 Declaration (of John Harrington in Support of Webcor's Opposition to Oceanwide's Motion to Compel Arbitration and
Stay Proceedings)
Filed by Webcor Construction, LP (Plaintiff)

04/15/2019 Opposition (Webcor Construction, LP's Memorandum of Points and Authorities in Opposition to Oceanwide Plaza LLC's Motion to
Compel Arbitration and Stay Proceedings)
Filed by Webcor Construction, LP (Plaintiff)

04/11/2019 Motion for Order (DEFENDANT OCEANWIDE PLAZA LLC?S AMENDED NOTICE OF MOTION TO RELEASE OR REDUCE MECHANIC?S
LIEN (AMENDED))
Filed by Oceanwide Plaza, LLC (Defendant)

04/10/2019 Declaration (Errata to Declaration of Gregory Mowbray in Support of Defendant Oceanwide Plaza LLC's Notice of Motion and
Motion to Compel Arbitration and Stay Proceedings; Declaration of John Foust)
Filed by Oceanwide Plaza, LLC (Defendant)

04/10/2019 Declaration (of Gregory Mowbray in Support of Oceanwide Plaza LLC?s Motion to Release or Reduce Mechanic?s Lien)
Filed by Oceanwide Plaza, LLC (Defendant)

04/10/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

04/10/2019 Memorandum of Points & Authorities
Filed by Oceanwide Plaza, LLC (Defendant)

04/10/2019 Declaration (of Ken W. Choi in Support of Motion to Release or Reduce Mechanic?s Lien (Lambert Motion))
Filed by Oceanwide Plaza, LLC (Defendant)

04/10/2019 Motion for Order (to Release or Reduce Mechanic's Lien)
Filed by Oceanwide Plaza, LLC (Defendant)

04/08/2019 Declaration ( on Non Monetary Status)
Filed by Chicago Title Insurance Company (Defendant)

04/05/2019 Proof of Service (not Summons and Complaint)
Filed by Oceanwide Plaza, LLC (Defendant)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/05/2019 Proof of Personal Service
Filed by Webcor Construction, LP (Plaintiff)

04/04/2019 Declaration (of Gregory Mowbray ISO Motion to Compel Arbitration and Stay Proceedings)
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Memorandum of Points & Authorities
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Declaration (of John Foust ISO Motion to Compel Arbitration and Stay Proceedings)
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Motion to Compel Arbitration
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Minute Order ( (Court Order))
Filed by Clerk

04/04/2019 Declaration (DECLARATION OF KEN MINAMI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME)
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Declaration (DECLARATION OF JOHN FOUST IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME)
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Ex Parte Application (DEFENDANT OCEANWIDE PLAZA LL'S EX PARTE NOTICE AND APPLICATION FOR ORDER SHORTENING TIME
POINTS & AUTHORITIES)
Filed by Oceanwide Plaza, LLC (Defendant)

04/04/2019 Minute Order ( (Ex-Parte Proceedings))
Filed by Clerk

04/03/2019 Opposition (to Oceanwide Plaza LLC's Ex Parte Applicatoin for Order Shortening Time)
Filed by Webcor Construction, LP (Plaintiff)

03/29/2019 Amended Notice of Pendency of Action
Filed by Webcor Construction, LP (Plaintiff)

03/28/2019 Summons (To First Amended Complaint)
Filed by Webcor Construction, LP (Plaintiff)

03/26/2019 Amended Complaint
Filed by Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

03/14/2019 Notice of Case Management Conference
Filed by Clerk

03/14/2019 Order to Show Cause Failure to File Proof of Service
Filed by Clerk

02/22/2019 Notice ( OF PENDENCY OF ACTION)
Filed by Webcor Construction, LP, a California limited partnership (Plaintiff)

01/31/2019 Complaint
Filed by MASONRY CONCEPTS, INC., a California Corporation (Plaintiff)

01/31/2019 Complaint
Filed by Yesco LLC (Plaintiff)

01/31/2019 Complaint
Filed by Woodbridge Glass, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Johnson Controls Fire Protection LP (Plaintiff)

01/31/2019 Complaint
Filed by Snaidero U.S.A. (Plaintiff)

01/31/2019 Complaint
Filed by Climatec, LLC (Plaintiff)

01/31/2019 Complaint
Filed by Shoring Engineers, A California Corporation (Plaintiff); Structural Shotcrete Systems, Inc., A California Corporation (Plaintiff)

01/31/2019 Complaint
Filed by Alamillo Rebar, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Sharpe Interior Systems, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Smith-Emery Laboratories, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Kamran and Company, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by ENCLOS CORP, a Minnesota corporation, (Plaintiff)

01/31/2019 Complaint
Filed by Shaw & Sons, Inc. (Plaintiff)

01/31/2019 Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

01/31/2019 Summons (on Complaint)
Filed by Webcor Construction, LP, a California limited partnership (Plaintiff)

01/31/2019 Civil Case Cover Sheet
Filed by Webcor Construction, LP, a California limited partnership (Plaintiff)

01/31/2019 Complaint
Filed by Mitsubishi Electric US, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Comet Electric, Inc. (Plaintiff)

01/31/2019 Complaint
Filed by Webcor Construction, LP, a California limited partnership (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  01/03/2024  11/29/2023  10/24/2023  09/15/2023  08/16/2023  07/14/2023  05/25/2023  04/18/2023  02/21/2023  11/18/2022
09/26/2022  08/03/2022  05/09/2022  03/17/2022  01/28/2022  12/13/2021  10/20/2021  08/31/2021  06/14/2021  03/05/2021  11/17/2020
09/14/2020  07/07/2020  05/14/2020  03/20/2020  02/13/2020  12/17/2019  11/01/2019  09/10/2019  07/18/2019  05/13/2019  03/14/2019

# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019  06/14/2019

03/19/2024 at 2:00 PM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC,
Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc)

03/19/2024 at 2:00 PM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC,
Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc [for tracking purposes only]) - Not Held - Taken Off Calendar
by Court

03/19/2024 at 2:00 PM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction
Inc. [for tracking purposes only]) - Not Held - Taken Off Calendar by Court

03/19/2024 at 2:00 PM in Department 10
Hearing on Motion for Summary Adjudication (by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease
[for tracking purposes only]) - Not Held - Taken Off Calendar by Court

03/19/2024 at 2:00 PM in Department 10
Hearing on Motion for Leave (by Oceanwide, to File First Amended Answer to the First Amended Complaint of Lendlease (US) Construction Inc.
[for tracking purposes only]) - Not Held - Taken Off Calendar by Court

03/18/2024 at 10:00 AM in Department 10
Jury Trial ((Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate)) - Not Held - Continued - Party's Motion

03/14/2024 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction
Inc.) - Not Held - Continued - Court's Motion

03/14/2024 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC,
Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc) - Not Held - Continued - Court's Motion

03/14/2024 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease)
- Not Held - Continued - Court's Motion

03/12/2024 at 2:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

03/11/2024 at 3:19 PM in Department 10, William F. Highberger, Presiding
Court Order

02/15/2024 at 10:00 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

02/15/2024 at 10:00 AM in Department 10
Final Status Conference ((Phase 2)) - Not Held - Continued - Party's Motion

02/14/2024 at 4:07 PM in Department 10, William F. Highberger, Presiding
Court Order

02/14/2024 at 4:07 PM in Department 10, William F. Highberger, Presiding
Court Order

02/01/2024 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease) - Not Held - Continued - Party's Motion

02/01/2024 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc) - Not Held - Continued - Party's Motion

02/01/2024 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc.) - Not Held - Continued - Party's Motion

01/30/2024 at 3:30 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Held

01/25/2024 at 2:46 PM in Department 10, William F. Highberger, Presiding
Court Order

01/19/2024 at 10:00 AM in Department 10
Order to Show Cause Re: (Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued) - Held

01/19/2024 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Compel (LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents) - Held

01/16/2024 at 2:00 PM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Compel (LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents) - Not Held - Continued - Party's Motion

01/16/2024 at 2:00 PM in Department 10
Order to Show Cause Re: (Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued) - Not Held - Continued - Party's Motion

01/12/2024 at 09:00 AM in Department 10
Hearing on Motion to Compel (LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents) - Not Held - Continued - Party's Motion

01/12/2024 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP)) - Held

01/12/2024 at 09:00 AM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued) - Held - Continued

01/12/2024 at 2:30 PM in Department 10
Hearing on Motion to Compel (LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents) - Held - Continued

01/10/2024 at 10:00 AM in Department 10
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, to Amend Witness and Exhibit List) - Not Held - Taken Off Calendar by Party

01/09/2024 at 4:28 PM in Department 10, William F. Highberger, Presiding
Court Order

01/08/2024 at 2:00 PM in Department 10
Hearing on Motion for Protective Order (by Chicago Title Insurance Company, regarding Lendlease (US) Construction Inc's Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount of less than $8,527.50;) - Not Held - Advanced and Continued - by Court

01/03/2024 at 1:30 PM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) [for tracking purposes]) - Not Held - Continued - Stipulation

01/03/2024 at 1:30 PM in Department 10
Hearing on Motion in Limine (by L.A. Downtown Investment, LP Brief reNovember 8, 2023 Privilege Instruction) - Held

01/03/2024 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Disqualify Counsel (by Webcor Construction, LP, as to Greenberg Traurig, LLP and Other Relief) - Held - Motion Denied

01/02/2024 at 1:30 PM in Department 10
Hearing on Motion - Other (by Lendlease (US) Construction Inc. to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records) - Not Held - Taken Off Calendar by Party

01/02/2024 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Motion for Protective Order (by Chicago Title Insurance Company, regarding Lendlease (US) Construction Inc's Notice of Deposition of Person Most Qualified and Request for Sanctions) - Held

01/02/2024 at 1:30 PM in Department 10
Hearing on Motion to Compel (Blank Rome LLP's Compliance with Subpoena for Production of Business Records) - Not Held - Taken Off Calendar by Party

01/02/2024 at 1:30 PM in Department 10
Hearing on Motion for Protective Order (by Chicago Title Insurance Company) - Not Held - Vacated by Court

12/28/2023 at 10:30 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Compel (LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents) - Held - Continued

12/27/2023 at 10:30 AM in Department 10
Hearing on Motion to Compel (LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents) - Not Held - Continued - Court's Motion

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

12/19/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) [for tracking purposes]) - Held - Continued

12/19/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Disqualify Counsel (by Webcor Construction, LP, as to Greenberg Traurig, LLP and Other Relief) - Held - Continued

12/19/2023 at 09:00 AM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Held

12/19/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (by L.A. Downtown Investment, LP Brief reNovember 8, 2023 Privilege Instruction) - Held - Continued

12/19/2023 at 5:00 PM in Department 10
Hearing on Motion in Limine (.[for LACC only]) - Not Held - Vacated by Court

12/13/2023 at 10:20 AM in Department 10, William F. Highberger, Presiding
Court Order

12/12/2023 at 09:00 AM in Department 10
Hearing on Motion to Disqualify Counsel (Greenberg Traurig, LLP and Other Relief by Webcor Construction, LP) - Not Held - Continued - Court's Motion

12/08/2023 at 3:00 PM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by Lendlease (US) Construction Inc. to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time) - Held - Motion Granted

11/30/2023 at 2:00 PM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Held - Continued

11/30/2023 at 2:00 PM in Department 10
Informal Discovery Conference (IDC) ((LADI & Lendlease)) - Held

11/30/2023 at 2:00 PM in Department 10, William F. Highberger, Presiding
Hearing on Demurrer - without Motion to Strike (by L.A. Downtown Investment LP, to Lendlease (US) Construction Inc's Second Amended Answer) - Held

11/29/2023 at 11:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by Lendlease (US) Construction Inc., to Continue Phase Two Trial and related deadlines) - Held - Motion Granted

11/29/2023 at 5:00 PM in Department 10
Hearing on Ex Parte Application ([for LACC purposes only]) - Not Held - Vacated by Court

11/22/2023 at 11:00 AM in Department 10
Informal Discovery Conference (IDC) ((LADI & Lendlease)) - Not Held - Continued - Party's Motion

11/20/2023 at 4:44 PM in Department 10, William F. Highberger, Presiding
Court Order

11/15/2023 at 10:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Not Held - Continued - Court's Motion

11/15/2023 at 09:36 AM in Department 10, William F. Highberger, Presiding
Court Order

11/15/2023 at 09:00 AM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Not Held - Continued - Court's Motion

11/15/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment, LP, and Strike Doe Amendments) - Not Held - Advanced and Continued - by Court

11/15/2023 at 09:00 AM in Department 10
Hearing on Demurrer - without Motion to Strike (ByDefendant LADI) - Not Held - Vacated by Court

11/15/2023 at 12:24 PM in Department 10, William F. Highberger, Presiding
Court Order

11/09/2023 at 09:30 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP)) - Held - Continued

11/09/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment, LP, and Strike Doe Amendments) - Held - Motion Granted

11/08/2023 at 10:00 AM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP)) - Not Held - Rescheduled by Court

11/08/2023 at 09:30 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP)) - Held - Continued

11/08/2023 at 09:30 AM in Department 10
Hearing on Motion in Limine (No. 3 by Lendlease (US) Construction Inc., to Exclude Evidence or Argument Regarding Lack of Service of
Preliminary Notice on LADI) - Held - Motion Denied

11/08/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel Further Discovery Responses

11/08/2023 at 4:00 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Not Held - Vacated by Court

11/07/2023 at 1:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference (ReExhibits) - Held

11/03/2023 at 2:30 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Not Held - Continued - Court's Motion

11/02/2023 at 2:00 PM in Department 10, William F. Highberger, Presiding
Final Status Conference ((Phase 3)) - Held

11/02/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (No. 1 by L.A. Downtown Investment LP, to Limit Evidence and Arguments re Reliance and Exclude Evidence and
Argument re LADI's Role as Construction Lender) - Held

11/02/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (No. 2 by L.A. Downtown Investments LP, for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness
Testimony re Webcor's Due Diligence on the Construction Lender) - Not Held - Vacated by Court

11/02/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (No. 2 by L.A. Downtown Investments LP, for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness
Testimony re Webcor's Due Diligence on the Construction Lender) - Held

11/02/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (No. 1 by Lendlease (US) Construction Inc, to Exclude Evidence of Preliminary Notices Sent to Webcor by Its Sub-
subcontractors and Suppliers) - Held

11/02/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (No. 2 by Lendlease (US) Construction Inc, to Exclude Evidence or Argument Regarding the Value of Webcor's Lien)
- Held

11/01/2023 at 10:09 AM in Department 10, William F. Highberger, Presiding
Court Order

11/01/2023 at 10:00 AM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) ((LADI & Lendlease)) - Not Held - Continued - Court's Motion

10/31/2023 at 10:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction
Inc.) - Not Held - Continued - Party's Motion

10/31/2023 at 10:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease)
- Not Held - Advanced and Continued - by Court

10/31/2023 at 10:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC,
Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc) - Not Held - Continued - Party's Motion

10/30/2023 at 10:00 AM in Department 10
Hearing on Motion for Protective Order (by LADI, Regarding Lendlease (US) Construction Inc's Discovery Requests) - Held

10/30/2023 at 10:00 AM in Department 10
Informal Discovery Conference (IDC) ((Oceanwide & Lendlease)) - Held

10/30/2023 at 10:00 AM in Department 10
Hearing on Demurrer - with Motion to Strike (CCP 430.10) (the Amended Answer) - Not Held - Vacated by Court

10/30/2023 at 10:00 AM in Department 10
Final Status Conference ((Phase 3)) - Not Held - Continued - Party's Motion

10/30/2023 at 10:00 AM in Department 10
Hearing on Motion - Other (by Lendlease (US) Construction Inc, to Compel Further Responses to Requests for Production of Documents to L.A.
Downtown Investment LP) - Held

10/30/2023 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion - Other (by Lendlease, to Compel L.A. Downtown Investment LP's Further Supplemental Response to Lendlease's Special

Interrogatories;) - Held

10/25/2023 at 11:30 AM in Department 10
Informal Discovery Conference (IDC) ((LADI & Lendlease)) - Not Held - Vacated by Court

10/25/2023 at 10:00 AM in Department 10
Final Status Conference ((Phase 3)) - Not Held - Continued - Stipulation

10/25/2023 at 08:24 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

10/24/2023 at 5:00 PM in Department 10
Informal Discovery Conference (IDC) (for LACC purposes only) - Held - Continued

10/24/2023 at 3:00 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Held - Continued

10/24/2023 at 3:00 PM in Department 10
Trial Readiness Conference ((Webcor trial)) - Held

10/16/2023 at 1:30 PM in Department 10, William F. Highberger, Presiding
Trial Readiness Conference ((Webcor trial)) - Held - Continued

10/16/2023 at 1:30 PM in Department 10
Informal Discovery Conference (IDC) - Not Held - Advanced and Continued - by Court

10/16/2023 at 1:30 PM in Department 10
Informal Discovery Conference (IDC) - Not Held - Vacated by Court

10/16/2023 at 1:04 PM in Department 10, William F. Highberger, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   12/19/2023   10/13/2023   08/21/2023   06/12/2023   11/08/2022   06/27/2022   01/05/2022   11/24/2020   04/23/2020   12/04/2019
06/14/2019

10/13/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Trial Readiness Conference ((Webcor trial)) - Held - Continued

10/10/2023 at 11:40 AM in Department 10, William F. Highberger, Presiding
Court Order

09/28/2023 at 10:32 AM in Department 10, William F. Highberger, Presiding
Court Order

09/28/2023 at 12:06 PM in Department 10, William F. Highberger, Presiding
Ruling on Submitted Matter

09/27/2023 at 09:00 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor
Construction LP's discovery requests) - Held - Taken under Submission

09/27/2023 at 09:00 AM in Department 10
Further Status Conference - Held

09/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of
documents to L.A. Downtown Investment LP) - Held - Taken under Submission

09/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise
Investment Center LLC) - Held - Taken under Submission

09/27/2023 at 09:00 AM in Department 10
Informal Discovery Conference (IDC) - Not Held - Vacated by Court

09/27/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Held

09/19/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Why the Recently Filed Doe and Roe Amendment by Fetzwers? Inc. & Star Hardware, Inc. Should Not Be Stricken for
Failure to Comply With Case Management Order #1) - Held

09/19/2023 at 09:00 AM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Held - Continued

09/18/2023 at 10:00 AM in Department 10
Jury Trial ((Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate)) - Not Held - Continued - Court's Motion

09/15/2023 at 09:25 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

09/13/2023 at 11:45 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

09/12/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Held - Continued

09/11/2023 at 09:00 AM in Department 10
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Not Held - Clerical Error

09/08/2023 at 10:00 AM in Department 10
Final Status Conference ((Phase 2)) - Not Held - Continued - Court's Motion

09/08/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC))) - Held - Continued

09/08/2023 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Demurrer - with Motion to Strike (CCP 430.10) (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's First
Amended Answer) - Held

09/07/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) - Held - Continued

09/06/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial ((Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) - Held - Continued

09/05/2023 at 10:00 AM in Department 10
Non-Jury Trial - Not Held - Vacated by Court

09/05/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Non-Jury Trial - Held - Continued

09/01/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 5 by Lendlease (US) Construction Inc. to preclude evidence of claims released by Oceanwide) - Held

09/01/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 6 by Lendlease (US) Construction Inc Regarding Evidence of Lien Amounts Relating Back More Than 20 Days
Before the Preliminary Notice Date) - Held

09/01/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 4 by Oceanwide Plaza LLC regarding contractual interpretation of work authorization release) - Held

09/01/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 3 by Oceanwide Plaza LLC (Contractual Waiver on Penalties on Progress Payments)) - Held - Motion Denied

09/01/2023 at 2:00 PM in Department 10, William F. Highberger, Presiding
Final Status Conference - Held

09/01/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 1 by Oceanwide Plaza LLC (Election of Remedies & Res Judicata)) - Held

09/01/2023 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 2 by Oceanwide Plaza LLC (Statute of Limitations on Prompt Payment Penalties)) - Held

08/29/2023 at 11:00 AM in Department 12, Carolyn B. Kuhl, Presiding
Mandatory Settlement Conference (MSC) (For Dept.10) - Held

08/28/2023 at 09:30 AM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US)
Construction Inc. and Continuing Trial) - Held

08/28/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of
documents to L.A. Downtown Investment LP) - Held

08/28/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise
Investment Center LLC) - Held

08/28/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome
LLP and Enenstein Pham & Glass) - Held - Motion Denied

08/28/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) -
Held - Motion Denied

08/28/2023 at 09:30 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor
Construction LP's discovery requests) - Held

08/28/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment
LP) - Held - Motion Denied

08/25/2023 at 10:00 AM in Department 10
Final Status Conference ((Phase 1)) - Not Held - Advanced and Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 2 by L.A. Downtown Investment LP, to exclude testimony of Richard K. Hollowell) - Not Held - Advanced and
Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust;)
- Not Held - Advanced and Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 2 by Lendlease (US) Construction Inc., to exclude the testimony L.A. Downtown Investment LP's expert witness
Todd Pennington;) - Not Held - Advanced and Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 3 by Lendlease (US) Construction Inc., to exclude evidence or argument regarding Lendlease's financial
status;) - Not Held - Advanced and Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 1 by L.A. Downtown Investment LP, to preclude arguments and evidence about certain work performed on
the project;) - Not Held - Advanced and Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 4 by L.A. Downtown Investment LP, to exclude evidence of Lendlease (US) Construction Inc. for failure to
comply with demand for bill of particulars, or, in the alternative, motion for further account and bill of particulars;) - Not Held - Advanced and
Continued - by Court

08/25/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 4 by Lendlease (US) Construction Inc., to exclude certain testimony of Todd Pennington;) - Not Held -
Advanced and Continued - by Court

08/25/2023 at 09:00 AM in Department 10
Final Status Conference ((Phase 1)) - Held - Continued

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 2 by L.A. Downtown Investment LP, to exclude testimony of Richard K. Hollowell) - Held - Motion Denied

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 2 by Lendlease (US) Construction Inc., to exclude the testimony L.A. Downtown Investment LP's expert witness
Todd Pennington;) - Held

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 4 by L.A. Downtown Investment LP, to exclude evidence of Lendlease (US) Construction Inc. for failure to
comply with demand for bill of particulars, or, in the alternative, motion for further account and bill of particulars;) - Held - Motion Denied

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust;)
- Held - Motion Granted

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 4 by Lendlease (US) Construction Inc., to exclude certain testimony of Todd Pennington;) - Held

08/25/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion in Limine (no. 1 by Lendlease (US) Construction Inc., to exclude L.A. Downtown Investment LP from purporting to challenge
the values of liens already agreed upon with Oceanwide Plaza LLC;) - Held - Motion Granted

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 1 by L.A. Downtown Investment LP, to preclude arguments and evidence about certain work performed on
the project;) - Held - Motion Denied

08/25/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 3 by Lendlease (US) Construction Inc., to exclude evidence or argument regarding Lendlease's financial
status;) - Held - Motion Granted

08/23/2023 at 10:00 AM in Department 10
Hearing on Motion in Limine (no. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust;)
- Not Held - Advanced and Continued - by Court

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 1 by Lendlease (US) Construction Inc., to exclude L.A. Downtown Investment LP from purporting to challenge
the values of liens already agreed upon with Oceanwide Plaza LLC;) - Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of
documents to L.A. Downtown Investment LP) - Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) -
Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome
LLP and Enenstein Pham & Glass) - Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC) - Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial) - Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP) - Held - Continued

08/22/2023 at 09:00 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests) - Held - Continued

08/22/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion in Limine (no. 5 by L.A. Downtown Investment LP, to preclude arguments and evidence about non-lienable work;) - Held - Motion Denied

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

08/21/2023 at 10:00 AM in Department 10
Jury Trial - Not Held - Continued - Party's Motion

08/18/2023 at 1:30 PM in Department 10
Hearing on Motion for Summary Judgment (and Summary Adjudication by L.A. Downtown Investment LP, against Lendlease (US) Construction Inc, and Subcontractor Plaintiffs) - Held - Motion Denied

08/18/2023 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Joinder to Motion for Summary Judgment / Adjudication ([JOINDER] by Chicago Title Insurance Co., to L.A. Downtown Investment LP's MSA against Lendlease (US) Construction Inc. Lendlease (US) Construction Inc. and Subcontractor Plaintiffs) - Held - Motion Denied

08/18/2023 at 1:30 PM in Department 10
Hearing on Motion for Summary Adjudication (by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease) - Not Held - Continued - Party's Motion

08/18/2023 at 1:30 PM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc.) - Not Held - Continued - Party's Motion

08/18/2023 at 1:30 PM in Department 10
Hearing on Motion for Summary Adjudication (by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc) - Not Held - Continued - Party's Motion

08/18/2023 at 1:30 PM in Department 10
Informal Discovery Conference (IDC) ((Lendlease & Bapko)) - Not Held - Vacated by Court

08/16/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP) - Held - Continued

08/16/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) - Held - Continued

08/16/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass) - Held - Continued

08/16/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP) - Held - Continued

08/16/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial) - Not Held - Continued - Court's Motion

08/16/2023 at 09:00 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests) - Held - Continued

08/16/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC) - Held - Continued

08/14/2023 at 2:00 PM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) - Held - Continued

08/14/2023 at 2:00 PM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP) - Held - Continued

08/14/2023 at 2:00 PM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP) - Held - Continued

08/14/2023 at 2:00 PM in Department 10, William F. Highberger, Presiding
Trial Readiness Conference - Held

08/14/2023 at 2:00 PM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass) - Held - Continued

08/14/2023 at 2:00 PM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC) - Held - Continued

08/14/2023 at 2:00 PM in Department 10
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial) - Held - Continued

08/14/2023 at 2:00 PM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests) - Held - Continued

08/11/2023 at 10:00 AM in Department 10
Final Status Conference - Not Held - Continued - Party's Motion

08/08/2023 at 10:00 AM in Department 10
Hearing on Motion for Summary Judgment (and Summary Adjudication by L.A. Downtown Investment LP, against Lendlease (US) Construction Inc, and Subcontractor Plaintiffs) - Not Held - Continued - Court's Motion

08/08/2023 at 09:00 AM in Department 10
Hearing on Joinder to Motion for Summary Judgment / Adjudication ([JOINDER] by Chicago Title Insurance Co., to L.A. Downtown Investment LP's MSA against Lendlease (US) Construction Inc. Lendlease (US) Construction Inc. and Subcontractor Plaintiffs) - Not Held - Continued - Court's Motion

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion to Compel (by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests) - Held - Continued

08/04/2023 at 10:00 AM in Department 10
Hearing on Motion for Summary Adjudication (by Comet Electric Inc, that Sasco has a contractual duty to pay Comet Electric Inc, even if Sasco has not been paid by the owner or general contractor) - Not Held - Vacated by Court

08/04/2023 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion for Summary Adjudication (by Webcor Construction LP, Schuff Steele Company, The Nevell Group Inc, Kovach Enclosure Systems LLC, Fetzers Inc, J.t. Wimsatt Contracting Co.Inc., American Stair Corporation and XL Fire Protection) - Held

08/04/2023 at 09:50 AM in Department 10, William F. Highberger, Presiding
Court Order

08/04/2023 at 1:30 PM in Department 10
Informal Discovery Conference (IDC) ((Lendlease & Bapko)) - Not Held - Continued - Court's Motion

08/03/2023 at 4:18 PM in Department 10, William F. Highberger, Presiding

08/03/2023 at 3:00 PM in Department 10
Hearing on Application for Writ of Attachment (CCP 484.040) (by Standard Drywall Inc as to Lendlease (US) Construction Inc) - Not Held -
Vacated by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and
request for sanctions) - Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) -
Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment
LP) - Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of
documents to L.A. Downtown Investment LP) - Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion for Leave (by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-
complaint) - Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise
Investment Center LLC) - Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor
Construction LP's discovery requests) - Not Held - Advanced and Continued - by Court

07/27/2023 at 09:00 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome
LLP and Enenstein Pham & Glass) - Not Held - Advanced and Continued - by Court

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and
request for sanctions) - Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) -
Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment
LP) - Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of
documents to L.A. Downtown Investment LP) - Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment
LP) - Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and
request for sanctions) - Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Compel (by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of
documents to L.A. Downtown Investment LP) - Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Compel (by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP) -
Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor
Construction LP's discovery requests) - Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion for Protective Order (by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor
Construction LP's discovery requests) - Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome
LLP and Enenstein Pham & Glass) - Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise
Investment Center LLC) - Held - Continued

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise
Investment Center LLC) - Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion for Leave (by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-
complaint) - Not Held - Continued - Court's Motion

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion for Leave (by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-
complaint) - Held - Motion Granted

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Incs subpoenas to third-parties Blank Rome
LLP and Enenstein Pham & Glass) - Not Held - Vacated by Court

07/26/2023 at 09:30 AM in Department 10
Hearing on Motion to Quash (by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome
LLP and Enenstein Pham & Glass) - Not Held - Continued - Court's Motion

07/21/2023 at 11:30 AM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) ((Lendlease & Bapko)) - Not Held - Continued - Court's Motion

07/20/2023 at 1:45 PM in Department 12, Carolyn B. Kuhl, Presiding
Conference (Re Pre-Mandatory Settlement) - Held

07/19/2023 at 10:00 AM in Department 10
Hearing on Motion for Summary Judgment (by LADI) - Not Held - Vacated by Court

07/03/2023 at 6:30 PM in Department 10, William F. Highberger, Presiding
Court Order

06/30/2023 at 10:00 AM in Department 10
Hearing on Application for Writ of Possession (CCP 512.010) - Not Held - Vacated by Court

06/29/2023 at 3:00 PM in Department 10
Hearing on Application for Writ of Attachment (CCP 484.040) (by Standard Drywall Inc as to Lendlease (US) Construction Inc) - Not Held -
Continued - Stipulation

06/29/2023 at 2:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

06/23/2023 at 09:00 AM in Department 10
Non-Appearance Case Review (RePro Hac Vice Renewal Fees for John P. Mitchell) - Not Held - Vacated by Court

06/22/2023 at 3:30 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Held

06/21/2023 at 1:30 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Held - Continued

06/20/2023 at 2:00 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Held - Continued

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

06/12/2023 at 10:00 AM in Department 10
Hearing on Application for Writ of Attachment (CCP 484.040) (by Standard Drywall Inc as to Lendlease (US) Construction Inc) - Not Held -
Advanced and Continued - by Court

06/08/2023 at 11:16 AM in Department 10, William F. Highberger, Presiding
Court Order

05/25/2023 at 10:30 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

05/25/2023 at 5:00 PM in Department 10
Status Conference (for LACC only) - Not Held - Vacated by Court

05/10/2023 at 09:30 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

05/10/2023 at 5:00 PM in Department 10
Status Conference ([LACC purposes only]) - Not Held - Vacated by Court

05/02/2023 at 11:28 AM in Department 10, William F. Highberger, Presiding
Court Order

04/27/2023 at 2:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

04/27/2023 at 2:30 PM in Department 10
Hearing on Ex Parte Application (by Lendlease (US) Construction Inc., to Vacate or Continue Trial and Related Dates) - Held - Motion Granted

04/27/2023 at 2:30 PM in Department 10
Order to Show Cause Re: (Why Cases 22STCV23903 and 22STCV18167 Should Not be Consolidated with 19STCV03357) - Not Held - Taken Off Calendar by Court

04/27/2023 at 2:30 PM in Department 10
Hearing on Ex Parte Application (Joinder by Chicago Title Insurance Company, in Lendlease (US) Construction Inc's Ex Parte Application to Continue Trial) - Held - Motion Granted

04/27/2023 at 2:30 PM in Department 10
Order to Show Cause Re: (Why Case 22STCV17865 Should Not Be Consolidated With 19STCV03357) - Not Held - Taken Off Calendar by Court

04/26/2023 at 09:00 AM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Why Cases 22STCV23903 and 22STCV18167 Should Not be Consolidated with 19STCV03357) - Held - Continued

04/26/2023 at 09:00 AM in Department 10
Hearing on Ex Parte Application (JOINDER by Chicago Title Insurance Company, in Lendlease (US) Construction Inc's ex parte application to continue trial) - Held - Continued

04/26/2023 at 09:00 AM in Department 10
Further Status Conference - Held - Continued

04/26/2023 at 09:00 AM in Department 10
Order to Show Cause Re: (Why Case 22STCV17865 Should Not Be Consolidated With 19STCV03357) - Held - Continued

04/26/2023 at 09:00 AM in Department 10
Hearing on Ex Parte Application (by Lendlease, to Vacate or Continue Trial and related dates) - Held - Continued

04/24/2023 at 2:30 PM in Department 10
Further Status Conference (Re Proposed Order Granting MSA) - Not Held - Advanced and Continued - by Court

04/17/2023 at 10:00 AM in Department 10
Non-Jury Trial ((5 Additional Days)) - Not Held - Vacated by Court

04/10/2023 at 5:31 PM in Department 10, William F. Highberger, Presiding
Court Order

03/22/2023 at 11:00 AM in Department 10, William F. Highberger, Presiding
Further Status Conference (Re Proposed Order Granting MSA) - Held

03/07/2023 at 10:00 AM in Department 10
Non-Jury Trial - Not Held - Vacated by Court

03/06/2023 at 10:00 AM in Department 10
Non-Jury Trial - Not Held - Vacated by Court

03/06/2023 at 3:00 PM in Department 10
Further Status Conference (Re Proposed Order Granting MSA) - Not Held - Advanced and Continued - by Court

02/27/2023 at 2:00 PM in Department 10
Further Status Conference (Re Proposed Order Granting MSA) - Not Held - Continued - Court's Motion

02/22/2023 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by Lendlease (US) Construction Inc., for order vacating the February 1, 2023 minute order, the February 3, 2023 notice of ruling, and clarifying the procedure for preparation of a reviewable order on the cross-motions for summary adjudication) - Held

02/01/2023 at 2:00 PM in Department 10
Hearing on Joinder to Motion for Summary Judgment / Adjudication (by Chicago Title Insurance Company to Defendant L. A. Downtown Investment L.P.) - Held - Taken under Submission

02/01/2023 at 2:00 PM in Department 10
Hearing on Motion for Summary Adjudication (of L.A. Downtown Investment, LP) - Held - Taken under Submission

02/01/2023 at 2:00 PM in Department 10
Hearing on Motion for Summary Adjudication (of Lendlease (US) Construction Inc. and Webcor Construction L.P. Jointly) - Held - Taken under Submission

02/01/2023 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

01/17/2023 at 09:00 AM in Department 10
Hearing on Joinder to Motion for Summary Judgment / Adjudication (by Chicago Title Insurance Company to Defendant L. A. Downtown Investment L.P.) - Not Held - Continued - Court's Motion

01/17/2023 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (of L.A. Downtown Investment, LP) - Not Held - Continued - Court's Motion

01/17/2023 at 09:00 AM in Department 10
Further Status Conference - Not Held - Continued - Court's Motion

01/17/2023 at 09:00 AM in Department 10
Hearing on Motion for Summary Adjudication (of Lendlease (US) Construction Inc. and Webcor Construction L.P. Jointly) - Not Held - Continued - Court's Motion

01/11/2023 at 7:01 PM in Department 10, William F. Highberger, Presiding
Court Order

12/09/2022 at 3:06 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

12/09/2022 at 2:30 PM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Lift Stay on Discovery for (8/21/23 Trial)) - Held

12/09/2022 at 2:30 PM in Department 10
Further Status Conference - Held

11/10/2022 at 4:40 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019  06/14/2019

11/08/2022 at 5:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

11/08/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

10/31/2022 at 09:00 AM in Department 10
Non-Jury Trial ((5 day)) - Not Held - Advanced and Vacated

10/24/2022 at 1:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

10/14/2022 at 10:00 AM in Department 10
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, for leave to augment its expert witness list) - Held

10/14/2022 at 10:00 AM in Department 10
Order to Show Cause Re: (List of Undisputed Facts) - Held

10/14/2022 at 10:00 AM in Department 10
Hearing on Ex Parte Application (...) - Held

10/14/2022 at 10:00 AM in Department 10
Order to Show Cause Re: (Authencity of Deposition Exhibits) - Held

10/14/2022 at 09:00 AM in Department 10
Hearing on Motion in Limine (Joinder by Lendlease (US) Construction Inc. in Webcor Construction L.P.'s Motion in Limine No. 2) - Held

10/14/2022 at 09:00 AM in Department 10, William F. Highberger, Presiding
Final Status Conference ((2nd Day)) - Held

10/14/2022 at 09:00 AM in Department 10
Hearing on Motion in Limine (by Lendlease (US) Construction Inc. to preclude all expert opinion as to the meaning, interpretation, and application of statutorily-defined terms in California's mechanics lien statutes) - Held

10/14/2022 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 1 by Webcor Construction L.P. for an order excluding from trial all testimony, evidence and argument from expert witnesses regarding what constitutes "site improvement" ...) - Held

10/14/2022 at 09:00 AM in Department 10
Hearing on Motion in Limine (no. 2 by Webcor Construction L.P. for an order excluding from trial all testimony, evidence and argument that the first-in-time contract contemplated by Civil Code section 8454 may include any work other than "site improvement") - Held

10/14/2022 at 09:00 AM in Department 10
Hearing on Motion in Limine (partial joinder by Lendlease Construction Inc in Webcor Construction L.P.'s Motion in Limine No. 1) - Held

10/13/2022 at 5:00 PM in Department 10
Final Status Conference - Not Held - Vacated by Court

10/13/2022 at 1:30 PM in Department 10
Final Status Conference ((2nd Day)) - Not Held - Rescheduled by Court

10/13/2022 at 1:30 PM in Department 10, William F. Highberger, Presiding
Final Status Conference - Held

10/12/2022 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by L.A. Downtown Investment LP, for leave to augment its expert witness list) - Held - Continued

10/12/2022 at 5:00 PM in Department 10
Hearing on Ex Parte Application (...) - Held - Continued

10/10/2022 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 4, by L.A. Downtown Investment LP, to preclude all parties from introducing evidence or argument that the

mechanics lien recorded by Lendlease (US) Construction Inc. allegedly has priority over a April 2 deed of trust related to the property ...) - Held - Motion Denied

10/10/2022 at 2:00 PM in Department 10
Final Status Conference - Held

10/10/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding
Hearing on Motion in Limine (no. 2, by L.A. Downtown Investment L.P. to exclude testimony of James Hibert) - Held - Motion Denied

10/10/2022 at 2:00 PM in Department 10
Hearing on Motion in Limine (no. 3, by L.A. Downtown Investment LP, to preclude any party from introducing evidence or argument as to whether Oceanwide Plaza LLC, fka Tohigh Construction LLC, used the loan funds it received from LADI in connection with the construction project...) - Held - Motion Denied

09/15/2022 at 09:00 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

09/12/2022 at 09:00 AM in Department 10
Non-Jury Trial ((5 day)) - Not Held - Advanced and Continued - by Court

09/07/2022 at 10:00 AM in Department 10
Non-Jury Trial ((5 day)) - Not Held - Advanced and Continued - by Court

09/06/2022 at 1:45 PM in Department 10, William F. Highberger, Presiding
Ruling on Submitted Matter

09/02/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

08/26/2022 at 09:00 AM in Department 10
Final Status Conference ((2nd Day)) - Not Held - Advanced and Continued - by Court

08/25/2022 at 09:00 AM in Department 10
Final Status Conference - Not Held - Advanced and Continued - by Court

08/19/2022 at 4:07 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

08/17/2022 at 1:30 PM in Department 10
Order to Show Cause Re: (Modification of Case Management Order) - Held

08/17/2022 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Motion in Limine (No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters) - Held - Taken under Submission

08/17/2022 at 1:30 PM in Department 10
Further Status Conference - Held

07/28/2022 at 09:00 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

07/15/2022 at 5:00 PM in Department 10
Further Status Conference - Not Held - Taken Off Calendar by Court

07/15/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

07/12/2022 at 2:00 PM in Department 10
Further Status Conference - Not Held - Clerical Error

06/29/2022 at 08:41 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019  06/14/2019

06/27/2022 at 3:18 PM in Department 10, William F. Highberger, Presiding
Court Order

06/07/2022 at 10:00 AM in Department 10
Non-Jury Trial ((5 day)) - Not Held - Advanced and Continued - by Court

05/17/2022 at 2:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Not Held - Taken Off Calendar by Court

05/13/2022 at 10:00 AM in Department 10
Final Status Conference ((2nd Day)) - Not Held - Advanced and Continued - by Court

05/12/2022 at 10:00 AM in Department 10
Final Status Conference - Not Held - Advanced and Continued - by Court

05/11/2022 at 3:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

04/19/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding

Further Status Conference - Held

04/07/2022 at 10:00 AM in Department 10
Non-Jury Trial ((5 day)) - Not Held - Advanced and Continued - by Court

03/29/2022 at 1:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

03/16/2022 at 10:00 AM in Department 10
Final Status Conference ((2nd Day)) - Not Held - Clerical Error

03/15/2022 at 10:00 AM in Department 10
Final Status Conference - Not Held - Advanced and Continued - by Court

03/14/2022 at 5:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

03/14/2022 at 2:00 PM in Department 10
Further Status Conference - Held

03/14/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

02/28/2022 at 2:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

02/15/2022 at 10:00 AM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Comet Electric Participating) - Not Held - Taken Off Calendar by Court

02/10/2022 at 10:30 AM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Clarification of Court's Prior Order) - Held

02/10/2022 at 5:00 PM in Department 10
Further Status Conference - Held

02/04/2022 at 5:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

02/04/2022 at 2:00 PM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (Consolidation of Three (3) related cases) - Held

02/04/2022 at 2:00 PM in Department 10
Further Status Conference - Held

01/26/2022 at 11:02 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

01/19/2022 at 3:32 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

01/19/2022 at 3:00 PM in Department 10
Further Status Conference - Held

01/19/2022 at 3:00 PM in Department 10
Further Status Conference - Held

01/19/2022 at 3:00 PM in Department 10
Order to Show Cause Re: (Continuation of Trial Date) - Held

01/19/2022 at 3:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

01/19/2022 at 3:00 PM in Department 10
Informal Discovery Conference (IDC) - Held

01/19/2022 at 3:00 PM in Department 10
Further Status Conference - Held

01/19/2022 at 2:49 PM in Department 10, William F. Highberger, Presiding
Court Order

01/12/2022 at 2:30 PM in Department 10, William F. Highberger, Presiding
Informal Discovery Conference (IDC) - Not Held - Trailed

01/07/2022 at 3:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

01/05/2022 at 3:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Not Held - Advanced and Continued - by Court

12/01/2021 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

11/03/2021 at 1:30 PM in Department 10
Hearing on Motion to Strike (by Lendlease (US) Consruction Inc. and Lendlease (US) Construction Holdings Inc., Portions of Chicago Title Insurance Company's Cross-Complaint) - Held

11/03/2021 at 1:30 PM in Department 10
Hearing on Motion to Strike (by Lendlease (US) Construction Holdings Inc., Portions of Ladi's Cross-Complaint) - Held

11/03/2021 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Strike (by Lendlease (US) Construction Inc., Portions of Ladi's Cross-Complaint) - Held

11/03/2021 at 1:30 PM in Department 10
Hearing on Demurrer - without Motion to Strike (by Lendlease (US) Construction Inc. to Ladi's Cross-Complaint) - Held

11/03/2021 at 1:30 PM in Department 10
Hearing on Demurrer - without Motion to Strike (by Lendlease (US) Construction Holdings Inc. to Ladi's Cross-Complaint) - Held

11/01/2021 at 5:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

11/01/2021 at 2:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

10/13/2021 at 10:00 AM in Department 10
Hearing on Motion to Strike (by Lendlease (US) Construction Holdings Inc., Portions of Ladi's Cross-Complaint) - Not Held - Continued - Stipulation

10/13/2021 at 10:00 AM in Department 10
Hearing on Demurrer - without Motion to Strike (by Lendlease (US) Construction Holdings Inc. to Ladi's Cross-Complaint) - Not Held - Continued - Stipulation

10/13/2021 at 10:00 AM in Department 10
Hearing on Demurrer - without Motion to Strike (by Lendlease (US) Construction Inc. to Ladi's Cross-Complaint) - Not Held - Continued - Stipulation

10/13/2021 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Motion to Strike (by Lendlease (US) Consruction Inc. and Lendlease (US) Construction Holdings Inc., Portions of Chicago Title Insurance Company's Cross-Complaint) - Not Held - Continued - Court's Motion

10/13/2021 at 10:00 AM in Department 10
Hearing on Motion to Strike (by Lendlease (US) Construction Inc., Portions of Ladi's Cross-Complaint) - Not Held - Continued - Stipulation

09/28/2021 at 2:00 PM in Department 10, William F. Highberger, Presiding
Order to Show Cause Re: (why the Court should not set a Bench Trial on lien priority and possibly other issues) - Held

09/01/2021 at 10:00 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

08/20/2021 at 5:00 PM in Department 10
Status Conference - Not Held - Vacated by Court

08/20/2021 at 1:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

08/13/2021 at 5:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/13/2021 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

07/20/2021 at 10:00 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

07/08/2021 at 09:30 AM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

06/16/2021 at 10:34 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

06/15/2021 at 3:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

06/04/2021 at 3:00 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

06/02/2021 at 5:00 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

06/02/2021 at 3:00 PM in Department 10
Further Status Conference - Held

06/02/2021 at 3:00 PM in Department 10
Order to Show Cause Re: (Lifting on Stay of Discovery) - Held

04/28/2021 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

04/01/2021 at 1:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

04/01/2021 at 1:30 PM in Department 10
Further Status Conference - Held

03/19/2021 at 08:42 AM in Department 10, William F. Highberger, Presiding
Court Order

02/17/2021 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

12/21/2020 at 1:30 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

11/24/2020 at 3:46 PM in Department 10, William F. Highberger, Presiding
Court Order

10/07/2020 at 2:16 PM in Department 10, William F. Highberger, Presiding
Court Order

09/21/2020 at 2:30 PM in Department 10, William F. Highberger, Presiding
Court Order

09/15/2020 at 4:29 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

09/15/2020 at 3:45 PM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

09/14/2020 at 1:30 PM in Department 10
Further Status Conference - Held

09/14/2020 at 1:30 PM in Department 10, William F. Highberger, Presiding
Hearing on Application for Writ of Attachment (CCP 484.040) - Held

08/26/2020 at 3:15 PM in Department 10, William F. Highberger, Presiding
Court Order

08/26/2020 at 2:22 PM in Department 10, William F. Highberger, Presiding
Court Order

08/14/2020 at 11:10 AM in Department 10, William F. Highberger, Presiding
Court Order

08/12/2020 at 1:30 PM in Department 10
Hearing on Application for Writ of Attachment (CCP 484.040) - Not Held - Advanced and Continued - by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Advanced and Continued - by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Hearing on Application for Writ of Attachment (CCP 484.040) - Not Held - Advanced and Continued - by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

08/10/2020 at 1:30 PM in Department 10
Further Status Conference - Not Held - Vacated by Court

07/23/2020 at 2:00 PM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by Defendant Lendlease (US) Construction Inc. to modify the briefing schedule for Plaintiff Webcor's application writ of attachment) - Held - Motion Granted

07/22/2020 at 10:00 AM in Department 10, William F. Highberger, Presiding
Hearing on Ex Parte Application (by Defendant Lendlease (US) Construction Inc. to modify the briefing schedule for Plaintiff Webcor's application writ of attachment) - Held - Continued

07/13/2020 at 08:30 AM in Department 17
Hearing on Motion to Compel Arbitration - Not Held - Vacated by Court

07/08/2020 at 2:00 PM in Department 10, William F. Highberger, Presiding
Further Status Conference - Held

06/23/2020 at 2:30 PM in Department 10, William F. Highberger, Presiding
Initial Status Conference - Held

06/17/2020 at 2:01 PM in Department 10, William F. Highberger, Presiding
Court Order

06/17/2020 at 1:54 PM in Department 10, William F. Highberger, Presiding
Court Order

06/11/2020 at 11:54 AM in Department 10, William F. Highberger, Presiding
Court Order

06/11/2020 at 08:20 AM in Department 10, William F. Highberger, Presiding
Nunc Pro Tunc Order

06/10/2020 at 3:58 PM in Department 10, William F. Highberger, Presiding
Court Order

05/11/2020 at 08:30 AM in Department 17
Hearing on Motion - Other (Notice of Application and Hearing for Right to Attach Order) - Not Held - Vacated by Court

04/27/2020 at 08:30 AM in Department 17
Hearing on Motion to Compel Arbitration - Not Held - Vacated by Court

04/24/2020 at 08:30 AM in Department 17
Hearing on Motion to Compel Arbitration - Not Held - Taken Off Calendar by Party

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

04/23/2020 at 3:34 PM in Department 10, William F. Highberger, Presiding
Court Order

04/17/2020 at 08:30 AM in Department 17
Hearing on Motion to Compel (Motion to Compel Further Discovery Responses) - Not Held - Vacated by Court

04/17/2020 at 08:30 AM in Department 17
Hearing on Motion to Compel Arbitration - Not Held - Rescheduled by Party

03/25/2020 at 08:30 AM in Department 17
Hearing on Motion to Compel Arbitration - Not Held - Vacated by Court

03/18/2020 at 10:32 AM in Department 14, Kenneth R. Freeman, Presiding
Court Order

03/18/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

03/18/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

03/18/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

03/13/2020 at 08:30 AM in Department 17, Jon R. Takasugi, Presiding

03/05/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

03/05/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

03/03/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/27/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/25/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/25/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/19/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Ex Parte Application ( to Advance Hearing Date for Webcor's Motion to Compel Further Responses to RFPD and Special
Interrogatories) - Held - Motion Denied

02/18/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/18/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/05/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Continued - Stipulation

02/04/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

02/03/2020 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

01/31/2020 at 08:30 AM in Department 17
Status Conference - Not Held - Continued - Stipulation

01/30/2020 at 08:36 AM in Department 17, Richard E. Rico, Presiding
Court Order

01/17/2020 at 08:30 AM in Department 17
Hearing on Motion for Order (Staying Discovery as to L.A. Downtown Investment, LP) - Not Held - Rescheduled by Party

12/17/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

12/11/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

12/06/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019

12/04/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

12/03/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

12/02/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

11/01/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

10/30/2019 at 08:30 AM in Department 17
Status Conference - Held - Continued

10/30/2019 at 08:30 AM in Department 17
Status Conference - Held - Continued

10/30/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Status Conference - Held - Continued

10/21/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

10/15/2019 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

10/15/2019 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

10/11/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

10/10/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

10/01/2019 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

10/01/2019 at 08:30 AM in Department 17
Status Conference - Not Held - Advanced and Continued - by Court

09/27/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Ex Parte Application (to Continue Hearing Date and Re-Set Pre-Hearing Deadlines) - Held - Motion Granted

09/10/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Ex Parte Application (to Continue Hearing Date and Reset Prehearing Deadlines) - Held - Motion Granted

09/09/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

08/27/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

08/16/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Status Conference - Held - Continued

07/22/2019 at 08:30 AM in Department 17
Hearing on Motion to Compel (Motion to Compel Further Responses to Discovery Requests) - Not Held - Taken Off Calendar by Party

07/03/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Ruling on Submitted Matter

06/27/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Nunc Pro Tunc Order

06/27/2019 at 08:30 AM in Department 17
Hearing on Motion to Compel Arbitration - Held - Taken under Submission

06/27/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Motion to Compel Arbitration - Held - Taken under Submission

06/21/2019 at 08:30 AM in Department 17
Hearing on Motion for Order (to Release or Reduce Mechanic's Lien) - Not Held - Vacated by Court

06/17/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Ruling on Submitted Matter

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP 12/19/2023 10/13/2023 08/21/2023 06/12/2023 11/08/2022 06/27/2022 01/05/2022 11/24/2020 04/23/2020 12/04/2019
06/14/2019

06/14/2019 at 08:30 AM in Department 17
Case Management Conference - Not Held - Advanced and Vacated

06/12/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Motion - Other (RELEASE REDUCE MECHANIC'S LIEN) - Held - Taken under Submission

05/14/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Order to Show Cause Re: Failure to File Proof of Service - Not Held - Vacated by Court

05/07/2019 at 08:30 AM in Department 17
Hearing on Motion - Other (RELEASE REDUCE MECHANIC'S LIEN) - Held - Continued

05/07/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Ex Parte Application (for order to shortening time) - Held

05/07/2019 at 08:30 AM in Department 17
Hearing on Ex Parte Application (fir irder sgirtebubg time) - Not Held - Advanced and Vacated

05/07/2019 at 08:30 AM in Department 17
Hearing on Ex Parte Application ( for Order for Service of Summons and Complaint) - Held - Continued

04/26/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Hearing on Motion to Compel Arbitration - Held - Continued

04/26/2019 at 08:30 AM in Department 17
Hearing on Ex Parte Application (Defendant Lendlease (US) Construction, Inc.'s Orders (1) Consolidating Pending Motions to Compel Arbitration;
(2) Advancing Hearing on Motions to Compel; and (3) Staying all Proceedings Pending Hearing on Motions to Compel) - Held - Motion Granted

04/04/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Ex-Parte Proceedings

04/04/2019 at 08:30 AM in Department 17, Richard E. Rico, Presiding
Court Order

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP  12/19/2023  10/13/2023  08/21/2023  06/12/2023  11/08/2022  06/27/2022  01/05/2022  11/24/2020  04/23/2020  12/04/2019
06/14/2019


## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held


03/18/2024 Hearing on Motion for Leave by Oceanwide, to File First Amended Answer to the First Amended Complaint of Lendlease (US) Construction Inc. [for tracking purposes only] scheduled for 03/19/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 03/18/2024

03/18/2024 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease [for tracking purposes only] scheduled for 03/19/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 03/18/2024

03/18/2024 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. [for tracking purposes only] scheduled for 03/19/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 03/18/2024

03/18/2024 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc [for tracking purposes only] scheduled for 03/19/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 03/18/2024

03/11/2024 Lendlease's Supplemental Status Report Regarding Oceanwide's Consent to Bankruptcy; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

03/11/2024 Non-Appearance Case Review Re: Status of Bankruptcy scheduled for 07/10/2024 at 09:00 AM in Spring Street Courthouse at Department 10

03/11/2024 Minute Order (Court Order Re: Request to Vacate March 12 Hearing)

03/11/2024 On the Court's own motion, Further Status Conference scheduled for 03/12/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 03/11/2024

03/08/2024 Joint Status Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/28/2024 Further Status Conference scheduled for 03/12/2024 at 02:00 PM in Spring Street Courthouse at Department 10

02/28/2024 On the Court's own motion, Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 04/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/19/2024 02:00 PM

02/28/2024 On the Court's own motion, Hearing on Motion for Leave by Oceanwide, to File First Amended Answer to the First Amended Complaint of Lendlease (US) Construction Inc. scheduled for 04/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/19/2024 02:00 PM

02/28/2024 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 05/13/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/19/2024 02:00 PM

02/28/2024 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 05/13/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/19/2024 02:00 PM

02/16/2024 Hearing on Motion for Leave by Oceanwide, to File First Amended Answer to the First Amended Complaint of Lendlease (US) Construction Inc. scheduled for 04/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10

02/16/2024 Notice of Ruling from February 15, 2024 Status Conference; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

02/15/2024 Minute Order (Further Status Conference)

02/15/2024 Further Status Conference scheduled for 02/15/2024 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 02/15/2024; Result Type to Held

02/14/2024 Further Status Conference scheduled for 02/15/2024 at 10:00 AM in Spring Street Courthouse at Department 10

02/14/2024 Notice of Stay of Proceedings; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

02/14/2024 Minute Order (Court Order Re: Vacating of Dates)

02/14/2024 Minute Order (Court Order Re: Scheduling of Further Status Conference)

02/14/2024 On the Court's own motion, Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 7-10 Day Estimate) scheduled

for 06/04/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to for 02/14/2024

02/14/2024 On the Court's own motion, Final Status Conference (Phase 2) scheduled for 05/17/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 02/14/2024

02/13/2024 Notice Of Filing Documents Related To Maintenance And Security Of Oceanwide Property In Response To The Court?s Caseanywhere Post; Filed by: Lendlease (US) Construction Inc. (Plaintiff); As to: Oceanwide Plaza LLC (Defendant)

02/13/2024 Oceanwide Plaza LLC's Notice of Motion and Motion for Leave to File First Amended Answer to the First Amended Complaint of Lendlease (US) Construction Inc. Memorandum of Points and Authorities; Declaration of John Foust; Filed by: Oceanwide Plaza, LLC (Defendant)

02/06/2024 Notice of Ruling Re: January 30, 2024 Informal Discovery Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/30/2024 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Jamie Onuki, CSR # 13904; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

01/30/2024 Minute Order (Informal Discovery Conference (IDC))

01/30/2024 Informal Discovery Conference (IDC) scheduled for 01/30/2024 at 03:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/30/2024; Result Type to Held

01/29/2024 Notice of Lodging [Proposed] Statement of Decision Regarding Trial on Webcor's Mechanic's Lien and Failure to Serve L.A. Downtown Investment, LP with Preliminary Notice; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/26/2024 Joint Submission re Informal Discovery Conference; Filed by: L.A. Downtown Investment, LP (Defendant); Lendlease (US) Construction, Inc. (Defendant)

01/25/2024 Informal Discovery Conference (IDC) scheduled for 01/30/2024 at 03:30 PM in Spring Street Courthouse at Department 10

01/25/2024 Notice of Informal Discovery Conference; Filed by: L.A. Downtown Investment, LP (Defendant)

01/25/2024 Minute Order (Court Order Re: Informal Discovery Conference)

01/22/2024 Notice of Ruling from January 19, 2024, Hearing; Filed by: L.A. Downtown Investment, LP (Defendant)

01/19/2024 Updated -- Motion to Compel L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Request for Production of Documents: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Denied ; Result Date: 01/19/2024

01/19/2024 Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 7-10 Day Estimate) scheduled for 06/04/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/19/2024 Final Status Conference (Phase 2) scheduled for 05/17/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/19/2024 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 05/13/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/19/2024 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 05/13/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/19/2024 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 04/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/19/2024 Minute Order (Hearing on Motion to Compel LA Downtown Investment LP Complia...)

01/19/2024 Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 01/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2024; Result Type to Held

01/19/2024 Order to Show Cause Re: Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued scheduled for 01/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2024; Result Type to Held

01/19/2024 On the Court's own motion, Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 7-10 Day Estimate) scheduled for 04/09/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 06/04/2024 10:00 AM

01/19/2024 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 03/28/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 05/13/2024 10:00 AM

01/19/2024 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 03/28/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 05/13/2024 10:00 AM

01/19/2024 On the Court's own motion, Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 03/28/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 04/19/2024 10:00 AM

01/19/2024 On the Court's own motion, Final Status Conference (Phase 2) scheduled for 03/29/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 05/17/2024 10:00 AM

01/18/2024 Defendant Lendlease (Us) Construction Inc.S Supplement To Status Of Ladis Discovery Compliance - Public Redacted Version; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/18/2024 Declaration Of Meredith A. Jonesmckeown In Support Of Defendant Lendlease (Us) Construction Inc.S Supplement To Status Of Ladis Discovery Compliance - Public Redacted Version; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/18/2024 Notice of Lodging NOTICE OF LODGING; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/17/2024 Order to Show Cause Re: Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued scheduled for 01/19/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/17/2024 On the Court's own motion, Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 01/16/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 01/19/2024 10:00 AM

01/17/2024 On the Court's own motion, Order to Show Cause Re: Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued scheduled for 01/16/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 01/19/2024 10:00 AM

01/16/2024 Notice Of Ruling From January 12, 2024, Hearing; Filed by: L.A. Downtown Investment, LP (Defendant)

01/16/2024 Minute Order (Hearing on Motion to Compel LA Downtown Investment LP Complia...)

01/12/2024 Updated -- Chicago Title Insurance Company's Notice of Motion and Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount Not Less Than $8,527.50: Filed By: Webcor Construction , LP (Cross-Complainant); Result: Denied ; Result Date: 01/12/2024

01/12/2024 Order to Show Cause Re: Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued scheduled for 01/16/2024 at 02:00 PM in Spring Street Courthouse at Department 10

01/12/2024 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Julie Park, CSR # 13925; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

01/12/2024 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Down...)

01/12/2024 Minute Order (Order to Show Cause Re: Why the Phase 2 Trial Date of April 9...)

01/12/2024 On the Court's own motion, Order to Show Cause Re: Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued scheduled for 01/12/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 01/16/2024 02:00 PM

01/12/2024 On the Court's own motion, Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 01/12/2024 at 02:30 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 01/16/2024 02:00 PM

01/12/2024 Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) scheduled for 01/12/2024 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 01/12/2024; Result Type to Held

01/11/2024 Declaration Of Abby L. Bloetscher In Support Of Defendant Lendlease (Us) Construction Inc.?s Further Briefing Regarding Status Of Ladi?s Discovery Compliance [Redacted]; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/11/2024 Notice of Lodging; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/11/2024 Opposition L.A. Downtown Investment, Lps Opposition To Lendlease (Us) Construction Inc.S Request To Present Oral Testimony Of John Evans At Hearing On Lendlease?s Motion For Sanctions; Filed by: L.A. Downtown Investment LP (Defendant)

01/11/2024 L.A. Downtown Investment, LP?s Supplement To January 10, 2024, Report Re: Status Of Discovery And Document Production; Filed by: L.A. Downtown Investment LP (Defendant)

01/10/2024 Declaration of John Evans in Support of Lendlease (US) Construction Inc.'s Further Briefing Regarding Status of Ladi's Discovery Compliance; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/10/2024 Defendant Lendlease (US) Construction Inc.'s Further Briefing Regarding Status of Ladi's Discovery Compliance; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/10/2024 Hearing on Ex Parte Application by L.A. Downtown Investment LP, to Amend Witness and Exhibit List scheduled for 01/10/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Party on 01/10/2024

01/09/2024 Ex Parte Application L.A. Downtown Investment, Lp?s Ex Parte Application To Amend Witness And Exhibit List; Memorandum Of Points & Authorities; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

01/09/2024 Declaration in Support of Ex Parte Application; Filed by: L.A. Downtown Investment, LP (Defendant)

01/09/2024 Hearing on Ex Parte Application by L.A. Downtown Investment LP, to Amend Witness and Exhibit List; scheduled for 01/10/2024 at 10:00 AM in Spring Street Courthouse at Department 10

01/09/2024 Lendlease (Us) Construction Inc.?s Request To Present Oral Testimony Pursuant To California Rule Of Court 3.1306(B) At The Hearing On Its Motion For Sanctions; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/09/2024 Updated -- Ex Parte Application to Amend Witness and Exhibit List: Name Extension changed from L.A. Downtown Investment, Lp?s Ex Parte Application To Amend Witness And Exhibit List; Memorandum Of Points & Authorities to to Amend Witness and Exhibit List

01/09/2024 Opposition Webcor Construction L.P.'s Opposition to L.A Downtown Investment, LP's Ex Parte Application to Amend Witness and Exhibit Lists; Declaration of Heather N. Blackinton; Filed by: Webcor Construction, LP (Plaintiff)

01/09/2024 Declaration Declaration of Mary A. Salamone Re Subpoena (Duces Tecum) Dated January 5, 2024, from L.A. Downtown Investment, LP; Filed by: Webcor Construction, LP (Plaintiff)

01/09/2024 Objection Webcor Construction L.P.'s Objection to L.A. Downtown Investment, LP's Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information and Things at Trial or Hearing to Non-Party Mary A. Salamone); Filed by: Webcor Construction, LP (Plaintiff)

01/09/2024 Objection Non-Party Mary Salamon's Objection and Response to L.A. Downtown Investment, LP's Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information and Things at Trial or Hearing; Filed by: Webcor Construction, LP (Plaintiff)

01/09/2024 Objection Webcor Construction L.P.'s Objection to L.A. Downtown Investment, LP's Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information and Things at Trial or Hearing to Non-Party Adkisson, Andelson; Filed by: Webcor Construction, LP (Plaintiff)

01/09/2024 Minute Order (Court Order Re: Time Change)

01/09/2024 Pursuant to the request of moving party, Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 01/12/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 01/12/2024 02:30 PM

01/08/2024 Opposition L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses; Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, Lp?s Response To Lendlease (Us) Construction, Inc.?S Brief Regarding Costs Incurred To Bring Motion To Compel Compliance And To Cure Other Discovery Abuses; Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration of Michael McCarthy ISO L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses; Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration of Anthony Merlino re Document Collection; Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration of Todd Pickles ISO L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses; Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration of Patrice Wang Re Document Preservation and Collection; Filed by: L.A. Downtown Investment, LP (Defendant)

01/08/2024 Declaration Eric Rowen ISO L.A. Downtown Investment, LP's Opp to Lendlease's Brief Re Costs Incurred to Bring MTC Compliance and to Cure Other Discovery Abuses; Filed by: L.A. Downtown Investment, LP (Defendant)

01/03/2024 Updated -- Motion to Disqualify Greenberg Traurig, LLP and Other Relief: Filed By: Webcor Construction, L.P. (Defendant); Result: Denied ; Result Date: 01/03/2024

01/03/2024 Chicago Title Insurance Company?s Notice Of Ruling Regarding Motion For Protective Order; Filed by: Chicago Title Insurance Company (Cross-Complainant)

01/03/2024 Minute Order (Hearing on Motion to Disqualify Counsel by Webcor Constructio...)

01/03/2024 Hearing on Motion to Disqualify Counsel by Webcor Construction, LP, as to Greenberg Traurig, LLP and Other Relief scheduled for 01/03/2024 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/03/2024; Result Type to Held - Motion Denied

01/03/2024 Hearing on Motion in Limine by L.A. Downtown Investment, LP Brief re: November 8, 2023 Privilege Instruction scheduled for 01/03/2024 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/03/2024; Result Type to Held

01/02/2024 Updated -- Regarding Lendlease (US) Construction, Inc.?s Notice of Deposition of Person Most Qualified: Exact Name changed from Chicago Title Insurance Company's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified; Request for Sanctions to Regarding Lendlease (US) Construction, Inc.?s Notice of Deposition of Person Most Qualified

01/02/2024 Updated -- Motion for Protective Order Regarding Lendlease (US) Construction, Inc.?s Notice of Deposition of Person Most Qualified: Name Extension: Regarding Lendlease (US) Construction, Inc.?s Notice of Deposition of Person Most Qualified ; Exact Name: blank

01/02/2024 Updated -- Motion for Protective Order Regarding Lendlease (US) Construction, Inc.?s Notice of Deposition of Person Most Qualified: Filed By: Chicago Title Insurance Company (Defendant); Result: Denied ; Result Date: 01/02/2024

01/02/2024 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Diana Whitesel, CSR # 6872; Signed and Filed by: Lendlease (US) Construction Inc. (Defendant)

01/02/2024 Defendant Lendlease (US) Construction Inc.'s Brief Regarding Costs Incurred to Bring Motion to Compel Compliance and to Cure Other Discovery Abuses by L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/02/2024 Declaration of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.?s Brief Regarding Costs Incurred to Bring Motion to Compel Compliance and to Cure Other Discovery Abuses by L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/02/2024 Minute Order (Hearing on Motion for Protective Order by Chicago Title Insur...)

01/02/2024 Hearing on Motion for Protective Order by Chicago Title Insurance Company, regarding Lendlease (US) Construction Inc's Notice of Deposition of Person Most Qualified and Request for Sanctions scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/02/2024; Result Type to Held

12/29/2023 Notice of Ruling from December 28, 2023 Hearing; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/29/2023 Chicago Title Insurance Company's Notice of Withdrawal of First Motion for Protective Order and All Sanctions Requests; Filed by: Chicago Title Insurance Company (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

12/28/2023 Updated -- Motion to Compel L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Request for Production of Documents: Name Extension changed from DEFENDANT LENDLEASE (US) CONSTRUCTION INC.S NOTICE OF MOTION AND MOTION TO COMPEL LA. DOWNTOWN INVESTMENT, L.P. COMPLIANCE WITH PRIOR DISCOVERY ORDERS AND REQUESTS FOR PRODUCTION OF

DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORIZES to LA Downtown Investment LP Compliance with Prior Discovery Orders and Request for Production of Documents ; Exact Name: blank

12/28/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Timothy J. McCoy, CSR # 4745; Signed and Filed by:

12/28/2023 Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 01/12/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/28/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 03/28/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/28/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 03/28/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/28/2023 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 03/28/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/28/2023 Final Status Conference (Phase 2) scheduled for 03/29/2024 at 10:00 AM in Spring Street Courthouse at Department 10

12/28/2023 Order to Show Cause Re: Why the Phase 2 Trial Date of April 9, 2024 Should Not Be Continued scheduled for 01/12/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/28/2023 Webcor Construction, LP's Response to Court Questions Re December 19, 2023 Tentative Ruling; Filed by: Webcor Construction, LP (Plaintiff)

12/28/2023 L.A. Downtown Investment, LP's Responses to Questions in the Court's December 18, 2023, Tentative Ruling; Filed by: L.A. Downtown Investment, LP (Defendant)

12/28/2023 Minute Order (Hearing on Motion to Compel LA Downtown Investment LP Complia...)

12/28/2023 Pursuant to written stipulation, Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) [for tracking purposes] scheduled for 01/03/2024 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 01/12/2024 09:00 AM

12/28/2023 On the Court's own motion, Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 12/28/2023 at 10:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 01/12/2024 09:00 AM

12/28/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 03/14/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/28/2024 09:00 AM

12/28/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 03/14/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/28/2024 09:00 AM

12/28/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 03/14/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/28/2024 09:00 AM

12/28/2023 On the Court's own motion, Final Status Conference (Phase 2) scheduled for 03/25/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/29/2024 10:00 AM

12/27/2023 Notice of Lis Pendens; Filed by: CMF, Inc. (Plaintiff)

12/27/2023 Omnibus Reply in Support of Chicago Title Insurance Company's Motions for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease; etc; Filed by: Chicago Title Insurance Company (Defendant)

12/27/2023 Chicago Title Insurance Company's Reply to Lendlease (US) Construction, Inc.'s Opposition to Chicago Title Insurance Company's Separate Statement in Support of Motion for Protective Order; Filed by: Chicago Title Insurance Company (Defendant)

12/22/2023 Hearing on Motion for Protective Order by Chicago Title Insurance Company scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 12/22/2023

12/21/2023 L.A. Downtown Investment, LP?s Responses To Webcor Construction, LP?s Evidentiary Objections To Declaration Of Mark L. Tuft In Support Of Ladi?s Opposition To Webcor?s Motion To Disqualify Greenberg Traurig, LLP; Filed by: L.A. Downtown Investment, LP (Defendant)

12/21/2023 Notice of Ruling from December 19, 2023 Hearing; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Lendlease (US) Construction Inc.?s Notice of Withdrawal of Motion to Compel Enenstein Glass and Rabbat?s Compliance With Subpoena for Production of Business Records; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Defendant Lendlease (Us) Construction Inc.?s Omnibus Opposition To Chicago Title Insurance Company?s Motions For Protective Order; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Declaration Of Oliver Gold In Support Of Lendlease (Us) Construction Inc.?s Omnibus Opposition To Chicago Title Insurance Company?s Motions For Protective Order; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Lendlease (Us) Construction Inc.?s Opposition To Chicago Title?s Separate Statement Iso Chicago Title?s Motion For Protective Order Regarding Lendlease?s Notice Of Deposition Of PMQ; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/21/2023 Hearing on Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Party on 12/15/2023

12/21/2023 Hearing on Motion - Other by Lendlease (US) Construction Inc. to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Party on 12/21/2023

12/20/2023 Non-Party Enenstein Pham Glass And Rabbat LLC?s Opposition To Defendant Lendlease (Us) Construction Inc.?s Motion To Compel Compliance With Subpoena For Production Of Business Records; Declarations Of Teri Pham And William Small; Filed by: Webcor Construction, LP (Plaintiff); Enenstein Pham Glass & Rabbat LLP (Non-Party)

12/20/2023 Non-Party Enenstein Pham Glass And Rabbat LLC?s Opposition To Defendant Lendlease (Us) Construction Inc.?s Motion To Compel Compliance With Subpoena For Production Of Business Records; Declarations Of Teri Pham And William Small; Filed by: Webcor Construction, LP (Plaintiff); Enenstein Pham Glass & Rabbat LLP (Non-Party)

12/19/2023 Hearing on Motion in Limine .[for LACC only] scheduled for 12/19/2023 at 05:00 PM in Spring Street Courthouse at Department 10

12/19/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR # 12272; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

12/19/2023 Hearing on Motion in Limine by L.A. Downtown Investment, LP Brief re: November 8, 2023 Privilege Instruction scheduled for 01/03/2024 at 01:30 PM in Spring Street Courthouse at Department 10

12/19/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) [for tracking purposes] scheduled for 01/03/2024 at 01:30 PM in Spring Street Courthouse at Department 10

12/19/2023 Updated -- Statement of Decision Documenting Undisputed or Settled Matters in the Phase 1 Trial: Status Date changed from 12/19/2023 to 12/19/2023 ; Result Date changed from 12/19/2023 to 12/19/2023

12/19/2023 Stipulation, Receipt and Order re: Release of Civil Exhibits; Signed and Filed by: Clerk

12/19/2023 Defendant Lendlease (US) Construction Inc.?s Reply In To L.A. Downtown Investment, L.P.?S Opposition To Lendlease?s Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/19/2023 Minute Order (Hearing on Motion to Disqualify Counsel by Webcor Constructio...)

12/19/2023 Statement of Decision Documenting Undisputed or Settled Matters in the Phase 1 Trial; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

12/19/2023 Updated -- Statement of Decision Documenting Undisputed or Settled Matters in the Phase 1 Trial: Filed By: Lendlease (US) Construction, Inc. (Plaintiff); Result: Granted ; Result Date: 12/19/2023

12/19/2023 Hearing on Motion in Limine .[for LACC only] scheduled for 12/19/2023 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 12/19/2023

12/19/2023 Pursuant to the request of defendant, Hearing on Motion to Disqualify Counsel by Webcor Construction, LP, as to Greenberg Traurig, LLP and Other Relief scheduled for 12/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 01/03/2024 01:30 PM

12/19/2023 Pursuant to the request of defendant, Hearing on Motion in Limine by L.A. Downtown Investment, LP Brief re: November 8, 2023 Privilege Instruction scheduled for 12/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 01/03/2024 01:30 PM

12/19/2023 Pursuant to the request of defendant, Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) [for tracking purposes] scheduled for 12/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 01/03/2024 01:30 PM

12/19/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 12/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 12/19/2023; Result Type to Held

12/18/2023 L.A. Downtown Investment, LP?s Response To Lendlease (Us) Construction, Inc.?s Improper ?Notice? Re: Briefing On Privilege Instructions; Filed by: L.A. Downtown Investment, LP (Defendant)

12/18/2023 Notice of Lodging [Proposed] Statement of Decision Documenting Undisputed or Settled Matters in the Phase 1 Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/15/2023 Notice Lendlease (US) Construction Inc.'s Notice of Withdrawal of Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Lendlease (US) Construction Inc. (Defendant)

12/14/2023 Webcor Construction, LP's Reply in Support of Motion to Disqualify Greenberg Traurig, LLP; Filed by: Webcor Construction, LP (Plaintiff)

12/14/2023 Plaintiff Webcor Construction, LP's Objection to Defendant Cross-Defendant L.A. Downtown Investment, LP's Declaration of Mark L. Tuft in Support of Opposition to Motion of Webcor Construction, LP to Disqualify Greenberg Traurig; Filed by: Webcor Construction, LP (Plaintiff)

12/14/2023 L.A. Downtown Investment, LP?s Reply in Support of Brief Re: November 8, 2023, Privilege Instruction; Filed by: L.A. Downtown Investment LP (Defendant)

12/14/2023 Chicago Title Insurance Company's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified; Request for Sanctions; Filed by: Chicago Title Insurance Company (Defendant)

12/14/2023 Separate Statement in Support of Chicago Title Insurance Company's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified; Filed by: Chicago Title Insurance Company (Defendant)

12/14/2023 Notice Regarding L.A. Downtown Investment LP Deposition Page 138 of 259 tions Relevant to Briefing on Privilege Instructions; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: L.A. Downtown Investment, LP (Defendant)

12/13/2023 Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 12/28/2023 at 10:30 AM in Spring Street Courthouse at Department 10

12/13/2023 L.A. Downtown Investments, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion to Compel L.A. Downtown Investment. LP's Compliance With Prior Discovery Orders and Requests for Production of Documents; Filed by: L.A. Downtown Investment LP (Defendant)

12/13/2023 Declaration of Morgan Kutzner in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents; Filed by: L.A. Downtown Investment LP (Defendant)

12/13/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents; Filed by: L.A. Downtown Investment LP (Defendant)

12/13/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents; Filed by: L.A. Downtown Investment LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Declarations Filed by Lendlease (US) Construction Inc. In Support of Motion to Compel Compliance With Prior Discovery Orders and Requests for Production of Documents; Filed by: L.A. Downtown Investment LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP's Opposition Lendlease (US) Construction, Inc.'s Separate Statement ISO Motion to Compel L.A. Downtown Investment, LP's Compliance With Prior Discovery Orders and Requests for Production of Documents; Filed by: L.A. Downtown Investment LP (Defendant)

12/13/2023 Proof of Service; Filed by: L.A. Downtown Investment LP (Defendant); As to: Lendlease (US) Construction Inc. (Plaintiff)

12/13/2023 L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Motion To Compel L.A. Downtown Investment, LP?s Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: L.A. Downtown Investment, LP (Defendant)

12/13/2023 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: L.A. Downtown Investment, LP (Defendant)

12/13/2023 Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: L.A. Downtown Investment, LP (Defendant); LA Downtown Investment, LP (Defendant)

12/13/2023 Declaration Of Morgan Kutzner In Support Of L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: L.A. Downtown Investment, LP (Defendant)

12/13/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

12/13/2023 L.A. Downtown Investment, LP?s Opposition To Lendlease (Us) Construction, Inc.?s Separate Statement Iso Motion To Compel L.A. Downtown Investment, LP?s Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: L.A. Downtown Investment, LP (Defendant)

12/13/2023 L.A. Downtown Investment, LP?s Evidentiary Objections To Declarations Filed By Lendlease (Us) Construction Inc. In Support Of Motion To Compel Compliance With Prior Discovery Orders And Requests For Production Of Documents; Filed by: L.A. Downtown Investment, LP (Defendant)

12/13/2023 Minute Order (Court Order Re: All Dec. 27 Events Moved to Dec. 28 @ 10:30 AM)

12/13/2023 On the Court's own motion, Hearing on Motion to Compel LA Downtown Investment LP Compliance with Prior Discovery Orders and Requests for Production of Documents scheduled for 12/27/2023 at 10:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 12/28/2023 10:30 AM

12/12/2023 Chicago Title Insurance Company's Objections To Lendlease?s Notice Of Ruling From December 8, 2023 Ex Parte Proceedings; Filed by: Chicago Title Insurance Company (Defendant)

12/11/2023 Notice of Ruling from November 30, 2023 Hearing; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/11/2023 Notice of Ruling from December 8, 2023 Ex Parte Hearing; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/11/2023 Notice of Pendency of Action (Lis Pendens); Filed by: CMF, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); L.A. Downtown Investment, LP (Doe 15) (Defendant)

12/11/2023 Proof of Service by Certified Mail/Return Receipt Requested; Filed by: CMF, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); L.A. Downtown Investment, LP (Doe 15) (Defendant); After Substituted Service of Summons and Complaint ?: No

12/11/2023 Updated -- Notice of Pendency of Action (Lis Pendens): Document changed from Notice of OSC (Name Extension) to Notice of Lis Pendens

12/08/2023 Updated -- Ex Parte Application to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on Its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted in Part ; Result Date: 12/08/2023

12/08/2023 Updated -- to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on Its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time: Name Extension: blank ; Exact Name changed from Lendlease (US)

Construction Inc's Ex Parte Application to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on Its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time

12/08/2023 Updated -- Ex Parte Application to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on Its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time: Name Extension: to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on Its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time ; Exact Name: blank

12/08/2023 Chicago Title Insurance Company's Opposition To Lendlease?s Ex Parte Application To Compel Attendance Of CTIC Person Most Knowledgeable At Deposition; Filed by: Chicago Title Insurance Company (Defendant)

12/08/2023 Chicago Title Insurance Company?s Request For Judicial Notice In Support Of Opposition To Lendlease?s Ex Parte Application To Compel Attendance Of CTIC Person Most Knowledgeable At Deposition; Filed by: Chicago Title Insurance Company (Defendant)

12/08/2023 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 03/14/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/08/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 03/14/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/08/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 03/14/2024 at 09:00 AM in Spring Street Courthouse at Department 10

12/08/2023 Hearing on Motion for Protective Order by Chicago Title Insurance Company, regarding Lendlease (US) Construction Inc's Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount of less than $8,527.50; scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10

12/08/2023 Hearing on Motion for Protective Order by Chicago Title Insurance Company scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10

12/08/2023 Notice of Recorded Lis Pendens; Recording Number: 20230854164 APN No. 5138-015-045; Filed by: Fetzers' Inc. (Plaintiff)

12/08/2023 Hearing on Motion for Protective Order by Chicago Title Insurance Company, regarding Lendlease (US) Construction Inc's Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount of less than $8,527.50; scheduled for 01/08/2024 at 02:00 PM in Spring Street Courthouse at Department 10

12/08/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alicia Renee Desmond, CSR # 13037; Signed and Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

12/08/2023 Minute Order (Hearing on Ex Parte Application by Lendlease (US) Constructio...)

12/08/2023 Hearing on Ex Parte Application by Lendlease (US) Construction Inc. to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time scheduled for 12/08/2023 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 12/08/2023; Result Type to Held - Motion Granted

12/08/2023 Pursuant to the request of moving party, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 02/01/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 03/14/2024 09:00 AM

12/08/2023 Pursuant to the request of moving party, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 02/01/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 03/14/2024 09:00 AM

12/08/2023 Pursuant to the request of moving party, Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 02/01/2024 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 03/14/2024 09:00 AM

12/08/2023 Pursuant to the request of moving party, Hearing on Motion for Protective Order by Chicago Title Insurance Company, regarding Lendlease (US) Construction Inc's Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount of less than $8,527.50; scheduled for 01/08/2024 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 01/02/2024 01:30 PM

12/07/2023 Lendlease (US) Construction Inc's Ex Parte Application to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on its Motion for Summary Adjudication, or in the Alternative, for an Order Shortening Time; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Chicago Title Insurance Company (Defendant)

12/07/2023 Declaration of Oliver Gold in Support of Lendlease (US) Construction Inc's Ex Parte Application to Compel Deposition of Chicago Title Insurance Company and to Continue the Hearing on its Motion for Summary Adjudication,; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/07/2023 Chicago Title Insurance Company's Notice of Motion and Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Notice of Deposition of Person Most Qualified and Request for Sanctions Against Lendlease in an Amount Not Less Than $8,527.50; Filed by: Webcor Construction , LP (Cross-Complainant)

12/07/2023 Hearing on Ex Parte Application by Lendlease scheduled for 12/08/2023 at 03:00 PM in Spring Street Courthouse at Department 10

12/06/2023 Response Webcor Construction, LP's Responsive Brief Re November 8, 2023 Privilege Instruction; Filed by: Webcor Construction, LP (Plaintiff)

12/06/2023 Declaration Declarations of Heather N. Blackinton, Patrick Kirby and John Harrington in Support of Webcor Construction, LP's

Responsive Brief re November 8, 2023 Privilege Log filed by Webcor Construction, LP Plaintiff

12/06/2023 Opposition L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration Declaration Of Morgan Kutzner In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration Declaration Of Todd Pickles In Support Of L.A. Downtown Investment, Lp?s Opposition To Webcor Construction, Lp?s Motion To Disqualify Greenberg Traurig, Llp As Counsel; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Declaration Declaration Of Mark L. Tuft In Support Of Opposition To Motion Of Webcor Construction, Lp, To Disqualify Greenberg Traurig, Llp; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

12/06/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

12/05/2023 Defendant Lendlease (US) Construction Inc.'s Notice of Motion and Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records; Memorandum of Points and Authorities; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/05/2023 Declaration of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/05/2023 Hearing on Motion to Compel Blank Rome LLP's Compliance with Subpoena for Production of Business Records scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10

12/04/2023 Defendant Lendlease (US) Construction Inc.'s Notice of Motion and Motion to Compel L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Request for Production of Documents; Memorandum of Points and Authorities; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Defendant Lendlease (US) Construction Inc.'s Separate Statement in Support of Motion to Compel L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Requests for Production of Documents; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Declaration of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, L.P. Compliance with Prior Discovery Orders and Requests for Production of Documents; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/04/2023 Declaration of Jeff Brandlin in Support of Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, L.P.'s Compliance with Prior Discovery Orders and Requests for Production of Documents; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Updated -- Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer: Exact Name changed from L.A. Downtown Investment, LP's Notice of Demurrer and Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer; Memorandum of Points and Authorities in Support to Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer

11/30/2023 Updated -- Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer: Filed By: L.A. Downtown Investment LP (Cross-Complainant); Result: Overruled ; Result Date: 11/30/2023

11/30/2023 Notice of Lodging [Proposed] Statement of Decision regarding Lendlease?s Claim against Oceanwide for Violation of the Prompt Payment Statutes Following Phase One Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Deanna Z. Haaker, CSR # 10309; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/30/2023 Hearing on Motion to Compel Compliance by Lendlease scheduled for 12/27/2023 at 10:30 AM in Spring Street Courthouse at Department 10

11/30/2023 Defendant Lendlease (US) Construction Inc.'s Notice of Motion and Motion to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records; Memorandum of Points and Authorities; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Declaration of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Motion to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/30/2023 Statement of Decision; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/30/2023 Hearing on Motion - Other by Lendlease (US) Construction Inc. to Compel Enenstein Pham & Glass's Compliance with Subpoena for Production of Business Records scheduled for 01/02/2024 at 01:30 PM in Spring Street Courthouse at Department 10

11/30/2023 Minute Order (Hearing on Demurrer - without Motion to Strike by L.A. Downto...)

11/30/2023 Statement of Decision Regarding Lendlease?s Claim Against Oceanwide for Violation of the Prompt Payment Statutes Following Phase One Trial; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/30/2023 Updated -- Statement of Decision Regarding Lendlease?s Claim Against Oceanwide for Violation of the Prompt Payment Statutes Following Phase One Trial: Filed By: Lendlease (US) Construction Inc. (Plaintiff); Result: Granted ; Result Date: 11/30/2023

11/30/2023 Hearing on Demurrer - without Motion to Strike by L.A. Downtown Investment LP, to Lendlease (US) Construction Inc's Second Amended Answer scheduled for 11/30/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/30/2023;

Result Type to Held

11/30/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 11/30/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 12/19/2023 09:00 AM

11/30/2023 Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 11/30/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/30/2023; Result Type to Held

11/29/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Carolyn Gregor, CSR # 2351; Signed and Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

11/29/2023 Defendant Lendlease (Us) Construction Inc.?S Ex Parte Application To Continue Phase Two Trial And Related Dates; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: L.A. Downtown Investment, LP (Defendant)

11/29/2023 Declaration Of Oliver Gold In Support Of Lendlease (Us) Construction Inc.?s Ex Parte Application To Continue Phase Two Trial And Related Dates; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/29/2023 Hearing on Ex Parte Application [for LACC purposes only] scheduled for 11/29/2023 at 05:00 PM in Spring Street Courthouse at Department 10

11/29/2023 Updated -- Ex Parte Application to Continue Phase Two Trial and Related Dates: Name Extension changed from DEFENDANT LENDLEASE (US) CONSTRUCTION INC.S EX PARTE APPLICATION TO CONTINUE PHASE TWO TRIAL AND RELATED DATES to to Continue Phase Two Trial and Related Dates ; Exact Name: blank

11/29/2023 Notice of Ruling from November 29, 2023 Ex Parte Hearing to Continue Phase Two Trial and Pretrial Deadlines; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/29/2023 Updated -- Ex Parte Application to Continue Phase Two Trial and Related Dates: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted in Part ; Result Date: 11/29/2023

11/29/2023 Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate) scheduled for 04/09/2024 at 10:00 AM in Spring Street Courthouse at Department 10

11/29/2023 Final Status Conference (Phase 2) scheduled for 03/25/2024 at 10:00 AM in Spring Street Courthouse at Department 10

11/29/2023 Minute Order (Hearing on Ex Parte Application by Lendlease (US) Constructio...)

11/29/2023 Hearing on Ex Parte Application [for LACC purposes only] scheduled for 11/29/2023 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 11/29/2023

11/29/2023 Hearing on Ex Parte Application by Lendlease (US) Construction Inc., to Continue Phase Two Trial and related deadlines scheduled for 11/29/2023 at 11:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 11/29/2023; Result Type to Held - Motion Granted

11/29/2023 Pursuant to the request of moving party, Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate) scheduled for 03/18/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 04/09/2024 10:00 AM

11/29/2023 Pursuant to the request of moving party, Final Status Conference (Phase 2) scheduled for 02/15/2024 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 03/25/2024 10:00 AM

11/28/2023 Lendlease (Us) Construction Inc.?s Objections To L.A. Downtown Investment, Lp?s Request For Judicial Notice In Support Of Its Demurrer To Lendlease (Us) Construction Inc.?s Second Amended Answer; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/28/2023 Declaration of Ryan C. Squire Regarding Trial Availability for Continued Phase 2 Trial; Filed by: Chicago Title Insurance Company (Defendant)

11/27/2023 Hearing on Ex Parte Application re: Trial Continuance scheduled for 11/29/2023 at 11:00 AM in Spring Street Courthouse at Department 10

11/22/2023 Informal Discovery Conference Report - Complex; Filed by: L.A. Downtown Investment, LP (Defendant); Lendlease (US) Construction, Inc. (Defendant)

11/22/2023 Declaration Declaration of Abby L. Bloetscher in Support of Lendlease's Position Statement for November 20, 2023 Informal Discovery Conference; Filed by: L.A. Downtown Investment, LP (Defendant); Lendlease (US) Construction, Inc. (Defendant)

11/21/2023 L.A. Downtown Investment, LP?s Reply In Support Of Demurrer To Lendlease (Us) Construction, Inc.?s Second Amended Answer; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

11/21/2023 Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP?s Reply In Support Of Demurrer To Lendlease (Us) Construction, Inc.?s Second Amended Answer; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

11/21/2023 Omnibus Proof Of Service; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

11/21/2023 Request For Judicial Notice In Support Of L.A. Downtown Investment, LP?s Reply In Support Of Demurrer To Lendlease (Us) Construction, Inc.?s Second Amended Answer; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

11/20/2023 Minute Order (Court Order Re: Stipulation and Order Stipulation and [Propos...)

11/17/2023 Brief L.A. Downtown Investment, LP's Brief Re: November 8, 2023, Privilege Instruction; Filed by: L.A. Downtown Investment, LP (Defendant)

11/16/2023 Updated -- Request for Dismissal with prejudice; re 20STCV20642 all causes of action except its mechanic's lien foreclosure: Name Extension: with prejudice; re 20STCV20642 all causes of action except its mechanic's lien foreclosure

11/15/2023 Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 11/30/2023 at 02:00 PM in Spring Street Courthouse at Department 10

11/15/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to the Second Amended Answer; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

11/15/2023 Declaration of Anna Avendano in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to Lendlease's Second Amended Answer; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

11/15/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication on Its First Cause of Action Against Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 2 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 1 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 3 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Omnibus Proof of Service Re: Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant); As to: Lexington Insurance Company (Plaintiff)

11/15/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication as to Webcor Construction LP, Pan-Pacific Mechanical, LLC, Bapko Metal, Inc., and Lendlease (US) Construction, Inc. Memorandum of Points and Authorities; Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc., Webcor Construction, LP, Pan-Pacific Mechanical, LLC, and Bapko Metal, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Webcor Construction LP, Pan-pacific Mechanical, LLC, Bapko Metal, Inc., and Lendlease (US) Construction, Inc. (Volume 1 of 1); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc., Webcor Construction, LP, Pan-pacific Mechanical, LLC, and Bapko Metal, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 4 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 7 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 5 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Evidence in Support of L.A. Downtown Investment, LP's Renewed Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 6 of 7); Filed by: L.A. Downtown Investment, LP (Defendant)

11/15/2023 Case numbers 19STCV03357, 23STCV26765 are related; case number 19STCV03357 is the lead case.

11/15/2023 Minute Order (Court Order Re: Notice of Related Case)

11/15/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

11/15/2023 Case numbers 23STCV26765, 19STCV03357 are related; case number 19STCV03357 is the lead case.

11/15/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...)

11/15/2023 Minute Order (Court Order Re: Continuance of Informal Discovery Conference ...)

11/15/2023 Pursuant to the request of defendant, Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 11/22/2023 at 11:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 11/30/2023 02:00 PM

11/14/2023 Notice of Ruling from November 9, 2023, Hearing and Trial; Filed by: L.A. Downtown Investment, LP (Defendant)

11/14/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 11/15/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 11/30/2023 02:00 PM

11/13/2023 Updated -- Notice of Related Case: Filed By: Chicago Title Insurance Company (Defendant); Result: Granted ; Result Date: 11/13/2023

11/13/2023 On the Complaint filed by Alamillo Rebar, Inc. on 06/01/2020, entered Request for Dismissal with prejudice filed by Alamillo Rebar, Inc. as to Webcore (US) Construction, Inc.,

11/13/2023 Stipulation to Admit Trial Exhibits into Evidence on November 9, 2023; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/13/2023 Webcor Construction, LP?s Supplemental Brief in Support of Motion to Disqualify Greenberg Traurig, LLP; Supplemental

11/13/2023 Order to Show Cause re: Payment of Waived Fees; by:

11/13/2023 ERROR with ROA message definition 129 with DismissalParty:3177467 resulted in empty message

11/09/2023 Updated -- Motion to Quash and Strike Doe Amendments: Filed By: L.A. Downtown Investment, LP (Doe 1) (Defendant); Result: Granted ; Result Date: 11/09/2023

11/09/2023 Updated -- Motion to Quash and Strike Doe Amendments: Result Date changed from 11/09/2023 to 11/09/2023

11/09/2023 Updated -- Motion to Disqualify Greenberg Traurig, LLP and Other Relief: Exact Name changed from Webcor Construction, LP's Notice of Motion and Motion to Disqualify Greenberg Traurig, LLP and other Relief; Memorandum of Points and Authorities to Motion to Disqualify Greenberg Traurig, LLP and Other Relief

11/09/2023 Stipulation - No Order to Admit Trial Exhibits Into Evidence on November 8, 2023; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/09/2023 Hearing on Motion in Limine by L.A. Downtown Investment, LP scheduled for 12/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10

11/09/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) [for tracking purposes] scheduled for 12/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10

11/09/2023 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: CMF, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); L.A. Downtown Investment, LP (Doe 15) (Defendant)

11/09/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Down...)

11/09/2023 Hearing on Motion to Disqualify Counsel Greenberg Traurig, LLP and Other Relief by Webcor Construction, LP scheduled for 12/12/2023 at 09:00 AM in Spring Street Courthouse at Department 10

11/09/2023 On the Court's own motion, Hearing on Motion to Disqualify Counsel Greenberg Traurig, LLP and Other Relief by Webcor Construction, LP scheduled for 12/12/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 12/19/2023 09:00 AM

11/09/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 11/15/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 11/15/2023 10:00 AM

11/09/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) scheduled for 11/09/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 11/09/2023; Result Type to Held - Continued

11/09/2023 Hearing on Motion to Quash by L.A. Downtown Investment, LP, and Strike Doe Amendments scheduled for 11/09/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 11/09/2023; Result Type to Held - Motion Granted

11/08/2023 Updated -- Motion to Quash and Strike Doe Amendments: Name Extension: and Strike Doe Amendments ; Exact Name: blank

11/08/2023 Updated -- Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI: Exact Name changed from No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI to Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI

11/08/2023 Updated -- Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI: Filed By: Lendlease (US) Construction Inc. (Plaintiff); Result: Denied ; Result Date: 11/08/2023

11/08/2023 Stipulation and Order to use Certified Shorthand Reporter Johnell Gallivan, CSR # 10505; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/08/2023 Hearing on Motion to Disqualify Counsel Greenberg Traurig, LLP and Other Relief by Webcor Construction, LP scheduled for 12/12/2023 at 09:00 AM in Spring Street Courthouse at Department 10

11/08/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) scheduled for 11/09/2023 at 09:30 AM in Spring Street Courthouse at Department 10

11/08/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Down...)

11/08/2023 Hearing on Motion to Disqualify Counsel Greenberg Traurig, LLP and Other Relief by Webcor Construction, LP scheduled for 12/12/2023 at 09:00 AM in Spring Street Courthouse at Department 10

11/08/2023 Address for Heather Nicole Blackinton (Attorney) updated

11/08/2023 Pursuant to oral stipulation, Informal Discovery Conference (IDC) scheduled for 11/08/2023 at 04:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 11/08/2023

11/08/2023 Minute Order (Informal Discovery Conference (IDC))

11/08/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment, LP, and Strike Doe Amendments scheduled for 11/15/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 11/09/2023 09:30 AM

11/08/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) scheduled for 11/08/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 11/08/2023; Result Type to Held - Continued

11/08/2023 Hearing on Motion in Limine No. 3 by Lendlease (US) Construction Inc., to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI scheduled for 11/08/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 11/08/2023; Result Type to Held - Motion Denied

11/07/2023 Updated -- Motion in Limine No. 1 to Limit Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re LADI's Role as Construction Lender: Exact Name changed from L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 1 to Limit

Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re Lapland's as Construction Lender to Motion in Limine No. 1 to
Limit Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re LADI's Role as Construction Lender

11/07/2023 L.A. Downtown Investment, LP's Brief Re: Admissibility of Written Evidence without Witness Testimony; Filed by: L.A. Downtown
Investment, LP (Defendant)

11/07/2023 Lendlease (US) Construction Inc.'s Motion in Limine No.3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary
Notice on Ladi; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/07/2023 Declaration of Meredith A. Jones-McKeown in Support of Lendlease (US) Construction Inc.'s Motion in Limine No.3 to Exclude
Evidence or Argument Regarding Lack of Service of Preliminary Notice on Ladi; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

11/07/2023 Exhibit List L.A. Downtown Investment, Lp?s Fourth Amended Exhibit List; Filed by: L.A. Downtown Investment, LP, a limited
partnership (Defendant)

11/07/2023 Stipulation Regarding Alamillo Rebar, Inc.?s Mechanic?s Lien for Phase Three Trial; Filed by: Lendlease (US) Construction Inc.
(Plaintiff)

11/07/2023 Updated -- No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI: Exact Name changed
from Lendlease (US) Construction Inc.'s Motion in Limine No.3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice
on Ladi to No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI

11/07/2023 Hearing on Motion in Limine No. 3 to Exclude Evidence or Argument Regarding Lack of Service of Preliminary Notice on LADI
scheduled for 11/08/2023 at 09:30 AM in Spring Street Courthouse at Department 10

11/07/2023 L.A. Downtown Investment, LP's Reply in Support of Motion to Quash and Strike Doe Amendments; Filed by: L.A. Downtown
Investment, LP (Defendant)

11/07/2023 Notice of Ruling from November 2, 2023 Hearing on Motions in Limine; Filed by: L.A. Downtown Investment, LP (Defendant)

11/07/2023 Oceanwide Plaza LLCs Objections To Proposed Statement Of Decision; Filed by: Oceanwide Plaza, LLC (Defendant)

11/07/2023 Notice of Related Case; Filed by: Chicago Title Insurance Company (Defendant)

11/07/2023 Lendlease (US) Construction Inc.'s Objections to L.A. Downtown Investment, LP's Notice of Ruling from November 2, 2023 Hearing
on Motions in Limine; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/07/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine No. 3 to Exclude Evidence of
Preliminary Notices Sent to Webcor by its Subcontractors and Suppliers; Filed by: L.A. Downtown Investment LP (Defendant)

11/07/2023 Webcor Construction, LP's Notice of Motion and Motion to Disqualify Greenberg Traurig, LLP and other Relief; Memorandum of
Points and Authorities; Filed by: Webcor Construction, L.P. (Defendant); As to: L.A. Downtown Investment LP (Defendant)

11/07/2023 Declaration of Heather N. Blackinton in Support of Webcor Construction, LP's Motion to Disqualify Greenberg Traurig, LLP and
other Relief; Filed by: Webcor Construction, L.P. (Defendant)

11/07/2023 Notice of Amended November 8, 2023 Exhibit List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/07/2023 Minute Order (Further Status Conference Re: Exhibits)

11/07/2023 Further Status Conference Re: Exhibits scheduled for 11/07/2023 at 01:30 PM in Spring Street Courthouse at Department 10
updated: Result Date to 11/07/2023; Result Type to Held

11/07/2023 Updated -- Event scheduled for 11/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Type changed from Jury Trial
to Non-Jury Trial

11/07/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs L.A. Downtown Investment, LP) scheduled for
11/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Rescheduled by Court was rescheduled to 11/08/2023 09:30
AM

11/06/2023 L.A. Downtown Investment, LP's Third Amended Exhibit List; Filed by: L.A. Downtown Investment LP (Defendant)

11/06/2023 Further Status Conference Re: Exhibits scheduled for 11/07/2023 at 01:30 PM in Spring Street Courthouse at Department 10

11/06/2023 Stipulation Regarding Testimony of L.A. Downtown Investment, L.P.'s President Kwok Yue "Mickey" Cheng at Phase Three Trial; Filed
by: Lendlease (US) Construction, Inc. (Defendant)

11/03/2023 Informal Discovery Conference (IDC) scheduled for 11/08/2023 at 04:00 PM in Spring Street Courthouse at Department 10

11/03/2023 Pursuant to written stipulation, Informal Discovery Conference (IDC) scheduled for 11/03/2023 at 02:30 PM in Spring Street
Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 11/08/2023 04:00 PM

11/03/2023 Minute Order (Informal Discovery Conference (IDC))

11/02/2023 Updated -- Lendlease (US) Construction Inc.'s Motion in Limine No. 1 to Exclude Evidence of Preliminary Notices Sent to Webcor by
its Sub-Subcontractors and Suppliers: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted in Part ; Result Date: 11/02/2023

11/02/2023 -- Lendlease (US) Construction Inc.'s Motion in Limine No. 2 to Exclude Evidence or Argument Regarding the Value of
Webcor's Lien: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Withdrawn ; Result Date: 11/02/2023

11/02/2023 Updated -- Motion in Limine No. 1 to Limit Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re LADI's Role
as Construction Lender: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Granted in Part ; Result Date: 11/02/2023

11/02/2023 Updated -- Motion in Limine No. 1 to Limit Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re LADI's Role
as Construction Lender: Filed By: L.A. Downtown Investment, LP (Defendant); Result changed from Granted in Part to Granted

11/02/2023 Notice of Rulings from October 30, 2023 Discovery Hearings; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/02/2023 Notice of Errata re: Declaration of Joe Wixom in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LPS Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/02/2023 Request for Dismissal; Filed by: Alamillo Rebar, Inc. (Plaintiff); As to: Oceanwide Plaza LLC, (Defendant); Webcore (US) Construction, Inc., (Defendant); L.A. Downtown Investment, LP (Doe 1) (Defendant)

11/02/2023 Request for Dismissal with prejudice; breach of contract (1st), and violation of prompt payment statutory duties (3rd) causes of action only in Webcor Construction LP's first amended complaint; Filed by: Webcor Construction, LP (Plaintiff)

11/02/2023 Minute Order (Final Status Conference (Phase 3); Hearing on Motion in Limin...)

11/02/2023 Final Status Conference (Phase 3) scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/02/2023; Result Type to Held

11/02/2023 Hearing on Motion in Limine No. 1 by L.A. Downtown Investment LP, to Limit Evidence and Arguments re Reliance and Exclude Evidence and Argument re LADI's Role as Construction Lender scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/02/2023; Result Type to Held

11/02/2023 Hearing on Motion in Limine No. 2 by L.A. Downtown Investments LP, for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness Testimony re Webcor's Due Diligence on the Construction Lender scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/02/2023; Result Type to Held

11/02/2023 Hearing on Motion in Limine No. 1 by Lendlease (US) Construction Inc, to Exclude Evidence of Preliminary Notices Sent to Webcor by Its Sub-subcontractors and Suppliers scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/02/2023; Result Type to Held

11/02/2023 Hearing on Motion in Limine No. 2 by Lendlease (US) Construction Inc, to Exclude Evidence or Argument Regarding the Value of Webcor's Lien scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/02/2023; Result Type to Held

11/01/2023 Hearing on Motion in Limine No. 1 by L.A. Downtown Investment LP, to Limit Evidence and Arguments re Reliance and Exclude Evidence and Argument re LADI's Role as Construction Lender scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10

11/01/2023 Hearing on Motion in Limine No. 2 by L.A. Downtown Investments LP, for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness Testimony re Webcor's Due Diligence on the Construction Lender scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10

11/01/2023 Hearing on Motion in Limine No. 2 by L.A. Downtown Investments LP, for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness Testimony re Webcor's Due Diligence on the Construction Lender scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10

11/01/2023 L.A. Downtown Investment, LP?s First Amended Exhibit List; Filed by: L.A. Downtown Investment, LP (Defendant)

11/01/2023 Status Report L.A. Downtown Investment, Lp?s Status Report For November 8, 2023 Trial; Filed by: L.A. Downtown Investment, LP (Defendant)

11/01/2023 L.A. Downtown Investment, LP?s Second Amended Exhibit List; Filed by: L.A. Downtown Investment, LP (Defendant)

11/01/2023 Consolidated Opposition to L.A. Downtown Investment, LP's Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration of Joe Wixom in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration of Scott Holbrook in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration of Carlos "Charlie" Reynoso in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration of David Sanner in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration of Anna Avendano in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Declaration of Theresa Crawford Tate in Support of Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion to Quash and Strike Doe Amendments; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2023 Hearing on Motion in Limine No. 1 by Lendlease (US) Construction Inc, to Exclude Evidence of Preliminary Notices Sent to Webcor by Its Sub-subcontractors and Suppliers scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10

11/01/2023 Hearing on Motion in Limine No. 2 by Lendlease (US) Construction Inc, to Exclude Evidence or Argument Regarding the Value of Webcor's Lien scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10

11/01/2023 Hearing on Motion in Limine No. 2 by L.A. Downtown Investments LP, for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness Testimony re Webcor's Due Diligence on the Construction Lender scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 11/01/2023

11/01/2023 Minute Order (Informal Discovery Conference (IDC) (LADI & Lendlease))

11/01/2023 Minute Order (Court Order Re: Notice of Related Case)

11/01/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

10/31/2023 Updated -- Notice of Related Case: Plaintiff Oceanwide Plaza, LLC (Complainant); Result: Denied ; Result Date: 10/31/2023

10/31/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine No.1 to Exclude Evidence of Preliminary Notices Sent to Webcor by its Subcontractors and Suppliers; Filed by: L.A. Downtown Investment LP (Defendant)

10/31/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine No. 2; Filed by: L.A. Downtown Investment LP (Defendant)

10/31/2023 Omnibus Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Oppositions to Lendlease (US) Construction Inc.'s Motion in Limine Nos. 1 and 2; Filed by: L.A. Downtown Investment LP (Defendant)

10/31/2023 Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion in Limine No. 2; Filed by: Lendlease (US) Construction, Inc. (Appellant)

10/31/2023 Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 11/22/2023 at 11:00 AM in Spring Street Courthouse at Department 10

10/31/2023 Updated -- Order To Allow Plaintiff, Defendant And Cross- Defendant Lendlease To Bring Electronic Equipment Into The Courtroom: Status Date changed from 10/31/2023 to 10/31/2023 ; Name Extension changed from [Proposed] Order To Allow Plaintiff, Defendant And Cross- Defendant Lendlease To Bring Electronic Equipment Into The Courtroom to To Allow Plaintiff, Defendant And Cross- Defendant Lendlease To Bring Electronic Equipment Into The Courtroom ; Result Date changed from 10/31/2023 to 10/31/2023

10/31/2023 Lendlease (US) Construction Inc.?s Opposition to L.A. Downtown Investment, LP?s Motion in Limine No. 1; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

10/31/2023 Exhibit List; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

10/31/2023 Order [Proposed] Order To Allow Plaintiff, Defendant And Cross- Defendant Lendlease To Bring Electronic Equipment Into The Courtroom; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/31/2023 Updated -- Order [Proposed] Order To Allow Plaintiff, Defendant And Cross- Defendant Lendlease To Bring Electronic Equipment Into The Courtroom: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 10/31/2023

10/31/2023 On the Court's own motion, Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 11/01/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 11/22/2023 11:00 AM

10/30/2023 Updated -- Motion for Protective Order Regarding Lendlease (US) Construction, Inc.?s Discovery Requests: Status Date changed from 10/30/2023 to 07/05/2023 ; Result Date: 10/30/2023

10/30/2023 Updated -- Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Request for Production of Documents to L.A. Downtown Investment, LP: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 10/30/2023

10/30/2023 Updated -- Defendant Lendlease (US) Contruction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Supplemental Response to Lendlease's Special Interrogatories: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 10/30/2023

10/30/2023 Notice of Entry of Order; Exhibit; Filed by: Oceanwide Plaza, LLC (Defendant)

10/30/2023 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Defendant)

10/30/2023 Informal Discovery Conference (IDC) scheduled for 11/03/2023 at 02:30 PM in Spring Street Courthouse at Department 10

10/30/2023 Updated -- Motion for Protective Order Regarding Lendlease (US) Construction, Inc.?s Discovery Requests: Status Date changed from 07/05/2023 to 10/30/2023 ; Filed By: L.A. Downtown Investment, LP (Defendant); Result: Granted in Part ; Name Extension: Regarding Lendlease (US) Construction, Inc.?s Discovery Requests ; Exact Name: blank

10/30/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Tanya D. McCowan, CSR # 10147; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

10/30/2023 Minute Order (Hearing on Motion - Other by Lendlease, to Compel L.A. Downto...)

10/30/2023 Hearing on Demurrer - without Motion to Strike by L.A. Downtown Investment LP, to Lendlease (US) Construction Inc's Second Amended Answer scheduled for 11/30/2023 at 02:00 PM in Spring Street Courthouse at Department 10

10/30/2023 Hearing on Demurrer - without Motion to Strike By: Defendant LADI scheduled for 11/15/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 10/30/2023

10/30/2023 Hearing on Motion - Other by Lendlease, to Compel L.A. Downtown Investment LP's Further Supplemental Response to Lendlease's Special Interrogatories; scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/30/2023; Result Type to Held

10/30/2023 Hearing on Motion for Protective Order by LADI, Regarding Lendlease (US) Construction Inc's Discovery Requests scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/30/2023; Result Type to Held

10/30/2023 Hearing on Motion - Other by Lendlease (US) Construction Inc, to Compel Further Responses to Requests for Production of Documents to L.A. Downtown Investment LP scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/30/2023; Result Type to Held

10/30/2023 Informal Discovery Conference (IDC) (Oceanwide & Lendlease) scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/30/2023; Result Type to Held

10/27/2023 L.A. Downtown Investment, LP's Notice of Demurrer and Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer; Memorandum of Points and Authorities in Support; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

10/27/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Demurrer to Lendlease (US) Construction, Inc.'s Second Amended Answer; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

10/27/2023 Compendium Of Evidence Lodged In Support Of Phase Three Claims For Foreclosure Of Webcor?s Lien For Unopposed Portion Of Phase Three Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.?s Phase Three Trial Brief; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.?s Witness List for Phase Three Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Notice of October 27, 2023 Exhibit List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Notice of Lodging Compendium of Evidence Lodged in Support of Phase Three Claims for Foreclosure of Mechanic?s Lien for Unopposed Portion of Phase Three Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 2 for November 8, 2023 Trial to Exclude Undisclosed Evidence and Witness Testimony Re Webcor's Due Diligence on the Construction Lender; Memorandum of Points and Authorities; Filed by: L.A. Downtown Investment, LP (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 1 to Limit Evidence and Arguments Re Reliance and Exclude Evidence and Argument Re Ladi's Role as Construction Lender; Filed by: L.A. Downtown Investment, LP (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Trial Brief for November 8, 2023, Trial; Filed by: L.A. Downtown Investment, LP (Defendant)

10/27/2023 Omnibus Declaration of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motions in Limine NOS. 1, 2; Filed by: L.A. Downtown Investment, LP (Defendant)

10/27/2023 L.A. Downtown Investment, LP's Exhibit List; Filed by: L.A. Downtown Investment, LP (Defendant)

10/27/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 1 to Exclude Evidence of Preliminary Notices Sent to Webcor by its Sub-Subcontractors and Suppliers; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration of Helen Lauderdale in Support of Lendlease (US) Construction Inc.'s Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Updated -- Stipulation and Order Joint Stipulation And Order Regarding Use Of Zoom At Phase Three Trial: Status Date changed from 10/27/2023 to 10/27/2023 ; Name Extension changed from Joint Stipulation And [Proposed] Order Regarding Use Of Zoom At Phase Three Trial to Joint Stipulation And Order Regarding Use Of Zoom At Phase Three Trial ; Result Date changed from 10/27/2023 to 10/27/2023

10/27/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 2 to Exclude Evidence or Argument Regarding the Value of Webcor's Lien; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Lendlease (US) Construction Inc.'s Request for Judicial Notice; Declaration of Meredith Jones-McKeown; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motion in Limine No. 2 to Exclude Evidence or Argument Regarding the Value of Webcor's Lien; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration of Heather Blackinton in Support of Lendlease (US) Construction Inc.'s Request for Judicial Notice; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Declaration of Christian A. Plue in Support of Lendlease (US) Construction Inc.'s Request for Judicial Notice; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Stipulation and Order Joint Stipulation And [Proposed] Order Regarding Use Of Zoom At Phase Three Trial; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/27/2023 Updated -- Stipulation and Order Joint Stipulation And [Proposed] Order Regarding Use Of Zoom At Phase Three Trial: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 10/27/2023

10/25/2023 Notice of Rulings From October 24, 2023 Trial Readiness Conference And Informal Discovery Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/25/2023 Minute Order (Nunc Pro Tunc Order)

10/25/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

10/25/2023 On the Court's own motion, Informal Discovery Conference (IDC) (LADi & Lendlease) scheduled for 10/25/2023 at 11:30 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 10/25/2023

10/25/2023 Minute Order (Informal Discovery Conference (IDC) (LADI & Lendlease))

10/24/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, and Strike Doe Amendments scheduled for 11/15/2023 at 09:00 AM in Spring Street Courthouse at Department 10

10/24/2023 Lendlease (US) Construction Inc.?s Objections To L.A. Downtown Investment, LP?s Notice Of Ruling From The October 16, 2023 Trial Readiness Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/24/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Kyle Miller, CSR # 13282; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/24/2023 Informal Discovery Conference (IDC) for LACC purposes only scheduled for 10/24/2023 at 05:00 PM in Spring Street Courthouse at Department 10

10/24/2023 Informal Discovery Conference (IDC) scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

10/24/2023 Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 11/01/2023 at 10:00 AM in Spring Street Courthouse at Department 10

10/24/2023 Informal Discovery Conference (IDC) (LADI & Lendlease) scheduled for 10/25/2023 at 11:30 AM in Spring Street Courthouse at Department 10

10/24/2023 Updated -- Eric V. Rowen (Attorney); Middle Name changed from Victor to V.

10/24/2023 Minute Order (Informal Discovery Conference (IDC); Trial Readiness Conferen...)

10/24/2023 Case numbers 23STCV13428, 19STCV03357 are related; case number 19STCV03357 is the lead case.

10/24/2023 Informal Discovery Conference (IDC) for LACC purposes only scheduled for 10/24/2023 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 10/24/2023

10/24/2023 Case numbers 23STCV13428, 19STCV03357 are related; case number 19STCV03357 is the lead case.

10/24/2023 On the Court's own motion, Informal Discovery Conference (IDC) scheduled for 10/24/2023 at 03:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 10/30/2023 10:00 AM

10/24/2023 Trial Readiness Conference (Webcor trial) scheduled for 10/24/2023 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/24/2023; Result Type to Held

10/23/2023 L.A. Downtown Investment, LP's Reply in Support of its Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Discovery Requests; Filed by: L.A. Downtown Investment, LP (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Declaration of Oliver M. Gold ISO Lendlease (US) Construction, Inc.'s Opposition to LADI's Motion for Protective Order; Filed by: L.A. Downtown Investment, LP (Defendant)

10/23/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment LP (Defendant); As to: Lendlease (US) Construction Inc. (Plaintiff)

10/23/2023 Lendlease's Omnibus Reply to LADI's Opposition to Lendlease's Motions to Compel Further Responses to RFPs and Special Interrogatories; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 Declaration of Abby L. Bloetscher in Support of Lendlease's Omnibus Reply to LADI's Opposition to Lendlease's Motions to Compel Further Responses to Requests for Production and Special interrogatories; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 Declaration of Anna C. Avendaço in Support of Lendlease's Omnibus Reply to LADI's Opposition to Lendlease's Motions to Compel Further Responses to Requests for Production and Special Interrogatories; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion to Quash and Strike Doe Amendments; Memorandum of Points and Authorities; Filed by: L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Request for Judicial Notice in Support of Notice of Motion and Motion to Quash and Strike Doe Amendments (Part 2 of 3); Filed by: L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Request for Judicial Notice in Support of Notice of Motion and Motion to Quash and Strike Doe Amendments (Part 3 of 3); Filed by: L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 Declaration of Todd Pickles in Support of L.A. Downtown Investment, LP's Motion to Quash and Strike Doe Amendments; Filed by: L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 L.A. Downtown Investment, LP's Request for Judicial Notice in Support of Notice of Motion and Motion to Quash and Strike Doe Amendments (Part 1 of 3); Filed by: L.A. Downtown Investment, LP (Doe 1) (Defendant)

10/23/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Doe 1) (Defendant); As to: Alamillo Rebar, Inc. (Plaintiff)

10/20/2023 Notice of Related Case; Filed by: Oceanwide Plaza, LLC (Cross-Defendant)

10/20/2023 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Cross-Defendant)

10/19/2023 Notice of Lodging [Proposed] Statement of Decision Regarding Lendlease?s Claim Against Oceanwide for Violation of the Prompt Payment Statutes Following Phase One Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/19/2023 Notice of Ruling; Filed by: L.A. Downtown Investment, LP (Defendant)

10/17/2023 Final Status Conference (Phase 3) scheduled for 11/02/2023 at 02:00 PM in Spring Street Courthouse at Department 10

10/17/2023 Trial Readiness Conference (Webcor trial) scheduled for 10/24/2023 at 03:00 PM in Spring Street Courthouse at Department 10

10/17/2023 Omnibus Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/17/2023 Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/17/2023 L.A. Downtown Investment, LP's Consolidated Opposition to Lendlease (US) Construction, Inc.'s Motions to Compel Further Responses to Requests for Production of Documents and Special Interrogatories; Filed by: L.A. Downtown Investment LP (Defendant)

10/17/2023 Declaration of Kwok Yue Cheng in Support of L.A. Downtown Investment, LP's Consolidated Opposition to Lendlease (US) Construction, Inc.'s Motions to Compel; Filed by: L.A. Downtown Investment LP (Defendant)

10/17/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment LP (Defendant); As to: Lendlease (US) Construction Inc. (Plaintiff)

10/17/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to Compel RFP, Set Three; Filed by: L.A. Downtown Investment LP (Defendant)

10/17/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to Compel SRog, Set Two; Filed by: L.A. Downtown Investment LP (Defendant)

10/17/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Consolidated Opposition to Lendlease (US) Construction,

10/17/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Gold and Brandlin Declarations Filed by Lendlease (US) Construction, Inc. in Support of Motions to Compel; Filed by: L.A. Downtown Investment LP (Defendant)

10/17/2023 On the Court's own motion, Trial Readiness Conference (Webcor trial) scheduled for 10/16/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Continued was rescheduled to 10/24/2023 03:00 PM

10/17/2023 Pursuant to oral stipulation, Final Status Conference (Phase 3) scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 11/02/2023 02:00 PM

10/17/2023 On the Court's own motion, Hearing on Demurrer - with Motion to Strike (CCP 430.10) the Amended Answer scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 10/16/2023

10/16/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Deanna Z. Haaker, CSR # 10309; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/16/2023 Informal Discovery Conference (IDC) scheduled for 10/24/2023 at 03:00 PM in Spring Street Courthouse at Department 10

10/16/2023 Minute Order (Court Order Re: Limited Continuance Approved)

10/16/2023 Pursuant to written stipulation, Informal Discovery Conference (IDC) scheduled for 10/16/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 10/24/2023 03:00 PM

10/16/2023 Minute Order (Trial Readiness Conference (Webcor trial))

10/13/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Lisa Day, CSR # 12960; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant); Lendlease (US) Construction, Inc. (Defendant)

10/13/2023 Trial Readiness Conference (Webcor trial) scheduled for 10/16/2023 at 01:30 PM in Spring Street Courthouse at Department 10

10/13/2023 Notice of Continued Remote Trial Readiness Conference by Zoom; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/13/2023 Second Amended Answer Of Lendlease (Us) Construction Inc. And Lendlease (Us) Construction Holdings, Inc. To L.A. Downtown Investment, LP?s Amended Cross- Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

10/13/2023 Witness List L.A. Downtown Investment, Lp?s Trial Witness List; Filed by: L.A. Downtown Investment, LP (Defendant)

10/13/2023 Minute Order (Trial Readiness Conference (Webcor trial))

10/13/2023 On the Court's own motion, Trial Readiness Conference (Webcor trial) scheduled for 10/13/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 10/16/2023 01:30 PM

10/12/2023 Notice of Lodging NOTICE OF LODGING; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/12/2023 Amended Omnibus Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.?s Motion to Compel L.A. Downtown Investment, LP?s Further Supplemental Response to Lendlease?s Special Interrogatories, Set Two and Requests for Production; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/12/2023 Amended Separate Statement in Support of Defendant Lendlease (US) Construction Inc.?s Motion to Compel Further Responses to Special Interrogatories to L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/12/2023 Updated -- Notice of Lodging: Name Extension: blank ; Exact Name: Notice of Lodging

10/11/2023 Joint Trial Readiness Statement; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/10/2023 Informal Discovery Conference (IDC) scheduled for 10/16/2023 at 01:30 PM in Spring Street Courthouse at Department 10

10/10/2023 Informal Discovery Conference (IDC) scheduled for 10/16/2023 at 01:30 PM in Spring Street Courthouse at Department 10

10/10/2023 Minute Order (Court Order Re: Request for Informal Discovery Conference)

10/10/2023 Informal Discovery Conference (IDC) scheduled for 10/16/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 10/10/2023

10/09/2023 Hearing on Motion - Other by Lendlease (US) Construction Inc, to Compel Further Responses to Requests for Production of Documents to L.A. Downtown Investment LP scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

10/09/2023 L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Discovery Requests; Filed by: L.A. Downtown Investment, LP (Defendant)

10/09/2023 Proof of Service; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

10/09/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s Discovery Requests; Filed by: L.A. Downtown Investment, LP (Defendant)

10/09/2023 Hearing on Motion - Other by Lendlease, to Compel L.A. Downtown Investment LP's Further Supplemental Response to Lendlease's Special Interrogatories; scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

10/09/2023 Updated -- Event scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Type changed from Hearing on Motion to Compel (name extension) to Hearing on Motion - Other (name extension)

10/09/2023 Hearing on Motion - Other by Lendlease, to Compel L.A. Downtown Investment LP's Further Supplemental Response to Lendlease's Special Interrogatories; scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

10/06/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Request for Production of Documents to L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: L.A. Downtown Investment, LP (Defendant)

10/06/2023 Separate Statement in Support of Defendant Lendlease (US) Construction Inc.'s Motions to Compel Further Responses to Request for Production of Documents to L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/06/2023 Declaration of Jeffrey E. Brandlin in Support of Lendlease (US) Construction Inc.'s Motions to Compel Further Responses to Demand for Production, Set Three, and Special Interrogatories, Set Two, to L.A. Downtown Investment, L.P; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/06/2023 Defendant Lendlease (US) Contruction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Supplemental Response to Lendlease's Special Interrogatories; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: L.A. Downtown Investment, LP (Defendant)

10/02/2023 Updated -- Request for Dismissal with prejudice; complaint in case no. 20STCV20757 as to ACCO Engineered System Inc only: Name Extension: with prejudice; complaint in case no. 20STCV20757 as to ACCO Engineered System Inc only

10/02/2023 Order to Show Cause re: Payment of Waived Fees; by:

09/29/2023 Notice of Ruling from September 27, 2023 Further Status Conference and Informal Discovery Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/28/2023 Trial Readiness Conference (Webcor trial) scheduled for 10/13/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/28/2023 Hearing on Motion to Compel by Lendlease (reserved) scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

09/28/2023 Hearing on Motion for Protective Order by LADI (reserved) scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

09/28/2023 Order Regarding Pending Discovery Motions; Signed and Filed by: Clerk; As to: Lendlease (US) Construction Inc. (Plaintiff); L.A. Downtown Investment LP (Defendant)

09/28/2023 Updated -- Order Regarding Pending Discovery Motions: Result: blank ; As To Parties changed from L.A. Downtown Investment LP (Defendant), Lendlease (US) Construction, Inc. (Plaintiff) to

09/28/2023 Hearing on Demurrer - with Motion to Strike (CCP 430.10) the Amended Answer scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

09/28/2023 Minute Order (Court Order granting Reconsideration on Court's own motion of...)

09/28/2023 Minute Order (Ruling on Submitted Matter)

09/28/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

09/27/2023 Lendlease (US) Construction Inc.?s Submission regarding LADI?s Void Deed of Trust; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/27/2023 Stipulation and Order to use Certified Shorthand Reporter Ann Cavin, CSR # 13189; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/27/2023 L.A. Downtown Investment, Lp?s Response To The Court?s September 26, 2023 Message; Filed by: L.A.Downtown Investment, LP (Defendant)

09/27/2023 Minute Order (Informal Discovery Conference (IDC); Further Status Conferenc...)

09/27/2023 Informal Discovery Conference (IDC) scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/27/2023; Result Type to Held

09/27/2023 Further Status Conference scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/27/2023; Result Type to Held

09/27/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/27/2023; Result Type to Held - Taken under Submission

09/27/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/27/2023; Result Type to Held - Taken under Submission

09/27/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/27/2023; Result Type to Held - Taken under Submission

09/26/2023 L.A. Downtown Investment, LP?s Objections to Lendlease (Us) Construction, Inc.?s Notice of Ruling from September 19, 2023 Phase One Trial; Filed by: L.A. Downtown Investment, LP (Defendant)

09/26/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/26/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/26/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/26/2023 Informal Discovery Conference (IDC) scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 09/26/2023

09/25/2023 Informal Discovery Conference; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/25/2023 Lendlease (US) Construction Inc.'s Notice of Intent to Introduce Expert Witness at Trial Pursuant to Code of Civil Procedure Sections 2034.210, et seq. Filed by: Lendlease (US) Construction, Inc. (Plaintiff); As to: Oceanwide Plaza LLC (Defendant)

09/25/2023 Notice of Ruling from September 19, 2023 Phase One Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/21/2023 On the Amended Complaint (1st) filed by Karcher Interior Systems, Inc., a California Corporation on 07/01/2020, entered Request for Dismissal with prejudice filed by Karcher Interior Systems, Inc. as to ACCO Engineereed Systems, Inc.

09/21/2023 Request for Dismissal; Filed by: Karcher Interior Systems, Inc. (Plaintiff); As to: ACCO Engineereed Systems, Inc. (Defendant)

09/19/2023 Updated -- Order Statement Of Decision With Finding On Lendlease (Us) Construction Inc.S Substantial Compliance With Contractor Licensure Requirement: Status Date changed from 09/19/2023 to 09/19/2023 ; Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Entered ; Name Extension changed from [Proposed] Statement Of Decision With Finding On Lendlease (Us) Construction Inc.S Substantial Compliance With Contractor Licensure Requirement to Statement Of Decision With Finding On Lendlease (Us) Construction Inc.S Substantial Compliance With Contractor Licensure Requirement ; Result Date: 09/19/2023 ; As To Parties:

09/19/2023 Hearing on Demurrer - without Motion to Strike By: Defendant LADI scheduled for 11/15/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/19/2023 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 02/01/2024 at 09:00 AM in Spring Street Courthouse at Department 10

09/19/2023 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Alamillo Rebar, Inc. (Plaintiff); As to: L.A. Downtown Investment, LP (Doe 1) (Defendant)

09/19/2023 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: XL Fire Protection Co. (Plaintiff); As to: L.A. Downtown Investment, LP, a limited partnership (Defendant)

09/19/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/19/2023 Minute Order (Order to Show Cause Re: Why the Recently Filed Doe and Roe Am...)

09/19/2023 Order [Proposed] Statement Of Decision With Finding On Lendlease (Us) Construction Inc.S Substantial Compliance With Contractor Licensure Requirement; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/19/2023 Order to Show Cause Re: Why the Recently Filed Doe and Roe Amendment by Fetzwers' Inc. & Star Hardware, Inc. Should Not Be Stricken for Failure to Comply With Case Management Order #1 scheduled for 09/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/19/2023; Result Type to Held

09/19/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 09/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 11/15/2023 09:00 AM

09/19/2023 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 10/31/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 02/01/2024 09:00 AM

09/18/2023 Star Hardware, Inc.'s Response Re OSC Re Why Star Hardware, Inc.'s Doe Amendment as to L.A. Downtown Investment, LP Should Not Be Striken; Declaration of Chelsea L. Zwart; Filed by: Star Hardware, Inc. (Plaintiff)

09/18/2023 Lendlease (US) Construction Inc.'s Reply Brief Regarding L.A. Downtown Investment, LP's Role as a Defendant in Lien Foreclosure Claims; Declaration of Helen Lauderdale; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/18/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Brief Re Failure to Name LADI as Defendant; Filed by: L.A. Downtown Investment, LP (Defendant)

09/18/2023 Brief Re: Order to Show Cause for Failure to File Timely Doe Amendments; Filed by: L.A. Downtown Investment, LP (Defendant)

09/15/2023 Fetzers' Inc.'s Response to OSC Re Doe Amendment; Filed by: Fetzers' Inc. (Plaintiff)

09/15/2023 Lendlease's Response to Ladi's Brief Regarding Civil Code Section 8204; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/15/2023 L.A. Downtown Investment, LP's Opposition to Webcor Construction LP's Brief Re: Preliminary Notice; Filed by: L.A. Downtown Investment, LP (Defendant)

09/15/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Brief Re: Preliminary Notice and Ladi's Actual Notice of Work; Filed by: L.A. Downtown Investment, LP (Defendant)

09/15/2023 Final Status Conference (Phase 3) scheduled for 10/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Order to Show Cause Re: Why the Recently Filed Doe and Roe Amendment by Fetzwers' Inc. & Star Hardware, Inc. Should Not Be Stricken for Failure to Comply With Case Management Order #1 scheduled for 09/19/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 02/01/2024 at 09:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 02/01/2024 at 09:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Informal Discovery Conference (IDC) (Lendlease & LADI Discovery Issues) scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Informal Discovery Conference (IDC) (Lendlease & LADI Discovery Issues) scheduled for 09/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Further Status Conference scheduled for 09/12/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/15/2023 Minute Order (Nunc Pro Tunc Order)

09/15/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

09/15/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 09/12/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 09/19/2023 09:00 AM

09/15/2023 Pursuant to oral stipulation, Final Status Conference (Phase 3) scheduled for 10/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 10/30/2023 10:00 AM

09/15/2023 Pursuant to the request of moving party, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 10/31/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 02/01/2024 09:00 AM

09/15/2023 Pursuant to the request of moving party, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 10/31/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 02/01/2024 09:00 AM

09/14/2023 Updated -- L.A. Downtown Investment, LP's Motion and Demurrer and to Strike Lendlease (US) Contruction, Inc.'s: Filed By: LA Downtown Investment, LP (Defendant),L.A. Downtown Investment LP (Cross-Complainant); Result: Denied ; Result Date: 09/14/2023

09/14/2023 Stipulation Regarding Consolidated List Of Exhibits Admitted Into Evidence During Trial Phase 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/14/2023 Declaration of Oliver M. Gold Attaching Previously Omitted Documents; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/14/2023 Lendlease (US) Construction Inc.'s Brief Regarding L.A. Downtown Investment, LP's Role as a Defendant in Lien Foreclosure Claims; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/14/2023 L.A. Downtown Investment, LP's Objections To Lendlease (Us) Construction, Inc.'s Amended Notice Of Ruling From September 12, 2023 Trial; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

09/14/2023 L.A. Downtown Investment, LP's Brief Re Failure to Seek to Foreclose LADI's Interest in Property; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2023 Briefing Re: LADI's Standing to Challenge Sums in Mechanics' Lien Where Not Entitled to Preliminary Notice; Filed by: Webcor Construction, LP (Plaintiff)

09/13/2023 Amended Notice of Ruling from September 12, 2023 Trial; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/13/2023 L.A. Downtown Investment, LP's Brief re Cal. Civ. Code 8402(a); Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2023 Joinder to L.A. Downtown Investment, LP's Brief re Cal. Civ. Code 8402(a); Filed by: L.A. Downtown Investment LP (Defendant)

09/13/2023 Lendlease (US) Construction, Inc.'s Brief Regarding Preliminary Notice and Ladi's Actual Notice of Work; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/13/2023 Notice of Ruling; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/13/2023 Minute Order (Nunc Pro Tunc Order)

09/13/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

09/12/2023 Updated -- Leanlease (US) Construction Inc.'s Motion in Limine No. 6: As To Parties:

09/12/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Amended Proposed Statement of Decision; Filed by: L.A. Downtown Investment LP (Defendant)

09/12/2023 Stipulation, Receipt and Order re: Release of Civil Exhibits; Signed and Filed by: Clerk

09/12/2023 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Fetzers' Inc. (Plaintiff); As to: LendLease (US) Construction, Inc. (Defendant); L.A. Downtown Investment, L.P. (Doe 12) (Defendant)

09/12/2023 Updated -- Order Re Evidence Received by Court Related to Undisputed Portions of Trial: Status Date changed from 09/12/2023 to 09/12/2023 ; Exact Name changed from [Proposed] Order Re Evidence Received by Court Related to Undisputed Portions of Trial to Order Re Evidence Received by Court Related to Undisputed Portions of Trial ; Result Date changed from 09/12/2023 to 09/12/2023 ; As To Parties:

09/12/2023 Stipulation to Admit Trial Exhibits Into Evidence on 09/08/2023; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/12/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...)

09/12/2023 [Proposed] Order Re Evidence Received by Court Related to Undisputed Portions of Trial; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/12/2023 Updated -- [Proposed] Order Re Evidence Received by Court Related to Undisputed Portions of Trial: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 09/12/2023

09/11/2023 Lendlease's Reply ISO Motion in Limine No. 6 and Objection to LADI's Surprise August 31 Filing; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/11/2023 Lendlease's Proposed Agenda for September 12, 2023 Trial Proceedings; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

09/11/2023 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Star Hardware, Inc. (Plaintiff); As to: L.A. Downtown Investments, LP [Doe 11] (Defendant)

Case 2:24-bk-11057-DS    Doc 86    Filed 03/29/24    Entered 03/29/24 12:40:39    Desc
Main Document    Page 153 of 259

09/11/2023 Notice of Lodging Amended [Proposed] Statement of Decision for Phase 1 Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/08/2023 Stipulation to Admit Trial Exhibits into Evidence on September 7, 2023; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/08/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 09/11/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Martin Bros./Marcowall, Inc. for Phase 1 Trial; Filed by: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Vacate Future Dates: No

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Star Hardware, Inc. for Phase 1 Trial; Filed by: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Vacate Future Dates: No

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Standard Drywall, Inc. for Phase 1 Trial; Filed by: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Vacate Future Dates: No

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with SASCO for Phase 1 Trial; Filed by: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Vacate Future Dates: No

09/08/2023 Corrected Notice of Settlement of Post-Termination Costs with Yesco LLC for Phase 1 Trial; Filed by: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Vacate Future Dates: No

09/08/2023 Proof of Service (not Summons and Complaint); Filed by: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

09/08/2023 Webcor Construction L.P.'s Objection to Admission of Evidence Related to Alleged Defect in Webcor's Work in Phase 1 Trial; Filed by: Webcor Construction, LP (Plaintiff)

09/08/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...)

09/08/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

09/08/2023 Hearing on Demurrer - with Motion to Strike (CCP 430.10) by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's First Amended Answer scheduled for 09/08/2023 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/08/2023; Result Type to Held

09/08/2023 Minute Order (Hearing on Demurrer - with Motion to Strike (CCP 430.10) by L...)

09/08/2023 On the Court's own motion, Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 09/11/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Clerical Error was rescheduled to 09/12/2023 09:00 AM

09/08/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 09/08/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/08/2023; Result Type to Held - Continued

09/07/2023 Updated -- Notice of Settlement: Filed By: Standard Drywall, Inc. (Plaintiff); Result: Granted ; Result Date: 09/07/2023

09/07/2023 Stipulation To Admit Trial Exhibits Into Evidence On September 6, 2023; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/07/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC)) scheduled for 09/08/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/07/2023 Notice of Settlement of Post-Termination Costs With MartinBros./Marcowall, Inc.for Phase 1 Trial; Filed by: Oceanwide Plaza, LLC (Defendant); Vacate Future Dates: No

09/07/2023 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Defendant); As to: Woodbridge Glass, Inc. (Plaintiff); Sasco (Defendant); Martin Bros./Marcowall, Inc. (Defendant) et al.

09/07/2023 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Defendant); As to: Woodbridge Glass, Inc. (Plaintiff); Sasco (Defendant); Martin Bros./Marcowall, Inc. (Defendant) et al.

09/07/2023 Notice of Settlement of Post-Termination Costs with Standard Drywall, Inc. for Phase 1 Trial; Filed by: Oceanwide Plaza LLC (Defendant); Vacate Future Dates: No

09/07/2023 Notice of Settlement of Post-Termination Costs with Standard Drywall, Inc. (as Kovach Subcontractor) for Phase 1 Trial; Filed by: Oceanwide Plaza LLC (Defendant); Vacate Future Dates: No

09/07/2023 Notice of Settlement of Post-Termination Costs with SASCO for Phase 1 Trial; Filed by: Oceanwide Plaza, LLC. (Defendant); Vacate Future Dates: No

09/07/2023 Notice of Settlement of Post-Termination Costs with Mitsubishi Electric US, Inc. for Phase 1 Trial; Filed by: Oceanwide Plaza, LLC (Defendant); Vacate Future Dates: No

09/07/2023 Notice of Settlement of Post-Termination Costs with YESCO LLC for Phase 1 Trial; Filed by: Oceanwide Plaza, LLC (Defendant); Vacate Future Dates: No

09/07/2023 Notice of Settlement of Post-Termination Costs with Star Hardware, Inc. for Phase 1 Trial; Filed by: Oceanwide Plaza, LLC (Defendant); Vacate Future Dates: No

09/07/2023 Notice of Settlement of Post-Termination Costs with Woodbridge Glass Inc. for Phase 1 Trial; Filed by: Oceanwide Plaza, LLC (Defendant); Vacate Future Dates: No

09/07/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...)

09/07/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC) scheduled for 09/07/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/07/2023; Result Type to Held - Continued

09/06/2023 Updated -- Stipulation and Order Joint Stipulation and Order Regarding Use of Zoom at Trial: Status Date changed from 09/06/2023 to 09/06/2023 ; Name Extension changed from Joint Stipulation and [Proposed] Order Regarding Use of Zoom at Trial to Joint Stipulation and

Order Regarding Use of Zoom at Trial ; Result Date changed from 09/06/2023 to 09/06/2023 ; As To Parties

09/06/2023 Stipulation To Admit Trial Exhibits Into Evidence On September 5, 2023; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/06/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC) scheduled for 09/07/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/06/2023 Lendlease (US) Construction Inc.'s Request for an Offer of Proof by Oceanwide Plaza LLC Regarding Unpaid Amounts Subject to Good Faith Dispute; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/06/2023 Brief Oceanwide's Brief Re: No Requirement For Written Notice Of "Good Faith Dispute" Exception To Prompt Payment Of Retention; Filed by: Oceanwide Plaza, LLC (Defendant)

09/06/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...)

09/06/2023 Stipulation and Order Joint Stipulation and [Proposed] Order Regarding Use of Zoom at Trial; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/06/2023 Updated -- Stipulation and Order Joint Stipulation and [Proposed] Order Regarding Use of Zoom at Trial: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 09/06/2023

09/06/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC) scheduled for 09/06/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/06/2023; Result Type to Held - Continued

09/05/2023 Lendlease (US) Construction Inc.'s Request for Judicial Notice; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/05/2023 Declaration of Oliver Gold in Support of Lendlease (US) Constructions, Inc.'s Request for Judicial Notice; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/05/2023 Supplemental Compendium Of Evidence Lodged In Support Of Phase One Claims For Foreclosure Of Mechanic's Liens For Unopposed Portion Of Phase One Of Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Notice Of Lodging Exhibits To Supplemental Compendium Of Evidence In Support Of Phase One Claims For Foreclosure Of Mechanic's Liens For Unopposed Portion Of Phase One Of Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Stipulation Regarding "Completion" Of Work For Purposes Of California Civil Code Section 8180; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide Plaza, LLC) scheduled for 09/06/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/05/2023 Non-Jury Trial scheduled for 09/05/2023 at 09:00 AM in Spring Street Courthouse at Department 10

09/05/2023 Stipulation Re Admission Of Evidence; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Notice of Settlement; Filed by: Standard Drywall, Inc. (Plaintiff); Vacate Future Dates: No

09/05/2023 Proof of Electronic Service via Case Anywhere; Filed by: Standard Drywall, Inc. (Plaintiff)

09/05/2023 Stipulation and Order to use Certified Shorthand Reporter Johnell Gallivan, CSR # 10505; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

09/05/2023 Notice of Ruling from September 1, 2023 Further Final Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/05/2023 Minute Order (Non-Jury Trial (Lendlease (US) Construction Inc. vs Oceanwide...)

09/05/2023 Updated -- Event scheduled for 09/05/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Type changed from Jury Trial to Non-Jury Trial

09/05/2023 Non-Jury Trial scheduled for 09/05/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 09/05/2023

09/05/2023 Non-Jury Trial scheduled for 09/05/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/05/2023; Result Type to Held - Continued

09/01/2023 Supplemental Briefing Clarifying Applicable Law Regarding Statute of Limitations Motion in Limine; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/01/2023 Notice of Settlement; Filed by: Yesco LLC (Plaintiff); Vacate Future Dates: No

09/01/2023 Notice of Settlement Between SASCO and Oceanwide Plaza, LLC; Filed by: SASCO (Plaintiff); Vacate Future Dates: No

09/01/2023 Notice of Settlement Between Star Hardware, Inc. and Oceanwide Plaza, LLC; Filed by: Star Hardware, Inc. (Plaintiff); Vacate Future Dates: No

09/01/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Johnell Gallivan, CSR # 10505; Signed and Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

09/01/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion in Limine No. 6; Filed by: L.A. Downtown Investment, LP (Defendant)

09/01/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion in Limine No. 6; Filed by: L.A. Downtown Investment, LP (Defendant)

09/01/2023 Webcor Construction L.P.'s Objection to Exclusion of Prejudgment Interest from Mechanics' Liens; Filed by: Webcor Construction, LP (Plaintiff)

09/01/2023 Notice of Settlement Between SASCO and Oceanwide Plaza, LLC; Filed by: SASCO (Defendant); Vacate Future Dates: No

09/01/2023 Mitsubishi Electric US, Inc.'s Notice of Non-Opposition to Defendant Oceanwide Plaza LLC's Phase 1 Trial; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); Vacate Future Dates: No

09/01/2023 Hearing on Motion in Limine no. 6 by Lendlease (US) Construction Inc Regarding Evidence of Lien Amounts Relating Back More Than 20 Days Before the Preliminary Notice Date scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

09/01/2023 Notice of Entry of Dismissal and Proof of Service; Filed by: The Nevell Group, Inc (Plaintiff)

09/01/2023 Minute Order (Final Status Conference; Hearing on Motion in Limine no. 4 b...)

09/01/2023 Final Status Conference scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held

09/01/2023 Hearing on Motion in Limine no. 4 by Oceanwide Plaza LLC regarding contractual interpretation of work authorization release scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held

09/01/2023 Hearing on Motion in Limine no. 1 by Oceanwide Plaza LLC (Election of Remedies & Res Judicata) scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held

09/01/2023 Hearing on Motion in Limine no. 2 by Oceanwide Plaza LLC (Statute of Limitations on Prompt Payment Penalties) scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held

09/01/2023 Hearing on Motion in Limine no. 3 by Oceanwide Plaza LLC (Contractual Waiver on Penalties on Progress Payments) scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held - Motion Denied

09/01/2023 Hearing on Motion in Limine no. 5 by Lendlease (US) Construction, Inc. to preclude evidence of claims released by Oceanwide scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held

09/01/2023 Hearing on Motion in Limine no. 6 by Lendlease (US) Construction Inc Regarding Evidence of Lien Amounts Relating Back More Than 20 Days Before the Preliminary Notice Date scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2023; Result Type to Held

08/31/2023 Leanlease (US) Construction Inc.'s Motion in Limine No. 6; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 Oceanwide Plaza LLC's Reply in Support of Motion In Limine No. 1; Filed by: Oceanwide Plaza, LLC (Defendant)

08/31/2023 Oceanwide's Reply In Support of Motion In Limine No. 2; Filed by: Oceanwide Plaza, LLC (Defendant)

08/31/2023 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Defendant)

08/31/2023 Oceanwide's Reply In Opposition to Lendlease Motion in Limine No. 5; Filed by: Oceanwide Plaza, LLC (Defendant)

08/31/2023 Declaration of Greg Mowbray in Support of Oceanwides Opposition to Lendlease Motion In Limine No. 5; Filed by: Oceanwide Plaza, LLC (Defendant)

08/31/2023 Oceanwide's Reply In Support Of Motion In Limine No. 3; Filed by: Oceanwide Plaza, LLC (Defendant)

08/31/2023 L.A. Downtown Investment, LP's Reply in Support of Demurrer to Lendlease (US) Construction, Inc.'s First Amended Answer; Filed by: L.A. Downtown Investment, LP (Defendant)

08/31/2023 Notice of Lodging Lendlease's and Oceanwide's Joint Exhibit List and Joint Witness List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 August 31, 2023 Joint Witness List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/31/2023 L.A. Downtown Investment, LP's Submission on Subcontractor Lien Amounts; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

08/31/2023 Proof of Service (not Summons and Complaint) Re [Proposed] Order Regarding Outstanding Discovery Motions; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Final Status Conference scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/30/2023 Hearing on Motion in Limine no. 4 by Oceanwide Plaza LLC regarding contractual interpretation of work authorization release scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/30/2023 Hearing on Motion in Limine no. 1 by Oceanwide Plaza LLC (Election of Remedies & Res Judicata) scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/30/2023 Hearing on Motion in Limine no. 2 by Oceanwide Plaza LLC (Statute of Limitations on Prompt Payment Penalties) scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/30/2023 Hearing on Motion in Limine no. 3 by Oceanwide Plaza LLC (Contractual Waiver on Penalties on Progress Payments) scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/30/2023 Hearing on Motion in Limine no. 5 by Lendlease (US) Construction Inc. to preclude evidence of claims released by Oceanwide scheduled for 09/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/30/2023 Lendlease (US) Construction Inc.'s Opposition to Oceanwide Plaza LLC's Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Declaration of Oliver Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 On the Amended Complaint (1st) filed by The Nevell Group, Inc on 03/25/2020, entered Request for Dismissal without prejudice filed by The Nevell Group, Inc, causes The Nevell Group, Inc.&#39;s Second Cause of Action for Quantum Meruit Against Oceanwide Plaza, LLC Only

08/30/2023 Request for Dismissal; Filed by: The Newell Group, Inc. (Plaintiff)

08/30/2023 Updated -- Request for Dismissal: As To Parties:

08/30/2023 Lendlease (US) Construction Inc.'s Opposition to Oceanwide Plaza LLC's Motion in Limine No. 2; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Declaration of Jeffrey Arfsten in Support of Lendlease (US) Construction Inc.'s Opposition to Oceanwide's Motion in Limine No. 2; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Compendium of Subcontractor Declarations Regarding Lien Value; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/30/2023 Notice of Ruling from August 28, 2023 Continued Discovery Hearing; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Lendlease (US) Construction Inc.'s Opposition to Oceanwide Plaza LLC's Motion in Limine No. 3; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Declaration of Helen J. Lauderdale in Opposition to Oceanwide Plaza's Motion in Limine No. 3; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Updated -- Order to Allow Defendant Lendlease to Bring Electronic Equipment into the Courtroom: Status Date changed from 08/29/2023 to 08/29/2023 ; Name Extension changed from [PROPOSED] ORDER TO ALLOW DEFENDANT LENDLEASE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM to ORDER TO ALLOW DEFENDANT LENDLEASE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM ; Exact Name changed from [Proposed] Order to Allow Defendant Lendlease to Bring Electronic Equipment into The Courtroom to Order to Allow Defendant Lendlease to Bring Electronic Equipment into the Courtroom ; Result Date changed from 08/29/2023 to 08/29/2023 ; As To Parties:

08/29/2023 Lendlease (US) Construction Inc.'s Motion in Limine No.5; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Declaration of Jeffrey Arfsten in Support of Lendlease (US) Construction Inc.'s Motion in Limine No.5; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Compendium of Evidence Lodged In Support Of Phase One Claims For Foreclosure Of Mechanic's Liens For Unopposed Portion Of Phase One Of Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Notice Of Lodging Exhibits To Compendium Of Evidence In Support Of Phase One Claims For Foreclosure Of Mechanic's Liens For Unopposed Portion Of Phase One Of Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Declaration Of Meredith Jones-McKeown In Support Of Compendium Of Evidence Lodged In Support Of Phase One Claims For Foreclosure Of Mechanic's Liens For Unopposed Portion Of Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Lendlease (Us) Construction Inc.'s Notice Of Request For Judicial Notice In Support Of Phase One Claims For Foreclosure Of Mechanic's Liens For Unopposed Portion Of Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Oceanwide Plaza LLC.'s Motion in Limine No. 4; Filed by: Oceanwide Plaza, LLC (Defendant)

08/29/2023 Declaration of John Foust In Support of Oceanwide Plaza LLC's Motions in Limine No. 4; Filed by: Oceanwide Plaza, LLC (Defendant)

08/29/2023 Minute Order (Mandatory Settlement Conference (MSC) For Dept.10)

08/29/2023 [Proposed] Order to Allow Defendant Lendlease to Bring Electronic Equipment into The Courtroom; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/29/2023 Updated -- [Proposed] Order to Allow Defendant Lendlease to Bring Electronic Equipment into The Courtroom: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 08/29/2023

08/29/2023 Mandatory Settlement Conference (MSC) For Dept.10 scheduled for 08/29/2023 at 11:00 AM in Spring Street Courthouse at Department 12 updated: Result Date to 08/29/2023; Result Type to Held

08/28/2023 Updated -- L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Parties Blank Rome LLP and Enenstein Pham & Glass: Filed By: L.A. Downtown Investment LP (Defendant); Result: Denied ; Result Date: 08/28/2023 ; As To Parties:

08/28/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Yolanda Tanner, CSR # 12785; Signed and Filed by: L.A. Downtown Investment LP (Cross-Complainant); L.A. Downtown Investment, LP (Defendant); L.A. Downtown Investment, LP (Cross-Defendant); L.A. Downtown Investment, L.P., a California limited partnership (Defendant); L.A Downtown Investment, LP (Defendant); L.A. Downtown Investment LP (Defendant); L.A. Downtown Investment, LP (Defendant); L.A. Downtown Investment, L.P. (Defendant); L.A. Downtown Investment, LP (Defendant); L.A. Downtown Investment LP (Defendant); L.A. Downtown Investment, LP (Defendant); L.A. Downtown Investment LP (Defendant); L.A. Downtown Investment, LP, a California limited partnership (Defendant); Downtown Investment, LP, a California limited partnership (Defendant); L.A. Downtown Investment, LP (Cross-Defendant); L.A. Downtown Investment, LP (DOE 31) (Defendant); L.A. Downtown Investment, LP (Defenda

08/28/2023 Notice of Ruling from August 25, 2023 Final Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/28/2023 Minute Order (Hearing on Ex Parte Application by L.A. Downtown Investment L...)

08/28/2023 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/28/2023; Result Type to Held

08/28/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/28/2023; Result Type to Held

08/28/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department

10 updated: Result Date to 08/28/2023; Result Type to Held

08/28/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/28/2023; Result Type to Held - Motion Denied

08/28/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/28/2023; Result Type to Held - Motion Denied

08/28/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/28/2023; Result Type to Held

08/28/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/28/2023; Result Type to Held - Motion Denied

08/25/2023 Updated -- L.A. Downtown Investment, LP's Motion in Limine No. 2: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Denied ; Result Date: 08/25/2023

08/25/2023 Updated -- L.A. Downtown Investment, LP's Motion in Limine No. 4: Filed By: Webcor Construction, LP (Plaintiff),L.A. Downtown Investment, LP (Defendant); Result: Denied ; Result Date: 08/25/2023

08/25/2023 Updated -- L.A. Downtown Investment, LP's Motion in Limine No. 1: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Denied ; Result Date: 08/25/2023

08/25/2023 Updated -- L.A. Downtown Investment, LP's Motion in Limine No. 3: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Granted ; Result Date: 08/25/2023

08/25/2023 Updated -- Lendlease (US) Construction Inc.'s Motion in Limine No. 1: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 08/25/2023

08/25/2023 Updated -- Lendlease (US) Construction Inc.'s Motion in Limine No. 3: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 08/25/2023

08/25/2023 Updated -- Oceanwide Plaza LLC's Motion in Limine No. 3: As To Parties:

08/25/2023 Updated -- Declaration of John Foust in Support of Oceanwide Plaza LLC's Motion in Limine No. 2: As To Parties:

08/25/2023 Updated -- Oceanwide Plaza LLC's Motion in Limine No. 2: As To Parties:

08/25/2023 Updated -- Request for Judicial Notice Re Oceanwide Plaza LLC's Motions in Limine: As To Parties:

08/25/2023 Updated -- Declaration of May Wan in Support of Oceanwide Plaza LLC's Motion in Limine No. 1: As To Parties:

08/25/2023 Updated -- Oceanwide Plaza LLC's Motion in Limine No. 1: As To Parties:

08/25/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to the First Amended Answer; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/25/2023 Declaration of Oliver Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Demurrer to the First Amended Answer; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/25/2023 Updated -- Stipulation and Order to use Certified Shorthand Reporter Yolanda Tanner, CSR # 12785: Document changed from Order Appointing Court Approved Reporter as Official Reporter Pro Tempore to Stipulation and Order to use Certified Shorthand Reporter ; As To Parties:

08/25/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Michelle G. Cooper, CSR # 13572; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

08/25/2023 Stipulation and Order to use Certified Shorthand Reporter Yolanda Tanner, CSR # 12785; Signed and Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

08/25/2023 Minute Order (Hearing on Motion in Limine no. 1 by Lendlease (US) Construct...)

08/25/2023 Hearing on Motion in Limine no. 1 by Lendlease (US) Construction Inc., to exclude L.A. Downtown Investment LP from purporting to challenge the values of liens already agreed upon with Oceanwide Plaza LLC; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Motion Granted

08/25/2023 Final Status Conference (Phase 1) scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Continued

08/25/2023 Hearing on Motion in Limine no. 1 by L.A. Downtown Investment LP, to preclude arguments and evidence about certain work performed on the project; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Motion Denied

08/25/2023 Hearing on Motion in Limine no. 2 by L.A. Downtown Investment LP, to exclude testimony of Richard K. Hollowell scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Motion Denied

08/25/2023 Hearing on Motion in Limine no. 2 by Lendlease (US) Construction Inc., to exclude the testimony L.A. Downtown Investment LP's expert witness Todd Pennington; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held

08/25/2023 Hearing on Motion in Limine no. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Motion Granted

08/25/2023 Hearing on Motion in Limine no. 3 by Lendlease (US) Construction Inc., to exclude evidence or argument regarding Lendlease's financial status; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Motion Granted

08/25/2023 Hearing on Motion in Limine no. 4 by L.A. Downtown Investment LP, to exclude evidence of Lendlease (US) Construction Inc. for failure to comply with demand for bill of particulars, or, in the alternative, motion for further account and bill of particulars; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held - Motion Denied

08/25/2023 Hearing on Motion in Limine no. 4 by Lendlease (US) Construction Inc., to exclude certain testimony of Todd Pennington; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/25/2023; Result Type to Held

08/24/2023 Joint Agenda for Phase One Final Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/24/2023 L.A. Downtown Investment, LP's Brief On Its Participation In The Phase One Trial Starting September 5, 2023, And Notice Of Withdrawal Of Witness List And, Likely, Exhibit List; Filed by: L.A. Downtown Investment LP (Defendant)

08/24/2023 Oceanwide Plaza LLC's Motion in Limine No. 1; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration of John Foust in Support of Oceanwide Plaza LLC's Motion in Limine No. 1; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration of Gregory Mowbray in Support of Oceanwide Plaza LLC's Motion in Limine No. 1; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration of May Wan in Support of Oceanwide Plaza LLC's Motion in Limine No. 1; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Request for Judicial Notice Re Oceanwide Plaza LLC's Motions in Limine; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Oceanwide Plaza LLC's Motion in Limine No. 2; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Declaration of John Foust in Support of Oceanwide Plaza LLC's Motion in Limine No. 2; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Oceanwide Plaza LLC's Motion in Limine No. 3; Filed by: Oceanwide Plaza, LLC (Defendant)

08/24/2023 Status Report; Filed by: L.A. Downtown Investment, LP (Defendant)

08/24/2023 Declaration DECLARATION OF JULIANNA M. SIMON IN SUPPORT OF L.A. DOWNTOWN INVESTMENT, LP'S STATUS REPORT RE: OUTSTANDING DISCOVERY MOTIONS; Filed by: L.A. Downtown Investment, LP (Defendant)

08/24/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lexington Insurance Company (Plaintiff) et al.

08/24/2023 Bapko Metal, Inc., Trial Exhibit List; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant)

08/24/2023 ACCO Engineered Systems, Inc., Trial Exhibit List; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/24/2023 Martin Bros./Marcowall, Inc. Trial Exhibit List; Filed by: Martin Bros./Marcowall Inc. (Defendant)

08/24/2023 Witness List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/24/2023 Lendlease (Us) Construction Inc.'s Submission on Pending Discovery Motions And Ex Parte; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/24/2023 Declaration of Abby L. Bloetscher in Support of Lendlease (Us) Construction Inc.'s Submission on Discovery Motions and Ex Parte; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/23/2023 Lendlease (Us) Construction Inc.'s Notice of August 23, 2023 Exhibit List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/23/2023 Amended Proof of Service to Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 3 to Exclude Evidence and Arguments about Challenges to Its Deed of Trust; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/23/2023 Joinder to L.A. Downtown Investment, LP's Oppositions to Lendlease (Us) Construction, Inc.'s Motion in Limine Nos. 1, 2 And 4; Filed by: L.A. Downtown Investment LP (Defendant)

08/22/2023 Updated -- L.A. Downtown Investment, LP's Motion in Limine No. 5: Filed By: L.A. Downtown Investment LP (Defendant); Result: Denied ; Result Date: 08/22/2023

08/22/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander T. Joko, CSR #12272; Signed and Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

08/22/2023 Hearing on Motion in Limine no. 1 by Lendlease (US) Construction Inc., to exclude L.A. Downtown Investment LP from purporting to challenge the values of liens already agreed upon with Oceanwide Plaza LLC; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Final Status Conference (Phase 1) scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion in Limine no. 1 by L.A. Downtown Investment LP, to preclude arguments and evidence about certain work performed on the project; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion in Limine no. 2 by L.A. Downtown Investment LP, to exclude testimony of Richard K. Hollowell scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion in Limine no. 2 by Lendlease (US) Construction Inc., to exclude the testimony L.A. Downtown Investment LP's expert witness Todd Pennington; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion in Limine no. 3 by L.A. Downtown Investment LP, to preclude certain argument regarding Lendlease's financial status; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion in Limine no. 4 by L.A. Downtown Investment LP, to exclude evidence of Lendlease (US) Construction Inc. for failure to comply with demand for bill of particulars, or, in the alternative, motion for further account and bill of particulars; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion in Limine no. 4 by Lendlease (US) Construction Inc., to exclude certain testimony of Todd Pennington; scheduled for 08/25/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/28/2023 at 09:30 AM in Spring Street Courthouse at Department 10

08/22/2023 Joinder Ro L.A. Downtown Investment, LP's Exhibit List And Supplemental Exhibit List; Filed by: L.A. Downtown Investment LP (Defendant)

08/22/2023 Lendlease (Us) Construction Inc.'s Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 3 To Exclude Evidence And Arguments About Challenges To Its Deed Of Trust; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Opposition of Martin Bros./Marcowall, Inc. to LADI's Motion in Limine No. 1 re Evidence re Certain Work Performed on the Project; Filed by: Martin Bros./Marcowall, Inc. (Plaintiff)

08/22/2023 Opposition of Martin Bros./Marcowall, Inc. to LADI's Motion in Limine No. 4 for Lendlease 's Failure to Comply with Demand for Bill of Particulars; Filed by: Martin Bros./Marcowall, Inc. (Plaintiff)

08/22/2023 Opposition of ACCO Engineered Systems, Inc. and Bapko Metal, Inc.'s to LADI's Motion in Limine No. 1 re Evidence re Certain Work Performed on the Project; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/22/2023 Lendlease (US) Construction Inc.'s Opposition To L.A. Downtown Investment, LPS Motion in Limine No. 2 to Exclude Testimony of Richard K. Hollowell; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Lendlease (US) Construction Inc.'s Opposition to Motion in Limine No. 4 Of L.A. Downtown Investment, LP to Exclude Evidence for Failure to Comply with Demand for Bill of Particulars; Declarations of Phil Hamblin and Helen Lauderdale; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Notice of Ruling From August 22,2023 Hearing; Filed by: L.A. Downtown Investment, LP (Defendant)

08/22/2023 L.A. Downtown Investment, LP's Response To Lendlease (Us) Construction, Inc.'s Motion In Limine No. 3 To Exclude Evidence Or Argument Regarding Lendlease's Financial Status; Filed by: L.A. Downtown Investment LP (Defendant)

08/22/2023 L.A. Downtown Investment, LP's Statement Of Opposition To Lendlease (Us) Construction, Inc.'s Motion In Limine No. 4 To Exclude Certain Testimony Of Todd Pennington; Filed by: L.A. Downtown Investment LP (Defendant)

08/22/2023 L.A. Downtown Investment, LP's Opposition To Lendlease (Us) Construction, Inc.'s Motion In Limine No. 2 To Exclude Certain Testimony Of Expert Witness Todd Pennington; Filed by: L.A. Downtown Investment, LP (Defendant)

08/22/2023 Lendlease (Us) Construction Inc.'s Opposition To L.A. Downtown Investment, Lp's Motion In Limine No. 1 To Preclude Arguments And Evidence About Certain Work Performed On The Project; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Omnibus Declaration Of Oliver Gold In Support Of Lendlease (Us) Construction Inc.'s Oppositions To L.A. Downtown Investment, Lp's Motions In Limine Nos. 1-4; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/22/2023 Minute Order (Hearing on Motion in Limine no. 5 by L.A. Downtown Investment...)

08/22/2023 Hearing on Motion in Limine no. 5 by L.A. Downtown Investment LP, to preclude arguments and evidence about non-lienable work; scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/22/2023; Result Type to Held - Motion Denied

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 1 by Lendlease (US) Construction Inc., to exclude L.A. Downtown Investment LP from purporting to challenge the values of liens already agreed upon with Oceanwide Plaza LLC; scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 - Continued was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/28/2023 09:30 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 4 by A. Downtown Investment LP, to exclude evidence of Lendlease (US) Construction Inc. for failure to comply with demand for bill of particulars, or, in the alternative, motion for further account and bill of particulars; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 1 by L.A. Downtown Investment LP, to preclude arguments and evidence about certain work performed on the project; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 2 by L.A. Downtown Investment LP, to exclude testimony of Richard K. Hollowell scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 2 by Lendlease (US) Construction Inc., to exclude the testimony L.A. Downtown Investment LP's expert witness Todd Pennington; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 3 by Lendlease (US) Construction Inc., to exclude evidence or argument regarding Lendlease's financial status; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 4 by Lendlease (US) Construction Inc., to exclude certain testimony of Todd Pennington; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Hearing on Motion in Limine no. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/22/2023 On the Court's own motion, Final Status Conference (Phase 1) scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 09:00 AM

08/21/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 5; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 Declaration of Oliver Gold in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 5; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 L.A. Downtown Investment, LP's Exhibit List; Filed by: L.A. Downtown Investment, LP (Defendant)

08/21/2023 Lendlease (US) Construction Inc's Notice of Exhibit List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 Declaration of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Notice Of LADI's Discovery Abuse; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/21/2023 Notice of Ruling on Los Angeles Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication Against Lendlease (US) Construction, Inc. and the Subcontractor Plaintiffs; Filed by: Sharpe Interior Systems Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

08/21/2023 Opposition L.A. Downtown Investment, Lp's Opposition To Lendlease (Us) Construction Inc.'S Motion In Limine No. 1; Filed by: L.A. Downtown Investment, LP (Defendant)

08/21/2023 Declaration Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, Lp's Opposition To Lendlease (Us) Construction, Inc.S Motion In Limine No. 1; Filed by: L.A. Downtown Investment, LP (Defendant)

08/21/2023 On the Complaint filed by Comet Electric, Inc. on 11/15/2021, entered Request for Dismissal with prejudice filed by Comet Electric, Inc. as to THE NEVEL GROUP, INC., a California corporation, WEBCOR CONSTRUCTION L.P., a California limited partnership, MARCOWALL, INC., a California corporation, BAPKO METAL, INC., a California corporation, TROVER CONTRACTING COMPANY, INC., a California corporation, Advanced Cable Solutions, Inc.., a California corporation, WOODBRIDGE GLASS, INC., a California corporation, SHAW &amp; SONS, INC., a

California corporation, Sasco, a California corporation, UNIVERSITY MECHANICAL AND ENGINEERING CONTRACT... limited liability company, L.A. DOWNTOWN INVESTMENT, L.P., a California limited partnership, ALAMO REBAR, INC., a California corporation, J.T. WIMSATT CONTRACTING COMPANY, INC., a California corporation, STRUCTURAL SHOCRETE SYSTEMS, INC., a California corporation, FETZERS INC., a California corporation, MARTIN BROS., a business entity, form unknown, Oceanwide Plaz

08/21/2023 Request for Dismissal; Filed by: Comet Electric, Inc. (Plaintiff); As to: THE NEVEL GROUP, INC., a California corporation (Defendant); WEBCOR CONSTRUCTION L.P., a California limited partnership (Defendant); MARCOWALL, INC., a California corporation (Defendant) et al.

08/21/2023 Joinder; Filed by: Sharpe Interior Systems Inc. (Defendant)

08/21/2023 Opposition Opposition of Martin Bros./Marcowall, Inc. to LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence About Non-Lienable Work; Filed by: Martin Bros./Marcowall, Inc. (Plaintiff)

08/21/2023 Exhibit List; Filed by Martin Bros./Marcowall, Inc. (Plaintiff)

08/21/2023 Opposition Opposition Of Acco Engineered Systems, Inc. and Bapko Metal Inc. to Ladi's Motion in Limine NO.5 to preclude Arguments and Evidence About Non- Lienable Work; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

08/21/2023 Exhibit List; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

08/21/2023 Notice Appendix Of Other Authorities In Support Of Opposition To Ladi's Motion In Limine No. 5; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant); As to: L.A. Downtown Investment, LP (Cross-Defendant)

08/21/2023 Exhibit List; Filed by: Martin Bros./Marcowall, Inc. (Plaintiff)

08/21/2023 Exhibit List; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

08/21/2023 Trial Brief Oceanwide Plaza LLC's Phase One Trial Brief; Filed by: Oceanwide Plaza, LLC (Defendant)

08/21/2023 Pursuant to the request of moving party, Hearing on Motion in Limine No. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust; scheduled for 08/23/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2023 10:00 AM

08/18/2023 Updated -- L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication Against Lendlease (US) Construction, Inc. and Subcontractor Plaintiffs; Filed By: L.A. Downtown Investment LP (Defendant); Result: Denied ; Result Date: 08/18/2023 ; As To Parties changed from Lendlease (US) Construction Inc. (Plaintiff) to Lendlease (US) Construction Inc. (Plaintiff)

08/18/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Dianne McGivern, CSR # 7576; Signed and Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant); Lendlease (US) Construction, Inc. (Cross-Defendant); Lendlease (US) Construction, Inc. (Cross-Defendant)

08/18/2023 Request for Dismissal (NOT ENTERED) Please indicate if a fee waiver was granted or not by the court. See section 2. Filed by: Comet Electric, Inc. (Plaintiff)

08/18/2023 L.A. Downtown Investment, LP's Phase One Trial Brief; Filed by: L.A. Downtown Investment LP (Defendant)

08/18/2023 Lendlease (US) Construction Inc. & The Subcontractors' Joint Phase One Trial Brief; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/18/2023 Notice of joinder (Name Extension) and Joinder to L.A. Downtown Investment, LP's Trial Brief; Filed by: L.A. Downtown Investment LP (Defendant); As to: L.A. Downtown Investment LP (Defendant)

08/18/2023 Minute Order (Hearing on Joinder to Motion for Summary Judgment / Adjudicat...)

08/18/2023 Hearing on Joinder to Motion for Summary Judgment / Adjudication [JOINDER] by Chicago Title Insurance Co., to L.A. Downtown Investment LP's MSA against Lendlease (US) Construction Inc. Lendlease (US) Construction Inc. and Subcontractor Plaintiffs scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/18/2023; Result Type to Held - Motion Denied

08/18/2023 Hearing on Motion for Summary Judgment and Summary Adjudication by L.A. Downtown Investment LP, against Lendlease (US) Construction Inc, and Subcontractor Plaintiffs scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/18/2023; Result Type to Held - Motion Denied

08/18/2023 Updated -- Trial Scheduling Order: Exact Name changed from [Proposed] Trial Scheduling Order to Trial Scheduling Order ; As To Parties:

08/16/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Ingrid J. Saracione, CSR #1196; Signed and Filed by: Lendlease (US) Construction Holdings Inc. (Defendant)

08/16/2023 Hearing on Motion in Limine no. 1 by L.A. Downtown Investment LP, to preclude arguments and evidence about certain work performed on the project; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion in Limine no. 2 by L.A. Downtown Investment LP, to exclude testimony of Richard K. Hollowell scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion in Limine no. 3 by L.A. Downtown Investment LP, to exclude evidence and arguments about challenges to its deed of trust; scheduled for 08/23/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion in Limine no. 4 by L.A. Downtown Investment LP, to exclude evidence of Lendlease (US) Construction Inc. for failure to comply with demand for bill of particulars, or, in the alternative, motion for further account and bill of particulars; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion in Limine no. 1 by Lendlease (US) Construction Inc., to exclude L.A. Downtown Investment LP from purporting to challenge the values of liens already agreed upon with Oceanwide Plaza LLC; scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse

08/16/2023 Hearing on Motion in Limine no. 2 by Lendlease (US) Construction Inc., to exclude the testimony L.A. Downtown Investment LP's expert witness Todd Pennington; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion in Limine no. 3 by Lendlease (US) Construction Inc., to exclude evidence or argument regarding Lendlease's financial status; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion in Limine no. 4 by Lendlease (US) Construction Inc., to exclude certain testimony of Todd Pennington; scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/16/2023 Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 1 of 6); Filed by: L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 5 of 6); Filed by: L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 6 of 6); Filed by: L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 2 of 6); Filed by: L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 4 of 6); Filed by: L.A. Downtown Investment, LP (Defendant)

08/16/2023 Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5 to Preclude Arguments and Evidence about Non-Lienable Work (Vol 3 of 6); Filed by: L.A. Downtown Investment, LP (Defendant)

08/16/2023 Proof of Service Re Declaration of Todd Pennington in Support of LADI's Motion in Limine No. 5; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

08/16/2023 Notice of Ruling on L.A. Downtown Investment, LP's Ex Parte Application; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/16/2023 Minute Order (Hearing on Ex Parte Application by L.A. Downtown Investment L...)

08/16/2023 On the Court's own motion, Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 08/22/2023 09:00 AM

08/16/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/22/2023 09:00 AM

08/16/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/22/2023 09:00 AM

08/16/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/22/2023 09:00 AM

08/16/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/22/2023 09:00 AM

08/16/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/22/2023 09:00 AM

08/16/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/22/2023 09:00 AM

08/15/2023 Updated -- Stipulation and Request for Order Retaining Jurisdiction to Enforce a Settlement Agreement Pursuant to CCP 664.6; Order Thereon: As To Parties changed from Comet Electric, Inc. (Defendant) to Comet Electric, Inc. (Defendant)

08/15/2023 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/16/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 2; Filed by: L.A. Downtown Investment, LP (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 3; Filed by: L.A. Downtown Investment, LP (Defendant)

08/15/2023 Omnibus Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motions in Limine Nos. 1-3; Filed by: L.A. Downtown Investment, LP (Defendant)

08/15/2023 Omnibus Proof of Service Re: L.A. Downtown Investment, LP's Motions in Limine Nos. 1, 2 and 3; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 4; Filed by: Webcor Construction, LP (Plaintiff); L.A. Downtown Investment, LP (Defendant)

08/15/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motion in Limine No. 3; Filed by: L.A. Downtown Investment, LP (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 1; Filed by: L.A. Downtown Investment, LP (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Declaration of Meredith Jones-McKeown in Support of Lendlease (US) Construction Inc.'s Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 2; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Omnibus Declaration of Meredith Jones-McKeown in Support of Lendlease (US) Construction Inc.'s Motions in Limine Nos. 2-4; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 3; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Lendlease (US) Construction Inc.'s Motion in Limine No. 4; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 L.A. Downtown Investment, LP's Motion in Limine No. 5; Filed by: L.A. Downtown Investment LP (Defendant)

08/15/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motion in Limine No. 5; Filed by: L.A. Downtown Investment LP (Defendant)

08/15/2023 Declaration of Todd Pennington in Support of L.A. Downtown Investment, LP's Motion in Limine No. 5; Filed by: L.A. Downtown Investment LP (Defendant)

08/15/2023 Stipulation on Lendlease (US) Construction Inc's Motions in Limine; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/15/2023 Hearing on Motion in Limine (Reserved) scheduled for 08/22/2023 at 09:00 AM in Spring Street Courthouse at Department 10

08/15/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/16/2023 09:00 AM

08/15/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/16/2023 09:00 AM

08/15/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/16/2023 09:00 AM

08/15/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/16/2023 09:00 AM

08/15/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at

08/15/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/16/2023 09:00 AM

08/15/2023 On the Court's own motion, Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/16/2023 09:00 AM

08/14/2023 Sasco's Witness List for Phase 1 Trial; Filed by: Sasco, a California corporation (Defendant)

08/14/2023 Enclos Corp's List of Witness- Phase I Trial; Filed by: Enclos Corp., a Minnesota corporation (Defendant)

08/14/2023 Yesco LLC DBA Yesco Signs LLC's Witness List for Phase 1 Trial; Filed by: YESCO LLC., (Defendant)

08/14/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR # 12272; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

08/14/2023 Updated -- Stipulation and Request for the Court to Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP 664.6; Order Thereon: Status Date changed from 08/14/2023 to 08/14/2023 ; Exact Name changed from Stipulation and Request for the Court to Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP 664.6; [Proposed] Order Thereon to Stipulation and Request for the Court to Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP 664.6; Order Thereon ; Result Date changed from 08/14/2023 to 08/14/2023 ; As To Parties changed from Comet Electric, Inc. (Defendant) to Comet Electric, Inc. (Defendant)

08/14/2023 Notice of Ruling from August 14, 2023 Hearing; Filed by: L.A. Downtown Investment, LP (Defendant)

08/14/2023 Minute Order (Trial Readiness Conference; Hearing on Motion for Protective ...)

08/14/2023 Stipulation and Request for the Court to Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP 664.6; [Proposed] Order Thereon; Signed and Filed by: Sasco (Defendant); As to: Comet Electric, Inc. (Defendant)

08/14/2023 Updated -- Stipulation and Request for the Court to Retain Jurisdiction to Enforce the Settlement Agreement Pursuant to CCP 664.6; [Proposed] Order Thereon: Filed By: Sasco (Defendant); Result: Granted ; Result Date: 08/14/2023

08/14/2023 Trial Readiness Conference scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/14/2023; Result Type to Held

08/11/2023 Sharpe Interior Systems, Inc.'s Witness List for Phase 1 Trial; Filed by: Sharpe Interior Systems, Inc. (Plaintiff)

08/11/2023 Notice of Hearing on L.A. Downtown Investment, LP's Motion to Strike and Demurrer to Lendlease (US) Construction, Inc's First Amended Answer; Filed by: L.A. Downtown Investment, LP (Cross-Defendant); As to: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

08/11/2023 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/11/2023 Standard Drywall, Inc.'s Witness List for Phase 1 Trial; Filed by: Standard Drywall, Inc. (Plaintiff)

08/11/2023 Defendant Acco Engineered Systems, Inc.'s Witness List; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/11/2023 Defendant Bapko Metal, Inc. Witness List; Filed by: Bapko Metal, Inc. (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Notice of Withdrawal of Motion for Summary Judgment Against Yesco LLC; Filed by: L.A. Downtown Investment LP (Defendant)

08/11/2023 Defendant Martin Bros./Marcowall's Witness List; Filed by: Martin Bros./Marcowall, Inc (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Evidentiary Objections to Subcontractor Plaintiffs' Evidence in Opposition to Motion for Summary Judgment; Filed by: L.A. Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Response to Johnson Controls Fire Protection, LP's Additional "Material Facts" in Opposition to Motion for Summary Judgment; Filed by: L.A. Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Reply in Support of Motion for Summary Judgment; Filed by: L.A. Downtown Investment, LP (Defendant)

08/11/2023 Opposition to LA Downtown Investment, LP's Ex Parte Application for Order Precluding Use of Evidence Produced by Lendlease (US) Construction Inc. and Continuing Trial; Filed by: Standard Drywall, Inc. (Plaintiff)

08/11/2023 Proof of Electronic Service via Case Anywhere; Filed by: Standard Drywall, Inc. (Plaintiff)

08/11/2023 L.A. Downtown Investment, LP's Response to Subcontractor Plaintiffs Additional "Material Facts" in Opposition to Motion for Summary Judgment; Filed by: L.A. Downtown Investment, LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Response to Woodbridge Glass, Inc.'s Additional "Material Facts" in Opposition to Motion for Summary Judgment; Filed by: LA Downtown Investment, LP (Defendant)

08/11/2023 Lendlease (US) Construction Inc. & Twenty-One Subcontractors' Joint Phase One Trial Readiness Brief; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Lendlease (US) Construction Inc.'s Brief Regarding Jury and Bench Triable Issues; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Lendlease (US) Construction Inc.'s Opposition to LA. Downtown Investment, LP's Ex Parte Application for Order Precluding Use of Evidence Produced by Lendlease and Continuing Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Opposition to LA. Downtown Investment, LP's Ex Parte Application for Order Precluding Use of Evidence Produced by Lendlease and Continuing Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Declaration of Abby L. Bloetscher in Support of Lendlease (US) Construction Inc.'s Opposition to LA. Downtown Investment, LP's Ex Parte Application for Order Precluding Use of Evidence Produced by Lendlease and Continuing Trial; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/11/2023 Supplemental Brief of Acco Engineered Systems, Inc. and Bapko Metal, Inc. Re: Lendlease (US) Construction, Inc.'s Joint Phase I Trial Readiness Brief; Filed by: Bapko Metal, Inc.(DOE 18) (Deadiness); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

08/11/2023 Notice Of Joinder And Joinder To L.A. Downtown Investment, LP's Submission Re Questions To Be Resolved At Phase I Trial; Filed by: L.A. Downtown Investment LP (Defendant); As to: L.A. Downtown Investment LP (Defendant)

08/11/2023 L.A. Downtown Investment, LP's Submission Re Questions to be Resolved at Phase I Trial; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction (Plaintiff)

08/11/2023 L.A. Downtown Investment, LP's Ex Parte Application For Order Precluding Use Of Evidence Produced By Lendlease (Us) Construction, Inc. And Continuing Trial; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lexington Insurance Company (Plaintiff) et al.

08/11/2023 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, LP's Ex Parte Application For Order Precluding Use Of Evidence Produced By Lendlease (Us) Construction, Inc. And Continuing Trial; Filed by: L.A. Downtown Investment, LP (Defendant)

08/11/2023 Hearing on Demurrer - with Motion to Strike (CCP 430.10) by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's First Amended Answer scheduled for 09/08/2023 at 01:30 PM in Spring Street Courthouse at Department 10

08/10/2023 Lendlease (US) Construction Inc.'s Witness List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/10/2023 L.A. Downtown Investment, LP's Trial Witness List; Filed by: L.A. Downtown Investment LP (Defendant)

08/10/2023 Notice of Ruling on Discovery Motion and Status Conference Matters; Filed by: Webcor Construction, LP (Plaintiff)

08/09/2023 Notice of Errata Regarding Declaration of Heather N. Blackinton in Support of Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease; Filed by: Webcor Construction, LP (Plaintiff); As to: Webcor Construction, LP (Plaintiff)

08/09/2023 L.A. Downtown Investment, LP's Motion and Demurrer and to Strike Lendlease (US) Contruction, Inc.'s; Filed by: L.A. Downtown Investment LP (Cross-Complainant); LA Downtown Investment, LP (Defendant)

08/09/2023 Declaration of Julianna M. Simon in Support of L.A. Downtown Investment, LP's Motion to Strike and Demurrer's to Lendlease (US) Construction, Inc.'s; Filed by: L.A. Downtown Investment LP (Cross-Complainant); LA Downtown Investment, LP (Defendant)

08/07/2023 Notice of Ruling on Webcor Construction, L.P.'S Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

08/07/2023 Notice of Mandatory Settlement Conference; Filed by: Webcor Construction, LP (Plaintiff); As to: Webcor Construction, LP (Plaintiff)

08/07/2023 Lendlease (US) Construction Inc.'s Notice of Posting Jury Fees; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/04/2023 Updated -- Motion of Webcor Construction L.P. to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions: Filed By: Webcor Construction, LP (Plaintiff); Result: Denied ; Result Date: 08/04/2023

08/04/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Dianne M. McGivern, CSR # 7576; Signed and Filed by: LENDLEASE (US) CONSTRUCTION INC., a Florida corporation (Defendant)

08/04/2023 Declaration Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 5 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 6 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 8 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 7 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 9 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Declaration Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 10 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Johnson Controls Fire Protection LP's Opposition To L.A. Downtown Investment, LP's Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc. And Subcontractor Plaintiffs; Filed by: Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Proof of Service; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Oceanwide Plaza LLC (Defendant); Lendlease (US) Constuction, Inc. (Defendant); L.A. Downtown Investment, LP (Defendant) et al.

08/04/2023 Johnson Controls Fire Protection LP's Reply To Separate Statement Of Undisputed Material Facts In Support Of L.A. Downtown Investment, Lp's Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc. And; Filed by: Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Declaration of Dennis G. Cosso; Filed by: Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Declaration of John P. Mitchell; Filed by: Johnson Controls Fire Protection LP (Plaintiff)

08/04/2023 Defendant Woodbridge Glass, Inc.'s Opposition To Los Angeles Downtown Investment, LP's Motion For Summary Adjudication; Filed by: Woodbridge Glass Inc., a California corporation (Defendant)

08/04/2023 Appendix Of Evidence In Support Of Defendant Woodbridge Glass, Inc.'s Opposition To Los Angeles Downtown Investment, LP's Motion For Summary Adjudication; Filed by: Woodbridge Glass Inc. (Defendant)

08/04/2023 Separate Statement Of Undisputed Material Facts In Support Of Defendant Woodbridge Glass, Inc.'s Opposition To Los Angeles Downtown Investment, LP's Motion For Summary Adjudication; Filed by: Woodbridge Glass Inc. (Defendant)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease (US) Construction, Inc. and Subcontractor Plaintiffs; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 1 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs' Separate Statement In Opposition To L.A. Downtown Investment, L.P.'S Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 3 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs' Compendium Of Evidence In Support Of Their Opposition To L.A. Downtown Investment, L.P.'S Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs' Evidentiary Objections To Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP's Motion For Summary Judgment And Summary Adjudication Against Lendlease; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. and Other Subcontractor Plaintiffs' Compendium of Evidence in Support of their Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Adjudication Against Lendlease [Part 2 of 10]; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Webcor Construction, L.P. And Other Subcontractor Plaintiffs' Request For Judicial Notice In Support Of Their Opposition To L.A. Downtown Investment, L.P.'S Motion For Summary Judgment And Summary Adjudication Against Lendlease (Us) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff)

08/04/2023 Opposition Of BAPKO Metal Inc. To Ladi's Motion For Summary Adjudication About Preliminary Notice; Filed by: Bapko Metal, Inc. (DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Declaration Declaration Of Joshua Fink; Filed by: Babko Metal, Inc. (Defendant)

08/04/2023 Declaration Of Tracy Collins; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Declaration Of Peter Schnaitman In Support Of Opposition To Ladi's Motion For Summary Adjudication Against Bapko Metal Inc. Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Global Proof of Service For Bapco Metal Inc. Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant); As to: Martin Bros./Marcowall, Inc. (Plaintiff)

08/04/2023 Bapko Metal Inc. Separate Statement In Opposition to L.A. Downtown Investment, L.P.'s Motion for Summary Judgment and Summary Judgment Against Bapko; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Babko Metal, Inc. (Defendant)

08/04/2023 Trial Readiness Conference scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/14/2023 at 02:00 PM in Spring Street Courthouse at Department 10

08/04/2023 Minute Order (Court Order Re: Informal Discovery Conference (IDC) (Lendlease & Bapko)...)

08/04/2023 Minute Order (Hearing on Motion for Summary Adjudication by Webcor Construc...)

08/04/2023 Pursuant to written stipulation, Informal Discovery Conference (IDC) (Lendlease & Bapko) scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 08/04/2023

08/04/2023 Hearing on Motion for Summary Adjudication by Webcor Construction LP, Schuff Steele Company, The Nevell Group Inc, Kovach Enclosure Systems LLC, Fetzers Inc, J.t. Wimsatt Contracting Co.Inc., American Stair Corporation and XL Fire Protection scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/04/2023; Result Type to Held

08/04/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/14/2023 02:00 PM

08/04/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/14/2023 02:00 PM

08/04/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/14/2023 02:00 PM

08/04/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/14/2023 02:00 PM

08/04/2023 Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 08/04/2023; Result Type to Held - Continued

08/04/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/14/2023 02:00 PM

08/04/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/14/2023 02:00 PM

08/03/2023 Oceanwide's Response To Webcor Construction L.P.'S Evidentiary Objections To Declaration Of Gregory Mowbray In Support Of Opposition To Motion For Summary Adjudication; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

08/03/2023 Informal Discovery Conference (IDC) (Lendlease & Bapko) scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10

08/03/2023 Minute Order (Court Order Re: Continuance of August 11, 2023 Hearing)

08/03/2023 On the Court's own motion, Informal Discovery Conference (IDC) (Lendlease & Bapko) scheduled for 08/04/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 08/18/2023 01:30 PM

08/02/2023 L.A. Downtown Investment, Lp's Objections To Lendlease (Us) Construction Inc.'s July 27, 2023, Notice Of Ruling; Filed by: L.A. Downtown Investment, LP (Defendant)

08/02/2023 Hearing on Motion for Summary Adjudication by Comet Electric Inc, that Sasco has a contractual duty to pay Comet Electric Inc, even if Sasco has not been paid by the owner or general contractor scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 08/02/2023

08/01/2023 Lendlease (Us) Construction Inc.'s Request for An Evidentiary Hearing to Determine Compliance with California Contractors State License Law; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/01/2023 Lendlease (Us) Construction Inc.'s Compendium of Evidence for Evidentiary Hearing Regarding Substantial Compliance with Contractors State License Law; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/01/2023 Lendlease (Us) Construction Inc.'s Notice of Request for Judicial Notice; Declaration of Meredith Jones-Mckeown; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/28/2023 Notice of Withdrawal of JT Wimsatt Contracting Co., Inc.'s Motion for Summary Adjudication; Filed by: J. T. Wimsatt Contracting Co. Inc. (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

07/28/2023 Webcor Construction L.P.'s Reply to Oceanwide Plaza, LLC's Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P.'s Evidentiary Objections to Declaration of Gregory Mowbray in Support of Defendant Oceanwide Plaza LLC's Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P's Reply To Defendant Oceanwide Plaza LLC's Response To Separate Statement In Support Of Motion For Summary Adjudication And Separate Statement Of Opposing Material Facts In Support; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P.'s and Schuff Steel Company's Reply to Schuff Steel Company's Reply to Lendlease (US) Construction Inc.'s Opposition to Motions for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Declaration Supplemental Declaration of Kyle Bertolucci in Support of Reply to Lendlease (US) Construction, Inc.'s Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Declaration Declaration of John Harrington in Support of Reply to Lendlease (US) Construction Inc. Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Webcor Construction L.P. And Schuff Steel Company's Reply To Lendlease (US) Construction, Inc.'s Response To Separate Statement In Support Of Motion For Summary Adjudication And Separate Statement; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Objection Webcor Construction L.P.'s and Schuff Steel Company's Evidentiary Objections to Declaration of Jonathan Fraker in Support of Lendlease (US) Construction Inc.'s Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Objection Webcor Construction L.P.'s and Schuff Steel Company's Evidentiary Objections to Declaration of Philip Hamblin in Support of Lendlease (US) Construction Inc.'s Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 Objection Webcor Construction L.P.'s and Schuff Steel Company's Evidentiary Objections to Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Opposition to Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

07/28/2023 First Amended Answer of Lendlease (US) Construction Inc. and Lendlease (US) Construction Holdings, Inc. to L.A. Downtown Investment, LP's Amended Cross- Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

07/28/2023 Hearing on Application for Writ of Attachment (CCP 484.040) by Standard Drywall Inc as to Lendlease (US) Construction Inc scheduled for 08/03/2023 at 03:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/28/2023

07/27/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/27/2023 Notice of Ruling re Discovery Motions; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/27/2023 Mandatory Settlement Conference (MSC) For Dept.10 scheduled for 08/29/2023 at 11:00 AM in Spring Street Courthouse at Department 12

07/27/2023 Minute Order (Hearing on Motion to Quash by L.A. Downtown Investment LP, as...)

07/27/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/27/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/27/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/27/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/27/2023 On the Court's own motion, Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/27/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/27/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 08/04/2023 10:00 AM

07/26/2023 Updated -- Lendlease (US) Construction Inc.'s Motion for Leave to File First Amended Answer to L.A. Downtown Investment, LP's Amended Cross-Complaint; Filed By: Lendlease (US) Construction Inc. (Cross-Defendant); Result: Granted ; Result Date: 07/26/2023

07/26/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Johnell Gallivan, CSR # 10505; Signed and Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/26/2023 Minute Order (Hearing on Motion for Leave to File Amended Cross-Complaint by L.A. Downtown Investment, L...)

07/26/2023 Minute Order (Hearing on Motion to Compel by Lendlease (US) Construction, f...)

07/26/2023 Hearing on Motion for Leave by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-complaint scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 07/26/2023; Result Type to Held - Motion Granted

07/25/2023 Plaintiff, Comet Electric Inc.'s Notice of Withdrawal of Motion for Summary Adjudication Against Defendant Sasco; Filed by: Comet Electric, Inc. (Plaintiff); As to: Sasco, a California corporation (Defendant)

07/25/2023 Standard Drywall, Inc.'s Notice of Withdrawal of Application for Right to Attach Order, Issuance of Writ of Attachment, and Temporary Protective Order; Filed by: Standard Drywall, Inc. (Plaintiff)

07/25/2023 Proof Of Electronic Service Via Case Anywhere; Filed by: Standard Drywall, Inc. (Plaintiff)

07/25/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion for Leave by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-complaint scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/25/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion for Leave by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-complaint scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/25/2023 On the Court's own motion, Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 07/26/2023 09:30 AM

07/24/2023 L.A. Downtown Investment, L.P's Notice of Withdrawal of Motion for Summary Judgment Against Lendlease (US) Construction, Inc. and Motion for Summary Adjudication Against Pan-Pacific Mechanical, LLC; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant); Pan-Pacific Mechanical, LLC (Defendant)

07/21/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor

Construction LP's discovery requests scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion for Leave by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-complaint scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 07/27/2023 at 09:00 AM in Spring Street Courthouse at Department 10

07/21/2023 Defendant Oceanwide Plaza LLC's Opposition To Motion For Summary Adjudication By Webcor Construction, L.P., Et Al. Filed by: Oceanwide Plaza, LLC (Defendant)

07/21/2023 Defendant Oceanwide Plaza LLC's Response To Separate Statement In Support Of Motion For Summary Adjudication And Separate Statement Of Opposing Material Facts In Support Of Its Opposition To Motion For Summary Adjudication By Webcor Construction, Et Al. Filed by: Oceanwide Plaza, LLC (Defendant)

07/21/2023 Declaration Of John Foust In Support Of Defendant Oceanwide Plaza LLC's Opposition To Motion For Summary Adjudication By Webcor Construction, L.P., Et Al. Filed by: Oceanwide Plaza, LLC (Defendant)

07/21/2023 Defendant Oceanwide Center LLC's Request For Judicial Notice In Support Of Its Opposition To Motion For Summary Adjudication By Webcor Construction, L.P., Et Al. Filed by: Oceanwide Plaza, LLC (Defendant)

07/21/2023 Declaration Of Gregory Mowbray In Support Of Defendant Oceanwide Plaza LLC's Opposition To Motion For Summary Adjudication By Webcor Construction, L.P., Et Al. Filed by: Oceanwide Plaza, LLC (Defendant)

07/21/2023 Lendlease (Us) Construction Inc.'s Response To Separate Statement Of Undisputed Material Facts By Webcor Construction, L.P., Schuff Steel Company, Kovach Enclosure Systems, LLC, Fetzers, Inc., J.T. Wimsatt Contracting Co., Inc., American Stair; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/21/2023 Lendlease (Us) Construction Inc.'s Opposition To Motions For Summary Adjudication Of Webcor Construction, L.P. And Schuff Steel Company; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/21/2023 Lendlease (Us) Construction Inc.'s Compendium Of Evidence In Opposition To Motion For Summary Adjudication Of Webcor Construction, L.P., Schuff Steel Company, Kovach Enclosure Systems, LLC, Fetzers, Inc., J.T. Wimsatt Contracting Co., Inc., American Stair; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/21/2023 Minute Order (Informal Discovery Conference (IDC) (Lendlease & Bapko))

07/21/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion for Leave by Lendlease (US) Construction Inc, to file amended answer to L.A. Downtown Investment LP's amended cross-complaint scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/21/2023 On the Court's own motion, Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 07/27/2023 09:00 AM

07/20/2023 Notice of Withdraw of The Fetzers, Inc.'s Motion for Summary Adjudication; Filed by: Fetzers' Inc. (Plaintiff); As to: LendLease (US) Construction, Inc. (Defendant)

07/20/2023 Notice of Withdrawal of MSA; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff); As to: Oceanwide Plaza LLC, a Delaware limited liability company (Defendant); Lendlease (US) Construction, Inc., A Florida corporation (Defendant); L.A. Downtown

07/20/2023 Minute Order (Conference Re Pre-Mandatory Settlement)

07/20/2023 Conference Re Pre-Mandatory Settlement scheduled for 07/20/2023 at 01:45 PM in Spring Street Courthouse at Department 12 updated: Result Date to 07/20/2023; Result Type to Held

07/19/2023 Reply in Support of Webcor Construction L.P. Motion to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions; Filed by: Webcor Construction, LP (Plaintiff)

07/19/2023 Informal Discovery Conference (IDC) (Lendlease & Bapko) scheduled for 08/04/2023 at 01:30 PM in Spring Street Courthouse at Department 10

07/19/2023 L.A. Downtown Investment, LP's Consolidated Reply In Support Of Motions To Quash Subpoenas To Blank Rome LLP, Enenstein Pham & Glass, And Home Paradise Investment Center LLC And Motion For Protective Order; Filed by: L.A. Downtown Investment, LP (Defendant)

07/19/2023 L.A. Downtown Investment, LP's Reply In Support Of Motion For Protective Order Against Webcor Construction, LP; Filed by: L.A. Downtown Investment, LP (Defendant)

07/19/2023 XL Fire Protection Co.'s Notice of Withdrawal of Motion for Summary Adjudication; Filed by: XL Fire Protection Co. (Plaintiff)

07/19/2023 Lendlease (US) Construction Inc.'s Reply To L.A. Downtown Investment, LP's Opposition To Motion For Leave To File First Amended Answer; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/19/2023 Lendlease (US) Construction Inc.'s Response To L.A. Downtown Investment, LP's Objections And Request To Strike Supplemental Declaration Of Abby Bloetscher In Support Of Lendlease's Motions To Compel And In Opposition To Ladi's Motions To Quash; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/19/2023 Defendant Lendlease (Us) Construction Inc.'s Omnibus Reply To L.A. Downtown Investment, LP's Opposition To Motion To Compel Further Responses To Requests For Production Of Documents, Special Interrogatories, And Requests For Admission; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/19/2023 On the Court's own motion, Informal Discovery Conference (IDC) (Lendlease & Bapko) scheduled for 07/21/2023 at 11:30 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 08/04/2023 01:30 PM

07/18/2023 Notice of Withdraw of The Nevell Group, Inc.'s Motion for Summary Adjudication; Filed by: The Nevell Group, Inc. (Defendant)

07/14/2023 Updated -- L.A. Downtown Investment, LP's Opposition to Lendlease (Us) Construction, Inc.'s Motion to Compel Further Production of Documents: As To Parties:

07/14/2023 Updated -- L.A. Downtown Investment, LP'S Objections and Request to Strike the Supplemental Declaration of Abby L. Bloetscher in Support of Defendant Lendlease (US) Construction Inc.'s Motions to Compel and in Opposition to Ladi's Motions to Quash: As To Parties:

07/14/2023 Updated -- Omnibus Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Oppositions to Lendlease (Us) Construction, Inc.'s Motions to Compel: As To Parties:

07/14/2023 Updated -- L.A. Downtown Investment, LP's Opposition to Lendlease (Us) Construction, Inc.'s Separate Statement in Support of Motion to Compel Further Responses to Requests For Production: As To Parties:

07/14/2023 Updated -- Order to Continue the Current Expert Deadlines for the Phase I Trial: Status Date changed from 07/14/2023 to 07/14/2023 ; Name Extension changed from [PROPOSED] ORDER TO CONTINUE THE CURRENT EXPERT DEADLINES FOR THE PHASE I TRIAL to ORDER TO CONTINUE THE CURRENT EXPERT DEADLINES FOR THE PHASE I TRIAL ; Exact Name changed from [Proposed] Order to Continue the Current Expert Deadlines for the Phase I Trial to Order to Continue the Current Expert Deadlines for the Phase I Trial ; Result Date changed from 07/14/2023 to 07/14/2023 ; As To Parties:

07/14/2023 [Proposed] Order to Continue the Current Expert Deadlines for the Phase I Trial; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/14/2023 Updated -- [Proposed] Order to Continue the Current Expert Deadlines for the Phase I Trial: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted ; Result Date: 07/14/2023

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Motion for Leave to File First Amended Answer; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 Declaration of Eric Rowen in Support of L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc's Motion for Leave to File First Amended Answer; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 Proof of Service; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lexington Insurance Company (Plaintiff) et al.

07/13/2023 Webcor Construction L.P.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s and Webcor Construction, LP's Discovery Requests; Filed by: Webcor Construction, LP (Plaintiff)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Webcor Construction, LP's Motion to Compel Response to Special Interrogatory; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Opposition to Webcor Construction, LP's Motion to Compel Response to Special Interrogatory; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 Proof of Service; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lexington Insurance Company (Plaintiff) et al.

07/13/2023 L.A. Downtown Investment, LP's Opposition to Webcor Construction, LP's Separate Statement in Support of Motion to Compel Further Responses to Special Interrogatory; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to Compel Further Responses to Requests for Admission; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (US) Construction, Inc.'s Separate Statement in Support of Motion to Compel Further Responses to Special Interrogatories; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP'S Consolidated Opposition to Lendlease (US) Construction, Inc.'s Motion to Compel Further Responses to Requests for Admission and Special Interrogatories; Filed by: L.A. Downtown Investment, LP (Defendant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (Us) Construction, Inc.'s Motion to Compel Further Production of Documents; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

07/13/2023 L.A. Downtown Investment, LP'S Objections and Request to Strike the Supplemental Declaration of Abby L. Bloetscher in Support of Defendant Lendlease (US) Construction Inc.'s Motions to Compel and in Opposition to Ladi's Motions to Quash; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

07/13/2023 Omnibus Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Oppositions to Lendlease (Us) Construction, Inc.'s Motions to Compel; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

07/13/2023 L.A. Downtown Investment, LP's Opposition to Lendlease (Us) Construction, Inc.'s Separate Statement in Support of Motion to Compel Further Responses to Requests For Production; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

07/13/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion to Quash Lendlease's Subpoenas to Third-Parties Blank Rome LLP and Enenstein Pham & Glass; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Declaration of Oliver M. Gold in Support of Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, L.P.'s Motion to Quash Subpoenas; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Response to L.A. Downtown Investment, LP's Separate Statement in Support of its Motion to Quash Lendlease's Subpoenas to Third-Party Home Paradise Investment Center LLC; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion to Quash Lendlease's Subpoenas to Third-Party Home Paradise Investment Center LLC; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Declaration of Oliver M. Gold in Support of Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, L.P.'s Motion to Quash Subpoena to Home Paraid; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s and Webcor Construction, LP's Discovery Requests; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/13/2023 Declaration of Oliver M. Gold in Support of Defendant Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, L.P.'s Motion for Protective Order; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/06/2023 Hearing on Motion for Protective Order by L.A. Downtown Investment LP, regarding Lendlease (US) Construction Inc's and Webcor Construction LP's discovery requests scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/06/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, to Lendlease (US) Construction Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/06/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Inc's subpoena to third-party Home Paradise Investment Center LLC scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/06/2023 Hearing on Motion to Compel by Webcor Construction LP, as to L.A. Downtown Investment LP's further response to special interrogatory and request for sanctions scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/06/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses to requests for admission to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/06/2023 Supplemental Declaration of Abby L. Bloetscher in Support of Defendant Lendlease (Us) Construction Inc.'s Motions to Compel Further Responses and To Compel Compliance to Requests for Production; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/06/2023 On the Complaint filed by Kamran and Company, Inc., a California corporation on 11/22/2019, entered Request for Dismissal without prejudice filed by Kamran and Company, Inc. as to Zolnay Insulation, Inc., Oceanwide Plaza, LLC, XL Fire Protection, Pan-Pacific Mechanical, LLC, Shoring Engineers, and Webcor Construction, LP

07/06/2023 Request for Dismissal; Filed by: Kamran and Company, Inc. (Plaintiff); As to: Zolnay Insulation, Inc. (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company Erroneously Sued As Oceanwide Plaza, LLC (Defendant); XL Fire Protection (Defendant) et al.

07/06/2023 Hearing on Motion to Quash by L.A. Downtown Investment LP, as to Lendlease (US) Construction Incs subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/06/2023

07/05/2023 Updated -- L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC: As To Parties: Lendlease (US) Construction, Inc. (Defendant)

07/05/2023 Updated -- Separate Statement of Webcor Construction in Support of Motion to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions: Exact Name changed from of Webcor Construction in support of Motion to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions to Separate Statement of Webcor Construction in Support of Motion to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions ; As To Parties:

07/05/2023 Hearing on Motion to Compel by Lendlease (US) Construction Inc, further responses and to compel further responses and to compel compliance to requests for production of documents to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/05/2023 Hearing on Motion to Quash by L.A. Downtown Investment, Lendlease (US) Construction, Inc's subpoenas to third-parties Blank Rome LLP and Enenstein Pham & Glass scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/05/2023 L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s and Webcor Construction, LP's Discover Requests; Filed by: L.A. Downtown Investment, LP (Defendant)

07/05/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lexington Insurance Company (Plaintiff) et al.

07/05/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion for Protective Order Regarding Lendlease (US) Construction, Inc.'s and Webcor Construction, LP's Discover Requests; Filed by: L.A. Downtown Investment, LP (Defendant)

07/05/2023 Hearing on Motion for Leave by Lendlease (US) Construction Inc, to file file amended answer to L.A. Downtown Investment LP's amended cross-complaint scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/05/2023 Updated -- Event scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10 Type changed from Hearing on Motion to Compel Discovery (not "Further Discovery") to Hearing on Motion to Compel (name extension)

07/05/2023 Hearing on Motion to Compel by Lendlease (US) Construction, further responses to special interrogatories to L.A. Downtown Investment LP scheduled for 07/26/2023 at 09:30 AM in Spring Street Courthouse at Department 10

07/03/2023 Lendlease (US) Construction Inc.'s Motion for Leave to File First Amended Answer to L.A. Downtown Investment, LP's Amended Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration of Oliver Gold in Support of Lendlease (US) Construction, Inc.'s Motion for Leave to File First Amended Answer to L.A. Downtown Investment, LP's Amended Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Hearing on Joinder to Motion for Summary Judgment / Adjudication [JOINDER] by Chicago Title Insurance Co., to L.A. Downtown Investment LP's MSA against Lendlease (US) Construction Inc. Lendlease (US) Construction Inc. and Subcontractor Plaintiffs scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10

07/03/2023 Hearing on Motion for Summary Judgment and Summary Adjudication by L.A. Downtown Investment LP, against Lendlease (US) Construction Inc, and Subcontractor Plaintiffs scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10

07/03/2023 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 10/31/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/03/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 10/31/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/03/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 10/31/2023 at 10:00 AM in Spring Street Courthouse at Department 10

07/03/2023 Informal Discovery Conference (IDC) (Lendlease & Bapko) scheduled for 07/21/2023 at 11:30 AM in Spring Street Courthouse at Department 10

07/03/2023 Request For Judicial Notice In Support Of Lendlease (Us) Construction Inc.'S Motion To Compel Further Responses Requests For Production Of Documents, Special Interrogatories, And Requests For Admission To L.A. Downtown Investment, Lp; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motions to Compel [Vol. 1 of 3]; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motions to Compel [Vol. 3 of 3]; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Declaration of Oliver M. Gold in Support of Lendlease (US) Construction Inc.'s Motions to Compel [Vol. 2 of 3]; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Parties Blank Rome LLP and Enenstein Pham & Glass; Filed by: L.A. Downtown Investment LP (Defendant)

07/03/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Parties Blank Rome LLP and Enenstein Pham & Glass; Filed by: L.A. Downtown Investment LP (Defendant)

07/03/2023 Motion of Webcor Construction L.P. to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions; Filed by: Webcor Construction, LP (Plaintiff); As to: L.A. Downtown Investment, LP (Defendant)

07/03/2023 of Webcor Construction in Support of Motion to Compel L.A. Downtown Investment, LP's Further Response to Special Interrogatory and Request for Sanctions; Filed by: Webcor Construction, LP (Plaintiff)

07/03/2023 L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC; Filed by: L.A. Downtown Investment LP (Defendant)

07/03/2023 L.A. Downtown Investment, LP's Separate Statement in Support of Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC; Filed by: L.A. Downtown Investment LP (Defendant)

07/03/2023 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's Motion to Quash Lendlease (US) Construction, Inc's Subpoenas to Third-Party Home Paradise Investment Center LLC; Filed by: L.A. Downtown Investment LP (Defendant)

07/03/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Special Interrogatories to L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

07/03/2023 Separate Statement in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's

Further Supplemental Response to Lendlease's Request in Proceedings (Set One); Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses and to Compel Compliance to Requests for Production of Documents to L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

07/03/2023 Separate Statement in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Responses to Lendlease's Further Supplemental Responses to Requests for Production (Set One); Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Separate Statement in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Responses to Lendlease's Requests for Production (Set Two); Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 Defendant Lendlease (US) Construction Inc.'s Motion to Compel Further Responses to Requests for Admission to L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

07/03/2023 Separate Statement in Support of Defendant Lendlease (US) Construction Inc.'s Motion to Compel L.A. Downtown Investment, LP's Further Responses to Lendlease's Requests for Admission, Set One; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

07/03/2023 On the Court's own motion, Hearing on Joinder to Motion for Summary Judgment / Adjudication [JOINDER] by Chicago Title Insurance Co., to L.A. Downtown Investment LP's MSA against Lendlease (US) Construction Inc. Lendlease (US) Construction Inc. and Subcontractor Plaintiffs scheduled for 08/08/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 08/18/2023 01:30 PM

07/03/2023 On the Court's own motion, Hearing on Motion for Summary Judgment and Summary Adjudication by L.A. Downtown Investment LP, against Lendlease (US) Construction Inc, and Subcontractor Plaintiffs scheduled for 08/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 08/18/2023 01:30 PM

07/03/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP as to Webcor Construction LP, Pan-Pacific Mechanical LLC, Bapko Metal Inc, and Summary Adjudication as to Lendlease (US) Construction Inc scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 10/31/2023 10:00 AM

07/03/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 10/31/2023 10:00 AM

07/03/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Party's Motion was rescheduled to 10/31/2023 10:00 AM

07/03/2023 Minute Order (Court Order Re: Notice of Related Case)

07/03/2023 Case numbers 23STCV04354, 19STCV03357 are related; case number 19STCV03357 is the lead case.

07/03/2023 Clerks Certificate of Service By Electronic Service; Filed by Clerk

07/03/2023 Case numbers 19STCV03357, 23STCV04354 are related; case number 19STCV03357 is the lead case.

06/30/2023 Updated -- Notice of Related Case: Filed By: Lendlease(US)Construction, Inc. (Defendant); Result: Granted ; Result Date: 06/30/2023

06/30/2023 Notice of Related Case; Filed by: Lendlease(US)Construction, Inc. (Defendant)

06/29/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Deanna Z. Haaker CSR#10309; Signed and Filed by: Lendlease (US) Construction Inc. (Defendant)

06/29/2023 Conference Re Pre-Mandatory Settlement scheduled for 07/20/2023 at 01:45 PM in Spring Street Courthouse at Department 12

06/29/2023 Notice of Ruling; Filed by: Lendlease (US) Construction, Inc. (Defendant)

06/29/2023 Minute Order (Further Status Conference)

06/29/2023 Further Status Conference scheduled for 06/29/2023 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/29/2023; Result Type to Held

06/28/2023 Non-Appearance Case Review Re: Pro Hac Vice Renewal Fees for John Mitchell scheduled for 06/24/2024 at 08:30 AM in Spring Street Courthouse at Department 10

06/28/2023 Non-Appearance Case Review Re: Pro Hac Vice Renewal Fees for John P. Mitchell scheduled for 06/23/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 06/28/2023

06/27/2023 Non-Appearance Case Review Re: Pro Hac Vice Renewal Fees for John P. Mitchell scheduled for 06/23/2023 at 09:00 AM in Spring Street Courthouse at Department 10

06/26/2023 Joint Status Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

06/22/2023 Notice of Entry of Order; Filed by: Standard Drywall, Inc. (Plaintiff)

06/22/2023 Proof of Service (not Summons and Complaint); Filed by: Standard Drywall, Inc. (Plaintiff)

06/22/2023 Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate) scheduled for 03/18/2024 at 10:00 AM in Spring Street Courthouse at Department 10

06/22/2023 Final Status Conference (Phase 2) scheduled for 02/15/2024 at 10:00 AM in Spring Street Courthouse at Department 10

06/22/2023 Minute Order (Informal Discovery Conference (IDC))

06/22/2023 Stipulation and [Proposed] Order to Continue Hearing on Standard Drywall, Inc.'s Application for Right to Attach Order, Issuance of Writ of Attachment, and Temporary Protective Order; Signed and Filed by: Standard Drywall, Inc. (Plaintiff); As to: Standard Drywall, Inc. (Plaintiff); Lendlease (US) Construction Inc. (Defendant)

06/22/2023 Updated -- Stipulation and [Proposed] Order to Continue Hearing on Standard Drywall, Inc.'s Application for Right to Attach Order, Issuance of Writ of Attachment, and Temporary Protective Order: Filed By: Standard Drywall, Inc. (Plaintiff); Result: Granted ; Result Date: 06/22/2023

06/22/2023 Informal Discovery Conference (IDC) scheduled for 06/22/2023 at 03:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/22/2023; Result Type to Held

06/22/2023 On the Court's own motion, Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate) scheduled for 09/18/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/18/2024 10:00 AM

06/22/2023 On the Court's own motion, Final Status Conference (Phase 2) scheduled for 09/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 02/15/2024 10:00 AM

06/22/2023 Order [Proposed] Order Granting Application Of John P. Mitchell To Appear As Counsel Pro Hac Vice For Johnson Controls Fire Protection Lp; Signed and Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Advanced Cable Solutions Inc. (Defendant)

06/22/2023 Updated -- Order [Proposed] Order Granting Application Of John P. Mitchell To Appear As Counsel Pro Hac Vice For Johnson Controls Fire Protection Lp: Filed By: Johnson Controls Fire Protection LP (Plaintiff); Result: Granted ; Result Date: 06/22/2023

06/22/2023 Pursuant to written stipulation, Hearing on Application for Writ of Attachment (CCP 484.040) by Standard Drywall Inc as to Lendlease (US) Construction Inc scheduled for 06/29/2023 at 03:00 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 08/03/2023 03:00 PM

06/21/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Kyle Shepherd, CSR #13756; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

06/21/2023 Updated -- Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Kylie Shepherd, CSR #13756: Name Extension changed from Kyle Shepherd, CSR #13756 to Kylie Shepherd, CSR #13756 ; As To Parties:

06/21/2023 Informal Discovery Conference (IDC) scheduled for 06/22/2023 at 03:30 PM in Spring Street Courthouse at Department 10

06/21/2023 Notice of Continued Informal Discovery Conference and Ruling at June 21, 2023 Informal Discovery Conference; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Lexington Insurance Company (Plaintiff); Lendlease (US) Construction, Inc. (Defendant) et al.

06/21/2023 Minute Order (Informal Discovery Conference (IDC))

06/21/2023 Informal Discovery Conference (IDC) scheduled for 06/21/2023 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/21/2023; Result Type to Held - Continued

06/20/2023 Stipulation and Order to use Certified Shorthand Reporter Yolanda Tanner, CSR #12785; Signed and Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

06/20/2023 Notice of Continued Informal Discovery Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

06/20/2023 Informal Discovery Conference (IDC) scheduled for 06/21/2023 at 01:30 PM in Spring Street Courthouse at Department 10

06/20/2023 Minute Order (Informal Discovery Conference (IDC))

06/20/2023 On the Court's own motion, Informal Discovery Conference (IDC) scheduled for 06/20/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Held - Continued - Court's Motion was rescheduled to 06/21/2023 01:30 PM

06/15/2023 Joint Submission Re Informal Discovery Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

06/15/2023 Notice Notice Of Hearing; Application For An Order Admitting John P. Mitchell As Counsel Pro Hac Vice For Johnson Controls Fire Protection Lp; Declaration Of Matthew J. Adler In Support; Filed by: Johnson Controls Fire Protection LP (Plaintiff)

06/14/2023 Notice Errata Re: Evidence In Support Of L.A. Downtown Investment, Lp's Motion For Summary Judgment And Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

06/14/2023 Proof of Service (not Summons and Complaint); Filed by: Standard Drywall, Inc. (Plaintiff)

06/12/2023 Hearing on Joinder to Motion for Summary Judgment / Adjudication [JOINDER] by Chicago Title Insurance Co., to L.A. Downtown Investment LP's MSA against Lendlease (US) Construction Inc. Lendlease (US) Construction Inc. and Subcontractor Plaintiffs scheduled for 08/08/2023 at 09:00 AM in Spring Street Courthouse at Department 10

06/08/2023 Informal Discovery Conference (IDC) scheduled for 06/20/2023 at 02:00 PM in Spring Street Courthouse at Department 10

06/08/2023 Minute Order (Court Order Re: Setting of Informal Discovery Conference)

06/06/2023 Notice of Ruling; Filed by: CallisonRTKL Inc (Defendant)

06/05/2023 Further Status Conference scheduled for 06/29/2023 at 02:30 PM in Spring Street Courthouse at Department 10

06/05/2023 Notice Mitsubishi Electric Us, Inc.'S Third Notice Of Compliance Re: Deposit Of Documents; Filed by: Webcor Construction, LP (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant)

06/05/2023 Hearing on Motion for Summary Adjudication by L.A. Downtown Investment LP, on its first cause of action against Lendlease (US) Construction Inc. scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10

06/05/2023 Case numbers 22STCV33793, 19STCV03357 are related; case number 19STCV03357 is the lead case.

06/02/2023 Updated -- Request for Dismissal without prejudice; see attachment A [20STCV46046]; Name Extension: without prejudice; please see attachment A [20STCV46046] ; As To Parties changed from LA Downtown Investment, LP (Defendant) to LA Downtown Investment, LP (Defendant)

06/02/2023 Updated -- Application for Right to Attach Order, Temporary Protective Order, etc.: As To Parties changed from Lendlease (US) Construction Inc. (Defendant) to Lendlease (US) Construction Inc. (Defendant)

06/02/2023 Updated -- Request for Dismissal without prejudice; see attachment 1: Name Extension: without prejudice; see attachment 1 ; As To Parties: LA Downtown Investment, LP (Defendant)

06/02/2023 Johnson Controls Fire Protection LP's Notice of Compliance Re: Deposit of Documents; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Advanced Cable Solutions Inc. (Defendant)

06/02/2023 Notice of Ruling; Filed by: CallisonRTKL Inc (Defendant)

06/02/2023 Hearing on Application for Writ of Possession (CCP 512.010) scheduled for 06/30/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 06/02/2023

06/02/2023 Pursuant to the request of moving party, Hearing on Application for Writ of Attachment (CCP 484.040) by Standard Drywall Inc as to Lendlease (US) Construction Inc scheduled for 06/12/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 06/29/2023 03:00 PM

06/01/2023 Hearing on Motion for Summary Adjudication by Chicago Title Insurance Company on its second amended cross-complaint against Lendlease scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10

06/01/2023 Chicago Title Insurance Company's Joinder to Defendant L.A. Downtown Investment, L.P.'s Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. Filed by: Chicago Title Insurance Company (Defendant)

05/31/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR #12272; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

05/31/2023 Chicago Title Insurance Company's Motion for Summary Adjudication on its Second Amended Cross Complaint Against Lendlease; Filed by: Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Declaration of David Littman in Support of Chicago Title Insurance Company's Motion for Summary Adjudication on its Second Amended Cross-Complaint Against Lendlease; Filed by: Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Separate Statement of Undisputed Material Facts in Support of (Cross-Complainant Chicago Title Insurance Company's) Motion for Summary Adjudication; Filed by: Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Evidence in Support of Chicago Title Insurance Company's Motion for Summary Adjudication; Filed by: Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 Declaration of Sonia Plesset Edwards in Support of Chicago Title Insurance Company's Motion for Summary Adjudication on its Second Amended Cross-Complaint Against Lendlease; Filed by: Chicago Title Insurance Company (Cross-Complainant)

05/31/2023 L.A. Downtown Investment, LP's Motion for Summary Judgment as to Webcor Construction LP, Pan-Pacific Mechanical, LLC, Bapko Metal, Inc. and Summary Adjudication as to Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant); Pan-Pacific Mechanical, LLC (Defendant) et al.

05/31/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment; Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Motion for Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

05/31/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication on its First Cause of Action Against Lendlease (Us) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Proof of Service; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lexington Insurance Company (Plaintiff) et al.

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 1 of 4); Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 2 of 4); Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 4 of 4); Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (Us) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. Filed by: L.A. Downtown Investment, LP (Defendant)

05/31/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Adjudication Against Lendlease (US) Construction, Inc. (Volume 3 of 4); Filed by: L.A. Downtown Investment, LP (Defendant)

05/26/2023 Notice of Ruling Re May 25, 2023 Status Conference (Remote Appearance via LACourtConnect/Webcom); Filed by: (Plaintiff)

05/26/2023 Status Conference for LACC only scheduled for 05/25/2023 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held -
Vacated by Court on 05/26/2023

05/25/2023 Status Conference for LACC only scheduled for 05/25/2023 at 05:00 PM in Spring Street Courthouse at Department 10

05/25/2023 Notice of Continued Hearing on Standard Drywall, Inc.'s Application for Right to Attach Order, Issuance of Writ of Attachment, and
Temporary Protective Order; Filed by: Standard Drywall, Inc. (Plaintiff)

05/25/2023 Proof of Service (not Summons and Complaint); Filed by: Standard Drywall, Inc. (Plaintiff)

05/25/2023 Updated -- [Proposed] Trial Scheduling Order: Status Date changed from 05/25/2023 to 05/25/2023 ; Result Date changed from
05/25/2023 to 05/25/2023 ; As To Parties:

05/25/2023 Updated -- Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR #12272: Status Date
changed from 05/31/2023 to 05/25/2023 ; As To Parties:

05/25/2023 Minute Order (Further Status Conference)

05/25/2023 Case numbers 19STCV03357, 22STCV33793 are related; case number 19STCV03357 is the lead case.

05/25/2023 [Proposed] Trial Scheduling Order; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant); Oceanwide Plaza, LLC., a
Delaware limited liability company (Defendant)

05/25/2023 Updated -- [Proposed] Trial Scheduling Order: Filed By: Lendlease (US) Construction, Inc. (Defendant),Oceanwide Plaza, LLC., a
Delaware limited liability company (Defendant); Result: Granted ; Result Date: 05/25/2023

05/25/2023 Further Status Conference scheduled for 05/25/2023 at 10:30 AM in Spring Street Courthouse at Department 10 updated: Result
Date to 05/25/2023; Result Type to Held

05/24/2023 Updated -- Event scheduled for 08/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Type changed from Hearing
on Motion for Summary Judgment to Hearing on Joinder to Motion for Summary Judgment / Adjudication

05/24/2023 Updated -- Event scheduled for 08/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Type changed from Hearing
on Joinder to Motion for Summary Judgment / Adjudication to Hearing on Motion for Summary Judgment

05/23/2023 L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication Against Lendlease (US) Construction,
Inc. and Subcontractor Plaintiffs; Filed by: L.A. Downtown Investment LP (Defendant); As to: Lendlease (US) Construction Inc. (Plaintiff)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 1 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment LP (Defendant); As to: Lendlease (US)
Construction Inc. (Plaintiff)

05/23/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary
Adjudication (Vol. 2 of 3); Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Separate Statement of Undisputed Material Facts in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and
Summary Adjudication; Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 4 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 2 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 5 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 6 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 7 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary
Adjudication (Vo. 1 of 3); Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Request for Judicial Notice in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary
Adjudication (Vol. 3 of 3); Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Evidence in Support of L.A. Downtown Investment, LP's Motion for Summary Judgment and Summary Adjudication (Vol. 3 of 7);
Filed by: L.A. Downtown Investment LP (Defendant)

05/23/2023 Notice of Change of Address or Other Contact Information; Filed by: James Howard Millane (Attorney); James Howard Millane
(Attorney); Michael Murray (Attorney)

05/23/2023 Address for James Howard Millane (Attorney) updated

05/23/2023 Address for James Howard Millane (Attorney) updated

05/23/2023 Address for Michael Murray (Attorney) updated

05/23/2023 Address for James Howard Millane (Attorney) updated

05/23/2023 Address for James Howard Millane (Attorney) updated

05/23/2023 Address for Michael Murray (Attorney) updated.

05/22/2023 On the Amended Complaint (1st) filed by SASCO, a California corporation on 02/14/2020, entered Request for Dismissal without prejudice filed by SASCO as to L.A. Downtown Investment, LP (DOE 31)

05/22/2023 Request for Dismissal; Filed by: SASCO (Plaintiff)

05/18/2023 Joint Status Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/18/2023 Notice of Lodging of Proposed Trial Scheduling Order; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/18/2023 Hearing on Motion for Summary Adjudication by Comet Electric Inc, that Sasco has a contractual duty to pay Comet Electric Inc, even if Sasco has not been paid by the owner or general contractor scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

05/18/2023 Hearing on Application for Writ of Attachment (CCP 484.040) by Standard Drywall Inc as to Lendlease (US) Construction Inc scheduled for 06/12/2023 at 10:00 AM in Spring Street Courthouse at Department 10

05/17/2023 Declaration Declaration of Steve Carroll in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of James M. McDonald in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of Joe Wixom in Support of Plaintiff Webcor Construction, L.P.'s Motion for; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of John Price in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of Allen W. Sands in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of Peter Fitzsimmons in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of Brian Callahan in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration Declaration of Heather N. Blackinton in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Motion for Summary Adjudication of Webcor Construction L.P., et al. Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Separate Statement of Undisputed Material Facts in Support of Motion for Summary Adjudication of Webcor Construction, L.P., et al. Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 2 of 6); Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 3 of 6); Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 5 of 6); Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 4 of 6); Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Memorandum of Points and Authorities in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit B-G - Part 6 of 6); Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Declaration of Kyle Vasa Bertolucci in Support of Plaintiff Webcor Construction, L.P.'s Motion for Summary Adjudication (Exhibit A - Part 1 of 6); Filed by: Webcor Construction, LP (Plaintiff)

05/17/2023 Notice of Errata Filing for Comet Electric, Inc.'s Motion for Summary Adjudication; Filed by: Comet Electric, Inc. (Plaintiff); As to: Sasco, a California corporation (Defendant)

05/17/2023 Plaintiff, Comet Electric Inc.'s Notice of Motion and Motion for Summary Adjudication; Filed by: Comet Electric, Inc. (Plaintiff)

05/17/2023 Separate Statement of Undisputed Material Facts in Support of Plaintiff Comet Electric, Inc's Motion for Summary Adjudication; Filed by: Comet Electric, Inc. (Plaintiff)

05/17/2023 Memorandum of Points & Authorities in Support of Plaintiff Comet Electric, Inc's. Motion for Summary Adjudication; Filed by: Comet Electric, Inc. (Plaintiff)

05/17/2023 Plaintiff, Comet Electric Inc.'s Request for Judicial Notice in Support of its Motion for Summary Adjudication; Filed by: Comet Electric, Inc. (Plaintiff)

05/16/2023 Notice of Application and Hearing for Writ of Attachment (CCP 484.040); Filed by: Standard Drywall, Inc. (Plaintiff)

05/16/2023 Memorandum in Support of Standard Drywall, Inc.'s Application for Writ of Attachment; Filed by: Standard Drywall, Inc. (Plaintiff)

05/16/2023 Proof of Service (not Summons and Complaint); Filed by: Standard Drywall, Inc. (Plaintiff)

05/16/2023 Declaration of Nowell A. Lantz in Support of Standard Drywall, Inc.'s Application for Writ of Attachment; Filed by: Standard Drywall, Inc. (Plaintiff)

05/16/2023 Declaration of Robert Patterson in Support of Standard Drywall, Inc.'s Application for Writ of Attachment; Filed by: Standard Drywall, Inc. (Plaintiff)

05/16/2023 Application for Right to Attach Order, Temporary Protective Order, etc. Filed by: Standard Drywall, Inc. (Plaintiff); As to: Lendlease (US) Construction Inc. (Defendant)

05/16/2023 On the Complaint filed by WOODBRIDGE GLASS, INC., a California corporation on 12/02/2020, entered Request for Dismissal without prejudice filed by Woodbridge Glass, Inc. as to LA Downtown Investment, LP

05/16/2023 Request for Dismissal; Filed by: Woodbridge Glass, Inc. (Plaintiff); As to: LA Downtown Investment, LP (Defendant)

05/15/2023 Notice of Ruling; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/11/2023 Hearing on Motion for Summary Adjudication (Webcor) scheduled for 08/04/2023 at 10:00 AM in Spring Street Courthouse at Department 10

05/11/2023 Hearing on Motion for Summary Judgment (LADI) scheduled for 08/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10

05/11/2023 Hearing on Motion for Summary Adjudication (LADI) scheduled for 08/18/2023 at 01:30 PM in Spring Street Courthouse at Department 10

05/11/2023 Hearing on Motion for Summary Judgment by LADI scheduled for 07/19/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 05/11/2023

05/10/2023 Status Conference [LACC purposes only] scheduled for 05/10/2023 at 05:00 PM in Spring Street Courthouse at Department 10

05/10/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Elsa Hurtado, CSR #14206; Signed and Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

05/10/2023 Address for Eric Victor Rowen (Attorney) null

05/10/2023 Minute Order (Further Status Conference)

05/10/2023 Status Conference [LACC purposes only] scheduled for 05/10/2023 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 05/10/2023

05/10/2023 Further Status Conference scheduled for 05/10/2023 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 05/10/2023; Result Type to Held

05/08/2023 Notice of Related Case; Filed by: CallisonRTKL Inc (Defendant)

05/05/2023 Notice of Entry of Judgment or Order; Filed by: Bigge Crane and Rigging Co. (Non-Party)

05/05/2023 Notice of Change of Address of Todd Pickles; Filed by: L.A. Downtown Investment, LP (Defendant)

05/05/2023 Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/03/2023 Lendlease (US) Construction Inc.'s Answer to the Nevell Group's First Amended Complaint; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: The Nevell Group, Inc (Plaintiff)

05/02/2023 Updated -- Notice of Related Case: Filed By: Lexington Insurance Company (Plaintiff); Result: Denied ; Result Date: 05/02/2023

05/02/2023 Minute Order (Court Order Re: Notice of Related Case)

05/02/2023 The case is placed in special status of: Deemed Not Related

05/02/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

05/02/2023 The case is placed in special status of: Deemed Not Related

05/01/2023 Notice of Related Case; Filed by: Lexington Insurance Company (Plaintiff)

05/01/2023 Notice of Ruling Regarding Consolidation of Case No. 22Stcv17865 and Case No. 22STCV18167; Filed by: Morrow Equipment Company, LLC (Non-Party)

05/01/2023 Notice of Ruling; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant)

05/01/2023 Bigge Crane and Rigging Co.'s [Proposed] Order Regarding Consolidation of Cases; Signed and Filed by: Bigge Crane and Rigging Co. (Non-Party)

05/01/2023 Updated -- Bigge Crane and Rigging Co.'s [Proposed] Order Regarding Consolidation of Cases: Filed By: Bigge Crane and Rigging Co. (Non-Party); Result: Granted ; Result Date: 05/01/2023

04/28/2023 Jury Trial (Phase 1 Subcontractor Claims, 7 Day Estimate) scheduled for 09/05/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Jury Trial (Phase 2 Validity of Loan Subordination and LADI Trust Deed, 5-7 Day Estimate) scheduled for 09/18/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Jury Trial (Phase 3 Validity of Webcor Liens and Contract Claims, 15 Day Estimate) scheduled for 11/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Notice of Ruling; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant)

04/28/2023 Final Status Conference (Phase 1) scheduled for 08/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Final Status Conference (Phase 2) scheduled for 09/08/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Final Status Conference (Phase 3) scheduled for 10/25/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Further Status Conference scheduled for 05/10/2023 at 09:30 AM in Spring Street Courthouse at Department 10

04/28/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

04/28/2023 Order to Show Cause Re: Why Case 22STCV17865 Should Not Be Consolidated With 19STCV03357 scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 04/27/2023

04/28/2023 Order to Show Cause Re: Why Cases 22STCV23903 and 22STCV18167 Should Not be Consolidated with 19STCV03357 scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 04/27/2023

04/28/2023 Jury Trial scheduled for 08/21/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/28/2023 Final Status Conference scheduled for 08/11/2023 at 10:00 AM in Spring Street Courthouse at Department 10

04/27/2023 Updated -- Defendant Lendlease (Us) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted in Part ; Result Date: 04/27/2023 ; As To Parties changed from Webcor Construction, LP (Plaintiff) to Webcor Construction, LP (Plaintiff)

04/27/2023 Updated -- Defendant Lendlease (Us) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates: Exact Name: Defendant Lendlease (Us) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates ; As To Parties changed from Webcor Construction, LP (Plaintiff) to Webcor Construction, LP (Plaintiff)

04/27/2023 Stipulation and Order to use Certified Shorthand Reporter - David Hurtado CSR# 14379; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

04/27/2023 Minute Order (Further Status Conference; Hearing on Ex Parte Application Jo...)

04/27/2023 Further Status Conference scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/27/2023; Result Type to Held

04/27/2023 Hearing on Ex Parte Application Joinder by Chicago Title Insurance Company, in Lendlease (US) Construction Inc's Ex Parte Application to Continue Trial scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/27/2023; Result Type to Held - Motion Granted

04/27/2023 Ex-parte Hearing on Ex Parte Application by Lendlease (US) Construction Inc., to Vacate or Continue Trial and Related Dates scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/27/2023; Result Type to Held - Motion Granted

04/26/2023 Further Status Conference scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10

04/26/2023 Hearing on Ex Parte Application [JOINDER] by Chicago Title Insurance Company, in Lendlease (US) Construction Inc's ex parte application to continue trial scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10

04/26/2023 Ex-parte Hearing on Ex Parte Application by Lendlease, to Vacate or Continue Trial and related dates scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10

04/26/2023 Order to Show Cause Re: Why Case 22STCV17865 Should Not Be Consolidated With 19STCV03357 scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10

04/26/2023 Order to Show Cause Re: Why Cases 22STCV23903 and 22STCV18167 Should Not be Consolidated with 19STCV03357 scheduled for 04/27/2023 at 02:30 PM in Spring Street Courthouse at Department 10

04/26/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR #12272; Signed and Filed by: As to: Lendlease (US) Construction Inc. (Plaintiff)

04/26/2023 Minute Order (Order to Show Cause Re: Why Cases 22STCV23903 and 22STCV18167...)

04/26/2023 On the Court's own motion, Order to Show Cause Re: Why Cases 22STCV23903 and 22STCV18167 Should Not be Consolidated with 19STCV03357 scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 04/27/2023 02:30 PM

04/26/2023 On the Court's own motion, Further Status Conference scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 04/27/2023 02:30 PM

04/26/2023 On the Court's own motion, Order to Show Cause Re: Why Case 22STCV17865 Should Not Be Consolidated With 19STCV03357 scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 04/27/2023 02:30 PM

04/26/2023 Ex-parte On the Court's own motion, Hearing on Ex Parte Application by Lendlease, to Vacate or Continue Trial and related dates scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 04/27/2023 02:30 PM

04/26/2023 On the Court's own motion, Hearing on Ex Parte Application [JOINDER] by Chicago Title Insurance Company, in Lendlease (US) Construction Inc's ex parte application to continue trial scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 04/27/2023 02:30 PM

04/25/2023 Notice of Joinder (Name Extension) to Webcor Construction, L.P.'s Opposition to Lendlease (US) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Standard Drywall, Inc. (Plaintiff); Kovach Building Enclosures, LLC (Defendant); Kovach, LLC (Defendant) et al.

04/25/2023 Proof of Service (not Summons and Complaint) Via Case Anywhere; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Standard Drywall, Inc. (Plaintiff); Kovach Building Enclosures, LLC (Defendant); Kovach, LLC (Defendant) et al.

04/25/2023 Star Hardware, Inc.'s Joinder to Webcor Construction's Opposition to Lendlease (US) Construction Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates; Filed by: Star Hardware, Inc. (Plaintiff); As to: Lendlease (US) Construction Inc. (Defendant)

04/24/2023 Webcor Construction, L.P.'S Memorandum of Points and Authorities in Opposition to Lendlease (Us) Construction, Inc.'s Ex Parte Application to Vacate or Continue Trial and Related Dates; Filed by: Webcor Construction, LP (Plaintiff); Johnson Controls Fire Protection LP (Defendant); Troyer Contracting Company, Inc. (DOE 16) (Defendant); Standard Drywall, Inc. (DOE 15) (Defendant); Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant); Pan-Pacific Mechanical, LLC (Defendant); The Nevell Group, Inc. (Defendant); SASCO (Defendant); Martin Bros./Marcowall Inc. (Defendant); Star Hardware, Inc. (Defendant); Yesco LLC (Defendant); American Stair Corporation (Defendant); Fetzers' Inc. (Defendant); Continental Marble and Tile Company (Defendant); Woodbridge Glass Inc. (Defendant); Kovach Enclosure Systems LLC (Defendant); Kamran and Company Inc. (Defendant); Alamillo Rebar Inc. (Defendant); XL Fire Protection Co. (Defendant); Sharpe Interior Sys

04/24/2023 Declaration of William T. Eliopoulos in Support of Opposition to Lendlease US Construction Incs Ex Parte Application to Vacate or Continue Trial and Related Dates; Filed by: Webcor Construction, LP (Plaintiff); Johnson Controls Fire Protection LP (Defendant); Troyer Contracting Company, Inc. (DOE 16) (Defendant); Standard Drywall, Inc. (DOE 15) (Defendant); Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant); Pan-Pacific Mechanical, LLC (Defendant); The Nevell Group, Inc. (Defendant); SASCO (Defendant); Martin Bros./Marcowall Inc. (Defendant); Star Hardware, Inc. (Defendant); Yesco LLC (Defendant); American Stair Corporation (Defendant); Fetzers' Inc. (Defendant); Continental Marble and Tile Company (Defendant); Woodbridge Glass Inc. (Defendant); Kovach Enclosure Systems LLC (Defendant); Kamran and Company Inc. (Defendant); Alamillo Rebar Inc. (Defendant); XL Fire Protection Co. (Defendant); Sharpe Interior Systems Inc. (Defendant); Karcher Int

04/21/2023 Joinder by Morrow Equipment Company, LLC to Opposition to Consolidation in Response to Order to Show Cause Re Consolidation; Filed by: Morrow Equipment Company, LLC (Non-Party)

04/19/2023 Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/19/2023 Response Webcor Construction L.P.'s Response to Order to Show Cause Re Consolidation of New Actions; Filed by: Webcor Construction, LP (Plaintiff)

04/19/2023 Hearing on Ex Parte Application [JOINDER] by Chicago Title Insurance Company, in Lendlease (US) Construction Inc's ex parte application to continue trial scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10

04/19/2023 Opposition Bigge Crane And Rigging Co.S Notice Of Opposition To Consolidation And Notice Of Non-Opposition To Coordination Of Cases In Response To Order To Show Cause; Filed by: Bigge Crane and Rigging Co. (Non-Party)

04/19/2023 Declaration Of Timur Bilir In Support Of Bigge Crane And Rigging Co.S Opposition To Consolidation And Non-Opposition To Coordination Of Cases In Response To Order To Show Cause; Filed by: Bigge Crane and Rigging Co. (Non-Party)

04/19/2023 Subcontractors' Joint Status Report; Filed by: Webcor Construction, LP (Plaintiff)

04/19/2023 Address for Meredith Anne Jones-McKeown (Attorney) updated

04/18/2023 Updated -- Ex Parte Application Defendant Lendlease (US) Construction Inc.S Ex Parte Application To Vacate Or Continue Trial And Related Dates: As To Parties changed from Webcor Construction, LP (Plaintiff) to Webcor Construction, LP (Plaintiff)

04/18/2023 Ex-parte Hearing on Ex Parte Application by Lendlease, to Vacate or Continue Trial and related dates scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10

04/18/2023 Chicago Title Insurance Company's Joinder To Defendant Lendlease (Us) Construction Inc.'s Ex Parte Application To Continue Trial; Filed by: Chicago Title Insurance Company (Defendant)

04/17/2023 Response Continental Marble and Tile Company's Response to LADI's Request for Bill of Particulars; Filed by: CONTINENTAL MARBLE AND TILE COMPANY, a California corporation (Plaintiff)

04/17/2023 Response To Demand For Bill Of Particulars; Filed by: Woodbridge Glass Inc., a California corporation (Defendant)

04/17/2023 Ex Parte Application Defendant Lendlease (Us) Construction Inc.S Ex Parte Application To Vacate Or Continue Trial And Related Dates; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

04/17/2023 Declaration in Support of Ex Parte Application Declaration Of Oliver M. Gold In Support Of Lendlease (Us) Construction Inc.'S Ex Parte Application To Vacate Or Continue Trial And Related Dates; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/14/2023 Response ACCO Engineered Systems, Inc.'s Response to Ladi's Demand for a Bill of Particulars; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

04/14/2023 Response BAPKO Metal, Inc.'s Response to LADI's Demand for Bill of Particulars; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant)

04/14/2023 Response Martin Bros/Marcowall, Inc.'s Response to LADI'S Demand for Bill of Particulars; Filed by: Martin Bros./Marcowall Inc. (Defendant)

04/13/2023 Substitution of Attorney; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/11/2023 Substitution of Attorney; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/10/2023 Order to Show Cause Re: Why Case 22STCV17865 Should Not Be Consolidated With 19STCV03357 scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10

04/10/2023 Case numbers 20STCV03357, 22STCV17865 are related; case number 19STCV03357 is the lead case.

04/10/2023 Minute Order (Court Order Re: Notice of Related Case)

04/10/2023 Case numbers 22STCV17865, 19STCV03357 are related; case number 19STCV03357 is the lead case.

04/10/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

03/30/2023 Updated -- Request for Dismissal with prejudice entire action of all parties and causes of action as to 19STCV28703: As To Parties changed from Troyer Contracting Company, Inc. (Plaintiff) to Troyer Contracting Company, Inc. (Plaintiff)

03/30/2023 Notice of Entry of Order; Filed by: Lendlease (US) Construction Inc. (Plaintiff); As to: Lendlease (US) Construction Inc. (Plaintiff)

03/29/2023 Notice of Entry of Orders; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant) et al.

03/28/2023 Notice of Entry of Order; Filed by: Oceanwide Plaza, LLC (Defendant)

03/28/2023 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Defendant)

03/28/2023 Notice of Further Status Conferences; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant) et al.

03/24/2023 [Proposed] Order Granting Lendlease And Webcor An Additional Ten (10) Days To File An Appeal To The Court's Order Granting L.A. Downtown Investment, L.P.'S Cross-Motion For Summary Adjudication And Denying Lendlease's And Webcor's Cross-Motion For Summary; Signed and Filed by: LendLease (US) Construction Inc. (Defendant)

03/24/2023 Updated -- [Proposed] Order Granting Lendlease And Webcor An Additional Ten (10) Days To File An Appeal To The Court's Order Granting L.A. Downtown Investment, L.P.'S Cross-Motion For Summary Adjudication And Denying Lendlease's And Webcor's Cross-Motion For Summary: Filed By: LendLease (US) Construction Inc. (Defendant); Result: Granted ; Result Date: 03/24/2023

03/24/2023 [Proposed] Order Certifying For Immediate Appellate Review The Court's Order Granting L.A. Downtown Investment, L.P.'S Cross-Motion For Summary Adjudication And Denying Lendlease's And Webcor's Cross- Motion For Summary Adjudication Regarding Lien Priorit; Signed and Filed by: LendLease (US) Construction Inc. (Defendant)

03/24/2023 Updated -- [Proposed] Order Certifying For Immediate Appellate Review The Court's Order Granting L.A. Downtown Investment, L.P.'S Cross-Motion For Summary Adjudication And Denying Lendlease's And Webcor's Cross- Motion For Summary Adjudication Regarding Lien Priorit: Filed By: LendLease (US) Construction Inc. (Defendant); Result: Granted ; Result Date: 03/24/2023

03/22/2023 Updated -- Notice of Related Case: Filed By: Bigge Crane and Rigging Co. (Non-Party); Result: Granted ; Result Date: 03/22/2023

03/22/2023 Updated -- Notice of Related Case: Filed By: Morrow Equipment Company, LLC (Non-Party); Result: Granted ; Result Date: 03/22/2023

03/22/2023 Order to Show Cause Re: Why Cases 22STCV23903 and 22STCV18167 Should Not be Consolidated with 19STCV03357 scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10

03/22/2023 Further Status Conference scheduled for 04/26/2023 at 09:00 AM in Spring Street Courthouse at Department 10

03/22/2023 Further Status Conference scheduled for 05/25/2023 at 10:30 AM in Spring Street Courthouse at Department 10

03/22/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR # 12272; Signed and Filed by: Lendlease (US) Construction, Inc. a Florida corporation (Defendant)

03/22/2023 Order on L.A. Downtown Investment, LP's Objections to Evidence by Lendlease (US) Construction Inc. and Webcor Construction, LP in Support of Their Opposition to L.A. Downtown Investment, LP' Motion for Summary Adjudication; Signed and Filed by: Clerk

03/22/2023 Updated -- Order on L.A. Downtown Investment, LP's Objections to Evidence by Lendlease (US) Construction Inc. and Webcor Construction, LP in Support of Their Opposition to L.A. Downtown Investment, LP's Motion for Summary Adjudication: Name Extension changed from on L.A. Downtown Investment, LP's Objections to Evidence by Lendlease (US) Construction Inc. and Webcor Construction, LP in Support of Their Opposition to L.A. Downtown Investment, LP' Motion for Summary Adjudication to on L.A. Downtown Investment, LP's Objections to Evidence by Lendlease (US) Construction Inc. and Webcor Construction, LP in Support of Their Opposition to L.A. Downtown Investment, LP's Motion for Summary Adjudication ; As To Parties:

03/22/2023 Order Order Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's Evidence; Signed and Filed by: Clerk

03/22/2023 Updated -- Order Order Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's Evidence: As To Parties:

03/22/2023 Updated -- Order Order Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's Evidence: As To Parties:

03/22/2023 Updated -- Order Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's Evidence: Name Extension changed from Order Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's Evidence to Re: Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Objections to L.A. Downtown Investment, LP's Evidence ; As To Parties:

03/22/2023 Order Granting L.A. Downtown Investment, LP's Cross-Motion for Summary Adjudication and Denying Lendlease's and Webcor's Cross-Motion for Summary Adjudication Regarding Lien Property; Signed and Filed by: Clerk

03/22/2023 Updated -- Order Granting L.A. Downtown Investment, LP's Cross-Motion for Summary Adjudication and Denying Lendlease's and Webcor's Cross-Motion for Summary Adjudication Regarding Lien Property: As To Parties:

03/22/2023 Case numbers 22STCV23903, 22STCV18167, 19STCV03357 are related; case number 19STCV03357 is the lead case.

03/22/2023 Minute Order (Further Status Conference Re Proposed Order Granting MSA)

03/22/2023 Certificate of Mailing for (Further Status Conference Re Proposed Order Granting MSA) of 03/22/2023; Filed by: Clerk

03/22/2023 Further Status Conference Re Proposed Order Granting MSA scheduled for 03/22/2023 at 11:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 03/22/2023; Result Type to Held

03/21/2023 Notice of Related Case; Filed by: Morrow Equipment Company, LLC (Non-Party)

03/21/2023 Notice of Related Case; Filed by: Mohammed Tayssir Safi, Oceanwide Plaza, LLC (Debtor)

03/20/2023 Defendant Lendlease (Us) Construction, Inc.'s Opposition To Defendant L.A. Downtown Investment, LP's Request For The Court To Strike Or Otherwise Disregard Lendlease (Us) Construction's Objections To Proposed Order; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

03/15/2023 Notice of Related Case; Filed by: Bigge Crane and Rigging Co. (Non-Party)

03/09/2023 Notice of Errata Re Webcor Construction L.P. Request for Dismissal of Complaint Against Swinerton Builders DBA Swinerton Management & Consulting; Filed by: Webcor Construction, LP (Plaintiff); As to: Swinerton Builders (Defendant)

03/09/2023 On the Amended Complaint (1st) filed by Webcor Construction, LP, a California limited partnership, et al. on 03/26/2019, entered Request for Dismissal without prejudice filed by Webcor Construction, LP and Swinerton Construction , LP as to Swinerton Builders

03/09/2023 Request for Dismissal; Filed by: Webcor Construction, LP (Plaintiff); As to: Swinerton Builders (Defendant)

03/09/2023 Request for Dismissal (NOT ENTERED) Duplicate Filing; Filed by: Webcor Construction, LP (Plaintiff); As to: Swinerton Builders (Defendant)

03/06/2023 On the Court's own motion, Further Status Conference Re Proposed Order Granting MSA scheduled for 04/24/2023 at 02:30 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 03/22/2023 11:00 AM

03/03/2023 Message Board Posting continuing March 6 hearing to March 22, 2023; Filed by: Clerk

03/03/2023 On the Court's own motion, Further Status Conference Re Proposed Order Granting MSA scheduled for 03/06/2023 at 03:00 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 04/24/2023 02:30 PM

03/02/2023 L.A. Downtown Investment, L.P.'S Request for The Court to Strike or Otherwise Disregard the New Arguments in Lendlease (Us) Construction's Objections to Proposed Order; Filed by: L.A. Downtown Investment, LP (Defendant)

02/27/2023 Address for Daniel Abraham Cantor (Attorney) updated

02/24/2023 Further Status Conference Re Proposed Order Granting MSA scheduled for 03/06/2023 at 03:00 PM in Spring Street Courthouse at Department 10

02/24/2023 [Proposed] Order Granting Cross-MSA's Regarding Lien Property; Filed by: Webcor Construction, LP (Plaintiff)

02/24/2023 Objections to Proposed Order Granting Cross-MSA's Regarding Lien Priority; Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/24/2023 Clerks Certificate of Service By Electronic Service; Filed by: Clerk

02/24/2023 On the Court's own motion, Further Status Conference Re Proposed Order Granting MSA scheduled for 02/27/2023 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 03/06/2023 03:00 PM

02/23/2023 Notice of Change of Address or Other Contact Information; Filed by: Daniel Abraham Cantor (Attorney)

02/23/2023 First Amended Proof of Service; Filed by: Oceanwide Plaza, LLC. (Defendant)

02/23/2023 Ex Parte Proposed Order; Signed and Filed by: Lend Lease (US) Construction, Inc., A Delaware Corporation (Defendant)

02/23/2023 Updated -- Ex Parte Proposed Order: Filed By: Lend Lease (US) Construction, Inc., A Delaware Corporation (Defendant); Result: Granted ; Result Date: 02/23/2023

02/22/2023 Updated -- Substitution of Attorney: As To Parties:

02/22/2023 Minute Order (Hearing on Ex Parte Application by Lendlease (US) Constructio...)

02/22/2023 Updated -- Sara H. Kornblatt (Attorney): Name Suffix: blank

02/22/2023 Updated -- Sara H. Kornblatt (Attorney): Organization Name changed from Gibbs Giden Locher Turner Senet & Wittbrodt LLP to Gibbs Giden Locher Turner Senet & Wittbrodt, LLP

02/22/2023 Address for Sara H. Kornblatt (Attorney) updated

02/22/2023 Hearing on Ex Parte Application by Lendlease (US) Construction Inc., for order vacating the February 1, 2023 minute order, the February 3, 2023 notice of ruling, and clarifying the procedure for preparation of a reviewable order on the cross-motions for summary adjudication scheduled for 02/22/2023 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 02/22/2023; Result Type to Held

02/21/2023 Ex Parte Application Plaintiff and Cross-Defendant Webcor Construction, LP's Ex Parte Application to Extend Time to File Petition for Writ of Mandate as Permitted By Code Civ. 437c(m); Declaration of Heather N. Blackinton in Support Thereof; Filed by: Webcor Construction, LP (Plaintiff); As to: Webcor Construction, LP (Plaintiff)

02/21/2023 Hearing on Ex Parte Application by Lendlease (US) Construction Inc., for order vacating the February 1, 2023 minute order, the February 3, 2023 notice of ruling, and clarifying the procedure for preparation of a reviewable order on the cross-motions for summary adjudication scheduled for 02/22/2023 at 10:00 AM in Spring Street Courthouse at Department 10

02/21/2023 Ex Parte Application Defendant And Crosscomplainant Lendlease (Us) Construction Inc.S Ex Parte Application For Order Vacating The February 1, 2023 Minute Order, 2 Lendleases Ex Parte Application For Order Vacating The February 1, 2023 Minute Order And February 3, 2023; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

02/21/2023 Declaration Declaration Of John D. Hanover In Support Of Lendlease (Us) Construction, Inc.S Ex Parte Application For Order; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

02/21/2023 Substitution of Attorney; Filed by: SASCO (Plaintiff)

02/09/2023 Notice of Association of Counsel; Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/08/2023 Further Status Conference Re Proposed [illegible] Settlement Hearing in scheduled for 01/17/2023 at 09:00 PM in Spring Street Courthouse at Department 10

02/08/2023 On the Court's own motion, Non-Jury Trial scheduled for 03/06/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 02/01/2023

02/08/2023 On the Court's own motion, Non-Jury Trial scheduled for 03/07/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 02/01/2023

02/08/2023 On the Court's own motion, Non-Jury Trial (5 Additional Days) scheduled for 04/17/2023 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 02/01/2023

02/03/2023 Notice of Ruling Re February 1, 2023 Hearing on Cross-Motions for Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

02/01/2023 Updated -- L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Granted ; Result Date: 02/01/2023

02/01/2023 Updated -- Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Notice of Motion and Motion for Summary Adjudication: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Denied ; Result Date: 02/01/2023

02/01/2023 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko, CSR # 12272; Filed by: Lendlease (US) Construction Holdings Inc. (Defendant)

02/01/2023 Address for Ryan Christopher Squire (Attorney) updated

02/01/2023 Minute Order (Further Status Conference; Hearing on Joinder to Motion for S...)

02/01/2023 Further Status Conference scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/01/2023; Result Type to Held

02/01/2023 Hearing on Joinder to Motion for Summary Judgment / Adjudication by Chicago Title Insurance Company to Defendant L. A. Downtown Investment L.P. scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/01/2023; Result Type to Held - Taken under Submission

02/01/2023 Hearing on Motion for Summary Adjudication of L.A. Downtown Investment, LP scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/01/2023; Result Type to Held - Taken under Submission

02/01/2023 Hearing on Motion for Summary Adjudication of Lendlease (US) Construction Inc. and Webcor Construction L.P. Jointly scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/01/2023; Result Type to Held - Taken under Submission

01/31/2023 Notice of Change of Address or Other Contact Information; Filed by: Ryan Christopher Squire (Attorney)

01/25/2023 Proof of Personal Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Swinerton Builders (Defendant); Service Date: 01/17/2023; Service Cost: 276.25; Service Cost Waived: No

01/11/2023 Further Status Conference scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

01/11/2023 Hearing on Joinder to Motion for Summary Judgment / Adjudication by Chicago Title Insurance Company to Defendant L. A. Downtown Investment L.P. scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

01/11/2023 Hearing on Motion for Summary Adjudication of L.A. Downtown Investment, LP scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

01/11/2023 Hearing on Motion for Summary Adjudication of Lendlease (US) Construction Inc. and Webcor Construction L.P. Jointly scheduled for 02/01/2023 at 02:00 PM in Spring Street Courthouse at Department 10

01/11/2023 Minute Order (Court Order Re Continuance)

01/11/2023 On the Court's own motion, Further Status Conference scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 02/01/2023 02:00 PM

01/11/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication of L.A. Downtown Investment, LP scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 02/01/2023 02:00 PM

01/11/2023 On the Court's own motion, Hearing on Motion for Summary Adjudication of Lendlease (US) Construction Inc. and Webcor Construction L.P. Jointly scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 02/01/2023 02:00 PM

01/11/2023 On the Court's own motion, Hearing on Joinder to Motion for Summary Judgment / Adjudication by Chicago Title Insurance Company to Defendant L. A. Downtown Investment L.P. scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 02/01/2023 02:00 PM

01/04/2023 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); As to: Swinerton Builders (Defendant)

12/30/2022 Response Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Response To L.A. Downtown Investment Lps Objection Of Evidence In Support Of Their Motion For Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Reply Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Reply In Support Of Motion For Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Affidavit Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Compendium Of Evidence In Support Of Reply To Motion For Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Objection Lendlease (Us) Construction Inc. And Webcor Construction L.P.'s Objections To L.A. Downtown Investment, Lps Evidence; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Proof of Service (not Summons and Complaint); Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 Response Lendlease (Us) Construction Inc. And Webcor Construction L.P.S Joint Response To L.A. Downtown Investment Lps Additional Facts In Opposition To Motion For Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/30/2022 L.A. Downtown Investment, LP's Reply In Support Of Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/30/2022 L.A. Downtown Investment, LP's Responses To Lendlease And Webcor's Objections To Evidence; Filed by: L.A. Downtown Investment, LP (Defendant)

12/30/2022 Omnibus Proof of Service; Filed by: L.A. Downtown Investment, LP (Defendant)

12/30/2022 L.A. Downtown Investment, LP's Objections To Evidence By Lendlease (Us) Construction, Inc. And Webcor Construction, LP In Support Of Their Opposition; Filed by: L.A. Downtown Investment, LP (Defendant)

12/30/2022 Supplemental Declaration Of Eric V. Rowen In Support Of L.A. Downtown Investment, LP's Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/30/2022 L.A. Downtown Investment, Lp's Response To Lendlease (Us) Construction Inc. And Webcor Construction L.P.'S Additional Undisputed Facts And Supporting Evidence; Filed by: L.A. Downtown Investment, LP (Defendant)

12/22/2022 Chicago Title Insurance Company's Joinder to Defendant L.A. Downtown Investment, L.P.'s Motion for Summary Adjudication; Filed by: Chicago Title Insurance Company (Cross-Complainant)

12/22/2022 Hearing on Joinder to Motion for Summary Judgment / Adjudication by Chicago Title Insurance Company to Defendant L. A. Downtown Investment L.P. scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10

12/22/2022 Case Management Conference scheduled for 06/14/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Vacated on 06/14/2019

12/21/2022 Chicago Title Insurance Company's Joinder To Defendant L.A. Downtown Investment, L.P.'S Opposition To Joint Motion For Summary Adjudication By Lendlease And Webcor; Filed by: Chicago Title Insurance Company (Cross-Complainant)

12/16/2022 L.A. Downtown Investment, LP's Opposition To Lendlease (Us) Construction, Inc. And Webcor Construction, LP's Joint Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/16/2022 Declaration Of Todd A. Pickles In Support Of L.A. Downtown Investment, LP's Objections To Evidence By Lendlease (US) Construction, Inc. And Webcor Construction, LP In Support Of Their Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/16/2022 L.A. Downtown Investment, LP's Objections To Evidence By Lendlease (US) Construction, Inc. And Webcor Construction, LP In Support Of Their Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/16/2022 Proof of Service; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant) et al.

12/16/2022 L.A. Downtown Investment, LP's Separate Statement In Opposition To Lendlease (Us) Construction Inc. And Webcor Construction L.P.'S Motion For Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P.'S Joint Opposition To L.A. Downtown Investment, LP's Motion For Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P.'S Joint Response To L.A. Downtown Investment, LP's Separate Statement; Additional Undisputed Facts And Supporting Evidence; Filed by: Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P. Joint Compendium Of Evidence In Support Of Opposition To L.A. Downtown Investment, LP Motion For Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (Us) Construction Inc. And Webcor Construction L.P.'S Joint Request For Judicial Notice In Support Of Opposition To L.A. Downtown Investment, Lp's Motion For Summary Adjudication; Filed by: Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Proof of Service; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/16/2022 Lendlease (US) Construction Inc. And Webcor Construction L.P. Joint Objections To L.A. Downtown Investment, LP Evidence; Filed by: Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

12/09/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Signed and Filed by: Webcore (US) Construction, Inc., (Defendant)

12/09/2022 Minute Order (Order to Show Cause Re: Lift Stay on Discovery for (8/21/23 T...)

12/09/2022 Minute Order (Nunc Pro Tunc Order)

12/09/2022 Order to Show Cause Re: Lift Stay on Discovery for (8/21/23 Trial) scheduled for 12/09/2022 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 12/09/2022; Result Type to Held

12/09/2022 Further Status Conference scheduled for 12/09/2022 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 12/09/2022; Result Type to Held

12/06/2022 Joinder Acco Engineered Systems, Inc.'s Joinder To Standard Drywall, Inc.'s Reply To Responses To OSC As To Why The Discovery Stay; Filed by: ACCO Engineered Systems, Inc. (Defendant)

12/06/2022 Joinder Martin Bros./ Marcowall Inc.'s Joinder To Standard Drywall, Inc.'s Reply To Responses To OSC As To Why The Court Should Not Lift The Discovery Stay; Filed by: Martin Bros./Macrowall, Inc. (Defendant)

12/06/2022 Joinder Bapko Metal, Inc.'s Joinder To Standard Drywall, Inc.'s Reply To Responses To OSC Why The Court Should Not Lift The Discovery Stay; Filed by: Bapko Metal, Inc. (Defendant)

12/06/2022 Separate Statement in Support of MSA; Filed by: L.A. Downtown Investment, LP (Defendant)

12/06/2022 Request for Dismissal with prejudice; entire action of all parties and all causes of action as to 19STCV28703; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Troyer Contracting Company, Inc. (Plaintiff)

12/05/2022 Updated -- Separate Statement of L.A. Downtown Investment, LP's Motion for Summary Adjudication: As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 10 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 7 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 9 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 6 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 4 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 3 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 5 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 2 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Don Young: As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 1 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Vladimir Volnyy: As To Parties:

12/05/2022 Updated -- Declaration of Don Young: As To Parties:

12/05/2022 Updated -- Declaration of Vladimir Volnyy: As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 10 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 2 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 4 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 3 of 10): As To Parties:

12/05/2022 Updated -- Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Notice of Motion and Motion for Summary Adjudication: As To Parties:

12/05/2022 Updated -- Lendlease (US) Construction Inc. and Webcor Construction LP's Joint Request for Judicial Notice: As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 5 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 1 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 6 of 10): As To Parties:

12/05/2022 Updated -- Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Memorandum of Points and Authorities in Support of Their Motion for Summary Adjudication: As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 9 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 7 of 10): As To Parties:

12/05/2022 Updated -- Lendlease (US) Construction Inc. and Webcor Construction L.P. Joint Compendium Of Evidence in Support of Their Motion for Summary Adjudication: Name Extension: blank ; As To Parties:

12/05/2022 Updated -- Lendlease (US) Construction Inc. and Webcor Construction LP's Joint Separate Statement of Undisputed Facts in Support of Motion for Summary Adjudication: As To Parties:

12/05/2022 Updated -- L.A. Downtown Investment, LP's Request for Judicial Notice: As To Parties:

12/05/2022 Updated -- Separate Statement of L.A. Downtown Investment, LP's Motion for Summary Adjudication: As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 1 of 10): Name Extension changed from VOL 1 thru 5 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 1 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 2 of 10): Name Extension changed from VOL 2 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 2 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 5 of 10): Name Extension changed from VOL 5 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown

Investment, LP's MSA (Vol. 5 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 3 of 10): Name Extension changed from VOL 3 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 3 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 4 of 10): Name Extension changed from VOL 4 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 4 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 6 of 10): Name Extension changed from VOL 6 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 6 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 9 of 10): Name Extension changed from VOL 9 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 9 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10): Name Extension changed from VOL 8 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10): As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 7 of 10): Name Extension changed from VOL 7 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 7 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 10 of 10): Name Extension changed from VOL 10 of Declaration of Eric Rowen in Support of Motion for Summary Adjudication to of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 10 of 10) ; Exact Name: blank ; As To Parties:

12/05/2022 Updated -- L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication: Exact Name changed from L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication; Memorandum of Points and Authorities to L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication ; As To Parties:

12/05/2022 Updated -- L.A. Downtown Investment, LP's Request for Judicial Notice: As To Parties:

12/05/2022 Updated -- Proof of Service (not Summons and Complaint): As To Parties:

12/05/2022 Standard Drywall, Inc.'s Reply To Responses To OSC As To Why The Court Should Not Lift The Discovery Stay; Filed by: Standard Drywall, Inc. (Plaintiff)

12/05/2022 Proof Of Electronic Service Via Case Anywhere; Filed by: Standard Drywall, Inc. (Plaintiff)

12/05/2022 Webcor Construction, LP's Reply In Support Of Order To Show Cause Regarding Lifting Stay Of Discovery; Filed by: Webcor Construction, LP (Plaintiff)

12/05/2022 Hearing on Motion for Summary Adjudication of Lendlease (US) Construction Inc. and Webcor Construction L.P. Jointly scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10

12/05/2022 Hearing on Motion for Summary Adjudication of L.A. Downtown Investment, LP scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10

12/05/2022 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Notice of Motion and Motion for Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction LP's Joint Request for Judicial Notice; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction L.P.'s Joint Memorandum of Points and Authorities in Support of Their Motion for Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction L.P. Joint Compendium Of Evidence in Support of Their Motion for Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Lendlease (US) Construction Inc. and Webcor Construction LP's Joint Separate Statement of Undisputed Facts in Support of Motion for Summary Adjudication; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 Proof of Service (not Summons and Complaint); Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/02/2022 L.A. Downtown Investment, LP's Notice of Motion and Motion for Summary Adjudication; Memorandum of Points and Authorities; Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 L.A. Downtown Investment, LP's Request for Judicial Notice; Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Separate Statement of L.A. Downtown Investment, LP's Motion for Summary Adjudication; Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Don Young; Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Vladimir Volnyy; Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 1 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 2 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 5 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 3 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 4 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 6 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 9 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 8 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 7 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/02/2022 Declaration of Eric V. Rowen in Support of L.A. Downtown Investment, LP's MSA (Vol. 10 of 10); Filed by: L.A. Downtown Investment, LP (Defendant)

12/01/2022 Supplemental Stipulated Statement of Undisputed Facts; Filed by: Oceanwide Plaza LLC, (Defendant); As to: Shaw & Sons, Inc. (Plaintiff)

12/01/2022 Exhibit List; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/01/2022 Proof of Service (not Summons and Complaint); Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/30/2022 Declaration of John D. Hanover Pursuant to California Code of Civil Procedure 437c(t); Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/30/2022 Declaration Declaration of John Foust per Code of Civil Procedure 437c t; Filed by: Oceanwide Plaza, LLC (Defendant)

11/30/2022 Notice of Joinder (Name Extension) Joinder of Defendant Woodbridge Glass, Inc. in support of Mitsubishi Electric US, Inc.'s and Kamran and Company, Inc.'s Objections to OSC re Lifting Discovery Stay; Filed by: Woodbridge Glass Inc. (Defendant); As to: Kamran and Company Inc. (Defendant)

11/29/2022 Stipulation - No Order Joint Stipulation Pursuant To California Code Of Civil Procedure 437c(T); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant) et al.

11/29/2022 Declaration Declaration Of Julianna M. Simon Pursuant To California Code Of Civil Procedure 437c(T); Filed by: L.A. Downtown Investment, LP (Defendant)

11/29/2022 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant) et al.

11/29/2022 Mitsubishi Electric Us, Inc.'s Objection To OSC Re: Lifting Discovery Stay; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

11/29/2022 Kamran And Company, Inc.'s Objection To OSC Re: Lifting Discovery Stay; Filed by: Kamran and Company, Inc. (Plaintiff)

11/29/2022 Declaration of Heather N. Blackinton Pursuant to California Code of Civil Procedure 437c(t); Filed by: Webcor Construction, LP (Plaintiff)

11/29/2022 L.A. Downtown Investment, LP's Response To Order To Show Cause Regarding Stay of Discovery; Filed by: L.A. Downtown Investment, LP (Defendant)

11/29/2022 Declaration of Sonia Plesset Edwards Under CCP Section 437c(t); Filed by: Chicago Title Insurance Company (Cross-Complainant)

11/28/2022 Updated -- Request for Dismissal filed as to 19STCV28703 was not entered; since case was consolidated, caption needs to be 19STCV03357 Webcor; 1) b) 6) Entire action of all parties and all causes of action as to 19STCV28703: As To Parties changed from LA Downtown Investment, LP (Defendant), Oceanwide Plaza, LLC (Defendant), Lendlease (US) Construction, Inc. (Defendant) to Oceanwide Plaza, LLC (Defendant)

11/28/2022 Updated -- Request for Dismissal filed as to 19STCV28703 was not entered; since case was consolidated, caption needs to be 19STCV03357 Webcor; 1) b) 6) Entire action of all parties and all causes of action as to 19STCV28703: As To Parties changed from LA Downtown Investment, LP (Defendant), Oceanwide Plaza, LLC (Defendant), Lendlease (US) Construction, Inc. (Defendant) to Oceanwide Plaza, LLC (Defendant)

11/28/2022 Notice of Entry of Dismissal and Proof of Service; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

11/22/2022 Updated -- Request for Dismissal with Prejudice (Case #20STCV32733): Name Extension: with Prejudice (Case #20STCV32733); As To Parties changed from Snaidero U.S.A. (Plaintiff), Lend Lease (US) Construction, Inc. (Defendant), Oceanwide Plaza LLC (Defendant) to Oceanwide Plaza LLC (Defendant), Lend Lease (US) Construction, Inc. (Defendant)

11/18/2022 Notice of Ruling Re November 8, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/14/2022 Further Status Conference scheduled for 01/17/2023 at 09:00 AM in Spring Street Courthouse at Department 10

11/10/2022 Non-Jury Trial scheduled for 03/06/2023 at 10:00 AM in Spring Street Courthouse at Department 10

11/10/2022 Non-Jury Trial scheduled for 03/07/2023 at 10:00 AM in Spring Street Courthouse at Department 10

11/10/2022 Non-Jury Trial (5 Additional Days) scheduled for 04/17/2023 at 10:00 AM in Spring Street Courthouse at Department 10

11/10/2022 Order to Show Cause Re: Lift Stay on Discovery for (8/21/23 Trial) scheduled for 12/09/2022 at 02:30 PM in Spring Street Courthouse at Department 10

11/10/2022 Further Status Conference scheduled for 12/09/2022 at 02:30 PM in Spring Street Courthouse at Department 10

11/10/2022 Further Status Conference scheduled for 11/08/2022 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 11/10/2022

11/10/2022 Minute Order (Nunc Pro Tunc Order)

11/08/2022 Further Status Conference scheduled for 11/08/2022 at 05:00 PM in Spring Street Courthouse at Department 10

11/08/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Lisa Marie Parker #13441; Signed and Filed by: Webcor Construction, LP (Plaintiff)

11/08/2022 Minute Order (Further Status Conference)

11/08/2022 Further Status Conference scheduled for 11/08/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/08/2022; Result Type to Held

11/07/2022 Updated Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/31/2022 Further Status Conference scheduled for 11/08/2022 at 02:00 PM in Spring Street Courthouse at Department 10

10/31/2022 On the Court's own motion, Non-Jury Trial (5 day) scheduled for 10/31/2022 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Vacated on 10/24/2022

10/28/2022 Order to Show Cause Re: List of Undisputed Facts scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10

10/28/2022 Order to Show Cause Re: Authencity of Deposition Exhibits scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10

10/26/2022 Final Status Conference scheduled for 10/13/2022 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 10/26/2022

10/24/2022 Hearing on Ex Parte Application ... scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10

10/24/2022 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for leave to augment its expert witness list scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10

10/24/2022 Notice of Ruling Re October 14, 2022 Final Status Conference And Hearing On Certain Motions In Limine; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/24/2022 Notice of Ruling Re October 24, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/24/2022 Minute Order (Further Status Conference)

10/24/2022 On the Court's own motion, Hearing on Ex Parte Application by L.A. Downtown Investment LP, for leave to augment its expert witness list scheduled for 10/12/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 10/14/2022 10:00 AM

10/24/2022 On the Court's own motion, Hearing on Ex Parte Application ... scheduled for 10/12/2022 at 05:00 PM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 10/14/2022 10:00 AM

10/24/2022 Further Status Conference scheduled for 10/24/2022 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/24/2022; Result Type to Held

10/21/2022 Further Status Conference scheduled for 10/24/2022 at 01:30 PM in Spring Street Courthouse at Department 10

10/21/2022 Notice Notice of Further Status Conference; Filed by: L.A. Downtown Investment, LP (Defendant)

10/21/2022 On the Complaint filed by SNAIDERO U.S.A. on 08/27/2020, entered Request for Dismissal with prejudice filed by Snaidero U.S.A. as to Oceanwide Plaza LLC and Lend Lease (US) Construction, Inc.

10/21/2022 Request for Dismissal; Filed by: Snaidero U.S.A. (Plaintiff); As to: Snaidero U.S.A. (Plaintiff); Lend Lease (US) Construction, Inc. (Defendant); Oceanwide Plaza LLC (Defendant)

10/20/2022 Notice of Lodging NOTICE OF LODGING; Filed by: L.A. Downtown Investment, LP (Defendant)

10/20/2022 Request for Dismissal filed as to 19STCV28703 was not entered; since case was consolidated, caption needs to be 19STCV03357 Webcor; 1) b) 6) Entire action of all parties and all causes of action as to 19STCV28703 only; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant)

10/19/2022 Notice of Withdrawal of Notice of Pendency of Action (Lis Pendens) Per CCP Section 405.50; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Troyer Contracting Company, Inc. (Plaintiff)

10/17/2022 Notice Of Remote Appearance re Jeffrey Arfstene; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/17/2022 Notice Of Remote Appearance re Scott Weyman; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/17/2022 Notice Of Remote Appearance re Peter Loedding; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/17/2022 Notice of Remote Appearance re Thomas Giordano; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/14/2022 Updated -- Motion in Limine No. 1 Lendlease (US) Construction,Inc.'s Notice of Motion and Motion in Limine to Preclude all Expert Opinion as to the Meaning Interpretation and Application of Statutorily Defined Terms in California's Mechanics Lien Statutes;: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Denied; Result Date: 10/14/2022

10/14/2022 Updated -- Webcor Construction, L.P.'s Notice of Motion and Motion in Limine No. 2; Memorandum in Support: Filed By: Webcor Construction, LP (Plaintiff); Result: Denied; Result Date: 10/14/2022

10/14/2022 Notice of Ruling Re Hearing On L.A. Downtown Investment, L.P.'s Motion For Leave To Augment Its Expert Witness List; Filed by: L.A. Downtown Investment, LP (Defendant)

10/14/2022 Minute Order (Final Status Conference (2nd Day); Hearing on Motion in Limin...)

10/14/2022 Final Status Conference (2nd Day) scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Motion in Limine by Lendlease (US) Construction Inc. to preclude all expert opinion as to the meaning, interpretation, and application of statutorily-defined terms in California's mechanics lien statutes scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Motion in Limine no. 1 by Webcor Construction L.P. for an order excluding from trial all testimony, evidence and argument from expert witnesses regarding what constitutes "site improvement" ... scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Motion in Limine no. 2 by Webcor Construction L.P. for an order excluding from trial all testimony, evidence and argument that the first-in-time contract contemplated by Civil Code section 8454 may include any work other than "site improvement" scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Motion in Limine partial joinder by Lendlease (US) Construction Inc in Webcor Construction L.P.'s Motion in Limine No. 1 scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Motion in Limine joinder by Lendlease (US) Construction Inc. in Webcor Construction L.P.'s Motion in Limine No. 2 scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Ex Parte Application ... scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Hearing on Ex Parte Application by L.A. Downtown Investment LP, for leave to augment its expert witness list scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Order to Show Cause Re: List of Undisputed Facts scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/14/2022 Order to Show Cause Re: Authencity of Deposition Exhibits scheduled for 10/14/2022 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 10/14/2022; Result Type to Held

10/13/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Ingrid Saracione #11960; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

10/13/2022 Brief of L.A. Downtown Investment, L.P. Regarding Legislative History; Filed by: L.A. Downtown Investment, LP (Defendant)

10/13/2022 Final Status Conference scheduled for 10/13/2022 at 05:00 PM in Spring Street Courthouse at Department 10

10/13/2022 Supplemental Memorandum Of Points And Authorities In Support Of Webcor Construction, L.P.'S Opposition To L.A. Downtown Investment, LP's Ex Parte Application For Leave To Augment Expert Witness List; Filed by: Webcor Construction, LP (Plaintiff)

10/13/2022 Notice of Ruling Re October 13, 2022 Final Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/13/2022 Minute Order (Final Status Conference)

10/13/2022 Final Status Conference scheduled for 10/13/2022 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/13/2022; Result Type to Held

10/12/2022 Joint Exhibit List; Filed by: L.A. Downtown Investment, LP (Defendant)

10/12/2022 Joint Witness List Of L.A. Downtown Investment, L.P., Oceanwide Plaza, LLC, And Chicago Title Insurance Company; Filed by: L.A. Downtown Investment, LP (Defendant)

10/12/2022 Lendlease (Us) Construction Inc. And Webcor Construction L.P.'S Joint Witness List; Filed by: Webcor Construction, LP (Plaintiff); Lendlease (US) Construction, Inc. (Defendant)

10/12/2022 First Amended Joint Exhibit List; Filed by: L.A.Downtown Investment LP (Defendant)

10/12/2022 Notice of Ruling Re: Hearing on L.A. Downtown Investment, L.P.'s Ex Parte Application for Leave to Augment its Expert Witness List; Filed by: L.A. Downtown Investment, LP (Defendant)

10/12/2022 Amended Joint Witness List Of L.A. Downtown Investment, L.P., Oceanwide Plaza, LLC, And Chicago Title Insurance Company; Filed by: L.A. Downtown Investment LP (Defendant)

10/12/2022 Hearing on Ex Parte Application ... scheduled for 10/12/2022 at 05:00 PM in Spring Street Courthouse at Department 10

10/12/2022 Minute Order (Hearing on Ex Parte Application by L.A. Downtown Investment L...)

10/11/2022 L.A. Downtown Investment, L.P.'S Ex Parte Application For Leave To Augment Its Expert Witness List; Memorandum Of Points And Authorities; Filed by: L.A. Downtown Investment LP (Cross-Complainant); As to: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

10/11/2022 Declaration Of Todd A. Pickles In Support Of L.A. Downtown Investment, L.P.'S Ex Parte Application For Leave To Augment Its Expert

10/11/2022 Hearing on Ex Parte Application . scheduled for 10/12/2022 at 10:00 AM in Spring Street Courthouse at Department 10

10/11/2022 Memorandum of Points and Authorities In Support of Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Ex Parte Application For Leave to Augment Expert Witness List; Filed by: Webcor Construction, LP (Plaintiff)

10/11/2022 Declaration of William T. Eliopoulos in Support of Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Ex Parte Application For Leave to Augment Expert Witness List; Filed by: Webcor Construction, LP (Plaintiff)

10/11/2022 Reply Lendlease (US) Construction Inc. Omnibus Reply In Support Of Lendlease Construction Motion In Limine No. 1; Supplemental Declaration Of John D. Hanover In Support; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Response Lendlease (Us) Construction Inc. Response To L.A. Downtown Investment, LP Opposition To Webcor Construction L.P. Motion In Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Reply Webcor Construction, L.P.S Reply In Support Of Webcors Motion In Limine No. 1; Filed by: Webcor Construction, LP (Plaintiff)

10/11/2022 Response Lendlease (Us) Construction Inc. Response To L.A. Downtown Investment, LP Opposition To Webcor Construction L.P. Motion In Limine No. 2; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/11/2022 Reply Webcor Construction, L.P.S Reply In Support Of Webcors Motion In Limine No. 2; Filed by: Webcor Construction, LP (Plaintiff)

10/11/2022 Notice of Ruling Re Hearing on L.A. Downtown Investment, L.P.'s Motion in Limine Nos. 2-4; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/10/2022 Updated -- L.A. Downtown Investment, L.P.'s Notice of Motion and Motion in Limine No. 4; Filed By: L.A. Downtown Investment, LP (Defendant); Result: Denied; Result Date: 10/10/2022

10/10/2022 Updated -- L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 3; Filed By: L.A. Downtown Investment, LP (Defendant); Result: Denied; Result Date: 10/10/2022

10/10/2022 Updated -- L.A. Downtown Investment's Notice of Motion and Motion in Limine No. 2 to Exclude Testimony of James Hibert and Memorandum of Points and Authorities in Support Thereof: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Denied; Result Date: 10/10/2022

10/10/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Heather Pitvorec #10551; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

10/10/2022 Hearing on Motion in Limine partial joinder by Lendlease Construction Inc in Webcor Construction L.P.'s Motion in Limine No. 1 scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10

10/10/2022 Hearing on Motion in Limine joinder by Lendlease (US) Construction Inc. in Webcor Construction L.P."s Motion in Limine No. 2 scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10

10/10/2022 Minute Order (Hearing on Motion in Limine no. 2, by L.A. Downtown Investmen...)

10/10/2022 Hearing on Motion in Limine no. 2, by L.A. Downtown Investment L.P. to exclude testimony of James Hibert scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/10/2022; Result Type to Held - Motion Denied

10/10/2022 Final Status Conference scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/10/2022; Result Type to Held

10/10/2022 Hearing on Motion in Limine no. 3, by L.A. Downtown Investment LP, to preclude any party from introducing evidence or argument as to whether Oceanwide Plaza LLC, fka Tohigh Construction LLC, used the loan funds it received from LADI in connection with the construction project... scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/10/2022; Result Type to Held - Motion Denied

10/10/2022 Hearing on Motion in Limine no. 4, by L.A. Downtown Investment LP, to preclude all parties from introducing evidence or argument that the mechanics lien recorded by Lendlease (US) Construction Inc. allegedly has priority over LADI's deed of trust related to the property ... scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 10/10/2022; Result Type to Held - Motion Denied

10/07/2022 Lendlease (US) Construction Inc. Notice Of Partial Joinder And Partial Joinder In Webcor Construction L.P. Motion In Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/07/2022 Defendant, Cross-Complainant and Cross-Defendant Chicago Title Insurance Company's Joinder to Defendant and Cross-Defendant L.A. Downtown Investment's Opposition to Webcor's Motion in Limine No. 1; Filed by: Chicago Title Insurance Company (Defendant)

10/07/2022 Defendant, Cross-Complainant and Cross-Defendant Chicago Title Insurance Company's Joinder to Defendant and Cross-Defendant L.A. Downtown Investment's Opposition to Webcor's Motion in Limine No. 2; Filed by: Chicago Title Insurance Company (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice of Partial Joinder And Partial Joinder In ACCO Engineered Systems, Inc. Opposition To L.A. Downtown Investment, LP Motion In Limine No. 4; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice of Partial Joinder And Partial Joinder In Bapko Metal, Inc. Opposition To L.A. Downtown Investment, LP Motion In Limine No. 4; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Bapko Metal, Inc.(DOE 18) (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice of Partial Joinder And Partial Joinder In Martin Bros./Macrowall Inc. Opposition To L.A. Downtown Investment, LP Motion In Limine No. 4; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Martin Bros./Marcowall Inc. (Defendant)

10/06/2022 Lendlease (US) Construction Inc. Notice Of Joinder And Joinder In Webcor Construction L.P. Opposition To L.A. Downtown

Investment, LP Motion In Limine No. 2; Filed by: Martin Bros./Marcowall, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/06/2022 Lendlease (US) Construction Inc. Notice Of Joinder And Joinder In Webcor Construction L.P. Motion In Limine No. 2; Filed by: Lendlease (US) Construction, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/06/2022 Chicago Title Insurance Company's Opposition to Lendlease (US) Construction Inc.'s Motion in Limine to Preclude All Expert Opinion as to the Meaning, Interpretation, and Application of Statutorily Defined Terms in California's Mechanics Lien Statutes; Dec; Filed by: Chicago Title Insurance Company (Defendant)

10/06/2022 L.A. Downtown Investment Response to Lendlease Motion in Limine No. 1; Filed by: L.A. Downtown Investment, LP (Defendant)

10/06/2022 Opposition L.A. Downtown Investment Opposition to Webcor Motion in Limine No. 1; Filed by: L.A. Downtown Investment, LP (Defendant)

10/06/2022 Declaration of Todd Pickles in Support of L.A. Downtown Investment, LP's Opposition to Webcor's Motion in Limine No. 1; Filed by: L.A. Downtown Investment, LP (Defendant)

10/06/2022 Opposition LA Downtown Investment Opposition to Webcor Motion in Limine No. 2; Filed by: L.A. Downtown Investment, LP (Defendant)

10/05/2022 Address for Rosemary K. Nunn (Attorney) customer request

10/03/2022 Reply in Support of L.A. Downtown Investment, LP's Motion in Limine No. 3; Filed by: L.A. Downtown Investment, LP (Defendant)

10/03/2022 Reply in Support of L.A. Downtown Investment, LP's Motion in Limine No. 4; Filed by: L.A. Downtown Investment, LP (Defendant)

10/03/2022 Reply in Support Of L.A. Downtown Investment, LP's Motion In Limine No. 2 To Exclude Testimony Of James Hibert; Filed by: L.A. Downtown Investment, LP (Defendant)

09/30/2022 Updated -- Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 4: Name Extension: blank; Exact Name: Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 4; As To Parties: removed

09/30/2022 Updated -- Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 3; Declaration of Heather N. Blackinton: Name Extension: blank; Exact Name: Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 3; Declaration of Heather N. Blackinton; As To Parties: removed

09/30/2022 Updated -- Webcor Construction, L.P. Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 2 To Exclude Testimony Of James Hibert: Exact Name: Webcor Construction, L.P. Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 2 To Exclude Testimony Of James Hibert; As To Parties: removed

09/30/2022 Updated -- Lendlease (Us) Construction Inc.'s Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 3: Name Extension: blank; Exact Name: Lendlease (Us) Construction Inc.'s Opposition To L.A. Downtown Investment, LP's Motion In Limine No. 3; As To Parties: removed

09/30/2022 Notice of Change of Address or Other Contact Information; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

09/28/2022 Updated -- Martin Bros./Marcowall, Inc.'s Opposition to LADI's Motion in Limine No. 4: As To Parties: removed

09/28/2022 Joinder Mitsubishi Electric Us, Inc.'S Notice Of Joinder And Joinder In Lendlease (Us) Construction, Inc.'S Opposition To L.A. Downtown Investment, Lp's Motion In Limine No. 4; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

09/28/2022 Joinder Mitsubishi Electric Us, Inc.'S Notice Of Joinder And Joinder In Acco Engineered Systems, Inc.'S Opposition To L.A. Downtown Investment, Lp's Motion In Limine No. 4; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

09/27/2022 Hearing on Motion in Limine by Lendlease (US) Construction Inc. to preclude all expert opinion as to the meaning, interpretation, and application of statutorily-defined terms in California's mechanics lien statutes scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10

09/27/2022 ACCO Engineered Systems, Inc.'s Opposition to LADI's Motion in Limine No. 4; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

09/27/2022 Bapko Metal, Inc.'s Opposition to LADi's Motion in Limine No. 4; Filed by: Bapko Metal, Inc. (Defendant)

09/27/2022 Martin Bros./Marcowall, Inc.'s Opposition to LADi's Motion in Limine No. 4; Filed by: Martin Bros/Marcowall, Inc. (Defendant)

09/27/2022 Hearing on Motion in Limine no. 1 by Webcor Construction L.P. for an order excluding from trial all testimony, evidence and argument from expert witnesses regarding what constitutes "site improvement" ... scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10

09/27/2022 Hearing on Motion in Limine no. 2 for an order excluding from trial all testimony, evidence and argument that the first-in-time contract contemplated by Civil Code section 8454 may include any work other than "site improvement" scheduled for 10/14/2022 at 09:00 AM in Spring Street Courthouse at Department 10

09/27/2022 Opposition To L.A. Downtown Investment, Lps Motion In Limine No. 4; Filed by: Lendlease (US) Construction Inc. (Defendant)

09/27/2022 Declaration Of John D. Hanover In Support Of Lendlease (Us) Construction Inc.s Opposition To L.A. Downtown Investment, Lps Motion In Limine No. 4; Filed by: Lendlease (US) Construction Inc. (Defendant)

09/27/2022 Opposition Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 3; Declaration of Heather N. Blackinton; Filed by: Webcor Construction, LP (Plaintiff)

09/27/2022 Opposition Webcor Construction, L.P. Opposition To L.A. Downtown Investment, Lps Motion In Limine No. 2 To Exclude Testimony Of James Hibert And Memorandum Of Points And Authorities In Support Thereof; Filed by: Webcor Construction, LP (Plaintiff)

09/27/2022 Opposition Lendlease (Us) Construction Inc. Opposition To L.A. Downtown Investment, Lp Motion In Limine No. 3; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/27/2022 Declaration Declaration Of John D. Hwang In Support Of Lendlease (US) Construction Inc.'s Opposition To L.A. Downtown Investment, Lp Motion In Limine No. 3; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/26/2022 Motion in Limine No. 1 Lendlease Us Construction Inc.'s Notice of Motion and Motion in Limine to Preclude all Expert Opinion as to the Meaning Interpretation and Application of Statutorily Defined Terms in California's Mechanics Lien Statutes;; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/26/2022 Webcor Construction, L.P.'s Notice of Motion and Motion in Limine No. 1; Memorandum in Support; Filed by: Webcor Construction, LP (Plaintiff)

09/26/2022 Declaration of Heather N. Blackinton in Support of Webcor Construction, L.P.'s Motion in Limine No. 1 and Motion in Limine No. 2; Filed by: Webcor Construction, LP (Plaintiff)

09/26/2022 Webcor Construction, L.P.'s Notice of Motion and Motion in Limine No. 2; Memorandum in Support; Filed by: Webcor Construction, LP (Plaintiff)

09/22/2022 Notice of Ruling Re September 15, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/19/2022 Updated -- Request for Dismissal NOT ENTERED: Name Extension: NOT ENTERED; As To Parties changed from Lendlease (US) Construction, Inc. (Defendant), LA Downtown Investment, LP (Defendant), Oceanwide Plaza, LLC (Defendant) to Lendlease (US) Construction, Inc. (Defendant), Oceanwide Plaza, LLC (Defendant), LA Downtown Investment, LP (Defendant)

09/19/2022 Request for Dismissal filed as to 19STCV28703 was not entered; since case was consolidated, caption needs to be 19STCV03357 Webcor; 1) b) 6) Entire action of all parties and all causes of action as to 19STCV28703; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant)

09/19/2022 ERROR with ROA message definition 129 with DismissalParty:2769539 resulted in empty message

09/15/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko #12272; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

09/15/2022 Hearing on Motion in Limine no. 3 scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10

09/15/2022 Hearing on Motion in Limine no. 4, by L.A. Downtown Investment LP, to preclude all parties from introducing evidence or argument that the mechanics lien recorded by Lendlease (US) Construction Inc... scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10

09/15/2022 Omnibus Proof Of Service Re: L.A. Downtown Investment, LP.'s Notice Of Motion And Motion In Limine No. 2; Filed by: L.A. Downtown Investment LP (Defendant); As to: Yesco LLC (Plaintiff); Lendlease (US) Construction, Inc. (Defendant); Oceanwide Plaza, LLC (Defendant)

09/15/2022 Omnibus Proof Of Service Re: L.A. Downtown Investment, LP.'s Notice Of Motion And Motion In Limine No. 3; Filed by: L.A. Downtown Investment LP (Defendant); As to: Yesco LLC (Plaintiff); Lendlease (US) Construction, Inc. (Defendant); Oceanwide Plaza, LLC (Defendant)

09/15/2022 Omnibus Proof Of Service Re: L.A. Downtown Investment, LP.'s Notice Of Motion And Motion In Limine No. 4; Filed by: L.A. Downtown Investment LP (Defendant); As to: Yesco LLC (Plaintiff); Lendlease (US) Construction, Inc. (Defendant); Oceanwide Plaza, LLC (Defendant)

09/15/2022 Minute Order (Further Status Conference)

09/15/2022 Further Status Conference scheduled for 09/15/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/15/2022; Result Type to Held

09/13/2022 L.A. Downtown Investment's Notice of Motion and Motion in Limine No. 2 to Exclude Testimony of James Hibert and Memorandum of Points and Authorities in Support Thereof; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2022 Declaration of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motion in Limine No. 2 to Exclude Testimony of James Hibert; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2022 L.A. Downtown Investment, L.P.'s Notice of Motion and Motion in Limine No. 4; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2022 Declaration of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motion in Limine No. 4; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2022 L.A. Downtown Investment, LP's Notice of Motion and Motion in Limine No. 3; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2022 Declaration of Todd A. Pickles in Support of L.A. Downtown Investment, LP's Motion in Limine No. 3; Filed by: L.A. Downtown Investment, LP (Defendant)

09/13/2022 Due to Clerical Error, Final Status Conference (2nd Day) scheduled for 10/13/2022 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Rescheduled by Court was rescheduled to 10/14/2022 09:00 AM

09/12/2022 Notice of Change of Address or Other Contact Information; Filed by: A. Maria Plumtree (Attorney); Karcher Interior Systems, Inc. (Plaintiff)

09/12/2022 Notice of Ruling Re September 2, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/12/2022 Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/12/2022 Address for A. Maria Plumtree (Attorney) updated

09/06/2022 Minute Order (Ruling on Submitted Matter)

09/06/2022 Certificate of Mailing for (Ruling on Submitted Matter) of 09/06/2022; Filed by: Clerk

09/02/2022 Updated -- L.A. Downtown Investment, LP's Notice Of Motion And Motion In Limine No. 1 To Exclude Evidence And Preclude

Argument On Irrelevant Matters; Filed By: L.A. Downtown Investment, LP (Defendant); Result Date: 09/02/2022

09/02/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko CSR # 12272; Filed by:

09/02/2022 Stipulation and Proposed Order Regarding Second Amendment to CMO No. 1 Re: Dismissal of Foreclosure Causes of Action and Cross-Causes of Action; Signed and Filed by: Webcor Construction, LP (Plaintiff); As to: Webcor Construction, LP (Plaintiff)

09/02/2022 Minute Order (Further Status Conference)

09/02/2022 Further Status Conference scheduled for 09/02/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/02/2022; Result Type to Held

09/01/2022 Request for Dismissal; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); Lendlease (US) Construction, Inc. (Defendant); LA Downtown Investment, LP (Defendant)

09/01/2022 On the Amended Complaint (1st) filed by Troyer Contracting Company, Inc. on 04/13/2020, entered Request for Dismissal with prejudice filed by Troyer Contracting Company, Inc.

08/30/2022 Notice of Ruling; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/30/2022 Updated Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/19/2022 Further Status Conference scheduled for 09/02/2022 at 02:00 PM in Spring Street Courthouse at Department 10

08/19/2022 Final Status Conference scheduled for 08/11/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/19/2022 Jury Trial scheduled for 08/21/2023 at 10:00 AM in Spring Street Courthouse at Department 10

08/19/2022 Minute Order (Nunc Pro Tunc Order)

08/18/2022 Updated -- Notice of Rejection of Electronic Filing: As To Parties: removed; Status changed from Rejected to Filed

08/17/2022 Updated -- Notice of Related Case: As To Parties: removed

08/17/2022 Updated -- Notice of Related Case: As To Parties: removed

08/17/2022 Updated -- Notice of Related Case: As To Parties: removed

08/17/2022 Updated -- Notice of Related Case: As To Parties: removed

08/17/2022 Updated -- Notice of Related Case: Filed By: Swinerton Builders dba Swinerton Management & Consulting (Non-Party); Result changed from Denied to Granted; Result Date changed from 08/16/2022 to 08/17/2022; As To Parties: removed

08/17/2022 19STCV03357 unrelated from 21STCV12580

08/17/2022 19STCV03357 unrelated from 21STCV12580

08/17/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Wil Wilcox #9178; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

08/17/2022 Case numbers 19STCV03357, 21STCV12580 are related; case number 19STCV03357 is the lead case.

08/17/2022 Minute Order (Hearing on Motion in Limine No. 1 to Exclude Evidence and Pre...)

08/17/2022 Case numbers 19STCV03357, 21STCV12580 are related; case number 19STCV03357 is the lead case.

08/17/2022 Case numbers 22STCV12580, 19STCV03357 are related; case number 19STCV03357 is the lead case.

08/17/2022 Hearing on Motion in Limine No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters scheduled for 08/17/2022 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/17/2022; Result Type to Held - Taken under Submission

08/17/2022 Further Status Conference scheduled for 08/17/2022 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/17/2022; Result Type to Held

08/17/2022 Order to Show Cause Re: Modification of Case Management Order scheduled for 08/17/2022 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/17/2022; Result Type to Held

08/16/2022 Updated -- Notice of Related Case: Filed By: Swinerton Builders dba Swinerton Management & Consulting (Non-Party); Result: Denied; Result Date: 08/16/2022

08/16/2022 Response Plaintiff Webcor Construction, L.P.'s Amended Response to OSC Re Amendment to CMO NO. 1 re Dismissal of Complaints and Cross-Complaints; Filed by: Webcor Construction, LP (Plaintiff)

08/15/2022 Updated Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/12/2022 Plaintiff Webcor Construction, L.P.'s Response to OSC Re Amendment to CMO No. 1 Re: Dismissal of Complaints and Cross-Complaints; Filed by: Webcor Construction, LP (Plaintiff)

08/12/2022 Updated -- Plaintiff Webcor Construction, L.P.'s Response to OSC Re Amendment to CMO No. 1 Re: Dismissal of Complaints and Cross-Complaints: As To Parties: removed

08/10/2022 Updated -- Substitution of Attorney: As To Parties: Mitsubishi Electric US, Inc. (Defendant)

08/10/2022 Reply in Support of L.A. Downtown Investment, LP's Motion in Limine No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters; Filed by: L.A. Downtown Investment, LP (Defendant)

08/10/2022 Updated -- Rosemary K. Nunn (Attorney): Organization Name: Procopio, Cory, Hargreaves & Savitch LLP

08/10/2022 Address for Rosemary K. Nunn (Attorney) customer request

08/09/2022 Updated -- Plaintiff Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters; Declaration of Heather Blackinton: As To Parties: removed

08/09/2022 Updated -- Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1: As To Parties: removed

08/09/2022 Further Status Conference scheduled for 08/17/2022 at 01:30 PM in Spring Street Courthouse at Department 10

08/09/2022 Further Status Conference scheduled for 09/15/2022 at 09:00 AM in Spring Street Courthouse at Department 10

08/09/2022 Hearing on Motion in Limine To Be Determined scheduled for 10/10/2022 at 02:00 PM in Spring Street Courthouse at Department 10

08/09/2022 Final Status Conference scheduled for 10/13/2022 at 01:30 PM in Spring Street Courthouse at Department 10

08/09/2022 Order to Show Cause Re: Modification of Case Management Order scheduled for 08/17/2022 at 01:30 PM in Spring Street Courthouse at Department 10

08/09/2022 On the Court's own motion, Final Status Conference scheduled for 08/25/2022 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 10/10/2022 02:00 PM

08/09/2022 On the Court's own motion, Final Status Conference (2nd Day) scheduled for 08/26/2022 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 10/13/2022 01:30 PM

08/09/2022 On the Court's own motion, Non-Jury Trial (5 day) scheduled for 09/12/2022 at 09:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 10/31/2022 09:00 AM

08/08/2022 Notice of Related Case; Filed by: Swinerton Builders dba Swinerton Management & Consulting (Non-Party)

08/08/2022 Updated -- ROSEMARY K. CARSON (Attorney): First Name changed from Rosemary to ROSEMARY; Last Name changed from Nunn to CARSON; Organization Name changed from Musick Peeler & Garrett LLP / OC to Procopio, Cory, Hargreaves & Savitch LLP.

08/05/2022 Substitution of Attorney; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

08/04/2022 Plaintiff Webcor Construction, L.P.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters; Declaration of Heather Blackinton; Filed by: Webcor Construction, LP (Plaintiff)

08/04/2022 Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/04/2022 Declaration of John D. Hanover in Support of Lendlease (US) Construction Inc.'s Opposition to L.A. Downtown Investment, LP's Motion in Limine No. 1; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/03/2022 Notice of Ruling Re July 28, 2022, Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/02/2022 Notice of Order to Show Cause regarding Amendment to CMO No. 1 re: Dismissal of Complaints and Cross-Complaints; Filed by: The Nevell Group, Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

07/28/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko #12272; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

07/28/2022 Minute Order (Further Status Conference)

07/28/2022 Further Status Conference scheduled for 07/28/2022 at 09:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 07/28/2022; Result Type to Held

07/26/2022 Hearing on Motion in Limine No. 1 to Exclude Evidence and Preclude Argument on Irrelevant Matters scheduled for 08/17/2022 at 01:30 PM in Spring Street Courthouse at Department 10

07/25/2022 Notice of Ruling Re July 15, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/25/2022 Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/25/2022 Updated -- Updated Joint Status Conference Report: Exact Name: Updated Joint Status Conference Report; As To Parties: removed

07/22/2022 Further Status Conference scheduled for 07/28/2022 at 09:00 AM in Spring Street Courthouse at Department 10

07/22/2022 L.A. Downtown Investment, LP's Notice Of Motion And Motion In Limine No. 1 To Exclude Evidence And Preclude Argument On Irrelevant Matters; Filed by: L.A. Downtown Investment, LP (Defendant)

07/22/2022 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff); Webcor Construction , LP (Cross-Complainant); Lendlease (US) Construction, Inc. (Defendant) et al.

07/22/2022 Declaration Of Julianna M. Simon In Support Of L.A. Downtown Investment, LP's Motion In Limine No. 1 To Exclude Evidence And Preclude Argument On Irrelevant Matters; Filed by: L.A. Downtown Investment, LP (Defendant)

07/22/2022 Further Status Conference scheduled for 07/15/2022 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 07/15/2022

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Alamillo Rebar Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Masonry Concepts, Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: YESCO LLC., (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Climatec, LLC (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Fetzer's Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Snaidero U.S.A. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Continental Marble & Tile Company (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Bing Holdings, Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Emser Tile LLC (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: CMF Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Martinez Steel LLC (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Smith-Emery Laboratories Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: J. T. Wimsatt Contracting Co. Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Kamran And Company, Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: SASCO (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Kovach Enclosure Systems LLC (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: American Stair Corporation (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Martin Bros./Marcowall Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Woodbridge Glass Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Sharpe Interior Systems, Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Enclos Corp (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Karcher Interior Systems Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: XL Fire Protection Co. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Shaw & Sons, Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Shoring Engineers (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Lendlease (US) Construction, Inc. (Defendant) to L.A Downtown Investment, LP (Defendant)

07/21/2022 Updated -- Request for Dismissal without Prejudice: Name Extension: without Prejudice; As To Parties changed from Masonry Concepts, Inc., a California corporation (Defendant) to Masonry Concepts, Inc (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Tom Malloy Corporation (Defendant) to Tom Malloy Corporation (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Penhall Company (Defendant) to Penhall Company (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Mitsubishi Electric US, Inc. (Defendant) to Mitsubishi Electric US, Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Comet Electric, Inc. (Defendant) to Comet Electric, Inc. (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Emser Tile, LLC (Defendant) to Emser Tile, LLC (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Schuff Steel Company (Defendant) to Schuff Steel Company (Defendant)

07/21/2022 Updated -- Request for Dismissal With Prejudice: Name Extension: With Prejudice; As To Parties changed from MASONRY CONCEPTS, INC., a California Corporation (Plaintiff), OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company (Defendant) to MASONRY CONCEPTS, INC., a California Corporation (Plaintiff), OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Chicago Title Insurance Company (Defendant) to Chicago Title Insurance Company (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties changed from Department of Los Angeles Treasurer County of Los Angeles (Defendant) to Department of Los Angeles Treasurer and Tax Collector County of Los Angeles (Doe 9) (Defendant)

07/21/2022 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): As To Parties: Chicago Title Insurance Company, a Florida Corporation (Defendant)

07/21/2022 Updated -- Request for Dismissal without Prejudice: Name Extension: without Prejudice; As To Parties changed from Nevell Group, Inc. - San Diego (DOE 14) (Defendant) to Nevell Group, Inc. - San Diego (DOE 14) (Defendant)

07/21/2022 Updated -- Request for Dismissal without Prejudice: Name Extension: without Prejudice; As To Parties changed from Advanced Cable Solutions, Inc. (Defendant) to Advanced Cable Solutions, Inc. (Defendant)

07/15/2022 Further Status Conference scheduled for 07/15/2022 at 05:00 PM in Spring Street Courthouse at Department 10

07/15/2022 Notice Mitsubishi Electric Us, Inc.'S Notice Of Compliance Re: Deposit Of Documents; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

07/15/2022 Stipulation and Order to use Certified Shorthand Reporter Kathy Barney #5698; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

07/15/2022 Minute Order (Further Status Conference; Further Status Conference)

07/15/2022 Further Status Conference scheduled for 07/15/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 07/15/2022; Result Type to Held

07/13/2022 Answer Defendant L.A. Downtown Investment LP to Complaint of Mitsubishi Electric US, Inc. Complaint; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Mitsubishi Electric US, Inc. (Plaintiff)

07/12/2022 Updated Joint Status Conference Report; Filed by: Lendlease (US) Construction Inc. (Defendant)

07/08/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

07/01/2022 Updated -- Request for Dismissal with Prejudice (Complaint by Climatec, LLC: 20STCV28272): Name Extension: with Prejudice (Complaint by Climatec, LLC: 20STCV28272); As To Parties changed from Lendlease (US) Construction, Inc. (Defendant), L.A. Downtown Investment LP (Defendant), Oceanwide Plaza, LLC (Defendant) to Oceanwide Plaza LLC, a Delaware limited liability company (Defendant), Lendlease (US) Construction Inc. (Defendant), L.A. Downtown Investment, L.P., a California limited partnership (Defendant)

07/01/2022 Notice of Withdrawal of Lis Pendens; Filed by: Climatec, LLC (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant)

06/29/2022 Minute Order (Nunc Pro Tunc Order)

06/29/2022 Due to Clerical Error, Further Status Conference scheduled for 07/12/2022 at 02:00 PM in Spring Street Courthouse at Department 10 Not Held - Clerical Error was rescheduled to 07/15/2022 02:00 PM

06/28/2022 Further Status Conference scheduled for 07/12/2022 at 02:00 PM in Spring Street Courthouse at Department 10

06/27/2022 Notice Request for Removal from Proof of Service List; Filed by: Shaw & Sons, Inc. (Plaintiff); As to: Shaw & Sons, Inc. (Plaintiff); Lendlease (US) Construction Inc. (Defendant); Oceanwide Plaza LLC, (Defendant) et al.

06/27/2022 Minute Order (Court Order)

06/22/2022 On the Complaint filed by Climatec, LLC, an Arizona limited liability company on 07/27/2020, entered Request for Dismissal with prejudice filed by Climatec, LLC as to Lendlease (US) Construction, Inc., Oceanwide Plaza, LLC, and L.A. Downtown Investment LP

06/22/2022 Request for Dismissal; Filed by: Climatec, LLC (Plaintiff)

06/21/2022 Notice of Release of Lis Pendens; Filed by: Shaw & Sons Inc. (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant); Oceanwide Plaza, LLC (Defendant)

05/26/2022 Answer of Lendlease (US) Construction Inc. and Lendlease (US) Construction Holdings, Inc. to Chicago Title Insurance Company's Second Amended Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Holdings, Inc. (Cross-Defendant); As to: Chicago Title Insurance Company (Cross-Complainant)

05/20/2022 Department of Los Angeles Treasurer and Tax Collector County of Los Angeles Answer to Lendlease First Amended Complaint; Filed by: Department of Los Angeles Treasurer County of Los Angeles (Defendant)

05/18/2022 Further Status Conference scheduled for 05/17/2022 at 02:30 PM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 05/17/2022

05/17/2022 Notice Schuff Steel Company Notice Of Compliance Re: Deposit Of Documents; Filed by: Schuff Steel Company (Plaintiff); As to: Schuff Steel Company (Plaintiff)

05/17/2022 Notice of Entry of Dismissal and Proof of Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

05/17/2022 Minute Order (Further Status Conference)

05/16/2022 Further Status Conference scheduled for 05/17/2022 at 02:30 PM in Spring Street Courthouse at Department 10

05/16/2022 Updated Joint Status Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/16/2022 Notice of Entry of Order Re Stipulation for Leave to File Second Amended Cross-Complaint; Filed by: Chicago Title Insurance Company (Cross-Complainant); As to: Lendlease (US) Construction Inc. (Cross-Defendant)

05/13/2022 Notice of Ruling Re May 11, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/13/2022 Stipulation and Order Stipulation And [Proposed] Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/13/2022 Updated -- Stipulation and Order Stipulation And [Proposed] Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted; Result Date changed from 05/13/2022 to 05/13/2022

05/11/2022 Minute Order (Further Status Conference)

05/11/2022 Further Status Conference scheduled for 05/11/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 05/11/2022; Result Type to Held

05/09/2022 Notice of Remote Appearance; Filed by: Woodbridge Glass, Inc. (Plaintiff)

05/06/2022 Updated Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

05/03/2022 Updated -- Request for Entry of Default / Judgment: Filed By: Standard Drywall, Inc. (Plaintiff); Result: Entered; Result Date: 05/03/2022; As To Parties changed from Tom Malloy Corporation (Defendant) to Tom Malloy Corporation (Defendant)

05/02/2022 Updated -- Pursuant to the Request for Dismissal filed by Shaw & Sons, Inc. on 04/26/2022, Oceanwide Plaza LLC,, Lendlease (US) Construction Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, Lendlease (US) Construction Inc. and Standard Drywall, Inc in Complaint filed by Shaw & Sons, Inc., a California corporation on 08/30/2019 is dismissed with prejudice. Refers To Entire Action changed from Yes to No

04/29/2022 Updated -- Request for Dismissal With Prejudice Entire Action [19STCV30916]: Name Extension changed from With Prejudice Entire Action to With Prejudice Entire Action [19STCV30916]; As To Parties: removed

04/29/2022 Chicago Title Insurance Company's Declaration of Non-Monetary Status in Response to Comet Electric, Inc.'s Complaint; Filed by:

04/28/2022 Updated -- Request for Dismissal With Prejudice Entire Action: Name Extension: With Prejudice Entire Action; As To Parties: removed

04/28/2022 Request for Entry of Default / Judgment; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Tom Malloy Corporation (Defendant)

04/28/2022 Default entered as to Tom Malloy Corporation; On the Amended Complaint (2nd) filed by Standard Drywall, Inc. on 09/30/2021

04/28/2022 Stipulation and Order Stipulation For Order Granting Chicago Title Insurance Company Leave To File Second Amended Cross-Complaint Against Lendlease (US) Construction Inc. And Lendlease (Us) Holdings, Inc. [Proposed] Order Thereon; Signed and Filed by: Chicago Title Insurance Company (Cross-Complainant)

04/28/2022 Updated -- Stipulation and Order Stipulation For Order Granting Chicago Title Insurance Company Leave To File Second Amended Cross-Complaint Against Lendlease (US) Construction Inc. And Lendlease (Us) Holdings, Inc. [Proposed] Order Thereon: Filed By: Chicago Title Insurance Company (Cross-Complainant); Result: Granted; Result Date changed from 04/28/2022 to 04/28/2022

04/28/2022 Amended Cross-Complaint (2nd); Filed by: Chicago Title Insurance Company (Cross-Complainant); As to: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Holdings, Inc. (Cross-Defendant)

04/28/2022 The case is removed from the special status of: Stay - Deemed Complex

04/27/2022 Notice of Ruling Re: April 19, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/26/2022 Updated -- Request for Entry of Default / Judgment: Filed By: Standard Drywall, Inc. (Plaintiff); Result: Entered; Result Date: 04/26/2022; As To Parties changed from Emser Tile, LLC (Defendant) to Emser Tile, LLC (Defendant)

04/26/2022 On the Complaint filed by Shaw &amp;amp;amp;amp;amp; Sons, Inc., a California corporation on 08/30/2019, entered Request for Dismissal with prejudice filed by Shaw &amp;amp; Sons, Inc. as to the entire action

04/26/2022 Request for Dismissal; Filed by: Shaw & Sons, Inc. (Plaintiff); Lendlease (US) Construction Inc. (Defendant)

04/25/2022 Request for Entry of Default / Judgment; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Emser Tile, LLC (Defendant)

04/25/2022 Default entered as to Emser Tile, LLC; On the Amended Complaint (2nd) filed by Standard Drywall, Inc. on 09/30/2021

04/21/2022 Amended Cross-Complaint; Filed by: Chicago Title Insurance Company (Cross-Complainant); As to: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Holdings, Inc. (Cross-Defendant)

04/20/2022 Further Status Conference scheduled for 05/11/2022 at 03:00 PM in Spring Street Courthouse at Department 10

04/20/2022 On the Court's own motion, Non-Jury Trial (5 day) scheduled for 09/07/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 09/12/2022 09:00 AM

04/19/2022 Stipulation and Order Stipulation And [Proposed] Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/19/2022 Updated -- Stipulation and Order Stipulation And [Proposed] Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted; Result Date changed from 04/19/2022 to 04/19/2022

04/19/2022 Updated -- Stipulation and Order Stipulation And Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1: Name Extension changed from Stipulation And [Proposed] Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1 to Stipulation And Order Regarding Automatic Service, Suit, Cross-Suit, And Responsive Pleading Provisions Of CMO No. 1; Result Date changed from 04/19/2022 to 04/19/2022; As To Parties: removed

04/19/2022 Minute Order (Further Status Conference)

04/19/2022 Further Status Conference scheduled for 04/19/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/19/2022; Result Type to Held

04/18/2022 Updated -- Request for Entry of Default / Judgment: Filed By: Standard Drywall, Inc. (Plaintiff); Result: Entered; Result Date: 04/18/2022; As To Parties changed from Penhall Company (Defendant) to Penhall Company (Defendant)

04/18/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Lendlease (US) Construction Inc. (Plaintiff); Type: Fictitious Name

04/15/2022 Updated -- Notice of Remote Appearance: Document changed from Notice of Appearance to Notice of Intent to Appear by Telephone; Exact Name: Notice of Remote Appearance; As To Parties: removed

04/14/2022 Notice of Remote Appearance; Filed by: Woodbridge Glass, Inc. (Plaintiff)

04/12/2022 Notice of Ruling regarding Stipulation and Order to Add Additional Parties to the Lienholder Claims Procedure; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/12/2022 Updated Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/11/2022 Request for Entry of Default / Judgment; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Penhall Company (Defendant)

04/11/2022 Default entered as to Penhall Company; On the Amended Complaint (2nd) filed by Standard Drywall, Inc. on 09/30/2021

04/06/2022 Updated -- Request for Dismissal without Prejudice (6th Cause of Action): Name Extension: without Prejudice (6th Cause of Action); As To Parties: Lendlease (US) Constuction, Inc. (Defendant)

04/06/2022 Request for Dismissal without Prejudice (6th Cause of Action): As To Parties: removed

04/06/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Comet Electric, Inc. (Plaintiff); As to: Chicago Title Insurance Company (Defendant)

04/04/2022 Notice of Ruling Re March 29. 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

04/01/2022 Updated -- Stipulation and Order Stipulation And [Proposed] Order Regarding Additional Parties Subject To The Lienholder Claims Procedure: Status Date changed from 03/31/2022 to 03/31/2022; Name Extension changed from Stipulation And [Proposed] Order Regarding Additional Parties Subject To The Lienholder Claims Procedure to Stipulation And Order Regarding Additional Parties Subject To The Lienholder Claims Procedure; Result Date changed from 04/01/2022 to 04/01/2022; As To Parties: removed

04/01/2022 Updated -- Stipulation and Order Stipulation And [Proposed] Order Regarding Additional Parties Subject To The Lienholder Claims Procedure: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted; Result Date: 04/01/2022

04/01/2022 Updated -- Notice of Rejection of Electronic Filing: As To Parties: removed; Status changed from Rejected to Filed

03/31/2022 Stipulation and Order Stipulation And [Proposed] Order Regarding Additional Parties Subject To The Lienholder Claims Procedure; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

03/29/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Janet M. Wood (CSR #9463); Signed and Filed by:

03/29/2022 Further Status Conference scheduled for 04/19/2022 at 02:00 PM in Spring Street Courthouse at Department 10

03/29/2022 Minute Order (Further Status Conference)

03/29/2022 Further Status Conference scheduled for 03/29/2022 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 03/29/2022; Result Type to Held

03/25/2022 Updated Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

03/23/2022 Answer; Filed by: LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant); As to: Comet Electric, Inc. (Plaintiff)

03/23/2022 Updated -- Answer to Comet Electric, Inc.'s Complaint: Name Extension: to Comet Electric, Inc.'s Complaint; As To Parties changed from Comet Electric, Inc. (Plaintiff) to Comet Electric, Inc. (Plaintiff)

03/21/2022 Updated -- Request for Refund / Order (eFiling): As To Parties: removed

03/18/2022 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Schuff Steel Company (Defendant); After Substituted Service of Summons and Complaint ?: No

03/17/2022 Notice of Ruling; Filed by: Lendlease (US) Construction, Inc. (Defendant)

03/16/2022 Notice of Change of Address or Other Contact Information; Filed by: Sara Hilary Kornblatt (Attorney); Climatec, LLC (Defendant)

03/16/2022 Notice of Change of Address or Other Contact Information; Filed by: Yesco LLC (Plaintiff)

03/16/2022 Address for Sara Hilary Kornblatt (Attorney) updated

03/15/2022 Further Status Conference scheduled for 03/29/2022 at 01:30 PM in Spring Street Courthouse at Department 10

03/15/2022 Further Status Conference scheduled for 03/14/2022 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 03/15/2022

03/15/2022 On the Court's own motion, Non-Jury Trial (5 day) scheduled for 06/07/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 09/07/2022 10:00 AM

03/15/2022 On the Court's own motion, Final Status Conference scheduled for 05/12/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/25/2022 09:00 AM

03/15/2022 On the Court's own motion, Final Status Conference (2nd Day) scheduled for 05/13/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/26/2022 09:00 AM

03/14/2022 Joint Status Conference Report Updated; Filed by: Lendlease (US) Construction, Inc. (Defendant)

03/14/2022 Further Status Conference scheduled for 03/14/2022 at 05:00 PM in Spring Street Courthouse at Department 10

03/14/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko #12272; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

03/14/2022 Stipulation and Order To Extend Sharpe Interior Systems, Inc.'s Deadline To Supplement Its Document Production In Connection With The Lienholder Claims Proces; Signed and Filed by: Sharpe Interior Systems, Inc. (Plaintiff)

03/14/2022 Minute Order (Further Status Conference; Further Status Conference)

03/14/2022 Further Status Conference scheduled for 03/14/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 03/14/2022; Result Type to Held

03/14/2022 Further Status Conference scheduled for 03/14/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 03/14/2022; Result Type to Held

03/09/2022 Further Status Conference scheduled for 03/14/2022 at 02:00 PM in Spring Street Courthouse at Department 10

03/09/2022 Answer; Filed by: Lend Lease (US) Construction, Inc. (Defendant); As to: Mitsubishi Electric US, Inc. (Plaintiff)

03/09/2022 Proof of Service by Substituted Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Tom Malloy Corporation (Defendant); Proof of Mailing Date: 03/07/2022; Service Cost: 181.68; Service Cost Waived: No

03/09/2022 Proof of Service by Substituted Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Emser Tile, LLC (Defendant); Proof of Mailing Date: 03/04/2022; Service Cost: 111.75; Service Cost Waived: No

03/08/2022 Updated -- Order Amended [Proposed] Order Re Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Chicago Title Insurance Company: Filed By: Chicago Title Insurance Company (Defendant); Result: Granted; Result Date changed from 02/04/2022 to 03/08/2022

03/08/2022 Updated -- Order Amended Order Re Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Chicago Title Insurance Company: Name Extension changed from Amended [Proposed] Order Re Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For

Chicago Title Insurance Company to Amended Order Re Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Chicago Title Insurance Company; Result Date changed from 03/08/2022 to 03/08/2022; As To Parties changed from Webcor Construction, LP (Plaintiff) to Webcor Construction, LP (Plaintiff)

03/07/2022 Further Status Conference scheduled for 03/14/2022 at 02:00 PM in Spring Street Courthouse at Department 10

03/07/2022 Notice of Ruling re February 28, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

03/04/2022 Proof of Personal Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Penhall Company (Defendant); Service Date: 03/01/2022; Service Cost: 106.75; Service Cost Waived: No

03/04/2022 On the Complaint filed by Mitsubishi Electric US, Inc. on 11/17/2021, entered Request for Dismissal without prejudice filed by Mitsubishi Electric US, Inc. as to Lend Lease (US) Construction, Inc., causes Mitsubishi Electric US, Inc.&amp;#39;s Sixth Cause of Action for Unfair Competition Against Defendant Lend Lease (US) Construction, Inc. only

03/04/2022 Request for Dismissal; Filed by: Mitsubishi Electric US, Inc. (Plaintiff)

03/02/2022 Substitution of Attorney; Filed by: Sharpe Interior Systems, Inc. (Plaintiff)

03/02/2022 Answer To Complaint; Filed by: Tom Malloy Corporation (Defendant); As to: Mitsubishi Electric US, Inc. (Plaintiff)

03/02/2022 Answer To Complaint; Filed by: Tom Malloy Corporation (Defendant); As to: Schuff Steel Company (Plaintiff)

03/02/2022 Updated -- Kathlynn E. Smith (Attorney): Organization Name changed from Hunt Ortmann to Pierce Kavcioglu Espinosa & Cesar LLP; Middle Name changed from El. to E.

03/01/2022 First Amended Cross-Complaint; Filed by: Chicago Title Insurance Company (Cross-Complainant); As to: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Holdings, Inc. (Cross-Defendant)

02/28/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko #12272; Signed and Filed by: Lendlease (US) Construction Inc. (Defendant)

02/28/2022 Minute Order (Further Status Conference)

02/28/2022 Further Status Conference scheduled for 02/28/2022 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/28/2022; Result Type to Held

02/23/2022 Status Conference Report Updated; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

02/22/2022 American Stair Corporation's Designation of Affiliated Witnesses for Lien Property Trial; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff)

02/22/2022 Request for Refund / Order (eFiling); Filed by: Standard Drywall, Inc. (Plaintiff)

02/22/2022 Request for Refund / Order (eFiling); Filed by: Standard Drywall, Inc. (Plaintiff)

02/17/2022 Answer; Filed by: Lendlease (US) Construction Inc. (Defendant)

02/17/2022 Notice of Ruling re February 10, 2022 Hearing and Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/15/2022 Minute Order (Order to Show Cause Re: Comet Electric Participating)

02/15/2022 Order to Show Cause Re: Comet Electric Participating scheduled for 02/15/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Taken Off Calendar by Court on 02/15/2022

02/14/2022 Request for Dismissal filed not entered-case number and case name doesn't match this case; Filed by: MASONRY CONCEPTS, INC., a California Corporation (Plaintiff); As to: OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company (Defendant)

02/14/2022 On the Complaint filed by MASONRY CONCEPTS, INC., a California Corporation on 02/11/2021, entered Request for Dismissal with prejudice filed by MASONRY CONCEPTS, INC., a California Corporation as to OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company

02/14/2022 Request for Dismissal; Filed by: MASONRY CONCEPTS, INC., a California Corporation (Plaintiff); As to: MASONRY CONCEPTS, INC., a California Corporation (Plaintiff); OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company (Defendant)

02/10/2022 Further Status Conference scheduled for 02/10/2022 at 05:00 PM in Spring Street Courthouse at Department 10

02/10/2022 Chicago Title Insurance Company's Response to Objections to Document Production; Filed by: Chicago Title Insurance Company (Defendant)

02/10/2022 Schuff Steel Company?s Objection to March 11, 2022 Document Production; Filed by: Schuff Steel Company (Defendant)

02/10/2022 Objection of Martin Bros./Marcowall, Inc. to the March 11, 2022 Document Production Deadline; Filed by: Martin Bros./Marcowall, Inc. (Plaintiff)

02/10/2022 Bapko Metal, Inc.'s Amended Objection to the March 11, 2022 Document Production Deadline; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant)

02/10/2022 Order to Show Cause Re: Comet Electric Participating scheduled for 02/15/2022 at 10:00 AM in Spring Street Courthouse at Department 10

02/10/2022 ACCO Engineered Systems, Inc. Amended Objection to the March 11, 2022 Document Production Deadline; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

02/10/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Tammie Moore #03357; Signed and Filed by: Lendlease (US) Construction Inc. (Plaintiff)

02/10/2022 Minute Order (Order to Show Cause Re: Clarification of Court's Prior Order;...)

02/10/2022 Order to Show Cause Re: Clarification of Court's Prior Order scheduled for 02/10/2022 at 10:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 02/10/2022; Result Type to Held

02/10/2022 Further Status Conference scheduled for 02/10/2022 at 05:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/10/2022; Result Type to Held

02/09/2022 Order to Show Cause Re: Clarification of Court's Prior Order scheduled for 02/10/2022 at 10:30 AM in Spring Street Courthouse at Department 10

02/09/2022 Further Status Conference scheduled for 02/28/2022 at 02:30 PM in Spring Street Courthouse at Department 10

02/09/2022 Kamran and Company, Inc.'s Objection to Document Production Deadline; Filed by: Kamran and Company Inc. (Defendant)

02/09/2022 Updated -- Kamran and Company, Inc.'s Objection to Document Production Deadline: As To Parties: removed

02/09/2022 Notice Of Withdrawal Of Lis Pendens; Filed by: Shoring Engineers, A California Corporation (Plaintiff); As to: Lend Lease (US) Construction, Inc., A Delaware Corporation (Defendant)

02/09/2022 Objection ENCLOS CORP'S OBJECTION TO CLARIFICATION OF COURT ORDER TO REQUIRE ALL PARTIES TO PRODUCE DOCUMENTS BY MARCH 11, 2022; Filed by: Webcor Construction, LP (Plaintiff); Enclos Corp. (Cross-Defendant)

02/09/2022 Plaintiff Webcor Construction, L.P.'s Response to Objections to Document Production Deadline; Filed by: Webcor Construction, LP (Plaintiff)

02/09/2022 Lendlease (US) Construction Inc.'s Response to Objections to Document Production Deadline; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

02/09/2022 Joinder Of Karcher Interior Systems, Inc. In Support Of Enclos Corp's Objection To Clarification Of Court Order To Require All Parties To Produce Documents By March 11, 2022; Filed by: Karcher Interior Systems, Inc. (Plaintiff)

02/08/2022 American's Objection to Document Production; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff)

02/08/2022 Shaw & Sons, Inc.'s Objection to Document Production Order; Filed by: Shaw & Sons, Inc. (Plaintiff)

02/08/2022 Standard Drywall, Inc.'s Objection to Clarification of Court Order to Require all Parties to Produce all Documents by March 11, 2022; Filed by: Standard Drywall, Inc. (Plaintiff)

02/08/2022 Star Hardware, Inc's Objection to Document Production; Filed by: Star Hardware, Inc. (Defendant)

02/08/2022 Objection by Nevell Group, Inc. and Troyer Contracting Company, Inc. to Document Production; Filed by: The Nevell Group, Inc. (Defendant)

02/08/2022 Kovach Enclosure Systems LLC's Objection To Document Production; Filed by: Kovach Enclosure Systems, LLC (Plaintiff)

02/08/2022 Updated -- Kovach Enclosure Systems LLC's Objection To Document Production: As To Parties: removed

02/08/2022 Notice of Joinder (Name Extension) J.T. WIMSATT CONTRACTING CO., INC.S NOTICE OF JOINDER AND JOINDER IN FETZERS INC. AND STANDARD DRYWALL, INC.S OBJECTIONS TO DOCUMENT PRODUCTION; Filed by: J.T. Wimsatt Contracting Company, Inc. (Plaintiff); As to: J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

02/08/2022 Mitsubishi Electric Us, Inc.'s Objection to March 11, 2022 Document Production Deadline; Filed by: Mitsubishi Electric US, Inc. (Defendant)

02/08/2022 XL Fire Protection Co.'s Objections to Document Production; Filed by: XL Fire Protection Co. (Plaintiff)

02/08/2022 Snaidero U.S.A.'s Objections to Document Production; Filed by: Snaidero U.S.A. (Plaintiff)

02/08/2022 Sharpe Interior Systems, Inc.'s Objection to Clarification of Court Order to Require All Parties to Produce All Documents by March 11, 2022; Filed by: Sharpe Interior Systems, Inc. (Plaintiff)

02/08/2022 Continental Marble's Objection To Document Production Deadline; Filed by: CONTINENTAL MARBLE AND TILE COMPANY, a California corporation (Plaintiff)

02/08/2022 Johnson Controls Fire Protection LP's Objection to Document Production; Filed by: Johnson Controls Fire Protection LP (Plaintiff)

02/08/2022 Objection Climatec, LLC's and Yesco, LLC's Objections to Clarification of Court Order to Require all Parties to Produce all Documents by March 11, 2022; Filed by: Climatec, LLC (Plaintiff); Yesco LLC (Defendant)

02/08/2022 Defendant CallisonRTKL, Inc.'s Objection to Document Production; Filed by: Callisonrtkl, Inc. (Defendant)

02/08/2022 Further Status Conference scheduled for 02/04/2022 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 02/08/2022

02/07/2022 Notice of Ruling Re February 4, 2022 Hearing and Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/04/2022 Further Status Conference scheduled for 02/04/2022 at 05:00 PM in Spring Street Courthouse at Department 10

02/04/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Alexander Joko #12272; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

02/04/2022 Order Amended [Proposed] Order Re Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Chicago Title Insurance Company; Signed and Filed by: Chicago Title Insurance Company (Defendant); As to: Webcor Construction, LP (Plaintiff)

02/04/2022 Case numbers 19STCV03357, and 21STCV41369 consolidated; case number 19STCV03357 is the lead case.

02/04/2022 Case numbers 19STCV03357, and 21STCV42154 consolidated; case number 19STCV03357 is the lead case.

02/04/2022 Minute Order (Order to Show Cause Re: Consolidation of Three (3) related ca...)

02/04/2022 Case numbers 19STCV03357, and 21STCV42277 consolidated; case number 19STCV03357 is the lead case.

02/04/2022 Order to Show Cause Re: Consolidation of Three (3) related cases scheduled for 02/04/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/04/2022; Result Type to Held

02/04/2022 Further Status Conference scheduled for 02/04/2022 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/04/2022; Result Type to Held

02/02/2022 Updated -- Laurence Philip Lubka (Attorney): Organization Name changed from Lubka & White LLP to Hunt Ortmann Palffy Nieves Darling & Mah; Middle Name changed from P to Philip

02/01/2022 Updated Status Conference Report and OSC re Consolidation; Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/01/2022 Answer of Martin Bros./Marcowall, Inc. to the Complaint of Comet Electric, Inc. Filed by: Martin Bros./Marcowall, Inc., a California corporation (Defendant)

01/28/2022 Answer; Filed by: Standard Drywall, Inc. (Defendant)

01/28/2022 Proof of Service (not Summons and Complaint); Filed by: Standard Drywall, Inc. (Defendant)

01/27/2022 Notice of Related Case; Filed by: Comet Electric, Inc. (Non-Party)

01/26/2022 Updated -- Request for Dismissal With Prejudice (20STCV20785): Filed By: Structural Shotcrete Systems, Inc., A California Corporation (Plaintiff),Shoring Engineers, A California Corporation (Plaintiff); Result: Entered; Name Extension: With Prejudice (20STCV20785); As To Parties changed from Oceanwide Plaza, LLC, A California Limited Liability Company (Defendant) to Oceanwide Plaza, LLC, A California Limited Liability Company (Defendant)

01/26/2022 Final Status Conference (2nd Day) scheduled for 03/16/2022 at 10:00 AM in Spring Street Courthouse at Department 10

01/26/2022 Order to Show Cause Re: Consolidation of Three (3) related cases scheduled for 02/04/2022 at 02:00 PM in Spring Street Courthouse at Department 10

01/26/2022 Further Status Conference scheduled for 02/04/2022 at 02:00 PM in Spring Street Courthouse at Department 10

01/26/2022 Over the objection of defendant, Final Status Conference scheduled for 03/15/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 05/12/2022 10:00 AM

01/26/2022 Over the objection of defendant, Non-Jury Trial (5 day) scheduled for 04/07/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 06/07/2022 10:00 AM

01/26/2022 Minute Order (Nunc Pro Tunc Order)

01/26/2022 Due to Clerical Error, Final Status Conference (2nd Day) scheduled for 03/16/2022 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Clerical Error was rescheduled to 05/13/2022 10:00 AM

01/25/2022 Proof of Service by Substituted Service of Summons (Yesco, LLC); Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Yesco, LLC (Defendant); Proof of Mailing Date: 01/25/2022; Service Cost: 389.15; Service Cost Waived: No

01/25/2022 Notice of Ruling re January 19, 2022 Hearing and Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/24/2022 On the Complaint filed by Shoring Engineers, A California Corporation, et al. on 06/02/2020, entered Request for Dismissal with prejudice filed by Structural Shotcrete Systems, Inc., A California Corporation and Shoring Engineers, A California Corporation as to Oceanwide Plaza, LLC, A California Limited Liability Company, J. T. Wimsatt Contracting Co., Inc., A California Corporation, Lend Lease (US) Construction, Inc., A Delaware Corporation, and Tohigh Construction Investment, LLC, A Limited Liability Corporation

01/24/2022 Notice of Change of Address or Other Contact Information; Filed by: Shoring Engineers, A California Corporation (Plaintiff)

01/24/2022 Defendant L.A Downtown Investment, LP's Answer to Schuff Steel Company's Complaint; Filed by: L.A. Downtown Investment LP (Defendant); As to: Schuff Steel Company (Plaintiff)

01/21/2022 Updated -- Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice: As To Parties changed from Webcor Construction, LP (Plaintiff), Chicago Title Insurance Company (Defendant) to Chicago Title Insurance Company (Defendant), Webcor Construction, LP (Plaintiff)

01/21/2022 Updated -- Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice: As To Parties changed from Webcor Construction, LP (Plaintiff), Chicago Title Insurance Company (Defendant) to Chicago Title Insurance Company (Defendant), Webcor Construction, LP (Plaintiff)

01/21/2022 Updated -- Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice: As To Parties changed from Chicago Title Insurance Company (Defendant), Webcor Construction, LP (Plaintiff) to Webcor Construction, LP (Plaintiff), Chicago Title Insurance Company (Defendant)

01/21/2022 Updated -- Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice: Filed By: Joseph Tucker (Attorney),Chicago Title Insurance Company (Defendant); Result: Granted; Result Date: 01/21/2022; As To Parties changed from Webcor Construction, LP (Plaintiff), Chicago Title Insurance Company (Defendant) to Webcor Construction, LP (Plaintiff), Chicago Title Insurance Company (Defendant)

01/21/2022 Order [Proposed] Order Granting The Application For Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Defendant Chicago Title Insurance Company; Signed and Filed by: Chicago Title Insurance Company (Cross-Complainant)

01/21/2022 Updated -- Order [Proposed] Order Granting The Application For Pro Hac Vice Admission Of Joseph Tucker To Appear As Counsel For Defendant Chicago Title Insurance Company: Filed By: Chicago Title Insurance Company (Cross-Complainant); Result: Granted; Result Date: 01/21/2022

01/20/2022 Informal Discovery Conference (IDC) scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10

01/20/2022 Notice of Ruling Re Information Discovery Conference; Filed by: Chicago Title Insurance Company (Defendant); As to: Webcor Construction, LP (Plaintiff)

01/20/2022 Pursuant to written stipulation, Informal Discovery Conference (IDC) scheduled for 01/20/2022 at 02:30 PM in Spring Street Courthouse at Department 10 Not Held - Trailed was rescheduled to 01/19/2022 03:00 PM

01/19/2022 Updated -- Notice of Related Case: Filed By: Schuff Steel Company (Defendant); Result: Granted; Result Date: 01/19/2022

01/19/2022 Updated -- Notice of Related Case: As To Parties: removed

01/19/2022 Updated -- Notice of Related Case: As To Parties: removed

01/19/2022 Updated -- Notice of Related Case: As To Parties: removed

01/19/2022 Answer Of Martin Bros./ MarcoWall, Inc. Filed by: Martin Bros/Marcowall, Inc. (Defendant); As to: Schuff Steel Company (Plaintiff)

01/19/2022 Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice; Filed by: Joseph Tucker (Attorney); Chicago Title Insurance Company (Defendant); As to: Webcor Construction, LP (Plaintiff); Chicago Title Insurance Company (Defendant)

01/19/2022 Updated -- Amended Verified Application of Attorney Joseph Tucker in Support of Application for Admission Pro Hac Vice: As To Parties changed from Webcor Construction, LP (Plaintiff), Chicago Title Insurance Company (Defendant) to Chicago Title Insurance Company (Defendant), Webcor Construction, LP (Plaintiff)

01/19/2022 Notice of Related Case; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/19/2022 Updated -- Notice of Related Case: Filed By: Lendlease (US) Construction, Inc. (Defendant); Result: Granted; Result Date: 01/19/2022

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10

01/19/2022 Case numbers 21STCV41369, 19STCV03357 are related; case number 19STCV03357 is the lead case.

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10

01/19/2022 19STCV03357 unrelated from 21STCV41366, 21STCV42154, 21STCV42277

01/19/2022 19STCV03357 unrelated from 21STCV41366, 21STCV42154, 21STCV42277

01/19/2022 19STCV03357 unrelated from 21STCV41366, 21STCV42154, 21STCV42277

01/19/2022 19STCV03357 unrelated from 21STCV41366, 21STCV42154, 21STCV42277

01/19/2022 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Shawnda Renee Dorn #11387; Signed and Filed by: Lend Lease (US) Construction, Inc. (Defendant)

01/19/2022 Minute Order (Court Order Re Notice of Related Case)

01/19/2022 Certificate of Mailing for (Court Order Re Notice of Related Case) of 01/19/2022; Filed by: Clerk

01/19/2022 Case numbers 19STCV03357, 21STCV42277, 21STCV42154, 21STCV41366 are related; case number 19STCV03357 is the lead case.

01/19/2022 Case numbers 21STCV42154, 19STCV03357, 21STCV41366, 21STCV42277 are related; case number 19STCV03357 is the lead case.

01/19/2022 Minute Order (Further Status Conference; Order to Show Cause Re: Continuati...)

01/19/2022 Case numbers 19STCV03357, 21STCV42277, 21STCV42154 are related; case number 19STCV03357 is the lead case.

01/19/2022 Case numbers 19STCV03357, 21STCV42277, 21STCV41369, 21STCV42154 are related; case number 19STCV03357 is the lead case.

01/19/2022 Minute Order (Nunc Pro Tunc Order)

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2022; Result Type to Held

01/19/2022 Order to Show Cause Re: Continuation of Trial Date scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2022; Result Type to Held

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2022; Result Type to Held

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2022; Result Type to Held

01/19/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2022; Result Type to Held

01/19/2022 Informal Discovery Conference (IDC) scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/19/2022; Result Type to Held

01/18/2022 [Part 2 of 2] Exhibits B-F to Declaration of Heather N. Blackinton in Support of Plaintiff Webcor Construction, L.P.'s Brief re OSC Why "Lien Priority" Trial Date Should not be Continued and Offer of Proof; Filed by: Webcor Construction, LP (Plaintiff)

01/18/2022 Declaration Of Sonia Plesset Edwards Re Status Of Dispute Re: Compliance With November 3, 2021 Order Re Lendleases Motion To Strike Crosscomplaint For Indemnity; Filed by: Chicago Title Insurance Company (Defendant)

01/18/2022 Answer; Filed by: Callisonrtkl, Inc. (Defendant); As to: Mitsubishi Electric US, Inc. (Plaintiff)

01/18/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Alamillo Rebar, Inc. (Defendant); Service Date: 01/16/2022; Service Cost: 252.65; Service Cost Waived: No

01/14/2022 Answer To Lendlease; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

01/14/2022 Brief Lendlease (US) Construction Inc. Brief re: OSC re: Trial Continuance; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/14/2022 Brief L.A. Downtown Investment, LP's Brief in Support Of Continuance Of Trial Re: Lien Priority; Filed by: L.A. Downtown Investment, LP (Defendant)

01/14/2022 Brief Chicago Title Insurance Companys Brief In Support Of Continuance Of Trial Re: Lien Priority; Filed by: Chicago Title Insurance Company (Defendant)

01/14/2022 Brief Plaintiff Webcor Construction L.P.'s Brief Re OSC Why "Lien Priority" Trial Date should not be Continued and Offer of Proof; Filed by: Webcor Construction, LP (Plaintiff)

01/14/2022 Declaration of Heather N. Blackinton in support of Plaintiff Webcor Construction, L.P.'s Brief Re OSC Why "Lien Priority" Trial Date should not be continued and Offer of Proof; Filed by: Webcor Construction, LP (Plaintiff)

01/14/2022 Notice of Related Case; Filed by: Schuff Steel Company (Defendant)

01/12/2022 Updated -- Stipulation and Order Stipulation To Extend Discovery Conference And Tolling Agreement And Order: Status Date changed from 01/12/2022 to 01/12/2022; Name Extension changed from Stipulation To Extend Discovery Conference And Tolling Agreement And Proposed Order to Stipulation To Extend Discovery Conference And Tolling Agreement And Order; As To Parties: removed

01/12/2022 Proof of Service by Substituted Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Star Hardware, Inc. (Defendant); Proof of Mailing Date: 01/10/2022; Service Cost: 303.15; Service Cost Waived: No

01/12/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Kamran and Company, Inc. (Defendant); Service Date: 01/10/2022; Service Cost: 308.00; Service Cost Waived: No

01/12/2022 Proof of Service by Substituted Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Webcor Construction, L.P. (Defendant); Proof of Mailing Date: 01/10/2022; Service Cost: 312.15; Service Cost Waived: No

01/12/2022 Proof of Service by Substituted Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Snaidero U.S.A. (Defendant); Proof of Mailing Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/12/2022 Stipulation and Order Stipulation To Extend Discovery Conference And Tolling Agreement And Proposed Order; Signed and Filed by: Chicago Title Insurance Company (Defendant)

01/12/2022 Minute Order (Informal Discovery Conference (IDC))

01/11/2022 Further Status Conference scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10

01/11/2022 Order to Show Cause Re: Continuation of Trial Date scheduled for 01/19/2022 at 03:00 PM in Spring Street Courthouse at Department 10

01/11/2022 Informal Discovery Conference (IDC) scheduled for 01/12/2022 at 02:30 PM in Spring Street Courthouse at Department 10

01/11/2022 Notice of Ruling Re January 7, 2022 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/11/2022 Substitution of Attorney; Filed by: Chicago Title Insurance Company (Defendant); Chicago Title Insurance Company (Cross-Defendant); Chicago Title Insurance Company (Cross-Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Schuff Steel Company (Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Emser Tile, LLC (Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Comet Electric, Inc. (Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Mitsubishi Electric US, Inc. (Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Penhall Company (Defendant)

01/11/2022 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Tom Malloy Corporation (Defendant)

01/11/2022 Notice of Withdrawal of Counsel; Filed by: Chicago Title Insurance Company (Defendant); As to: Webcor Construction, LP (Plaintiff)

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Fetzer's, Inc. (Defendant); Service Date: 01/11/2022; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Johnson Controls Fire Protection, LP (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Emser Tile, LLC (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Masonry Concepts, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 297.45; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Enclos Corp. (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Shaw & Sons, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 271.35; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Callisonrtkl, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Conco Mechanical LLC (Defendant); Service Date: 01/11/2022; Service Cost: 268.45; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Penhall Company (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Acco Engineered Systems, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 243.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Sharpe Interior Systems, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 243.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Comet Electric, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 243.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Kovach Enclosure Systems, LLC (Defendant); Service Date: 01/11/2022; Service Cost: 243.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Structural Shotcrete Systems, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 177.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Bapko Metal, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 219.10; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: American Stair Corporation (Defendant); Service Date: 01/11/2022; Service Cost: 243.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Shoring Engineers (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: J.T. Wimsatt Contracting Co., Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Troyer Contracting Company, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Pro-Vigil, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Continental Marble and Tile Company (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: SASCO (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Martin Bros/Marcowall, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Climatec, LLC (Defendant); Service Date: 01/11/2022; Service Cost: 243.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Woodbridge Glass, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 265.55; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Lend Lease (US) Construction, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 117.65; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Tom Malloy Corporation (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: XL Fire Protection Co. (Defendant); Service Date: 01/11/2022; Service Cost: 278.60; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Kovach, LLC (Defendant); Service Date: 01/11/2022; Service Cost: 377.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Standard Drywall, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 300.35; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Smith Emery Laboratories, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 479.15; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: The Nevell Group, Inc. (Defendant); Service Date: 01/11/2022; Service Cost: 293.10; Service Cost Waived: No

01/11/2022 Proof of Personal Service; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Schuff Steel Company (Defendant); Service Date: 01/11/2022; Service Cost: 303.15; Service Cost Waived: No

01/07/2022 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Standard Drywall, Inc. (Defendant); Proof of Mailing Date: 12/17/2021; Service Cost: 189.65; Service Cost Waived: No

01/07/2022 Minute Order (Further Status Conference)

01/07/2022 Further Status Conference scheduled for 01/07/2022 at 03:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 01/07/2022; Result Type to Held

01/05/2022 Notice of Change of Address or Other Contact Information; Filed by: Webcor Construction, LP (Plaintiff)

01/05/2022 Minute Order (Further Status Conference)

01/04/2022 Proof of Personal Service; Filed by: Schuff Steel Company (Plaintiff); As to: CFM, Inc. (Defendant); Service Date: 12/22/2021; Service Cost: 178.37; Service Cost Waived: No

01/04/2022 Further Status Conference scheduled for 01/07/2022 at 03:30 PM in Spring Street Courthouse at Department 10

01/04/2022 Joint Status Conference Report Updated; Filed by: Lendlease (US) Construction, Inc. (Defendant)

01/04/2022 On the Court's own motion, Further Status Conference scheduled for 01/05/2022 at 03:00 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 01/07/2022 03:30 PM

12/23/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Shaw & Sons, Inc. (Defendant); Proof of Mailing Date: 12/14/2021; Service Cost: 169.65; Service Cost Waived: No

12/23/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Karcher Interior Systems, Inc. (Defendant); Proof of Mailing Date: 12/22/2021; Service Cost: 248.65; Service Cost Waived: No

12/22/2021 Address for Michael Baker (Attorney) null

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Pan-Pacific Mechanical LLC (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 167.65; Service Cost Waived: No

12/21/2021 Proof of Personal Service; Filed by: Schuff Steel Company (Plaintiff); As to: Lendlease (US) Construction Inc. (Defendant); Service Date: 12/09/2021; Service Cost: 154.85; Service Cost Waived: No

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Shaw & Sons, Inc. (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 169.65; Service Cost Waived: No

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: The Nevell Group, Inc. (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 184.65; Service Cost Waived: No

12/21/2021 Proof of Personal Service; Filed by: Schuff Steel Company (Plaintiff); As to: Woodbridge Glass Inc. (Defendant); Service Date: 12/10/2021; Service Cost: 109.85; Service Cost Waived: No

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: XL Fire Protection Co. (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 174.65; Service Cost Waived: No

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Star Hardware, Inc. (Defendant); Proof of Mailing Date: 12/10/2021; Service Cost: 209.65; Service Cost Waived: No

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Tom Malloy Corporation (Defendant); Proof of Mailing Date: 12/17/2021; Service Cost: 219.98; Service Cost Waived: No

12/21/2021 Proof of Personal Service; Filed by: Schuff Steel Company (Plaintiff); As to: Bapko Metal, Inc. (Defendant); Service Date: 12/09/2021; Service Cost: 117.85; Service Cost Waived: No

12/21/2021 Proof of Personal Service; Filed by: Schuff Steel Company (Plaintiff); As to: Continental Marble and Tile Company, a California corporation (Defendant); Service Date: 12/10/2021; Service Cost: 139.85; Service Cost Waived: No

12/21/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Smith Emery Laboratories, Inc. (Defendant); Proof of Mailing Date: 12/17/2021; Service Cost: 179.11; Service Cost Waived: No

12/20/2021 Answer; Filed by: Johnson Controls Fire Protection LP (Defendant); As to: Schuff Steel Company (Plaintiff)

12/17/2021 Answer; Filed by: Callisonrtkl Inc. (Defendant); As to: Schuff Steel Company (Plaintiff)

12/15/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Yesco, LLC (Defendant); Proof of Mailing Date: 12/14/2021; Service Cost: 1.00; Service Cost Waived: No

12/15/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Sharpe Interior Systems, Inc. (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 1.00; Service Cost Waived: No

12/15/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Snaidero U.S.A., a California corporation (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 1.00; Service Cost Waived: No

12/15/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: J.T. Wimsatt Contracting Co., Inc. (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 1.00; Service Cost Waived: No

12/15/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Comet Electric, Inc. (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 1.00; Service Cost Waived: No

12/15/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Martin Bros/Marcowall, Inc. (Defendant); Proof of Mailing Date: 12/13/2021; Service Cost: 1.00; Service Cost Waived: No

12/15/2021 Answer; Filed by: Mitsubishi Electric US, Inc. (Defendant); As to: Schuff Steel Company (Plaintiff)

12/13/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Emser Tile, LLC (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 189.73; Service Cost Waived: No

12/13/2021 Proof of Personal Service; Filed by: Schuff Steel Company (Plaintiff); As to: Acco Engineered Systems, Inc. (Defendant); Service Date: 12/08/2021; Service Cost: 212.08; Service Cost Waived: No

12/13/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Troyer Contracting Company, Inc. (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 219.98; Service Cost Waived: No

12/13/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Alamillo Rebar, Inc. (Defendant); Proof of Mailing Date: 12/08/2021; Service Cost: 266.03; Service Cost Waived: No

12/13/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Masonry Concepts, Inc. (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 219.98; Service Cost Waived: No

12/13/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: L.A. Downtown Investment LP (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 266.03; Service Cost Waived: No

12/13/2021 Proof of Service by Substituted Service; Filed by: Schuff Steel Company (Plaintiff); As to: Kamran and Company, Inc. (Defendant); Proof of Mailing Date: 12/09/2021; Service Cost: 255.68; Service Cost Waived: No

12/08/2021 Notice of Ruling Re December 1. 2021 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

12/08/2021 Answer To Pan-Pacific Mechanical, LLC'S First Amended Complaint; Filed by: Troyer Contracting Company, Inc. (Defendant)

12/08/2021 Proof of Personal Service of Summons Fetzers, Inc. Filed by: Schuff Steel Company (Plaintiff); As to: Fetzers, Inc. (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Climatec, LLC; Filed by: Schuff Steel Company (Plaintiff); As to: Climatec, LLC (Defendant); Service Date: 12/08/2021; Service Cost: 180.95; Service Cost Waived: No

12/08/2021 Proof of Service by Substituted Service of Summons Structural Shotcrete Systems, Inc. Filed by: Schuff Steel Company (Plaintiff); As to: Structural Shotcrete Systems, Inc. (Defendant); Proof of Mailing Date: 12/08/2021; Service Cost: 193.85; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Callisonrtkl Inc. Filed by: Schuff Steel Company (Plaintiff); As to: Callisonrtkl Inc. (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Johnson Controls Fire Protection LP; Filed by: Schuff Steel Company (Plaintiff); As to: Johnson Controls Fire Protection LP (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Enclos Corp; Filed by: Schuff Steel Company (Plaintiff); As to: Enclos Corp (Defendant); Service Date: 12/08/2021; Service Cost: 155.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons American Stair Corporation; Filed by: Schuff Steel Company (Plaintiff); As to: American Stair Corporation (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Service by Substituted Service of Summons Shoring Engineers; Filed by: Schuff Steel Company (Plaintiff); As to: Shoring Engineers (Defendant); Proof of Mailing Date: 12/08/2021; Service Cost: 156.85; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Mitsubishi Electric US, Inc. Filed by: Schuff Steel Company (Plaintiff); As to: Mitsubishi Electric US, Inc. (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Sasco; Filed by: Schuff Steel Company (Plaintiff); As to: Sasco (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Pro-Vigil, Inc. Filed by: Schuff Steel Company (Plaintiff); As to: Pro-Vigil, Inc. (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/08/2021 Proof of Personal Service of Summons Penhall Company; Filed by: Schuff Steel Company (Plaintiff); As to: Penhall Company (Defendant); Service Date: 12/08/2021; Service Cost: 98.95; Service Cost Waived: No

12/07/2021 Notice Pursuant to Paragraph 3 of CMO No. 2; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff); As to: American Stair Corporation, an Illinois corporation (Plaintiff); Oceanwide Plaza LLC, a Delaware limited liability company (Defendant); Lendlease (US) Construction, Inc., A Florida corporation (Defendant) et al.

12/07/2021 Notice J.T. Wimsatt Contracting Co., Inc.'s Disclosure of Persons With Knowledge Relevant to Lien Property Issues; Filed by: J.T. Wimsatt Contracting Company, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); Lendlease (US) Construction, Inc. (Defendant); L.A. Downtown Investment, L.P. (Defendant)

12/06/2021 Notice of Change of Address or Other Contact Information; Filed by: Chicago Title Insurance Company (Cross-Complainant)

12/06/2021 Notice Plaintiff and Cross-Defendant Webcor Construction, LP's Designation of Persons With Knowledge of Facts Relevant to Issues in Lien Priority Trial; Filed by: Webcor Construction, LP (Plaintiff); As to: Webcor Construction, LP (Plaintiff)

12/06/2021 Chicago Title Insurance Company's Disclosure Of Persons With Knowledge Pursuant To Cmo No. 2; Filed by: Chicago Title Insurance Company (Defendant); As to: Webcor Construction, LP (Plaintiff)

12/03/2021 Notice of Lien; Filed by: W.A. THOMAS CO., INC. (Non-Party)

12/02/2021 Updated -- Complaint: As To Parties changed from Tom Malloy Corporation (Defendant), Lend Lease (US) Construction, inc., a Florida corporation (Defendant), Shoring Engineers, a California corporation (Defendant), Woodbridge Glass, Inc., a California corporation (Defendant), Masonry Concepts, Inc, a California corporation (Defendant), Penhall Company, a California corporation (Defendant), Troyer Contracting Company, Inc., a California corporation (Defendant), Yesco, LLC (Defendant), Sharpe Interior Systems, Inc., a California corporation (Defendant), Climatec, LLC, an Arizona limited liability company (Defendant), ACCO Engineered Systems, Inc., a California corporation (Defendant), Comet Electric, Inc., a California corporation (Defendant), Structural Shotcrete Systems, Inc., a California corporation (Defendant), Alamillo Rebar, Inc., a California corporation (Defendant), Karcher Interior Systems, Inc., a California corporation (Defendant), CFM, Inc., a California corporation (Defendant

12/02/2021 Further Status Conference scheduled for 01/05/2022 at 03:00 PM in Spring Street Courthouse at Department 10

12/01/2021 Case Management Order No. 2; Signed and Filed by: Clerk

12/01/2021 Amended Cross-Complaint (1st); Filed by: L.A. Downtown Investment LP (Cross-Complainant); As to: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

12/01/2021 Minute Order (Further Status Conference)

12/01/2021 Further Status Conference scheduled for 12/01/2021 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 12/01/2021; Result Type to Held

11/23/2021 Joint Status Conference Report Updated; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/17/2021 Notice Sasco's Notice of Compliance RE: Lienholder Claim Package and Deposit of Documents; Filed by: SASCO (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant)

11/17/2021 Stipulation - No Order Stipulation to Extend Date for L.a. Downtown Investment, Lp to File Amended Cross-complaint Against Lendlease (Us) Construction Inc. And Lendlease (Us) Construction Holdings; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Webcor Construction, LP (Plaintiff)

11/17/2021 Complaint; Filed by: Mitsubishi Electric US, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Lend Lease (US) Construction, Inc., a Florida corporation (Defendant); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

11/17/2021 Updated -- Rosemary K. Nunn (Attorney): Organization Name changed from MUSICK PEELER & GARRETT LLP / OC to Musick Peeler & Garrett LLP / OC

11/17/2021 Address for Rosemary K. Nunn (Attorney) updated

11/17/2021 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

11/17/2021 Updated -- Lend Lease (US) Construction, Inc. (Defendant): Organization Name changed from Lend Lease (US) Construction, Inc., a Florida corporation to Lend Lease (US) Construction, Inc.

11/17/2021 Updated -- L.A. Downtown Investment, LP (Defendant): Organization Name changed from L.A. Downtown investment, LP, a California limited partnership to L.A. Downtown Investment, LP

11/17/2021 Updated -- Acco Engineered Systems, Inc. (Defendant): Organization Name changed from ACCO Engineered Systems, Inc., a California corporation to Acco Engineered Systems, Inc.

11/17/2021 Updated -- Bapko Metal, Inc. (Defendant): Organization Name changed from Bapko Metal, Inc., a California corporation to Bapko Metal, Inc.

11/17/2021 Updated -- Enclos Corp. (Defendant): Organization Name changed from Enclos Corp., a Minnesota corporation to Enclos Corp.

11/17/2021 Updated -- Johnson Controls Fire Protection, LP (Defendant): Organization Name changed from Johnson Controls Fire Protection, LP a Delaware limited partnership to Johnson Controls Fire Protection, LP

11/17/2021 Updated -- Kovach Enclosure Systems, LLC (Defendant): Organization Name changed from Kovach Enclosure Systems, LLC, a Delaware limited liability company to Kovach Enclosure Systems, LLC

11/17/2021 Updated -- Masonry Concepts, Inc. (Defendant): Organization Name changed from Masonry Concepts, Inc, a California corporation to Masonry Concepts, Inc.

11/17/2021 Updated -- Pan-Pacific Mechanical LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical LLC, a Delaware limited liability company to Pan-Pacific Mechanical LLC

11/17/2021 Updated -- Shaw & Sons, Inc. (Defendant): Organization Name changed from Shaw & Sons, Inc., a California corporation to Shaw & Sons, Inc.

11/17/2021 Updated -- The Nevell Group, Inc. (Defendant): Organization Name changed from The Nevell Group, Inc., a California corporation to The Nevell Group, Inc.

11/17/2021 Updated -- Troyer Contracting Company, Inc. (Defendant): Organization Name changed from Troyer Contracting Company, Inc., a California corporation to Troyer Contracting Company, Inc.

11/17/2021 Updated -- Webcor Construction, L.P. (Defendant): Organization Name changed from Webcor Construction, L.P., a California limited partnership to Webcor Construction, L.P.

11/17/2021 Updated -- Standard Drywall, Inc. (Defendant): Organization Name changed from Standard Drywall, Inc., a California corporation to Standard Drywall, Inc.

11/17/2021 Updated -- XL Fire Protection Co. (Defendant): Organization Name changed from XL Fire Protection Co., a California corporation to XL Fire Protection Co.

11/17/2021 Updated -- Karcher Interior Systems, Inc. (Defendant): Organization Name changed from Karcher Interior Systems, Inc., a California corporation to Karcher Interior Systems, Inc.

11/17/2021 Updated -- Structural Shotcrete Systems, Inc. (Defendant): Organization Name changed from Structural Shotcrete Systems, Inc., a California corporation to Structural Shotcrete Systems, Inc.

11/17/2021 Updated -- Shoring Engineers (Defendant): Organization Name changed from Shoring Engineers, a California corporation to Shoring Engineers

11/17/2021 Updated -- Woodbridge Glass, Inc. (Defendant): Organization Name changed from Woodbridge Glass, Inc., a California corporation to Woodbridge Glass, Inc.

11/17/2021 Updated -- Martin Bros/Marcowall, Inc. (Defendant): Organization Name changed from Martin Bros/Marcowall, Inc., a California corporation to Martin Bros/Marcowall, Inc.

11/17/2021 Updated -- Kamran and Company, Inc. (Defendant): Organization Name changed from Kamran and Company, Inc., a California corporation to Kamran and Company, Inc.

11/17/2021 Updated -- American Stair Corporation (Defendant): Organization Name changed from American Stair Corporation, an Illinois corporation to American Stair Corporation

11/17/2021 Updated -- SASCO (Defendant): Organization Name changed from SASCO, a California corporation to SASCO

11/17/2021 Updated -- J.T. Wimsatt Contracting Co., Inc. (Defendant): Organization Name changed from J.T. Wimsatt Contracting Co., Inc., a California corporation to J.T. Wimsatt Contracting Co., Inc.

11/17/2021 Updated -- Smith Emery Laboratories, Inc. (Defendant): Organization Name changed from Smith Emery Laboratories, Inc., a California corporation to Smith Emery Laboratories, Inc.

11/17/2021 Updated -- CFM, Inc. (Defendant): Organization Name changed from CFM, Inc., a California corporation to CFM, Inc.

11/17/2021 Updated -- Sharpe Interior Systems, Inc. (Defendant): Organization Name changed from Sharpe Interior Systems, Inc., a California corporation to Sharpe Interior Systems, Inc.

11/17/2021 Updated -- Alamillo Rebar, Inc. (Defendant): Organization Name changed from Alamillo Rebar, Inc., a California corporation to Alamillo Rebar, Inc.

11/17/2021 Updated -- Emser Tile, LLC (Defendant): Organization Name changed from Emser Tile, LLC, a California limited liability company to Emser Tile, LLC

11/17/2021 Updated -- Fetzer's, Inc. (Defendant): Organization Name changed from Fetzer's, Inc., a Utah corporation to Fetzer's, Inc.

11/17/2021 Updated -- Star Hardware, Inc. (Defendant): Organization Name changed from Star Hardware, Inc., a California corporation to Star Hardware, Inc.

11/17/2021 Updated -- Climatec, LLC (Defendant): Organization Name changed from Climatec, LLC, an Arizona limited liability company to Climatec, LLC

11/17/2021 Updated -- Comet Electric, Inc. (Defendant): Organization Name changed from Comet Electric, Inc., a California corporation to Comet Electric, Inc.

11/17/2021 Updated -- Pro-Vigil, Inc. (Defendant): Organization Name changed from Pro-Vigil, Inc., a Texas Corporation to Pro-Vigil, Inc.

11/17/2021 Updated -- Penhall Company (Defendant): Organization Name changed from Penhall Company, a California corporation to Penhall Company

11/17/2021 Updated -- Callisonrtkl, Inc. (Defendant): Organization Name changed from CALLISONRTKL, Inc., a Maryland corporation to Callisonrtkl, Inc.

11/16/2021 Notice of Ruling; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/15/2021 Complaint; Filed by: Comet Electric, Inc. (Plaintiff); As to: Sasco, a California corporation (Defendant); Oceanwide Plaza, LLC., a Delaware limited liability company (Defendant); Advanced Cable Solutions, Inc., a California corporation (Defendant) et al.

11/15/2021 Updated -- Complaint: Status Date changed from 11/17/2021 to 11/15/2021

11/09/2021 Complaint; Filed by: Schuff Steel Company (Plaintiff); As to: Oceanwide Plaza LLC (Defendant); L.A. Downtown Investment LP (Defendant); Acco Engineered Systems, Inc. (Defendant) et al.

11/08/2021 Updated -- Answer to Sasco's amended complaint: Name Extension: to Sasco's amended complaint; As To Parties changed from SASCO (Plaintiff) to SASCO (Plaintiff)

11/08/2021 Updated -- Answer to Johnson Controls Fire Protection LP's complaint: Name Extension: to Johnson Controls Fire Protection LP's complaint; As To Parties changed from Johnson Controls Fire Protection LP (Plaintiff) to Johnson Controls Fire Protection LP (Plaintiff)

11/08/2021 Defendant L.A. Downtown Investment, LP's Answer to Sharpe Interior Systems, Inc.'s Amended Complaint; Filed by: L.A.Downtown Investment LP (Defendant); As to: Sharpe Interior Systems, Inc. (Plaintiff)

11/05/2021 Updated -- Answer to 1st amended complaint of Pan Pacific Plumbing Co. dba Pan Pacific Mechanical LLC: Name Extension: to 1st amended complaint of Pan Pacific Plumbing Co. dba Pan Pacific Mechanical LLC; As To Parties: Pan-Pacific Mechanical, LLC (Plaintiff)

11/05/2021 Updated -- Answer to Karcher Interior Systems Inc's amended complaint: Name Extension: to Karcher Interior Systems Inc's amended complaint; As To Parties changed from Karcher Interior Systems, Inc. (Plaintiff) to Karcher Interior Systems, Inc. (Plaintiff)

11/05/2021 Answer; Filed by: L.A. Downtown Investment, LP (DOE 31) (Defendant); As to: SASCO (Plaintiff)

11/05/2021 Answer; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Johnson Controls Fire Protection LP (Plaintiff)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to American Stair Corporation's Complaint; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: American Stair Corporation, an Illinois corporation (Plaintiff)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to J.T. Wimsatt Contracting Company, Inc.'s Complaint; Filed by: L.A. Downtown Investment, L.P. (Defendant); As to: J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to Troyer Contracting Company, Inc's First Amended Complaint; Filed by: LA Downtown Investment, LP (Defendant); As to: Troyer Contracting Company, Inc. (Plaintiff)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to Climatec, LLC's Complaint; Filed by: L.A. Downtown Investment LP (Defendant); As to: Climatec, LLC (Plaintiff)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to Yesco LLC DBA Yesco Signs LLC's Complaint; Filed by: L.A. Downtown Investment LP (Defendant); As to: Yesco LLC (Plaintiff)

11/05/2021 Defendant L.A. Downtown Investment, LP's Amended Answer to The Nevell Group, Inc.'s First Amended Complaint; Filed by: LA Downtown Investment, LP (Defendant); As to: The Nevell Group, Inc (Plaintiff)

11/04/2021 Answer; Filed by: L.A. Downtown Investment LP (Defendant); As to: Kercher Interior Systems, Inc. (Plaintiff)

11/03/2021 Updated -- Answer To Second Amended Complaint Of Standard Drywall, Inc.: As To Parties: Standard Drywall, Inc. (Defendant)

11/03/2021 Updated -- Answer To Second Amended Complaint Of Standard Drywall, Inc.: As To Parties: Standard Drywall, Inc. (Plaintiff)

11/03/2021 Answer; Filed by: LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant)

11/03/2021 Minute Order (Hearing on Motion to Strike by Lendlease (US) Construction In...)

11/03/2021 Hearing on Motion to Strike by Lendlease (US) Construction Inc., Portions of Ladi's Cross-Complaint scheduled for 11/03/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/03/2021; Result Type to Held

11/03/2021 Hearing on Motion to Strike by Lendlease (US) Construction Holdings Inc., Portions of Ladi's Cross-Complaint scheduled for 11/03/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/03/2021; Result Type to Held

11/03/2021 Hearing on Demurrer - without Motion to Strike by Lendlease (US) Construction Inc. to Ladi's Cross-Complaint scheduled for 11/03/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/03/2021; Result Type to Held

11/03/2021 Hearing on Demurrer - without Motion to Strike by Lendlease (US) Construction Holdings Inc. to Ladi's Cross-Complaint scheduled for 11/03/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/03/2021; Result Type to Held

11/03/2021 Hearing on Motion to Strike by Lendlease (US) Construction Inc. and Lendlease (US) Construction Holdings Inc., Portions of Chicago Title Insurance Company's Cross-Complaint scheduled for 11/03/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/03/2021; Result Type to Held

11/02/2021 Updated -- Request for Dismissal with prejudice; Entire action of all parties and all causes of action; as to 20STCV13074 only: Name Extension: with prejudice; Entire action of all parties and all causes of action; as to 20STCV13074 only; As To Parties changed from Oceanwide Plaza, LLC. (Defendant) to Oceanwide Plaza, LLC. (Defendant)

11/02/2021 Further Status Conference scheduled for 12/01/2021 at 02:00 PM in Spring Street Courthouse at Department 10

11/02/2021 Answer To Second Amended Complaint Of Standard Drywall, Inc. Filed by: Lendlease (US) Construction Inc. (Defendant)

11/02/2021 Answer To Standard Drywall, Inc's Second Amended Complaint; Filed by: L.A. Downtown Investment LP (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

11/02/2021 Answer; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

11/02/2021 Further Status Conference scheduled for 11/11/2021 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 11/02/2021

11/01/2021 Updated -- Amended Complaint (1st) (2nd): Name Extension changed from (1st) to (1st) (2nd)

11/01/2021 Updated -- Amended Complaint Second Amended Complaint: Name Extension changed from (1st) (2nd) to Second Amended Complaint; As To Parties changed from Pan-Pacific Mechanical LLC (Defendant), Troyer Contracting Company, Inc. (Defendant), Kovach Building Enclosures, LLC (Defendant), Masonry Concepts, Inc. (Defendant), Bapko Metal, Inc. (Defendant), The Nevell Group, Inc. (Defendant), Lendlease (US) Construction Inc. (Defendant), Kovach, LLC (Defendant), Advanced Cable Solutions, Inc. (Defendant), Shaw & Sons, Inc. (Defendant), Johnson Controls Fire Protection LP (Defendant), Oceanwide Plaza LLC (Defendant), L.A. Downtown Investment LP (Defendant), PHL, Inc. (Defendant), Chicago Title Insurance Company (Defendant), Enclos Corp (Defendant), ACCO Engineered Systems, Inc. (Defendant), Twining, Inc. (Defendant), XL Fire Protection Co. (Defendant), Webcor Construction L.P. (Defendant) to Oceanwide Plaza LLC (Defendant), XL Fire Protection Co. (Defendant), Lendlease (US) Construction Inc. (Defe

11/01/2021 Updated -- Second Amended Complaint: Name Extension: blank; Exact Name: Second Amended Complaint; As To Parties changed from Bapko Metal, Inc. (Defendant), Johnson Controls Fire Protection LP (Defendant), Enclos Corp (Defendant), Chicago Title Insurance Company (Defendant), Kovach, LLC (Defendant), ACCO Engineered Systems, Inc. (Defendant), Shaw & Sons, Inc. (Defendant), Twining, Inc. (Defendant), Troyer Contracting Company, Inc. (Defendant), Kovach Building Enclosures, LLC (Defendant), Masonry Concepts, Inc. (Defendant), XL Fire Protection Co. (Defendant), The Nevell Group, Inc. (Defendant), Oceanwide Plaza LLC (Defendant), Pan-Pacific Mechanical LLC (Defendant), L.A. Downtown Investment LP (Defendant), PHL, Inc. (Defendant), Webcor Construction L.P. (Defendant), Lendlease (US) Construction Inc. (Defendant), Advanced Cable Solutions, Inc. (Defendant) to Enclos Corp (Defendant), Troyer Contracting Company, Inc. (Defendant), Pan-Pacific Mechanical LLC (Defendant), XL Fire Protection Co.

11/01/2021 Further Status Conference scheduled for 11/01/2021 at 05:00 PM in Spring Street Courthouse at Department 10

11/01/2021 Notice of Ruling Re November 1, 2021 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

11/01/2021 Answer To Pan-Pacific Mechanical, LLC's First Amended Complaint; Filed by: L.A. Downtown Investment, L.P., a California limited partnership (Defendant); As to: Pan-Pacific Mechanical, LLC (Plaintiff)

11/01/2021 Minute Order (Further Status Conference)

11/01/2021 Further Status Conference scheduled for 11/01/2021 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 11/01/2021; Result Type to Held

10/28/2021 Updated -- Answer by Starndard Drywall Inc. to Lendlease (US) Construction Inc's first amended complaint: As To Parties: Lendlease (US) Construction, Inc. (Defendant)

10/28/2021 Updated -- Answer by Standard Drywall Inc to Johnson Controls Fire Protection LP's Complaint: As To Parties: Johnson Controls Fire Protection LP (Plaintiff)

10/27/2021 Oceanwide Plaza Llcs Notice Of Compliance Re Deposit Of Documents In Response To Kamran And Company Inc. Filed by: Oceanwide Plaza, LLC (Defendant)

10/27/2021 Reply Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Joint Reply In Support Of Motion To Strike Portions Of LADI Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

10/27/2021 Reply Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Reply In Support Of Demurrer To L.A. Downtown Investment, LP Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

10/26/2021 Joinder To Webcor Construction L.P.'S Opening Brief; Filed by: Sharpe Interior Systems, Inc. (Plaintiff)

10/25/2021 Joint Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/21/2021 Updated -- Chicago Title Insurance Company's Responsive Joinder Brief Regarding Commencement Of Work And Separate Works Of Improvement: Name Extension: blank; Exact Name: Chicago Title Insurance Company's Responsive Joinder Brief Regarding Commencement Of Work And Separate Works Of Improvement; As To Parties: removed

10/21/2021 Opposition OF L.A. DOWNTOWN INVESTMENT, LP, TO LENDLEASE MOTION TO STRIKE; Filed by: L.A. Downtown Investment, LP (Defendant)

10/21/2021 Shaw and Son's Notice of Joinder and Joinder in Webcor Construction L.P.'s Reply Brief Re Lien Priority; Filed by: Shaw & Sons Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/21/2021 Standard Drywall, Inc.'s Joinder to Lendlease (US) Construction L.P.'s Reply Brief Re Lien Priority; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Webcor Construction L.P. (Defendant); Lendlease (US) Construction Inc. (Defendant)

10/21/2021 Proof of Service; Filed by: Standard Drywall, Inc. (Plaintiff)

10/20/2021 Lendlease (US) Construction Inc. Response Memorandum Re: Lien Priority; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/20/2021 Webcor Construction L.P.'s Reply Brief Re Lien Priority; Filed by: Webcor Construction, LP (Plaintiff)

10/20/2021 Brief L.A. DOWNTOWN INVESTMENT, LPS RESPONSIVE BRIEF REGARDING COMMENCEMENT OF WORK AND SEPARATE WORKS OF IMPROVEMENT; Filed by: L.A. Downtown Investment, LP (Defendant)

10/20/2021 Notice of Joinder (Name Extension) Pan-Pacific Mechanical L.P.'s Joinder to Webcor Construction, L.P.'s Reply Brief re Lien Priority; Filed by: Pan-Pacific Mechanical, LLC (Plaintiff); As to: Lend Lease (US) Construction, Inc. (Defendant)

10/20/2021 Brief RESPONSIVE JOINDER BRIEF REGARDING COMMENCEMENT OF WORK AND SEPARATE WORKS OF IMPROVEMENT; Filed by: Chicago Title Insurance Company (Defendant)

10/20/2021 Response Oceanwide Plaza Llcs Response Brief On The Question Of Lien Priority; Filed by: Oceanwide Plaza, LLC (Defendant)

10/20/2021 Notice of Joinder (Name Extension) by Shaw and Sons; Filed by: Shaw & Sons Inc. (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

10/18/2021 Declaration Of Non-Monetary Status; Filed by: Chicago Title Insurance Company (Defendant)

10/18/2021 Cross-Defendants Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Reply In Support Of Motion To Strike Portions Of Chicago Title Insurance Company Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

10/15/2021 Notice of Designation of Persons Most Knowledgeable for CMF, Inc. Filed by: CMF Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/15/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: Chicago Title Insurance Company [Doe 22] (Defendant); Type: Fictitious Name

10/14/2021 Updated -- Memorandum of Points & Authorities: As To Parties: removed

10/14/2021 Summons on Complaint; Issued and Filed by: Sharpe Interior Systems, Inc. (Plaintiff)

10/14/2021 Notice of Compliance; Filed by: CMF Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/14/2021 Amended Complaint (1st); Filed by: Sharpe Interior Systems, Inc. (Plaintiff); As to: Oceanwide Plaza LLC - 20STCV18563 (Defendant); Chicago Title Insurance Company, a Florida corporation 20STCV18563 (Defendant); L.A. Downtown Investments, LP 20STCV18563 (Defendant) et al.

10/14/2021 Updated -- Oceanwide Plaza LLC - 20STCV18563 (Defendant): Organization Name changed from Oceanwide Plaza LLC to Oceanwide Plaza LLC - 20STCV18563

10/14/2021 Updated -- Chicago Title Insurance Company, a Florida corporation 20STCV18563 (Defendant): Organization Name changed from Chicago Title Insurance Company, a Florida corporation to Chicago Title Insurance Company, a Florida corporation 20STCV18563

10/14/2021 Updated -- L.A. Downtown Investments, LP 20STCV18563 (Defendant): Organization Name changed from L.A. Downtown Investments, LP to L.A. Downtown Investments, LP 20STCV18563

10/14/2021 Updated -- Webcor Construction, LP 20STCV18563 (Non-Party): Organization Name changed from Webcor Construction, LP to Webcor Construction, LP 20STCV18563

10/13/2021 Hearing on Motion to Strike by Lendlease (US) Consruction Inc. and Lendlease (US) Construction Holdings Inc., Portions of Chicago Title Insurance Company's Cross-Complaint scheduled for 11/03/2021 at 01:30 PM in Spring Street Courthouse at Department 10

10/13/2021 Notice of Continued Hearing; Filed by: Chicago Title Insurance Company (Defendant); As to: Webcor Construction, LP (Plaintiff)

10/13/2021 Memorandum of Points & Authorities; Filed by: Chicago Title Insurance Company (Defendant)

10/13/2021 Declaration of Defendant Chicago Title Insurance Company's Non-Monetary Status Filed in Response to Martin Bros./Maroocowall, Inc.'s Amendment to Complaint; Filed by: Chicago Title Insurance Company (Defendant)

10/13/2021 Declaration of David E. Littman in Support of Chicago Title Insurance Company's Memorandum of Points and Authorities in Opposition to Motion to Strike Portions of its Cross-Complaint Against Cross-Defendants; Filed by: Chicago Title Insurance Company (Defendant)

10/13/2021 Minute Order (Hearing on Motion to Strike by Lendlease (US) Construction Consumer...)

10/13/2021 On the Court's own motion, Hearing on Motion to Strike by Lendlease (US) Consruction Inc. and Lendlease (US) Construction Holdings Inc., Portions of Chicago Title Insurance Company's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Court's Motion was rescheduled to 11/03/2021 01:30 PM

10/12/2021 Request for Dismissal; Filed by: Smith-Emery Laboratories, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC. (Defendant)

10/12/2021 On the Complaint filed by Smith-Emery Laboratories, Inc. on 04/02/2020, entered Request for Dismissal with prejudice filed by Smith-Emery Laboratories, Inc. as to Oceanwide Plaza, LLC.

10/12/2021 Notice of Joinder (Name Extension) and Joinder in Lendlease (US) Construction Inc.'s Memorandum of Points and Authorities Re: Lien Priority; Filed by: Shaw & Sons Inc. (Defendant); As to: Lendlease (US) Construction, Inc. (Defendant)

10/12/2021 Joinder To LendLease (US) Construction, Inc.'s Memorandum Of Points And Authorities Re Commencement Of Work To Establish Lien Property; Filed by: Star Hardware, Inc (Defendant)

10/08/2021 Declaration of Defendant Chicago Title Insurance Company's Non-Monetary Status Filed in Response to Sharpe Interior Systems, Inc.'s Amendment to Complaint; Filed by: Chicago Title Insurance Company, a Florida corporation (Defendant)

10/08/2021 Brief Webcor Construction LP's Opening Brief re Lin Priority; Filed by: Webcor Construction, LP (Plaintiff)

10/08/2021 Brief of Behalf of Acco Engineered Systems, Inc., Bapko Metal, Inc., and Martin Bros. in Support of Webcor Construction, L.P.'s Opening Brief Re: Lien Priority; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant); Martin Bros./Marcowall Inc. (Defendant)

10/08/2021 Oceanwide Plaza LLC's Brief Re The Question of Lien Priority; Filed by: Oceanwide Plaza, LLC (Defendant)

10/08/2021 Brief Regarding California Law on Commencement Of Work And Separate Works Of Improvement; Filed by: L.A. Downtown Investment, LP (Defendant)

10/08/2021 Chicago Title Insurance Company's Brief Regarding California Law Concerning Commencement of Work; Filed by: Chicago Title Insurance Company (Defendant)

10/08/2021 Lendlease (US) Construction, Inc.'s Memorandum Of Points And Authorities Re Commencement Of Work To Establish Lien Priority; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/08/2021 Notice of Joinder (Name Extension) and Joinder in LendLease's Memorandum of Points & Authorities re: Lien Priority; Filed by: J.T. Wimsatt Contracting Company, Inc. (Plaintiff); As to: J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

10/08/2021 Notice of Joinder (Name Extension) and Joinder in Webcor Construction, L.P.'s Opening Brief of Lien Priority; Filed by: J.T. Wimsatt Contracting Company, Inc. (Plaintiff); As to: J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

10/08/2021 Joinder; Filed by: Pan-Pacific Mechanical, LLC (Defendant)

10/08/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: SASCO (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant); Type: Fictitious Name

10/07/2021 Pursuant to written stipulation, Hearing on Motion to Strike by Lendlease (US) Construction Inc., Portions of Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 11/03/2021 01:30 PM

10/07/2021 Pursuant to written stipulation, Hearing on Motion to Strike by Lendlease (US) Construction Holdings Inc., Portions of Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 11/03/2021 01:30 PM

10/07/2021 Pursuant to written stipulation, Hearing on Demurrer - without Motion to Strike by Lendlease (US) Construction Inc. to Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 11/03/2021 01:30 PM

10/07/2021 Pursuant to written stipulation, Hearing on Demurrer - without Motion to Strike by Lendlease (US) Construction Holdings Inc. to Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10 Not Held - Continued - Stipulation was rescheduled to 11/03/2021 01:30 PM

10/06/2021 Updated -- Reply Cross-Defendants Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Reply In Support Of Motion To Strike Portions Of Chicago Title Insurance Company Cross-Complaint: As To Parties: removed

10/06/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Sharpe Interior Systems, Inc. (Plaintiff); As to: Chicago Title Insurance Company, a Florida corporation 20STCV18563 (Defendant); Type: Fictitious Name

10/06/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Sharpe Interior Systems, Inc. (Plaintiff); As to: L.A. Downtown Investments, LP 20STCV18563 (Defendant); Type: Fictitious Name

10/06/2021 Updated -- L.A. Downtown Investment LP, a California limited partnership (Doe 11) (Defendant): Organization Name changed from L.A. Downtown Investment LP, a California limited partnership to L.A. Downtown Investment LP, a California limited partnership (Doe 11)

10/06/2021 Stipulation and Order STIPULATION TO CONTINUE HEARING ON DEMURRER AND MOTION TO STRIKE L.A. DOWNTOWN INVESTMENT L.P.S CROSS-COMPLAINT; [PROPOSED] ORDER; Signed and Filed by: L.A. Downtown Investment, LP (Defendant)

10/06/2021 Updated -- Stipulation and Order STIPULATION TO CONTINUE HEARING ON DEMURRER AND MOTION TO STRIKE L.A. DOWNTOWN INVESTMENT L.P.S CROSS-COMPLAINT; [PROPOSED] ORDER: Filed By: L.A. Downtown Investment, LP (Defendant); Result: Granted; Result Date: 10/06/2021

10/05/2021 Reply Cross-Defendants Lendlease (US) Construction Inc. And Lendlease (US) Construction Holdings, Inc. Reply In Support Of Motion To Strike Portions Of Chicago Title Insurance Company Cross-Complaint; Filed by: Lendlease (US) Construction, Inc. (Cross-Defendant)

10/05/2021 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): Start Date changed from 09/05/2021 to 10/05/2021; As To Parties changed from L.A. Downtown Investment LP, a California limited partnership (Defendant) to L.A. Downtown Investment LP, a California limited partnership (Doe 11) (Defendant)

10/05/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Karcher Interior Systems, Inc. (Plaintiff); As to: L.A. Downtown Investment LP, a California limited partnership (Doe 11) (Defendant)

10/04/2021 Notice Defendant Lendlease (US) Construction Holdings Inc Notice of Non-Opposition by LADI to Motion to Strike Portions of LADI Cross-Complaint; Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

10/04/2021 Notice Defendant Lendlease (US) Construction Inc Notice of Non-Opposition by LADI to Motion to Strike Portions of LADI Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant); As to: L.A. Downtown Investment LP (Cross-Complainant)

10/04/2021 Updated -- John D. Hanover (Attorney): Organization Name changed from Alston & Bird to Alston & Bird LLP; Middle Name changed from David to D.

10/01/2021 Answer; Filed by: LA Downtown Investment, LP (Defendant); As to: Troyer Contracting Company, Inc. (Plaintiff)

10/01/2021 Answer; Filed by: L.A Downtown Investment, LP (Defendant); As to: The Nevell Group, Inc (Plaintiff)

10/01/2021 Answer; Filed by: Webcor Construction, LP (Plaintiff)

10/01/2021 Amended Complaint (1st); Filed by: Pan-Pacific Mechanical, LLC (Plaintiff); As to: Advanced Cable Solutions, Inc. (Defendant); Acco Engineered Systems, Inc. (Defendant); Bapko Metal, Inc. (Defendant) et al.

10/01/2021 Answer To Complaint; Filed by: L.A. Downtown Investment, L.P. (Defendant); As to: J.T. Wimsatt Contracting Company, Inc. (Plaintiff)

10/01/2021 Answer To Complaint; Filed by: L.A. Downtown Investment, LP (Defendant); As to: Johnson Controls Fire Protection LP (Plaintiff)

10/01/2021 Answer To Lendlease (Us) Construction Inc.'s First Amended Complaint; Filed by: Webcor Construction, L.P. (Defendant)

10/01/2021 Answer To Complaint; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: American Stair Corporation, an Illinois corporation (Plaintiff)

10/01/2021 Answer To Complaint; Filed by: L.A. Downtown Investment LP (Defendant); As to: Climatec, LLC (Plaintiff)

10/01/2021 Summons on Complaint (1st); Issued and Filed by: Pan-Pacific Mechanical, LLC (Plaintiff); As to: L.A. Downtown Investment, L.P., a California limited partnership (Defendant); Advanced Cable Solutions, Inc. (Defendant); Acco Engineered Systems, Inc. (Defendant) et al.

10/01/2021 Notice of Ruling; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/01/2021 Answer; Filed by: L.A. Downtown Investment LP (Defendant); As to: Yesco LLC (Plaintiff)

10/01/2021 Notice Notice Of List Of Cases Lendlease (US) Construction Inc. Omnibus Answer To Operative Pleadings Of Each Of The Subcontractor Parties In The Consolidated Action Applies; Filed by: Lendlease (US) Construction, Inc. (Defendant)

10/01/2021 Answer; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/30/2021 Updated -- Opposition Opposition to Lendlease Demurrer to Cross-Complaint: As To Parties: removed

09/30/2021 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Kovach, LLC (Defendant); PHL, Inc. (Defendant); Masonry Concepts, Inc. (Defendant) et al.

09/30/2021 Amended Complaint (1st); Filed by: Standard Drywall, Inc. (Plaintiff); As to: Kovach, LLC (Defendant); PHL, Inc. (Defendant); Masonry Concepts, Inc. (Defendant) et al.

09/29/2021 Opposition Opposition to Lendlease Demurrer to Cross-Complaint; Filed by: L.A. Downtown Investment LP (Cross-Complainant)

09/29/2021 Non-Jury Trial (5 day) scheduled for 04/07/2022 at 10:00 AM in Spring Street Courthouse at Department 10

09/29/2021 Final Status Conference scheduled for 03/15/2022 at 10:00 AM in Spring Street Courthouse at Department 10

09/29/2021 Further Status Conference scheduled for 11/01/2021 at 02:30 PM in Spring Street Courthouse at Department 10

09/28/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore , Alexander Joko, CSR N. 12272; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/28/2021 Updated -- A. Maria Plumtree (Attorney): Organization Name: Plumtree & Associates

09/28/2021 Address for A. Maria Plumtree (Attorney) updated

09/28/2021 Minute Order (Order to Show Cause Re: why the Court should not set a Bench ...)

09/28/2021 Order to Show Cause Re: why the Court should not set a Bench Trial on lien priority and possibly other issues scheduled for 09/28/2021 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/28/2021; Result Type to Held

09/27/2021 Association of Attorney; Filed by: Karcher Interior Systems Inc. (Defendant)

09/23/2021 Status Conference Statement Updated; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/22/2021 Notice Notice of Compliance; Filed by: CMF Inc. (Defendant); As to: Webcor Construction, LP (Plaintiff)

09/22/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Kamran and Company, Inc. (Plaintiff); As to: Chicago Title Insurance Company (Defendant)

09/22/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Kamran and Company, Inc. (Plaintiff); As to: L.A. Downtown Investment, LP (Defendant)

09/22/2021 Notice Johnson Controls Fire Protection LP'S Notice Of Compliance Re: Deposit Of Documents; Filed by: Johnson Controls Fire

Protection LP (Defendant); As to: Johnson Controls Fire Protection LP (Defendant)

09/22/2021 Response Joint Response to Order to Show Cause Re: Bifurcation; Filed by: L.A. Downtown Investment, LP (Defendant)

09/14/2021 Hearing on Motion to Strike by Lendlease (US) Consruction Inc. and Lendlease (US) Construction Holdings Inc., Portions of Chicago Title Insurance Company's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10

09/09/2021 Motion to Strike (not initial pleading); Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant); Lendlease (US) Construction, Inc. (Cross-Defendant)

09/09/2021 Declaration of Joseph S. Sestay in support of Cross-Defendant Lendlease (US) construction Inc. and Lendlease (US) construction holdings, Inc.'s motion to strike; Filed by: Lendlease (US) Construction Inc. (Cross-Defendant)

09/09/2021 Notice of Ruling at September 1, 2021 further status conference; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

09/07/2021 Summons Cross-Complaint; Filed by: MASONRY CONCEPTS, INC., a California Corporation (Plaintiff)

09/07/2021 Answer; Filed by: Masonry Concepts, a California corporation (Defendant)

09/07/2021 Substitution of Attorney --Civil; Filed by: Martin Bros./Marcowall, Inc. (Plaintiff); As to: Laurence P Lubka (Attorney)

09/07/2021 Oceanwide Plaza LLC's Answer to the First Amended Complaint of Lendlease (US) Construction Inc. Filed by: Oceanwide Plaza, LLC, (Defendant)

09/02/2021 Hearing on Demurrer - without Motion to Strike by Lendlease (US) Construction Inc. to Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10

09/02/2021 Hearing on Demurrer - without Motion to Strike by Lendlease (US) Construction Holdings Inc. to Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10

09/02/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore , Sheila Pham CSR N. 13293; Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/01/2021 Hearing on Motion to Strike by Defendant Lendlease (US) Construction Inc., Portions of Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10

09/01/2021 Hearing on Motion to Strike by Lendlease (US) Construction Holdings Inc., Portions of Ladi's Cross-Complaint scheduled for 10/13/2021 at 10:00 AM in Spring Street Courthouse at Department 10

09/01/2021 Order to Show Cause Re: why the Court should not set a Bench Trial on lien priority and possibly other issues scheduled for 09/28/2021 at 02:00 PM in Spring Street Courthouse at Department 10

09/01/2021 Case Management Order; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

09/01/2021 Updated -- Order Appointing Court Approved Reporter as Official Reporter Pro Tempore , Sheila Pham CSR N. 13293: Status Date changed from 09/02/2021 to 09/01/2021; As To Parties: removed; Status changed from Filed to Signed and Filed

09/01/2021 Message Board Posting; Filed by: Clerk

09/01/2021 Minute Order (Further Status Conference)

09/01/2021 Further Status Conference scheduled for 09/01/2021 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 09/01/2021; Result Type to Held

08/31/2021 Updated -- Defendant Lendlease (US) Construction Holdings, Inc.'s Notice of Motion and Motion to Strike Portions of LADI's Cross-Complaint: As To Parties: removed

08/31/2021 Declaration of Joseph S. Sestay ISO Lendlease Holding's Notice of Demurrer and Demurrer to LADI's Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Defendant)

08/31/2021 Request for Judicial Notice ISO Lendlease Construction Holdings, Inc.'s Demurrer to LADI's Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Defendant)

08/31/2021 Declaration of Joseph S. Sestay ISO Lendlease (US) Construction, Holdings Inc.'s Motion to Strike Portions of LADI's Cross-Complaint; Filed by: Lendlease (US) Construction Inc. (Defendant)

08/31/2021 Declaration of Joseph S. Sestay ISO Lendlease Construction's Notice of Demurrer and Demurrer to LADI's Cross-Complaint; Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

08/31/2021 Demurrer - without Motion to Strike; Filed by: Lendlease (US) Construction, Inc. (Cross-Defendant)

08/31/2021 Request for Judicial Notice; Filed by: Lendlease (US) Construction, Inc. (Cross-Defendant)

08/31/2021 Updated Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/31/2021 Lendlease Holdings's Notice of Demurrer and Demurrer to LADI's Cross-Complaint; Filed by: Lendlease (US) Construction Holdings, Inc. (Cross-Defendant)

08/31/2021 Answer by Standard Drywall Inc to Johnson Controls Fire Protection LP's Complaint; Filed by: Standard Drywall, Inc. (Defendant)

08/31/2021 Answer by Starndard Drywall Inc. to Lendlease (US) Construction Inc's first amended complaint; Filed by: Standard Drywall, Inc. (Plaintiff)

08/31/2021 Proof of Service (not Summons and Complaint) of Standard Drywall Inc's answer to Lendlease via CaseAnywhere; Filed by: Standard Drywall, Inc. (Defendant); As to: Lendlease (US) Construction Inc. (Plaintiff)

08/31/2021 Proof of Service (not Summons and Complaint) of answer by Standard Drywall to Johnson Controls via CaseAnywhere; Filed by: Standard Drywall, Inc. (Defendant); As to: Johnson Controls Fire Protection LP (Plaintiff)

08/30/2021 Motion to Strike (not initial pleading); First Amended Complaint; Filed by: Webcor Construction Inc. (Plaintiff)

08/30/2021 Defendant Lendlease (US) Construction Holdings, Inc.'s Notice of Motion and Motion to Strike Portions of LADI's Cross-Complaint; Filed by: Lendlease (US) Construction, Inc. (Cross-Defendant)

08/30/2021 Declaration of Joseph S. Sestay in Support of Lendlease (US) Construction, Holdings Inc.'s Notice of Demurrer and Demurrer to Ladi's Cross-Complaint; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

08/30/2021 Declaration of Joseph S. Sestay in Support of Lendlease (US) Construction, Inc.'s Notice of Motion and Motion to Strike Portions of Ladi's Cross-Complaint; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

08/23/2021 Notice of Ruling RE August 20, 2021 Further Status Conference; Filed by: Lend Lease (US) Construction, Inc. (Defendant)

08/20/2021 Status Conference scheduled for 08/20/2021 at 05:00 PM in Spring Street Courthouse at Department 10

08/20/2021 Further Status Conference scheduled for 09/01/2021 at 10:00 AM in Spring Street Courthouse at Department 10

08/20/2021 Message Board Posting; Filed by: Clerk

08/20/2021 Stipulation and Order Regarding Lienholder Claims Procedure; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/20/2021 Shaw & Son's Inc.'s Answer to Webcor Construction, LP'S First Amended Complaint; Filed by: Shaw & Sons, Inc (Defendant)

08/20/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Timothy J. McCoy, CSR# 4745; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/20/2021 Minute Order (Further Status Conference)

08/20/2021 Status Conference scheduled for 08/20/2021 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 08/20/2021

08/20/2021 Further Status Conference scheduled for 08/20/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/20/2021; Result Type to Held

08/17/2021 Proof of Service; Filed by: OCEANWIDE PLAZA I LLC, a Delaware limited liability company (Defendant)

08/17/2021 Notice of Court Order at Status Conference on August 13, 2021; Filed by: Webcor Construction, LP (Plaintiff)

08/16/2021 Further Status Conference scheduled for 08/20/2021 at 01:30 PM in Spring Street Courthouse at Department 10

08/16/2021 Further Status Conference scheduled for 08/13/2021 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 08/16/2021

08/13/2021 Further Status Conference scheduled for 08/13/2021 at 05:00 PM in Spring Street Courthouse at Department 10

08/13/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Kylie Shepherd, CSR 13756; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

08/13/2021 Case numbers 19STCV03357, and 19STCV19167 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 Case numbers 19STCV03357, 19STCV22183, 19STCV24347, 19STCV27946, 19STCV28063, and 19STCV28703 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 Case numbers 19STCV03357, 19STCV30916, 19STCV32112, 19STCV42283, 20STCV01887, and 20STCV05020 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 Case numbers 19STCV03357, 20STCV11335, 20STCV13074, 20STCV13374, 20STCV13646, and 20STCV18563 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 Case numbers 19STCV03357, 20STCV20642, 20STCV20757, 20STCV20785, 20STCV23227, and 20STCV26817 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 Case numbers 19STCV03357, 20STCV28240, 20STCV28272, 20STCV29459, 20STCV32733, and 20STCV34840 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 Case numbers 19STCV03357, 20STCV37800, 20STCV46046, 20STCV47808, 20STCV49694, 21STCV05556, and 21STCV09007 consolidated; case number 19STCV03357 is the lead case.

08/13/2021 The case is placed in special status of: Consolidation Required

08/13/2021 Minute Order (Further Status Conference)

08/13/2021 Further Status Conference scheduled for 08/13/2021 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 08/13/2021; Result Type to Held

08/12/2021 Oceanwide Plaza LLC's Answer to the First Amended Complaint of Webcor Construction, LP; Filed by: Oceanwide Plaza, LLC (Defendant)

08/11/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC's Supplement to Joint Updated Status Conference Report; Filed by: Oceanwide Plaza, LLC (Defendant)

08/06/2021 Joint Updated Status Report; Filed by: L.A. Downtown Investment, LP (Cross-Defendant)

07/23/2021 Notice of Ruling Re July 20, 2021 Further Status Conference; Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/20/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Shawnda Renee Dorn, CSR# 11387; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

07/20/2021 Objection To Proposed Procedure For Establishing Disputed Claims; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, inc. (DOE 17) (Defendant)

07/20/2021 Minute Order (Further Status Conference)

07/20/2021 Further Status Conference scheduled for 07/20/2021 at 10:00 AM in Spring Street Courthouse at Department 10 updated: Result Date to 07/20/2021; Result Type to Held

07/15/2021 Lendlease's Updated Status Conference Report Re Subcontractor Claims Procedure; Filed by: Lendlease (US) Construction, Inc. (Cross-Defendant)

07/15/2021 Notice of Court Order at Status Conference on July 8, 2021; Filed by: Webcor Construction, LP (Plaintiff)

07/15/2021 Answer to First Amended Complaint of Lendlease (US) Construction Inc. by L.A. Downtown Investment, LP; Filed by: Lendlease (US) Construction Inc. (Plaintiff)

07/15/2021 Defendant Chicago Title Insurance Company's Answer and Defenses to Lendlease (US) Construction, Inc.'s First Amended Complaint; Filed by: Chicago Title Insurance Company (Cross-Complainant)

07/08/2021 Further Status Conference scheduled for 07/20/2021 at 10:00 AM in Spring Street Courthouse at Department 10

07/08/2021 Further Status Conference scheduled for 08/13/2021 at 02:00 PM in Spring Street Courthouse at Department 10

07/08/2021 Proof of Service of Summons; Filed by: Webcor Construction, LP (Plaintiff); As to: CMF Inc. (Defendant); Service Cost Waived: No

07/08/2021 Proof of Service of Summons; Filed by: Webcor Construction, LP (Plaintiff); As to: Shaw & Sons Inc. (Defendant); Service Cost: 0.00; Service Cost Waived: No

07/08/2021 Proof of Service of Summons; Filed by: Webcor Construction, LP (Plaintiff); As to: Alamillo Rebar Inc. (Defendant); Service Cost Waived: No

07/08/2021 Proof of Service of Summons; Filed by: Webcor Construction, LP (Plaintiff); As to: Emser Tile LLC (Defendant); Service Cost: 0.00; Service Cost Waived: No

07/08/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Deborah Morin, CSR# 11558; Signed and Filed by:

07/08/2021 Minute Order (Further Status Conference)

07/08/2021 Further Status Conference scheduled for 07/08/2021 at 09:30 AM in Spring Street Courthouse at Department 10 updated: Result Date to 07/08/2021; Result Type to Held

07/07/2021 Joint Updated Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff)

07/07/2021 Notice of Appearance of Todd A. Pickles for Defendant and Cross-Defendant L.A. Downtown Investment, L.P. Filed by: L.A. Downtown Investment, LP (Defendant)

07/06/2021 Answer; Filed by: Pan Pacific Mechanical LLC (Defendant)

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Shoring Engineers (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: XL Fire Protection Co. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Karcher Interior Systems Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Sharpe Interior Systems Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Woodbridge Glass Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Martin Bros./Marcowall Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: American Stair Corporation (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: SASCO (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Kamran and Company Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: J. T. Wimsatt Contracting Co. Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Smith-Emery Laboratories Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Continental Marble and Tile Company (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Fetzers' Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Snaidero U.S.A. (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Climatec, LLC (Defendant); After Substituted Service of

Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Yesco LLC (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof Of Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Masonry Concepts, Inc (Defendant); After Substituted Service of Summons & Complaint ?: No

07/01/2021 Proof of Personal Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Kovach Enclosure Systems LLC (Defendant); Service Date: 06/29/2021; Service Cost: 0.00; Service Cost Waived: No

07/01/2021 Proof of Personal Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Martinez Steel LLC (Defendant); Service Cost Waived: No

07/01/2021 Proof of Service by Substituted Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Star Hardware, Inc. (Defendant); Service Cost: 0.00; Service Cost Waived: No

07/01/2021 Proof of Personal Service; Filed by: Webcor Construction, LP (Plaintiff); As to: Enclos Corp. (Cross-Defendant); Service Date: 06/29/2021; Service Cost: 0.00; Service Cost Waived: No

06/29/2021 Updated -- Martin Bros./Marcowall Inc. (Defendant): Organization Name changed from Martin Bros. to Martin Bros./Marcowall Inc.

06/23/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/23/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): Status Date changed from 06/23/2021 to 06/21/2021; As To Parties: removed

06/21/2021 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): Status Date changed from 06/23/2021 to 06/21/2021; As To Parties: removed

06/21/2021 Updated -- Amendment to Complaint (Fictitious/Incorrect Name): Status Date changed from 06/23/2021 to 06/21/2021; As To Parties: removed

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/21/2021 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP (Plaintiff); Type: Fictitious Name

06/17/2021 Notice of Court Order at Status Conference on June 15, 2021; Filed by: Webcor Construction, LP (Plaintiff)

06/16/2021 Further Status Conference scheduled for 07/08/2021 at 09:30 AM in Spring Street Courthouse at Department 10

06/16/2021 Minute Order (Nunc Pro Tunc Order)

06/15/2021 Updated -- Joint Updated Status Conference Repor t: As To Parties: removed

06/15/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Leandra Amber, CSR# 12070; Signed and Filed by: Webcor Construction , LP (Cross-Complainant)

06/15/2021 Minute Order (Further Status Conference)

06/15/2021 Further Status Conference scheduled for 06/15/2021 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/15/2021; Result Type to Held

06/14/2021 Joint Updated Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Defendant)

06/14/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC'S Supplement to Joint Updated Status Conference Report; Filed by: Oceanwide Plaza, LLC (Cross-Defendant)

06/14/2021 Proof of Service; Filed by: Oceanwide Plaza, LLC (Cross-Defendant); As to: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

06/04/2021 Further Status Conference scheduled for 06/15/2021 at 03:00 PM in Spring Street Courthouse at Department 10

06/04/2021 Further Status Conference scheduled for 06/02/2021 at 05:00 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 06/04/2021

06/04/2021 Minute Order (Nunc Pro Tunc Order)

06/02/2021 Further Status Conference scheduled for 06/02/2021 at 05:00 PM in Spring Street Courthouse at Department 10

06/02/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Adra Pittman #13298; Signed and Filed by: Webcor Construction, LP (Plaintiff)

06/02/2021 Minute Order (Order to Show Cause Re: Lifting on Stay of Discovery; Further...)

06/02/2021 Order to Show Cause Re: Lifting on Stay of Discovery scheduled for 06/02/2021 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/02/2021; Result Type to Held

06/02/2021 Further Status Conference scheduled for 06/02/2021 at 03:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/02/2021; Result Type to Held

05/28/2021 Joint Updated Status Conference Repor t; Filed by: Webcor Construction, LP (Plaintiff)

04/30/2021 Order to Show Cause Re: Lifting on Stay of Discovery scheduled for 06/02/2021 at 03:00 PM in Spring Street Courthouse at Department 10

04/30/2021 Further Status Conference scheduled for 06/02/2021 at 03:00 PM in Spring Street Courthouse at Department 10

04/30/2021 Notice of Court Order at Status Conference on April 28, 2021; Filed by: Webcor Construction, LP (Plaintiff)

04/28/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Timothy McCoy #4745; Signed and Filed by: Webcor Construction, LP (Plaintiff)

04/28/2021 Minute Order (Further Status Conference)

04/28/2021 Further Status Conference scheduled for 04/28/2021 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/28/2021; Result Type to Held

04/21/2021 Proof of Service Summons; Filed by: MASONRY CONCEPTS, INC., a California Corporation (Plaintiff); As to: OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company (Defendant); Service Cost: 240.00; Service Cost Waived: No

04/21/2021 Joint Updated Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

04/13/2021 Answer; Filed by: Troyer Contracting Company (Defendant)

04/13/2021 Answer; Filed by: Nevell Group Inc (Defendant)

04/08/2021 Notice of Court Order at Status Conference on April 1, 2021; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

04/08/2021 Further Status Conference scheduled for 04/28/2021 at 02:00 PM in Spring Street Courthouse at Department 10

04/01/2021 Minute Order (Further Status Conference; Further Status Conference)

04/01/2021 Case numbers 19STCV03357, 21STCV05556, 21STCV09007 are related; case number 19STCV03357 is the lead case.

04/01/2021 Further Status Conference scheduled for 04/01/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/01/2021; Result Type to Held

04/01/2021 Further Status Conference scheduled for 04/01/2021 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 04/01/2021; Result Type to Held

03/30/2021 Updated -- Appeal - Remittitur - Affirmed B299310: As To Parties: removed

03/30/2021 Updated -- Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice Regarding Joint Status Report and Supplemental Status Reports: As To Parties: removed

03/30/2021 Proof of Personal Service; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff); As to: Lendlease (US) Construction, Inc., A Florida corporation (Defendant); Service Date: 03/16/2021; Service Cost: 65.00; Service Cost Waived: No

03/30/2021 Proof of Service by Substituted Service; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff); As to: Webcor Construction LP, a California limited partnership (Defendant); Proof of Mailing Date: 03/19/2021; Service Cost: 65.00; Service Cost Waived: No

03/30/2021 Proof of Personal Service; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Service Date: 03/16/2021; Service Cost: 65.00; Service Cost Waived: No

03/29/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice Regarding Joint Status Report and Supplemental Status Reports; Filed by: Oceanwide Plaza, LLC (Appellant)

03/29/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC's Supplemental Joint Status Conference Report; Filed by: Oceanwide Plaza, LLC (Defendant)

03/29/2021 Proof of Service; Filed by: Oceanwide Plaza, LLC (Cross-Defendant)

03/29/2021 Proof of Service; Filed by: Oceanwide Plaza, LLC (Appellant)

03/26/2021 Webcor Construction, L.P's Supplemental Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff)

03/26/2021 Notice and Acknowledgment of Receipt - Civil; Filed by: Yesco LLC (Plaintiff); As to: L.A. Downtown Investment LP (Defendant)

03/25/2021 Joint Updated Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff)

03/25/2021 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

03/25/2021 Appeal - Remittitur - Affirmed B299310; Filed by: Clerk

03/24/2021 Answer; Filed by: Sharpe Interior Systems, Inc (Defendant)

03/19/2021 Minute Order (Court Order re: Related Cases)

03/19/2021 Certificate of Mailing for (Court Order re: Related Cases) of 03/19/2021; Filed by: Clerk

03/19/2021 Case numbers 20STCV49694, 20STCV46046, 19STCV03357 are related; case number 19STCV03357 is the lead case.

03/18/2021 On the Complaint filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation on 07/27/2020, entered Request for Dismissal with prejudice filed by Advanced Cable Solutions, Inc. as to the entire action

03/16/2021 Updated -- Patrick M. Roberts, Esq. (Attorney): Organization Name changed from Gray Duffy LLP to Gray Duffy, LLP; Name Suffix: Esq. Middle Name changed from Matthew to M.

03/16/2021 Address for Patrick M. Roberts, Esq. (Attorney) updated

03/15/2021 Answer; Filed by: Shaw & Sons, Inc (Defendant)

03/12/2021 Notice of Further Status Conference; Filed by: Webcor Construction, LP (Plaintiff)

03/11/2021 Answer; Filed by: Kovach Enclosure Systems LLC (Non-Party)

03/11/2021 Notice of Appearance of Matthew J. Adler as Counsel of Record for Defendant Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

03/10/2021 On the Complaint filed by Murphy O'Brien, Inc., a California corporation on 07/16/2020, entered Request for Dismissal without prejudice filed by Murphy O'Brien, Inc., a California corporation as to the entire action

03/08/2021 Complaint; Filed by: CONTINENTAL MARBLE AND TILE COMPANY, a California corporation (Plaintiff); As to: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Lendlease (US) Construction, Inc. a Florida corporation (Defendant); Downtown Investment, LP, a California limited partnership (Defendant) et al.

03/05/2021 On the Amended Complaint (1st) filed by Lendlease (US) Construction Inc. on 12/09/2020, entered Request for Dismissal without prejudice filed by Lendlease (US) Construction Inc. as to Structural Shotcrete Systems, Inc

03/05/2021 Answer of Martin Bros./Macrowall, Inc. to Lendlease(US) Construction Inc.'s First Amended Complaint; Filed by: Martin Bros. (Non-Party)

03/03/2021 Updated -- Patrick Matthew Roberts (Attorney): Organization Name changed from GRAY DUFFY, LLP to Gray Duffy LLP; Middle Name changed from M. to Matthew

03/03/2021 Address for Patrick Matthew Roberts (Attorney) updated

03/02/2021 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

02/25/2021 Notice of Stay of Case no. 20STCV47808; Filed by:

02/24/2021 Further Status Conference scheduled for 04/01/2021 at 01:30 PM in Spring Street Courthouse at Department 10

02/24/2021 Notice and Acknowledgment of Receipt - Civil; Filed by: Yesco LLC (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant)

02/24/2021 Notice and Acknowledgment of Receipt - Civil; Filed by: Yesco LLC (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant)

02/22/2021 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

02/17/2021 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Jennifer Sebring #13749; Signed and Filed by: Lendlease (US) Construction, Inc. (Defendant)

02/17/2021 Minute Order (Further Status Conference)

02/17/2021 Further Status Conference scheduled for 02/17/2021 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 02/17/2021; Result Type to Held

02/16/2021 Answer; Filed by: Shoring Engineers (Defendant)

02/16/2021 Defendant and Cross-Defendant Oceanwide Plaza LLC'S Supplement to Joint; Filed by: Oceanwide Plaza, LLC (Defendant)

02/16/2021 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC (Defendant)

02/11/2021 Complaint; Filed by: MASONRY CONCEPTS, INC., a California Corporation (Plaintiff); As to: OCEANWIDE PLAZA, LLC, a Delaware Limited Liability Company (Defendant)

02/10/2021 Joint Updated Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff)

01/27/2021 Notice of Appearance; Filed by: American Stair Corporation (Defendant)

01/26/2021 Updated -- Notice of Appearance: Status Date changed from 01/27/2021 to 01/26/2021; As To Parties: removed

01/21/2021 Proof of Service of Summons; Filed by: Snaidero U.S.A. (Plaintiff); As to: Oceanwide Plaza LLC (Defendant); Service Cost: 85.50; Service Cost Waived: No

01/21/2021 Proof of Service of Summons; Filed by: Snaidero U.S.A. (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant); After Substituted Service of Summons & Complaint ?: No

01/21/2021 Notice of Court Order RE Related Cases and Complex Designation; Filed by: Yesco LLC (Non-Party)

01/19/2021 On the Complaint filed by WOODBRIDGE GLASS, INC., a California corporation on 12/02/2020, entered Request for Dismissal without prejudice filed by Woodbridge Glass, Inc. as to Twining, Inc.

01/19/2021 On the Complaint filed by WOODBRIDGE GLASS, INC., a California corporation on 12/02/2020, entered Request for Dismissal without prejudice filed by Woodbridge Glass, Inc. as to Advanced Cable Solutions, Inc.

01/19/2021 Updated -- Paul M. Gelb (Attorney): Middle Name changed from M to M.

01/19/2021 Address for Paul M. Gelb (Attorney) null

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200530 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200531 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200532 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200533 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200534 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200535 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200536 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200537 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200538 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200539 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200540 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200541 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200542 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200543 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200544 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200545 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200546 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200547 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200548 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200549 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200550 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200551 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200552 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200553 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200554 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200555 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200556 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200557 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200558 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200559 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200560 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200562 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200561 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200563 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200564 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200565 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200566 resulted in empty message
01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200567 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200568 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200569 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200570 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200571 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200583 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200584 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200585 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200586 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200587 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200588 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200589 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200590 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200591 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200592 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200593 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200594 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200595 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200596 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200597 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200599 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200598 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200600 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200602 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200601 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200603 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200604 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200605 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200606 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200607 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200608 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200609 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200610 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200611 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200612 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200613 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200614 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200615 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200616 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200617 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200618 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200619 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200620 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200621 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200622 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200623 resulted in empty message

01/19/2021 ERROR with ROA message definition 129 with DismissalParty:2200624 resulted in empty message

01/19/2021 Address for William Theodore Eliopoulos (Attorney) null

01/19/2021 Address for Trevor Oakley Resurreccion (Attorney) null

01/19/2021 Address for Robert Nida (Attorney) null

01/19/2021 Updated -- Dale Alan Ortmann (Attorney): Organization Name changed from Hunt Ortman Palffy, et al to Hunt Ortman Palffy Nieves Darling & Mah, Inc.

01/19/2021 Address for Dale Alan Ortmann (Attorney) null

01/19/2021 Address for Michael Hsi-Lin Shen (Attorney) null

01/19/2021 Address for Michael Hsi-Lin Shen (Attorney) null

01/19/2021 Address for John David Hanover (Attorney) updated

01/19/2021 Updated -- Yesco LLC (Plaintiff): Organization Name changed from YESCO LLC to Yesco LLC

01/19/2021 Updated -- Sara H. Kornblatt, Esq. (Attorney): Organization Name changed from GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP to Gibbs Giden Locher Turner Senet & Wittbrodt LLP

01/19/2021 Address for Sara H. Kornblatt, Esq. (Attorney) null

01/19/2021 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation to Lendlease (US) Construction, Inc.

01/19/2021 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

01/19/2021 Updated -- L.A. Downtown Investment LP (Defendant): Organization Name changed from L.A. DOWNTOWN INVESTMENT LP, a California limited partnership to L.A. Downtown Investment LP

01/15/2021 Updated -- Sara Hilary Kornblatt (Attorney): First Name changed from Christopher to Sara; Last Name changed from Ng to Kornblatt; Organization Name changed from Gibbs Giden Locher Turner et al. LLP to Gibbs Giden Locher Turner Senet & Wittbrodt LLP; Middle Name changed from Eric to Hilary

01/15/2021 Address for Sara Hilary Kornblatt (Attorney) null

01/15/2021 Address for Daniel Abraham Cantor (Attorney) null

01/15/2021 Address for Laurence Philip Lubka (Attorney) null

01/15/2021 Address for Anthony James Barron (Attorney) null

01/15/2021 Updated -- John Arthur Foust, Jr (Attorney): Organization Name changed from Nixon Peabody LLP to Ralls Gruber & Niece LLP; Name Suffix: Jr

01/15/2021 Address for John Arthur Foust, Jr (Attorney) updated

01/15/2021 Address for John David Hanover (Attorney) null

01/11/2021 Notice of Court Order RE Related Cases and Complex Designation; Filed by: Yesco LLC (Non-Party)

01/08/2021 Proof of Service by Substituted Service; Filed by: Murphy O'Brien, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 12/31/2020; Service Cost: 249.00; Service Cost Waived: No

12/30/2020 Complaint; Filed by: American Stair Corporation, an Illinois corporation (Plaintiff); As to: Oceanwide Plaza LLC, a Delaware limited liability company (Defendant); Lendlease (US) Construction, Inc., A Florida corporation (Defendant); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

12/28/2020 Updated -- Notice of Deposit of complex fee: As To Parties: removed

12/28/2020 Updated -- Notice of Lis Pendens: As To Parties: removed

12/28/2020 Updated -- Notice of Court Order RE Related case: As To Parties: removed

12/23/2020 Further Status Conference scheduled for 02/17/2021 at 02:00 PM in Spring Street Courthouse at Department 10

12/23/2020 Further Status Conference scheduled for 04/01/2021 at 01:30 PM in Spring Street Courthouse at Department 10

12/22/2020 Notice of Deposit of complex fee; Filed by:

12/22/2020 Notice of Lis Pendens; Filed by:

12/22/2020 Notice of Court Order RE Related case; Filed by:

12/21/2020 Plaintiff Martin Bros./Marcowall, INC. Notice of Deposit of Complex Filing Fees; Filed by: Martin Bros. (Non-Party)

12/21/2020 Case numbers 19STCV03357, 20STCV47808 are related; case number 19STCV03357 is the lead case.

12/21/2020 Minute Order (Further Status Conference)

12/21/2020 Further Status Conference scheduled for 12/21/2020 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 12/21/2020; Result Type to Held

12/17/2020 Defendant and Cross Defendant Oceanwide Plaza LLC'S Further Status; Filed by: Oceanwide Plaza, LLC (Defendant)

12/17/2020 Proof of Service; Filed by: Oceanwide Plaza, LLC (Defendant)

12/16/2020 On the Complaint filed by Johnson Controls Fire Protection LP on 09/11/2020, entered Request for Dismissal without prejudice filed by Johnson Controls Fire Protection LP as to Structural Shotcrete Systems, Inc.

12/16/2020 Webcor Construction L.P.'S Supplemental Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff)

12/16/2020 Joint Updated Status Conference Report; Filed by: Lendlease (US) Construction, Inc. (Cross-Defendant)

12/14/2020 Complaint; Filed by: YESCO LLC (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant); OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant); L.A. DOWNTOWN INVESTMENT LP, a California limited partnership

(Defendant)

12/07/2020 Address for Keith Edward Butler (Attorney) updated

12/07/2020 Updated -- Woodbridge Glass, Inc. (Plaintiff): Organization Name changed from WOODBRIDGE GLASS, INC., a California corporation to Woodbridge Glass, Inc.

12/07/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

12/07/2020 Updated -- Lendlease (US) Construction Inc. (Defendant): Organization Name changed from LENDLEASE (US) CONSTRUCTION INC., a Florida corporation to Lendlease (US) Construction Inc.

12/07/2020 Updated -- Johnson Controls, LP (Defendant): Organization Name changed from JOHNSON CONTROLS, LP, a Delaware limited partnership to Johnson Controls, LP

12/07/2020 Updated -- Webcor Construction LP (Defendant): Organization Name changed from WEBCOR CONSTRUCTION LP, a California limited partnership to Webcor Construction LP

12/07/2020 Updated -- LA Downtown Investment, LP (Defendant): Organization Name changed from LA DOWNTOWN INVESTMENT, LP, a California limited partnership to LA Downtown Investment, LP

12/07/2020 Updated -- Masonry Concepts, Inc. (Defendant): Organization Name changed from MASONRY CONCEPTS, INC, a California corporation to Masonry Concepts, Inc.

12/07/2020 Updated -- Twining, Inc. (Defendant): Organization Name changed from TWINING, INC., a California corporation to Twining, Inc.

12/07/2020 Updated -- PHL, Inc. (Defendant): Organization Name changed from PHL, INC., a California corporation to PHL, Inc.

12/07/2020 Updated -- Acco Engineered System, Inc. (Defendant): Organization Name changed from ACCO ENGINEERED SYSTEMS, INC., a Calforina corporation to Acco Engineered System, Inc.

12/07/2020 Updated -- Bapko Metal Inc. (Defendant): Organization Name changed from BAPKO METAL INC., a California corporation to Bapko Metal Inc.

12/07/2020 Updated -- Advanced Cable Solutions, Inc. (Defendant): Organization Name changed from ADVANCED CABLE SOLUTIONS, INC., a California corporation to Advanced Cable Solutions, Inc.

12/07/2020 Updated -- XL Fire Protection Co. (Defendant): Organization Name changed from XL FIRE PROTECTION CO., a California corporation to XL Fire Protection Co.

12/07/2020 Updated -- Pan-Pacific Mechanical LLC (Defendant): Organization Name changed from PAN-PACIFIC MECHNICAL LLC, a Delaware limited liability company to Pan-Pacific Mechanical LLC

12/07/2020 Updated -- The Nevell Group, Inc. (Defendant): Organization Name changed from THE NEVELL GROUP, INC., a California corporation to The Nevell Group, Inc.

12/07/2020 Updated -- Standard DryWall, Inc. (Defendant): Organization Name changed from STANDARD DRYWALL, INC., a Minnesota corporation to Standard DryWall, Inc.

12/07/2020 Updated -- Troyer Contracting Company, Inc. (Defendant): Organization Name changed from TROYER CONTRACTING COMPANY, INC., a California corporation to Troyer Contracting Company, Inc.

12/07/2020 Updated -- Enclos Corp. (Defendant): Organization Name changed from ENCLOS CORP, a Minnesota Corporation to Enclos Corp.

12/07/2020 Updated -- Shaw & Sons, Inc. (Defendant): Organization Name changed from SHAW & SONS, INC., a California corporation to Shaw & Sons, Inc.

12/07/2020 Updated -- Kamran and Company, Inc. (Defendant): Organization Name changed from KAMRAN AND COMPANY, INC., a California corporation to Kamran and Company, Inc.

12/07/2020 Updated -- Shoring Engineers (Defendant): Organization Name changed from SHORING ENGINEERS, a California corporation to Shoring Engineers

12/07/2020 Updated -- Structural Shotcrete System, Inc. (Defendant): Organization Name changed from STRUCTURAL SHOTCRETE SYSTEMS, INC., a California corporation to Structural Shotcrete System, Inc.

12/07/2020 Updated -- Karcher Interior Systems, Inc. (Defendant): Organization Name changed from KARCHER INTERIOR SYSTEMS, INC., a California corporation to Karcher Interior Systems, Inc.

12/07/2020 Updated -- Alamillo Rebar, Inc. (Defendant): Organization Name changed from ALAMILLO REBAR, INC., a California corporation to Alamillo Rebar, Inc.

12/07/2020 Updated -- CMF, Inc. (Defendant): Organization Name changed from CMF, INC., a California corporation to CMF, Inc.

12/07/2020 Updated -- J.T. Wimsatt Contracting Company, Inc. (Defendant): Organization Name changed from J.T. WIMSATT CONTRACTING COMPANY, INC., a California corporation to J.T. Wimsatt Contracting Company, Inc.

12/07/2020 Updated -- Kovach Enclosure Systems LLC (Defendant): Organization Name changed from KOVACH ENCLOSURE SYSTEMS LLC, a Delaware limited liability company to Kovach Enclosure Systems LLC

12/07/2020 Updated -- Sasco (Defendant): Organization Name changed from SASCO, a California corporation to Sasco

12/07/2020 Updated -- Martin Bros./Marcowall, Inc. (Defendant): Organization Name changed from MARTIN BROS./MARCOWALL, INC., a California corporation to Martin Bros./Marcowall, Inc.

12/07/2020 Updated -- Smith-Emery Laboratories, Inc. (Defendant): Organization Name changed from SMITH-EMERY LABORATORIES, INC., a California corporation to Smith-Emery Laboratories, Inc.

12/07/2020 Updated -- Fetzer's Inc. (Defendant): Organization Name changed from FETZER'S INC., a California corporation to Fetzer's Inc.

12/07/2020 Updated -- Emser Tile, LLC (Defendant): Organization Name changed from EMSER TILE, LLC, a California limited liability corporation to Emser Tile, LLC

12/07/2020 Updated -- Sharpe Interior Systems, Inc. (Defendant): Organization Name changed from SHARPE INTERIOR SYSTEMS, INC.., a California corporation to Sharpe Interior Systems, Inc.

12/07/2020 Updated -- Continental Marble and Tile Company (Defendant): Organization Name changed from CONTINENTAL MARBLE AND TILE COMPANY, a California corporation to Continental Marble and Tile Company

12/07/2020 Updated -- American Stair Corporation (Defendant): Organization Name changed from AMERICAN STAIR CORPORATION, an Illinois corporation to American Stair Corporation

12/07/2020 Updated -- Anning-Johnson Company (Defendant): Organization Name changed from ANNING-JOHNSON COMPANY, a Delaware corporation to Anning-Johnson Company

12/07/2020 Updated -- Zolnay Insulation, Inc. (Defendant): Organization Name changed from ZOLNAY INSULATION, INC., a California corporation to Zolnay Insulation, Inc.

12/07/2020 Updated -- Sunshine Supply Co., Inc. (Defendant): Organization Name changed from SUNSHINE SUPPLY CO., INC., a California corporation to Sunshine Supply Co., Inc.

12/07/2020 Updated -- Chute Systems LLC (Defendant): Organization Name changed from CHUTE SYSTEMS LLC, a Nevada limited liability company to Chute Systems LLC

12/07/2020 Updated -- Star Hardware, Inc. (Defendant): Organization Name changed from STAR HARDWARE, INC., a California corporation to Star Hardware, Inc.

12/07/2020 Updated -- Climatec, LLC (Defendant): Organization Name changed from CLIMATEC, LLC, an Arizona limited liability company to Climatec, LLC

12/07/2020 Updated -- Snaidero U.S.A. (Defendant): Organization Name changed from SNAIDERO U.S.A., a California corporation to Snaidero U.S.A.

12/07/2020 Updated -- Woodbridge Glass, Inc. (Defendant): Organization Name changed from Woodbridge Glass, Inc., a California corporation to Woodbridge Glass, Inc.

12/03/2020 On the Complaint filed by Johnson Controls Fire Protection LP on 09/11/2020, entered Request for Dismissal with prejudice filed by Johnson Controls Fire Protection LP as to Advanced Cable Solutions Inc.

12/02/2020 Complaint; Filed by: WOODBRIDGE GLASS, INC., a California corporation (Plaintiff); As to: OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant); LENDLEASE (US) CONSTRUCTION INC., a Florida corporation (Defendant); JOHNSON CONTROLS, LP, a Delaware limited partnership (Defendant) et al.

11/25/2020 Answer; Filed by: The Nevell Group, Inc. (Defendant)

11/25/2020 Answer; Filed by: Kovach Enclosure Systems LLC (Defendant)

11/24/2020 Minute Order (Court Order Re Notice of Related Case)

11/24/2020 Certificate of Mailing for (Court Order Re Notice of Related Case) of 11/24/2020; Filed by: Clerk

11/24/2020 Case numbers 19STCV03357, 20STCV37800 are related; case number 19STCV03357 is the lead case.

11/20/2020 Notice of Release of Attorney Lien; Filed by:

11/20/2020 Proof of Service; Filed by: Star Hardware, Inc. (Non-Party); As to: Lendlease (US) Construction, Inc. (Defendant)

11/19/2020 Updated -- Answer: As To Parties: removed

11/17/2020 Answer; Filed by: ACCO Engineered Systems, Inc. (Defendant)

11/17/2020 Answer; Filed by: ACCO Engineered Systems, Inc. (Defendant); Bapko Metal, Inc. (Defendant)

11/17/2020 Updated -- Answer: As To Parties: removed

11/16/2020 Address for William T. Eliopoulos (Attorney) null

11/16/2020 Updated -- Webcor Construction, LP: Organization Name changed from Webcor Construction, LP, a California limited partnership to Webcor Construction, LP

11/16/2020 Updated -- Webcor Construction, LP: Organization Name changed from Webcor Construction, LP, a California limited partnership to Webcor Construction, LP

11/16/2020 Updated -- Webcor Construction , LP (Cross-Complainant): Organization Name changed from Webcor Construction , LP , a California limited partnership to Webcor Construction , LP

11/16/2020 Updated -- L.A. Downtown Investment, LP: Organization Name changed from L.A. Downtown Investment, LP, a California limited partnership to L.A. Downtown Investment, LP

11/16/2020 Updated -- Lendlease (US) Construction, Inc.: Organization Name changed from Lendlease (US) Construction, Inc., a Florida corporation to Lendlease (US) Construction, Inc.

11/16/2020 Updated -- Oceanwide Plaza, LLC: Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

11/16/2020 Updated -- Chicago Title Insurance Company: Organization Name changed from Chicago Title Insurance Company, a Florida corporation to Chicago Title Insurance Company

11/16/2020 Updated -- Masonry Concepts, Inc (Defendant): Organization Name changed from Masonry Concepts, Inc., a California corporation to Masonry Concepts, Inc

11/16/2020 Updated -- Twining, Inc: Organization Name changed from Twining, Inc., a California corporation to Twining, Inc

11/16/2020 Updated -- Pan-Pacific Mechanical, LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical, LLC, a Delaware limited liability company to Pan-Pacific Mechanical, LLC

11/16/2020 Updated -- Pan-Pacific Mechanical, LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical, LLC, a Delaware limited liability company to Pan-Pacific Mechanical, LLC

11/16/2020 Updated -- Legal Support Network, LLC (Plaintiff): Organization Name changed from LEGAL SUPPORT NETWORK, LLC to Legal Support Network, LLC

11/16/2020 Updated -- Alston & Bird LLP (Plaintiff): Organization Name changed from ALSTON & BIRD LLP to Alston & Bird LLP

11/16/2020 Address for Alston & Bird LLP (Plaintiff) updated

11/16/2020 Updated -- Rall Gruber & Niece, LLP (Defendant): Organization Name changed from RALL GRUBER & NIECE, LLP to Rall Gruber & Niece, LLP

11/16/2020 Updated -- Ace Attorney Service, Inc. (Non-Party): Organization Name changed from ACE ATTORNEY SERVICE, INC. to Ace Attorney Service, Inc.

11/16/2020 Updated -- Legal Support Network, LLC (Non-Party): Organization Name changed from LEGAL SUPPORT NETWORK, LLC to Legal Support Network, LLC

11/16/2020 Updated -- Wesley Comcepcion (Non-Party): First Name changed from WESLEY to Wesley; Last Name changed from COMCEPCION to Comcepcion

11/12/2020 Updated -- Proof of Service Summons: As To Parties: Shaw & Sons, Inc. (Defendant)

11/12/2020 Answer; Filed by: Webcor Construction LP (Defendant)

11/12/2020 Answer; Filed by: Troyer Contracting Company, Inc. (Defendant)

11/10/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); Service Cost: 148.79; Service Cost Waived: No

11/10/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: CMF, Inc. (Defendant); Service Cost: 239.64; Service Cost Waived: No

11/10/2020 Address for Paul M Gelb (Attorney) null

11/05/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls, Inc. Filed by: Johnson Controls Fire Protection LP (Defendant)

11/05/2020 Notice of Appearance of Matthew J. Adler and withdrawal of Paul M. Gelb as counsel of record for defendant Johnson Controls Inc. Filed by: Johnson Controls, Inc. (Defendant)

11/05/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Pan-Pacific Mechanical LLC (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and withdrawal of Paul M. Gelb as counsel of record for defendant Johnson Controls Fire Protection LP; Filed by: JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Plaintiff Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

11/04/2020 Notice of Appearance of Matthew J. Adler and Withdrawal of Paul M. Gelb as Counsel of Record for Defendant Johnson Controls Fire Protection LP; Filed by: Johnson Controls Fire Protection LP (Defendant)

11/03/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Alamillo Rebar, Inc. (Defendant)

11/03/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: J.T. Wimsatt Contracting Company, Inc. (Defendant)

11/03/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Sasco (Defendant)

11/02/2020 Answer; Filed by: Shoring Engineers (Defendant)

10/30/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Kovach Enclosure Systems LLC (Defendant)

10/29/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Climatec, LLC (Defendant)

10/29/2020 Answer; Filed by: Martin Bros. (Non-Party)

10/28/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff) As to: Shoring Engineers (Defendant)

10/28/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Structural Shotcrete Systems, Inc. (Defendant)

10/22/2020 Updated -- XL Fire Protection Co. (Plaintiff): Organization Name changed from XL FIRE PROTECTION , CO. to XL Fire Protection Co.

10/22/2020 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from LENDLEASE (US) CONSTRUCTION, INC. to Lendlease (US) Construction, Inc.

10/22/2020 Updated -- Oceanwide Plaza LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA, LLC to Oceanwide Plaza LLC

10/22/2020 Address for Theresa Tate (Attorney) null

10/20/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Oceanwide Plaza LLC (Defendant)

10/20/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: ACCO Engineered Systems, Inc. (Defendant)

10/20/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Bapko Metal, Inc. (Defendant)

10/20/2020 Updated -- Chicago Title Insurance Company (Defendant): Organization Name changed from Chicago Title Insurance Company, a Florida corporation to Chicago Title Insurance Company

10/20/2020 Updated -- L.A. Downtown Investment LP (Defendant): Organization Name changed from L.A. Downtown Investment LP, a California limited partnership to L.A. Downtown Investment LP

10/20/2020 Updated -- Lendlease (US) Construction Inc. (Defendant): Organization Name changed from Lendlease (US) Construction Inc., a Florida corporation to Lendlease (US) Construction Inc.

10/20/2020 Updated -- ACCO Engineered Systems, Inc. (Defendant): Organization Name changed from ACCO Engineered Systems, Inc., a California corporation to ACCO Engineered Systems, Inc.

10/20/2020 Updated -- Advanced Cable Solutions, Inc. (Defendant): Organization Name changed from Advanced Cable Solutions, Inc., a California corporation to Advanced Cable Solutions, Inc.

10/20/2020 Updated -- Johnson Controls Fire Protection LP (Defendant): Organization Name changed from Johnson Controls Fire Protection LP, a Delaware limited partnership to Johnson Controls Fire Protection LP

10/20/2020 Updated -- Bapko Metal, Inc. (Defendant): Organization Name changed from Bapko Metal, Inc., a California corporation to Bapko Metal, Inc.

10/20/2020 Updated -- Enclos Corp (Defendant): Organization Name changed from Enclos Corp, a Minnesota corporation to Enclos Corp

10/20/2020 Updated -- Kovach, LLC (Defendant): Organization Name changed from Kovach, LLC, a Delaware limited liability company to Kovach, LLC

10/20/2020 Updated -- Masonry Concepts, Inc. (Defendant): Organization Name changed from Masonry Concepts, Inc., a California corporation to Masonry Concepts, Inc.

10/20/2020 Updated -- Pan-Pacific Mechanical LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical LLC, a Delaware limited liability company to Pan-Pacific Mechanical LLC

10/20/2020 Updated -- PHL, Inc. (Defendant): Organization Name changed from PHL, Inc. doing business as VNSM, a California corporation to PHL, Inc.

10/20/2020 Updated -- Shaw & Sons, Inc. (Defendant): Organization Name changed from Shaw & Sons, Inc., a California corporation to Shaw & Sons, Inc.

10/20/2020 Updated -- The Nevell Group, Inc. (Defendant): Organization Name changed from The Nevell Group, Inc., a California corporation to The Nevell Group, Inc.

10/20/2020 Updated -- Twining, Inc. (Defendant): Organization Name changed from Twining, Inc., a California corporation to Twining, Inc.

10/20/2020 Updated -- Webcor Construction L.P. (Defendant): Organization Name changed from Webcor Construction L.P., a California limited partnership to Webcor Construction L.P.

10/20/2020 Updated -- Troyer Contracting Company, Inc. (Defendant): Organization Name changed from Troyer Contracting Company, Inc., a California corporation to Troyer Contracting Company, Inc.

10/20/2020 Updated -- XL Fire Protection Co. (Defendant): Organization Name changed from XL Fire Protection Co., a California Corporation to XL Fire Protection Co.

10/20/2020 Address for William Eliopoulos (Attorney) null

10/20/2020 Address for Michael Elliot McCarthy (Attorney) null

10/20/2020 Address for Dale A. Ortmann (Attorney) null

10/20/2020 Address for Phil Blanchard (Attorney) null

10/20/2020 Address for Trevor Resurreccion (Attorney) null

10/20/2020 Updated -- Theresa Crawford Tate (Attorney): Middle Name changed from Crawford to Crawford

10/20/2020 Address for Theresa Crawford Tate (Attorney) null

10/20/2020 Updated -- Pan-Pacific Mechanical, LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical, LLC, a Delaware limited liability company to Pan-Pacific Mechanical, LLC

10/20/2020 Updated -- Lend Lease (US) Construction, Inc. (Defendant): Organization Name changed from Lend Lease (US) Construction, Inc., a Florida corporation to Lend Lease (US) Construction, Inc.

10/20/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

10/20/2020 Updated -- Chicago Title Insurance Company (Defendant): Organization Name changed from Chicago Title Insurance Company, a Florida corporation to Chicago Title Insurance Company

10/20/2020 Updated -- Advanced Cable Solutions, Inc. (Defendant): Organization Name changed from Advanced Cable Solutions, Inc., a California corporation to Advanced Cable Solutions, Inc.

10/20/2020 Updated -- Johnson Controls Fire Protection L.P. (Defendant): Organization Name changed from Johnson Controls Fire Protection L.P., a Delaware limited partnership to Johnson Controls Fire Protection L.P.

10/20/2020 Updated -- Nevell Group Inc. (Defendant): Organization Name changed from Nevell Group Inc., a California corporation to Nevell Group Inc.

10/20/2020 Updated -- Standard Drywall, Inc. (Defendant): Organization Name changed from Standard Drywall, Inc., a California corporation to Standard Drywall, Inc.

10/20/2020 Updated -- Troyer Contracting Company, Inc. (Defendant): Organization Name changed from Troyer Contracting Company, Inc., a California corporation to Troyer Contracting Company, Inc.

10/20/2020 Updated -- Acco Engineered Systems, Inc. (Defendant): Organization Name changed from Acco Engineered Systems, Inc., a California corporation to Acco Engineered Systems, Inc.

10/20/2020 Updated -- Bapko Metal, Inc. (Defendant): Organization Name changed from Bapko Metal, Inc., a California Corporation to Bapko Metal, Inc.

10/20/2020 Address for Dale A. Ortmann (Attorney) null

10/20/2020 Address for Nowell Lantz (Attorney) null

10/19/2020 Updated -- Lendlease (US) Construction Inc. (Defendant): Organization Name changed from Lendlease (US) Construction Inc., a California corporation to Lendlease (US) Construction Inc.

10/19/2020 Updated -- Oceanwide Plaza LLC, (Defendant): Organization Name changed from Oceanwide Plaza LLC, a Delaware limited liability company to Oceanwide Plaza LLC,

10/19/2020 Updated -- Lendlease (US) Construction Inc. (Defendant): Organization Name changed from Lendlease (US) Construction Inc., a Florida corporation to Lendlease (US) Construction Inc.

10/19/2020 Updated -- Chicago Title Insurance Company (Defendant): Organization Name changed from Chicago Title Insurance Company, a Florida corporation to Chicago Title Insurance Company

10/19/2020 Updated -- L.A. Downtown Investment, LP (Defendant): Organization Name changed from L.A. Downtown Investment, LP,ornia limited partnership to L.A. Downtown Investment, LP

10/19/2020 Updated -- Standard Drywall, Inc (Defendant): Organization Name changed from Standard Drywall, Inc, a California Corporation to Standard Drywall, Inc

10/19/2020 Address for Trevor Resurreccion (Attorney) null

10/19/2020 Updated -- Shaw & Sons, Inc. (Plaintiff): Organization Name changed from Shaw & Sons, Inc., a California corporation to Shaw & Sons, Inc.

10/16/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Standard Drywall, Inc. (Defendant)

10/16/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Karcher Interior Systems, Inc. (Defendant)

10/16/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Lendlease (US) Constuction, Inc. (Defendant)

10/16/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: L.A. Downtown Investment, LP (Defendant)

10/16/2020 Address for Katherine Knudsen (Attorney) null

10/16/2020 Updated -- Kamran and Company, Inc. (Plaintiff): Organization Name changed from Kamran and Company, Inc., a California corporation to Kamran and Company, Inc.

10/16/2020 Updated -- OCEANWIDE PLAZA LLC, a Delaware limited liability company Erroneously Sued As Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a California limited liability company to Oceanwide Plaza, LLC

10/16/2020 Updated -- XL Fire Protection (Defendant): Organization Name changed from XL Fire Protection, a California corporation to XL Fire Protection

10/16/2020 Updated -- Pan-Pacific Mechanical, LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical, LLC, a Delaware limited liability company to Pan-Pacific Mechanical, LLC

10/16/2020 Updated -- Shoring Engineers (Defendant): Organization Name changed from Shoring Engineers, a California corporation to Shoring

Engineers

10/16/2020 Updated -- Zolnay Insulation, Inc. (Defendant): Organization Name changed from Zolnay Insulation, Inc., a California corporation to Zolnay Insulation, Inc.

10/16/2020 Updated -- Katherine M. Knudsen (Attorney): Middle Name: M.

10/16/2020 Address for Phil Blanchard (Attorney) null

10/16/2020 Updated -- Michael H. Shen (Attorney): Organization Name changed from WOLFE & WYMAN LLP to Wolfe & Wyman LLP

10/16/2020 Address for Michael H. Shen (Attorney) null

10/15/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Snaidero U.S.A. (Defendant)

10/15/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: XL Fire Protection Co. (Defendant)

10/15/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Enclos Corp. (Defendant)

10/15/2020 Address for David Ernst (Attorney) null

10/15/2020 Updated -- SASCO (Plaintiff): Organization Name changed from SASCO, a California corporation to SASCO

10/15/2020 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from Lendlease (US) Construction, Inc., a Florida corporation to Lendlease (US) Construction, Inc.

10/15/2020 Updated -- Johnson Controls, Inc. (Defendant): Organization Name changed from Johnson Controls, Inc., a Wisconsin Corporation to Johnson Controls, Inc.

10/15/2020 Updated -- Oceanwide Plaza, LLC. (Defendant): Organization Name changed from Oceanwide Plaza, LLC., a Delaware limited liability company to Oceanwide Plaza, LLC.

10/15/2020 Address for Robert Nida (Attorney) null

10/15/2020 Updated -- Kovach Enclosure Systems, LLC (Plaintiff): Organization Name changed from Kovach Enclosure Systems LLC, a Delaware limited liability company to Kovach Enclosure Systems, LLC

10/15/2020 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from Lendlease (US) Construction, Inc., a Florida corporation to Lendlease (US) Construction, Inc.

10/15/2020 Updated -- Oceanwide Plaza, LLC, (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC,

10/15/2020 Updated -- L.A. Downtown Investment, LP, (Defendant): Organization Name changed from L.A. Downtown Investment, LP, a California limited partnership to L.A. Downtown Investment, LP,

10/15/2020 Updated -- Chicago Title Insurance Company (Defendant): Organization Name changed from Chicago Title Insurance Company, a Florida corporation to Chicago Title Insurance Company

10/15/2020 Updated -- Masonry Concepts, Inc. (Defendant): Organization Name changed from Masonry Concepts, Inc., a California corporation to Masonry Concepts, Inc.

10/15/2020 Updated -- PHL, Inc. (Defendant): Organization Name changed from PHL, Inc. doing business as VNSM, a California corporation to PHL, Inc.

10/14/2020 Proof of Personal Service; Filed by: Murphy O'Brien, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Service Date: 08/13/2020; Service Cost: 249.00; Service Cost Waived: No

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Sunshine Supply Co., Inc. (Defendant); Service Cost: 62.13; Service Cost Waived: No

10/14/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Webcor Construction LP (Defendant)

10/14/2020 On the Complaint filed by Johnson Controls Fire Protection LP on 09/11/2020, entered Request for Dismissal without prejudice filed by Johnson Controls Fire Protection LP as to Anning-Johnson Company, Sunshine Supply Co., Inc., Twining, Inc., and Zolnay Insulation, Inc.

10/14/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Kamran and Company, Inc. (Defendant)

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Zolnay Insulation, Inc. (Defendant); Service Cost: 98.10; Service Cost Waived: No

10/14/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Troyer Contracting Company, Inc. (Defendant)

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: PHL, Inc. (Defendant); Service Cost: 93.47; Service Cost Waived: No

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Emser Tile, LLC (Defendant); Service Cost: 93.47; Service Cost Waived: No

10/14/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: The Nevell Group, Inc. (Defendant)

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Anning-Johnson Company (Defendant); Service Cost Waived: No

10/14/2020 Proof of Service Summons; Filed by Johnson Controls Fire Protection LP (Plaintiff); As to: Continental Marble and Tile Company (Defendant); Service Cost Waived: No

10/14/2020 Notice and Acknowledgment of Receipt-Civil; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Fetzer's Inc. (Defendant)

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Chute Systems LLC (Defendant); Service Cost: 174.13; Service Cost Waived: No

10/14/2020 Proof of Service of Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: American Stair Corporation (Defendant); Service Cost Waived: No

10/14/2020 Proof of Service of Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Masonry Concepts, Inc. (Defendant); Service Cost: 93.47; Service Cost Waived: No

10/14/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Martin Bros./Marcowall, Inc. (Defendant)

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Woodbridge Glass Inc. (Defendant); Service Cost: 98.10; Service Cost Waived: No

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Star Hardware, Inc. (Defendant); Service Cost: 263.59; Service Cost Waived: No

10/14/2020 Proof of Service Summons; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Twining, Inc. (Defendant); Service Cost: 119.90; Service Cost Waived: No

10/14/2020 Notice and Acknowledgment of Receipt; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Sharpe Interior Systems, Inc. (Defendant)

10/14/2020 Updated -- CMF, Inc. (Plaintiff): Organization Name changed from CMF, Inc., a corporation to CMF, Inc.

10/14/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

10/14/2020 Address for David L Sanner (Attorney) null

10/14/2020 Address for K Warner Kind (Attorney) null

10/14/2020 Updated -- J.T. Wimsatt Contracting Company, Inc. (Plaintiff): Organization Name changed from J.T. Wimsatt Contracting Company, Inc.,a California corporation to J.T. Wimsatt Contracting Company, Inc.

10/14/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a California limited liability company to Oceanwide Plaza, LLC

10/14/2020 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from Lendlease (US) Construction, Inc., a Florida corporation to Lendlease (US) Construction, Inc.

10/14/2020 Updated -- L.A. Downtown Investment, L.P. (Defendant): Organization Name changed from L.A. Downtown Investment, L.P., a California limited partnership to L.A. Downtown Investment, L.P.

10/14/2020 Address for Michael Murray (Attorney) null

10/14/2020 Updated -- Howard Goodman (Attorney): Organization Name changed from LAW OFFICE OF HOWARD GOODMAN to Law Office of Howard Goodman

10/14/2020 Address for Howard Goodman (Attorney) updated

10/14/2020 Updated -- Laurence P Lubka (Attorney): First Name changed from Laurence to Laurence; Organization Name changed from LUBKA & WHITE, LLP to Lubka & White LLP

10/14/2020 Address for Laurence P Lubka (Attorney) null

10/14/2020 Updated -- Martin Bros./Marcowall, Inc. (Plaintiff): Organization Name changed from Martin Bros./Marcowall, Inc., a California corporation to Martin Bros./Marcowall, Inc.

10/14/2020 Updated -- Lendlease(US)Construction, Inc. (Defendant): Organization Name changed from Lendlease(US)Construction, Inc., a Florida corporation to Lendlease(US)Construction, Inc.

10/14/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

10/14/2020 Updated -- L.A.Downtown Investment, LP (Defendant): Organization Name changed from L.A.Downtown Investment, LP, a California limited partnership to L.A.Downtown Investment, LP

10/14/2020 Updated -- Webcor Construction, LP (Defendant): Organization Name changed from Webcor Construction, LP, a California limited partnership to Webcor Construction, LP

10/14/2020 Updated -- Masonry Concepts, Inc. (Defendant): Organization Name changed from Masonry Concepts, Inc., a California corporation to Masonry Concepts, Inc.

10/14/2020 Updated -- Twining, Inc. (Defendant): Organization Name changed from Twining, Inc., a California corporation to Twining, Inc.

10/14/2020 Updated -- PHL, Inc. (Defendant): Organization Name changed from PHL, Inc., a California corporation to PHL, Inc.

10/14/2020 Updated -- Babko Metal, Inc. (Defendant): Organization Name changed from Babko Metal, Inc., a California corporation to Babko Metal, Inc.

10/14/2020 Updated -- ACCO Engineered Systems, Inc. (Defendant): Organization Name changed from ACCO Engineered Systems, Inc., a

10/14/2020 Updated -- Advanced Cable Solutions, Inc. (Defendant): Organization Name changed from Advanced Cable Solutions, Inc., a California corporation to Advanced Cable Solutions, Inc.

10/14/2020 Updated -- Johnson Controls Fire Protection, LP (Defendant): Organization Name changed from Johnson Controls Fire Protection, LP, a Delaware limited partnership to Johnson Controls Fire Protection, LP

10/14/2020 Updated -- Standard Drywall, Inc. (Defendant): Organization Name changed from Standard Drywall, Inc., a California corporation to Standard Drywall, Inc.

10/14/2020 Updated -- Troyer Contracting Company, Inc. (Defendant): Organization Name changed from Troyer Contracting Company, Inc., a California corporation to Troyer Contracting Company, Inc.

10/14/2020 Updated -- Nevell Group, Inc. (Defendant): Organization Name changed from Nevell Group, Inc., a California corporation to Nevell Group, Inc.

10/14/2020 Updated -- Pan-Pacific Mechanical, LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical, LLC, a Delaware limited liability company to Pan-Pacific Mechanical, LLC

10/14/2020 Updated -- Shaw & Sons, Inc. (Defendant): Organization Name changed from Shaw & Sons, Inc., a California corporation to Shaw & Sons, Inc.

10/13/2020 Updated -- Michael H. Shen (Attorney): Organization Name changed from WOLFE & WYMAN LLP to Wolfe & Wyman LLP

10/13/2020 Address for Michael H. Shen (Attorney) null

10/13/2020 Updated -- Karcher Interior Systems, Inc. (Plaintiff): Organization Name changed from Karcher Interior Systems, Inc., a California Corporation to Karcher Interior Systems, Inc.

10/13/2020 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from Lendlease (US) Construction, Inc., a Florida Corporation to Lendlease (US) Construction, Inc.

10/13/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware Limited Liability Company to Oceanwide Plaza, LLC

10/13/2020 Updated -- L.A. Downtown Investment, LP (Defendant): Organization Name changed from L.A. Downtown Investment, LP, a California Limited Partnership to L.A. Downtown Investment, LP

10/13/2020 Updated -- ACCO Engineered Systems, Inc. (Defendant): Organization Name changed from ACCO Engineered Systems, Inc., a California Corporation to ACCO Engineered Systems, Inc.

10/13/2020 Updated -- Martin Bros./Marcowall, Inc. (Defendant): Organization Name changed from Martin Bros./Marcowall, Inc., a California Corporation to Martin Bros./Marcowall, Inc.

10/13/2020 Updated -- Advanced Cable Solutions, Inc. (Defendant): Organization Name changed from Advanced Cable Solutions, Inc., a California Corporation to Advanced Cable Solutions, Inc.

10/13/2020 Updated -- Babko Metal, Inc. (Defendant): Organization Name changed from Babko Metal, Inc., a California Corporation to Babko Metal, Inc.

10/13/2020 Updated -- Enclos Corp. (Defendant): Organization Name changed from Enclos Corp., a Minnesota Corporation to Enclos Corp.

10/13/2020 Updated -- Johnson Controls Fire Protection, LP (Defendant): Organization Name changed from Johnson Controls Fire Protection, LP, a Delaware Limited Partnership to Johnson Controls Fire Protection, LP

10/13/2020 Updated -- Kamram and Company, Inc. (Defendant): Organization Name changed from Kamram and Company, Inc., a California Corporation to Kamram and Company, Inc.

10/13/2020 Updated -- Kovach Enclosure Systems, LLC (Defendant): Organization Name changed from Kovach Enclosure Systems, LLC., a Delaware Limited Liability Company to Kovach Enclosure Systems, LLC

10/13/2020 Updated -- Masonry Concepts, Inc (Defendant): Organization Name changed from Masonry Concepts, Inc., a California Corporation to Masonry Concepts, Inc

10/13/2020 Updated -- Pan-Pacific Mechanical, LLC (Defendant): Organization Name changed from Pan-Pacific Mechanical, LLC, a Delaware Limited Liability Company to Pan-Pacific Mechanical, LLC

10/13/2020 Updated -- Shaw & Sons, Inc (Defendant): Organization Name changed from Shaw & Sons, Inc., a California Corporation to Shaw & Sons, Inc

10/13/2020 Updated -- Standard Drywall, Inc. (Defendant): Organization Name changed from Standard Drywall, Inc., a California Corporation to Standard Drywall, Inc.

10/13/2020 Updated -- The Nevell Group, Inc. (Defendant): Organization Name changed from The Nevell Group, Inc., a California Corporation to The Nevell Group, Inc.

10/13/2020 Updated -- Troyer Contracting Company. Inc. (Defendant): Organization Name changed from Troyer Contracting Company. Inc., a California Corporation to Troyer Contracting Company. Inc.

10/13/2020 Updated -- Webcor Construction LP (Defendant): Organization Name changed from Webcor Construction LP, a California Limited Partnership to Webcor Construction LP

10/13/2020 Updated -- XL Fire Protection Co. (Defendant): Organization Name changed from XL Fire Protection Co., a California Corporation to XL Fire Protection Co.

10/13/2020 Updated -- Twining, Inc. (Defendant): Organization Name changed from Twining, Inc., a California Corporation to Twining, Inc.

10/13/2020 Updated -- E. Scott Holbrook, Jr. (Attorney): Organization Name changed from . to . Name changed from Holbrook, Jr. to Holbrook; Name Suffix: Jr.

10/13/2020 Updated -- Sharpe Interior Systems, Inc. (Plaintiff): Organization Name changed from SHARPE INTERIOR SYSTEMS, INC., a California corporation to Sharpe Interior Systems, Inc.

10/13/2020 Updated -- Oceanwide Plaza LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA LLC, a Delaware limited liability company to Oceanwide Plaza LLC

10/13/2020 Address for Hannah Susanne McLean (Attorney) null

10/13/2020 Updated -- Webcor Construction, LP (Non-Party): Organization Name changed from WEBCOR CONSTRUCTION L.P. to Webcor Construction, LP

10/09/2020 Address for Kevin R. Carlin (Attorney) null

10/09/2020 Updated -- Climatec, LLC (Plaintiff): Organization Name changed from Climatec, an Arizona limited liability company to Climatec, LLC

10/09/2020 Updated -- Lendlease (US) Construction, Inc. (Defendant): Organization Name changed from Lendlease (US) Construction, Inc., a Florida corporation to Lendlease (US) Construction, Inc.

10/09/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

10/09/2020 Updated -- L.A. Downtown Investment LP (Defendant): Organization Name changed from Downtown Investment LP, a California limited partnership to L.A. Downtown Investment LP

10/09/2020 Updated -- Advanced Cable Solutions, Inc. (Plaintiff): Organization Name changed from ADVANCED CABLE SOLUTIONS, INC., a California corporation to Advanced Cable Solutions, Inc.

10/09/2020 Updated -- SimplexGrinnell LP (Defendant): Organization Name changed from SIMPLEXGRINNELL LP an unknown entity to SimplexGrinnell LP

10/09/2020 Updated -- SimplexGrinnell LP (Defendant): Organization Name changed from SIMPLEXGRINNELL LP to SimplexGrinnell LP

10/09/2020 Updated -- Johnson Controls (Defendant): Organization Name changed from JOHNSON CONTROLS, an unknown entity to Johnson Controls

10/09/2020 Updated -- Oceanwide Plaza LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA LLC, a Delaware limited liability company to Oceanwide Plaza LLC

10/09/2020 Updated -- Oceanwide Plaza I, LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA I LLC, a Delaware limited liability company to Oceanwide Plaza I, LLC

10/09/2020 Updated -- Oceanwide Plaza II LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA II LLC, a Delaware limited liability company to Oceanwide Plaza II LLC

10/09/2020 Updated -- Oceanwide Holdings SF Co. Ltd. (Defendant): Organization Name changed from OCEANWIDE HOLDINGS SF CO. LTD., a Delaware limited liability company to Oceanwide Holdings SF Co. Ltd.

10/09/2020 Updated -- Tohigh Construction Investment LLC (Defendant): Organization Name changed from TOHIGH CONSTRUCTION INVESTMENT LLC, an unknown entity to Tohigh Construction Investment LLC

10/09/2020 Updated -- LendLease (US) Construction Inc. (Defendant): Organization Name changed from LENDLEASE (US) CONSTRUCTION INC., a Florida corporation to LendLease (US) Construction Inc.

10/09/2020 Updated -- David Pearson (Attorney): Organization Name changed from Brothers Smith LLp to Brothers Smith LLP

10/09/2020 Updated -- Fetzers' Inc. (Plaintiff): Organization Name changed from FETZERS' INC., A Utah corporation to Fetzers' Inc.

10/09/2020 Updated -- LendLease (US) Construction, Inc. (Defendant): Organization Name changed from LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation to LendLease (US) Construction, Inc.

10/09/2020 Updated -- Oceanwide Plaza, LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC

10/08/2020 Updated -- Snaidero U.S.A. (Plaintiff): Organization Name changed from SNAIDERO U.S.A. to Snaidero U.S.A.

10/08/2020 Updated -- Lend Lease (US) Construction, Inc. (Defendant): Organization Name changed from LEND LEASE (US) CONSTRUCTION, INC., a corporation to Lend Lease (US) Construction, Inc.

10/08/2020 Updated -- Oceanwide Plaza LLC (Defendant): Organization Name changed from OCEANWIDE PLAZA LLC, a limited liability company to Oceanwide Plaza LLC

10/08/2020 Address for Theresa Crawford Tate (Attorney) null

10/07/2020 Minute Order (Court Order re: Related Case)

10/07/2020 Certificate of Mailing for (Court Order re: Related Case) of 10/07/2020; Filed by: Clerk

10/07/2020 Case numbers 20STCV34840, 19STCV03357 are related; case number 19STCV03357 is the lead case.

10/05/2020 Notice of Court Order Re Related Case, Dated September 21, 2020; Filed by: Webcor Construction, LP (Plaintiff)

10/02/2020 Proof of Personal Service; Filed by: Star Hardware, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); Service Cost Waived: No

10/02/2020 Proof of Personal Service; Filed by: Star Hardware, Inc. (Plaintiff); As to: Lendlease (US) Construction Inc. (Defendant); Service Cost Waived: No

10/02/2020 Complaint; Filed by: Lendlease (US) Construction, Inc. (Plaintiff); As to: Oceanwide Plaza LLC (Defendant)

09/21/2020 Updated -- Notice of Related Case: Filed By: Webcor Construction, LP (Plaintiff); Result: Granted; Result Date: 09/21/2020; As To Parties: removed

09/21/2020 Minute Order (Court Order re: Notice of Related Case)

09/21/2020 Certificate of Mailing for (Court Order re: Notice of Related Case) of 09/21/2020; Filed by: Clerk

09/21/2020 Case numbers 19STCV03357, 20STCV32733 are related; case number 19STCV03357 is the lead case.

09/17/2020 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

09/15/2020 Further Status Conference scheduled for 12/21/2020 at 01:30 PM in Spring Street Courthouse at Department 10

09/15/2020 Proof of Service (not Summons and Complaint); Filed by: Webcor Construction, LP (Plaintiff)

09/15/2020 Proof of Service (not Summons and Complaint) electronic service via Case Anywhere; Filed by: Standard Drywall, Inc. (DOE 15) (Respondent)

09/15/2020 Minute Order (Nunc Pro Tunc Order)

09/14/2020 Notice and Acknowledgment of Receipt; Filed by: Climatec, LLC, an Arizona limited liability company (Plaintiff); As to: Downtown Investment LP, a California limited partnership (Defendant)

09/14/2020 Notice and Acknowledgment of Receipt; Filed by: Climatec, LLC, an Arizona limited liability company (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 19STCV03357 unrelated from 20STCV18563, 20STCV26817

09/14/2020 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Jamie Onuki #13904; Signed and Filed by: Webcor Construction, LP (Plaintiff)

09/14/2020 Climatec, LLC's Status Conference Report; Filed by: Climatec, LLC (Non-Party)

09/14/2020 Defendant Lendlease (US) Construction, INC.'s Opposition to Plaintiff Webcor's Motion to Strike Evidence; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 Lendlease (US) Construction, INC.'s Request for Judicial Notice in Support of its Opposition to Webcor's Motion to Strike and Application for Right to Attach Order; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 Declaration of Hermenegildo Acoltzin in Support of Lendlease (US) Construction, INC.'s Oppositions to Webcor's Motion to Strike and Writ of Attachment; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 Lendlease (US) Construction, INC.'s Response to Webcor Construction L.P.'s Evidentiary Objections RE Issuance of Writ of Attachment; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 Proof of Service; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 Supplemental Declaration of Philip Hamblin in Opposition to Webcor's Motion to Strike and Webcor's Application for a Writ of Attachment; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/14/2020 Minute Order (Hearing on Application for Writ of Attachment (CCP 484.040); ...)

09/14/2020 Hearing on Application for Writ of Attachment (CCP 484.040) scheduled for 09/14/2020 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/14/2020; Result Type to Held

09/14/2020 Further Status Conference scheduled for 09/14/2020 at 01:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 09/14/2020; Result Type to Held

09/11/2020 Complaint; Filed by: Johnson Controls Fire Protection LP (Plaintiff); As to: Oceanwide Plaza LLC (Defendant)

09/10/2020 Notice of Court Order re Related Cases, Dated August 26, 2020; Filed by: Webcor Construction, LP (Plaintiff)

09/09/2020 Kamran and Company, INC.'s Status Report; Filed by:

09/09/2020 Proof of Service; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

09/09/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Initial Further Status Conference Report; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

09/09/2020 SASCO'S Status Conference Report; Filed by: SASCO (Non-Party)

09/09/2020 Status Conference Report; Filed by: Martin Bros. (Non-Party)

09/08/2020 Status Conference Report; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

09/08/2020 Webcor Construction, LP'S Motion to Strike Portions of the Declaration of Philip Hamblin Submitted in Support of Lendlease's Opposition to Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/08/2020 Declaration of Kyle Vasa Bertolucci ISO Webcor Construction, LP's Reply ISO Application for Right to Attach Order and Order for Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Webcor Construction, LP's Request for Judicial Notice ISO Reply to Application for Right to Attach Order and Order for Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Declaration of John Harrington ISO Webcor Construction's Reply to Application for Right to Attach Order and Order for Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Plaintiff Webcor Construction, LP's Memorandum of Points and Authorities ISO Reply to Application for Right to Attach Order and Order for Issuance of Writ of Attachment Against Defendant Lendlease (US) Construction, Inc. Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Webcor Construction, LP's Status Conference Report; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 Status Conference Report [Standard Drywall Inc]; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

09/08/2020 Webcor Construction, LP's Evidentiary Objections to the Declaration of Philip Hamblin Submitted ISO Lendlease's Opposition to Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment; Filed by: Webcor Construction, LP (Plaintiff); Webcor Construction, LP (Plaintiff)

09/08/2020 L.A. Downtown Investment, LP's Further Report for September 14, 2020 Initial Status Conference; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

09/03/2020 Notice of Court Order re related cases, dated August 14, 2020; Filed by: Webcor Construction, LP (Plaintiff)

09/03/2020 Proof of Service Summons; Filed by: Climatec, LLC, an Arizona limited liability company (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Service Cost: 101.04; Service Cost Waived: No

09/01/2020 Declaration of Joe Wathen in Support of Lendlease (US) Contruction, Inc.'s Opposition to Webcor's Application for Right to Attach Order; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

08/31/2020 Declaration of Ohilip Hamblin in Support of Lendndlease (US) Construction, Inc.'s Opposition to Webcor's Writ of Attachment; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

08/31/2020 Defendant Lendlease (US) Construction, Inc.'s Objection and Opposition to Plaintiff Webcor's Application for Prejudgment Writ of Attachment; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

08/31/2020 Updated -- Declaration of Joe Wathen in Support of Lendlease (US) Contruction, Inc.'s Opposition to Webcor's Application for Right to Attach Order: Status Date changed from 09/01/2020 to 08/31/2020; As To Parties: removed

08/27/2020 Complaint; Filed by: SNAIDERO U.S.A. (Plaintiff); As to: LEND LEASE (US) CONSTRUCTION, INC., a corporation (Defendant); OCEANWIDE PLAZA LLC, a limited liability company (Defendant)

08/26/2020 Minute Order (Court Order re: Related Cases)

08/26/2020 Certificate of Mailing for (Court Order re: Related Cases) of 08/26/2020; Filed by: Clerk

08/26/2020 Case numbers 20STCV28272, 19STCV03357, 20STCV29459, 20STCV28240 are related; case number 19STCV03357 is the lead case.

08/14/2020 Proof of Service by Substituted Service; Filed by: Star Hardware, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant); Proof of Mailing Date: 08/14/2020; Service Cost: 162.00; Service Cost Waived: No

08/14/2020 Minute Order (Court Order re: Notice of Related Case)

08/14/2020 Certificate of Mailing for (Court Order re: Notice of Related Case) of 08/14/2020; Filed by: Clerk

08/14/2020 Case numbers 20STCV26817, 19STCV03357, 20STCV18563 are related; case number 19STCV03357 is the lead case.

08/13/2020 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

08/10/2020 Proof of Personal Service; Filed by: Star Hardware, Inc. (Plaintiff); As to: Lendlease (US) Construction Inc. (Defendant); Service Date: 08/06/2020; Service Cost: 40.00; Service Cost Waived: No

08/04/2020 Complaint; Filed by: Star Hardware, Inc. (Plaintiff); As to: Lendlease (US) Construction Inc. (Defendant); Oceanwide Plaza, LLC (Defendant)

08/03/2020 Address for David Pearson (Attorney) updated

07/30/2020 Stipulation and Order Authorizing Electronic Service Via Case Anywhere; Signed and Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

07/30/2020 Address for Sara H Kornblatt (Attorney) updated

07/28/2020 Hearing on Application for Writ of Attachment (CCP 484.040) scheduled for 09/14/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/28/2020 Further Status Conference scheduled for 09/14/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/28/2020 Over the objection of plaintiff, Hearing on Application for Writ of Attachment (CCP 484.040) scheduled for 08/12/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 09/14/2020 01:30 PM

07/28/2020 On the Court's own motion, Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 09/14/2020 01:30 PM

07/27/2020 Stipulation and Order to Extend the Time for Filing Responsive Pleadings By Lendlease (US) Construction, Inc. and Oceanwide Plaza, LLC to Cross-Complaints of ACCO Engineered Systems, Inc; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Complainant)

07/27/2020 Updated -- Stipulation and Order to Extend the Time for Filing Responsive Pleadings By Lendlease (US) Construction, Inc. and Oceanwide Plaza, LLC to Cross-Complaints of ACCO Engineered Systems, Inc; Filed By: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant); Result: Granted; Result Date: 07/27/2020

07/27/2020 Notice of Ruling re Defendant Lendlease (US) Construction, Inc.'s Ex Parte Application to Modify the Briefing Schedule for Plaintiff Webcor's Application for Right to Attach Order; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

07/27/2020 Complaint; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: SIMPLEXGRINNELL LP an unknown entity (Defendant); SIMPLEXGRINNELL LP (Defendant); JOHNSON CONTROLS, an unknown entity (Defendant) et al.

07/27/2020 Complaint; Filed by: Climatec, LLC, an Arizona limited liability company (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Downtown Investment LP, a California limited partnership (Defendant)

07/23/2020 Reply in support of notice and ex parte application to modify the briefing schedule for plaintiff Webcor's application writ of attachment; Filed by: ALSTON & BIRD LLP (Plaintiff)

07/23/2020 Supplemental Declaration of John D. Hanover in support of Defendant Lendlease (U.S) Construction Inc's ex parte application to modify briefing schedule; Filed by: ALSTON & BIRD LLP (Plaintiff)

07/23/2020 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore Sara Baker #13608; Signed and Filed by: ALSTON & BIRD LLP (Plaintiff)

07/23/2020 Order Granting Defendant Lendlease (U.S.) Construction, Inc.'s Ex Parte Application to Modify The Briefing Schedule on Webcor's Application For Writ of Attachment; Signed and Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

07/23/2020 Minute Order (Hearing on Ex Parte Application by Defendant Lendlease (US) C...)

07/23/2020 Ex-parte Hearing on Ex Parte Application by Defendant Lendlease (US) Construction Inc. to modify the briefing schedule for Plaintiff Webcor's application writ of attachment scheduled for 07/23/2020 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 07/23/2020; Result Type to Held - Motion Granted

07/22/2020 Ex-parte Hearing on Ex Parte Application by Defendant Lendlease (US) Construction Inc. to modify the briefing schedule for Plaintiff Webcor's application writ of attachment scheduled for 07/23/2020 at 02:00 PM in Spring Street Courthouse at Department 10

07/22/2020 Hearing on Application for Writ of Attachment (CCP 484.040) scheduled for 08/12/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/22/2020 Opposition by Webcor Construction LP to Lendlease (US) Construction Inc's ex parte application to modify the briefing schedule for Webcor's application for writ of attachment; Filed by: Webcor Construction, LP (Plaintiff)

07/22/2020 Minute Order (Hearing on Ex Parte Application by Defendant Lendlease (US) C...)

07/22/2020 Ex-parte On the Court's own motion, Hearing on Ex Parte Application by Defendant Lendlease (US) Construction Inc. to modify the briefing schedule for Plaintiff Webcor's application writ of attachment scheduled for 07/22/2020 at 10:00 AM in Spring Street Courthouse at Department 10 Held - Continued was rescheduled to 07/23/2020 02:00 PM

07/22/2020 On the Court's own motion, Hearing on Application for Writ of Attachment (CCP 484.040) scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Advanced and Continued - by Court was rescheduled to 08/12/2020 01:30 PM

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/22/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10 Not Held - Vacated by Court on 07/22/2020

07/21/2020 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

07/21/2020 Declaration of John D. Hanover in support of Defendant Lendlease (U.S.) Construction Inc's ex parte application to modify briefing schedule; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

07/21/2020 Ex-parte Hearing on Ex Parte Application by Defendant Lendlease (US) Construction Inc. to modify the briefing schedule for Plaintiff Webcor's application writ of attachment scheduled for 07/22/2020 at 10:00 AM in Spring Street Courthouse at Department 10

07/21/2020 Ex Parte Application to modify the briefing schedule for plaintiff's Webcor's application writ of atttachment;; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

07/21/2020 Updated -- Webcor Construction , LP , a California limited partnership (Cross-Complainant): Organization Name changed from Webcor Construction , LP , a California limited partnership to Webcor Construction , LP , a California limited partnership

07/17/2020 Notice of Ruling -- July 8, 2020 Status Conference; Filed by: Webcor Construction, LP (Plaintiff)

07/17/2020 Address for Kelly Sweeney (Attorney) null

07/16/2020 Complaint; Filed by: Murphy O'Brien, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

07/15/2020 Notice of Application and Hearing for Writ of Attachment (CCP 484.040); Filed by:

07/15/2020 Declaration of Kyle Vasa Bertolucci in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (Vol. 1 of 3); Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of Kyle Vasa Bertolucci in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (Vol. 2 of 3); Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of Kyle Vasa Bertolucci in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (Vol. 3 of 3); Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of John Harrington in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment; Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Proof of Service; Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of William T. Eliopoulos in Support of Webcor's Application for Right to Attach Order and Order for Issuance of Writ of Attachment; Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Plaintiff Webcor Construction, LP's Memorandum of Points and Authorities in Support of Application for Right to Attach Order and Order for Issuance of Writ of Attachment; Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Declaration of John Harrington in Support of Webcor Construction, LP's Application for Right to Attach Order and Order for Issuance of Writ of Attachment; Filed by: Webcor Construction, LP (Plaintiff)

07/15/2020 Application for Right to Attach Order, Temporary Protective Order, etc. Filed by: Webcor Construction, LP (Plaintiff)

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Further Status Conference scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/14/2020 Hearing on Application for Writ of Attachment (CCP 484.040) scheduled for 08/10/2020 at 01:30 PM in Spring Street Courthouse at Department 10

07/08/2020 Minute Order (Further Status Conference)

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 20STCV23227, 19STCV03357 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 20STCV23227, 19STCV03357 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Case numbers 19STCV03357, 20STCV23227 are related; case number 19STCV03357 is the lead case.

07/08/2020 Further Status Conference scheduled for 07/08/2020 at 02:00 PM in Spring Street Courthouse at Department 10 updated: Result Date to 07/08/2020; Result Type to Held

07/07/2020 Proof of Personal Service; Filed by: Shoring Engineers, A California Corporation (Plaintiff); Structural Shotcrete Systems, Inc., A California Corporation (Plaintiff); Service Cost Waived: No

07/02/2020 Notice of Intent to Appear by Telephone; Filed by: Johnson Controls Fire Protection LP (Defendant)

07/02/2020 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Initial Further Status Conference Report; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice of Intent to Appear Telephonically (C.R.C.3.670(h)); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Notice of Intent to Appear Telephonically; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/02/2020 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

07/01/2020 Lendlease Supplement to Initial Status Conference Report; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

07/01/2020 Subcontractor Plaintiffs' Further Joint Initial Status Conference Report; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff)

07/01/2020 L.A. Downtown Investment, LP's Further Report for July 8, 2020 Initial Status Conference; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

07/01/2020 Notice of Change of Handling Attorney Within Firm; Filed by:

07/01/2020 Johnson Controls Fire Protection L.P.'S Further Status Conference Report; Filed by: Johnson Controls Fire Protection LP (Defendant)

06/29/2020 Notice of Related Case; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/24/2020 Notice of Ruling RE June 23,2020 Initial Status Conference; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant); L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant)

06/24/2020 Further Status Conference scheduled for 07/08/2020 at 02:00 PM in Spring Street Courthouse at Department 10

06/24/2020 Proof of Service by Substituted Service of summons; complaint; civil cover sheet; civil case cover sheet addendum and statement of location; notice of case assignment-unlimited civil case; notice of case management conference; adr package; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Twining, Inc., a California corporation (Defendant); Service Cost: 74.70; Service Cost Waived: No

06/24/2020 Proof of Service by Substituted Service of summons; complaint; civil cover sheet; civil case cover sheet addendum and statement of location; notice of case assignment-unlimited civil case; notice of case management conference; adr package; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: PHL, Inc., a California corporation (Defendant); Service Cost: 74.70; Service Cost Waived: No

06/24/2020 Proof of Service by Substituted Service of summons; complaint; civil cover sheet; civil case cover sheet addendum and statement of location; notice of case assignment-unlimited civil case; notice of case management conference; adr package; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Masonry Concepts, Inc., a California corporation (Defendant); Service Cost: 74.70; Service Cost Waived: No

06/24/2020 On the Complaint filed by Martin Bros./Marcowall, Inc., a California corporation on 12/23/2019, Entered Request for Dismissal without prejudice filed by Martin Bros./Marcowall, Inc., a California corporation as to Twining, Inc., a California corporation

06/23/2020 Proof of Electronic Service; Filed by: Shoring Engineers, A California Corporation (Plaintiff); Service Date: 06/23/2020; Service Cost: 0.00; Service Cost Waived: No

06/23/2020 Minute Order (Initial Status Conference)

06/23/2020 ** Case Name changed from WEBCOR CONSTRUCTION, LP, A CALIFORNIA LIMITED PARTNERSHIP vs L.A. DOWNTOWN INVESTMENT, LP, A CALIFORNIA LIMITED PARTNERSHIP, et al. to WEBCOR CONSTRUCTION, LP, A CALIFORNIA LIMITED PARTNERSHIP vs LENDLEASE (US) CONSTRUCTION, INC., A FLORIDA CORPORATION

06/23/2020 Initial Status Conference scheduled for 06/23/2020 at 02:30 PM in Spring Street Courthouse at Department 10 updated: Result Date to 06/23/2020; Result Type to Held

06/22/2020 Notice of Court Order RE Related Cases, Dated June 11, 2020; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff)

06/22/2020 Notice of Association of Counsel; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff)

06/19/2020 Complaint; Filed by: FETZERS' INC., a Utah corporation (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant); OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant)

06/17/2020 Case numbers 19STCV03357, 20STCV20757, 20STCV20785, 20STCV20642 are related; case number 19STCV03357 is the lead case.

06/17/2020 Minute Order (Court Order re: Related Cases)

06/17/2020 Certificate of Mailing for (Court Order re: Related Cases) of 06/17/2020; Filed by: Clerk

06/16/2020 Defendant and Cross-Defendant Oceanwide Plaza LLC's Initial Status Conference Report; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

06/16/2020 Notice of Court Order Re Related Cases, Dated June 11,2020; Filed by: Webcor Construction, LP (Plaintiff)

06/15/2020 L.A. Downtown Investment, LP'S Initial Status Conference Report; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant); L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant)

06/15/2020 Lendlease Supplement to Subcontractor Plaintiffs' Joint Initial Status Conference Report; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

06/15/2020 Subcontractor Plaintiffs' Joint Initial Status Conference Report; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/11/2020 Minute Order (Court Order re: Related Cases)

06/11/2020 Certificate of Mailing for (Court Order re: Related Cases) of 06/11/2020; Filed by: Clerk

06/10/2020 Notice of Related Case; Filed by: Webcor Construction, LP (Plaintiff)

06/10/2020 Case numbers 19STCV03357, 19STCV22183, 20STCV11335, 20STCV13374, 20STCV01887, 20STCV13646, 20STCV13074 are related; case number 19STCV03357 is the lead case.

06/09/2020 Proof of Personal Service; Filed by: J.T. Wimsatt Contracting Company, Inc.,a California corporation (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Service Date: 04/27/2020; Service Cost: 65.00; Service Cost Waived: No

06/02/2020 Complaint; Filed by: Shoring Engineers, A California Corporation (Plaintiff); Structural Shotcrete Systems, Inc., A California Corporation (Plaintiff); As to: Oceanwide Plaza, LLC, A California Limited Liability Company (Defendant); Tohigh Construction Investment, LLC, A Limited Liability Corporation (Defendant); Lend Lease (US) Construction, Inc., A Delaware Corporation (Defendant) et al.

06/02/2020 Complaint; Filed by: Karcher Interior Systems, Inc., a California Corporation (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida Corporation (Defendant); Oceanwide Plaza, LLC, a Delaware Limited Liability Company (Defendant); L.A. Downtown Investment, LP, a California Limited Partnership (Defendant) et al.

06/02/2020 Address for E Scott Holbrook, Jr. (Attorney) updated

06/01/2020 Complaint; Filed by: Alamillo Rebar, Inc. (Plaintiff); As to: Webcore (US) Construction, Inc., (Defendant); Oceanwide Plaza LLC, (Defendant)

05/27/2020 Notice and Acknowledgment of Receipt; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant)

05/27/2020 Notice and Acknowledgment of Receipt; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: LA Downtown Investment, LP (Defendant)

05/26/2020 Answer; Filed by: L.A.Downtown Investment, LP, a California limited partnership (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/22/2020 Answer STANDARD DRYWALL, INC.?S ANSWER TO MARTIN BROS./MARCOWALL, INC.?S COMPLAINT; Filed by: Standard Drywall, Inc., a California corporation (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/20/2020 Answer; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/18/2020 Notice and Acknowledgment of Receipt; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant)

05/18/2020 Updated -- Sharice B. Marootian (Attorney); Organization Name changed from Abdulaziz Grossbart & Rudman to Abdulaziz, Grossbart & Rudman; Middle Name: B.

05/15/2020 Complaint; Filed by: SHARPE INTERIOR SYSTEMS, INC., a California corporation (Plaintiff); As to: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant)

05/14/2020 Answer; Filed by: Troyer Contracting Company, Inc., a California corporation (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/13/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Troyer Contracting Company, Inc., a California corporation (Defendant)

05/13/2020 Answer; Filed by: Johnson Controls Fire Protection, LP, a Delaware limited partnership (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/11/2020 Answer; Filed by: Nevell Group, Inc., a California corporation (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/05/2020 Answer; Filed by: Johnson Controls, Inc., a Wisconsin Corporation (Defendant)

05/05/2020 Notice of Related Case; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

05/04/2020 Answer to Complaint; Filed by: ACCO Engineered Systems, Inc., a California corporation (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/04/2020 Answer; Filed by: Babko Metal, Inc., a California corporation (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/01/2020 Answer; Filed by: Webcor Construction, LP, a California limited partnership (Defendant); As to: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff)

05/01/2020 Answer OF L.A. DOWNTOWN INVESTMENT, LP TO COMPLAINT OF KOVACH ENCLOSURE SYSTEMS LLC; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff)

04/30/2020 Notice of Related Case; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/30/2020 Notice of Court Order Dated April 23, 2020; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/27/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Johnson Controls Fire Protection, LP, a Delaware limited partnership (Defendant)

04/24/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant)

04/23/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: L.A.Downtown Investment, LP, a California limited partnership (Defendant)

04/23/2020 Notice and Acknowledgment of Receipt; Filed by: The Nevell Group, Inc (Plaintiff); As to: Lendlease (US) Construction, Inc. (Defendant)

04/23/2020 Initial Status Conference scheduled for 06/23/2020 at 02:30 PM in Spring Street Courthouse at Department 10

04/23/2020 Minute Order (Court Order)

04/22/2020 Notice and Acknowledgment of Receipt; Filed by: The Nevell Group, Inc (Plaintiff); As to: Oceanwide Plaza, LLC, (Defendant)

04/22/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/22/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Standard Drywall, Inc., a California corporation (Defendant)

04/14/2020 On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019, entered Request for Dismissal without prejudice filed by Standard Drywall, Inc. as to Masonry Concepts, Inc., a California corporation

04/10/2020 Notice of Posting of Complex Fees; Filed by: Pan-Pacific Mechanical, LLC (Cross-Defendant)

04/10/2020 Updated -- L.A. Downtown Investment, LP,ornia limited partnership (Defendant): Organization Name changed from L.A. Downtown Investment, LP, a California limited partnership to L.A. Downtown Investment, LP,ornia limited partnership

04/10/2020 Address for Michael Elliot McCarthy (Attorney) updated

04/08/2020 Proof of Service by electronic Transmission; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

04/08/2020 Drywall, Inc.'s Notice of Posting Complex Fees; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

04/08/2020 Complaint; Filed by: CMF, Inc., a corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/08/2020 Updated -- Howard Goodman (Attorney): First Name changed from HOWARD to Howard; Last Name changed from GOODMAN to Goodman; Organization Name changed from GOODMAN & GOODMAN to LAW OFFICE OF HOWARD GOODMAN

04/08/2020 Address for Howard Goodman (Attorney) updated

04/07/2020 Notice of Posting Complex Fees; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

04/07/2020 Notice of Posting Complex Fees by Martin Fire Protection, Inc. Filed by: Martin Fire Protection Systems, Inc. (DOE 17) (Defendant)

04/07/2020 Notice of Posting Complex Fees by BAPKO Metal, Inc. Filed by: Bapko Metal, Inc.(DOE 18) (Defendant)

04/06/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: ACCO Engineered Systems, Inc., a California corporation (Defendant)

04/06/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Babko Metal, Inc., a California corporation (Defendant)

04/06/2020 Notice and Acknowledgment of Receipt; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Webcor Construction, LP, a California limited partnership (Defendant)

04/06/2020 Complaint; Filed by: J.T. Wimsatt Contracting Company, Inc.,a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a California limited liability company (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); L.A. Downtown Investment, L.P., a California limited partnership (Defendant)

04/03/2020 Dismissal entered on 03/16/2020, is Vacated - Per stipulation and order signed 04/03/2020.

04/03/2020 Proof of Personal Service; Filed by: SASCO, a California corporation (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Johnson Controls, Inc., a Wisconsin Corporation (Defendant); Service Date: 02/26/2020; Service Cost Waived: No

04/03/2020 Proof of Service by Substituted Service; Filed by: SASCO, a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC., a Delaware limited liability company (Defendant); Proof of Mailing Date: 02/28/2020; Service Cost: 0.00; Service Cost Waived: No

04/03/2020 Notice of Posting Complex Fees by Defendant and Cross-Defendant and Cross-Defendant Oceanwide Plaza LLC; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

04/03/2020 ERROR with ROA message definition 77 with DismissalParty:1942403 resulted in empty message

04/02/2020 Defendant Johnson Controls Fire Protection L.P.'s Notice of Posting Complex Fees; Filed by: Johnson Controls Fire Protection LP (Defendant)

04/02/2020 Enclos Corp's Notice of Posting Complex Fees; Filed by: Enclos Corp. (Cross-Defendant)

04/02/2020 Notice of Posting Complex Fees; Filed by: The Nevell Group, Inc. (Defendant)

04/02/2020 Complaint; Filed by: Smith-Emery Laboratories, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC. (Defendant)

04/01/2020 Notice of Posting Complex Fees; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant)

04/01/2020 Defendant's Notice of Posting Complex Fees; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

03/30/2020 Updated -- Jose Luis Padilla, Jr (Attorney): Organization Name changed from COX, CASTLE & NICHOLSON LLP to Cox, Castle & Nicholson LLP; Name Suffix changed from JR. to Jr; Middle Name changed from L to Luis

03/30/2020 Address for Jose Luis Padilla, Jr (Attorney) updated

03/25/2020 Notice and Acknowledgment of Receipt; Filed by: Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

03/20/2020 Notice of Ruling; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

03/20/2020 Complaint; Filed by: Martin Bros./Marcowall, Inc., a California corporation (Plaintiff); As to: Lendlease(US)Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); L.A.Downtown Investment, LP, a California limited partnership (Defendant) et al.

03/20/2020 Answer; Filed by: TROYER CONTRACTING COMPANY, INC., a California corporation (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

03/20/2020 Answer TO FIRST AMENDED COMPLAINT; Filed by: XL Fire Protection Co., a California Corporation (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

03/20/2020 Answer TO FIRST AMENDED COMPLAINT; Filed by: Troyer Contracting Company, Inc., a California corporation (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

03/18/2020 Case reassigned to Spring Street Courthouse in Department 10 - Hon. William F. Highberger; Reason: Deemed Complex (Non-Class Action)

03/18/2020 The case is placed in special status of: Deemed Complex

03/18/2020 The case is placed in special status of: Stay - Deemed Complex

03/18/2020 Status Conference scheduled for 03/18/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

03/18/2020 Status Conference scheduled for 03/18/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

03/18/2020 Status Conference scheduled for 03/18/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

03/18/2020 Minute Order (Court Order Re. Complex Civil Case Questionnaire;)

03/18/2020 Certificate of Mailing for (Court Order Re. Complex Civil Case Questionnaire;) of 03/18/2020; Filed by: Clerk

03/18/2020 Hearing on Motion to Compel Arbitration scheduled for 03/25/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 03/18/2020

03/18/2020 Hearing on Motion to Compel Motion to Compel Further Discovery Responses scheduled for 04/17/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 03/18/2020

03/18/2020 Hearing on Motion to Compel Arbitration scheduled for 04/27/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 03/18/2020

03/18/2020 Hearing on Motion - Other Notice of Application and Hearing for Right to Attach Order scheduled for 05/11/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 03/18/2020

03/18/2020 Hearing on Motion to Compel Arbitration scheduled for 07/13/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 03/18/2020

03/16/2020 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant); As to: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

03/16/2020 On the Complaint filed by Kovach Enclosure Systems LLC, a Delaware limited liability company on 01/15/2020, entered Order for Dismissal without prejudice as to L.A. Downtown Investment, LP, a California limited partnership

03/13/2020 Updated -- Motion re: to Clarify and Confirm Order Staying Discovery: Filed By: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Result: Granted; Result Date: 03/13/2020

03/13/2020 Notice of Case Reassignment and Order; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/13/2020 Notice of Intent to Appear by Telephone; Filed by: Johnson Controls Fire Protection LP (Defendant)

03/13/2020 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/13/2020 Minute Order (Hearing on Motion for Order Staying Discovery as to L.A. Down...)

03/13/2020 Pursuant to the request of moving party, Hearing on Motion to Compel Arbitration scheduled for 04/24/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Taken Off Calendar by Party on 03/13/2020

03/13/2020 Hearing on Motion for Order Staying Discovery as to L.A. Downtown Investment, LP scheduled for 03/13/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 03/13/2020; Result Type to Held - Motion Granted

03/11/2020 Notice of Intent to Appear by Telephone; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

03/10/2020 Notice of Intent to Appear by Telephone; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

03/10/2020 Status Conference scheduled for 03/18/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

03/10/2020 Case Management Statement; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

03/10/2020 Hearing on Motion to Compel Arbitration scheduled for 07/13/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

03/09/2020 Civil Case Cover Sheet; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

03/09/2020 Updated -- Civil Case Cover Sheet [Counter Designation]: Name Extension: [Counter Designation]; As To Parties: removed

03/09/2020 Case reassigned to Stanley Mosk Courthouse in Department 17 - Hon. Jon R. Takasugieffective 03/09/2020; Reason: Inventory Transfer

03/09/2020 Complex Civil Case Questionnaire; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

03/06/2020 Notice of Status Conference; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/06/2020 Reply to Opposition to Motion to Clarify & Confirm Order to Stay Discovery Pending Appeal; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Respondent)

03/06/2020 Declaration in Support of Reply to Opposition; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Respondent)

03/06/2020 Declaration Exhibit 1 to David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 3 - Part 2 of 2 of David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 4 - Part 4 of 4 of David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 3 - Part 1 of 2 of David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 2 to David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 4 - Part 2 of 4 of David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 4 - Part 3 of 4 of David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Declaration Exhibit 4 - Part 1 of 4 of David Langford Declaration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Proof of Service (not Summons and Complaint) To Exhibits 1-4 to declaration of David Langford in support of Defendant and Crss-Defendant Lendlease (US) Construction, inc.'s Motion to Compel; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/06/2020 Motion to Compel BAPKO METAL, INC. TO ARBITRATE AND STAY PROCEEDINGS AND MEMORANDUM OF POINTS AND AUTHORITIE; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant); As to: Webcor Construction, LP (Plaintiff)

03/06/2020 Declaration OF KEN W. CHOI ESQ IN SUPPORT OF OCEANWIDE PLAZA LLCS MOTION TO COMPEL DEFENDANT AND CROSS COMPLAINANT BAPKO METAL INC. TO ARBITRATE AND STAY PROCEEDING; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

03/06/2020 Declaration OF DANIEL A. CANTOR ESQ IN SUPPORT OF OCEANWIDE PLAZA LLCS MOTION TO COMPEL DEFENDANT AND CROSS- COMPLAINANT BAPKO METAL INC. TO ARBITRATE AND STAY PROCEEDING; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Cross-Defendant)

03/06/2020 Default entered as to Masonry Concepts, Inc., a California corporation; On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019

03/06/2020 Default entered as to PHL, Inc. doing business as VNSM, a California corporation; On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019

03/05/2020 Notice of Motion; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/05/2020 Request for Judicial Notice; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/05/2020 Memorandum of Points & Authorities; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/05/2020 Declaration of David Langford in Support of Defendant and Cross-Defendant Lendlease (US) Construction, Inc.'s Motion to Compel Arbitration and Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Cross-Defendant)

03/05/2020 Pursuant to the request of moving party, Hearing on Motion to Compel Arbitration scheduled for 04/17/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Rescheduled by Party was rescheduled to 04/27/2020 08:30 AM

03/03/2020 Stipulation and Order STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR OCEANWIDE PLAZA LLC AND ORDER THEREON; Filed by: Clerk; As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

03/03/2020 Stipulation and Order JOINT STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS OF LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO COMPLAINT OF ENCLOS CORP. ORDER THEREON; Signed and Filed by: Clerk; As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

03/03/2020 Minute Order (Court Order)

03/02/2020 Opposition Webcor Opposition to Motion to Clarify and Confirm Order Staying Discovery; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/02/2020 Declaration of Carrie MacIntosh ISO Webcor Opposition to Motion to Clarify and Confirm Order Staying Discovery; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/02/2020 Address for John Arthur Foust (Attorney) updated

02/28/2020 Notice of Change of Address or Other Contact Information; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Appellant)

02/28/2020 Appeal Record Delivered APPEALS FILED 7-18-19 & 8-22-19; Filed by:

02/28/2020 Notice of Intent to Appear by Telephone; Filed by: Johnson Controls Fire Protection LP (Defendant)

02/27/2020 Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: Clerk

02/27/2020 Status Conference scheduled for 03/18/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

02/27/2020 Status Conference scheduled for 03/18/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

02/27/2020 On the Court's own motion, Status Conference scheduled for 03/05/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 03/18/2020 08:30 AM

02/27/2020 On the Court's own motion, Status Conference scheduled for 03/05/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 03/18/2020 08:30 AM

02/27/2020 Minute Order (Court Order)

02/27/2020 Certificate of Mailing for (Court Order) of 02/27/2020; Filed by: Clerk

02/26/2020 Updated -- Appeal - Original Clerk's Transcript 11 Volumes Certified (for Notices of Appeal, filed 7/18/19 & 8/22/19 ("U") ): Status Date changed from 02/25/2020 to 02/26/2020; As To Parties: removed

02/25/2020 Appeal - Original Clerk's Transcript 11 Volumes Certified (for Notices of Appeal, filed 7/18/19 & 8/22/19 ("U") ); Filed by: Clerk

02/25/2020 Stipulation and Order TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTIONS, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction , LP , a California limited partnership (Cross-Complainant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant) et al.

02/25/2020 Stipulation and Order TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction , LP , a California limited partnership (Cross-Complainant); Bapko Metal, Inc.(DOE 18) (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

02/25/2020 Proof of Mailing (Substituted Service); Filed by: Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Mailing Date: 02/11/2020; Cost Waived: No

02/25/2020 Proof of Service by Substituted Service; Filed by Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff); As to: PHL, Inc. doing business as VNSM, a California corporation (Defendant); Proof of Mailing Date: 02/17/2020; Service Cost: 154.00; Service Cost Waived: No

02/25/2020 Proof of Personal Service; Filed by: Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Service Date: 02/10/2020; Service Cost Waived: No

02/25/2020 Proof of Personal Service; Filed by: Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff); As to: Chicago Title Insurance Company, a Florida corporation (Defendant); Service Date: 02/10/2020; Service Cost Waived: No

02/25/2020 Minute Order (Court Order)

02/25/2020 Minute Order (Court Order)

02/25/2020 Certificate of Mailing for (Court Order) of 02/25/2020; Filed by: Clerk

02/25/2020 Case numbers 19STCV03357, 20STCV05020 are related; case number 19STCV03357 is the lead case.

02/24/2020 Notice of Intent to Appear by Telephone; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

02/21/2020 Updated -- David Ernst (Attorney): Middle Name: blank

02/20/2020 Notice of Ruling RE: WEBCOR CONSTRUCTION, LP?S EX PARTE APPLICATION TO ADVANCE HEARING DATE ON MOTION TO COMPEL DISCOVERY RESPONSES; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

02/20/2020 On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019, entered Request for Dismissal without prejudice filed by Standard Drywall, Inc. as to Twining, Inc., a California corporation

02/20/2020 On the Complaint filed by Kovach Enclosure Systems LLC, a Delaware limited liability company on 01/15/2020, entered Request for Dismissal without prejudice filed by Kovach Enclosure Systems LLC, a Delaware limited liability company as to Masonry Concepts, Inc., a California corporation

02/19/2020 ; On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019

02/19/2020 ; On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019

02/19/2020 Default entered as to Kovach, LLC, a Delaware limited liability company; On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019

02/19/2020 Minute Order (Hearing on Ex Parte Application to Advance Hearing Date for ...)

02/19/2020 Hearing on Ex Parte Application to Advance Hearing Date for Webcor's Motion to Compel Further Responses to RFPD and Special Interrogatories scheduled for 02/19/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 02/19/2020; Result Type to Held - Motion Denied

02/18/2020 On the Complaint filed by Kovach Enclosure Systems LLC, a Delaware limited liability company on 01/15/2020, entered Request for Dismissal without prejudice filed by Kovach Enclosure Systems LLC, a Delaware limited liability company as to Twining Inc., a California corporation

02/18/2020 Declaration Declaration of Carrie MacIntosh ISO Ex Parte Application to Advance Hearing Date for Webcor's Motion to Compel Further Responses; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

02/18/2020 Hearing on Ex Parte Application to Advance Hearing Date for Webcor's Motion to Compel Further Responses to RFPD and Special Interrogatories scheduled for 02/19/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

02/18/2020 Opposition to Ex Parte Application to Advance Hearing on Motion to Compel Arbitration; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

02/18/2020 McCarthy Declaration in Support of Opposition to Ex Parte; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

02/18/2020 Stipulation and Order STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF OF BAPKO METAL, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

02/18/2020 Stipulation and Order STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING RESPONSIVE PLEDINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

02/18/2020 Minute Order (Court Order)

02/18/2020 Hearing on Motion to Compel Motion to Compel Further Discovery Responses scheduled for 04/17/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

02/14/2020 Answer; Filed by: Shoring Engineers, a California corporation (Defendant); As to: Kamran and Company, Inc., a California corporation (Plaintiff)

02/13/2020 Motion to Compel Further Discovery Responses; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

02/13/2020 Separate Statement; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

02/13/2020 Declaration of Carrie MacIntosh ISO Motion to Compel Further Discovery Responses; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

02/13/2020 Memorandum of Points & Authorities; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

02/13/2020 Separate Statement; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

02/11/2020 On the Complaint filed by Kamran and Company, Inc., a California corporation on 11/22/2019, entered Request for Dismissal without prejudice filed by Kamran and Company, Inc., a California corporation as to Zolnay Insulation, Inc., a California corporation

02/04/2020 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

02/04/2020 Notice and Acknowledgment of Receipt; Filed by: Shaw & Sons, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza LLC, a Delaware limited liability company (Defendant)

02/04/2020 Minute Order (Court Order)

02/03/2020 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTIONS, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Bapko Metal, Inc.(DOE 18) (Defendant)

02/03/2020 Answer; Filed by: Johnson Controls Fire Protection LP (Defendant)

02/03/2020 Answer TO FIRST AMENDED COMPLAINT; Filed by: L.A. Downtown Investment LP, a California limited partnership (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

02/03/2020 Minute Order (Court Order)

01/31/2020 Address for Paul M Gelb (Attorney) null

01/30/2020 Notice of Change of Firm Name; Filed by: Johnson Controls Fire Protection LP (Defendant); New Firm Name: Faegre Drinker Biddle & Reath LLP

01/30/2020 Notice of Change of Firm Name; Filed by: Johnson Controls Fire Protection LP (Defendant); New Firm Name: Faegre Drinker Biddle & Reath LLP

01/30/2020 Notice of Change of Firm Name; Filed by: Johnson Controls Fire Protection LP (Defendant); New Firm Name: Faegre Drinker Biddle & Reath LLP

01/30/2020 Status Conference scheduled for 03/05/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

01/30/2020 Status Conference scheduled for 03/05/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

01/30/2020 Minute Order (Court Order)

01/30/2020 Certificate of Mailing for (Court Order) of 01/30/2020; Filed by: Clerk

01/30/2020 Pursuant to written stipulation, Status Conference scheduled for 01/31/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Continued - Stipulation was rescheduled to 03/05/2020 08:30 AM

01/30/2020 Pursuant to written stipulation, Status Conference scheduled for 02/05/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Continued - Stipulation was rescheduled to 03/05/2020 08:30 AM

01/30/2020 Updated -- Paul M Gelb (Attorney): Organization Name changed from DRINKER BIDDLE & REATH LLP to Faegre Drinker Biddle & Reath LLP

01/29/2020 Stipulation and Order STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR OCEANWIDE PLAZA LLC AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

01/28/2020 Notice of Intent to Appear by Telephone; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

01/28/2020 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant) et al.

01/28/2020 Notice of Intent to Appear by Telephone; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

01/28/2020 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

01/27/2020 Notice of Intent to Appear by Telephone; Filed by: Johnson Controls Fire Protection LP (Defendant)

01/21/2020 Answer; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: Shaw & Sons, Inc., a California corporation (Plaintiff)

01/17/2020 Hearing on Motion to Compel Arbitration scheduled for 03/25/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

01/17/2020 Answer; Filed by: Bapko Metal, Inc., a California corporation (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

01/17/2020 Answer; Filed by: ACCO Engineered Systems, Inc., a California corporation (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

01/15/2020 Answer; Filed by: Pan-Pacific Mechanical LLC, a Delaware limited liability company (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

01/15/2020 Answer; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant); As to: Kamran and Company, Inc., a

California corporation (Plaintiff)

01/15/2020 Complaint; Filed by: Kovach Enclosure Systems LLC, a Delaware limited liability company (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

01/15/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal 7/18 & 8/22/19 B299310 2ND AMENDED; Filed by: Clerk

01/14/2020 Answer; Filed by: The Nevell Group, Inc., a California corporation (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

01/10/2020 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal 7/18/19 & 8/22/19 B299310 AMENDED; Filed by: Clerk

01/10/2020 Answer; Filed by: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

01/10/2020 Answer; Filed by: L.A Downtown Investment, LP (Defendant); As to: The Nevell Group, Inc (Plaintiff)

01/10/2020 Updated -- The Nevell Group, Inc (Plaintiff): Organization Name changed from The Nevell Group, Inc ., a California corporation to The Nevell Group, Inc

01/10/2020 Updated -- Oceanwide Plaza, LLC, (Defendant): Organization Name changed from Oceanwide Plaza, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC,

01/10/2020 Updated -- L.A Downtown Investment, LP (Defendant): Organization Name changed from L.A Downtown Investment, LP, a California limited partnership to L.A Downtown Investment, LP

01/10/2020 Updated -- John Arthur Foust, Jr (Attorney): First Name changed from JOHN to John; Last Name changed from FOUST to Foust; Organization Name changed from RALLS GRUBER & NIECE LLP to Ralls Gruber & Niece LLP; Name Suffix: Jr; Middle Name: Arthur

01/10/2020 Address for John Arthur Foust, Jr (Attorney) clerical correction

01/08/2020 Updated -- Appeal - Notice of Default Issued: As To Parties: Oceanwide Plaza, LLC, a Delaware limited liability company (Appellant)

01/08/2020 Updated -- Appeal - Notice of Default Issued: As To Parties: Oceanwide Plaza, LLC, a Delaware limited liability company (Appellant)

01/07/2020 On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019, entered Request for Dismissal without prejudice filed by Standard Drywall, Inc. as to Advanced Cable Solutions, Inc., a California corporation and Johnson Controls Fire Protection LP, a Delaware limited partnership

01/07/2020 On the Amended Complaint (1st) filed by Standard Drywall, Inc. on 11/27/2019, entered Request for Dismissal without prejudice filed by Standard Drywall, Inc. as to Advanced Cable Solutions, Inc., a California corporation

01/07/2020 Proof of Personal Service; Filed by: Kamran and Company, Inc., a California corporation (Plaintiff); As to: Zolnay Insulation, Inc., a California corporation (Defendant); Service Date: 12/21/2019; Service Cost: 86.55; Service Cost Waived: No

01/07/2020 Proof of Service by Substituted Service; Filed by: Kamran and Company, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a California limited liability company (Defendant); Proof of Mailing Date: 12/13/2019; Service Cost: 101.35; Service Cost Waived: No

01/07/2020 Proof of Service by Substituted Service; Filed by: Kamran and Company, Inc., a California corporation (Plaintiff); As to: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 12/18/2019; Service Cost: 107.60; Service Cost Waived: No

01/07/2020 Proof of Service by Substituted Service; Filed by: Kamran and Company, Inc., a California corporation (Plaintiff); As to: XL Fire Protection, a California corporation (Defendant); Proof of Mailing Date: 12/12/2019; Service Cost: 101.35; Service Cost Waived: No

01/07/2020 Proof of Service by Substituted Service; Filed by: Kamran and Company, Inc., a California corporation (Plaintiff); As to: Shoring Engineers, a California corporation (Defendant); Proof of Mailing Date: 12/17/2019; Service Cost: 101.35; Service Cost Waived: No

01/07/2020 Appeal - Notice of Default Issued; Filed by: Clerk

01/06/2020 Answer; Filed by: Enclos Corp, a Minnesota corporation (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

01/03/2020 Answer; Filed by: WEBCOR CONSTRUCTION, LP, a California limited partnership (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

01/02/2020 Proof of Service by Substituted Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Masonry Concepts, Inc., a California corporation (Defendant); Proof of Mailing Date: 12/26/2019; Service Cost: 104.75; Service Cost Waived: No

01/02/2020 Proof of Personal Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Twining, Inc., a California corporation (Defendant); Service Date: 12/24/2019; Service Cost: 104.75; Service Cost Waived: No

01/02/2020 Proof of Personal Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Kovach, LLC, a Delaware limited liability company (Defendant); Service Date: 12/19/2019; Service Cost: 104.75; Service Cost Waived: No

01/02/2020 Proof of Service by Substituted Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: PHL, Inc. doing business as VNSM, a California corporation (Defendant); Proof of Mailing Date: 12/26/2019; Service Cost: 104.75; Service Cost Waived: No

12/27/2019 Hearing on Motion for Order Staying Discovery as to L.A. Downtown Investment, LP scheduled for 03/13/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

12/26/2019 Answer To First Amended Complaint; Filed by: Webcor Construction L.P., a California limited partnership (Defendant); As to: Standard Drywall, Inc. (Plaintiff)

12/24/2019 Motion re: to Clarify and Confirm Order Staying Discovery; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

12/24/2019 Declaration of Michael E. McCarthy in Support; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

12/23/2019 Appeal - Clerk's Transcript Fee Paid Amount: 1534.70; Page Number: 2

12/23/2019 Pursuant to the request of moving party, Hearing on Motion for Order Staying Discovery as to L.A. Downtown Investment, LP scheduled for 01/17/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Rescheduled by Party was rescheduled to 03/13/2020 08:30 AM

12/18/2019 Answer; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

12/18/2019 Proof of Service by Substituted Service; Filed by: Shaw & Sons, Inc., a California corporation (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Proof of Mailing Date: 12/12/2019; Service Cost: 115.00; Service Cost Waived: No

12/18/2019 Proof of Personal Service; Filed by: Shaw & Sons, Inc., a California corporation (Plaintiff); As to: Chicago Title Insurance Company, a Florida corporation (Defendant); Service Date: 12/06/2019; Service Cost: 95.00; Service Cost Waived: No

12/18/2019 Proof of Service by Substituted Service; Filed by: Shaw & Sons, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 12/09/2019; Service Cost: 95.00; Service Cost Waived: No

12/18/2019 Proof of Personal Service; Filed by: Shaw & Sons, Inc., a California corporation (Plaintiff); As to: Lendlease (US) Construction Inc., a Florida corporation (Defendant); Service Date: 12/06/2019; Service Cost: 95.00; Service Cost Waived: No

12/17/2019 Stipulation and Order STIPULATION AND ORDER STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPLO METAL, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/17/2019 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. AND ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/17/2019 Minute Order (Court Order)

12/13/2019 Answer THE NEVELL GROUP, INC.?S ANSWER TO ENCLOS CORP?S COMPLAINT; Filed by: NEVELL GROUP, INC., a California corporation (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

12/13/2019 Answer DEFENDANT JOHNSON CONTROLS FIRE PROTECTION L.P.'S ANSWER TO PLAINTIFF'S COMPLAINT; Filed by: Johnson Controls Fire Protection LP (Defendant)

12/12/2019 Appeal - Notice of Fees Due for Clerk's Transcript on Appeal 7/18/19 B299310; Filed by: Clerk

12/12/2019 Updated -- Appeal - Notice of Fees Due for Clerk's Transcript on Appeal 7/18/19 B299310: As To Parties: removed

12/12/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: TROYER CONTRACTING COMPANY, INC., a California corporation (Defendant)

12/11/2019 Notice and Acknowledgment of Receipt; Filed by: The Nevell Group, Inc ., a California corporation (Plaintiff); As to: LA Downtown Investment, LP, a California limited partnership (Defendant)

12/11/2019 Stipulation and Order STIPULATION FOR LEAVE FOR L.A. DOWNTOWN INVESTMENT, LP TO FILE AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/11/2019 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC. Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/11/2019 Order ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR FILING REPOSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTIONS, INC. AND OCEANWIDE PLEAZA, LLC TO CROSS-COMPLAINTS OF BAPLO METAL, INC. Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/11/2019 Stipulation - No Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEAWODE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/11/2019 Order ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LEANDLEASE (US) CONSTRUCTION INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/11/2019 Minute Order (Court Order)

12/10/2019 Answer; Filed by: PAN-PACIFIC MECHANICAL, LLC, a Delaware limited liability company (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

12/06/2019 Status Conference scheduled for 02/05/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

12/06/2019 Case numbers 19STCV03357, 19STCV42283 are related; case number 19STCV03357 is the lead case.

12/06/2019 Minute Order (Court Order)

12/06/2019 Certificate of Mailing for (Court Order) of 12/06/2019; Filed by: Clerk

12/04/2019 Notice of Lis Pendens; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

12/04/2019 Notice of Lis Pendens; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

12/04/2019 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC. Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/04/2019 Stipulation - No Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE, PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC; Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/04/2019 Order ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF ACCO ENDINEERED SYSTEMS, INC. Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/04/2019 Answer STANDARD DRYWALL, INC.?S ANSWER TO THE COMPLAINT OF ENCLOS CORP; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Notice of Posting of Jury Fees; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

12/04/2019 Answer; Filed by: Enclos Corp. (Cross-Defendant); As to: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

12/04/2019 Answer; Filed by: Enclos Corp. (Cross-Defendant); As to: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

12/04/2019 Minute Order (Court Order)

12/03/2019 Stipulation and Order STIPULATION FOR LEAVE FOR L.A. DOWNTOWN INVESTMENT, TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

12/03/2019 Answer To Cross-Complaint; Filed by: Pan-Pacific Mechanical, LLC (Cross-Defendant); As to: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

12/03/2019 Answer; Filed by: Pan-Pacific Mechanical, LLC (Cross-Defendant); As to: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

12/03/2019 Minute Order (Court Order)

12/03/2019 Updated -- William Theodore Eliopoulos (Attorney): Organization Name changed from Rutan & Tucker, LLP to Rutan & Tucker LLP; Middle Name changed from T. to Theodore

12/02/2019 Stipulation and Order STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS OF L.A. DOWNTOWN INVESTMENT, LP TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. AND BAPKO METAL, INC. ORDER THEREON; Signed and Filed by: Clerk; As to: Webcor Construction , LP , a California limited partnership (Cross-Complainant); L.A. Downtown Investment, LP, a California limited partnership (Defendant); Bapko Metal, Inc.(DOE 18) (Defendant) et al.

12/02/2019 Motion to Quash Service of Summons; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

12/02/2019 Minute Order (Court Order)

11/27/2019 Answer; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant); As to: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

11/27/2019 Answer; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Cross-Defendant); As to: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

11/22/2019 Complaint; Filed by: Kamran and Company, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a California limited liability company (Defendant); XL Fire Protection, a California corporation (Defendant); Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant) et al.

11/22/2019 Answer; Filed by: BABKO METAL, INC., a California corporation (Defendant); As to: ENCLOS CORP, a Minnesota corporation, (Plaintiff)

11/21/2019 Proof of Service by Substituted Service; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant; Proof of Mailing Date: 11/15/2019; Service Cost: 203.90; Service Cost Waived: No

11/20/2019 Answer; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

11/18/2019 Appeal Document SNAG letter; Filed by: Clerk

11/15/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership (Defendant)

11/15/2019 Answer; Filed by: Standard Drywall, Inc., a California corporation (Defendant)

11/14/2019 Substitution of Attorney; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant)

11/14/2019 Proof of Service by Mail; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); As to: Enclos Corp. (Cross-Defendant)

11/13/2019 Proof of Service by Mail; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant); As to: Enclos Corp. (Cross-Defendant)

11/08/2019 Notice of Posting of Jury Fees; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

11/08/2019 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant) et al.

11/08/2019 Notice of Withdrawal of Counsel; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

11/08/2019 Answer; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant)

11/08/2019 Proof of Service by Mail; Filed by: Standard Drywall, Inc. (DOE 15) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant) et al.

11/08/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: PAN-PACIFIC MECHANICAL, LLC, a Delaware limited liability company (Defendant)

11/08/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant)

11/07/2019 Appeal - Notice Court Reporter to Prepare Appeal Transcript;B299310, NOA 7/18/19 & 8/22/19;; Filed by: Clerk

11/06/2019 Updated -- Appeal - Reporter Appeal Transcript Process Fee Paid Appellant; NOA 8/22/19;: Name Extension changed from Appellant to Appellant; NOA 8/22/19;; As To Parties: removed

11/06/2019 Updated -- Proof of Service by Substituted Service: As To Parties changed from OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant) to OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant)

11/06/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: STANDARD DRYWALL, INC., a California corporation (Defendant)

11/01/2019 Stipulation and Order STIPULATION TO ECTEND THE TIEM FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTION, INC. AND OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINTS OF BAPKO METAL, INC.ORDER THEREON; Signed and Filed by: Clerk; As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Bapko Metal, Inc.(DOE 18) (Defendant)

11/01/2019 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADINGS BY LENDLEASE (US) CONSTRUCTIONS, INC. AND OCEANWIDE PLAZA, LL TO CROSS-COMPLAINTS OF ACCO ENGINEERED SYSTEMS, INC. ORDER THEREON; Signed and Filed by: Clerk; As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

11/01/2019 Minute Order (Court Order)

10/30/2019 Status Conference scheduled for 01/31/2020 at 08:30 AM in Stanley Mosk Courthouse at Department 17

10/30/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

10/30/2019 Order ORDER ON TENTATIVE; Issued and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

10/30/2019 Minute Order (Status Conference; Status Conference; Status Conference)

10/30/2019 Status Conference scheduled for 10/30/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 10/30/2019; Result Type to Held - Continued

10/30/2019 Status Conference scheduled for 10/30/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Held - Continued was rescheduled to 01/31/2020 08:30 AM

10/30/2019 Status Conference scheduled for 10/30/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 10/30/2019; Result Type to Held - Continued

10/29/2019 Answer; Filed by: Johnson Controls Fire Protection LP (Defendant)

10/29/2019 Answer; Filed by: Johnson Controls Fire Protection LP (Defendant)

10/29/2019 Proof of Service by Substituted Service; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 10/23/2019; Service Cost: 0.00; Service Cost Waived: No

10/28/2019 Reply Memorandum of Points and Authorities ISO Motion to Proceed with Discovery; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

10/25/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name); Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant); As to: Enclos Corp. (Cross-Defendant)

10/25/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name); Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); As to: Enclos Corp. (Cross-Defendant)

10/25/2019 Answer; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); Webcor Construction, LP (Plaintiff); As to: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant)

10/25/2019 Answer; Filed by: Webcor Construction, LP (Plaintiff); PHL, Inc. (Cross-Defendant); As to: Bapko Metal, Inc.(DOE 18) (Cross-Complainant)

10/24/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: BABKO METAL, INC., a California corporation (Defendant)

10/24/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: ACCO ENGINEERED SYSTEMS, INC., a California corporation (Defendant)

10/24/2019 On the Complaint filed by ENCLOS CORP, a Minnesota corporation, on 09/10/2019, entered Request for Dismissal without prejudice filed by ENCLOS CORP, a Minnesota corporation, as to ADVANCED CABLE SOLUTIONS, INC., a California corporation

10/24/2019 On the Complaint filed by ENCLOS CORP, a Minnesota corporation, on 09/10/2019, entered Request for Dismissal without prejudice filed by ENCLOS CORP, a Minnesota corporation, as to PHL, INC.

10/23/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: WEBCOR CONSTRUCTION, LP, a California limited partnership (Defendant)

10/21/2019 Proof of Service by Substituted Service; Filed by: Standard Drywall, Inc. (Plaintiff); As to: Oceanwide Plaza LLC (Defendant); Proof of Mailing Date: 10/11/2019; Service Cost: 117.15; Service Cost Waived: No

10/21/2019 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADING BY OCEANWIDE PLAZA, LL TO CROSS-COMPLAINT OF ACCO ENGINEERED SYSTEMS, INC.AND ORDER THEREON; Signed and Filed by: Clerk; As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

10/21/2019 Minute Order (Court Order)

10/18/2019 Answer; Filed by: Nevell Group Inc., a California corporation (Defendant); As to: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff)

10/17/2019 Opposition Defendant Lendlease (Us) Construction, Inc.S Opposition To Plaintiffs Motion To Proceed With Discovery During Defendants Appeals Of Orders Denying Motions To Compel Arbitration; Memorandum Of Points & Authorities In Support Thereof; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

10/17/2019 Declaration Of Josephs. Sestay In Support Of Defendants Opposition To Plaintiff's Motion To Proceed With Discovery During Defendants Appeals Of Orders Denying Motions To Compel Arbitration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

10/17/2019 Opposition Oceanwide Plaza LLC's Opposition to Webcor Construction, LP's Motion to Proceed with Discovery during appeal; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

10/17/2019 Declaration of John Foust in support of Oceanwide Plaza LLC's Opposition to Webcor Construction, LP's Motion to Proceed with Discovery; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

10/17/2019 Notice and Acknowledgment of Receipt; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: NEVELL GROUP, INC., a California corporation (Defendant)

10/15/2019 Answer; Filed by: The Nevell Group, Inc. (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

10/11/2019 Status Conference scheduled for 10/30/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

10/11/2019 Notice and Acknowledgment of Receipt; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: The Nevell Group, Inc. (Defendant)

10/11/2019 Case numbers 19STCV28703, 19STCV24347, 19STCV19167, 19STCV32112, 19STCV28063, 19STCV03357, 19STCV27946 are related; case number 19STCV03357 is the lead case.

10/11/2019 Minute Order (Court Order)

10/11/2019 Certificate of Mailing for (Court Order) of 10/11/2019; Filed by: Clerk

10/10/2019 Stipulation and Order STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADING BY OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINT OF BAPKO METAL, INC. AND ORDER THEREON STIPULATION TO EXTEND THE TIME FOR FILING RESPONSIVE PLEADING BY OCEANWIDE PLAZA, LLC TO CROSS-COMPLAINT OF; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Bapko Metal, Inc.(DOE 18) (Defendant)

10/10/2019 On the Complaint filed by Pan-Pacific Mechanical, LLC, a Delaware limited liability company on 07/12/2019, entered Request for Dismissal without prejudice filed by Pan-Pacific Mechanical, LLC, a Delaware limited liability company as to Advanced Cable Solutions, Inc., a California corporation

10/10/2019 Minute Order (Court Order)

10/09/2019 On the Amended Complaint (1st) filed by Webcor Construction, LP, a California limited partnership, et al. on 03/26/2019, entered Request for Dismissal without prejudice filed by Webcor Construction, LP, a California limited partnership as to Advanced Cable Solutions, Inc.

10/09/2019 On the Amended Complaint (1st) filed by Webcor Construction, LP, a California limited partnership, et al. on 03/26/2019, entered Request for Dismissal without prejudice filed by Webcor Construction, LP, a California limited partnership as to Nevell Group, Inc. - San Diego (DOE 14)

10/08/2019 Request for Dismissal; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Advanced Cable Solutions, Inc. (Defendant)

10/08/2019 On the Complaint filed by ENCLOS CORP, a Minnesota corporation, on 09/10/2019, entered Request for Dismissal without prejudice filed by ENCLOS CORP, a Minnesota corporation, as to ACCO ENGINEERED SYSTEMS, INC., a California corporation, ADVANCED CABLE SOLUTIONS, INC., a California corporation, BABKO METAL, INC., a California corporation, JOHNSON CONTROLS FIRE PROTECTION, LP, a Delaware limited partnership, L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership, LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation, MASONRY CONCEPTS, INC., a California corporation, NEVELL GROUP, INC., a California corporation, OCEANWIDE PLAZA, LLC, a Delaware limited liability company, PAN-PACIFIC MECHANICAL, LLC, a Delaware limited liability company, PHL, INC., STANDARD DRYWALL, INC., a California corporation, TROYER CONTRACTING COMPANY, INC., a California corporation, TWINING, INC., a California corporation, and WEBCOR CONSTRUCTION, LP, a California limited partnership

10/08/2019 On the Complaint filed by ENCLOS CORP, a Minnesota corporation, on 09/10/2019, entered Request for Dismissal without prejudice filed by ENCLOS CORP, a Minnesota corporation, as to TWINING, INC., a California corporation

10/07/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: The Nevell Group, Inc. (Defendant)

10/07/2019 Request for Dismissal; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Nevell Group, Inc. - San Diego (DOE 14) (Defendant)

10/04/2019 Appeal - Notice of Default Issued; Filed by: Clerk

09/30/2019 Dismissal entered on 04/29/2019, is Vacated - CASE NAME AND CASE NUMBER DO NOT MATCH.

09/30/2019 Dismissal entered on 07/09/2019, is Vacated - cASE NAME AND NUMBER DO NOT MATCH.

09/30/2019 ERROR with ROA message definition 77 with DismissalParty:1609565 resulted in empty message

09/30/2019 ERROR with ROA message definition 77 with DismissalParty:1674877 resulted in empty message

09/27/2019 Status Conference scheduled for 10/30/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/27/2019 Status Conference scheduled for 10/30/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/27/2019 Order ORDER GRANTING WEBCOR CONSTRUCTION, LP'S EX PARTE APPLICATIONS TO CONTINUE HEARING DATE AND RE_SETPRE-HEARING DEADLINES; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP , a California limited partnership (Cross-Complainant) et al.

09/27/2019 Notice Notice of Entry of Order Granting Webcor Construction, LP's Ex Parte Application to Continue Hearing Date and Re-Set Pre-Hearing Deadlines; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant) et al.

09/27/2019 Notice WEBCOR CONSTRUCTION, LP'S NOTICE OF MOTION AND MOTION TO PROCEED WITH DISCOVERY DURING DEFENDANTS' APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/27/2019 Memorandum of Points & Authorities WEBCOR CONSTRUCTION, LP'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO PROCEED WITH DISCOVERY DURING DEFENDANTS' APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/27/2019 Proof of Service (not Summons and Complaint); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/27/2019 Declaration DECLARATION OF CARRIE MACINTOSH IN SUPPORT OF WEBCOR CONSTRUCTION, LP'S MOTION TO PROCEED WITH DISCOVERY DURING DEF'S APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/27/2019 Proof of Service by Substituted Service; Filed by: Bapko Metal, Inc.(DOE 18) (Cross-Complainant); As to: PHL, Inc. (Cross-Defendant); Proof of Mailing Date: 09/26/2019; Service Cost: 79.50; Service Cost Waived: No

09/27/2019 Proof of Service by Substituted Service; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Cross-Complainant); As to: PHL, Inc. (Cross-Defendant); Proof of Mailing Date: 09/26/2019; Service Cost: 35.00; Service Cost Waived: No

09/27/2019 Minute Order (Hearing on Ex Parte Application to Continue Hearing Date and ...)

09/27/2019 Hearing on Ex Parte Application to Continue Hearing Date and Re-Set Pre-Hearing Deadlines scheduled for 09/27/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 09/27/2019; Result Type to Held - Motion Granted

09/27/2019 On the Court's own motion, Status Conference scheduled for 10/15/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 10/30/2019 08:30 AM

09/27/2019 On the Court's own motion, Status Conference scheduled for 10/15/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 10/30/2019 08:30 AM

09/26/2019 Hearing on Ex Parte Application to Continue Hearing Date and Re-Set Pre-Hearing Deadlines scheduled for 09/27/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/23/2019 Notice of Motion AND MOTION TO PROCEED WITH DISCOVERY DURING DEFENDANTS? APPEALS OF ORDERS DENYING MOTIONS TO COMPEL ARBITRATION; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/23/2019 Memorandum of Points & Authorities; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/23/2019 Proof of Service (not Summons and Complaint); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/23/2019 Declaration of Carrie MacIntosh ISO Webcor Motion to Proceed with Discovery; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name); Filed by ACCO Engineered Systems, Inc. (DOE 17) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction , LP, a California limited partnership (Cross-Complainant)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name); Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name); Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); As to: Bapko Metal, Inc.(DOE 18) (Defendant); Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant)

09/20/2019 Amendment to Cross-Complaint (Fictitious/Incorrect Name); Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant); As to: Bapko Metal, Inc.(DOE 18) (Defendant); Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Defendant)

09/11/2019 Proof of Personal Service; Filed by: The Nevell Group, Inc ., a California corporation (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Service Date: 08/30/2019; Service Cost Waived: No

09/10/2019 Status Conference scheduled for 10/15/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/10/2019 Status Conference scheduled for 10/15/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/10/2019 Order ORDER GRANTING WEBCOR CONSTRUCTION, LP'S EX PARTE APPLICATION TO CONTINUE HEARING DATE AND RE-SET PRE-HEARING DEADLINES; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

09/10/2019 Notice of Entry of Order Granting Webcor EPA to Continue Hearing Date and Reset Pre-Hearing Deadlines; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

09/10/2019 Complaint; Filed by: ENCLOS CORP, a Minnesota corporation, (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION, INC., a Florida corporation (Defendant); OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant); L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant) et al.

09/10/2019 Minute Order (Hearing on Ex Parte Application to Continue Hearing Date and ...)

09/10/2019 Hearing on Ex Parte Application to Continue Hearing Date and Reset Prehearing Deadlines scheduled for 09/10/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 09/10/2019; Result Type to Held - Motion Granted

09/10/2019 On the Court's own motion, Status Conference scheduled for 10/01/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 10/15/2019 08:30 AM

09/10/2019 On the Court's own motion, Status Conference scheduled for 10/01/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Continued - by Court was rescheduled to 10/15/2019 08:30 AM

09/09/2019 Hearing on Ex Parte Application to Continue Hearing Date and Reset Prehearing Deadlines scheduled for 09/10/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

09/09/2019 Minute Order (Court Order)

09/09/2019 Certificate of Mailing for (Court Order) of 09/09/2019; Filed by: Clerk

09/09/2019 Certificate of Mailing for (Court Order) of 09/09/2019; Filed by: Clerk

09/09/2019 Case numbers 19STCV03357, 19STCV30916, 19STCV28703 are related; case number 19STCV03357 is the lead case.

09/06/2019 Association of Attorney; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

09/06/2019 Updated -- Richard P. Wagner, Esq. (Attorney): Name Suffix: Esq.

09/06/2019 Address for Richard P. Wagner, Esq. (Attorney) null

09/05/2019 On the Complaint filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation on 06/03/2019, entered Request for Dismissal without prejudice filed by ADVANCED CABLE SOLUTIONS, INC., a California corporation as to the entire action

09/03/2019 Answer of Bapko Metal, Inc. to Unverified Complaint of Pan-Pacific Mechanical, LLC; Filed by: Bapko Metal, Inc., a California Corporation (Defendant); As to: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff)

09/03/2019 Answer of ACCO Engineered Systems, Inc. to Unverified Complaint of Pan-Pacific Mechanical, LLC; Filed by: Acco Engineered Systems, Inc., a California corporation (Defendant); As to: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff)

09/03/2019 Updated -- Gordon G. May (Attorney): Middle Name: G.

09/03/2019 Address for Gordon G. May (Attorney) updated

08/30/2019 Complaint; Filed by: Shaw & Sons, Inc., a California corporation (Plaintiff); As to: Lendlease (US) Construction Inc., a California corporation (Defendant); Oceanwide Plaza LLC, a Delaware limited liability company (Defendant)

08/29/2019 Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U": As To Parties: removed

08/29/2019 Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U": Name Extension: "U"; As To Parties: removed

08/29/2019 Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U": Name Extension: "U"; As To Parties: removed

08/29/2019 Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103 "U": As To Parties: removed

08/29/2019 Appeal - Reporter Appeal Transcript Process Fee Paid Appellant; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Appellant)

08/29/2019 Appeal - Reporter Appeal Transcripts Deposit Paid Appellant; Filed by:

08/27/2019 Updated -- Respondent's Ntc Designating Record of Appeal: Exact Name: Respondent's Ntc Designating Record of Appeal; As To

Parties: removed

08/27/2019 Status Conference scheduled for 10/01/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

08/27/2019 The case is placed in special status of: Deemed Not Related

08/27/2019 Case numbers 19STCV03357, 19STCV28063, 19STCV19167, 19STCV24347, 19STCV27946 are related; case number 19STCV03357 is the lead case.

08/27/2019 Minute Order (Court Order)

08/27/2019 Certificate of Mailing for (Court Order) of 08/27/2019; Filed by: Clerk

08/27/2019 Certificate of Mailing for (Court Order) of 08/27/2019; Filed by: Clerk

08/27/2019 Certificate of Mailing for (Court Order) of 08/27/2019; Filed by: Clerk

08/26/2019 Updated -- Appeal - Notice of Appeal/Cross Appeal Filed: As To Parties changed from Webcor Construction, LP, a California limited partnership (Respondent), PHL, Inc. (Respondent), L.A. Downtown Investment, LP, a California limited partnership (Respondent), Troyer Contracting Company, Inc. (DOE 16) (Respondent), Masonry Concepts, Inc., a California corporation (Respondent), Webcor Construction, LP, a California limited partnership (Respondent), Advanced Cable Solutions, Inc. (Respondent), Standard Drywall, Inc. (DOE 15) (Respondent), Chicago Title Insurance Company, a Florida corporation (Respondent), Nevell Group, Inc. - San Diego (DOE 14) (Respondent), Bapko Metal, Inc. (DOE 18) (Respondent), Twining, Inc., a California corporation (Respondent), Oceanwide Plaza, LLC, a Delaware limited liability company (Respondent), ACCO Engineered Systems, Inc. (DOE 17) (Respondent), Johnson Controls Fire Protection LP (Respondent) to Johnson Controls Fire Protection LP (Respondent), Webcor Construct

08/26/2019 Notice of Filing of Notice of Appeal (Unlimited Civil) for Notice of Appeal, filed 8/22/19 ("U"); Filed by: Clerk

08/26/2019 Appeal - Ntc Designating Record of Appeal APP-003/010/103; Filed by: Webcor Construction, LP, a California limited partnership (Respondent)

08/22/2019 Answer; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

08/22/2019 Cross-Complaint; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant) et al.

08/22/2019 Summons on Complaint (1st); Issued and Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant) et al.

08/22/2019 Appeal - Notice of Appeal/Cross Appeal Filed; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Appellant); As to: Webcor Construction, LP, a California limited partnership (Respondent); Nevell Group, Inc. - San Diego (DOE 14) (Respondent); Johnson Controls Fire Protection LP (Respondent) et al. To be paid at Central: No

08/22/2019 Answer; Filed by: Bapko Metal, Inc.(DOE 18) (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

08/22/2019 Summons Cross-Complaint; Issued and Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant) et al.

08/22/2019 Cross-Complaint; Filed by: ACCO Engineered Systems, Inc. (DOE 17) (Defendant); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant) et al.

08/16/2019 Status Conference scheduled for 10/01/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

08/16/2019 Minute Order (Status Conference)

08/16/2019 Status Conference scheduled for 08/16/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Held - Continued was rescheduled to 10/01/2019 08:30 AM

08/15/2019 Updated -- Appeal - Ntc Designating Record of Appeal APP-003/010/103: As To Parties: removed

08/15/2019 Case Management Statement; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

08/14/2019 Complaint; Filed by: Troyer Contracting Company, Inc. (Plaintiff); As to: Oceanwide Plaza, LLC (Defendant)

08/13/2019 Updated -- Standard Drywall, Inc. (Plaintiff): Organization Name changed from Standard Drywall, Inc., a California corporation to Standard Drywall, Inc.

08/13/2019 Updated -- Oceanwide Plaza LLC (Defendant): Organization Name changed from Oceanwide Plaza LLC, a Delaware limited liability company to Oceanwide Plaza LLC

08/13/2019 Address for Nowell Lantz (Attorney) updated

08/12/2019 Appeal - Ntc Designating Record of Appeal APP-003/010/103; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Appellant)

08/12/2019 Appeal - Reporter Appeal Transcript Process Fee Paid; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Appellant); LEGAL SUPPORT NETWORK, LLC (Plaintiff)

08/12/2019 Notice Of Appeal Of Defendant Lendlease (Us) Construction, Inc. Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

08/12/2019 Address for Trevor O. Resurreccion (Attorney) updated

08/12/2019 Updated -- The Nevell Group, Inc ., a California corporation (Plaintiff): Organization Name changed from THE NEVELL GROUP, INC., a California corporation to The Nevell Group, Inc ., a California corporation

08/12/2019 Updated -- Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant): Organization Name changed from OCEANWIDE PLAZA, LLC, a Delaware limited liability company to Oceanwide Plaza, LLC, a Delaware limited liability company

08/12/2019 Updated -- L.A Downtown Investment, LP, a California limited partnership (Defendant): Organization Name changed from L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership to L.A Downtown Investment, LP, a California limited partnership

08/12/2019 Updated -- Trevor O. Resurreccion (Attorney): Organization Name changed from LYNBERG & WATKINS to Lynberg & Watkins APC

08/08/2019 Proof of Personal Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Chicago Title Insurance Company, a Florida corporation (Defendant); Service Date: 07/29/2019; Service Cost: 287.50; Service Cost Waived: No

08/08/2019 Proof of Service by Substituted Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 07/30/2019; Service Cost: 430.53; Service Cost Waived: No

08/08/2019 Complaint; Filed by: THE NEVELL GROUP, INC., a California corporation (Plaintiff); As to: OCEANWIDE PLAZA, LLC, a Delaware limited liability company (Defendant); L.A. DOWNTOWN INVESTMENT, LP, a California limited partnership (Defendant)

08/08/2019 Proof of Personal Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Bapko Metal, Inc., a California Corporation (Defendant); Service Date: 07/29/2019; Service Cost: 372.00; Service Cost Waived: No

08/08/2019 Proof of Personal Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Acco Engineered Systems, Inc., a California corporation (Defendant); Service Date: 07/29/2019; Service Cost: 411.50; Service Cost Waived: No

08/08/2019 Proof of Service by Substituted Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Standard Drywall, Inc., a California corporation (Defendant); Proof of Mailing Date: 07/30/2019; Service Cost: 386.50; Service Cost Waived: No

08/08/2019 Proof of Service by Substituted Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Nevell Group Inc., a California corporation (Defendant); Proof of Mailing Date: 07/30/2019; Service Cost: 400.75; Service Cost Waived: No

08/08/2019 Proof of Personal Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Lend Lease (US) Construction, Inc., a Florida corporation (Defendant); Service Date: 07/31/2019; Service Cost: 497.75; Service Cost Waived: No

08/08/2019 Proof of Personal Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Johnson Controls Fire Protection L.P., a Delaware limited partnership (Defendant); Service Date: 07/29/2019; Service Cost: 396.25; Service Cost Waived: No

08/08/2019 Proof of Service by Substituted Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Troyer Contracting Company, Inc., a California corporation (Defendant); Proof of Mailing Date: 07/30/2019; Service Cost: 404.50; Service Cost Waived: No

08/08/2019 Proof of Personal Service; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Advanced Cable Solutions, Inc., a California corporation (Defendant); Service Date: 07/30/2019; Service Cost: 421.25; Service Cost Waived: No

08/07/2019 Complaint; Filed by: Standard Drywall, Inc., a California corporation (Plaintiff); As to: Oceanwide Plaza LLC, a Delaware limited liability company (Defendant)

08/06/2019 Case Management Statement; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

08/02/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: TOHIGH CONSTRUCTION INVESTMENT LLC, an unknown entity (Defendant); Proof of Mailing Date: 07/08/2019; Service Cost: 88.44; Service Cost Waived: No

08/02/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: OCEANWIDE PLAZA LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 07/15/2019; Service Cost: 67.44; Service Cost Waived: No

08/02/2019 Proof of Personal Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION INC., a Florida corporation (Defendant); Service Date: 07/25/2019; Service Cost: 63.50; Service Cost Waived: No

08/02/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: OCEANWIDE PLAZA I LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 07/25/2019; Service Cost: 46.44; Service Cost Waived: No

08/02/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: OCEANWIDE HOLDINGS SF CO. LTD., a Delaware limited liability company (Defendant); Proof of Mailing Date: 07/12/2019; Service Cost: 88.44; Service Cost Waived: No

08/02/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: OCEANWIDE PLAZA II LLC, a Delaware limited liability company (Defendant); Proof of Mailing Date: 07/15/2019; Service Cost: 46.44; Service Cost Waived: No

08/01/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Troyer Contracting Company, Inc. (DOE 16) (Defendant); Service Date: 07/22/2019; Service Cost Waived: No

08/01/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Advanced Cable Solutions, Inc. (Defendant); Service Date: 07/30/2019; Service Cost Waived: No

07/30/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Standard Drywall, Inc. (DOE 15) (Defendant); Service Date: 07/22/2019; Service Cost Waived: No

07/30/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Nevell Group, Inc. - San Diego (DOE 14) (Defendant); Service Date: 07/23/2019; Service Cost Waived: No

07/30/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Johnson Controls Fire Protection LP (Defendant); Service Date: 07/22/2019; Service Cost Waived: No

07/26/2019 Address for Briana Richmond (Attorney) null

07/24/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: SIMPLEXGRINNELL LP doing business as TYCO SIMPLEXGRINNELL (Defendant); Proof of Mailing Date: 07/10/2019; Service Cost: 46.44; Service Cost Waived: No

07/24/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: JOHNSON CONTROLS, an unknown entity (Defendant); Proof of Mailing Date: 07/10/2019; Service Cost: 46.44; Service Cost Waived: No

07/24/2019 Proof of Service by Substituted Service; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: SIMPLEXGRINNELL LP an unknown entity (Defendant); Proof of Mailing Date: 07/10/2019; Service Cost: 67.44; Service Cost Waived: No

07/24/2019 Appeal - Notice of Filing of Notice of Appeal; Filed by: Clerk

07/24/2019 Notice and Acknowledgment of Receipt; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Bapko Metal, Inc.(DOE 18) (Defendant)

07/24/2019 Notice and Acknowledgment of Receipt; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

07/24/2019 Updated -- Appeal - Notice of Filing of Notice of Appeal: As To Parties: removed

07/19/2019 Updated -- Appeal - Notice of Appeal/Cross Appeal Filed: As To Parties changed from Lendlease (US) Construction, Inc., a Florida corporation (Respondent), Webcor Construction, LP, a California limited partnership (Respondent) to Webcor Construction, LP, a California limited partnership (Respondent), Lendlease (US) Construction, Inc., a Florida corporation (Respondent)

07/19/2019 Proof of Service by Substituted Service; Filed by: XL FIRE PROTECTION , CO. (Plaintiff); Proof of Mailing Date: 07/10/2019; Service Cost: 69.50; Service Cost Waived: No

07/18/2019 Appeal - Notice of Appeal/Cross Appeal Filed; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Appellant); As to: Webcor Construction, LP, a California limited partnership (Respondent); Lendlease (US) Construction, Inc., a Florida corporation (Respondent); To be paid at Central: Yes

07/18/2019 Proof of Personal Service; Filed by: XL FIRE PROTECTION , CO. (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION, INC. (Defendant); Service Date: 07/02/2019; Service Cost Waived: No

07/16/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Johnson Controls Fire Protection LP (Defendant)

07/16/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Advanced Cable Solutions, Inc. (Defendant)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Nevell Group, Inc. - San Diego (DOE 14) (Defendant)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Troyer Contracting Company, Inc. (DOE 16) (Defendant)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Standard Drywall, Inc. (DOE 15) (Defendant)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Bapko Metal, Inc.(DOE 18) (Defendant)

07/12/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: ACCO Engineered Systems, Inc. (DOE 17) (Defendant)

07/12/2019 Complaint; Filed by: Pan-Pacific Mechanical, LLC, a Delaware limited liability company (Plaintiff); As to: Lend Lease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Chicago Title Insurance Company, a Florida corporation (Defendant) et al.

07/12/2019 Pursuant to the request of moving party, Hearing on Motion to Compel Motion to Compel Further Responses to Discovery Requests scheduled for 07/22/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Taken Off Calendar by Party on 07/12/2019

07/09/2019 On the Amended Complaint (1st) filed by Webcor Construction, LP, a California limited partnership, et al. on 03/26/2019, entered Request for Dismissal without prejudice filed by Webcor Construction, LP, a California limited partnership as to Masonry Concepts, Inc., a California corporation

07/09/2019 Notice of Entry of Order Denying Lendlease Motion to Compel Arbitration and Stay Proceedings; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

07/09/2019 Notice of Entry of Order Denying Oceanwide Motion to Compel Arbitration and Stay Proceedings; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

07/08/2019 Request for Dismissal; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Masonry Concepts, Inc., a California corporation (Defendant)

07/03/2019 Order COURT'S RULING; Issued and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant)

et al.

07/03/2019 Order COURT RULING; Issued and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

07/03/2019 Certificate of Mailing for Minute Order (Ruling on Submitted Matter) of 07/03/2019 and copy of court's rulings; Filed by: Clerk

07/03/2019 Minute Order (Ruling on Submitted Matter)

06/27/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

06/27/2019 Status Conference scheduled for 08/16/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

06/27/2019 Minute Order (Nunc Pro Tunc Order)

06/27/2019 Minute Order (Hearing on Motion to Compel Arbitration; Hearing on Motion to...)

06/27/2019 Hearing on Motion to Compel Arbitration scheduled for 06/27/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 06/27/2019; Result Type to Held - Taken under Submission

06/27/2019 Hearing on Motion to Compel Arbitration scheduled for 06/27/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 06/27/2019; Result Type to Held - Taken under Submission

06/25/2019 Complaint; Filed by: XL FIRE PROTECTION , CO. (Plaintiff); As to: LENDLEASE (US) CONSTRUCTION, INC. (Defendant); OCEANWIDE PLAZA, LLC (Defendant)

06/25/2019 Declaration of Hannah Goodwin ISO Objection to Lendlease Reply and Oceanwide Supplemental Reply ISO Motion to Compel Arbitration and Stay Proceedings; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/25/2019 Objection to Lendlease Reply and Oceanwide Supplemental Reply ISO Motion to Compel Arbitration and Stay Proceedings; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/24/2019 Notice of Entry of Order Denying Oceanwide Plaza LLC's Motion to Release or Reduce Mechanic's Lien; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

06/24/2019 Answer of Defendant L.A. Downtown Investment, LP; Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/24/2019 Proof of Service (not Summons and Complaint); Filed by: L.A. Downtown Investment, LP, a California limited partnership (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Reply to Plaintiff's Opposition to Lendlease's Motion to Compel Arbitration and Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Separate Statement; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Notice of Lodging of Reporter's Transcript of Deposition of John Harrington; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Declaration of Joseph S. Sestay in Support of Lendlease's Reply to Plaintiff's Opposition to Motion to Compel Arbitration and Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Objection (Evidentiary) to Declaration of John Harrington Filed in Support of Webcor's Opposition to Lendlease's Motion to Compel Arbitration and Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Supplemental Declaration of Scott Weyman in Reply to Opposition of Webcor to Lendlease's Motion to Compel Arbitration and to Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Declaration Supplemental Declaration of John Foust ISO Mtn to Compel Arbitration; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

06/20/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/20/2019 Reply Supplemental Reply ISO Motion to Compel Arbitration; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

06/17/2019 Order COURT RULING; Issued and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

06/17/2019 Minute Order (Ruling on Submitted Matter)

06/17/2019 Certificate of Mailing for Minute Order (Ruling on Submitted Matter) of 06/17/2019 and copy of ruling; Filed by: Clerk

06/14/2019 Declaration John Harrington Declaration In Support Of Webcor Opposition to Lendlease MTC Arbitration; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/14/2019 Declaration In Support Of Webcor Opposition to Lendlease MTC Arbitration; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/14/2019 Memorandum of Points & Authorities; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/12/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown

Investment, LP, a California limited partnership (Plaintiff);

06/12/2019 Minute Order (Hearing on Motion - Other RELEASE REDUCE MECHANIC'S LIEN)

06/12/2019 Hearing on Motion - Other RELEASE REDUCE MECHANIC'S LIEN scheduled for 06/12/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 06/12/2019; Result Type to Held - Taken under Submission

06/11/2019 Updated -- Milene C Apanian, Esq. (Attorney): Name Suffix: Esq. Middle Name: C

06/11/2019 Address for Milene C Apanian, Esq. (Attorney) updated

06/05/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

06/05/2019 Case Management Statement; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

06/05/2019 Objection Objection to Lendlease?s Untimely Joinder to Webcor?s Opposition to Lambert Motion; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

06/05/2019 Declaration Kyle Vasa Bertolucci ISO Reply Supplemental Brief; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/05/2019 Declaration Jack Harrington Declaration ISO Reply Supplemental Brief; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/05/2019 Memorandum of Points & Authorities; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/05/2019 Notice of Posting of Jury Fees; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

06/05/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Advanced Cable Solutions, Inc. (Defendant); Type: Fictitious Name

06/05/2019 Amendment to Complaint (Fictitious/Incorrect Name); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Johnson Controls Fire Protection LP (Defendant); Type: Fictitious Name

06/03/2019 Complaint; Filed by: ADVANCED CABLE SOLUTIONS, INC., a California corporation (Plaintiff); As to: SIMPLEXGRINNELL LP an unknown entity (Defendant); SIMPLEXGRINNELL LP doing business as TYCO SIMPLEXGRINNELL (Defendant); JOHNSON CONTROLS, an unknown entity (Defendant) et al.

05/30/2019 Case Management Statement; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/30/2019 Case Management Statement; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

05/28/2019 Declaration DECLARATION OF PHILIP IN SUPPORT OF LENDLEASE JOINDER TO THE OPPOSITION; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

05/28/2019 Joinder BY LENDLEASE (US) CONSTRUCTION, INC., IN SUPPORT OF PLAINTIFF WEBCOR'S OPPOSITION TO OCEANWIDE PLAZA. LLC'S MOTION TO RELEASE OR REDUCE MECHANIC'S LIEN; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

05/28/2019 Supplemental Declaration of Lambert ISO Motion to Release or Reduce Mechanic's Lien; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

05/28/2019 Brief Supplemental Brief ISO Motion to Release or Reduce Mechanic's Lien; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

05/28/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

05/23/2019 Association of Attorney; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

05/21/2019 Memorandum of Points & Authorities; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibit B1-B7; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplemental MPA in Opposition to Oceanwide Lambert Motion - Exhibits D22-D32; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibits B8-B50; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibit D1-D21; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibit A1-A41; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibits B51-B83; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibits C1-C10; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration of Kyle Vasa Bertolucci ISO Supplemental MPA in Opposition to Oceanwide Lambert Motion; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplemental MPA in Opposition to Oceanwide Lambert Motion - Exhibits B116-133; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration (Declaration of Kyle Vasa Bertolucci ISO Supplementel MPA in Opposition to Oceanwide Lambert Motion - Exhibits B84-B115; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/21/2019 Declaration Declaration of John Harrington ISO Supplemental MPA in Opposition to Oceanwide Lambert Motion; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/14/2019 Minute Order (Order to Show Cause Re: Failure to File Proof of Service)

05/14/2019 Order to Show Cause Re: Failure to File Proof of Service scheduled for 05/14/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 05/14/2019

05/13/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Service Date: 05/10/2019; Service Cost Waived: No

05/09/2019 Declaration Declaration of Carrie MacIntosh ISO Webcor's Request to Take Off Calendar 5/14/19 OSC Hearing re Failure to File POS for LA Downtown Investment; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/09/2019 Request Webcor's Request to Take Off Calendar 5/14/19 OSC Heaing re Failure to File POS for LA Downtown Investment; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

05/07/2019 Hearing on Motion - Other RELEASE REDUCE MECHANIC'S LIEN scheduled for 06/12/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

05/07/2019 Order ORDER ON TENTATIVE RULING; Issued and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

05/07/2019 Order ORDER FOR SERVICE OF SUMMONS AND COMPLAINT RE PERSONAL DELIVERY TO THE SECRETARY OF STATE PURSUANT TO CORP. CODE SECTION 15901.16; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

05/07/2019 Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Signed and Filed by: Clerk; As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

05/07/2019 Minute Order (Hearing on Ex Parte Application for order to shortening time;...)

05/07/2019 Hearing on Ex Parte Application for order to shortening time scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 05/07/2019; Result Type to Held

05/07/2019 Hearing on Motion - Other RELEASE REDUCE MECHANIC'S LIEN scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Held - Continued was rescheduled to 06/12/2019 08:30 AM

05/07/2019 Hearing on Ex Parte Application for Order for Service of Summons and Complaint scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 05/07/2019; Result Type to Held - Continued

05/06/2019 Hearing on Ex Parte Application for Order for Service of Summons and Complaint scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

05/01/2019 Notice of Errata to Declaration of John Harrington ISO Webcor Construction, LP'S Memorandum of Points and Authorities in Sopposition to Oceanwide Plaza LLC's Motion to Release or Reduce Mechanic's Lien; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/30/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff)

04/30/2019 Reply Reply ISO Motion to Release or Reduce Mechanic's Lien; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/29/2019 On the Amended Complaint (1st) filed by Webcor Construction, LP, a California limited partnership, et al. on 03/26/2019, entered Request for Dismissal without prejudice filed by Webcor Construction, LP, a California limited partnership as to Twining, Inc., a California corporation

04/29/2019 Request for Dismissal; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Twining, Inc., a California corporation (Defendant)

04/26/2019 Hearing on Motion to Compel Arbitration scheduled for 06/27/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/26/2019 Minute Order (Hearing on Motion to Compel Arbitration; Hearing on Ex Parte ...)

04/26/2019 Hearing on Motion to Compel Arbitration scheduled for 04/26/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Held - Continued was rescheduled to 06/27/2019 08:30 AM

04/26/2019 Hearing on Ex Parte Application Defendant Lendlease (US) Construction, Inc.'s Orders (1) Consolidating Pending Motions to Compel Arbitration; (2) Advancing Hearing on Motions to Compel; and (3) Staying all Proceedings Pending Hearing on Motions to Compel scheduled for 04/26/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 updated: Result Date to 04/26/2019; Result Type to Held - Motion Granted

04/26/2019 Hearing on Motion to Compel Arbitration scheduled for 06/27/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/25/2019 Hearing on Ex Parte Application Defendant Lendlease (US) Construction, Inc.'s Orders (1) Consolidating Pending Motions to Compel Arbitration; (2) Advancing Hearing on Motions to Compel; and (3) Staying all Proceedings Pending Hearing on Motions to Compel scheduled for

04/26/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/25/2019 Memorandum of Points & Authorities; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/25/2019 Opposition Webcor's Opposition to Lendlease Ex Parte Application for Orders Consolidating Pending Motions to Compel Arbitration; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/25/2019 Motion to Compel Arbitration; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/25/2019 Memorandum of Points & Authorities; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

04/25/2019 Declaration of Scott Weyman in Support of Motion to Compel Arbitration and to Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

04/25/2019 Declaration of Ross Weyman in Support of Motion to Compel Arbitration and to Stay Proceedings; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

04/25/2019 Request for Judicial Notice; Filed by: Lendlease (US) Construction, Inc., a Florida corporation (Defendant)

04/24/2019 Request for Judicial Notice WEBCOR CONSTRUCTION, LP?S REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS IN SUPPORT OF OPPOSITION TO OCEANWIDE PLAZA LLC?S MOTION TO RELEASE OR REDUCE MECHANIC?S LIEN; AND DECLARATION OF CARRIE MACINTOSH IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/24/2019 Declaration of J. Harrington ISO Webcor's Opposition to Oceanwide Plaza LLC's Motion to Release or Reduce Mechanic's Lien; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/19/2019 Reply Reply ISO Motion to Compel Arbitration; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/19/2019 Declaration Declaration of Choi ISO Motion to Compel Arbitration and Stay Proceedings; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/19/2019 Declaration Declaration of John Foust ISO Motion to Compel Arbitration and Stay Proceedings; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/19/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff)

04/15/2019 Opposition Webcor Construction, LP's Memorandum of Points and Authorities in Opposition to Oceanwide Plaza LLC's Motion to Compel Arbitration and Stay Proceedings; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/15/2019 Declaration Declaration of John Harrington in Support of Webcor's Opposition to Oceanwide's Motion to Compel Arbitration and Stay Proceedings; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/15/2019 Proof of Service (not Summons and Complaint); Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/11/2019 Motion for Order DEFENDANT OCEANWIDE PLAZA LLC?S AMENDED NOTICE OF MOTION TO RELEASE OR REDUCE MECHANIC?S LIEN (AMENDED); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/10/2019 Hearing on Motion - Other RELEASE REDUCE MECHANIC'S LIEN scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/10/2019 Declaration of Gregory Mowbray in Support of Oceanwide Plaza LLC?s Motion to Release or Reduce Mechanic?s Lien; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/10/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/10/2019 Memorandum of Points & Authorities; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/10/2019 Declaration of Ken W. Choi in Support of Motion to Release or Reduce Mechanic?s Lien (Lambert Motion); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/10/2019 Motion for Order to Release or Reduce Mechanic's Lien; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/10/2019 Declaration Errata to Declaration of Gregory Mowbray in Support of Defendant Oceanwide Plaza LLC's Notice of Motion and Motion to Compel Arbitration and Stay Proceedings; Declaration of John Foust; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/10/2019 Hearing on Motion for Order to Release or Reduce Mechanic's Lien scheduled for 06/21/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/10/2019 Hearing on Motion for Order to Release or Reduce Mechanic's Lien scheduled for 06/21/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Vacated by Court on 04/10/2019

04/08/2019 Declaration on Non Monetary Status; Filed by: Chicago Title Insurance Company, a Florida corporation (Defendant)

04/05/2019 Proof of Service (not Summons and Complaint); Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: PHL, Inc. (Defendant); Service Date: 03/29/2019; Service Cost Waived: No

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Chicago Title Insurance Company, a Florida corporation (Defendant); Service Date: 03/29/2019; Service Cost Waived: No

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Service Date: 02/11/2019; Service Cost Waived: No

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Twining, Inc., a California corporation (Defendant); Service Date: 03/29/2019; Service Cost Waived: No

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Masonry Concepts, Inc., a California corporation (Defendant); Service Date: 03/29/2019; Service Cost Waived: No

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); Service Date: 03/28/2019; Service Cost Waived: No

04/05/2019 Proof of Personal Service; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Service Date: 03/29/2019; Service Cost Waived: No

04/05/2019 Hearing on Motion to Compel Arbitration scheduled for 04/26/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/04/2019 Hearing on Ex Parte Application fir irder sgirtebubg time scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/04/2019 Ex Parte Application DEFENDANT OCEANWIDE PLAZE LL'S EX PARTE NOTICE AND APPLICATION FOR ORDER SHORTENING TIME POINTS & AUTHORITIES; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant) et al.

04/04/2019 Declaration DECLARATION OF JOHN FOUST IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/04/2019 Declaration DECLARATION OF KEN W. CHOI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/04/2019 Declaration of Gregory Mowbray ISO Motion to Compel Arbitration and Stay Proceedings; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/04/2019 Memorandum of Points & Authorities; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/04/2019 Declaration of John Foust ISO Motion to Compel Arbitration and Stay Proceedings; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

04/04/2019 Motion to Compel Arbitration; Filed by: Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant); As to: Webcor Construction, LP, a California limited partnership (Plaintiff)

04/04/2019 Hearing on Ex Parte Application for order to shortening time scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

04/04/2019 Minute Order (Court Order)

04/04/2019 Minute Order (Ex-Parte Proceedings)

04/04/2019 On the Court's own motion, Hearing on Ex Parte Application fir irder sgirtebubg time scheduled for 05/07/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17 Not Held - Advanced and Vacated on 04/04/2019

04/03/2019 Opposition to Oceanwide Plaza LLC's Ex Parte Applicatoin for Order Shortening Time; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/29/2019 Amended Notice of Pendency of Action; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/28/2019 Summons To First Amended Complaint; Issued and Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff)

03/26/2019 Amended Complaint; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: Webcor Construction, LP, a California limited partnership (Plaintiff); L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant) et al.

03/14/2019 Order to Show Cause Failure to File Proof of Service; Filed by: Clerk

03/14/2019 Order to Show Cause Re: Failure to File Proof of Service scheduled for 05/14/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

03/14/2019 Notice of Case Management Conference; Filed by: Clerk

03/14/2019 Case Management Conference scheduled for 06/14/2019 at 08:30 AM in Stanley Mosk Courthouse at Department 17

02/22/2019 Notice OF PENDENCY OF ACTION; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

02/05/2019 Case assigned to Hon. Richard E. Rico in Department 17 Stanley Mosk Courthouse

01/31/2019 Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

01/31/2019 Updated -- Complaint: Status Date changed from 09/11/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 04/02/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 06/02/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 11/15/2021 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 08/30/2019 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 07/22/2019 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 08/27/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 12/14/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 12/02/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 11/15/2021 to 01/31/2019

01/31/2019 Summons on Complaint; Issued and Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

01/31/2019 Updated -- Complaint: Status Date changed from 06/01/2020 to 01/31/2019

01/31/2019 Civil Case Cover Sheet; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

01/31/2019 Complaint; Filed by: Webcor Construction, LP, a California limited partnership (Plaintiff); As to: L.A. Downtown Investment, LP, a California limited partnership (Defendant); Lendlease (US) Construction, Inc., a Florida corporation (Defendant); Oceanwide Plaza, LLC, a Delaware limited liability company (Defendant)

01/31/2019 Updated -- Complaint: Status Date changed from 02/11/2021 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 11/22/2019 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 03/20/2020 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 09/10/2019 to 01/31/2019

01/31/2019 Updated -- Complaint: Status Date changed from 05/15/2020 to 01/31/2019

NEW SEARCH