| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **BRYAN CAVE LEIGHTON PAISNER LLP**<br>SHARON Z. WEISS (State Bar No. 169446)<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California  90401-2386<br>Telephone:(310) 576 2100<br>Facsimile:  (310) 576 2200<br><br>Jarret P. Hitchings Admitted (Pro Hac Vice)<br>jarret.hitchings@bclplaw.com<br>One Wells Fargo Center<br>301 S. College Street, Suite 2150<br>Charlotte, North Carolina 28202<br>Telephone:(704) 749-8999<br>Facsimile: (704) 749-8990<br><br>☐ *Individual appearing without attorney*<br>☒ *Proposed Attorney for:* Oceanwide Plaza LLC | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Oceanwide Plaza LLC,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-11057-DS<br><br>CHAPTER:  11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ * Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. <u>Bar Date</u>. The court has set a deadline of *(date)* __**June 26, 2024**__, (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

    **SEE ATTACHMENT 1 FOR LOCATION AND INSTRUCTIONS FOR FILING A PROOF OF CLAIM**

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court. <u>Please see Attachment 1 for instructions on how to obtain a proof of claim form from Stretto.</u>

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

    (a) <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 3                                      F 3003-1.NOTICE.BARDATE

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* ___03/11/2024___, and therefore calculates that this deadline is *(date)* ___09/07/2024___). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2)** <u>and</u> **503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date:   ___April 18, 2024___        By: ___*/s/ Sharon Z. Weiss*, Proposed Counsel to the Debtor___
                                        Signature of Debtor, chapter 11 trustee, or their attorney

                                    Name:  ___Sharon Z. Weiss, Proposed Counsel to the Debtor___
                                        Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 3                    **F 3003-1.NOTICE.BARDATE**

# ATTACHMENT 1 TO NOTICE OF BAR DATE
# FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE
# [LBR-3003-1]

On February 13, 2024 (the "Petition Date") creditors of Oceanwide Plaza LLC ("Oceanwide" or the "Debtor") filed an involuntary petition for relief against the Debtor (the "Involuntary Petition") under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California (the "Court"). On March 8, 2024, the Debtor answered the Involuntary Petition and consented to entry of an order for relief. On March 11, 2024 (the "Relief Date"), the Court issued the Order for Relief (the "Relief Order").

To the extent that you have a claim against the Debtor, you must file such claim in accordance with the procedures set forth in the attached notice against the Debtor. Failure to so may result in the disallowance of the claim. See below the instructions for filing a proof of claim.

To file a proof of claim electronically, please visit:

https://cases.stretto.com/oceanwideplaza/file-a-claim/

then click on the orange "Electronic Claims Filing" button. You can upload all supporting documentation to the electronically filed claim.

To file a proof of claim and submit by mail, please visit:

https://cases.stretto.com/oceanwideplaza/file-a-claim/

then click the "Proof of Claim - Official Form 410" link and download the Proof of Claim Form. Fill out a physical copy of the proof of claim and upon completion of a proof of claim (together with any supporting documentation you may have), please remit to the following address:

Oceanwide Plaza Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

If you have any questions about the claim submission process, please visit:

https://cases.stretto.com/oceanwideplaza/contact-us/

You may also view the docket in the Debtors' bankruptcy cases free of charge and obtain other information regarding important dates in the Debtors' bankruptcy cases by visiting:

https://cases.stretto.com/oceanwideplaza/