# EXHIBIT 1

**Oceanwide Plaza LLC**

Receipt and Disbursement for May 2024

| Name | Receipts | Disbursement |
|---|---:|---:|
| IRS |  | $ 2,102.31 |
| DIP Funding 1 | $ 760,008.00 |  |
| QB Fee |  | $ 72.00 |
| EWB Bank Fee |  | $ 25.00 |
| Payroll and Payroll Benefits |  | $ 9,182.90 |
| Payroll and Payroll Benefits |  | $ 9,182.89 |
| Payroll and Payroll Benefits |  | $ 9,182.89 |
| Payroll and Payroll Benefits |  | $ 5,717.00 |
| Payroll and Payroll Benefits |  | $ 5,717.00 |
| Payroll and Payroll Benefits |  | $ 5,717.00 |
| Payroll and Payroll Benefits |  | $ 4,735.93 |
| Payroll and Payroll Benefits |  | $ 4,735.92 |
| Payroll and Payroll Benefits |  | $ 4,735.92 |
| Payroll and Payroll Benefits |  | $ 8,167.08 |
| Payroll and Payroll Benefits |  | $ 31,033.22 |
| Vendor Refund (Return of Sheppard Mullin Richter & Hamilton deposit) | $ 6,430.85 |  |
| Los Angeles Department of Water & Power |  | $ 7,030.00 |
| Corporate Filings LLC |  | $ 49.00 |
| Payroll and Payroll Benefits |  | $ 13,186.59 |
| Payroll and Payroll Benefits |  | $ 8,129.95 |
| Payroll and Payroll Benefits |  | $ 6,884.07 |
| Payroll and Payroll Benefits |  | $ 6,013.48 |
| SoCal Industries |  | $ 647.10 |
| Payroll and Payroll Benefits |  | $ 6,000.92 |
| Payroll and Payroll Benefits |  | $ 5,538.57 |
| Payroll and Payroll Benefits |  | $ 4,452.45 |
| Payroll and Payroll Benefits |  | $ 4,452.45 |
| Payroll and Payroll Benefits |  | $ 4,452.45 |
| Payroll and Payroll Benefits |  | $ 4,452.45 |
| EWB Bank Fee |  | $ 198.85 |
| Payroll and Payroll Benefits |  | $ 21,417.43 |
| Payroll and Payroll Benefits |  | $ 10,052.45 |
| Payroll and Payroll Benefits |  | $ 6,464.24 |
| Payroll and Payroll Benefits |  | $ 5,164.84 |
| Payroll and Payroll Benefits |  | $ 4,751.11 |
| Payroll and Payroll Benefits |  | $ 4,581.49 |
| Payroll and Payroll Benefits |  | $ 3,742.53 |
| EES (bill.com - voided) |  | $ 174,751.50 |
| Payroll and Payroll Benefits |  | $ 14,127.35 |
| DIP Funding 2 | $ 602,931.21 |  |
| Randall Newsome ADR and Consulting |  | $ 11,667.00 |
| **Total** | **$ 1,369,370.06** | **$ 428,515.33** |