# EXHIBIT 2

**Oceanwide Plaza LLC**

**Balance Sheet as of May 31, 2024**

**Assets**

| | | |
|---|---|---:|
| Cash | $ | 1,082,883 |
| Prepaid Expense Post Petition | $ | - |
| Prepaid Expense Pre Petition | $ | 5,581 |
| Accounts Receivable Post Petition | $ | 4,585 |
| Other Receivable Pre Petition | $ | 228,147 |
| Inventory | $ | 117,366,698 |
| Machinery and Equipment | $ | 12,881,320 |
| Real Property | $ | 433,900,000 |
| Other Assets | $ | 13,763 |
| **Total Assets** | **$** | **565,482,976** |

**Equity & Liabilities**

| | | |
|---|---|---:|
| Accounts Payable Post Petition | $ | 71,179 |
| DIP Loan | $ | 1,551,384 |
| Secured Claims | $ | 368,471,559 |
| Unsecured Priority Claims | $ | 205,498 |
| General Unsecured Claims | $ | 395,883,214 |
| **Total Liabilities** | **$** | **766,182,834** |
| | | |
| **Equity** | **$** | **(200,699,858)** |
| | | |
| **Total Equity & Liabilities** | **$** | **565,482,976** |