# EXHIBIT 4

**Oceanwide Plaza LLC**

**P&L for May 2024**

|  | May 24 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Expense** | |
|     **66800-Tax** | |
|       668002-Franchise tax | 0.00 |
|     **Total 66800-Tax** | 0.00 |
|     60400 · Bank Service Charges | 223.85 |
|     61000 · Business Licenses and Permits | 49.00 |
|     62500 · Dues and Subscriptions | 72.00 |
|     63300 · Insurance Expense | 0.00 |
|     **66000 · Payroll Expenses** | |
|       66001 · Net Pay | 133,511.91 |
|       66002 · Payroll Tax | 72,001.14 |
|       66003 · 401K | 28,561.83 |
|     **Total 66000 · Payroll Expenses** | 234,074.88 |
|     **66700 · Professional Fees** | |
|       667002-Consulting Fees | 61,667.00 |
|       66700 · Professional Fees - Other | 0.00 |
|     **Total 66700 · Professional Fees** | 61,667.00 |
|     **67200 · Repairs and Maintenance** | |
|       672001-Site security | 174,751.50 |
|       67200 · Repairs and Maintenance - Other | 647.10 |
|     **Total 67200 · Repairs and Maintenance** | 175,398.60 |
|     68600 · Utilities | 7,030.00 |
|   **Total Expense** | 478,515.33 |
| **Net Ordinary Income** | -478,515.33 |
| **Net Income** | **-478,515.33** |