# EXHIBIT 3

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: May 01, 2024
ENDING DATE: May 31, 2024
Total days in statement period: 31
9488
( 0 )

OCEANWIDE PLAZA LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11057
(OPERATING) C/O DSI
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 9488 | Beginning balance | $142,028.10 |
| Low balance | $139,925.79 | Total additions ( 7 ) | 1,544,121.87 |
| Average balance | $724,732.00 | Total subtractions ( 39 ) | 603,267.14 |
| | | Ending balance | $1,082,882.83 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-01 | Pre-Auth Credit | Bill.com ACCTVERIFY 240501 025IKWSLJFVV63S | 0.31 |
| | 05-02 | Wire Trans-IN | LENDLEASE (US) CON STRUCTION OPERATI | 760,008.00 |
| | 05-10 | Deposit | | 6,430.85 |
| | 05-29 | Wire Trans-IN | LENDLEASE (US) CON STRUCTION OPERATI | 602,931.21 |
| | 05-31 | Pre-Auth Credit | Bill.com VoidPaymnt Executive Event Se rvices Bill.com 02 5NYIJCZFX7CXF Inv 24-145 | 43,286.25 |
| | 05-31 | Pre-Auth Credit | Bill.com VoidPaymnt Executive Event Se rvices Bill.com 02 5YXUQOIPX7CXH Inv 24-310 | 53,550.00 |
| | 05-31 | Pre-Auth Credit | Bill.com VoidPaymnt Executive Event Se rvices Bill.com 02 5UKTLLAJX7CXG Inv 24-195 | 77,915.25 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-01 | Preauth Debit | Bill.com ACCTVERIFY 240501 025IKWSLJFVV63S | 0.31 |
| 05-01 | Preauth Debit | IRS USATAXPYMT 240501 227452266154332 | 2,102.31 |
| 05-03 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 05-03 | Preauth Debit | INTUIT * QBooks Pay 240503 3732634 | 72.00 |
| 05-07 | Preauth Debit | INTUIT 28153779 PAYROLL 240507 18026534 | 4,735.92 |
| 05-07 | Preauth Debit | INTUIT 28642648 PAYROLL 240507 18026534 | 4,735.92 |
| 05-07 | Preauth Debit | INTUIT 28641981 PAYROLL 240507 18026534 | 4,735.93 |
| 05-07 | Preauth Debit | INTUIT 28153779 PAYROLL 240507 18026534 | 5,717.00 |
| 05-07 | Preauth Debit | INTUIT 28642648 PAYROLL 240507 18026534 | 5,717.00 |
| 05-07 | Preauth Debit | INTUIT 28641981 PAYROLL 240507 18026534 | 5,717.00 |
| 05-07 | Preauth Debit | INTUIT 28153779 PAYROLL 240507 18026534 | 9,182.89 |
| 05-07 | Preauth Debit | INTUIT 28641981 PAYROLL 240507 18026534 | 9,182.89 |
| 05-07 | Preauth Debit | INTUIT 28642648 PAYROLL 240507 18026534 | 9,182.90 |
| 05-09 | Preauth Debit | PAYROLL TAX 240509 18026534 | 8,167.08 |

**EAST WEST BANK** — Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

OCEANWIDE PLAZA LLC

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: May 01, 2024
ENDING DATE: May 31, 2024
9488

| Date | Transaction Description | | Subtractions |
|---|---|---|---:|
| 05-10 | Preauth Debit | IRS USATAXPYMT 240510 227453166044356 | 31,033.22 |
| 05-15 | Preauth Debit | Bill.com Payables Multiple Payments Bill.com Payables 025PYQCAWZWGZ8H | 7,079.00 |
| 05-16 | Preauth Debit | INTUIT 28718758 PAYROLL 240516 18026534 | 6,013.48 |
| 05-16 | Preauth Debit | INTUIT 28718758 PAYROLL 240516 18026534 | 6,884.07 |
| 05-16 | Preauth Debit | INTUIT 28718758 PAYROLL 240516 18026534 | 8,129.95 |
| 05-16 | Preauth Debit | INTUIT 28718758 PAYROLL 240516 18026534 | 13,186.59 |
| 05-17 | Preauth Debit | Bill.com Payables So Cal Industries Bill.com 025ECDQTGDWLJD3 Multiple invoices | 647.10 |
| 05-21 | Analysis Servic | ANALYSIS ACTIVITY FOR 04/24 | 198.85 |
| 05-21 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 202405209223TL2604 8268143059400 1COR P | 4,452.45 |
| 05-21 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 202405209223RT2604 8268143059400 1COR P | 4,452.45 |
| 05-21 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 202405209223SG2604 8268143059400 1COR P | 4,452.45 |
| 05-21 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 202405209223S82604 8268143059400 1COR P | 4,452.45 |
| 05-21 | Preauth Debit | PAYROLL TAX 240521 18026534 | 5,538.57 |
| 05-21 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 202405209223TN2604 8268143059400 1COR P | 6,000.92 |
| 05-22 | Preauth Debit | IRS USATAXPYMT 240522 227454366092352 | 21,417.43 |
| 05-23 | Preauth Debit | PAYROLL TAX 240523 18026534 | 3,742.53 |
| 05-23 | Preauth Debit | INTUIT 29365734 PAYROLL 240523 18026534 | 4,581.49 |
| 05-23 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 20240521922XVV2604 8268143059400 1COR P | 4,751.11 |
| 05-23 | Preauth Debit | INTUIT 29365734 PAYROLL 240523 18026534 | 5,164.84 |
| 05-23 | Preauth Debit | INTUIT 29365734 PAYROLL 240523 18026534 | 6,464.24 |
| 05-23 | Preauth Debit | INTUIT 29365734 PAYROLL 240523 18026534 | 10,052.45 |
| 05-24 | Outgoing Wire | EXECUTIVE EVENT SERVICES | 174,751.50 |
| 05-24 | Preauth Debit | IRS USATAXPYMT 240524 227454566052012 | 14,127.35 |
| 05-24 | Preauth Debit | Bill.com Payables Executive Event Services Bill.com 025CLSRTWRWX99U Multiple invoices | 174,751.50 |
| 05-31 | Outgoing Wire | RANDALL NEWSOME AD R AND | 11,667.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 04-30 | 142,028.10 | 05-10 | 808,159.89 | 05-23 | 680,497.47 |
| 05-01 | 139,925.79 | 05-15 | 801,080.89 | 05-24 | 316,867.12 |
| 05-02 | 899,933.79 | 05-16 | 766,866.80 | 05-29 | 919,798.33 |
| 05-03 | 899,836.79 | 05-17 | 766,219.70 | 05-31 | 1,082,882.83 |
| 05-07 | 840,929.34 | 05-21 | 736,671.56 | | |
| 05-09 | 832,762.26 | 05-22 | 715,254.13 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………........... $_____

**Add** Deposits not shown
on this Statement                        $_____
                                        _____
                                        _____
                    **Sub Total**……….  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…..…..........................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

                    **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………… $_____
                                        _____
                                        _____
                                        _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
                                        _____
                                        _____
                                        _____

**Balance**……..….................... $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)