# EXHIBIT 5

**MOR Notes**

1. Part 1 (a) and (b): Total receipts and total disbursements exclude voided payments to EES for $174,751.50 and $0.31 for Bill.com.

2. Part 7 (a): $0.94 of the $49 paid to Corporate Fillings LLC is related to the pre-petition period.