1  **BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)

2  *sharon.weiss@bclplaw.com*
120 Broadway, Suite 300

3  Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100

4  Facsimile:    (310) 576-2200

5
Jarret P. Hitchings (*Admitted Pro Hac Vice*)

6  jarret.hitchings@bclplaw.com
One Wells Fargo Center

7  301 S. College Street, Suite 2150
Charlotte, NC 28202

8  Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

9

10  *Attorneys for Debtor and Debtor-in-Possession*

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13              **LOS ANGELES DIVISION**

14  In re                                    Case No.: 2:24-bk-11057-DS

15  OCEANWIDE PLAZA LLC,                     Hon. Deborah J. Saltzman

16              Debtor.                      Chapter 11

17                                           **SECOND STIPULATION TO (1) MODIFY
                                             CERTAIN SALE SCHEDULE DATES, (2)**
18                                           **CONTINUE HEARING ON
                                             CONFIRMATION OF PLAN OF**
19                                           **REORGANIZATION, AND (3)
                                             CONTINUE RELATED DATES AND**
20                                           **DEADLINES**

21                                           **[NO HEARING REQUIRED]**

22

23  TO: THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY

24  JUDGE, AND ALL INTERESTED PARTIES:

25

26

27

28                                    1

SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION
AND RELATED DATES AND DEADLINES

169301050.2

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

This *Second Stipulation To (1) Modify Certain Sale Schedule Dates, (2) Continue Hearing On Confirmation Of Plan Of Reorganization, And (3) Continue Related Dates And Deadlines* (the "Stipulation") is entered into by and among Oceanwide Plaza LLC ("Oceanwide" or the "Debtor"), DTLA Lending LLC (the "DIP Lender"), Lendlease (US) Construction Inc. ("Lendlease"), L.A. Downtown Investment, LP ("LADI"), Chicago Title Insurance Company ("CTIC") and the City of Los Angeles (the "City" and collectively with the Debtor, the DIP Lender, Lendlease, LADI, and CTIC, the "Consulting Parties", and each a "Consulting Party"):

## RECITALS

A.      Oceanwide is a debtor and debtor-in-possession in a bankruptcy proceeding pending before the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") styled *In re Oceanwide Plaza LLC*, Case No. 24-11057 (Bankr. C.D. Cal. Feb. 13, 2024) (the "Bankruptcy Case").  The Debtor timely filed an Answer to the Involuntary Petition on March 8, 2024, where it consented to the Entry for Relief and Reservation of Rights [ECF No. 27.]  An Order for Relief was entered on March 11, 2024 [ECF No. 2024].  The Debtor remains the Debtor-In-Possession in the Bankruptcy Case.

### The Bidding / Sale Procedures

B.      On June 12, 2024, the Court entered an *Order Granting Debtor's Motion to (I) Approve Auction and Bid Procedures for the Sale of Property; (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; and (III) Granting Related Relief* [ECF No. 276] (the "Bid Procedures Order"). Capitalized terms not otherwise defined in this Stipulation are intended to have the meaning given in the Bid Procedures Order.

C.      The Bid Procedures Order sets forth and approved certain dates and deadlines with respect to the Debtor's sale of its assets (generally, the "Sale Schedule").

D.      Pursuant to paragraph 21 of the Bid Procedures Order, "[t]he Debtor is authorized, in consultation with the Consultation Parties, to make changes to the Bidding Procedures in its reasonable business judgment to maximize the value realized by the estate and any related documents without further order of the court including, without limitation, changes to correct

2

SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION
AND RELATED DATES AND DEADLINES
169301050.2

1  typographical and grammatical errors, provided however that the deadlines set forth in the Bidding

2  Procedures may not be extended for longer than two calendar days without the consent of all of the

3  Consulting Parties, whose consent may not be unreasonably withheld, or by order of the court."

4      E.      On or about July 8, 2024, Debtor and the Consulting Parties entered into a

5  *Stipulation To Modify Certain Sale Schedule Dates* (the "Modify Sale Scheduled Stipulation")

6  [ECF No. 316], and the Court entered an order approving the Modify Sale Schedule Stipulation on

7  July 9, 2024 [ECF No. 319].

8      **The Confirmation Schedule**

9      F.      On September 9, 2024, the Court entered an *Order Granting Debtor's Motion For*

10 *Order: (1) Approving Disclosure Statement Describing Debtor's Third Amended Liquidating Plan*

11 *Of Reorganization (Dated September 5, 2024); (2) Establishing Voting, Plan Confirmation, And*

12 *Other Procedures; (3) Scheduling Plan Confirmation Hearing And Setting Other Related Dates*

13 *And Deadlines; And (4) Providing Other Ancillary And Related Relief* (the "Order Approving

14 Disclosure Statement") [ECF No. 444].  Capitalized terms not otherwise defined in this Stipulation

15 are intended to have the meaning given in the Order Approving Disclosure Statement.

16     G.      The Order Approving Disclosure Statement sets forth and approved certain dates

17 and deadlines with respect to the Debtor's plan confirmation process (generally, the "Confirmation

18 Schedule").

19     H.      In order to accommodate Debtor's further request for modified dates in the Sale

20 Schedule, Debtor and the Consulting Parties agreed to modify certain dates in the Confirmation

21 Schedule.

22     **Stipulation to Modify Sale Schedule and Confirmation Schedule**

23     I.      On or about September 11, 2024 the Court entered its *Order Approving Stipulation*

24 *To (1) Modify Certain Sale Schedule Dates, (2) Continue Hearing On Confirmation Of Plan Of*

25 *Reorganization, And (3) Continue Related Dates And Deadlines* [ECF No. 449] (the "**Modified**

26 **Schedule**") which modified the Sale Schedule and Confirmation Schedule.

