**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Admitted Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

*Attorneys for Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>OCEANWIDE PLAZA LLC,<br><br>Debtor. | Case No.: 2:24-bk-11057-DS<br><br>Hon. Deborah J. Saltzman<br><br>Chapter 11<br><br>**STIPULATION AUTHORIZING DEBTOR TO USE FUNDS ON DEPOSIT WITH STEWART TITLE GUARANTY**<br><br>[NO HEARING REQUIRED] |

TO: THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES.

This *Stipulation Authorizing Debtor to Use Funds on Deposit with Stewart Title Guaranty* (the "Stipulation") is entered into by and among Oceanwide Plaza LLC ("Oceanwide" or the "Debtor"), DTLA Lending LLC (the "DIP Lender"), Lendlease (US) Construction Inc. ("Lendlease"), L.A. Downtown Investment, LP ("LADI"), Chicago Title Insurance Company ("CTIC") and the City of Los Angeles (the "City" and collectively with the Debtor, the DIP Lender, Lendlease, LADI, and CTIC, the "Consulting Parties", and each a "Consulting Party"):

## RECITALS

A. Oceanwide is a debtor and debtor-in-possession in the bankruptcy proceeding pending before the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") styled *In re Oceanwide Plaza LLC*, Case No. 24-11057 (Bankr. C.D. Cal. Feb. 13, 2024) (the "Bankruptcy Case"). Oceanwide timely filed an answer and reservation of rights [ECF No. 27] with respect to the involuntary petition on March 8, 2024, whereby it consented to the entry of an order for relief. An *Order for Relief* was entered on March 11, 2024 [ECF No. 28]. Oceanwide remains the Debtor-In-Possession in the Bankruptcy Case.

B. On May 16, 2024, the Bankruptcy Court entered a *Final Order (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens and Superprioirty Administrative Expense Claims, and (III) Modifying the Automatic Stay* [ECF No. 229] (the "DIP Financing Order") which approved a $9.3 million debtor-in-possession financing facility from the DIP Lender (generally, the "DIP Loan").

C. The DIP Financing Order requires that Debtor use the DIP Loan proceeds in accordance with a budget attached thereto (the "Budget") during the period provided for therein, being April 29, 2024 through September 26, 2024 (the "Budget Period").

D. The DIP Lender deposited the DIP Loan proceeds with Stewart Title Guaranty ("Stewart Title") for draw and use by Debtor in accordance with the terms of the DIP Loan and the Budget.

E. As of the date of this Stipulation, Stewart Title continues to hold unused proceeds of the DIP Loan.

F. Debtor has incurred expenses set forth on **Schedule 1** attached hereto (the "Expense Schedule"), which are provided for in the Budget but which have not been paid during the Budget Period.

G. Notwithstanding the expiration of the Budget Period, the Consulting Parties agree that Debtor may access and use, and that Stewart Title may release and pay, the amounts provided for in the Expense Schedule.

NOW THEREFORE, the Parties stipulate, agree, and request that the Court enter an Order as follows:

**STIPULATION**

1. Debtor shall be and is authorized to use the Stewart Deposit Funds to pay the expenses set forth on **Schedule 1** attached hereto (the "Expense Schedule").

2. The Consulting Parties do not object to Debtor's payment of expenses as set forth in the Expense Schedule.

3. DIP Lender agrees to and shall provide Stewart Title with any required instructions or authorizations necessary for Debtor to access or use, or for Stewart Title to release or pay, the Stewart Deposit Funds for the purposes in the Expense Schedule.

4. Except as expressly provided for herein, nothing in this Stipulation is intended to modify the terms of the DIP Financing Order, the DIP Loan, or any related loan documents entered in connection therewith.

[*Signature Page Follows*]

| | | |
|---|---|---|
| 1 | Dated: October 23, 2024 | BRYAN CAVE LEIGHTON PAISNER LLP |
| 2 | | |
| 3 | | By: /s/ Sharon Z. Weiss |
| | | Sharon Z. Weiss |
| 4 | | Attorney for Debtor and Debtor in Possession |
| 5 | Dated: October __, 2024 | PERKINS COIE LLP |
| 6 | | By:_____ |
| | | Sara Chenetz |
| 7 | | Meredith Jones-McKeown |
| 8 | | Attorney for DTLA Lending LLC and Lendlease (US) Constructing Inc. |
| 9 | Dated: October 21, 2024 | GREENBERG TRAURIG, LLP |
| 10 | | By: /s/ Howard J. Steinberg |
| 11 | | Howard J. Steinberg |
| | | Attorneys for L.A. Downtown Investment LP |
| 12 | Dated: October 22, 2024 | GARRETT & TULLY, P.C. |
| 13 | | By: /s/ Ryan C. Squire |
| 14 | | Ryan Squire |
| | | Attorneys for Chicago Title Insurance Company |
| 15 | Dated: October 23, 2024 | HOGAN LOVELLS US LLP |
| 16 | | By: /s/ Erin N. Brady |
| 17 | | Richard Lee Wynne |
| 18 | | Erin Brady |
| | | Attorneys for the City of Los Angeles |

