**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Pro Hac Vice*)
*jarret.hitchings@bclplaw.com*
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Oceanwide Plaza LLC,<br><br>　　　　　Debtor. | Case No. 2:24-bk-11057-DS<br><br>Chapter 11<br><br>COMPENSATION REPORT OF DEVELOPMENT SPECIALISTS, INC. FOR THE PERIOD NOVEMBER 1, 2024, THROUGH NOVEMBER 30, 2024<br><br>[NO HEARING REQUIRED] |

1

COMPENSATION REPORT OF DEVELOPMENT SPECIALISTS, INC.
FOR THE PERIOD NOVEMBER 1, 2024, THROUGH NOVEMBER 30, 2024

| Name of Applicant | Development Specialists, Inc. |
|---|---|
| Authorized to provide professional services to: | Oceanwide Plaza LLC |
| Date of Retention: | Order approving application of the debtor for entry of an order authorizing (I) the retention and employment of Development Specialists, Inc. and (II) the designation of Bradley D. Sharp as chief restructuring officer effective as of the petition date. (BNC-PDF) [Doc. No. 306 / (Related Doc No. 134] (the "DSI Retention Order") |
| Period for which compensation and reimbursement is sought: | November 1, 2024 to November 30, 2024 |
| Amount of compensation sought as actual, reasonable, and necessary: | $50,000.00 |
| Amount of expense reimbursement sought as actual, necessary, and reasonable: | $96.65 |
| Exhibit 1: | Compensation and Expense Report |
| Exhibit A: | Summary of Fees by Professional |
| Exhibit B: | Summary of Expenses |
| Exhibit C: | Itemized Expenses Incurred |

Attached hereto as Exhibit 1 is Development Specialists, Inc.'s ("DSI") compensation report (the "Report") for the period November 1, 2024, to November 30, 2024 (the "Reporting Period"), filed pursuant to the DSI Retention Order approving the employment of DSI by Oceanwide Plaza LLC. The objection deadline for the Report is ten (10) business days after the date the Report is served (the "Objection Deadline"). All compensation shall be subject to review by the Court. As set forth in the Report, DSI earned $50,000.00 in aggregate compensation and is seeking to be reimbursed $96.65 for necessary expenses during the Reporting Period. The summary of compensation earned and expenses incurred are summarized in Exhibits A through C attached to Exhibit 1.

WHEREFORE, pursuant to the DSI Order, DSI hereby submits its Report of compensation and expenses for the Reporting Period.

Dated: December 9, 2024

Bradley D. Sharp
Chief Restructuring Officer
Development Specialist, Inc.

# EXHIBIT 1

**Compensation and Expense Report of Development Specialists, Inc.**

<u>Summary of Services Provided</u>

During the reporting period of November 1, 2024 to November 30, 2024, Bradley D. Sharp of Development Specialists, Inc. ("<u>DSI</u>") served as Chief Restructuring Officer, and Mr. Sharp, Shelly Cuff and Eric Held of DSI rendered the following services to the Debtor.

A. In connection with the Debtor's bankruptcy proceeding, DSI:

1. Continued managing the sales process and deadlines and coordinated with counsel on related pleadings;

2. Worked with counsel and other interested parties to negotiate and file amendments to the liquidating plan of reorganization and disclosure statement; and

B. DSI assisted in the management of the Debtor's organization, including:

1. Managing Debtor-in-Possession bank accounts and banking activity, including facilitating payments to vendors;

2. Addressing short-term funding needs, including obtaining funding under Debtor-in-Possession ("DIP") loan, communication and coordination with escrow regarding conditional and unconditional releases required for DIP funding;

3. Managing the sales process with the joint real estate brokers to attract buyers and advance negotiations regarding the purchase of the property;

4. Coordination and communication with the property project manager regarding property security, health and safety concerns surrounding the property, including communication with representatives of the City of Los Angeles regarding status and next steps;

5. Supporting efforts to prioritize and pursue property repairs and clean up including facilitating contract negotiations with vendors;

6. Negotiating and monitoring protocols with respect to processing of invoices and payment to vendors;

COMPENSATION REPORT OF DEVELOPMENT SPECIALISTS, INC.
FOR THE PERIOD NOVEMBER 1, 2024, THROUGH NOVEMBER 30, 2024

7. Provided general support to the accounting / finance department and successfully facilitated the transition of accounting personnel; and

8. Prepared for, reviewed pleadings and other information filed in connection with, and attended in person or telephonically several other Court hearings related to the Debtor;

9. Ongoing communication with case constituents regarding sales process updates and deadlines including coordination with brokers to address buyer due diligence process;

10. Coordination with Financial Advisor and lender regarding preparation, approval and execution of DIP budget extension; and

C. Sales Process

1. DSI is actively involved with the real estate brokers and the creditors in discussions with multiple potential buyers, including negotiation of draft agreements as well as investigation of the buyer qualifications.

## Compensation Earned

The compensation earned by DSI was $50,000.00 as detailed in Exhibit A. DSI is seeking reimbursement of $96.65 directly by the Debtor for necessary business and travel expenses. A summary and itemized description of these expenses is attached hereto as Exhibit B and Exhibit C, respectively.

## **Exhibit A**

Summary of Fees by Professional

| Professional | Role | Service Period | Total Fees |
|---|---|---|---|
| Bradley D. Sharp | Chief Restructuring Officer | November 2024 | $50,000.00 |
| **Total Fees** | | | **$50,000.00** |

## **Exhibit B**

Summary of Expenses

| Category | Total Expenses |
|---|---:|
| Photocopies | $1.65 |
| Transportation | $95.00 |
| **Total Expenses** | **$96.65** |

**Exhibit C**

Itemized Expenses Incurred

| Date | Professional | Description | Total Expenses |
|---|---|---|---|
| Photocopies | | | |
| 11/27/24 | Office Expense | Photocopy Charges - CHI | $1.65 |
| Total | | | $1.65 |
| Miscellaneous | | | |
| 11/1/24 | DSI | Parking | $95.00 |
| Total | | | $95.00 |
| **Total Expenses** | | | **$96.65** |

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386