**BRYAN CAVE LEIGHTON PAISNER LLP**
SHARON Z. WEISS (State Bar No. 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200

JARRET P. HITCHINGS (*Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone  (704) 749-8999
Facsimile:  (704) 749-8990

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Oceanwide Plaza LLC,<br><br>Debtor. | Case No. 2:24-bk-11057-DS<br><br>Chapter 11<br><br>Hon. Deborah J. Stalzman<br><br>**NOTICE OF ANNUAL RATE INCREASE OF BRYAN CAVE LEIGHTON PAISNER LLP** |

On April 11, 2024, the above-captioned Debtor filed an application [D.I. 138] (the "Application") to retain and employ Bryan Cave Leighton Paisner LLP ("BCLP") as bankruptcy counsel in the above-captioned Chapter 11 case. On June 27, 2024, this Court entered an *Order Approving Application for Entry of an Order Authorizing the Retention and Employment of Bryan Cave Leighton Paisner LLP as Counsel for the Debtor and Debtor-in-Possession Effective as of the Petition Date* granting the Application and authorizing the Debtor to retain and employ BCLP as its bankruptcy counsel effective as of February 13, 2024 [D.I. 298].

As described in the Application, BCLP's hourly rates are subject to periodic adjustment. In the ordinary course of business, and in keeping with BCLP's established billing practices and procedures, BCLP's standard billing rates were adjusted firm-wide on January 1, 2025. Effective

January 1, 2025, BCLP hereby provides notice that the hourly rates charged for the professionals and paraprofessionals providing services on this matter will be adjusted as follows:

| **Billing Category** | **U.S. Range (2024)** | **U.S. Range (2025)** |
|---|---|---|
| Partners & Counsel | $830 - $1,185 | $830 - $1,525 |
| Associates | $495 - $690 | $560 - $750 |
| Paraprofessionals | $195 - $465 | $195 - $485 |

The hourly rates for the BCLP professionals and paraprofessionals noted above will be reflected in BCLP's monthly fee application for the period starting January 1, 2025. BCLP reserves the right to utilize additional professionals and paraprofessionals as the needs of these cases dictate at BCLP's 2025 standard rates.

The rate increases reflect economic and other factors and are subject to the same client-driven market forces, scrutiny, and accountability as BCLP's professionals in non-bankruptcy matters.

The increases noticed herein are reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as they are applied firm-wide, and the new rates are comparable to those charged by professionals of similar experience and expertise for engagements of the scope and complexity of these cases.

Dated: January 28, 2024                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Sharon Z. Weiss*
    Sharon Z. Weiss
Attorneys for Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **NOTICE OF ANNUAL RATE INCREASE OF BRYAN CAVE LEIGHTON PAISNER LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 28, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2025 | Raul Morales | *(signed)* Raul Morales |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

**1**.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Adam S Affleck
adam-affleck@rbmn.com, jennifer-franklin@rbmn.com

Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
manderson@kjfesq.com

James W Bates on behalf of Creditor Kovach Enclosure Systems, LLC
jbates@jbateslaw.com

Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com

Paul Brent on behalf of Creditor BRAGG INVESTMENT CO.
snb300@aol.com

Paul Brent on behalf of Interested Party Courtesy NEF
snb300@aol.com

Sara Chenetz on behalf of Creditor DTLA Lending LLC
schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

Sara Chenetz on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com

Gloria D Cordova on behalf of Creditor Carrara, Inc.
NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com

Gloria D Cordova on behalf of Interested Party Courtesy NEF
NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com

Sean C Coughlin on behalf of Creditor Commercial Scaffolding of California, Inc.
scc@coughlin-law.com, lb@coughlin-law.com;bcrena@noonanlance.com;ssuper@noonanlance.com

Matthew Dill on behalf of Interested Party Courtesy NEF
mdill@counsel.lacounty.gov

Luke N Eaton on behalf of Creditor CMF, Inc.
lukeeaton@cozen.com, jacqueline.sims@troutman.com

Amir Gamliel on behalf of Creditor DTLA Lending LLC
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Amir Gamliel on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Jon F Gauthier on behalf of Petitioning Creditor Standard Drywall, Inc.
jgauthier@ftblaw.com, jrobinson@ftblaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

Richard H Golubow on behalf of Petitioning Creditor Woodbridge Glass Inc.
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Ani Grigoryan on behalf of Interested Party Chicago Title Insurance Company
agrigoryan@garrett-tully.com, jgootkin@garrett-tully.com

Mark Isola on behalf of Creditor Fetzers' Inc.
misola@brotherssmithlaw.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyg.com

Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
Noreen.Madoyan@usdoj.gov

Allison C. Murray on behalf of Creditor Schuff Steel Company, Inc.
acmurray@swlaw.com, kcollins@swlaw.com

Douglas M Neistat on behalf of Creditor ACCO Engineered Systems, Inc.
dneistat@gblawllp.com, mramos@gblawllp.com

Douglas M Neistat on behalf of Creditor Bapko Metal, Inc.
dneistat@gblawllp.com, mramos@gblawllp.com

Douglas M Neistat on behalf of Creditor Martin Bros./Marcowall, Inc.
dneistat@gblawllp.com, mramos@gblawllp.com

Douglas M Neistat on behalf of Interested Party Douglas Neistat
dneistat@gblawllp.com, mramos@gblawllp.com

Rosemary Nunn on behalf of Petitioning Creditor Mitsubishi Electric US, Inc.
rosemary.nunn@procopio.com, nicholas.fortino@procopio.com;gaylene.oyama@procopio.com

Misty A Perry Isaacson on behalf of Interested Party Courtesy NEF
misty@ppilawyers.com, ecf@ppilawyers.com;pagterandperryisaacson@jubileebk.net

Matthew D Pham on behalf of Attorney Matthew D. Pham
mpham@allenmatkins.com, mdiaz@allenmatkins.com

Michael B Reynolds on behalf of Creditor Schuff Steel Company, Inc.
mreynolds@swlaw.com, kcollins@swlaw.com

Robert L. Rosvall on behalf of Creditor CallisonRTKL, Inc.
rrosvall@ccllp.law, kvargas@ccllp.law

Robert L. Rosvall on behalf of Interested Party Courtesy NEF
rrosvall@ccllp.law, kvargas@ccllp.law

Jeremy H Rothstein on behalf of Creditor ACCO Engineered Systems, Inc.
jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com

Jeremy H Rothstein on behalf of Creditor Bapko Metal, Inc.
jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Jeremy H Rothstein on behalf of Creditor Martin Bros./Marcowall, Inc.
jrothstein@gblawllp.com, msingleman@gblawllp.com;MBowes@gblawllp.com

Leonard M Shulman on behalf of Interested Party Kpc Global Care Inc A Cal Corp
lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

Howard Steinberg on behalf of Creditor L.A. Downtown Investment, LP
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

J Scott Williams on behalf of Interested Party Courtesy NEF
jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

Donna Wong on behalf of Interested Party City of Los Angeles
donna.wong@lacity.org

Richard Lee Wynne on behalf of Interested Party City of Los Angeles
richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-7245@ecf.pacerpro.com

Chelsea Zwart on behalf of Petitioning Creditor Star Hardware, Inc.
czwart@cgdrlaw.com, service@cgdrlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**