B2100A (Form 2100A) (12/15)

## United States Bankruptcy Court

## Central District of California


FILED
FEB -5 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

In re <u>OCEANWIDE PLAZA LLC</u>     Case No. <u>2:24-bk-11057-DS</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>DTLA FUNDING, LLC</u> | <u>TRACTEL INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to | Court Claim # (if known) <u>6-2; Stretto Claim # 31</u> |
|---|---|
| transferee should be sent: | Amount of Claim: <u>$1,179,944.88</u> |
| DTLA Funding, LLC | Date Claim Filed: <u>5/16/2024</u> |
| 200 Park Avenue, 9th Floor New York, New York 10166 Attention: Shelly Burke | |
| Shelly.Burke@lendlease.com | |
| Phone:_____ | Phone:_____ |
| Last Four Digits of Acct. #:_____ | Last Four Digits of Acct. #:_____ |

Name and Address where transferee
payments should be sent (if different
from above):

Phone:_____
Last Four Digits of Acct. #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: <u>January 10, 2025</u>
   Transferee/Transferee's Agent
   Shelly Burke Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

## United States Bankruptcy Court

## Central District of California

In re OCEANWIDE PLAZA LLC     Case No. 2:24-bk-11057-DS

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6-2 (Stretto Claim #31) (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Name of Alleged Transferor<br>TRACTEL INC. | Name of Transferee<br>DTLA Funding, LLC |
| Address of Alleged Transferor:<br>TRACTEL INC.<br>168 Mason Way, Unit B2<br>City of Industry, CA 91746<br>Attention: Herve Ros<br>Email: herve.ros@alimakgroup.com<br><br>With a copy to:<br>LAW OFFICES OF DENNIS G. COSSO<br>345 Oxford Drive<br>Arcadia, California 91007<br>Attention: Dennis G. Cosso<br>Email: denniscossolaw@gmail.com | Address of Transferee:<br>DTLA Funding, LLC<br>200 Park Avenue, 9th Floor<br>New York, New York 10166<br>Attention: Shelly Burke<br>Shelly.Burke@lendlease.com |

~~~DEADLINE TO OBJECT TO TRANSFER~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT