Aurelie I. Blanadet
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 888.808.1469
Email: TeamOceanwidePlaza@Stretto.com

Claims and Noticing Agent for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:24-bk-11057-DS |
| Oceanwide Plaza, LLC | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on DTLA Funding, LLC, Attn: Shelly Burke at 200 Park Avenue, 9th Floor, New York, NY 10166:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 583]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 584]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 585]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 586]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 587]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 588]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 589]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 590]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 591]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Schuff Steel Copmany, c/o Snell & Wilmer, LLP, Attn: Antonio Kizzie and Michael Baker at 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 583]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 584]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 585]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Johnson Controls Fire Protection, L.P., c/o Faegre Drinker Biddle & Reath LLP, Attn: John P. Mithcell at 105 College Rd E, P.O. Box 627, Princeton, NJ 08542-105

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 586]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 587]**

1  Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 588]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 589]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 590]**

Furthermore, on February 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 2001 (e)(2) [Re: Docket No. 591]**

Dated: February 11, 2025                         */s/ Aurelie I. Blanadet*
                                                 Aurelie I. Blanadet

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| XL Fire Protection | Brian Callahan | 3022 N. Hesperian Way | | Santa Ana | CA | 92706 |
| XL Fire Protection Co. | c/o Crawford & Bangs, LLP | Attn: Theresa Crawford Tate | 1290 East Center Court Drive | Covina | CA | 91724-3600 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State |
|---|---|---|---|---|---|---|
| Woodbridge Glass Inc. | Attn: Richard Golubow and Winthrop Golubow Hollander | Attn: Richard Golubow and Winthrop Golubow Hollander | 1301 Dove St | Ste 500 | Newport Beach | CA |
| Woodbridge Glass Inc. | c/o Burkhalter Kessler Clement & George, LLP | Attn: D.J. Kessler, J. Waldman, K. Butler | 2020 Main Street | Suite 600 | Irvine | CA |

In re: Oceanwide Plaza, LLC
Case No. 24-11057-DS

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Continental Marble & Tile Co. | Attn: George Ballantyne | 2460 Anselmo Dr. | | Corona | CA | 92879 |
| Continental Marble and Tile Company | c/o Timothy Creyaufmiller | Law Offices of Timothy P. Creyaufmiller | 979 South Village Oaks Drive | Covina | CA | 91724 |

# **Exhibit D**



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Nevell Group Inc. | Attn: Bryan Bodine | 3001 Enterprise St. | Ste 200 | Brea | CA | 92821 |
| The Nevell Group, Inc. | c/o Lynberg & Watkins | Attn: B. Wilson, G. Sawyer, M. Walsh, T. Resurreccion | 1100 Town & Country Road, Suite 1450 | Orange | CA | 92868 |

# **Exhibit E**




**Exhibit E**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State |
|---|---|---|---|---|---|---|
| Fetzers' Inc. | Attn: Joe Wixom | 6223 W. Double Eagle Cir. | | | Salt Lake City | UT |
| Fetzers' Inc. | c/o Brothers Smith LLP | Attn: David S. Pearson | 2033 N. Main St | Ste 720 | Walnut Creek | CA |

# **Exhibit F**



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Martin Bros. & Marcowall, Inc. | Attn: Robert Klugh & Damon Hoover | 17104 S Figueroa St | | Gardena | CA | 90248 |
| Martin Bros./Marcowall, Inc. | c/o Hunt Ortmann Palffy Nieves Darling & Mah, Inc. | Attn: D. Ortmann, D. Lozano, L. Lubka, P. Schnaitman | 301 North Lake Avenue, 7th Floor | Pasadena | CA | 91101 |

# **<u>Exhibit G</u>**



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Tractel Inc. | c/o Law Offices of Dennis G. Cosso | Attn: Dennis Cosso | 414 South First Avenue | Arcadia | CA | 91066 |
| Tractel Ltd. | c/o NCS Credit | Attn: Michelle Gerred | 729 Miner Road | Highland Heights | OH | 44143 |