Aurelie I. Blanadet
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 888.808.1469
Email: TeamOceanwidePlaza@Stretto.com

Claims and Noticing Agent for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:24-bk-11057-DS |
| Oceanwide Plaza, LLC | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

  I, Aurelie I. Blanadet, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

  On February 13, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service lists attached hereto as **Exhibit A (Core/2002 List)** and **Exhibit B (Top 20 Creditors)**, and via electronic mail on the service lists attached hereto as **Exhibit C (Core/2002 List)** and **Exhibit D (Top 20 Creditors)**:

- **Compensation Report of Development Specialists, Inc. for the Period January 1, 2025, Through January 31, 2025** (Docket No. 603)

Dated: February 18, 2025          */s/ Aurelie I. Blanadet*
                       Aurelie I. Blanadet

# **Exhibit A**



Exhibit A
Core/2002 List
Served Via First-Class Mail

| Description | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel for Creditors Adjustment Bureau, Inc. | Creditors Adjustment Bureau, Inc. (as assignee of CNA Surety) | c/o Law Offices of Kenneth J. Freed | Attn: Melody G. Anderson | 4340 Fulton Ave. | 3rd Fl | Sherman Oaks | CA | 91423 | |
| Counsel for Fetzer's Inc. | Fetzer's Inc. | c/o Richards, Brandt, Miller, Nelson PLC | Attn: Adam S. Affleck | 111 East Broadway | Suite 400 | Salt Lake City | UT | 84111 | |
| Counsel to CallisonRTKL Inc. (n/k/a Arcadis Inc.) | CallisonRTKL Inc. (n/k/a Arcadis Inc.) | c/o Collins + Collins LLP | Attn: C. Orliss, M. Wroniak, P. Breucop, R. Rosvall | 750 The City Drive, Suite 400 | | Orange | CA | 92868 | |
| Counsel to Carrara Inc. | Carrara, Inc. | c/o Law Office of Gloria D Cordova | Attn: Gloria D Cordova | 15939 Phoenix Dr | | City of Industry | CA | 91745 | |
| Counsel to City of Los Angeles | City of Los Angeles | c/o Hogan Lovells US LLP | Attn: Richard L. Wynne, Erin N. Brady, Kaitlyn A. Hittelman | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | |
| Counsel to CMF, Inc. | CMF, Inc. | c/o Cozen O'Connor | Attn: Luke N. Eaton | 601 S. Figueroa Street | Suite 3700 | Los Angeles | CA | 90071 | |
| Counsel to CMF, Inc. | CMF, Inc. | c/o Cozen O'Connor | Attn: Marla S Benedek | 1201 N Market St | Suite 1001 | Wilmington | DE | 19801 | |
| Counsel to DIP Lender | Counsel to DTLA Lending LLC | c/o Perkins Coie LLP | Attn: Allan E. Low | 505 Howard St | Suite 1000 | San Francisco | CA | 94105 | |
| Counsel to Fetzers' Inc. | Fetzers' Inc. | c/o Brothers Smith LLP | Attn: David S. Pearson | 2033 N. Main St | Ste 720 | Walnut Creek | CA | 94596 | |
| Counsel to Johnson Controls Fire Protection, LP | Johnson Controls Fire Protection, L.P. | c/o Faegre Drinker Biddle & Reath LLP | Attn: Michael Adler | Four Embarcadero Center | 27th Fl | San Francisco | CA | 94111 | |
| Counsel to KPC Global | KPC Global | c/o Shulman Bastian Friedman & Bui LLP | Attn: Leonard M. Shulman | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | |
| Counsel to L.A. Downtown Investment | Leslie Cohen Law PC | Attn: J'aime Williams Kerper & Leslie A. Cohen | 1615-A Montana Avenue | | | Santa Monica | CA | 90403 | |
