B2100A (Form 2100A) (12/15)

## United States Bankruptcy Court

### Central District of California

In re OCEANWIDE PLAZA LLC        Case No. 2:24-bk-11057-DS

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DTLA FUNDING, LLC | SASCO |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
DTLA Funding, LLC
200 Park Avenue, 9th Floor New York, New York 10166 Attention: Shelly Burke
Shelly.Burke@lendlease.com
Phone:_____
Last Four Digits of Acct. #:_____

Court Claim # 22-1, Stretto #76
Amount of Claim: $17,448,378.00 (secured only)
Date Claim Filed: 6/21/2024

Phone:_____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct. #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____        Date: 2/6/2025
Transferee/Transferee's Agent
Shelly Burke Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

## Central District of California

In re OCEANWIDE PLAZA LLC              Case No. 2:24-bk-11057-DS

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 22-1, Stretto #76 (secured claim only) (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| Name of Alleged Transferor<br>SASCO | Name of Transferee<br>DTLA Funding, LLC |
| Address of Alleged Transferor:<br>SASCO<br>2750 Moore Avenue<br>Fullerton, CA 92833<br>Attention: Jason Reed<br>Email: jreed@sasco.com | Address of Transferee:<br>DTLA Funding, LLC<br>200 Park Avenue, 9th Floor<br>New York, New York 10166<br>Attention: Shelly Burke<br>Shelly.Burke@lendlease.com |

With a copy to:
GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP
12100 Wilshire Blvd #300
Los Angeles, CA 90025
Attention: Sara Kornblatt
Email: skornblatt@gibbsgiden.com

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____

                                        CLERK OF THE COURT