B2100A (Form 2100A) (12/15)

**FILED**

FEB 13 2025

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## United States Bankruptcy Court

## Central District of California

In re OCEANWIDE PLAZA LLC        Case No. 2:24-bk-11057-DS

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| DTLA FUNDING, LLC | ENCLOS CORP. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

DTLA Funding, LLC

200 Park Avenue, 9th Floor New
York, New York 10166 Attention:
Shelly Burke

Shelly.Burke@lendlease.com

Phone:_____

Last Four Digits of Acct. #:_____

Court Claim # 20-1, Stretto #73

Amount of Claim: $5,950,000.00

Date Claim Filed: 6/21/2024

Phone:_____

Last Four Digits of Acct. #:_____

Name and Address where transferee
payments should be sent (if different
from above):

Phone:_____

Last Four Digits of Acct. #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:_____        Date: 1/3/2025

Transferee/Transferee's Agent

Shelly Burke Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

## United States Bankruptcy Court

## Central District of California

In re OCEANWIDE PLAZA LLC          Case No. 2:24-bk-11057-DS

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 20-1, Stretto #73 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
ENCLOS CORP.

Name of Transferee
DTLA Funding, LLC

Address of Alleged Transferor:
ENCLOS CORP.
14870 Central Ave.
Chino, CA
Attention: Dan Green
Email: dgreen@enclos.com

Address of Transferee:
DTLA Funding, LLC
200 Park Avenue, 9th Floor
New York, New York 10166
Attention: Shelly Burke
Shelly.Burke@lendlease.com

With a copy to:
COX CASTLE NICHOLSON
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
Attention: Dennis M. Naish
Email: dnaish@coxcastle.com

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
CLERK OF THE COURT