**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:      (310) 576-2200

Jarret P. Hitchings (*Admitted Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone       (704) 749-8999
Facsimile:       (704) 749-8990

*Attorneys for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>OCEANWIDE PLAZA LLC,<br><br>Debtor. | Case No.: 2:24-bk-11057-DS<br><br>Hon. Deborah J. Saltzman<br><br>Chapter 11<br><br>**SECOND STIPULATION AUTHORIZING DEBTOR TO AMEND POST-PETITION FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE**<br><br>[NO HEARING REQUIRED] |

TO: THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES.

This *Second Stipulation Authorizing Debtor To Increase Post-Petition Financing For Critical Expenses And Extend Maturity Date* (the "Stipulation") is entered into by and among Oceanwide Plaza LLC ("Oceanwide" or "Debtor"), DTLA Lending LLC (the "DIP Lender"), Lendlease (US) Construction Inc. ("Lendlease"), L.A. Downtown Investment, LP ("LADI"), Chicago Title Insurance Company ("CTIC") and the City of Los Angeles (the "City" and

collectively with the Debtor, the DIP Lender, Lendlease, LADI, and CTIC, the "Consulting Parties", and each a "Consulting Party"):

**RECITALS**

A. Oceanwide is a debtor and debtor-in-possession in the bankruptcy proceeding pending before the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") styled *In re Oceanwide Plaza LLC*, Case No. 24-11057 (Bankr. C.D. Cal. Feb. 13, 2024) (the "Bankruptcy Case"). Oceanwide timely filed an answer and reservation of rights [ECF No. 27] with respect to the involuntary petition on March 8, 2024, whereby it consented to the entry of an order for relief. An *Order for Relief* was entered on March 11, 2024 [ECF No. 28]. Oceanwide remains the Debtor-In-Possession in the Bankruptcy Case.

B. On May 16, 2024, the Bankruptcy Court entered a *Final Order (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens and Superiority Administrative Expense Claims, and (III) Modifying the Automatic Stay* [ECF No. 229] (the "DIP Financing Order") which approved a $9.3 million debtor-in-possession financing facility from the DIP Lender (generally, the "DIP Loan").

C. The DIP Financing Order requires that Debtor use the DIP Loan proceeds in accordance with a budget attached thereto (the "Budget") during the period provided for therein, being April 29, 2024 through September 26, 2024 (the "Budget Period").

D. On November 22, 2024, the Bankruptcy Court entered an *Order Granting Motion To Amend Debtor-In-Possession Financing Facility* [ECF No. 521] (the "Order Authorizing DIP Financing Amendment") which authorized the Debtor to amend the DIP Loan, and increase the DIP facility from $9.3 Million to $12.9 Million and to enter into amendments, agreements, instruments, and other documents necessary to evidence and/or secure the amended obligations to the DIP Lender and to consummate the terms and provisions of the DIP Financing Amendment (as defined and further described in the Order Authorizing DIP Financing Amendment).

E.     The Amendment to the DIP Loan further extended the budget period to January 31, 2025 and the Amended and Restated Promissory Note included an outside maturity date of February 28, 2025.

F.     On March 3, 2025, the DIP Lender and the Debtor entered into a forbearance agreement through which the DIP Lender agreed to forbear from enforcement of the Loan Documents or pursuing foreclosure proceedings against the Debtor the earlier of (1) March 10, 2025, or (2) until the occurrence of an event of default as further set forth therein.

G.     As reported in Debtor's *Chapter 11 Status Report And Request To Continue Status Conference* (ECF No. 652), Debtor continues to confer with multiple parties interested in acquiring the Property and meaningful progress has been made in recent weeks.  Debtor and major creditors are continuing discussions designed to resolve issues pending among these parties. Here too progress has been made recently. At the request of some of the Consulting Parties, a continued mediation session before the Honorable Randall Newsome was held on April 15, 2025. Given the on-going discussions and negotiations, Debtor and other parties requested that the Status Conference to be continued to a date in June 2025.

H.     The Court convened a Status Conference on May 6, 2025 at 1:00 p.m. and at the Status Conference, continued the hearing to August 19, 2025 at 1:00 p.m.

I.     Debtor and the Office of the United States Trustee have scheduled a meeting in July 2025.

J.     Debtor and the DIP Lender have been negotiating an increase in the DIP Facility to provide for the Debtor's needs through October 31, 2025.  In the meantime, Debtor has incurred or will shortly incur expenses set forth on **Schedule 1** attached hereto (the "Expense Schedule"), which require immediate payment through June 30, 2025.  The expenses include such critical payments such as payroll, site security, utilities, UST Fees, insurance and other related expenses. The expenses also include payment of an additional $22,040.24 to Judge Newsome for mediation fees.

