**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Admitted Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

*Attorneys for Debtor and Debtor-in-Possession*

FILED & ENTERED

JUN 10 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-bk-11057-DS |
| OCEANWIDE PLAZA LLC, | Chapter 11 |
| Debtor. | **ORDER APPROVING SECOND STIPULATION AUTHORIZING DEBTOR TO AMEND POST-PETITION FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE** |

The court having reviewed and considered the "Second Stipulation Authorizing Debtor to Amend Post-Petition Financing for Critical Expenses and Extend Maturity Date" (the "Stipulation," Docket No. 663) and good cause appearing,

IT IS HEREBY ORDERED that:

1.     The Stipulation is approved.

2.     The Debtor[1] is authorized to amend the DIP Facility to pay the expenses set forth on the Expense Schedule, through June 30, 2025, attached to the Stipulation as Schedule 1.

3.     The Maturity Date of the DIP Facility is extended from March 25, 2025 to June 30, 2025.

/ / /

---

[1] Capitalized terms not defined herein are used as defined in the Stipulation.

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

4. The Debtor is authorized to enter into amendments and supplements to the Loan Documents and the DIP Financing Amendment Documents as may be necessary to evidence and secure the additional DIP Financing agreed to through the Stipulation, and the Debtor and DIP Lender are authorized and empowered to take such other actions are as necessary to effectuate such further amendments and supplements and the terms of this Stipulation including without limitation the recordation of such amendments to the Loan Documents and DIP Financing Amendment Documents without further order of the court.

5. Except as expressly provided for herein, nothing in this order is intended to modify the terms of the DIP Financing Order, the DIP Loan, or any related loan documents entered in connection therewith.

###

Date: June 10, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386