**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200

Jarret P. Hitchings (*Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone     (704) 749-8999
Facsimile:    (704) 749-8990

*Attorneys for Debtor and Debtor-in-Possession*

**FILED & ENTERED**

**DEC 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell  **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>OCEANWIDE PLAZA LLC,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:24-bk-11057-DS<br><br>Chapter 11<br><br>**SCHEDULING ORDER FOLLOWING CHAPTER 11 STATUS CONFERENCE**<br><br>Status Conference:<br>Date:    December 4, 2025<br>Time:    1:00 p.m.<br>Place:   Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

A status conference was held at the above time and place. Appearances were noted on the record. Based on the arguments of counsel and the ruling of the court at the status conference,

IT IS HEREBY ORDERED that the following schedule is set with respect to the submission, solicitation, and confirmation of the amended chapter 11 plan anticipated from debtor Oceanwide Plaza LLC (the "Debtor"):

1. The Debtor must file its combined amended plan and disclosure statement (the "Combined Plan and Disclosure Statement"), together with a motion for conditional approval of

the Combined Plan and Disclosure Statement (the "Conditional Approval Motion"), no later than January 5, 2026.

2. The court will review the Conditional Approval Motion and, subject to the court's satisfaction that approval is warranted and appropriate, will enter an order conditionally approving the Combined Plan and Disclosure Statement (the "Solicitation Order") on or before January 9, 2026.

3. Subject to entry of the Solicitation Order:

    a. The Debtor must mail notice and solicitation packages for the Combined Plan and Disclosure Statement to creditors and the U.S. Trustee no later than January 12, 2026.

    b. Creditors and all other entitled parties must submit votes accepting or rejecting the Combined Plan and Disclosure Statement no later than February 3, 2026 (the "Ballot Deadline").

    c. The deadline for parties to object to approval and confirmation of the Combined Plan and Disclosure Statement is February 3, 2026.

    d. The Debtor must file: (i) any reply to objections to approval and confirmation of the Combined Plan and Disclosure Statement; and (ii) a ballot summary no later than February 10, 2026.

4. A hearing to consider approval and confirmation of the Combined Plan and Disclosure Statement will be held on February 18, 2026 at 10:00 a.m. (Pacific) (the "Confirmation Hearing"). Except as may otherwise be allowed, all parties, counsel, and witnesses, that intend to actively participate at the Confirmation Hearing must attend in person.

###

Date: December 10, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

2