# EXHIBIT 1

**Oceanwide Plaza LLC**

**Receipt and Disbursement for December 2025**

| Name | Receipts | Disbursement |
|---|---|---|
| Payroll and Payroll Benefits | | 2,100.15 |
| Payroll and Payroll Benefits | | 3,091.80 |
| Payroll and Payroll Benefits | | 5,544.55 |
| Bank Fees | | 19.52 |
| Bank Fees | | 25.00 |
| Payroll and Payroll Benefits | | 2,042.19 |
| Mowbray Builders, Inc | | 6,500.00 |
| Payroll Tax Service | | 108.00 |
| DIP Funding | 670,003.13 | |
| Bank Fees | | 105.00 |
| Portable Toilet | | 936.84 |
| Scaffold Rental | | 14,370.00 |
| Trench Plate Rental | | 38,309.60 |
| Hoists (Repair and Maintenance) | | 97,294.40 |
| Utility | | 34,310.44 |
| Contingency | | 3,250.00 |
| Payroll and Payroll Benefits | | 2,042.19 |
| Payroll and Payroll Benefits | | 2,213.98 |
| Payroll and Payroll Benefits | | 2,864.14 |
| Payroll and Payroll Benefits | | 5,544.55 |
| Mowbray Builders, Inc | | 6,563.00 |
| Chief Restructuring Officer | | 50,006.15 |
| Bank Fees | | 256.90 |
| Payroll and Payroll Benefits | | 5,161.50 |
| Payroll and Payroll Benefits | | 1,983.26 |
| Payroll and Payroll Benefits | | 2,042.19 |
| Payroll and Payroll Benefits | | 4,984.49 |
| **Total** | **$ 670,003.13** | **$ 291,669.84** |