# EXHIBIT 2

# Oceanwide Plaza LLC

## Balance Sheet as of December 31, 2025

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash | $ | 785,005 |
| Prepaid Expense Post Petition | $ | - |
| Prepaid Expense Pre Petition | $ | 5,581 |
| Accounts Receivable Post Petition | $ | 4,585 |
| Other Receivable Pre Petition | $ | 228,147 |
| Inventory | $ | 117,366,698 |
| Machinery and Equipment | $ | 12,881,320 |
| Real Property | $ | 433,900,000 |
| **Total Assets** | **$** | **565,171,336** |
| | | |
| **Equity & Liabilities** | | |
| Accounts Payable Post Petition | $ | 274,290 |
| DIP Loan | $ | 14,286,450 |
| Secured Claims | $ | 368,471,559 |
| Unsecured Priority Claims | $ | 205,498 |
| General Unsecured Claims | $ | 395,883,214 |
| **Total Liabilities** | **$** | **779,121,011** |
| | | |
| **Equity** | **$** | **(213,949,676)** |
| | | |
| **Total Equity & Liabilities** | **$** | **565,171,336** |