# EXHIBIT 3

# Oceanwide Plaza LLC

## P&L for December 2025

|  | December 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 64800-Office Expense | 0.00 |
| 60400 · Bank Service Charges | 406.42 |
| 61700 · Computer and Internet Expenses | 0.00 |
| 62500 · Dues and Subscriptions | 108.00 |
| 63300 · Insurance Expense | 0.00 |
| 63400 · Interest Expense | 56,904.38 |
| 66000 · Payroll Expenses | |
|    66005-Health insurance | 0.00 |
|    66001 · Net Pay | 22,547.99 |
|    66002 · Payroll Tax | 10,940.43 |
|    66003 · 401K | 6,126.57 |
| **Total 66000 · Payroll Expenses** | 39,614.99 |
| 66700 · Professional Fees | |
|    667001- Attorney fees | 0.00 |
|    667002-Consulting Fees | 63,069.15 |
|    667003-Accounting fees | 3,250.00 |
| **Total 66700 · Professional Fees** | 66,319.15 |
| 67100 · Rent Expense | 52,679.60 |
| 67200 · Repairs and Maintenance | |
|    672001-Site security | 0.00 |
|    67200 · Repairs and Maintenance - Other | 98,231.24 |
| **Total 67200 · Repairs and Maintenance** | 98,231.24 |
| 68600 · Utilities | 34,310.44 |
| **Total Expense** | 348,574.22 |
| **Net Ordinary Income** | -348,574.22 |
| **Net Income** | **-348,574.22** |