# EXHIBIT 4

**EAST WEST BANK**  Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page   1   of   2
STARTING DATE: December 01, 2025
ENDING DATE: December 31, 2025
Total days in statement period: 31
█████9488
( 0)

OCEANWIDE PLAZA LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-11057
(OPERATING) C/O DSI
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | █████9488 | Beginning balance | $406,672.07 |
| Low balance | $387,240.86 | Total additions     ( 1) | 670,003.13 |
| Average balance | $825,200.58 | Total subtractions  ( 25) | 291,669.84 |
| | | Ending balance | $785,005.36 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 12-04 | Wire Trans-IN   85013897-c9c4-4142 -b606-b699e4fdb3ec STEWART TITLE GUAR WFBIUS6S ST20251204183, DIP Loan, Draw 12 | 670,003.13 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-01 | Preauth Debit | INTUIT 76255836 PAYROLL 251201 18026534 | 2,100.15 |
| 12-01 | Preauth Debit | INTUIT 89050421 TAX 251201 18026534 | 3,091.80 |
| 12-01 | Preauth Debit | INTUIT 76255836 PAYROLL 251201 18026534 | 5,544.55 |
| 12-02 | Debit Memo | FIDUCIARY COLLATER AL | 19.52 |
| 12-02 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 12-02 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 20251128922GMC2604 8268143059400 1COR P | 2,042.19 |
| 12-03 | Outgoing Wire | DXX3383P00002539 GREGORY MOWBRAY 322271627 REF PROJECT MANAGE MENT SERVICES FOR | 6,500.00 |
| 12-03 | Preauth Debit | INTUIT * QBooks Pay 251203 0544516 | 108.00 |
| 12-04 | Preauth Debit | BILL.COM LLC BILLING BILL.COM 02B4WHRHR SXZ9RY STMT 251290 77992 OCEANWIDE PL AZA LLC | 105.00 |
| 12-08 | Outgoing Wire | DXX3388P00002544 SO CAL SANITATION 071000288 REF INVOICES 76397 4, 768012 | 936.84 |
| 12-08 | Outgoing Wire | DXX3388P00002549 BRAND SAFWAY 026009593 REF: SERVICES FOR 9/30 - 10/31 | 14,370.00 |
| 12-08 | Outgoing Wire | DXX3388P00002555 TOM MALLOY CORPORA 122201198 REF: SERVICES 07/0 3/25 - 10/22/25 | 38,309.60 |
| 12-08 | Outgoing Wire | DXX3388P00002538 BIGGE CRANE AND RI 121122676 REF INVOICES PRI00 0071548, PRI000071 | 97,294.40 |
| 12-11 | Preauth Debit | Bill.com Payables Multiple Payments Bill.com Payables 015IENUEFWS294D | 37,560.44 |
| 12-16 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 202512159229LK2604 8268143059400 1COR P | 2,042.19 |
| 12-16 | Preauth Debit | INTUIT 78826022 PAYROLL 251216 18026534 | 2,213.98 |
| 12-16 | Preauth Debit | INTUIT 82974526 TAX 251216 18026534 | 2,864.14 |

3409    rev 05-16

# EAST WEST BANK  *Your financial bridge*

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: December 01, 2025
ENDING DATE: December 31, 2025
█████9488

9300 Flair Dr., 1St FL
El Monte, CA. 91731

OCEANWIDE PLAZA LLC

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 12-16 | Preauth Debit | INTUIT 78826022 PAYROLL 251216 18026534 | 5,544.55 |
| 12-22 | Outgoing Wire | DXX3396P00004364 GREGORY MOWBRAY 322271627 REF: 10/16/25 - 11/15/25 | 6,563.00 |
| 12-22 | Outgoing Wire | DXX3396P00004353 DEVELOPMENT SPECIA 071006486 REF OCT 2025 FEES | 50,006.15 |
| 12-22 | Analysis Servic | ANALYSIS ACTIVITY FOR 11/25 | 256.90 |
| 12-31 | Preauth Debit | INTUIT 79182223 PAYROLL 251231 18026534 | 1,983.26 |
| 12-31 | Preauth Debit | TRANSAMERICA L&A CONTRIBUTE 20251230922N882604 8268143059400 1COR P | 2,042.19 |
| 12-31 | Preauth Debit | INTUIT 06898655 TAX 251231 18026534 | 4,984.49 |
| 12-31 | Preauth Debit | INTUIT 79182223 PAYROLL 251231 18026534 | 5,161.50 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 406,672.07 | 12-04 | 1,057,138.99 | 12-22 | 799,176.80 |
| 12-01 | 395,935.57 | 12-08 | 906,228.15 | 12-31 | 785,005.36 |
| 12-02 | 393,848.86 | 12-11 | 868,667.71 | | |
| 12-03 | 387,240.86 | 12-16 | 856,002.85 | | |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………............    $_____

**Add** Deposits not shown
on this Statement                        $_____
                                         _____
                                         _____
                **Sub Total**………    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks……………………………    $_____

**Balance**…….............................**    $_____

**ENTER**
Present Balance in
your checkbook…………………    $_____

**Subtract** any service
charges, finance or
any other charges…………………    $_____

                **Sub Total** …………    $_____

**Add** Monthly Interest
Earned …………………………..    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….    $_____
                                         _____
                                         _____
                                         _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….    $_____
                                         _____
                                         _____
                                         _____

**Balance**…….............................    $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)