# EXHIBIT 5

**MOR Notes**

1. On attachment #2 (Balance Sheet) to the MOR. The $433.9 million Real Property value is based on the most recent appraisal. The secured and unsecured claims amounts in the balance sheet include claims that the Debtor may dispute at a later date.