1  DAVID S. PEARSON, SBN 154951
   dpearson@brotherssmithlaw.com
2  MARK V. ISOLA, SBN 154614
   misola@brotherssmithlaw.com
3  BROTHERS SMITH LLP
   2033 N. Main Street, Suite 720
4  Walnut Creek, California 94596
   Telephone:    (925) 944-9700
5  Facsimile:    (925) 944-9701

6  Attorneys for FETZERS', INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re:<br><br>Oceanwide Plaza, LLC,<br><br>   Involuntary Debtor. | Case No. 2:24-bk-11057-DS<br><br>**REQUEST FOR REMOVAL FROM MASTER MAILING LIST**<br><br>Hon. Deborah J. Saltzman<br><br>Involuntary Chapter 11 Case |
|---|---|

**PLEASE TAKE NOTICE** that BROTHERS SMITH LLP, on behalf of FETZERS', INC., in the above-captioned case, hereby requests that the following be removed from to the Court's master mailing list:

> MARK V. ISOLA, SBN 154614
> misola@brotherssmithlaw.com
> BROTHERS SMITH LLP
> 2033 N. Main Street, Suite 720
> Walnut Creek, California 94596
> Telephone:    925 944 9700
> Facsimile:    925 944 9701

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, dismissal, hearing, motion, pleading, plan, disclosure statement or

1 | request, formal or informal, whether conveyed by mail, telephone, facsimile, or otherwise.

3 | Dated: January 23, 2026     **BROTHERS SMITH LLP**

By: _____
    Mark V. Isola
    Attorney

**PROOF OF SERVICE**
**In re: Oceanwide Plaza, LLC**
**2:24-bk-11057-DS**

**STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Contra Costa, State of . My business address is 2033 N. Main Street, Suite 720, Walnut Creek, CA 94596.

On January 23, 2026, I served true copies of the following document(s) described as **REQUEST FOR REMOVAL FROM MASTER MAILING LIST** on the interested parties in this action as follows:

**SEE SERVICE LIST MAINTAINED BY CM/ECF**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2026, at Walnut Creek, California.

          /s/ Brooklynn J. Nabeta
          Brooklynn J. Nabeta

BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA

61139.001/816908.1

-1-

REQUEST FOR REMOVAL FROM MASTER MAILING LIST

Case No. 2:24-bk-11057