| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss (SBN 169446)<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Attorneys for Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Oceanwide Plaza LLC, | CASE NO.: 2:24-bk-11057-DS<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED RELIEF PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 ET AL |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order Granting Debtor and Debtor-in-Possession's Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019 et al.

was lodged on (*date*)  January 28, 2026  and is attached. This order relates to the motion which is docket number  789 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　Page 1　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

EXHIBIT A

EXHIBIT A

**BRYAN CAVE LEIGHTON PAISNER LLP**
SHARON Z. WEISS (State Bar No. 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

JARRET P. HITCHINGS (*Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

Attorneys for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:24-bk-11057-DS |
| Oceanwide Plaza LLC, | Hon. Deborah Saltzman |
| Debtor and Debtor-in-Possession | Chapter 11 |
| | **ORDER GRANTING DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED RELIEF PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 ET AL.** |
| | **[HEARING TO BE SET]** |

The Court having reviewed the *Motion For Approval Of Settlement Agreement And Related Relief Pursuant To Federal Rule Of Bankruptcy Procedure 9019 et al.; Declaration Of Bradley D. Sharp In Support Thereof* (the "9019 Motion") filed by Debtor and the Court having read and considered the 9019 Motion, its supporting *Memorandum of Points and Authorities*, the *Declaration of Bradley D. Sharp* (the "Sharp Declaration"), and the settlement agreement (the "Agreement")[1] attached as Exhibit 1 to the Sharp Declaration and finding that the notice of the 9019 Motion was proper, and finding that the relief requested by Oceanwide in the 9019 Motion was proper and supported by evidence; and further finding that the Agreement was highly negotiated by sophisticated parties, was entered into in good faith by all of the Parties thereto, and is in thereto, and is in the best interest of creditors and the Estate; and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Agreement described in the 9019 Motion and each of the terms set forth therein are approved pursuant to section 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019. The Agreement is legally binding against the parties thereto in all respects.

3. The following claims are allowed as secured claims against the Debtor's estate in the amounts and priorities set forth below, and the Parties are bound thereby:

    (a) The LADI Secured Claim is senior in priority to all Mechanic's Lien Claims.

    (b) The amount of the LADI Secured Claim and the LADI Bankruptcy Claim have a collective total indebtedness due and owing as of October 31, 2025, in the amount of $230,000,000 ("LADI Indebtedness"), which: (i) accrues interest at the rate of $60,000 per diem from and after November 1, 2025; provided, however, solely in the event of a Qualifying All Cash Asset Sale, the Holder will recalculate the per diem at $40,000 per day; and (ii) continues to accrue reasonable attorneys' fees, costs, expenses, and other Reimbursable Costs incurred by or on behalf of LADI on November 1 and 2, 2025, and KPC (and any other Holder) from and after November 3, 2025, which

---

[1] Defined terms used herein, but not defined herein, shall have the meanings ascribed to such terms in the Agreement.

amounts will be added to the LADI Indebtedness and accrue interest at the rate of 10% simple per annum from and after the date paid.

(c) The Mechanic's Lien Claims held by US Construction and DTLA Funding total $168,950,227.56 in the amounts set forth on the ML Exhibit attached to the Agreement, with the US Construction Secured Claim totaling $71,349,256 and the DTLA Funding Secured Claim totaling $97,600,872.56. The Mechanic's Lien Claims are junior in priority and right to payment of the LADI Bankruptcy Claim.

(d) The LADI Bankruptcy Claim and the Mechanic's Lien Claims are allowed and secured in full by the Property.

(e) The respective owners of the LADI Bankruptcy Claim and Mechanic's Lien Claims may credit bid their respective secured claims towards the purchase of the Property in the amounts set forth above in accordance with their priority.

(f) Solely in the event that a Qualifying All Cash Asset Sale occurs: (a) the LADI Bankruptcy Claim will be reduced by Twenty Million and No/100 Dollars ($20,000,000.00); and (b) the US Construction Secured Claim will be increased by Twenty Million and No/100 Dollars ($20,000,000.00), as set forth in the Bankruptcy Stipulation filed as Docket Number __.

