| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss (SBN 169446)<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Attorneys for Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Oceanwide Plaza LLC, | CASE NO.: 2:24-bk-11057-DS<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE PURSUANT TO LBR 9075-1(b) |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order on Application for Order Setting Hearing on Shortened Notice was lodged on (*date*) January 28, 2026 and is attached. This order relates to the motion which is docket number 790.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

EXHIBIT A

EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss, State Bar No. 169446<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386.<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>Oceanwide Plaza LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-11057-DS<br><br>CHAPTER: 11<br><br>**ORDER:**<br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|
| **Movant** (*name*): Oceanwide Plaza LLC, Debtor and Debtor-in-Possession | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Debtor and Debtor-In-Possession's Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019 et al.

    b. *Date of filing of motion:* January 28, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: January 28, 2026

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ The Application is granted, and it is further ordered that:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** <br> **Time:** <br> **Courtroom:** 1639 | **Place:** <br> ☒ **255 East Temple Street, Los Angeles, CA 90012** <br> ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** <br> ☐ **3420 Twelfth Street, Riverside, CA 92501** <br> ☐ **411 West Fourth Street, Santa Ana, CA 92701** <br> ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: <br><br> Time: | <br><br><br> ☐ See attached page <br> (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

  (A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: <br><br> Time: | <br><br><br> ☐ See attached page <br> (D) S_ervice is also required upon_: <br>   -- United States trustee _(electronic service is not permitted)_ <br>   -- Judge's copy personally delivered to chambers <br>     (_see Court Manual for address_) |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                                       Page 2                                       **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br><br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:            Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 4                    **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion): EX PARTE MOTION TO CONTINUE CASE DEADLINES; DECLARATION OF SHARON Z. WEISS IN SUPPORT OF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 28, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- PLEASE SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2026 | Raul Morales | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Adam S Affleck**
  adam-affleck@rbmn.com, jennifer-franklin@rbmn.com
- **Melody G Anderson**
  meanderson@zwickerpc.com
- **James W Bates**
  jbates@jbateslaw.com
- **Ori S Blumenfeld**
  oblumenfeld@lakklawyers.com, ncondren@lakklawyers.com; smcfadden@lakklawyers.com
- **Paul Brent**
  snb300@aol.com
- **Sara Chenetz**
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com
- **Jacquelyn H Choi**
  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Leslie A Cohen**
  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;bryn@lesliecohenlaw.com
- **Gloria D Cordova**
  NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com
- **Sean C Coughlin**
  scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com; ssuper@noonanlance.com
- **Matthew Dill**
  mdill@counsel.lacounty.gov
- **Luke N Eaton**
  lukeeaton@cozen.com, jacqueline.sims@troutman.com
- **Amir Gamliel**
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com
- **Jon F Gauthier**
  jgauthier@ftblaw.com, jrobinson@ftblaw.com
- **Richard Girgado**
  rgirgado@counsel.lacounty.gov
- **Richard H Golubow**
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- **Ani Grigoryan**
  agrigoryan@garrett-tully.com, jgootkin@garrett-tully.com
- **Mark Isola**
  misola@brotherssmithlaw.com
- **Lance N Jurich**
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com
- **Gary E Klausner**
  gek@lnbyg.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

- **Noreen A Madoyan**
  Noreen.Madoyan@usdoj.gov

- **Allison C. Murray**
  acmurray@swlaw.com, kcollins@swlaw.com

- **Douglas M Neistat**
  dneistat@gblawllp.com, mramos@gblawllp.com

- **Rosemary Nunn**
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com; gaylene.oyama@procopio.com

- **Matthew D Pham**
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- **Michael B Reynolds**
  mreynolds@swlaw.com, kcollins@swlaw.com

- **Robert L. Rosvall**
  rrosvall@ccllp.law, kvargas@ccllp.law

- **Jeremy H Rothstein**
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- **Leonard M. Shulman**
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com

- **Howard Steinberg**
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- **United States Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

- **J Scott Williams**
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- **Donna Wong**
  donna.wong@lacity.org

- **Richard Lee Wynne**
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com

- **Chelsea Zwart**
  czwart@cgdrlaw.com, service@cgdrlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                              **F 9021-1.2.BK.NOTICE.LODGMENT**