| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss, State Bar No. 169446<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386.<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**JAN 29 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK**<br><br>CHANGES MADE BY COURT |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>OCEANWIDE PLAZA LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-11057-DS<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Oceanwide Plaza LLC, Debtor and Debtor-in-Possession

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Debtor and Debtor-In-Possession's Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019 et al.

    b. *Date of filing of motion:* January 28, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: January 28, 2026

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013 | Page 1 | F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒  A hearing on the motion will take place as follows:

> **Hearing date: February 3, 2026**
>
> **Time:** 2:00 p.m.
>
> **Courtroom:** 1639
> **VIA ZOOM OR PHONE ONLY**
> **No appearances in courtroom**
> **(connection info will be posted on the calendar posted on the court's website)**
>
> **Place:**
> ☒ 255 East Temple Street, Los Angeles, CA 90012
> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
> ☐ 3420 Twelfth Street, Riverside, CA 92501
> ☐ 411 West Fourth Street, Santa Ana, CA 92701
> ☐ 1415 State Street, Santa Barbara, CA 93101

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

> (A) *Deadlines:*
> Date: January 29, 2026
>
> Time: 5:00 p.m.
>
> (B) *Persons/entities to be provided with telephonic notice:*
>
> DTLA Lending LLC, DTLA Funding, LLC, Lendlease (US) Construction Inc., Lendlease (US) Construction Holdings Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, City of Los Angeles, KPC Plaza, LLC, and the petitioning creditors
>
> ☐ See attached page
>
> (C) *Telephonic notice is also required upon* the United States trustee

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

   (A)  ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ NEF

> (B) *Deadlines:*
> Date: January 29, 2026
>
> Time: 5:00 p.m.
>
> (C) *Persons/entities to be served with written notice and a copy of this order:*
>
> DTLA Lending LLC, DTLA Funding, LLC, Lendlease (US) Construction Inc., Lendlease (US) Construction Holdings Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, City of Los Angeles, KPC Plaza, LLC, and the petitioning creditors
>
> ☐ See attached page
>
> (D) S*ervice is also required upon*:
>   -- United States trustee *(electronic service is not permitted)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                              **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ NEF

> (B) *Deadlines:*
> Date: January 29, 2026
>
> Time: 5:00 p.m.
>
> (C) *Persons/entities to be served with motion, declarations, supporting documents:*
>
> DTLA Lending LLC, DTLA Funding, LLC, Lendlease (US) Construction Inc., Lendlease (US) Construction Holdings Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, City of Los Angeles, KPC Plaza, LLC, and the petitioning creditors
>
> ☐ See attached page
>
> (D) *Service is also required upon*:
> -- United States trustee *(no electronic service permitted)*

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ NEF

> (B) *Deadlines:*
> Date: February 2, 2026
>
> Time: 11:59 p.m.
>
> (C) *Persons/entities to be served with written opposition to the motion:*
> -- movant's attorney (or movant, if movant is not represented by an attorney)
>
> (D) *Service is also required upon*:
> -- United States trustee (*electronic service is not permitted*)
> -- Judge's copy personally delivered to chambers
>   (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 3   **F 9075-1.1.ORDER.SHORT.NOTICE**

|  (B) *Deadlines:*   Date:   Time: | (C) *Persons/entities to be served with written reply to opposition:*   -- All persons/entities who filed a written opposition   (D) *Service is also required upon*:   -- United States trustee *(electronic service is not permitted)*   -- Judge's Copy personally delivered to chambers       (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: January 30, 2026    Time: 11:59 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: January 29, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 4                **F 9075-1.1.ORDER.SHORT.NOTICE**