**BRYAN CAVE LEIGHTON PAISNER LLP**
SHARON Z. WEISS (State Bar No. 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200

JARRET P. HITCHINGS (*Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone     (704) 749-8999
Facsimile:     (704) 749-8990

Attorneys for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-bk-11057-DS |
| Oceanwide Plaza LLC, | Hon. Deborah Saltzman |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| | NOTICE OF HEARING ON SHORTENED TIME ON DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED RELIEF PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 |
| | Hearing:<br>Date: February 3, 2026<br>Time: 2:00 p.m.<br>Place: Courtroom 1639,<br>    **[VIA ZoomGov]**<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW

NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND RELATED RELIEF PURSUANT TO FRBP 9019

1    Oceanwide Plaza LLC ("Debtor"), by and through its undersigned counsel, has requested a hearing on shortened time to consider the Debtor and Debtor-In-Possession's Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "9019 Motion"). This notice is provided in accordance with Rule 9075-1(b) of the Local Rules of Bankruptcy Practice and Procedure (the "Local Rules") for the United States Bankruptcy Court for the Central District of California.

**PLEASE TAKE NOTICE** that the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California - Los Angeles Division, has scheduled the hearing for February 3, 2026, at 2:00 p.m. (Pacific) to consider Debtor's 9019 Motion. A copy of the Court's Order Granting Application and Setting Hearing on Shortened Notice [ECF 793] is attached as Exhibit "1".

**PLEASE TAKE FURTHER NOTICE** that the Court has directed that any opposition to the entry of an order granting the 9019 Motion must be in writing and filed by <u>February 2, 2026 at 11:59 p.m. (PT)</u> and served by personal delivery or notice of electronically filed (NEF) document on the Debtor's counsel at Bryan Cave Leighton Paisner LLP, Attn: Sharon Weiss (sharon.weiss@bclplaw.com) and Jarret Hitchings (jarret.hitchings@bclplaw.com), and the Office of the United States Trustee. Any parties seeking to obtain copies of the 9019 Motion or any related pleadings may do so by contacting Debtor's noticing and Claims Agent, Stretto at https://cases.stretto.com/oceanwideplaza or counsel to the Debtor: Bryan Cave Leighton Paisner, LLP, Attn: Sharon Z. Weiss, Email: sharon.weiss@bclplaw.com, Tel: (310) 576-2100, 120 Broadway, Suite 300, Santa Monica, California 90401.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held remotely via Zoom, and no appearances in the courtroom. Connection information will be posted on the calendar posted on the court's website.

///
///
///
///

Bryan Cave Leighton Paisner LLP
Attorneys at Law

1
NOTICE OF HEARING ON SHORTENED TIME ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED RELIEF PURSUANT TO FRBP 9019

Please note that additional information to access and attend the virtual hearing via ZoomGov may or may not be posted on the Court's website under Judge Saltzman's tentative ruling calendar for February 3, 2026.

Dated: January 30, 2026           Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Sharon Z. Weiss*
       Sharon Z. Weiss
Attorneys for Debtor and Debtor-in-Possession

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss, State Bar No. 169446<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386.<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**JAN 29 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>OCEANWIDE PLAZA LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-11057-DS<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>[LBR 9075-1(b)] |

**Movant** (*name*): Oceanwide Plaza LLC, Debtor and Debtor-in-Possession

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Debtor and Debtor-In-Possession's Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019 et al.

   b. *Date of filing of motion:* January 28, 2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: January 28, 2026

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒   A hearing on the motion will take place as follows:

> **Hearing date: February 3, 2026**
> 
> **Time:** 2:00 p.m.
> 
> **Courtroom:** 1639
> **VIA ZOOM OR PHONE ONLY**
> **No appearances in courtroom**
> **(connection info will be posted on the calendar posted on the court's website)**
>
> **Place:**
> ☒   255 East Temple Street, Los Angeles, CA 90012
> ☐   21041 Burbank Boulevard, Woodland Hills, CA 91367
> ☐   3420 Twelfth Street, Riverside, CA 92501
> ☐   411 West Fourth Street, Santa Ana, CA 92701
> ☐   1415 State Street, Santa Barbara, CA 93101

(2) ☒   No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

> (A) *Deadlines:*
> 
> Date: January 29, 2026
> 
> Time: 5:00 p.m.
> 
> (B) *Persons/entities to be provided with telephonic notice:*
> 
> DTLA Lending LLC, DTLA Funding, LLC, Lendlease (US) Construction Inc., Lendlease (US) Construction Holdings Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, City of Los Angeles, KPC Plaza, LLC, and the petitioning creditors
> 
> ☐ See attached page
> 
> (C) *Telephonic notice is also required upon* the United States trustee

(3) ☒   No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

   (A)   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ NEF

> (B) *Deadlines:*
> 
> Date: January 29, 2026
> 
> Time: 5:00 p.m.
> 
> (C) *Persons/entities to be served with written notice and a copy of this order:*
> 
> DTLA Lending LLC, DTLA Funding, LLC, Lendlease (US) Construction Inc., Lendlease (US) Construction Holdings Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, City of Los Angeles, KPC Plaza, LLC, and the petitioning creditors
> 
> ☐ See attached page
> 
> (D) S*ervice is also required upon*:
>    -- United States trustee *(electronic service is not permitted)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 2                                          **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ NEF

> (B) <u>Deadlines:</u>
> Date: January 29, 2026
> 
> Time: 5:00 p.m.
> 
> (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>
> 
> DTLA Lending LLC, DTLA Funding, LLC, Lendlease (US) Construction Inc., Lendlease (US) Construction Holdings Inc., L.A. Downtown Investment, LP, Chicago Title Insurance Company, City of Los Angeles, KPC Plaza, LLC, and the petitioning creditors
> 
> ☐ See attached page
> 
> (D) <u>Service is also required upon</u>:
> -- United States trustee *(no electronic service permitted)*

