ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## **TRANSCRIPT ORDER FORM**

CHAPTER 11

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Lance N. Jurich    Attorney Bar# 132695

Law Firm: Loeb & Loeb LLP

Mailing Address: 10100 Santa Monica blvd., Suite 2200, Los Angeles, CA 90067

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): Jonathan Golster

Telephone: (212) 407-4098    E-mail: jgolster@loeb.com

Bankruptcy Case #: 2:24-bk-11057-DS    Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 2/3/2026    Time: 2:00 p.m.

Debtor: Oceanwide Plaza LLC

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: Deborah J. Saltzman    Courtroom #: 1639

**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** eScribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ 30 Days (Ordinary)
- ☐ 14 Days
- ☐ 7 Days
- ☒ 3 Days
- ☐ Next Day (24 hours)
- ☐ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness _____
- ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___

Court Recorder: _____    Division: _____    Processed by: _____

## **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*