**BRYAN CAVE LEIGHTON PAISNER LLP**
SHARON Z. WEISS (State Bar No. 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

JARRET P. HITCHINGS (*Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

Attorneys for Debtor and Debtor-in -Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-bk-11057-DS |
| Oceanwide Plaza LLC, | Hon. Deborah Saltzman |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| | **SECOND EX PARTE MOTION TO CONTINUE CASE DEADLINES; DECLARATION OF SHARON Z. WEISS IN SUPPORT THEREOF** |
| | **[NO HEARING REQUESTED]** |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY**

**JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Debtor and Debtor-in-Possession Oceanwide Plaza LLC ("Debtor") respectfully submits this motion (the "Motion to Continue Deadlines") to request a short continuance of the deadlines set forth in the Court's Order Granting Ex Parte Motion to Continue Case Deadlines [Dkt. No. 779] entered on December 31, 2025 (the "Prior Scheduling Order").

**I.      BACKGROUND**

On February 3, 2026, the Court entered an order granting the Debtor's *Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Dkt. No. 807] (the "9019 Order"), approving the Settlement Agreement, Release & Covenant Not to Sue (the "Settlement Agreement") among the Debtor and its key secured creditors, including L.A. Downtown Investment, LP ("LADI"), KPC Plaza, LLC ("KPC"), Lendlease (US) Construction, Inc. ("Lendlease"), Chicago Title Insurance Company ("CTIC"), DTLA Funding, LLC, and DTLA Lending, LLC. The 9019 Order resolved the amount and priority of the Debtor's primary secured claims and established a framework for the sale of the Debtor's assets and a consensual chapter 11 plan. Pursuant to the Prior Scheduling Order, the deadline to file the Combined Plan and Disclosure Statement is February 9, 2026.

**II.      GROUNDS FOR RELIEF**

A continuance of the deadlines in the Prior Scheduling Order is warranted for several reasons. While the Court's approval of the Settlement Agreement represents a significant milestone in this case, additional time is needed to finalize certain critical transaction documents before the Debtor can file its Combined Plan and Disclosure Statement.

1.      Debtor has agreed on the material terms of Purchase and Sale Agreement ("PSA") and DIP financing agreement, but these documents have not yet been finalized. These documents are essential components of the Debtor's chapter 11 plan and must be finalized before the plan can be filed.

2.      Additionally, the requested extension will provide all parties in interest with the benefit of additional time to review and consider a recently presented offer from another potential

viable buyer that has been presented in connection with the sale process. This additional time will allow the Debtor to evaluate whether this alternative buyer may provide a better outcome for the estate.

3.      The Debtor believes it is most efficient to finalize the PSA and DIP financing agreement before filing its Combined Plan and Disclosure Statement, and to evaluate whether an alternative potential buyer may provide a better outcome for the estate. The current deadline to file these pleadings is February 9, 2026, and the Debtor does not anticipate that these documents will be finalized in time to meet this deadline.

## III.    PROPOSED REVISED SCHEDULING ORDER

The Debtor proposes the following revised deadlines for the Court's consideration:

1.      Deadline to File Combined Plan and Disclosure Statement and Conditional Approval Motion: March 2, 2026.

2.      Deadline for Entry of Solicitation Order: March 6, 2026.

3.      Deadline to Mail Solicitation Packages: March 9, 2026.

4.      Deadline to Submit Ballots and to Object to Plan and Confirmation: March 31, 2026.

5.      Deadline to File Reply to Objections and Ballot Summary: April 7, 2026.

6.      Confirmation Hearing: April 14, 2026 at 10:00 a.m. (Pacific) or any other date and time convenient to the Court.

## IV.    CONCLUSION

For the foregoing reasons, the Debtor respectfully requests that the Court enter an order vacating the deadlines set forth in the Prior Scheduling Order and adopting the proposed revised deadlines set forth above. A proposed Order will be lodged with the Court.

Dated:  February 6, 2026                    Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: _/s/ Sharon Z. Weiss_
Sharon Z. Weiss
Attorneys for Debtor and Debtor-in-Possession

## DECLARATION OF SHARON Z. WEISS

I, Sharon Z. Weiss, declare as follows:

1.    I am a partner in the law firm of Bryan Cave Leighton Paisner LLP ("BCLP"), general counsel to the debtor and debtor-in-possession in the above-captioned chapter 11 case, Oceanwide Plaza LLC ("Debtor"). I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I submit this declaration in support of the Debtor's Second Ex Parte Motion to Continue Case Deadlines (the "Motion").

2.    On February 3, 2026, the Court entered an order granting the Debtor's Motion for Approval of Settlement Agreement and Related Relief Pursuant to Federal Rule of Bankruptcy Procedure 9019 [Dkt. No. 807] (the "9019 Order"), approving the Settlement Agreement among the Debtor and its key secured creditors. The 9019 Order resolved the amount and priority of the Debtor's primary secured claims and established a framework for the sale of the Debtor's assets and a consensual chapter 11 plan. Pursuant to the Prior Scheduling Order [Dkt. No. 779], the deadline to file the Combined Plan and Disclosure Statement is February 9, 2026.

3.    I believe that a continuance of the deadlines in the Prior Scheduling Order is warranted. While the Court's approval of the Settlement Agreement represents a significant milestone in this case, additional time is needed to finalize certain critical transaction documents before the Debtor can file its Combined Plan and Disclosure Statement.

4.    The Debtor does not yet have a final Purchase and Sale Agreement ("PSA") or DIP financing agreement in place. These documents are essential components of the Debtor's chapter 11 plan and must be finalized before the plan can be filed. This is the primary driver for the requested extension.

