**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Admitted Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone    (704) 749-8999
Facsimile:    (704) 749-8990

*Attorneys for Debtor and Debtor-in-Possession*



FILED & ENTERED

FEB 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-bk-11057-DS |
| OCEANWIDE PLAZA LLC, | Chapter 11 |
| Debtor. | **ORDER APPROVING FOURTH STIPULATION AUTHORIZING DEBTOR TO INCREASE POST-PETITION FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE** |

The court having reviewed and considered the "Fourth Stipulation Authorizing Debtor to Amend Post-Petition Financing for Critical Expenses and Extend Maturity Date" (the "Stipulation," Docket No. 825) and good cause appearing,

IT IS HEREBY ORDERED that:

1.    The Stipulation is approved.

2.    The Debtor[1] is authorized to amend the borrowing under the DIP Facility to increase the maximum DIP Loan amount to $19,250,326 in accordance with the Revised Budget which is attached to the Stipulation as Exhibit 1.

---

[1] Capitalized terms not defined herein are used as defined in the Stipulation.

3. The Maturity Date of the DIP Facility is extended to March 31, 2026.

4. The Debtor is authorized to enter into amendment and supplements to the Loan Documents (as defined in the Original DIP Financing Order), as amended and supplemented through the DIP Financing Orders, as may be necessary to evidence and secure the additional DIP Financing agreed to through the Stipulation, and the Debtor and DIP Lender are authorized and empowered to take such other actions as are necessary to effectuate such further amendments and supplements and the terms of the Stipulation, including without limitation the recordation of such amendments to the Loan Documents and DIP Financing Amendment Documents without further order of the court.

5. The Debtor waives any right it may otherwise have to seek to surcharge the Property or assert surcharge claims against the Secured Creditors under Bankruptcy Code § 506(c).

6. The Debtor further waives any right it may otherwise have to assert any claims or arguments with respect to proceeds, products, offspring, or profits of the Property under Bankruptcy Code § 552(b), including without limitation any claims based on the "equities of the case" exception thereunder, against the Secured Creditors. Notwithstanding the foregoing waivers set forth in Paragraph 5 and this Paragraph 6, nothing herein may be construed to limit or waive the Debtor's right to pursue any avoidance actions or other claims under chapter 5 of the Bankruptcy Code or applicable state law against any party other than the Secured Creditors.

7. Paragraph 19(a) of the Original DIP Financing Order is amended by deleting the second sentence contained therein.  Specifically, KPC (the current holder of the LADI loan) waives any right it may otherwise have to require the Debtor or its professionals to demonstrate compliance with Bankruptcy Code § 506(c) as a condition to allowance of professional fees and expenses under the Carve Out, and KPC agrees not to request any such showing for professional fees going forward; provided, however, that  all parties' rights to object to the allowance of professional fees and expenses on any other grounds, including but not limited to reasonableness and necessity, are unchanged.

/ / /

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

1

ORDER APPROVING STIPULATION AUTHORIZING DEBTOR TO INCREASE POST-PETITION FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE

8. Except as expressly provided for herein, nothing in the Stipulation or this order modifies the terms of the DIP Financing Orders, or any related Loan Documents entered in connection therewith, whether executed prior to or after the execution of the Stipulation.

###

Date: February 19, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

2

ORDER APPROVING STIPULATION AUTHORIZING DEBTOR TO INCREASE POST-PETITION
FINANCING FOR CRITICAL EXPENSES AND EXTEND MATURITY DATE