**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Pro Hac Vice*)
*jarret.hitchings@bclplaw.com*
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone:   (704) 749-8999
Facsimile:    (704) 749-8990

*Attorneys for Debtor and Debtor in Possession*



**FILED & ENTERED**

**FEB 25 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell   **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>OCEANWIDE PLAZA LLC,<br><br>　　　　　Debtor. | Case No. 2:24-bk-11057-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR CONDITIONAL APPROVAL OF DEBTOR'S COMBINED DISCLOSURE STATEMENT AND LIQUIDATING PLAN (DATED FEBRUARY 23, 2026) AND PROVIDING OTHER ANCILLARY AND RELATED RELIEF** |

/ / /

The court has reviewed and considered the "Motion for Order Conditionally Approving the Combined Disclosure Statement and Liquidating Plan (Dated February 23, 2026) and Providing Other Ancillary and Related Relief" (the "Motion," Docket No. 841) filed by debtor Oceanwide Plaza LLC (the "Debtor"), the separately filed Exhibit 4 to the Motion (Docket No. 845), the "Debtor's Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)" (the "Combined Plan and Disclosure Statement," Docket No. 842), and the record in this case. Based on this record and pursuant to the prior orders of the court regarding conditional approval, solicitation, and confirmation of the Combined Plan and Disclosure Statement (Docket Nos. 771, 779, 817, and 832),

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. The Combined Plan and Disclosure Statement is conditionally approved for solicitation purposes only.

2. The form of Confirmation Hearing Notice (as defined in the Motion), attached hereto as Exhibit 1, is approved.

3. The form of Ballot,[1] attached hereto as Exhibit 2, is approved.

4. The Voting and Tabulation Procedures (as defined in the Motion) are approved.

5. The Debtor is authorized to, and by no later than February 27, 2026 must, serve a plan solicitation package (the "Solicitation Package") on all creditors, interest holders, the United States Trustee, and other parties in interest. The Solicitation Package must include: (a) a copy of this order; (b) the Confirmation Hearing Notice; (c) the Ballot (to the extent the receiving party is entitled to vote); and (d) the Combined Plan and Disclosure Statement. The Debtor may serve the Solicitation Package by (i) regular mail, or (ii) if a party has registered for notice through ECF, then such party may receive a copy of the Solicitation Package by email to the corresponding ECF-registered email address. The Debtor's inclusion of a Ballot in the Solicitation Package will not be construed as an admission by the Debtor that the party receiving such Solicitation Package is entitled to vote on the Combined Plan and Disclosure Statement.

---

[1] Capitalized terms not defined herein are used as defined in the Combined Plan and Disclosure Statement.

6. Without further court order, the Debtor may make non-substantive/non-material changes to the Combined Plan and Disclosure Statement and related exhibits and documents, including ministerial changes to correct typographical and grammatical errors and to make conforming changes among the Combined Plan and Disclosure Statement and any other materials in the Solicitation Package prior to distribution.

7. The following additional dates, deadlines, and procedures apply:

a. February 25, 2026 at 5:00 p.m. Pacific Time (the "Voting Record Date"), is the date for determining which Holders of Claims are eligible to vote on the Combined Plan and Disclosure Statement. As of the Voting Record Date, the Claims Register will be closed for voting purposes, and the Debtor is authorized and entitled to recognize only those Holders of Claims listed on the Claims Register as of the Voting Record Date for purposes of voting on the Combined Plan and Disclosure Statement.

b. A Claim is deemed allowed solely for purposes of voting on the Combined Plan and Disclosure Statement unless: (a) such Claim is scheduled as disputed, contingent, or unliquidated and no proof of claim has been timely filed; (b) an objection with respect to such Claim has been filed and served on or before February 25, 2026; or (c) otherwise ordered or approved by the court. A motion pursuant to Bankruptcy Rule 3018(a) for temporary allowance of the claim may be filed on or before March 3, 2026, and will be set for hearing after any such motion is filed.

c. March 10, 2026 is the deadline for the Debtor to file and serve its motion to confirm the Combined Plan and Disclosure Statement, which will include a memorandum of points and authorities and evidence in support of confirmation of the Combined Plan and Disclosure Statement, direct testimony in the form of witness declarations, and related exhibits (the "Plan Confirmation Motion"). The Plan Confirmation Motion must be served only on ECF-registered parties, the United States Trustee, and parties who requested special notice.

d. March 10, 2026, is the deadline for the Debtor to file the Plan Supplement. The Plan Supplement must include, without limitation, the Assumption Schedule, the Liquidating Trust Agreement, and such other documents and schedules as are required by the Combined Plan

1  and Disclosure Statement or as the Debtor determines are necessary or appropriate to effectuate

2  the Combined Plan and Disclosure Statement.

