B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

___CENTRAL___ District Of ___CALIFORNIA___

In re  Oceanwide Plaza LLC          ,    Case No. 2:24-bk-11057-DS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| __KPC Plaza, LLC__<br>Name of Transferee | __L.A. Downtown Investment LP__<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:  Howard J. Steinberg<br>Greenberg Traurig, LLP<br>1840 Century Park East, Ste 1900<br>Los Angeles, CA 90067<br>Phone: _310-586-7702_<br>Last Four Digits of Acct #: _____ | Court Claim # (if known):  27<br>Amount of Claim: $180,424,262<br>Date Claim Filed:  June 25, 2024<br><br>Phone: _____<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: _2/25/26_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

CENTRAL District Of CALIFORNIA

In re  Oceanwide Plaza, LLC  ,  Case No. 2:24-bk-11057-DS

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 27 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 2/25/26 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| L.A. Downtown Investment LP | KPC Plaza, LLC |

Address of Alleged Transferor:
c/o William Small
EPGR Lawyers
8439 W. Sunset Blvd., Suite 300
Los Angeles, Ca 90069

Address of Transferee:
c/o Howard J. Steinberg
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**