B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__CENTRAL__ District Of __CALIFORNIA__

In re __OCEANWIDE PLAZA LLC__,    Case No. __2:24-bk-11057-DS__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| KPC Plaza, LLC | L.A. Downtown Investment LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:   Howard J. Steinberg
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Phone: 310-586-7702
Last Four Digits of Acct #: _____

Court Claim # (if known): 27
Amount of Claim: $180,424,262.00
Date Claim Filed: 06/25/2024

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
L.A. Downtown Investment,, LP (Transferee's Secured Lender)
c/o William Small, Enenstein Pham Glass & Rabbat, LLP
8439 W. Sunset Blvd., Suite 300, Los Angeles, CA  90069
Phone: 818-836-0375
Last Four Digits of Acct #:   2161

*This Transfer of Claim amends and supersedes in its entirety the prior Transfer of Claim dated February 25, 2026 [Docket No. 851] submitted by the Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Howard J. Steinberg_    Date: 3/9/2026
Transferee/Transferee's Agent
Howard J. Steinberg

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.