GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN 89291)
steinbergh@gtlaw.com
Eric V. Rowen (SBN 106234)
rowene@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for L.A. Downtown Investment LP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO. 2:24-bk-11057-DS |
| Oceanwide Plaza LLC, | Chapter 11 |
| Debtor. | **DECLARATION OF JOHN PETTY IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC   TO EX PARTE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE PURSUANT TO LBR 9075-1(b) AND MOTION TO CONTINUE HEARING ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION (DATED FEBRUARY 23, 2026)** |

DATE:    NO HEARING DATE SET YET BY
 COUR
TIME:
DEPT:    Courtroom 1639/Via Zoom
255 East Temple Street
Los Angeles, CA 90012

DECLARATION OF JOHN PETTY IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE
APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

John Petty declares:

1.      At all times relevant hereto, I have served as Vice President of Real Estate and Construction of KPC Development Company LLC, which is an affiliate of KPC Square, LLC (collectively referred to as "KPC"), the proposed purchaser of the project (the "Project") owned by Oceanwide Plaza LLC ("Debtor"). I have been extensively involved in the development of real estate projects for over forty two years. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.

2.      For the past several years, I have played a central role in efforts by KPC to acquire the Project, and in fact have visited the Project at least 34 times, most of which included subcontractors who needed to inspect the current conditions of the Project. KPC has spent millions of dollars in connection with efforts to complete the acquisition, including but not limited to hiring consulting teams, architectural firms, and other professionals to both assess the condition of the Project and with respect to plans to revitalize it and create a vibrant development. These teams of professional are being paid on a regular basis, and any continuance of the plan confirmation hearing date will result in considerable additional expense to KPC.  Further, the City of Los Angeles ("City") has made clear to us that it wants immediate steps taken to abate graffiti and what it has characterized as blight.  KPC has agreed to immediately address the graffiti following confirmation of the plan, subject to obtaining requisite approvals from the Debtor who will still be the owner of the Project at that time.  Representatives of City have also stated that it is of critical importance for the Project to be in Olympic readiness condition in advance of the 2028 Olympic games that will be held in Los Angeles.  The items the City wants addressed will require extensive efforts and any delays in the plan approval process create a substantial risk that the goal of Olympic readiness will be compromised.  KPC has arranged for diligence teams to commence work shortly after the April 9 confirmation hearing date and these plans will all be disrupted if the hearing is continued.  KPC is unwilling to support these expenditures if the Debtor is not authorized to go forward with the Purchase and Sale Agreement.

3.      In order to facilitate the completion of the Project, which has only been partially constructed, there is a need to address entitlements ("Entitlement Requirements") which govern things such as permits

DECLARATION OF JOHN PETTY IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE
APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

and other uses since a number of permits that were granted when construction started  have lapsed and building requirements have changed.

4.     In December of 2024, I attended a meeting with Mayor Karen Bass and Deputy Mayor Kevin Keller where, among things, the Entitlement Requirements were discussed and the need for their approval was emphasized.

5.     In February 2025, a list of the Entitlement Requirements was sent to, among others,  Deputy Mayor Kevin Keller and Rachel Freeman, and I specifically instructed guidance as to how to move this forward.  In March of 2025, I had discussions about this with Andrew Pennington,  who serves as the Director of Strategic Initiatives, Business, and Economic Development for the City.  During the course of the year, I had further communications with others in the City about this issue, including Mr. Pennington, Mayor Bass, and Rachel Freeman.  I also provided the Entitlement Requirements to Ms. Freeman.

6.     In February 2026, I had further communications with the City to discuss, among other things, Entitlement Requirements. On February 26, 2026, I attended a meeting on this subject which was attended by 16 representatives from the City.  I attended an additional meeting to discuss these topics with numerous representatives from the City on March 25, 2026.

7.     The purchase and sale agreement that KPC negotiated with the Debtor provides for an $800 million construction loan.  KPC has proposals from several lenders for loans equal to and meaningfully in excess of this amount, a fact I have shared with the City.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 30th day of March, 2026, in Los Angeles, California.


John Petty

DECLARATION OF JOHN PETTY IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE
APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JOHN PETTY IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE PURSUANT TO LBR 9075-1(b) AND MOTION TO CONTINUE HEARING ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION (DATED FEBRUARY 23, 2026)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 30, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____(*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2026 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                               **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Adam S Affleck    adam-affleck@rbmn.com, jennifer-franklin@rbmn.com
Melody G Anderson    mganderson@buchalter.com
James W Bates    jbates@jbateslaw.com
Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
Paul Brent    snb300@aol.com
Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Jacquelyn H Choi    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
Gloria D Cordova    NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com
Sean C Coughlin    scc@coughlin-law.com, lb@coughlin-law.com;bcrena@noonanlance.com;ssuper@noonanlance.com
Matthew Dill    mdill@counsel.lacounty.gov
Luke N Eaton    lukeeaton@cozen.com, jacqueline.sims@troutman.com
Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Bernard J Kornberg    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
Noreen A Madoyan    Noreen.Madoyan@usdoj.gov, David.S.Shevitz@usdoj.gov
Allison C. Murray    acmurray@swlaw.com, kcollins@swlaw.com
Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
Rosemary Nunn    rosemary.nunn@procopio.com, nicholas.fortino@procopio.com;gaylene.oyama@procopio.com
Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com

Robert L. Rosvall     rrosvall@ccllp.law, kvargas@ccllp.law
Jeremy H Rothstein     jrothstein@gblawllp.com,
msingleman@gblawllp.com;acontreras@gblawllp.com
Leonard M. Shulman     lshulman@shulmanbastian.com,
bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-
BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-
7104@ecf.pacerpro.com
J Scott Williams     jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com
Donna Wong     donna.wong@lacity.org
Richard Lee Wynne     richard.wynne@hoganlovells.com,
tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-
7245@ecf.pacerpro.com
Chelsea Zwart     czwart@smsm.com, service@cgdrlaw.com