GREENBERG TRAURIG, LLP
Howard J. Steinberg (SBN 89291)
steinbergh@gtlaw.com
Eric V. Rowen (SBN 106234)
rowene@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for KPC SQUARE, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re

Oceanwide Plaza LLC,

     Debtor.

CASE NO. 2:24-bk-11057-DS

Chapter 11

**DECLARATION OF HOWARD STEINBERG IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC   TO EX PARTE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE PURSUANT TO LBR 9075-1(b) AND MOTION TO CONTINUE HEARING ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION (DATED FEBRUARY 23, 2026)**

DATE:    NO HEARING DATE SET YET BY
          COUR
TIME:
DEPT:    Courtroom 1639/Via Zoom
          255 East Temple Street
          Los Angeles, CA 90012

DECLARATION OF HOWARD STEINBERG IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE
APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

Howard Steinberg declares:

1.    I am an attorney at law, duly licensed to practice in the State of California and before this Court. I am a shareholder of Greenberg Traurig, LLP ("GT"), counsel for KPC Square, LLC (KPC"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.

2.    The confirmation hearing date of April 9, 2026 ("Confirmation Hearing Date') was not arbitrarily selected.  Confirmation of the Plan cuts off the right of third parties to pursue an Alternative Transaction, which under the purchase and sale agreement ("PSA ") that KPC entered into with the Debtor must be an offer which exceeds the price paid by KPC plus a breakup fee.  This protection was a material term of the deal that was negotiated and agreed upon.  I participated in these negotiations on behalf of KPC.

3.    The position of the City of Los Angeles  ("City") is in stark contrast to the actions it has previously taken. The Confirmation Hearing Date was set in response to the Second Ex Parte Motion to Continue Case Hearings [Docket No. 814].  This date was the result of intense negotiations and KPC wanted the earliest practical date for the hearing.  The City consented to this date. Rick Wynne, counsel for the City,  and I had several discussions about this.  When there was a need for modification of deadlines in connection with filings pertaining to the Plan process, including objections and reply briefs, both KPC and the City took the position that while other dates could be moved, the Confirmation Hearing Date could not.  Accordingly, the Confirmation Hearing Date was not changed. See Third Ex Parte Application to Continue Case Deadlines [Docket No. 823] and Order Granting Third Ex Parte Motion to Continue Case Deadlines  [Docket No. 824, Ex. A].  The City was well aware of the Entitlement Requests at that time.

4.    This Court advised the parties several weeks ago that the presiding judge would be on vacation during the coming week.

5.    Despite requests I have made to Mr. Wynne, the City has not committed to refraining from seeking additional continuances if this request is granted, raising the very real prospect of serial delay.  The City is also unwilling to agree that the Alternative Transaction Deadline of April 9 will be honored if a continuance is granted. Instead, the City's position is that the Alternative Transaction window should remain open indefinitely until such time as a plan is ultimately confirmed. This directly contradicts previous negotiations and would expose KPC (and the Debtor's sales process at large) to uncertainty and competing,

DECLARATION OF HOWARD STEINBERG IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

uncertain transactions that the parties specifically agreed to foreclose by the April 9 date in order to proceed towards a timely sale.

6.      The City has served no discovery requests in connection with the Plan confirmation process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 30th day of March, 2026, in Los Angeles, California.

                                        */s/ Howard J. Steinberg*
                                        Howard J. Steinberg

DECLARATION OF HOWARD STEINBERG IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC TO EX PARTE
APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF HOWARD STEINBERG IN SUPPORT OF OPPOSITION OF KPC SQUARE, LLC     TO EX PARTE APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE PURSUANT TO LBR 9075-1(b) AND MOTION TO CONTINUE HEARING ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION (DATED FEBRUARY 23, 2026)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 30, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____(*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2026 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

1.  **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

Adam S Affleck    adam-affleck@rbmn.com, jennifer-franklin@rbmn.com
Melody G Anderson    mganderson@buchalter.com
James W Bates    jbates@jbateslaw.com
Ori S Blumenfeld    ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com;ik-maurice.ibe@offitkurman.com
Paul Brent    snb300@aol.com
Sara Chenetz    schenetz@perkinscoie.com, docketLA@perkinscoie.com;cmallahi@perkinscoie.com;jkulow@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com;rleibowitz@perkinscoie.com
Jacquelyn H Choi    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
Gloria D Cordova    NEF@gcordovalaw.com, NEF@gcordovalaw.com;ssg@gcordovalaw.com
Sean C Coughlin    scc@coughlin-law.com, lb@coughlin-law.com;bcrena@noonanlance.com;ssuper@noonanlance.com
Matthew Dill    mdill@counsel.lacounty.gov
Luke N Eaton    lukeeaton@cozen.com, jacqueline.sims@troutman.com
Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
Jon F Gauthier    jgauthier@ftblaw.com, jrobinson@ftblaw.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
Lance N Jurich    ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
Bernard J Kornberg    bernie.kornberg@millernash.com, edgar.rosales@millernash.com
Noreen A Madoyan    Noreen.Madoyan@usdoj.gov, David.S.Shevitz@usdoj.gov
Allison C. Murray    acmurray@swlaw.com, kcollins@swlaw.com
Douglas M Neistat    dneistat@gblawllp.com, mramos@gblawllp.com
Rosemary Nunn    rosemary.nunn@procopio.com, nicholas.fortino@procopio.com;gaylene.oyama@procopio.com
Matthew D Pham    mpham@allenmatkins.com, mdiaz@allenmatkins.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com

Robert L. Rosvall     rrosvall@ccllp.law, kvargas@ccllp.law
Jeremy H Rothstein     jrothstein@gblawllp.com,
msingleman@gblawllp.com;acontreras@gblawllp.com
Leonard M. Shulman     lshulman@shulmanbastian.com,
bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com
Howard Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-
BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-
7104@ecf.pacerpro.com
J Scott Williams     jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com
Donna Wong     donna.wong@lacity.org
Richard Lee Wynne     richard.wynne@hoganlovells.com,
tracy.southwell@hoganlovells.com;cindy.mitchell@hoganlovells.com;rick-wynne-
7245@ecf.pacerpro.com
Chelsea Zwart     czwart@smsm.com, service@cgdrlaw.com