Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

HOGAN LOVELLS US LLP
Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Uchechi Egeonuigwe (Bar No. 297275)
uchechi.egeonuigwe@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

OFFICE OF THE LOS ANGELES
CITY ATTORNEY
Hydee Feldstein Soto, City Attorney (Bar No. 106866)
Michael J. Dundas, Senior Assistant City Attorney (Bar No. 226930)
mike.dundas@lacity.org
200 North Main Street, Suite 700
Los Angeles, CA 90012-4130
Telephone: (213) 978-8064
Facsimile: (213) 978-8090

☐ *Individual appearing without attorney*
☒ *Attorney for*: City of Los Angeles

FOR COURT USE ONLY

**FILED & ENTERED**

**MAR 30 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

Oceanwide Plaza LLC

Debtor(s).

CASE NO.:  2:24-bk-11057-DS

CHAPTER:  11

**ORDER:**

☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**

☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**

**[LBR 9075-1(b)]**

**Movant** (*name*): City of Los Angeles

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion to Continue Confirmation Hearing on Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)

    b. *Date of filing of motion:* March 27, 2026

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

\\4136-1735-1783  v2

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s): Declaration of Richard L. Wynne

*Date of filing of Application*: March 27, 2026

3.  Based upon the court's review of the application, it is ordered that:

a.  ☒  The Application is denied.  ~~The motion may be brought on regular notice pursuant to LBRs.~~  Under Local Bankruptcy Rule 9013-1(j), the court, in its discretion, may dispense with oral argument.  Here, the court will exercise such discretion and rule on the motion without a hearing.

b.  ☐  The Application is granted, and it is further ordered that:

(1)  ☐  A hearing on the motion will take place as follows:

| **Hearing date:** | **Place:** |
|---|---|
| **Time:** | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
|  | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
|  | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
|  | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2)  ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: |  |
| Time: | ☐ See attached page |
|  | (C) *Telephonic notice is also required upon* the United States trustee |

(3)  ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A)  ☐ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: |  |
| Time: | ☐ See attached page |
|  | (D) *Service is also required upon*: |
|  | -- United States trustee *(electronic service is not permitted)* |
|  | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

\\4136-1735-1783  v2

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: | |
| Time: | |
| | ☐ See attached page |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*no electronic service permitted*) |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee (*electronic service is not permitted*) |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<table>
<tr><td>(B) <em>Deadlines:</em><br><br>  Date:<br><br><br>  Time:</td><td>(C) <em>Persons/entities to be served with written reply to opposition:</em><br>  -- All persons/entities who filed a written opposition<br><br><br>(D) <em>Service is also required upon</em>:<br>  -- United States trustee <em>(electronic service is not permitted)</em><br>  -- Judge's Copy personally delivered to chambers<br>    (<em>see Court Manual for address</em>)</td></tr>
</table>

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:        Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: March 30, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

\\4136-1735-1783  v2