**HOGAN LOVELLS US LLP**
Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Uchechi Egeonuigwe (Bar No. 297275)
uchechi.egeonuigwe@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for the City of Los Angeles*

**OFFICE OF THE LOS ANGELES
CITY ATTORNEY**
Hydee Feldstein Soto, City Attorney (Bar
No. 106866)
Michael J. Dundas, Senior Assistant City
Attorney (Bar No. 226930)
mike.dundas@lacity.org
200 North Main Street, Suite 700
Los Angeles, CA 90012-4130
Telephone: (213) 978-8064
Facsimile: (213) 978-8090

*Attorneys for the City of Los Angeles*

FILED & ENTERED

MAR 30 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bacheleld DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

OCEANWIDE PLAZA LLC,

        Debtor.

Case No. 2:24-bk-11057-DS

Chapter 11

**ORDER GRANTING MOTION TO
CONTINUE CONFIRMATION
HEARING ON DEBTOR'S COMBINED
DISCLOSURE STATEMENT AND PLAN
OF LIQUIDATION (DATED FEBRUARY
23, 2026)**

On March 27, 2026, the City of Los Angeles filed the "Motion to Continue the Confirmation Hearing on Debtor's Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)" (the "Motion," Docket No. 908). The Motion is supported by the declaration of Richard L. Wynne, a copy of which is attached to the Motion.

On March 30, 2026, KPC Square, LLC filed the "Opposition of KPC Square, LLC to Motion to Continue Hearing on Debtor's Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)" (the "Opposition," Docket No. 914). The Opposition is supported by the declarations of John Petty (Docket No. 916) and Howard Steinberg (Docket No. 917).

\\4127-2449-1879  v1

Under Local Bankruptcy Rule 9013-1(j), the court, in its discretion, may dispense with oral argument.  Here, the court will exercise such discretion and rule on the Motion without a hearing.

It is well established that courts have the inherent power to control their own dockets, including the power to continue hearings.  *Landis v. North American Co.*, 299 U.S. 248, 254 (1936) ("[t]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *see also* 11 U.S.C. § 105(a) ("[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title[]").  Bankruptcy courts routinely exercise their inherent authority to continue hearings on plan confirmation.  *See, e.g., In re Todd McFarlane Productions, Inc.*, No. 04-04909-PHX-GBN, 2008 WL 11628635, at *2 (Bankr. D. Ariz. Mar. 7, 2008) (noting prior continuances of confirmation hearing).  Federal Rule of Bankruptcy Procedure 9006 further codifies the court's authority to extend deadlines.

Here, a continuance of the confirmation hearing on the "Debtor's Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)" (the "Combined Plan," Docket No. 842), is warranted to permit additional record development and continued discussions on the issues relevant to confirmation.  A continuance will not materially prejudice the estate or other parties.  Further, a continuance will serve judicial economy by allowing the parties additional time to narrow or resolve issues.

Based on the court's review of the Motion, the Opposition, the declarations filed in support of the Motion and the Opposition, the Combined Plan and related briefing filed to date, and the record in this case, and for the reasons set forth above,

IT IS HEREBY ORDERED that:

1.      The Motion is granted.

2.      The hearing on confirmation of the Combined Plan, currently scheduled for April 9, 2026, at 11:00 a.m., is continued to May 19, 2026, at 10:00 a.m. in Courtroom 1639, 255 East Temple Street, Los Angeles, CA 90012, and via ZoomGov.

\\4127-2449-1879  v1

3. The deadline for the City of Los Angeles to file and serve any objection to confirmation of the Combined Plan and to submit its ballot is extended to May 5, 2026.

4. The deadline for the debtor to file any reply memorandum and supporting declarations and evidence in support of confirmation is extended to May 12, 2026.

5. Except as expressly modified herein, all other dates, deadlines, and procedures established by the "Order Granting Motion for Conditional Approval of Debtor's Combined Disclosure Statement and Liquidating Plan (Dated February 23, 2026) and Providing Other Ancillary and Related Relief" (Docket No. 848), as previously modified, remain in full force and effect.

###

Date: March 30, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge

\\4127-2449-1879  v1