**BRYAN CAVE LEIGHTON PAISNER LLP**
Sharon Z. Weiss (State Bar No.: 169446)
*sharon.weiss@bclplaw.com*
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200

Jarret P. Hitchings (*Admitted Pro Hac Vice*)
jarret.hitchings@bclplaw.com
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, NC 28202
Telephone:     (704) 749-8999
Facsimile:     (704) 749-8990

*Attorneys for Debtor and Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No.: 2:24-bk-11057-DS |
|---|---|
| OCEANWIDE PLAZA LLC, | Hon. Deborah J. Saltzman |
| Debtor. | Chapter 11 |
| | **STIPULATION TO CONTINUE CONFIRMATION HEARING ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION (DATED FEBRUARY 23, 2026)** |
| | **[NO HEARING REQUIRED]** |
| | CURRENT HEARING DATE: |
| | DATE:   May 19, 2026<br>TIME:   10:00 a.m.<br>PLACE: Ctrm 1639<br>            225 E. Temple Street<br>            Los Angeles, CA 90012 |

TO: THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES.

1

STIPULATION TO CONTINUE CONFIRMATION HEARING

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

This Stipulation is entered into by and among Oceanwide Plaza LLC ("Debtor" or "Oceanwide"), DTLA Lending LLC (the "DIP Lender"), Lendlease (US) Construction Inc. ("Lendlease"), DTLA Funding LLC ("DTLAF"), the City of Los Angeles (the "City," and collectively with the DIP Lender, Lendlease, DTLAF, the "Consulting Parties", and each a "Consulting Party"), and KPC Square, LLC ("KPC Square," and collectively with Debtor and the Consulting Parties, the "Parties") as of the date this Stipulation is filed with the Court (the "Effective Date").

## RECITALS

A.    Oceanwide is a debtor and debtor-in-possession in the bankruptcy proceeding pending before the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") styled *In re Oceanwide Plaza LLC*, Case No. 2:24-bk-11057 (Bankr. C.D. Cal. Feb. 13, 2024) (the "Bankruptcy Case").

B.    On February 26, 2026, the Court entered its *Order Granting Motion for Conditional Approval of Debtor's Combined Disclosure Statement and Liquidating Plan (Dated February 23, 2026) and Providing Other Ancillary and Related Relief* [ECF No. 848] which, among other things, set a hearing for consideration of the confirmation and final approval (the "Confirmation Hearing") of *Debtor's Combined Disclosure Statement and Liquidating Plan (Dated February 23, 2026)* [ECF No. 842] (the "Plan") for April 9, 2026 at 10:00 a.m. Pacific Time.

C.    On March 30, 2026, the Court granted a request by the City to continue the Confirmation Hearing pursuant to its *Order Granting Motion to Continue Confirmation Hearing on Debtor's Combined Plan of Liquidation (Dated February 23, 2026)* [ECF No. 921] and reset the Confirmation Hearing for May 19, 2026 at 10:00 a.m. Pacific Time.

D.    On May 5, 2026, the City submitted its *Objection to Motion for Order Confirming Debtor's Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)* [ECF No. 951] (the "City Objection") raising, among other things, questions regarding the feasibility of the Plan in light of the status of certain permits and other approvals required for the closing of the sale to KPC Square contemplated by the Plan.

STIPULATION TO CONTINUE CONFIRMATION HEARING

E.      Following the filing of the City Objection, KPC Square, the City, and the other Parties have engaged in discussions to address the concerns raised therein and believe that additional time is necessary to allow those discussions to continue toward a potential resolution in advance of the Confirmation Hearing.

NOW THEREFORE, the Parties stipulate and agree, and request that the Court enter an Order, as follows:

## STIPULATION

The Parties respectfully request:

1.      the Confirmation Hearing be continued to July 6 or 7, 2026; provided, however, that if the Court is unavailable on either such date, the Parties request that the Confirmation Hearing be set on the first available date after July 20, 2026; and,

2.      Any reply in support of the *Motion for Order Confirming Debtor's Combined Disclosure Statement and Plan of Liquidation* (Dated February 23, 2026) and in response to the City Objection or *Woodbridge Glass Inc.'s Limited Opposition to Motion for Order Confirming Debtor's Combined Disclosure Statement and Plan of Liquidation (Dated February 23, 2026)* [ECF No. 950] may be filed and served no later than fourteen (14) days prior to the continued Confirmation Hearing date.

[*Signature Page Follows*]

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA  90401-2386

3

STIPULATION TO CONTINUE CONFIRMATION HEARING

The Parties hereby agree to be bound by the terms and conditions of this Stipulation as of the Effective Date.

BRYAN CAVE LEIGHTON PAISNER LLC

By: _Sharon Z. Weiss_
Sharon Z. Weiss
Counsel for Debtor and Debtor in Possession

GREENBERG TRAURIG, LLP

By: _____
Howard Steinberg
Counsel to KPC Square, LLC

PERKINS COIE LLP

By: _____
Sara Chenetz
Counsel for DTLA Lending LLC, DLTA Funding, LLC, and Lendlease (US) Construction, Inc.

HOGAN LOVELLS US LLP

By: _____
Erin N. Brady
Counsel to the City of Los Angeles

4

STIPULATION TO CONTINUE CONFIRMATION HEARING

The Parties hereby agree to be bound by the terms and conditions of this Stipulation as of the Effective Date.