27

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

28

SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION
AND RELATED DATES AND DEADLINES

169301050.2

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

J.     On September 10, 2024, Debtor timely served the Solicitation Package pursuant to the Modified Schedule.

K.     Debtor is continuing its negotiating with multiple Bidders and seeks additional time to complete those negotiations and the qualification process.

L.     Debtor, along with the Consulting Parties, believe it is in the best interest of the estate to agree to standstill on the Confirmation Schedule so that they may focus on the sale of the Property. Accordingly, Debtor and the Consulting Parties agree to vacate certain dates in the Sale Schedule and Confirmation Schedule.

NOW THEREFORE, the Parties stipulate, agree, and request that the Court enter an Order as follows:

## STIPULATION

1.     The following dates will be modified in the Sale Schedule and Confirmation Schedule:

| Current Date | Modified Date | Event |
|---|---|---|
| August 16, 2024 – September 25, 2024 | Extended until further notice | Review of Bids |
| September 10, 2024 | Completed | Deadline to serve Solicitation Package |
| September 24, 2024 | Vacated | Deadline to file confirmation brief/motion (together with supporting declarations) |
| September 26, 2024 | Vacated | Notification to qualified bidders of invitation to auction |
| September 29, 2024 | Vacated | Deadline for Debtor to submit notice if the Auction will be cancelled. |
| September 30, 2024 | Vacated | Auction |
| October 4, 2024 | Vacated | Highest and best bid selected |
| October 10, 2024 | Vacated | Deadline to file Plan Supplement |
| October 7, 2024 | Vacated | Deadline to object to designation of successful bidder |
| October 16, 2024 | Vacated | Deadline to file objections to Plan (together with supporting declarations) |

SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION AND RELATED DATES AND DEADLINES

169301050.2

| Current Date | Modified Date | Event |
|---|---|---|
| October 22, 2024 | Vacated | Deadline for Creditors to submit Ballots [Debtor must receive Ballots by this date] (the "Voting Deadline") |
| October 23, 2024 | Vacated | Deadline to file reply brief in support of Plan confirmation (together with supporting declarations) |
| October 25, 2024 | Vacated | Deadline to file Ballot summary |
| October 30, 2024 at 10:00 a.m. | Vacated | Confirmation Hearing |
| November 15, 2024 | Vacated | Outside date to close sale |

2.      The vacated and extended dates above may be reset through a separate Stipulation approved by an order of the court or as otherwise set forth in a later order of the court.

Dated: September 27 , 2024          BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Sharon Z. Weiss
        Sharon Z. Weiss
Attorney for Debtor and Debtor in Possession

Dated: September 27, 2024          PERKINS COIE LLP

By: *Sara Chenetz*
        Sara Chenetz
        Meredith Jones-McKeown
Attorney for DTLA Lending LLC and Lendlease
(US) Constructing Inc.

Dated: September 27, 2024          GREENBERG TRAURIG, LLP

By:
        Howard J. Steinberg
Attorneys for L.A. Downtown Investment LP

Dated: September __, 2024          GARRETT & TULLY, P.C.

By:
        Ryan Squire
Attorneys for Chicago Title Insurance Company

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

5

SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION
AND RELATED DATES AND DEADLINES
169301050.2

| Current Date | Modified Date | Event |
|---|---|---|
| October 22, 2024 | Vacated | Deadline for Creditors to submit Ballots [Debtor must receive Ballots by this date] (the "Voting Deadline") |
| October 23, 2024 | Vacated | Deadline to file reply brief in support of Plan confirmation (together with supporting declarations) |
| October 25, 2024 | Vacated | Deadline to file Ballot summary |
| October 30, 2024 at 10:00 a.m. | Vacated | Confirmation Hearing |
| November 15, 2024 | Vacated | Outside date to close sale |

2.    Debtor, along with the Consulting Parties, will file a separate Stipulation at a later date to reset the vacated dates.

Dated: September __, 2024            BRYAN CAVE LEIGHTON PAISNER LLP


                                     By:_____
                                          Sharon Z. Weiss
                                     Attorney for Debtor and Debtor in Possession

Dated: September __, 2024            PERKINS COIE LLP


                                     By:_____
                                          Sara Chenetz
                                          Meredith Jones-McKeown
                                     Attorney for DTLA Lending LLC and Lendlease
                                     (US) Constructing Inc.

Dated: September __, 2024            GREENBERG TRAURIG, LLP


                                     By:_____
                                          Howard J. Steinberg
                                     Attorneys for L.A. Downtown Investment LP

Dated: September __, 2024            GARRETT & TULLY, P.C.


                                     By:_____
                                          Ani Grigoryan
                                     Attorneys for Chicago Title Insurance Company

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

5

SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION
AND RELATED DATES AND DEADLINES

1

Dated: September 26 2024                    HOGAN LOVELLS US LLP

2                                           By:_____
                                                Richard Lee Wynne
3                                               Erin Brady
                                             Attorneys for the City of Los Angeles

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

6
SECOND STIPULATION TO CONTINUE HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION
AND RELATED DATES AND DEADLINES