[*Signature Page to Stipulation Authorizing Debtor to Use Funds on Deposit with Stewart Title*]

| | | |
|---|---|---|
| 1 | Dated: October ___, 2024 | BRYAN CAVE LEIGHTON PAISNER LLP |
| 2 | | |
| 3 | | By:_____<br>Sharon Z. Weiss<br>Attorney for Debtor and Debtor in Possession |
| 4 | Dated: October 22, 2024 | PERKINS COIE LLP |
| 5 | | |
| 6 | | By: *Sara Chenetz*<br>Sara Chenetz<br>Meredith Jones-McKeown |
| 7 | | Attorney for DTLA Lending LLC and Lendlease (US) Constructing Inc. |
| 8 | | |
| 9 | Dated: October 21, 2024 | GREENBERG TRAURIG, LLP |
| 10 | | By:_____<br>Howard J. Steinberg |
| 11 | | Attorneys for L.A. Downtown Investment LP |
| 12 | Dated: October ___, 2024 | GARRETT & TULLY, P.C. |
| 13 | | |
| 14 | | By:_____<br>Ryan Squire<br>Attorneys for Chicago Title Insurance Company |
| 15 | Dated: October ___, 2024 | HOGAN LOVELLS US LLP |
| 16 | | |
| 17 | | By: *Erin N. Brady*_____<br>Richard Lee Wynne<br>Erin Brady |
| 18 | | Attorneys for the City of Los Angeles |

[Signature Page to Stipulation Authorizing Debtor to Use Funds on Deposit with Stewart Title]

# EXHIBIT 1

**Oceanwide Plaza LLC**  
**DIP Budget Draft**  

DRAFT - SUBJECT TO CHANGE

| DIP Budget | DIP Funding Request September 17, 2024 | |
|---|---|---|
| (All amounts in dollars) | Payee | Amount |
| **Payroll and Supplies** | | |
| Payroll and Payroll Benefits | Payroll and Payroll Benefits | 226,573 |
| Office Supplies & Licenses | Microsoft / Intuit | 800 |
| Bank Fees | EWB & Quickbooks | 600 |
| **Total Payroll and Supplies** | | **227,973** |
| **Insurance** | | |
| Liability Insurance | | |
| Building Insurance (4) | | |
| Earthquake Insurance (4) | | |
| Directors and Officers/Employee Liability | | |
| Worker's Comp Insurance | | |
| ERISA Bond | | |
| **Total Insurance** | | **-** |
| **Taxes** | | |
| Franchise Tax, California | | |
| Franchise Tax, Delaware | | |
| Business Personal Property Tax | | |
| Past Due Property Tax | | |
| Real Property Tax | | |
| **Total Taxes** | | **-** |
| **State and City Licenses** | | |
| Agent for Service of Process, California(1) | | |
| Agent for Service of Process, Delaware(1) | | |
| **Total State and City Licenses** | | **-** |
| **Project Operations** | | |
| Site Security (2) | EES | 163,712 |
| Portable Toilet | SoCal Industries | 505 |
| Site Cleaning/Trash/Bathrooms/Water Removal | | |
| Utility | | |
| Video Monitoring Security System | | |
| Fence Maintenance | | |
| Ground Floor Lighting Equipment/Repair | | |
| Hoists (Repair and Maintenance) | Bigge Crane & Rigging Co | 26,950 |
| Scaffold Rental | Brand Safway | 4,848 |
| Trench Plate Rental | Trench Shoring | 9,575 |
| Street Use Permit | | |
| Graffiti Abatement | | |
| Barricade Ground Floor Entrances (Stairs & Ramps) | | |
| Fire Extinguishers Purchase | | |
| LAFD Fees | | |
| Razor Wire | | |
| Upgrade Fire Suppression System (3) | | |
| Storm Water Pollution Prevention Plan Annual Fee | | |
| **Total Project Operations** | | **205,589** |
| **Professional Fees** | | |
| Chief Restructuring Officer | DSI | 100,000 |
| Financial Advisor | | |
| Valuation Report | | |
| Legal Services - Bankruptcy | | |
| Claim Agents | | |
| Legal Services - Construction Litigation | | |
| Legal Services - Employment | | |
| Legal Services - Land Use | | |
| Legal Services - Other | | |
| Payroll Tax Service | Quickbooks | 6,000 |
| Real Estate Broker | Colliers (May - Sep) | 250,000 |
| Tax Consultant | | |
| US Trustee Fee | | |
| **Total Professional Fees** | | **356,000** |
| **Others** | | |
| Contingency | Shaoru Liang, Trench Plate Rent | 24,691 |
| Insurance Contingency | | |
| Loan Fees (4) | | |
| Interest Reserve | | |
| **Total Others** | | **24,691** |
| **Total** | | **814,252.95** |