| Counsel to L.A. Downtown Investment LP | L.A. Downtown Investment, LP | c/o Greenberg Traurig | Attn: J. Goldstein, H.J. Steinberg, E. Rowen, J. Widjaja, J. Simon | 1840 Century Park East | 19th Floor | Los Angeles | CA | 90067 | |
| Counsel to L.A. Downtown Investment, LP | L.A. Downtown Investment, LP | Attn: Kwok Yue Cheng | Unit 2102A | Tower 2 | Lippo Centre | 89 Queensway | Hong Kong | | China |
| Counsel to L.A. Downtown Investment, LP | L.A. Downtown Investment, LP | Attn: Kwok Yue Cheng | 7220 Rosemead Blvd | #202-10 | | San Gabriel | CA | 91775 | |
| Counsel to LendLease (US) Construction Inc. | LendLease (US) Construction Inc. | c/o Perkins Coie LLP | Attn: G. Kuhlmann, H. Lauderdale, K. Allare, O. Gold, S. Chenetz | 1888 Century Park East | Suite 1700 | Los Angeles | CA | 90067 | |
| Counsel to Lendlease (US) Construction Inc. | LendLease (US) Construction Inc. | c/o Perkins Coie LLP | Attn: A. Bloetscher, L. Trambley, M. Jones-McKeown | 505 Howard Street | Suite 1000 | San Francisco | CA | 94105 | |
| Counsel to Los Angeles County Treasurer and Tax Collector | Los Angeles County Treasurer and Tax Collector | c/o RIMON, P.C. | Attn: Jacquelyn H. Choi | 2029 Century Park East | Suite 400N | Los Angeles | CA | 90067 | |
| Counsel to Mitsubishi Electric US, Inc. | Mitsubishi Electric US, Inc. | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: Nicholas Fortino and Rosemary Nunn | 200 Spectrum Center Drive | Suite 1650 | Irvine | CA | 92618 | |
| Counsel to Proposed DIP Lender | B.H. Capital Ventures, LLC | c/o Sklar Kirsh LLP | Attn: Robbin L. Itkin | 1880 Century Park East | Suite 300 | Los Angeles | CA | 90067 | |
| Counsel to Standard Drywall, Inc. | Standard Drywall, Inc. | c/o Finch, Thornton & Baird, LLP | Attn: J.F. Gauthier, N.A. Lanz, P. Finch Jr. | 4747 Executive Drive | Suite 700 | San Diego | CA | 92121 | |
| Counsel to Star Hardware, Inc. | Star Hardware, Inc. | c/o Chapman Glucksman, P.C. | Attn: Arthur Chapman, Chelsea Zwart | 11900 West Olympic Boulevard | Suite 800 | Los Angeles | CA | 90047 | |
| Counsel to Woodbridge Glass Inc. | Woodbridge Glass Inc. | c/o Winthrop Golubow Hollander, LLP | Attn: Richard Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | |
| DIP Lender | DTLA Lending LLC | Attn: Peter Cambell & Bruce Ambler | 200 Park Avenue | 9th Floor | | New York | NY | 10166 | |
| Interested Party | Allen Matkins Leck Gamble Mallory & Katsis LLP | Attn: Matthew D. Pham | 865 S. Figueroa Street, Suite 2800 | | | Los Angeles | CA | 90017-2543 | |
| Interested Party | Bigge Crane & Rigging Co. | | 8300 Mchard Rd | | | Houston | TX | 77053-4821 | |
| Interested Party | CallisonRTKL Inc. (now known as Arcadis Inc.) [RTKL Associates Inc.] | Attn: Robyn Baker | 333 S Hope St | C-200 | | Los Angeles | CA | 90071 | |
| Interested Party | City of Los Angeles | Attn: Mike Dundas & Charles Sewell | 200 North Spring Street, Room 395 | City Hall | | Los Angeles | CA | 90012 | |
| Interested Party | Collins + Collins LLP | Attn: Michael L. Wroniak; Robert L. Rosvall; Paul A. Breucop | 750 The City Drive, Suite 400 | | | Orange | CA | 92868 | |
| Interested Party | G&B Law, LLP | Attn: Douglas M. Neistat | 16000 Ventura Boulevard | Suite 1000 | | Encino | CA | 91436 | |
| Interested Party | Garrett & Tully, P.C. | Attn: Ani Grigoryan | 225 S Lake Avenue | Suite 200 | | Pasadena | CA | 91101 | |