K.    The total "Critical Needs" required for the DIP through June 30, 2025 is $9,582,861, inclusive of amounts the Debtor was previously authorized to borrow through orders of the Court. The requested budget does not increase the existing DIP facility. Rather, it reallocates certain budgeted line items and extends the DIP budget period through the end of June, 2025. The Debtor anticipates submitting a separate request shortly to increase the DIP facility and further extend the DIP period through approximately October 2025.

L.    Debtor further requests authority for an interim extension of the maturity date of the DIP Loan through June 30, 2025, and entry of an order granting the other relief agreed to herein.

NOW THEREFORE, the Parties stipulate, agree, and request that the Court enter an Order as follows:

**STIPULATION**

1.    Debtor shall be and is authorized to amend the borrowing under the DIP Facility to pay the expenses, through June 30, 2025, set forth on the Expense Schedule attached as **Schedule 1**.

2.    The Consulting Parties do not object to Debtor's additional borrowing to pay the expenses set forth in the Expense Schedule.

3.    The Maturity Date of the DIP Facility shall be extended to June 30, 2025.

4.    The Debtor is authorized to enter into amendments and supplements to the Loan Documents (as defined in the DIP Financing Order) and the DIP Financing Amendment Documents (as defined in the Order Authorizing DIP Financing Amendment) as may be necessary to evidence and secure the additional DIP Financing agreed to through this Stipulation, and the Debtor and DIP Lender should be authorized and empowered to take such other actions are as necessary to effectuate such further amendments and supplements and the terms of this Stipulation, including without limitation the recordation of such amendments to the Loan Documents and DIP Financing Amendment Documents without further order of the Court.

5. DIP Lender agrees to and shall provide Stewart Title with any required instructions or authorizations necessary for Debtor to access or use, or for Stewart Title to release or pay, the Stewart Deposit Funds for the purposes in the Expense Schedule.

6. Except as expressly provided for herein, nothing in this Stipulation or any order approving this Stipulation is intended to or shall modify the terms of the DIP Financing Order, Order Authorizing DIP Financing Amendment DIP Loan, or any related loan documents entered in connection therewith.

[*Signature Page Follows*]

| | | |
|---|---|---|
| 1 | Dated: June 10, 2025 | BRYAN CAVE LEIGHTON PAISNER LLP |
| 2 | | |
| 3 | | By: /s/ Sharon Z. Weiss |
| | | Sharon Z. Weiss |
| | | Attorney for Debtor and Debtor in Possession |
| 4 | Dated: June 9, 2025 | PERKINS COIE LLP |
| 5 | | |
| 6 | | By: *Sara Chenetz* |
| | | Sara Chenetz |
| 7 | | Meredith Jones-McKeown |
| | | Attorney for DTLA Lending LLC and Lendlease (US) Constructing Inc. |
| 8 | Dated: June 9, 2025 | GREENBERG TRAURIG, LLP |
| 9 | | |
| 10 | | By: /s/ Howard J. Steinberg |
| | | Howard J. Steinberg |
| 11 | | Attorneys for L.A. Downtown Investment LP |
| 12 | ~~Dated: June __, 2025~~ | ~~GARRETT & TULLY, P.C.~~ |
| 13 | | |
| 14 | | ~~By:~~ |
| | | ~~Ryan Squire~~ |
| | | ~~Attorneys for Chicago Title Insurance Company~~ |
| 15 | Dated: June __, 2025 | HOGAN LOVELLS US LLP |
| 16 | | |
| 17 | | By: |
| | | Richard Lee Wynne |
| 18 | | Erin Brady |
| | | Attorneys for the City of Los Angeles |

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

| | | |
|---|---|---|
| 1 | Dated: June __, 2025 | BRYAN CAVE LEIGHTON PAISNER LLP |
| 2 | | |
| 3 | | By: *Sharon Z. Weiss* (signed)<br>Sharon Z. Weiss<br>Attorney for Debtor and Debtor in Possession |
| 4 | Dated: June __, 2025 | PERKINS COIE LLP |
| 5 | | |
| 6 | | By:_____<br>Sara Chenetz<br>Meredith Jones-McKeown<br>Attorney for DTLA Lending LLC and Lendlease (US) Constructing Inc. |
| 7 | | |
| 8 | | |
| 9 | Dated: June __, 2025 | GREENBERG TRAURIG, LLP |
| 10 | | By:_____<br>Howard J. Steinberg<br>Attorneys for L.A. Downtown Investment LP |
| 11 | | |
| 12 | ~~Dated: June __, 2025~~ | ~~GARRETT & TULLY, P.C.~~ |
| 13 | | ~~By:_____~~<br>~~Ryan Squire~~<br>~~Attorneys for Chicago Title Insurance Company~~ |
| 14 | | |
| 15 | Dated: June 4, 2025 | HOGAN LOVELLS US LLP |
| 16 | | By: *Richard Lee Wynne* (signed)<br>Richard Lee Wynne<br>Erin Brady<br>Attorneys for the City of Los Angeles |
| 17 | | |
| 18 | | |