4. In the event of any sale in which all or substantially all of the Assets including the Property are sold in this Bankruptcy Case, the proceeds will be distributed in the following order, with each tranche satisfied in full before any proceeds are distributed to the tranche below it, unless otherwise agreed in writing by all creditors in the applicable tranche:

(a) First, to satisfy in full the allowed secured property taxes owed to the County of Los Angeles ("Secured RP Tax Claims") or such lesser amount as the purchaser might be allowed to pay to the County of Los Angeles;

(b) Second, to satisfy in full the total amount of the DIP Loan Claims;

(c) Third, to satisfy in full the transaction costs of the sale in the amount approved by the Bankruptcy Court;

(d) Fourth, to satisfy in full the LADI Bankruptcy Claim as may be adjusted by the Bankruptcy Stipulation, and, if CTIC notifies Oceanwide at least three (3) Business Days in

advance of any distribution, Oceanwide will pay to CTIC the amount of any CTIC Reimbursement Right instead of paying this amount to the holder of the LADI Bankruptcy Claim;

(e)  Fifth, to satisfy the Mechanic's Lien Claims, on a pro rata basis as shown in the ML Exhibit, as may be adjusted by the Bankruptcy Stipulation; and

(f)  Thereafter, as directed by the Bankruptcy Court in this Bankruptcy Case, through the terms of a Chapter 11 plan or otherwise.

5. The Debtor is authorized to execute any documents or take any actions reasonably necessary to effectuate the terms of the Agreement and to perform such terms as set forth therein.

6. This Court retains jurisdiction to interpret and enforce the Agreement and to resolve any disputes arising out of or related to the Agreement or this Bankruptcy Case.

7. The Court finds that the Agreement was negotiated at arm's length by sophisticated parties represented by counsel, was entered into in good faith, and constitutes a fair and reasonable compromise within the meaning of Federal Rule of Bankruptcy Procedure 9019. The settlement is in the best interests of the Debtor, its estate, and all creditors.

8. The Agreement is binding upon and inures to the benefit of the Parties and their respective successors, assigns, and parties-in-interest in this Bankruptcy Case, including any trustee appointed in this case or in any case to which this case may be converted, any other representative of the estate, any reorganized debtor emerging from a Chapter 11 plan confirmed in this case, and the Debtor after emergence from this Bankruptcy Case and upon the dismissal or closing of this case.

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion): DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED RELIEF PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 ET AL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 28, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- PLEASE SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2026 | Raul Morales | *[signature: Raul Morales]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   - **Adam S Affleck**
     adam-affleck@rbmn.com, jennifer-franklin@rbmn.com
   - **Melody G Anderson**
     meanderson@zwickerpc.com
   - **James W Bates**
     jbates@jbateslaw.com
   - **Ori S Blumenfeld**
     oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com; smcfadden@lakklawyers.com
   - **Paul Brent**
     snb300@aol.com
   - **Sara Chenetz**
     schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com
   - **Jacquelyn H Choi**
     jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
   - **Leslie A Cohen**
     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
   - **Gloria D Cordova**
     NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com
   - **Sean C Coughlin**
     scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com; ssuper@noonanlance.com
   - **Matthew Dill**
     mdill@counsel.lacounty.gov
   - **Luke N Eaton**
     lukeeaton@cozen.com, jacqueline.sims@troutman.com
   - **Amir Gamliel**
     agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com
   - **Jon F Gauthier**
     jgauthier@ftblaw.com, jrobinson@ftblaw.com
   - **Richard Girgado**
     rgirgado@counsel.lacounty.gov
   - **Richard H Golubow**
     rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
   - **Ani Grigoryan**
     agrigoryan@garrett-tully.com, jgootkin@garrett-tully.com
   - **Mark Isola**
     misola@brotherssmithlaw.com
   - **Lance N Jurich**
     ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com
   - **Gary E Klausner**
     gek@lnbyg.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Noreen A Madoyan**
  Noreen.Madoyan@usdoj.gov

- **Allison C. Murray**
  acmurray@swlaw.com, kcollins@swlaw.com

- **Douglas M Neistat**
  dneistat@gblawllp.com, mramos@gblawllp.com

- **Rosemary Nunn**
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com; gaylene.oyama@procopio.com

- **Matthew D Pham**
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- **Michael B Reynolds**
  mreynolds@swlaw.com, kcollins@swlaw.com

- **Robert L. Rosvall**
  rrosvall@ccllp.law, kvargas@ccllp.law

- **Jeremy H Rothstein**
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- **Leonard M. Shulman**
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

- **Howard Steinberg**
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- **United States Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

- **J Scott Williams**
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- **Donna Wong**
  donna.wong@lacity.org

- **Richard Lee Wynne**
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com

- **Chelsea Zwart**
  czwart@cgdrlaw.com, service@cgdrlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 2 **F 9021-1.2.BK.NOTICE.LODGMENT**