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ NEF

> (B) <u>Deadlines:</u>
> Date: February 2, 2026
> 
> Time: 11:59 p.m.
> 
> (C) <u>Persons/entities to be served with written opposition to the motion:</u>
> -- movant's attorney (or movant, if movant is not represented by an attorney)
> 
> (D) <u>Service is also required upon</u>:
> -- United States trustee (*electronic service is not permitted*)
> -- Judge's copy personally delivered to chambers
>    (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 3                     **F 9075-1.1.ORDER.SHORT.NOTICE**

|     | (B) _Deadlines:_ | (C) _Persons/entities to be served with written reply to opposition:_ |
| --- | --- | --- |
|     | Date: | -- All persons/entities who filed a written opposition |
|     | Time: | |
|     | | (D) _Service is also required upon_: |
|     | | -- United States trustee _(electronic service is not permitted)_ |
|     | | -- Judge's Copy personally delivered to chambers (_see Court Manual for address_) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

    ☐ at least 2 days before the hearing.
    ☒ no later than:    Date: January 30, 2026    Time: 11:59 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: January 29, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **NOTICE OF HEARING ON SHORTENED TIME ON DEBTOR AND DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED RELIEF PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 30, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 30, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SERVED BY EMAIL:**

- Nowell A. Lantz on behalf of Petitioning Creditor Standard Drywall, Inc.
  nlantz@ftblaw.com

- William Hawkins on behalf of Creditor Chicago Title Insurance Company
  whawkins@loeb.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2026 | Raul Morales | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Adam S Affleck on behalf of Creditor Fetzers' Inc.
  adam-affleck@rbmn.com, jennifer-franklin@rbmn.com

- Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
  meanderson@zwickerpc.com

- James W Bates on behalf of Creditor Kovach Enclosure Systems, LLC
  jbates@jbateslaw.com

- Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
  ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com; ik-maurice.ibe@offitkurman.com

- Paul Brent on behalf of Creditor BRAGG INVESTMENT CO.
  snb300@aol.com

- Sara Chenetz on behalf of Creditor DTLA Lending LLC
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Sara Chenetz on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com; jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

- Leslie A Cohen on behalf of Interested Party Courtesy NEF
  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; camille@lesliecohenlaw.com

- Gloria D Cordova on behalf of Creditor Carrara, Inc.
  NEF@gcordovalaw.com, NEF@gcordovalaw.com; ssg@gcordovalaw.com

- Sean C Coughlin on behalf of Creditor Commercial Scaffolding of California, Inc.
  scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com; ssuper@noonanlance.com

- Matthew Dill on behalf of Interested Party Courtesy NEF
  mdill@counsel.lacounty.gov

- Luke N Eaton on behalf of Creditor CMF, Inc.
  lukeeaton@cozen.com, jacqueline.sims@troutman.com

- Amir Gamliel on behalf of Creditor DTLA Lending LLC
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Amir Gamliel on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Jon F Gauthier on behalf of Petitioning Creditor Standard Drywall, Inc.
  jgauthier@ftblaw.com, jrobinson@ftblaw.com

- Richard Girgado on behalf of Interested Party Courtesy NEF
  rgirgado@counsel.lacounty.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Richard H Golubow on behalf of Petitioning Creditor Woodbridge Glass Inc.
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com

- Ani Grigoryan on behalf of Interested Party Chicago Title Insurance Company
  ani.grigoryan@aalrr.com, jenifer.gootkin@aalrr.com

- Lance N Jurich on behalf of Creditor Chicago Title Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com

- Lance N Jurich on behalf of Creditor Chicago Title Insurance Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com; fmckeown@loeb.com

- Gary E Klausner on behalf of Interested Party Courtesy NEF
  gek@lnbyg.com

- Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
  Noreen.Madoyan@usdoj.gov

- Allison C. Murray on behalf of Creditor Schuff Steel Company, Inc.
  acmurray@swlaw.com, kcollins@swlaw.com

- Douglas M Neistat on behalf of Creditor ACCO Engineered Systems, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Bapko Metal, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Martin Bros./Marcowall, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Interested Party Douglas Neistat
  dneistat@gblawllp.com, mramos@gblawllp.com

- Rosemary Nunn on behalf of Petitioning Creditor Mitsubishi Electric US, Inc.
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com; gaylene.oyama@procopio.com

- Matthew D Pham on behalf of Attorney Matthew D. Pham
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- Michael B Reynolds on behalf of Creditor Schuff Steel Company, Inc.
  mreynolds@swlaw.com, kcollins@swlaw.com

- Robert L. Rosvall on behalf of Creditor CallisonRTKL, Inc.
  rrosvall@ccllp.law, kvargas@ccllp.law

- Jeremy H Rothstein on behalf of Creditor ACCO Engineered Systems, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Bapko Metal, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Martin Bros./Marcowall, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Leonard M. Shulman on behalf of Interested Party Kpc Global Care Inc A Cal Corp
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com; yrivera@shulmanbastian.com

- Howard Steinberg on behalf of Creditor L.A. Downtown Investment, LP
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- J Scott Williams on behalf of Interested Party Courtesy NEF
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- Donna Wong on behalf of Interested Party City of Los Angeles
  donna.wong@lacity.org

- Richard Lee Wynne on behalf of Interested Party City of Los Angeles
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com

- Chelsea Zwart on behalf of Petitioning Creditor Star Hardware, Inc.
  czwart@smsm.com, service@cgdrlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**