5.    Additionally, the requested extension will provide all parties in interest with the benefit of additional time to review and consider a recently presented offer from another potential viable buyer that has been presented in connection with the sale process. This additional time will allow the Debtor to evaluate whether this alternative buyer may provide a better outcome for the estate.

1   6.  I believe it is most efficient to finalize the PSA and DIP financing agreement before

2 the Debtor files its Combined Plan and Disclosure Statement. The current deadline to file these

3 pleadings is February 9, 2026, and I do not anticipate that these documents will be finalized in time

4 to meet this deadline.

5   I declare under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.

7

8           Sharon Z. Weiss

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LEIGHTON
PAISNER LLP
ATTORNEYS AT LAW

EX PARTE MOTION TO CONTINUE CASE DEADLINES; DECLARATION OF SHARON Z. WEISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **SECOND EX PARTE MOTION TO CONTINUE CASE DEADLINES; DECLARATION OF SHARON Z. WEISS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 6, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL:**

- Nowell A. Lantz on behalf of Petitioning Creditor Standard Drywall, Inc.
  nlantz@ftblaw.com

- William Hawkins on behalf of Creditor Chicago Title Insurance Company
  whawkins@loeb.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| February 6, 2026 | Raul Morales | *Raul Morales* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Adam S Affleck on behalf of Creditor Fetzers' Inc.
  adam-affleck@rbmn.com, jennifer-franklin@rbmn.com

- Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
  meanderson@zwickerpc.com

- James W Bates on behalf of Creditor Kovach Enclosure Systems, LLC
  jbates@jbateslaw.com

- Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
  ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com; ik-maurice.ibe@offitkurman.com

- Paul Brent on behalf of Creditor BRAGG INVESTMENT CO.
  snb300@aol.com

- Sara Chenetz on behalf of Creditor DTLA Lending LLC
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com;
  jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Sara Chenetz on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com;
  jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

- Leslie A Cohen on behalf of Interested Party Courtesy NEF
  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; camille@lesliecohenlaw.com

- Gloria D Cordova on behalf of Creditor Carrara, Inc.
  NEF@gcordovalaw.com, NEF@gcordovalaw.com; ssg@gcordovalaw.com

- Sean C Coughlin on behalf of Creditor Commercial Scaffolding of California, Inc.
  scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com; ssuper@noonanlance.com

- Matthew Dill on behalf of Interested Party Courtesy NEF
  mdill@counsel.lacounty.gov

- Luke N Eaton on behalf of Creditor CMF, Inc.
  lukeeaton@cozen.com, jacqueline.sims@troutman.com

- Amir Gamliel on behalf of Creditor DTLA Lending LLC
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Amir Gamliel on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Jon F Gauthier on behalf of Petitioning Creditor Standard Drywall, Inc.
  jgauthier@ftblaw.com, jrobinson@ftblaw.com

- Richard Girgado on behalf of Interested Party Courtesy NEF
  rgirgado@counsel.lacounty.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            **F 9013-3.1.PROOF.SERVICE**

- Richard H Golubow on behalf of Petitioning Creditor Woodbridge Glass Inc.
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com

- Ani Grigoryan on behalf of Interested Party Chicago Title Insurance Company
  ani.grigoryan@aalrr.com, jenifer.gootkin@aalrr.com

- Lance N Jurich on behalf of Creditor Chicago Title Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
  fmckeown@loeb.com

- Lance N Jurich on behalf of Creditor Chicago Title Insurance Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
  fmckeown@loeb.com

- Gary E Klausner on behalf of Interested Party Courtesy NEF
  gek@lnbyg.com

- Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
  Noreen.Madoyan@usdoj.gov

- Allison C. Murray on behalf of Creditor Schuff Steel Company, Inc.
  acmurray@swlaw.com, kcollins@swlaw.com

- Douglas M Neistat on behalf of Creditor ACCO Engineered Systems, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Bapko Metal, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Martin Bros./Marcowall, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Interested Party Douglas Neistat
  dneistat@gblawllp.com, mramos@gblawllp.com

- Rosemary Nunn on behalf of Petitioning Creditor Mitsubishi Electric US, Inc.
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com; gaylene.oyama@procopio.com

- Matthew D Pham on behalf of Attorney Matthew D. Pham
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- Michael B Reynolds on behalf of Creditor Schuff Steel Company, Inc.
  mreynolds@swlaw.com, kcollins@swlaw.com

- Robert L. Rosvall on behalf of Creditor CallisonRTKL, Inc.
  rrosvall@ccllp.law, kvargas@ccllp.law

- Jeremy H Rothstein on behalf of Creditor ACCO Engineered Systems, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Bapko Metal, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Martin Bros./Marcowall, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

- Leonard M. Shulman on behalf of Interested Party Kpc Global Care Inc A Cal Corp
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com; yrivera@shulmanbastian.com

- Howard Steinberg on behalf of Creditor L.A. Downtown Investment, LP
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com;
  howard-steinberg-6096@ecf.pacerpro.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- J Scott Williams on behalf of Interested Party Courtesy NEF
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- Donna Wong on behalf of Interested Party City of Los Angeles
  donna.wong@lacity.org

- Richard Lee Wynne on behalf of Interested Party City of Los Angeles
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com;
  rick-wynne-7245@ecf.pacerpro.com

- Chelsea Zwart on behalf of Petitioning Creditor Star Hardware, Inc.
  czwart@smsm.com, service@cgdrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**