3        e.      March 20, 2026 (the "Voting Deadline"), is the deadline by which Ballots

4  accepting or rejecting the Combined Plan and Disclosure Statement must be received by the

5  Debtor's Solicitation Agent. Ballots are to be delivered in one of the following manners so that

6  the Ballot is received by Debtor's Solicitation Agent: (1) by mail or overnight courier at

7  Oceanwide Plaza LLC Ballot Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602;

8  or (2) electronically under the "File a Ballot" tab at https://cases.stretto.com/OceanwidePlaza/.

9        f.      A claimant in an Impaired Class who fails to timely submit a Ballot will be

10 deemed to have accepted confirmation of the Combined Plan and Disclosure Statement.

11       g.      Notwithstanding any other provision of this order, with the prior written

12 consent of the Debtor, a Holder of a Claim entitled to vote on the Combined Plan and Disclosure

13 Statement may change its vote to accept or reject the Combined Plan and Disclosure Statement at

14 any time up to and including the Voting Deadline by submitting a superseding Ballot to the

15 Solicitation Agent or by such other means as may be approved by the Debtor. Any such changed

16 vote will supersede any prior Ballot submitted by such Holder with respect to the same Claim,

17 and only the last Ballot timely received by the Solicitation Agent will be counted.

18       h.      March 20, 2026 (the "Objection Deadline"), is the deadline by which any

19 party objecting to confirmation of the Combined Plan and Disclosure Statement must file and

20 serve its objection and evidence in support thereof. Any objection to confirmation of the

21 Combined Plan and Disclosure Statement must:

22       i.      be in writing;

23       ii.      be accompanied by a memorandum of points and authorities and all

24 evidence the objecting party will present in support of such objection;

25       iii.      set forth in detail the name and address of the party filing the

26 objection, the grounds for the objection, and all evidentiary support for the objection in the form

27 of declarations and exhibits submitted under penalty of perjury; and

28

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

        iv.    be served on the Debtor, through its counsel, and the United States Trustee.

        i.    Failure to file and serve an objection to the Combined Plan and Disclosure Statement by the Objection Deadline will be deemed consent to final approval and confirmation of the Combined Plan and Disclosure Statement.

        j.    March 26, 2026, is the deadline for the Debtor to file a Ballot summary, which must include a tabulation of Ballots received.

        k.    A hearing on final approval and confirmation of the Combined Plan and Disclosure Statement will be held on April 9, 2026, at 10:00 a.m. Pacific Time (the "Confirmation Hearing").

        l.    Unless otherwise ordered, in the event of a contested Confirmation Hearing: (i) all declarants must appear in person, without need for subpoena, at the Confirmation Hearing to be available for cross-examination; and (ii) the testimony of any declarant who is not present for cross-examination at the Confirmation Hearing may be stricken from the record and may not be considered in determining contested matters at the Confirmation Hearing.

        m.    The court will retain jurisdiction over all matters arising from or related to the solicitation of votes on the Combined Plan and Disclosure Statement, including but not limited to disputes regarding the validity, timeliness, or propriety of any Ballot, the allowance of Claims for voting purposes, and the tabulation of votes.

###

Date: February 25, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

# EXHIBIT 1

BRYAN CAVE LEIGHTON PAISNER LLP
Sharon Z. Weiss (State Bar No.: 169446)
sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200

Jarret P. Hitchings (*Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone:    (704) 749-8999
Facsimile:    (704) 749-8990