BRYAN CAVE LEIGHTON PAISNER LLC

By: _Sharon Z. Weiss_
    Sharon Z. Weiss
Counsel for Debtor and Debtor in Possession

GREENBERG TRAURIG, LLP

By:_____
    Howard Steinberg
Counsel to KPC Square, LLC

PERKINS COIE LLP

By:_____
    Sara Chenetz
Counsel for DTLA Lending LLC, DLTA Funding, LLC, and Lendlease (US) Construction, Inc.

HOGAN LOVELLS US LLP

By: _____
    Erin N. Brady
Counsel to the City of Los Angeles

4

STIPULATION TO CONTINUE CONFIRMATION HEARING

The Parties hereby agree to be bound by the terms and conditions of this Stipulation as of the Effective Date.

BRYAN CAVE LEIGHTON PAISNER LLC

By: _____
      Sharon Z. Weiss
Counsel for Debtor and Debtor in Possession

GREENBERG TRAURIG, LLP

By: _____
      Howard Steinberg
Counsel to KPC Square, LLC

PERKINS COIE LLP

By: _____
      Sara Chenetz
Counsel for DTLA Lending LLC, DLTA Funding, LLC, and Lendlease (US) Construction, Inc.

HOGAN LOVELLS US LLP

By: _____
      Erin N. Brady
Counsel to the City of Los Angeles

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

4

STIPULATION TO CONTINUE CONFIRMATION HEARING

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **STIPULATION TO CONTINUE CONFIRMATION HEARING ON DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION (DATED FEBRUARY 23, 2026)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 15, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2026 | Raul Morales | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**1**.   <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Adam S Affleck on behalf of Creditor Fetzers' Inc.
  adam-affleck@rbmn.com, jennifer-franklin@rbmn.com

- Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
  meanderson@zwickerpc.com

- James W Bates on behalf of Creditor Kovach Enclosure Systems, LLC
  jbates@jbateslaw.com

- Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
  ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com; ik-maurice.ibe@offitkurman.com

- Paul Brent on behalf of Creditor BRAGG INVESTMENT CO.
  snb300@aol.com

- Sara Chenetz on behalf of Creditor DTLA Lending LLC
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com;
  jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Sara Chenetz on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com;
  jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

- Leslie A Cohen on behalf of Interested Party Courtesy NEF
  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; camille@lesliecohenlaw.com

- Gloria D Cordova on behalf of Creditor Carrara, Inc.
  NEF@gcordovalaw.com, NEF@gcordovalaw.com; ssg@gcordovalaw.com

- Sean C Coughlin on behalf of Creditor Commercial Scaffolding of California, Inc.
  scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com; ssuper@noonanlance.com

- Matthew Dill on behalf of Interested Party Courtesy NEF
  mdill@counsel.lacounty.gov

- Luke N Eaton on behalf of Creditor CMF, Inc.
  lukeeaton@cozen.com, jacqueline.sims@troutman.com

- Amir Gamliel on behalf of Creditor DTLA Lending LLC
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Amir Gamliel on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Jon F Gauthier on behalf of Petitioning Creditor Standard Drywall, Inc.
  jgauthier@ftblaw.com, jrobinson@ftblaw.com

- Richard Girgado on behalf of Interested Party Courtesy NEF
  rgirgado@counsel.lacounty.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Richard H Golubow on behalf of Petitioning Creditor Woodbridge Glass Inc.
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com

- Ani Grigoryan on behalf of Interested Party Chicago Title Insurance Company
  ani.grigoryan@aalrr.com, jenifer.gootkin@aalrr.com

- Lance N Jurich on behalf of Creditor Chicago Title Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
  fmckeown@loeb.com

- Lance N Jurich on behalf of Creditor Chicago Title Insurance Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
  fmckeown@loeb.com

- Gary E Klausner on behalf of Interested Party Courtesy NEF
  gek@lnbyg.com

- Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
  Noreen.Madoyan@usdoj.gov

- Allison C. Murray on behalf of Creditor Schuff Steel Company, Inc.
  acmurray@swlaw.com, kcollins@swlaw.com

- Douglas M Neistat on behalf of Creditor ACCO Engineered Systems, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Bapko Metal, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Martin Bros./Marcowall, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Interested Party Douglas Neistat
  dneistat@gblawllp.com, mramos@gblawllp.com

- Rosemary Nunn on behalf of Petitioning Creditor Mitsubishi Electric US, Inc.
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com; gaylene.oyama@procopio.com

- Matthew D Pham on behalf of Attorney Matthew D. Pham
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- Michael B Reynolds on behalf of Creditor Schuff Steel Company, Inc.
  mreynolds@swlaw.com, kcollins@swlaw.com

- Robert L. Rosvall on behalf of Creditor CallisonRTKL, Inc.
  rrosvall@ccllp.law, kvargas@ccllp.law

- Jeremy H Rothstein on behalf of Creditor ACCO Engineered Systems, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Bapko Metal, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Martin Bros./Marcowall, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

- Leonard M. Shulman on behalf of Interested Party Kpc Global Care Inc A Cal Corp
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com; yrivera@shulmanbastian.com

- Howard Steinberg on behalf of Creditor KPC Plaza, LLC
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- Howard Steinberg on behalf of Creditor L.A. Downtown Investment, LP
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- Howard Steinberg on behalf of Interested Party KPC Square, LLC
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- J Scott Williams on behalf of Interested Party Courtesy NEF
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- Donna Wong on behalf of Interested Party City of Los Angeles
  donna.wong@lacity.org

- Richard Lee Wynne on behalf of Interested Party City of Los Angeles
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com

- Chelsea Zwart on behalf of Petitioning Creditor Star Hardware, Inc.
  czwart@smsm.com, service@cgdrlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.