Contingency includes:
| | |
|---|---|
| Shaoru Liang (August invoice) | 3,900 |
| Trench Plate rental overage | 19,403 |
| Office Supplies & Licenses Overage | 1,388 |
| | 24,691 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **STIPULATION AUTHORIZING DEBTOR TO USE FUNDS ON DEPOSIT WITH STEWART TITLE GUARANTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 23, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 23, 2024 | Raul Morales | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**1.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
manderson@kjfesq.com

James W Bates on behalf of Creditor Kovach Enclosure Systems, LLC
jbates@jbateslaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Paul Brent on behalf of Creditor BRAGG INVESTMENT CO.
snb300@aol.com

Paul Brent on behalf of Interested Party Courtesy NEF
snb300@aol.com

Sara Chenetz on behalf of Creditor DTLA Lending LLC
schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

Sara Chenetz on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Gloria D Cordova on behalf of Creditor Carrara, Inc.
NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com

Gloria D Cordova on behalf of Interested Party Courtesy NEF
NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com

Sean C Coughlin on behalf of Creditor Commercial Scaffolding of California, Inc.
scc@coughlin-law.com, lb@coughlin-law.com;bcrena@noonanlance.com;ssuper@noonanlance.com

Matthew Dill on behalf of Interested Party Courtesy NEF
mdill@counsel.lacounty.gov

Luke N Eaton on behalf of Creditor CMF, Inc.
lukeeaton@cozen.com, jacqueline.sims@troutman.com

Amir Gamliel on behalf of Creditor DTLA Lending LLC
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Amir Gamliel on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Jon F Gauthier on behalf of Petitioning Creditor Standard Drywall, Inc.
jgauthier@ftblaw.com, jrobinson@ftblaw.com

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            **F 9013-3.1.PROOF.SERVICE**

Richard H Golubow on behalf of Petitioning Creditor Woodbridge Glass Inc.
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ani Grigoryan on behalf of Interested Party Chicago Title Insurance Company
agrigoryan@garrett-tully.com, jgootkin@garrett-tully.com

Mark Isola on behalf of Creditor Fetzers' Inc.
misola@brotherssmithlaw.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyg.com

Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
Noreen.Madoyan@usdoj.gov

Allison C. Murray on behalf of Creditor Schuff Steel Company, Inc.
acmurray@swlaw.com, kcollins@swlaw.com

Douglas M Neistat on behalf of Creditor ACCO Engineered Systems, Inc.
dneistat@gblawllp.com, mramos@gblawllp.com

Douglas M Neistat on behalf of Creditor Bapko Metal, Inc.
dneistat@gblawllp.com, mramos@gblawllp.com

Douglas M Neistat on behalf of Creditor Martin Bros./Marcowall, Inc.
dneistat@gblawllp.com, mramos@gblawllp.com

Douglas M Neistat on behalf of Interested Party Douglas Neistat
dneistat@gblawllp.com, mramos@gblawllp.com

Rosemary Nunn on behalf of Petitioning Creditor Mitsubishi Electric US, Inc.
rosemary.nunn@procopio.com, nicholas.fortino@procopio.com;gaylene.oyama@procopio.com

Misty A Perry Isaacson on behalf of Interested Party Courtesy NEF
misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Matthew D Pham on behalf of Attorney Matthew D. Pham
mpham@allenmatkins.com, mdiaz@allenmatkins.com

Michael B Reynolds on behalf of Creditor Schuff Steel Company, Inc.
mreynolds@swlaw.com, kcollins@swlaw.com

Robert L. Rosvall on behalf of Creditor CallisonRTKL, Inc.
rrosvall@ccllp.law, kvargas@ccllp.law

Robert L. Rosvall on behalf of Interested Party Courtesy NEF
rrosvall@ccllp.law, kvargas@ccllp.law

Jeremy H Rothstein on behalf of Creditor ACCO Engineered Systems, Inc.
jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com

Jeremy H Rothstein on behalf of Creditor Bapko Metal, Inc.
jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com

Jeremy H Rothstein on behalf of Creditor Martin Bros./Marcowall, Inc.
jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

Leonard M Shulman on behalf of Interested Party Kpc Global Care Inc A Cal Corp
lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

Howard Steinberg on behalf of Creditor L.A. Downtown Investment, LP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

J Scott Williams on behalf of Interested Party Courtesy NEF
jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

Donna Wong on behalf of Interested Party City of Los Angeles
donna.wong@lacity.org

Richard Lee Wynne on behalf of Interested Party City of Los Angeles
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-7245@ecf.pacerpro.com

Chelsea Zwart on behalf of Petitioning Creditor Star Hardware, Inc.
czwart@cgdrlaw.com, service@cgdrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**