| Interested Party | J. Scott Williams, Attorney at Law | | 15615 Alton Parkway | Suite 175 | | Irvine | CA | 92618 | |
| Interested Party | Lanak & Hanna PC | Attn: James H. Millane & Michael K. Murray | 1851 East First Street, Suite 700 | | | Santa Ana | CA | 92705 | |
| Interested Party | Levene, Neale, Bender, Yoo & Golubchik, LLP | Attn: Gary E. Klausner | 2818 La Cienega Avenue | | | Los Angeles | CA | 90034 | |
| Interested Party | Levinson Arshonsky Kurtz & Komsky, LLP | Attn: Ori S. Blumenfeld | 15303 Ventura Boulevard | Suite 1650 | | Sherman Oaks | CA | 91403 | |
| Interested Party | Office of County Counsel - County of Los Angeles | Attn: Matthew Dill and Richard Girgado | Kenneth Hahn Hall of Administration | 500 W. Temple Street | 6th Floor | Los Angeles | CA | 90012 | |
| Interested Party | Office of the Los Angeles City Attorney | Attn: M. J. Dundas and D. Wong | 200 North Main Street | Suite 700 | | Los Angeles | CA | 90012-4130 | |
| Interested Party | Procopio Cory Hargreaves & Savitch LLP | Attn: Nicholas W. Fortino; Rosemary K. Nunn | 200 Spectrum Center Drive, Suite 1650 | | | Irvine | CA | 92618 | |
| Interested Party | Steinberg Nutter & Brent, Law Corp | Attn: Paul M Brent | 23801 Calabasas Road, #2031 | | | Calabasas | CA | 91302 | |
| Lienholder | Alamillo Rebar Inc. [Webcor Sub] | Attn: Larry Alamillo | 325 West Channel Road | | | Benicia | CA | 94510 | |
| Lienholder | Alamillo Rebar, Inc. | c/o E. Scott Holbrook, Jr. | Crawford & Bangs, LLP | 1290 East Center Court Drive | | Covina | CA | 91724 | |
| Lienholder | American Stair | Ross Johnson | 3510 Calumet Ave. | | | Hammond | IN | 46320 | |
| Lienholder | American Stair Corporation | c/o Dennis Cosso | Law Offices of Dennis G. Cosso | 414 South First Avenue | | Arcadia | CA | 91066 | |
| Lienholder | American Stair Corporation, Inc. | c/o NCS Credit | Attn: Michelle Gerred | 729 Miner Road | | Highland Heights | OH | 44143 | |
| Lienholder | Bapko [Elevator Divider Beams - Sub-K #1720] | Attn: Fred Bagatourian | 180 S. Anita Dr. | | | Orange | CA | 92868 | |
| Lienholder | Bragg Investment Company, Inc. | Attn: Gary C. Fowler | 6251 Paramount Boulevard | | | Long Beach | CA | 90805 | |
| Lienholder | CallisonRTKL Inc. [Direct Contractor] | | PO Box 402336 | | | Atlanta | GA | 30384-2336 | |
| Lienholder | CMF Inc. | Attn: Dave Duclett | 1317 W Grove Ave | | | Orange | CA | 92865 | |
| Lienholder | Continental Marble & Tile Co. | Attn: George Ballantyne | 2460 Anselmo Dr. | | | Corona | CA | 92879 | |
| Lienholder | Enclos | Attn: John F. Jeske | 2770 Blue Water Road | | | Egan | MN | 55121 | |
| Lienholder | Fetzers' Inc. | Attn: Joe Wixom | 6223 W. Double Eagle Cir. | | | Salt Lake City | UT | 84118 | |
| Lienholder | Johnson Controls Fire Protection LP aka TYCO aka Simplex Grinnell | Attn: Jennifer Leong | 50 Technology Dr. | | | Westminster | MA | 01441 | |
| Lienholder | JT Wimsatt | Attn: John Wimsatt III | 28064 Avenue Stanford | Suite B | | Valencia | CA | 91355 | |
| Lienholder | Karcher Interior Systems, Inc. [ACCO Sub] | Attn: L.B. Winter, Jr. | 675 N. Eckoff | Suite F | | Orange | CA | 92868 | |
| Lienholder | L.A. Downtown Investment LP (Interest) | | 905 Westminster Ave., Unit G | | | Alhambra | CA | 91803 | |