*[Left margin: BRYAN CAVE LEIGHTON PAISNER LLP, 120 BROADWAY, SUITE 300, SANTA MONICA, CA 90401-2386]*

---

6

SECOND STIPULATION AUTHORIZING DEBTOR TO AMEND POST-PETITION FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE

**Error! Unknown document property name.**

Dated: June 9, 2025

LOEB & LOEB LLP

By: /s/ William M. Hawkins
William M. Hawkins
Attorneys for Chicago Title Insurance Company

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

# SCHEDULE 1

**Oceanwide Plaza LLC**
**Interim DIP Budget Draft**

| (All amounts in dollars) | Total DIP Requested (Oustanding) | Fees Incurred but Unpaid | Interim DIP Budget (through June) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 05/28 - 06/03 | 06/04 - 06/10 | 06/11 - 06/17 | 06/17 - 06/23 | 06/24 - 06/30 | Total |
| **Payroll and Supplies** | | | | | | | | |
| Payroll and Payroll Benefits | 1,425,413 | | 201,649 | 50,565 | - | 49,510 | 500 | 1,727,637 |
| Office Supplies & Licenses | 5,320 | | 100 | 100 | 100 | 100 | 100 | 5,820 |
| Bank Fees | 7,300 | | - | 1,800 | - | - | - | 9,100 |
| **Total Payroll and Supplies** | **1,438,033** | **-** | **201,749** | **52,465** | **100** | **49,610** | **600** | **1,742,557** |
| **Insurance** | | | | | | | | |
| Liability Insurance | 48,683 | | - | - | - | - | - | 48,683 |
| Building Insurance (4) | - | | - | - | - | - | - | - |
| Earthquake Insurance (4) | - | | - | - | - | - | - | - |
| Directors and Officers/Employee Liability | - | | - | - | - | - | - | - |
| Worker's Comp Insurance | 1,694 | | 8,479 | - | - | - | - | 10,173 |
| ERISA Bond | - | | - | - | - | - | - | - |
| **Total Insurance** | **50,377** | **-** | **8,479** | **-** | **-** | **-** | **-** | **58,856** |
| **Taxes** | | | | | | | | |
| Franchise Tax, California | - | | | | | | | - |
| Franchise Tax, Delaware | - | | | | | | | - |
| Business Personal Property Tax | - | | | | | | | - |
| Past Due Property Tax | - | | | | | | | - |
| Real Property Tax | - | | | | | | | - |
| **Total Taxes** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **State and City Licenses** | | | | | | | | |
| Agent for Service of Process, California(1) | - | | | | | | | - |
| Agent for Service of Process, Delaware(1) | - | | | | | | | - |
| **Total State and City Licenses** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Project Operations** | | | | | | | | |
| Site Security (2) | 1,842,954 | | 479,987 | | | | | 2,322,941 |
| Portable Toilet | 4,788 | | 936 | | | | 468 | 6,192 |
| Site Cleaning/Trash/Bathrooms/Water Removal | 75,072 | | 12,278 | | | | | 87,350 |
| Utility | 119,567 | | 30,000 | | | 15,000 | | 164,567 |
| Video Monitoring Security System | - | - | | | | | | - |
| Fence Maintenance | - | | | | | | | - |
| Ground Floor Lighting Equipment/Repair | 29,000 | | | | | | | 29,000 |
| Hoists (Repair and Maintenance) | 1,318,510 | | 314,143 | | | | 24,640 | 1,657,293 |
| Scaffold Rental | 137,249 | | 14,370 | | | | 7,185 | 158,804 |
| Trench Plate Rental | 131,683 | | | 19,155 | | | 9,577 | 160,415 |
| Street Use Permit | 34,991 | | | | | | - | 34,991 |
| Graffiti Abatement | - | | | | | | | - |
| Barricade Ground Floor Entrances (Stairs & Ramps) | 160,000 | | | | | | | 160,000 |
| Fire Extinguishers Purchase | - | | | | | | | - |
| LAFD Fees | - | | | | | | | - |
| Razor Wire | 100,000 | | | | | | | 100,000 |
| Upgrade Fire Suppression System (3) | 250,000 | | | | | | | 250,000 |
| Storm Water Pollution Prevention Plan Annual Fee | - | | | | | | | - |
| **Total Project Operations** | **4,203,815** | **-** | **851,714** | **19,155** | **-** | **-** | **56,870** | **5,131,554** |
| **Professional Fees** | | | | | | | | |
| Chief Restructuring Officer | 550,000 | 200,000 | 50,000 | | | | 50,000 | 850,000 |
| Financial Advisor | 97,387 | | | | | | | 97,387 |
| Valuation Report | - | | | | | | | - |
| Legal Services - Bankruptcy | 727,250 | | | | | | | 727,250 |
| Claim Agents | 50,000 | | | | | | | 50,000 |
| Legal Services - Construction Litigation | 222,000 | - | | | | | | 222,000 |
| Legal Services - Employment | - | | | | | | | - |
| Legal Services - Land Use | - | | | | | | | - |
| Legal Services - Other | - | | | | | | | - |
| Payroll Tax Service | 7,500 | | | | | | 1,500 | 9,000 |
| Real Estate Broker | 250,000 | | | | | | | 250,000 |
| Tax Consultant | - | | | | | | | - |
| US Trustee Fee | 61,065 | - | | | | | 37,600 | 98,665 |
| **Total Professional Fees** | **1,965,201** | **200,000** | **50,000** | **-** | **-** | **-** | **89,100** | **2,304,301** |
| **Others** | | | | | | | | |
| Contingency | 279,092 | | 6,500 | 15,000 | 15,000 | 15,000 | 15,000 | 345,592 |
| Insurance Contingency | - | | | | | | | - |
| Loan Fees [5] | - | | | | | | | - |
| Interest Reserve [4] | - | | | | | | | - |
| **Total Others** | **279,092** | **-** | **6,500** | **15,000** | **15,000** | **15,000** | **15,000** | **345,592** |
| **Total** | **7,936,520** | **200,000** | **1,118,442** | **86,619** | **15,100** | **64,610** | **161,570** | **9,582,861** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **SECOND STIPULATION AUTHORIZING DEBTOR TO AMEND POST-PETITION FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2025 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Adam S Affleck**
  adam-affleck@rbmn.com, jennifer-franklin@rbmn.com