*Attorneys for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Oceanwide Plaza LLC,<br><br>              Debtor. | Case No.: 2:24-bk-11057-DS<br><br>Hon. Deborah J. Saltzman<br><br>Chapter 11 Case<br><br>**NOTICE OF: (1) CONDITIONAL APPROVAL OF THE COMBINED DISCLOSURE STATEMENT AND LIQUIDATING PLAN (DATED FEBRUARY 23, 2026); (2) HEARING ON FINAL APPROVAL AND CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT AND RELATED DEADLINES; AND (3) PROCEDURES AND REQUIREMENTS RELATING TO VOTING**<br><br>**<u>Confirmation Hearing</u>**<br><br>Hearing:<br>Date:    April 9, 2026<br>Time:   10:00 a.m. Pacific Time<br>Place:  Courtroom 1639<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

**TO CREDITORS, EQUITY INTEREST HOLDERS, THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** the Court has conditionally approved the Combined Disclosure Statement and Liquidating Plan (dated February 23, 2026) (the "Combined Plan and Disclosure Statement") filed by Oceanwide Plaza LLC (the "Debtor") for purposes of solicitation only to enable creditors, interest holders, and other parties in interest to make an informed judgment and decision regarding whether to accept or reject the Combined Plan and Disclosure Statement subject to final approval at the hearing set for April 9, 2026 at 10:00 a.m. Pacific Time to consider confirmation of the Combined Plan and Disclosure Statement (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Court approved for distribution to creditors, interest holders, and other parties in interest, the following materials, all of which are included in the package being transmitted to you with the present notice (collectively, the "Plan Solicitation Materials"):

1. A copy of the order conditionally approving the Combined Plan and Disclosure Statement;

2. This Notice (the "Confirmation Hearing Notice"), which includes notice of: (a) conditional approval of the Combined Plan and Disclosure Statement for solicitation purposes only; (b) the hearing on final approval and confirmation of the Combined Plan and Disclosure Statement and related dates and deadlines; and (c) the Court-approved procedures and requirements relating to voting to accept or reject the Combined Plan and Disclosure Statement and tabulation of ballots (the "Voting and Tabulation Procedures");

3. The Combined Plan and Disclosure Statement;

4. The ballot for creditors to use to vote to accept or reject the Combined Plan and Disclosure Statement ("Ballot"), provided that such creditor is entitled to vote on the Combined Plan and Disclosure Statement.

The Debtor may transmit the Solicitation Package by (i) regular mail, or (ii) if a party has registered for notice through ECF, then such party may receive a copy of the Solicitation Package by email.

**PLEASE TAKE FURTHER NOTICE THAT ARTICLE 12.4 OF THE COMBINED PLAN AND DISCLOSURE STATEMENT CONTAINS THE FOLLOWING INJUNCTION**:

The Confirmation Order will enjoin the prosecution, whether directly, derivatively, or otherwise, of any Claim, obligation, suit, judgment, damage, demand, debt, right, cause of action, liability or interest released, discharged, or terminated pursuant to this Plan. Except as provided in this Plan or the Confirmation Order, all Entities that have held, currently hold, or may hold a Claim or other debt or liability or an interest or other right of a Holder of an Equity Interest are permanently enjoined from taking any of the following actions against Debtor, the Liquidating Trustee, or any of their property on account of such Claims, debts or liabilities or extinguished interests or rights: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any Lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to Debtor; and (v) commencing or continuing any action in any manner, in any place, that does not comply with or is inconsistent with the provisions of this Plan, including but not limited to taking such acts against Assets acquired by Purchaser or taking any of the foregoing acts against the Purchaser. Each Holder of an Allowed Claim shall be deemed to have specifically consented to the injunctions set forth herein.

Notwithstanding any other provision of this Plan or the Confirmation Order, nothing herein shall be construed to (i) release, discharge, or enjoin any claim or cause of action by any Entity other than Debtor or the Liquidating Trustee against any other Entity other than Debtor, the Estate, or the Liquidating Trustee, except to the extent such claim or cause of action is derivative of a claim against Debtor or the Estate, (ii) release any claim or cause of action arising under any insurance policy issued to or for the benefit of Debtor which exists as of the Confirmation Date, or (iii) enjoin any Entity from pursuing any such claims against any insurer or insurance policy. For the avoidance of doubt, the injunction provisions of this Article 12.4 are intended solely to protect Debtor, the Estate, the Liquidating Trustee, and the Purchaser from the assertion of Claims that are addressed

by this Plan, and are not intended to affect the rights of non-Debtor parties as against other non-Debtor parties, except to the extent expressly provided herein.

**PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING**:

### DISTRIBUTION OF PLAN SOLICITATION MATERIALS

1. The Court has conditionally approved the adequacy of the Combined Plan and Disclosure Statement as containing "adequate information" within the meaning of 11 U.S.C. § 1125 for solicitation only and subject to final approval at the Confirmation Hearing and has authorized transmittal of the Combined Plan and Disclosure Statement, and the other Plan Solicitation Materials (itemized above).

2. If you received the Plan Solicitation Materials, the Debtor believes that, either: (i) you are a creditor or equity security holder of the Debtor; or (ii) you are a party in interest entitled to receive the Plan Solicitation Materials.

3. You may obtain, at no expense to you, additional copies of the Plan Solicitation Materials by sending a written request to:

| | |
|---|---|
| Sharon Z. Weiss, Esq. | Jarret P. Hitchings, Esq. |
| 120 Broadway, Suite 300 | 301 South College Street, Suite 2150 |
| Santa Monica, CA 90401-2386 | Charlotte, North Carolina 28202 |
| *sharon.weiss@bclplaw.com* | *jarret.hitchings@bclplaw.com* |

Copies of the Plan Solicitation Materials are also available (a) for a fee via PACER at http://www.cacb.uscourts.gov; or (b) at no charge from Stretto, Inc. (the "Solicitation Agent") by: (i) accessing the Debtor's restructuring website at:

https://cases.stretto.com/OceanwidePlaza/

(ii) writing to Oceanwide Plaza LLC Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (iii) emailing TeamOceanwidePlaza@stretto.com; or (iv) calling the Solicitation Agent at:

U.S. Toll Free:  888-808-1469

International:  949-358-6856

The manner in which the Debtor may transmit any additional copies of the Plan Solicitation Materials requested is within the Debtor's sole discretion.

## VOTING AND TABULATION PROCEDURES

The Court has approved the following procedures and requirements for voting on the Combined Plan and Disclosure Statement:

1. The deadline to vote on the Combined Plan and Disclosure Statement is March 20, 2026 (the "Voting Deadline"). This means you are required to return your completed Ballot so that the Solicitation Agent receives it by the Voting Deadline, by submitting the Ballot to the Solicitation Agent by mail or overnight courier at:

> Oceanwide Plaza LLC Ballot Processing
> c/o Stretto
> 410 Exchange, Suite 100
> Irvine, CA 92602

or electronically under the "File a Ballot" tab at:

> https://cases.stretto.com/OceanwidePlaza/

2. The fact that you received a Ballot with these Plan Solicitation Materials does not mean the Debtor believes you are entitled to vote on the Combined Plan and Disclosure Statement, and you should not construe your receipt of a Ballot in that manner. Consult the Combined Plan and Disclosure Statement to determine whether or not you are entitled to vote on the Combined Plan and Disclosure Statement.

3. Ballots are to be delivered in one of the following manners so that the Ballot is received by the Solicitation Agent by the Voting Deadline: (i) mail; (ii) overnight courier; or (iii) via the Solicitation Agent's website maintained for this case. The Holder[2] of a Claim in an Impaired Class who fails to timely submit a Ballot is deemed to have accepted confirmation of the Combined Plan and Disclosure Statement.

4. Solely for the purposes of voting on the Combined Plan and Disclosure Statement and tabulating acceptance or rejection of the Combined Plan and Disclosure Statement, the amount

---

[2] Capitalized terms not defined herein are used as defined in the Combined Plan and Disclosure Statement.

of the Claim for each voting party is treated as allowed in an amount equal to the greater of: (i) the amount of such Claim as set forth in the Debtor's schedules (unless scheduled as disputed, contingent, or unliquidated and no proof of claim has been timely filed); (ii) the amount of such Claim as set forth in a timely filed proof of claim to which no objection has been filed as of the Voting Record Date; or (iii) the amount of such Claim as ordered or approved by the Court, except that each Holder of a Claim is entitled to vote all of the non-duplicative claims it holds, but may only vote a single ballot as to all claims within a particular class. For the avoidance of doubt, the allowance of any Claim for voting purposes will not constitute an allowance of such Claim for distribution purposes, and the Debtor and all parties in interest retain all rights to object to any Claim for distribution purposes.