**Exhibit A**
Core/2002 List
Served Via First-Class Mail

| Description | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Lienholder | Lendlease (US) Construction Inc. | Attn: Mark Biancuci | 200 Park Avenue | 9th Floor | | New York | NY | 10166 | |
| Lienholder | Los Angeles County Tax Collector | | PO Box 54027 | | | Los Angeles | CA | 90054-0027 | |
| Lienholder | Martin Bros. & Marcowall, Inc. | Attn: Robert Klugh & Damon Hoover | 17104 S Figueroa St | | | Gardena | CA | 90248 | |
| Lienholder | Mitsubishi Electric US, Inc. | Attn: Paul Veravanich | 5900-A Katella Avenue | | | Cypress | CA | 90630 | |
| Lienholder | Morrow Equipment Company, LLC | Attn: Cavan Davies | 3218 Pringle Road, SE | | | Salem | OR | 97302-1172 | |
| Lienholder | Nevell Group Inc. | Attn: Bryan Bodine | 3001 Enterprise St. | Ste 200 | | Brea | CA | 92821 | |
| Lienholder | Pan Pacific Mechanical LLC | | 18250 Euclid St. | | | Fountain Valley | CA | 92708 | |
| Lienholder | SASCO | Attn: Dennis Ortman | 2750 Moore Ave. | | | Fullerton | CA | 92833 | |
| Lienholder | SASCO | Attn: Sara Kornblatt and Gibbs Giden | 12100 Wilshire Blvd | Ste 300 | | Los Angeles | CA | 90025 | |
| Lienholder | Sharpe Interior Systems, Inc. | Attn: Keith Costanzo | 28045 Harrison Pkwy. | | | Valencia | CA | 91355 | |
| Lienholder | Star Hardware, Inc. | Attn: Charlie Reynoso | 201 Ponderosa Avenue | | | Ontario | CA | 91762 | |
| Lienholder | Webcor Construction, L.P., dba Webcor Builders | Attn: John Bowles | 1750 Harbor Bay Pkwy. | | | Alameda | CA | 94502 | |
| Lienholder | Woodbridge Glass Inc. | Attn: Jeff Siciliani | 3441 W Macarthur Blvd | | | Santa Ana | CA | 92704-6805 | |
| Lienholder | XL Fire Protection | Brian Callahan | 3022 N. Hesperian Way | | | Santa Ana | CA | 92706 | |
| Lienholder | Bragg Investment Co. Inc. dba Bragg Crane Services, Bragg Crane & Rigging [Direct Contractor] | | 6242 Paramount Blvd. | | | Long Beach | CA | 90805 | |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Noreen A. Madoyan | 915 Wilshire Blvd | Suite 1850 | | Los Angeles | CA | 90017 | |