- **Melody G Anderson**
  meanderson@zwickerpc.com

- **James W Bates**
  jbates@jbateslaw.com

- **Ori S Blumenfeld**
  oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com;smcfadden@lakklawyers.com

- **Paul Brent**
  snb300@aol.com

- **Sara Chenetz**
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- **Jacquelyn H Choi**
  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

- **Leslie A Cohen**
  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; clare@lesliecohenlaw.com; bryn@lesliecohenlaw.com

- **Gloria D Cordova**
  NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com

- **Sean C Coughlin**
  scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com;ssuper@noonanlance.com

- **Matthew Dill**
  mdill@counsel.lacounty.gov

- **Luke N Eaton**
  lukeeaton@cozen.com, jacqueline.sims@troutman.com

- **Amir Gamliel**
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

- **Jon F Gauthier**
  jgauthier@ftblaw.com, jrobinson@ftblaw.com

- **Richard Girgado**
  rgirgado@counsel.lacounty.gov

- **Richard H Golubow**
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

- **Ani Grigoryan**
  agrigoryan@garrett-tully.com, jgootkin@garrett-tully.com

- **Mark Isola**
  misola@brotherssmithlaw.com

- **Lance N Jurich**
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com

- **Gary E Klausner**
  gek@lnbyg.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

- **Noreen A Madoyan**
  Noreen.Madoyan@usdoj.gov

- **Allison C. Murray**
  acmurray@swlaw.com, kcollins@swlaw.com

- **Douglas M Neistat**
  dneistat@gblawllp.com, mramos@gblawllp.com

- **Rosemary Nunn**
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com;gaylene.oyama@procopio.com

- **Matthew D Pham**
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- **Michael B Reynolds**
  mreynolds@swlaw.com, kcollins@swlaw.com

- **Robert L. Rosvall**
  rrosvall@ccllp.law, kvargas@ccllp.law

- **Jeremy H Rothstein**
  jrothstein@gblawllp.com, msingleman@gblawllp.com;mbowes@gblawllp.com

- **Leonard M Shulman**
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

- **Howard Steinberg**
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- **United States Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

- **J Scott Williams**
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- **Donna Wong**
  donna.wong@lacity.org

- **Richard Lee Wynne**
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com

- **Chelsea Zwart**
  czwart@cgdrlaw.com, service@cgdrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**