5. Any Ballot that is illegible or contains insufficient information to permit the identification of the Holder of the Claim voted will not be counted.

6. Any Ballot cast by a person or entity that does not hold an Allowed Claim (as defined in the Combined Plan and Disclosure Statement) as of 5:00 p.m. Pacific Time February 25, 2026 (the "Voting Record Date") will not be counted. A Claim is deemed allowed solely for purposes of voting on the Combined Plan and Disclosure Statement if there is no objection filed with respect to such claim on or before February 25, 2026, or the claim is not otherwise scheduled as disputed, contingent, or unliquidated. Debtor reserves the right to object to any claim deemed allowed for purposes of voting on the Combined Plan and Disclosure Statement pursuant to this Order. A motion pursuant to Bankruptcy Rule 3018(a) for temporary allowance of the claim may be filed on or before March 3, 2026, and will be set for hearing after any such motion is filed.

7. Any Ballot that is properly completed, executed, and timely returned to the Solicitation Agent that does not indicate an acceptance or rejection of the Combined Plan and Disclosure Statement will be counted as an acceptance of the Combined Plan and Disclosure Statement.

8. Any Ballot that is properly completed, executed, and timely returned to the Solicitation Agent that indicates both acceptance and rejection of the Combined Plan and Disclosure Statement will be counted as an acceptance of the Combined Plan and Disclosure Statement.

9. Any objection or opposition to final approval and confirmation of the Combined Plan and Disclosure Statement is required to be submitted by March 20, 2026 (the "Objection Deadline"). The failure to file and serve a timely objection to the Combined Plan and Disclosure Statement by the Objection Deadline will be deemed by the Court to be consent to the final approval and confirmation of the Combined Plan and Disclosure Statement, and any party failing to timely object will be forever barred from objecting to the final approval and confirmation of the Combined Plan and Disclosure Statement.

10. Whenever a Holder in a voting class returns more than one Ballot voting the same claim by the Voting Deadline, only the last Ballot timely returned to the Solicitation Agent will be counted.

11. Notwithstanding any other provision of this Notice, with the prior written consent of the Debtor, a Holder of a Claim entitled to vote on the Combined Plan and Disclosure Statement may change its vote to accept or reject the Combined Plan and Disclosure Statement at any time up to and including the Voting Deadline, by submitting a superseding Ballot to the Solicitation Agent or by such other means as may be approved by the Debtor. Any such changed vote will supersede any prior Ballot submitted by such Holder with respect to the same Claim, and only the last Ballot timely received by the Solicitation Agent will be counted.

12. Each Holder of a claim in a voting class is deemed to have voted the full amount of its claim.

13. Holders of claims in a voting class may not split their vote, but are required to vote their entire claim within a particular class either to accept or reject the Combined Plan and Disclosure Statement, and a Ballot (or a Ballot or multiple Ballots with respect to multiple claims within a single class) that partially rejects and partially accepts the Combined Plan and Disclosure Statement will be counted as an acceptance of the Combined Plan and Disclosure Statement. For the avoidance of doubt, to the extent that any secured claim is determined to be unsecured, whether by agreement, by virtue of being undersecured, or otherwise, such secured creditor may vote the resulting portion of its unsecured claim separately.

14.     For purposes of the numerosity requirement of Section 1126(c) of the Bankruptcy Code, separate claims held by a single creditor in a particular class will be aggregated as if such creditor held one claim against the Debtor in such class, and the votes related to such claims will be treated as a single vote to accept or reject the Combined Plan and Disclosure Statement.

15.     Neither the Debtor nor any other person or entity will be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor will any of them incur any liability for failure to provide such notification.

## HEARING ON CONFIRMATION OF THE COMBINED PLAN AND DISCLOSURE STATEMENT AND RELATED DEADLINES

The Court has approved the following schedule to consider confirmation of the Combined Plan and Disclosure Statement:

1.     March 10, 2026, is the deadline for the Debtor to file and serve its motion to confirm the Combined Plan and Disclosure Statement, which must include a memorandum of points and authorities and evidence in support of confirmation of the Combined Plan and Disclosure Statement, including witness declarations on direct testimony and related exhibits (the "Plan Confirmation Motion"). The Plan Confirmation Motion is required to be served only on ECF-registered parties, the United States Trustee, and parties who requested special notice.