# **Exhibit B**

**Exhibit B**
Top 20 Creditors
Served Via First-Class Mail

| Description | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Beaubois | Attn: Mathieu Laflamme, CPA, CA | 521 6th Avenue | | | St-Georges | QC | G5Y 0H1 | Canada |
| Top 20 Creditor | Bragg Investment Company, Inc. | c/o Gray Duffy, LLP | Attn: A. Kahveciyan, J. Duffy, N.B. Lee | 21700 Oxnard Street | Suite 1950 | Woodland Hills | CA | 91367 | |
| Top 20 Creditor | Carrara Marble Company of America, Inc. | Attn: William V. Cordova, Sr. | 15939 Phoenix Drive | | | City of Industry | CA | 91745 | |
| Top 20 Creditor | Commercial Scaffolding of California Inc. | Attn: Giovanni Gomez & Brian Chien | 14928 S Maple Avenue | | | Gardena | CA | 90248 | |
| Top 20 Creditor | Executive Event Services | Attn: Bobby Slater | 22600 Savi Ranch Parkway | Suite A35 | | Yorba Linda | CA | 92887 | |
| Top 20 Creditor | Hancock S-REIT LA Corp. | Attn: Jeffrey Yamashiroya | 601 Congress Street | | | Boston | MA | 2110 | |
| Top 20 Creditor | Hancock S-REIT LA Corp. | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Matthew D Pham | 865 S Figueroa St | Ste 2800 | Los Angeles | CA | 90017 | |
| Top 20 Creditor | Hancock S-REIT LA Corp. | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Suzanne E. Kenney | 599 Lexington Avenue | 38th Floor | New York | NY | 10022-6030 | |
| Top 20 Creditor | Kovach Enclosures Systems, LLC | Attn: Troy Garrett | 3195 W. Armstrong Place | | | Chandler | AZ | 85286 | |
| Top 20 Creditor | Larry Methvin Installations, Inc. | Attn: Larry Methvin | 501 Kettering Drive | | | Ontario | CA | 91761 | |
| Top 20 Creditor | Larry Methvin Installations, Inc. | Bill Thimons | 4065 W. Mesa Vista Ave | Suite D | | Las Vegas | NV | 89118 | |
| Top 20 Creditor | Morrow Equipment Company, LLC | Attn: Christopher Hughes | 621 Capitol Mall | Suite 2500 | | Sacramento | CA | 95814 | |
| Top 20 Creditor | Ralls Gruber & Niece LLC | Attn: John Foust | 601 Montgomery Street | Suite 1800 | | San Francisco | CA | 94111 | |
| Top 20 Creditor | Rynoclad Technologies Inc. | Attn: Victor Wright | 780 East Francis Street | Ste. M | | Ontario | CA | 91761 | |
| Top 20 Creditor | Stone Etc., Inc. | Attn: Irit Lieberman | 14815 Broadway | | | Gardena | CA | 90248 | |
| Top 20 Creditor | Stone Etc., Inc. | c/o Shula Roth-Barash | 9454 Wilshire Boulevard | Suite 500 | | Los Angeles | CA | 90212-2908 | |
| Top 20 Creditor | The MS Rouse Company, Inc. (T1) | Attn: Scott H. Rouse | 1611 Kona Drive | | | Rancho Dominguez | CA | 90220 | |
| Top 20 Creditor | Tractel Inc. | Attn: Kamay Matharu | 1615 Warden Avenue | | | Toronto | ON | M1R 2T3 | Canada |
| Top 20 Creditor | Tractel Inc. | c/o Law Offices of Dennis G. Cosso | Attn: Dennis Cosso | 414 South First Avenue | | Arcadia | CA | 91066 | |
| Top 20 Creditor | Woodbridge Glass Inc. | c/o Burkhalter Kessler Clement & George, LLP | Attn: D.J. Kessler, J. Waldman, K. Butler | 2020 Main Street | Suite 600 | Irvine | CA | 92614 | |
| Top 20 Creditor | Yesco LLC | Attn: Wesley J. VanDyke | 1605 S Gramercy Road | | | Salt Lake City | UT | 84104 | |
| Top 20 Creditor & Lienholder | ACCO Engineered Systems, Inc. | Attn: Chuck Darway | 888 E. Walnut Street | | | Pasadena | CA | 91101 | |
| Top 20 Creditor & Lienholder | Standard Drywall, Inc. | Attn: Robert E. Caya & Linnsey Caya | 3100 Palisades Drive | | | Corona | CA | 92880 | |
| Top 20 Creditor & Lienholder | YESCO LLC | Attn: Wesley J. VanDyke, Regional Mgr./Sr. VP | 2401 Foothill | | | Salt Lake City | UT | 84109 | |