2.     March 10, 2026, is the deadline for the Debtor to file the Plan Supplement. The Plan Supplement must include, without limitation, the Assumption Schedule, the Liquidating Trust Agreement, and such other documents and schedules as are required by the Combined Plan and Disclosure Statement or as the Debtor determines are necessary or appropriate to effectuate the Combined Plan and Disclosure Statement.

3.     Any party objecting to confirmation of the Combined Plan and Disclosure Statement must file and serve its objection and evidence in support thereof on or before the Objection Deadline. Any objection to confirmation of the Combined Plan and Disclosure Statement must:

    a.     be in writing;

    b.     be accompanied by a memorandum of points and authorities and all evidence the objecting party will present in support of such objection;

      c.    set forth in detail the name and address of the party filing the objection, the grounds for the objection, and all evidentiary support for the objection in the form of declarations and exhibits submitted under penalty of perjury; and

      d.    be served on the Debtor, through its counsel, and the United States Trustee.

4.    March 26, 2026, is the deadline for the Debtor to file a Ballot summary, which must include a tabulation of Ballots received.

5.    March 26, 2026, is the deadline for the Debtor to file any reply memorandum and supporting declarations and evidence in support of confirmation of the Combined Plan and Disclosure Statement.

6.    The hearing on the confirmation of the Combined Plan and Disclosure Statement is scheduled for April 9, 2026, at 10:00 a.m. Pacific Time.

7.    Unless otherwise ordered, in the event of a contested Confirmation Hearing: (i) all declarants must appear in person, without need for subpoena, at the Confirmation Hearing to be available for cross-examination; and (ii) the testimony of any declarant who is not present for cross-examination at the Confirmation Hearing may be stricken from the record and may not be considered in determining contested matters at the Confirmation Hearing.

Dated:                                BRYAN CAVE LEIGHTON PAISNER LLP

                                        By:_____
                                             Sharon Z. Weiss
                                        Attorneys for Debtor and Debtor in Possession

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Oceanwide Plaza LLC,<br><br>Debtor. | Case No.: 2:24-bk-11057-DS<br><br>Hon. Deborah J. Saltzman<br><br>Chapter 11 Case<br><br>**PLAN BALLOT**<br><br>**[Use For Voting on *Debtor's Combined Disclosure Statement and Liquidating Plan (dated February 23, 2026)* (the "Plan")]**<br><br>Voting Deadline: March 20, 2026, |

**CLASS [_] BALLOT FOR HOLDERS OF [VOTING CLASS]**

---

**PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING BALLOTS CAREFULLY *BEFORE* COMPLETING THIS BALLOT.**

**IN ORDER FOR YOUR VOTE TO BE COUNTED, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO AS TO BE *ACTUALLY RECEIVED* BY THE SOLICITATION AGENT BY MARCH 20, 2026 (THE VOTING DEADLINE") IN ACCORDANCE WITH THE FOLLOWING:**

---

You are receiving this Class [_] Ballot (this "Class [_] Ballot" or "Ballot") because you are a Holder of a [Voting Class] (your "[Voting Class]") as of the date of the Court's Order Conditionally Approving Debtor's Combined Disclosure Statement and Liquidating Plan (Dated February 23, 2026) and Providing Other Ancillary and Related Relief (the "Solicitation Order") dated February 25, 2026 (the "Voting Record Date"). Accordingly, you have a right to vote to accept or reject the Plan.

Your rights are described in the Plan, which was included in the package (the "Solicitation Package") you are receiving with this Class [_] Ballot (as well as the Solicitation Order, and certain other materials). The Debtor may transmit the Solicitation Package by (i) regular mail, or (ii) if a party has registered for notice through ECF, then such party may receive a copy of the Solicitation Package by email. If you received the Solicitation Package materials in electronic format and desire paper copies, or if you need to obtain additional Solicitation Packages, you may obtain them (a) for a fee via PACER at http://www.cacb.uscourts.gov; or (b) at no charge from Stretto, Inc. (the "Solicitation Agent") by: (i) accessing the Debtor's restructuring website at https://cases.stretto.com/OceanwidePlaza/; (ii) writing to Oceanwide Plaza LLC Ballot Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (iii) emailing TeamOceanwidePlaza@stretto.com; or (iv) calling the Solicitation Agent at:

U.S. Toll Free:  888-808-1469

International:  949-358-6856

This Class [_] Ballot may not be used for any purpose other than for casting votes to accept or reject the Plan and making certain certifications with respect to the Plan. If you believe you have received this Class [_] Ballot in error, or if you believe you have received the wrong Ballot, please contact the Solicitation Agent *immediately* at the address, telephone number, or email address set forth above.