# **Exhibit C**

**STRETTO**

**Exhibit C**
Core/2002 List
Served Via Electronic Mail

| Description | Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|---|
| Counsel to CallisonRTKL Inc. (n/k/a Arcadis Inc.) | CallisonRTKL Inc. (n/k/a Arcadis Inc.) | c/o Collins + Collins LLP | Attn: C. Orliss, M. Wroniak, P. Breucop, R. Rosvall | corliss@ccllp.law mwroniak@ccllp.law pbreucop@ccllp.law rrosvall@ccllp.law |
| Counsel to Carrara, Inc. | Carrara, Inc. | c/o Law Office of Gloria D Cordova | Attn: Gloria D Cordova | nef@gcordovalaw.com epaz2@carrara.com |
| Counsel to City of Los Angeles | City of Los Angeles | c/o Hogan Lovells US LLP | Attn: Richard L. Wynne, Erin N. Brady, Kaitlyn A. Hittelman | richard.wynne@hoganlovells.com erin.brady@hoganlovells.com kaitlyn.hittelman@hoganlovells.com |
| Counsel to CMF, Inc. | CMF, Inc. | c/o Cozen O'Connor | Attn: Luke N. Eaton | lukeeaton@cozen.com |
| Counsel to CMF, Inc. | CMF, Inc. | c/o Cozen O'Connor | Attn: Marla S Benedek | mbenedek@cozen.com |
| Counsel to Creditors Adjustment Bureau, Inc. | Creditors Adjustment Bureau, Inc. (as assignee of CNA Surety) | c/o Law Offices of Kenneth J. Freed | Attn: Melody G. Anderson | manderson@kjfesq.com |
| Counsel to Debtor | Oceanwide Plaza, LLC | c/o Bryan Cave Leighton Paisner LLP | Attn: Sharon Weiss | sharon.weiss@bclplaw.com |
| Counsel to DIP Lender | Counsel to DTLA Lending LLC | c/o Perkins Coie LLP | Attn: Allan E. Low | alow@perkinscoie.com |
| Counsel to Fetzer's Inc. | Fetzer's Inc. | c/o Richards, Brandt, Miller, Nelson PLC | Attn: Adam S. Affleck | adam-affleck@rbmn.com |
| Counsel to KPC Global | KPC Global | c/o Shulman Bastian Friedman & Bui LLP | Attn: Leonard M. Shulman | lshulman@shulmanbastian.com |
| Counsel to L.A. Downtown Investment, LP | L.A. Downtown Investment, LP | Attn: Kwok Yue Cheng | | mickeykycheng@gmail.com |
| Counsel to L.A. Downtown Investment, LP | L.A. Downtown Investment, LP | c/o Greenberg Traurig | Attn: J. Goldstein, H.J. Steinberg, E. Rowen, J. Widjaja, J. Simon | jonathan.widjaja@gtlaw.com steinbergh@gtlaw.com simonju@gtlaw.com jonathan.goldstein@gtlaw.com rowene@gtlaw.com |
| Counsel to LendLease (US) Construction Inc. | LendLease (US) Construction Inc. | c/o Perkins Coie LLP | Attn: G. Kuhlmann, H. Lauderdale, K. Allare, O. Gold, S. Chenetz | gkuhlmann@perkinscoie.com schenetz@perkinscoie.com ogold@perkinscoie.com |
| Counsel to Lendlease (US) Construction Inc. | LendLease (US) Construction Inc. | c/o Perkins Coie LLP | Attn: A. Bloetscher, L. Trambley, M. Jones-McKeown | abloetscher@perkinscoie.com ltrambley@perkinscoie.com mjonesmckeown@perkinscoie.com |
| Counsel to Los Angeles County Treasurer and Tax Collector | Los Angeles County Treasurer and Tax Collector | c/o RIMON, P.C. | Attn: Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com |
| Counsel to Mitsubishi Electric US, Inc. | Mitsubishi Electric US, Inc. | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: Nicholas Fortino and Rosemary Nunn | nicholas.fortino@procopio.com rosemary.nunn@procopio.com |
| Counsel to Proposed DIP Lender | B.H. Capital Ventures, LLC | c/o Sklar Kirsh LLP | Attn: Robbin L. Itkin | ritkin@sklarkirsh.com |
| Counsel to Standard Drywall, Inc. | Standard Drywall, Inc. | c/o Finch, Thornton & Baird, LLP | Attn: J.F. Gauthier, N.A. Lanz, P. Finch Jr. | jgauthier@ftblaw.com nlantz@ftblaw.com pfinch@ftblaw.com |
| Counsel to Star Hardware, Inc. | Star Hardware, Inc. | c/o Chapman Glucksman, P.C. | Attn: Arthur Chapman, Chelsea Zwart | achapman@cgdrblaw.com czwart@cgdrlaw.com |
| Counsel to Woodbridge Glass Inc. | Woodbridge Glass Inc. | c/o Winthrop Golubow Hollander, LLP | Attn: Richard Golubow | rgolubow@wghlawyers.com |
| DIP Lender | DTLA Lending LLC | Attn: Peter Cambell & Bruce Ambler | | bruce.ambler@lendlease.com |
| Interested Party | Allen Matkins Leck Gamble Mallory & Katsis LLP | Attn: Matthew D. Pham | | mpham@allenmatkins.com |
| Interested Party | CallisonRTKL Inc. (now known as Arcadis Inc.) [RTKL Associates Inc.] | Attn: Robyn Baker | | robyn.baker@arcadis.com |
| Interested Party | City of Los Angeles | Attn: Mike Dundas & Charles Sewell | | mike.dundas@lacity.org charles.sewell@lacity.org |