You should review the Plan and the instructions contained herein before you vote. You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim. Your [Voting Class] has been placed in Class [_] under the Plan. If you hold Claims or Interests in more than one Class, you will receive a Ballot or Notice of Non-Voting Status, as applicable for each such Class. **PLEASE SUBMIT YOUR BALLOT BY ONE OF THE FOLLOWING TWO METHODS:**

**<u>Via Paper Ballot</u>. Complete, sign, and date this Ballot and return it (with an original signature) promptly via first class mail (or in the enclosed reply envelope provided) or overnight courier to**:

**Oceanwide Plaza LLC Ballot Processing**
**c/o Stretto,**
**410 Exchange, Suite 100**
**Irvine, CA 92602**

**If you would like to coordinate hand delivery of your Ballot, please send an email to TeamOceanwidePlaza@stretto.com and provide the anticipated date and time of your delivery**.

*OR*

**<u>Via Balloting Portal</u>. Submit your Ballot via the Solicitation Agent's online portal, by visiting <u>https://cases.stretto.com/OceanwidePlaza/</u> (the "<u>Balloting Portal</u>"). Click on the "File a Ballot" section of the website and follow the instructions to submit your Ballot**.

**IMPORTANT NOTE:  You will need the following information to retrieve and submit your customized electronic Ballot**:

**Unique Password**:_____

**The Solicitation Agent's Balloting Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email, or other means of electronic transmission will not be counted**.

**Each Password is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an electronic Ballot for each Password you receive, as applicable**.

**Holders of Claims who cast a Ballot using the Balloting Portal should NOT also submit a paper Ballot. In the event you submit a Ballot using the Balloting Portal and a paper Ballot, the last properly executed Ballot timely received shall control**.

**Item 1**.    **Amount of Claim.**

The undersigned hereby certifies that as of the Voting Record Date, the undersigned was the Holder of [Voting Class] in the following aggregate unpaid amount (insert amount in box below):

$ _____

**Item 2**.    **Vote on Plan.**

The Holder of the [Voting Class] set forth in Item 1 votes to (please check only <u>one</u>):

☐**ACCEPT** (vote FOR) the Plan            ☐**REJECT** (vote AGAINST) the Plan

**Item 3**.    **Certifications**.

By signing this Class [_] Ballot, the undersigned certifies to the Bankruptcy Court and the Debtor that:

(a) as of the Voting Record Date, either: (i) the Entity is the Holder of the [Voting Class] being voted; or (ii) the Entity is an authorized signatory for an Entity that is a Holder of the [Voting Class] being voted;

(b) the Entity (or in the case of an authorized signatory, the Holder) has received the Solicitation Package and acknowledges that the solicitation is being made pursuant to the terms and conditions set forth therein;

(c) the Entity has cast the same vote with respect to all [Voting Class]; and

(d) no other Class [_] Ballots with respect to the amount of the [Voting Class] identified in Item 1 have been cast or, if any other Class [_] Ballots have been cast with respect to such Claims, then any such earlier Class [_] Ballots are hereby revoked.

| | |
|---|---|
| Name of Holder: | _____ |
| | (Print or Type) |
| Signature: | _____ |
| Name of Signatory: | _____ |
| | (If other than the Holder) |
| Title: | _____ |
| Address: | _____ |
| | _____ |
| | _____ |
| Telephone Number: | _____ |
| Email: | _____ |
| Date Completed: | _____ |

**IF THE SOLICITATION AGENT DOES NOT *ACTUALLY RECEIVE* THIS BALLOT ON OR BEFORE MARCH 20, 2026 (AND IF THE VOTING DEADLINE IS NOT EXTENDED), YOUR VOTE TRANSMITTED BY THIS BALLOT MAY BE COUNTED TOWARD CONFIRMATION OF THE PLAN ONLY IN THE DISCRETION OF THE DEBTOR.**

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386