## Exhibit C
Core/2002 List
Served Via Electronic Mail

| Description | Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|---|
| Interested Party | Collins + Collins LLP | Attn: Michael L. Wroniak; Robert L. Rosvall; Paul A. Breucop | | mwroniak@ccllp.law<br>pbreucop@ccllp.law<br>rrosvall@ccllp.law |
| Interested Party | G&B Law, LLP | Attn: Douglas M. Neistat | | dneistat@gblawllp.com |
| Interested Party | Garrett & Tully, P.C. | Attn: Ani Grigoryan | | tcurrie@garrett-tully.com<br>agrigoryan@garrett-tully.com |
| Interested Party | J. Scott Williams, Attorney at Law | | | jwilliams@williamsbkfirm.com |
| Interested Party | Lanak & Hanna PC | Attn: James H. Millane & Michael K. Murray | | mkmurray@lanak-hanna.com<br>jhmillane@lanak-hanna.com |
| Interested Party | Law Offices of James W. Bates | Attn: James William Bates | | jbates@jbateslaw.com |
| Interested Party | Leslie Cohen Law PC | Attn: J'aime Williams Kerper & Leslie A. Cohen | | leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com |
| Interested Party | Levene, Neale, Bender, Yoo & Golubchik, LLP | Attn: Gary E. Klausner | | gek@lnbyg.com |
| Interested Party | Levinson Arshonsky Kurtz & Komsky, LLP | Attn: Ori S. Blumenfeld | | oblumenfeld@lakklawyers.com |
| Interested Party | Office of County Counsel - County of Los Angeles | Attn: Matthew Dill and Richard Girgado | | mdill@counsel.lacounty.gov<br>rgirgado@counsel.lacounty.gov |
| Interested Party | Office of the Los Angeles City Attorney | Attn: M. J. Dundas and D. Wong | | donna.wong@lacity.org |
| Interested Party | Procopio Cory Hargreaves & Savitch LLP | Attn: Nicholas W. Fortino; Rosemary K. Nunn | | rosemary.nunn@procopio.com |
| Lienholder | Alamillo Rebar, Inc. | c/o E. Scott Holbrook, Jr. | | sholbrook@builderslaw.com |
| Lienholder | American Stair Corporation | c/o Dennis Cosso | | denniscossolaw@gmail.com |
| Lienholder | American Stair Corporation, Inc. | c/o NCS Credit | Attn: Michelle Gerred | collections@ncscredit.com |
| Lienholder | Bragg Investment Company, Inc. | Attn: Gary C. Fowler | | gary.fowler@braggcrane.com |
| Lienholder | CMF Inc. | Attn: Dave Duclett | | duclett@cmfinc.com |
| Lienholder | Fetzers' Inc. | c/o Brothers Smith LLP | Attn: David S. Pearson | dpearson@brotherssmithlaw.com |
| Lienholder | Lendlease (US) Construction Inc. | Attn: Mark Biancuci | | mark.biancucci@lendlease.com |
| Lienholder | Martin Bros. & Marcowall, Inc. | Attn: Robert Klugh & Damon Hoover | | damonh@martinbros.net<br>raffio@martinbros.net |
| Lienholder | Mitsubishi Electric US, Inc. | Attn: Paul Veravanich | | gaylene.oyama@procopio.com<br>paul.veravanich@meus.com |
| Lienholder | SASCO | Attn: Sara Kornblatt and Gibbs Giden | | skornblatt@gibbsgiden.com |
| Lienholder | Woodbridge Glass Inc. | Attn: Jeff Siciliani | | jeff@woodbridgeglass.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Noreen A. Madoyan | | noreen.madoyan@usdoj.gov |

# **<u>Exhibit D</u>**



**Exhibit D**
Top 20 Creditors
Served Via Electronic Mail

| Description | Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|---|
| Top 20 Creditor | Beaubois | Attn: Mathieu Laflamme, CPA, CA | | mathieu.laflamme@beaubois.com |
| Top 20 Creditor | Bragg Investment Company, Inc. | c/o Gray Duffy, LLP | Attn: A. Kahveciyan, J. Duffy, N.B. Lee | jduffy@grayduffylaw.com  nlee@grayduffylaw.com |
| Top 20 Creditor | Carrara Marble Company of America, Inc. | Attn: William V. Cordova, Sr. | | bcordova@carrara.com |
| Top 20 Creditor | Commercial Scaffolding of California Inc. | Attn: Giovanni Gomez & Brian Chien | | giovannig@csiscaffold.com  bchien@kenyonweb.com  justinh@csiscaffold.com |
| Top 20 Creditor | Executive Event Services | Attn: Bobby Slater | | bslater@eesnation.com |
| Top 20 Creditor | Hancock S-REIT LA Corp. | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Matthew D Pham | mpham@allenmatkins.com |
| Top 20 Creditor | Hancock S-REIT LA Corp. | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Suzanne E. Kenney | skenney@allenmatkins.com |
| Top 20 Creditor | Larry Methvin Installations, Inc. | Attn: Larry Methvin | | lmethvin@larrymethvin.com |
| Top 20 Creditor | Ralls Gruber & Niece LLC | Attn: John Foust | | jfoust@rallsgruber.com |
| Top 20 Creditor | Stone Etc., Inc. | Attn: Irit Lieberman | | irit@stoneetcinc.com  shiran@stoneetcinc.com  gary@stoneetcinc.com |
| Top 20 Creditor | Stone Etc., Inc. | c/o Shula Roth-Barash | | shula@shulaesq.com |
| Top 20 Creditor | The MS Rouse Company, Inc. (T1) | Attn: Scott H. Rouse | | cprofeta@rousecompany.com |
| Top 20 Creditor | Tractel Inc. | Attn: Kamay Matharu | | kamay.matharu@tractel.com |
| Top 20 Creditor | Tractel Inc. | c/o Law Offices of Dennis G. Cosso | Attn: Dennis Cosso | denniscossolaw@gmail.com |
| Top 20 Creditor | Woodbridge Glass Inc. | c/o Burkhalter Kessler Clement & George, LLP | Attn: D.J. Kessler, J. Waldman, K. Butler | dkessler@bkcglaw.com  jwaldman@bkcglaw.com  kbutler@bkcglaw.com |
| Top 20 Creditor & Lienholder | ACCO Engineered Systems, Inc. | Attn: Chuck Darway | | cdarway@accoes.com |
| Top 20 Creditor & Lienholder | Morrow Equipment Company, LLC | Attn: Christopher Hughes | | chughes@nossaman.com |
| Top 20 Creditor & Lienholder | Standard Drywall, Inc. | Attn: Robert E. Caya & Linnsey Caya | | lcaya@standarddrywall.com |