| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss (State Bar No. 169446)<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>Oceanwide Plaza LLC, | CASE NO.: 2:24-bk-11057-DS |
|---|---|
| | CHAPTER: 11 |
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: July 16, 2026<br>TIME: 1:00 P.M.<br>COURTROOM: 1639 (or via Zoom)<br>PLACE: 255 E Temple St., Los Angeles, CA 90012 |
| Debtor(s). | |

1.   Name of Applicant (*specify*):  Ralls Gruber & Niece LLP

2.   Type of services rendered:
   a.  ☒  Attorney for (*specify*):   Special Construction Litigtaion Counsel to Debtor and Debtor-in-Possession
   b.  ☐  Accountant for (*specify*):
   c.  ☐  Other professional (*specify*):

3.   Date of filing of petition under chapter __11__ of the Bankruptcy Code: February 13, 2024

4.   Date of entry of Order Approving Applicant's Employment: September 18, 2024

5.   Date of filing of last Fee and/or Expense Application: November 27, 2024

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.   Total fees allowed or paid to Applicant to date including retainers and prior
     approved fee applications): $ 525,933.00 fees allowed by agreement (not approved)

     a.   Retainer received: $ 0.00

     b.   Retainer remaining as of the date of this Application: $ 0.00

     c.   Total amount requested in all prior applications: $ 525,933.00

     d.   Total amount actually paid pursuant to prior approved applications: $ 525,933.00

     e.   Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

     f.   Total amount reserved pending final fee application: $ 0.00

7.   **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a.  John Foust | $ 745.00 | X | 37.40 | = $ | 27,863.00 |
| b.  John Foust | $ 600.00 | X | 144.40 | = $ | 86,640.00 |
| c.  Daniel Cantor | $ 485.00 | X | 5.70 | = $ | 2,764.50 |
| d.  Ilana Skikos | $ 325.00 | X | 10.80 | = $ | 3,510.00 |
| e. | $ | X | | = $ | |
| f. | $ | X | | = $ | |
| g. | $ | X | | = $ | |

     h.   ☐ Continued on attached page

8.   The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
     follows:                                                                                  ☐ See attached page

9.   Bonus requested (final fee applications only): $ _____
     (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10.  **TOTAL FEES REQUESTED THIS APPLICATION**: $ 120,777.50

11.  Total expenses paid to Applicant to date (including retainers and prior
     approved expense applications): $ 8,905.58

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 2                           **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | | Reimbursement Requested this Application |
|---|---|---|
| a. **Filing Fees** | | $ |
| b. | ACE Attorney Service | $                   2,127.18 |
| c. | CaseAnywhere | $                     476.00 |
| d. Travel Expenses - Hotels | | $                     733.20 |
| e. | | $ |
| f. | | $ |
| g. ☐    Continued on Attached Page | | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $3,336.38

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
Third Interim Application of Ralls Gruber & Niece LLP, Special Construction Litigation Counsel for Debtor and Debtor-in-Possession, for Compensation of Fees and Expenses, Declaration of John Foust in Support Thereof; Declaration of Bradley D. Sharp in Support of Third Interim Applications for Compensation of Fees and Reimbursement of Expenses of Bryan Cave Leighton Paisner LLP, GlassRatner Advisory & Capital Group LLC and Ralls Gruber & Niece LLP

15. Total number of attached pages of supporting documentation: 64 .

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/29/2026 | Sharon Z. Weiss | _Signature_ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 29, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- PLEASE SEE ATTACHED LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/29/2026 | Raul Morales | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1.      **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- Adam S Affleck on behalf of Creditor Fetzers' Inc.
  adam-affleck@rbmn.com, jennifer-franklin@rbmn.com

- Melody G Anderson on behalf of Creditor Creditors Adjustment Bureau, Inc.
  meanderson@zwickerpc.com

- James W Bates on behalf of Creditor Kovach Enclosure Systems, LLC
  jbates@jbateslaw.com

- Ori S Blumenfeld on behalf of Interested Party Courtesy NEF
  ori.blumenfeld@offitkurman.com, liyah.lewis@offitkurman.com; ik-maurice.ibe@offitkurman.com

- Paul Brent on behalf of Creditor BRAGG INVESTMENT CO.
  snb300@aol.com

- Sara Chenetz on behalf of Creditor DTLA Lending LLC
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com;
  jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Sara Chenetz on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  schenetz@perkinscoie.com, docketLA@perkinscoie.com; cmallahi@perkinscoie.com;
  jkulow@perkinscoie.com; chenetz-sara-perkins-coie-8670@ecf.pacerpro.com; rleibowitz@perkinscoie.com

- Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

- Leslie A Cohen on behalf of Interested Party Courtesy NEF
  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; camille@lesliecohenlaw.com

- Gloria D Cordova on behalf of Creditor Carrara, Inc.
  NEF@gcordovalaw.com, NEF@gcordovalaw.com; ssg@gcordovalaw.com

- Sean C Coughlin on behalf of Creditor Commercial Scaffolding of California, Inc.
  scc@coughlin-law.com, lb@coughlin-law.com; bcrena@noonanlance.com; ssuper@noonanlance.com

- Matthew Dill on behalf of Interested Party Courtesy NEF
  mdill@counsel.lacounty.gov

- Luke N Eaton on behalf of Creditor CMF, Inc.
  lukeeaton@cozen.com, jacqueline.sims@troutman.com

- Amir Gamliel on behalf of Creditor DTLA Lending LLC
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Amir Gamliel on behalf of Petitioning Creditor Lendlease (US) Construction Inc.
  agamliel@perkinscoie.com, cmallahi@perkinscoie.com; DocketLA@perkinscoie.com

- Jon F Gauthier on behalf of Petitioning Creditor Standard Drywall, Inc.
  jgauthier@ftblaw.com, jrobinson@ftblaw.com

- Richard Girgado on behalf of Interested Party Courtesy NEF
  rgirgado@counsel.lacounty.gov

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                      Page 4                      **F 2016-1.2.APP.PAYMENT.FEES**

- Richard H Golubow on behalf of Petitioning Creditor Woodbridge Glass Inc.
  rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com

- Ani Grigoryan on behalf of Interested Party Chicago Title Insurance Company
  ani.grigoryan@aalrr.com, jenifer.gootkin@aalrr.com

- Lance N Jurich on behalf of Creditor Chicago Title Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
  fmckeown@loeb.com

- Lance N Jurich on behalf of Creditor Chicago Title Insurance Company
  ljurich@loeb.com, pmatsuda@loeb.com; ladocket@loeb.com; ljurich@ecf.courtdrive.com;
  fmckeown@loeb.com

- Gary E Klausner on behalf of Interested Party Courtesy NEF
  gek@lnbyg.com

- Noreen A Madoyan on behalf of U.S. Trustee United States Trustee (LA)
  Noreen.Madoyan@usdoj.gov

- Allison C. Murray on behalf of Creditor Schuff Steel Company, Inc.
  acmurray@swlaw.com, kcollins@swlaw.com

- Douglas M Neistat on behalf of Creditor ACCO Engineered Systems, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Bapko Metal, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Creditor Martin Bros./Marcowall, Inc.
  dneistat@gblawllp.com, mramos@gblawllp.com

- Douglas M Neistat on behalf of Interested Party Douglas Neistat
  dneistat@gblawllp.com, mramos@gblawllp.com

- Rosemary Nunn on behalf of Petitioning Creditor Mitsubishi Electric US, Inc.
  rosemary.nunn@procopio.com, nicholas.fortino@procopio.com; gaylene.oyama@procopio.com

- Matthew D Pham on behalf of Attorney Matthew D. Pham
  mpham@allenmatkins.com, mdiaz@allenmatkins.com

- Michael B Reynolds on behalf of Creditor Schuff Steel Company, Inc.
  mreynolds@swlaw.com, kcollins@swlaw.com

- Robert L. Rosvall on behalf of Creditor CallisonRTKL, Inc.
  rrosvall@ccllp.law, kvargas@ccllp.law

- Jeremy H Rothstein on behalf of Creditor ACCO Engineered Systems, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Jeremy H Rothstein on behalf of Creditor Bapko Metal, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                          Page 4                                  **F 2016-1.2.APP.PAYMENT.FEES**

- Jeremy H Rothstein on behalf of Creditor Martin Bros./Marcowall, Inc.
  jrothstein@gblawllp.com, msingleman@gblawllp.com; mbowes@gblawllp.com

- Leonard M. Shulman on behalf of Interested Party Kpc Global Care Inc A Cal Corp
  lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com; yrivera@shulmanbastian.com

- Howard Steinberg on behalf of Creditor KPC Plaza, LLC
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- Howard Steinberg on behalf of Creditor L.A. Downtown Investment, LP
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- Howard Steinberg on behalf of Interested Party KPC Square, LLC
  steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov

- J Scott Williams on behalf of Interested Party Courtesy NEF
  jwilliams@williamsbkfirm.com, g24493@notify.cincompass.com

- Donna Wong on behalf of Interested Party City of Los Angeles
  donna.wong@lacity.org

- Richard Lee Wynne on behalf of Interested Party City of Los Angeles
  richard.wynne@hoganlovells.com, tracy.southwell@hoganlovells.com; cindy.mitchell@hoganlovells.com; rick-wynne-7245@ecf.pacerpro.com

- Chelsea Zwart on behalf of Petitioning Creditor Star Hardware, Inc.
  czwart@smsm.com, service@cgdrlaw.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

John Foust (State Bar No. 218824)
RALLS GRUBER & NIECE LLP
601 Montgomery Street, Suite 1800
San Francisco, CA 94111
Phone: 415.971.9181
Fax: 650.240.2250
Email: jfoust@rallsgruber.com

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:24-bk-11057-DS |
| Oceanwide Plaza LLC, | Chapter 11 |
| Debtor | Hon Deborah J. Salzman |
| | **THIRD INTERIM APPLICATION OF RALLS GRUBER & NIECE LLP, SPECIAL CONSTRUCTION LITIGATION COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION, FOR COMPENSATION OF FEES AND EXPENSES; DECLARATION OF JOHN FOUST IN SUPPORT THEREOF; DECLARATION OF BRADLEY SHARP IN SUPPORT THEREOF** |
| | **[11 U.S.C. §§ 330,331, Fed. R. Civ. P. 2016; Local Bankr. R. 2016-1]** |
| | **HEARING:**<br>Date:    July 16, 2026<br>Time:    1:00 p.m.<br>Place:    Courtroom 1539 (or via Zoom)<br>            255 Temple Street<br>            Los Angeles, CA 90012 |

THIRD INTERIM APPLICATION OF RALLS GRUBER & NIECE LLP
FOR COMPENSATION OF FEES AND EXPENSES

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST:**

The following information is supplied in conformity with Form 2016-1.2 of the United States Bankruptcy Court for the Central District of California.

1.      Name of Applicant:  Ralls Gruber & Niece LLP ("**Applicant**").

2.      Type of Services Rendered:  Special Construction Litigation Counsel for debtor and debtor-in-possession Oceanwide Plaza LLC (the "**Debtor**"), for the period commencing on August 1, 2025, through May 28, 2026 (the "**Third Interim Period**").

3.      Date of Filing of Involuntary Petition under Chapter 11 of the Bankruptcy Code:  The chapter 11 petition filed February 13, 2024 (the "**Petition Date**") by Lendlease (US) Construction Inc., Standard Drywall, Inc., Star Hardware, Inc., Woodbridge Glass Inc., and Mitsubishi Electric US, Inc. (collectively, the "**Petitioning Creditors**").  On March 8, 2024, Debtor filed its Answer [ECF No. 27] to the involuntary petition and consented to entry of an order for relief.  On March 11, 2024 (the "**Relief Date**"), the clerk of the Court entered the *Order for Relief* [ECF No. 29] (the "**Relief Order**").

4.      Date of Entry of Order Approving Applicant's Employment:  September 18, 2024, effective as of May 29, 2024 [ECF No. 468] (the "**Employment Order**").

5.      Date of Filing of Last Fee and Expense Application:  November 27, 2024 [ECF No.532].

6.      Total Fees Paid to Applicant to Date pursuant to Prior Approved Fee Applications:  $525,933.00 [*See* ECF No. 555 and ECF No. 720].

7.      Summary of Requested Fees:  *See* Exhibit 1, Billing Statements, attached hereto and incorporated herein by this reference.

8.      **TOTAL FEES REQUESTED BY THIS APPLICATION: $120,777.50.** Effective hourly rate: $609/hr.

9.      Total Expenses Paid to Applicant to Date:  $8,905.58 [*See* ECF No. 555 and ECF No. 720].

10.    Summary of Requested Expense Reimbursement:  *See* Exhibit 3, Reimbursement Expenses, attached hereto and incorporated herein by this reference.

11.    **TOTAL EXPENSE REIMBURSEMENT REQUESTED BY THIS APPLICATION: $3,336.38.**

12.    Applicant Submits the Following in Support of the Application Herein Pursuant to Loc. Bankr. R. 2016-1(a)(1)(D):  *See* attached narrative statement, and resume of Applicant's professionals.

13.    Total Number of Attached Pages of Supporting Documentation:  __.

14.    Applicant reviewed the requirements of Local Bankruptcy Rule 2016-1, with which this Application complies.

Applicant declares under perjury under the laws of the United States of America that the foregoing and all attached supporting documents are true and correct and accurately reflect services rendered and expenses incurred by Applicant herein.

Executed this 29th day of May 2026, at San Francisco, California.

By: _____
John Foust
for Applicant Ralls Gruber & Niece LLP,
Special Construction Litigation Counsel
for Debtor and Debtor-in-Possession
Oceanwide Plaza LLC

THIRD INTERIM APPLICATION OF RALLS GRUBER & NIECE LLP
FOR COMPENSATION OF FEES AND EXPENSES

## <u>NARRATIVE STATEMENT OF SERVICES RENDERED</u>

## <u>AND EXPENSES INCURRED</u>

The following is a detailed description by activity code of Applicant's services as Debtor's Special Construction Litigation Counsel during the course of its employment pursuant to the requirements of Local Bankruptcy Rule 2016-1(a)(1)(D), and the *Office of the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Appendix A* and *Appendix B* (the "**US Trustee Guidelines**").

This Application complies with all statutory guidelines and Court-imposed requirements.

Applicant requests an order allowing and approving fees in the amount of **$120,777.50**, and expenses in the amount of **$3,336.38** for an aggregate award of **$124,113.8** for services rendered on behalf of Debtor during the Third Interim Period, as discussed in more detailed below.  Applicant entered into no agreement and made no understanding, formal or otherwise, with any person or entity concerning the sharing of compensation to be received, except as among the partners of Applicant.

## I.    INTRODUCTORY STATEMENT

This is Applicant's third interim fee application.  During the Third Interim Period, Applicant has diligently represented Debtor in ongoing construction litigation in Los Angeles Superior Court over the total amount of the deed of trust recorded by L.A. Downtown Investment LP ("**LADI**") against the Debtor's property.  During the Third Interim Period, Applicant represented Debtor by: (i) preparing for and attending three court-ordered mediations (mandatory settlement conferences) at Los Angeles Superior Court; (ii) negotiating and revising a global settlement agreement with LADI and the various mechanic's lien claimants, including Lendlease (US) Construction, Inc. ("**Lendlease**"); and (iii) preparing and submitting various court filings on behalf of Debtor in connection with the ongoing litigation in Los Angeles Superior Court. Applicant's services were necessary to protect Debtor's interests in the ongoing construction litigation and the resulting judgment.

-1-

## II.     CASE BACKGROUND

The status of this chapter 11 bankruptcy case is set forth in detail in the *First Interim Application of Bryan Cave Leighton Paisner LLP, Counsel for Debtor and Debtor-in-Possession, for Compensation of Fees and Expenses* ("**BCLP First Fee Application**") [ECF No. 417] and in BCLP Third Fee Application filed concurrently and incorporated herein in its entirety by reference.

### A.     The Project

The Debtor's primary asset is an approximately mixed-use development project in downtown Los Angeles, known as Oceanwide Plaza (the "**Project**").  The Project is across from Crypto.com Arena and consists of three uncompleted high-rise residential towers.

At the time of the Petition, the Project was approximately 60 percent complete. Lendlease served as the Project's general contractor, and CallisonRTKL served as its architect.  The Project was largely self-funded by Debor.  However, a portion of the development costs were financed by a loan from LADI, which loan was secured by a deed of trust recorded against the property on which the Project is located.

Prior to the Petition Date, Lendlease and dozens of its subcontractors recorded mechanic's liens against the Project claiming to be owed compensation for work performed on the Project and sued to foreclose on those mechanic's liens in Los Angeles Superior Court.  CallisonRTKL and several contractors that contracted directly with Debtor also recorded mechanic's liens against the Project and sued to foreclose on those liens in Los Angeles Superior Court.  The various mechanic's lien actions were consolidated into a single action before Judge Higberger, entitled *Webcor Construction, LP v. Lendlease (US) Construction, Inc., and Oceanwide Plaza LLC, et al.*, Case No. 19STCV03357 (the "**Construction Litigation**").

LADI was named as a defendant in the Construction Litigation because of its deed of trust on the Project.  Chicago Title Insurance Company is also a party to the Construction Litigation.

THIRD INTERIM APPLICATION OF RALLS GRUBER & NIECE LLP
FOR COMPENSATION OF FEES AND EXPENSES

**B.    The Relief from Stay Order**

On March 28, 2024, LADI moved this Court for relief from the automatic stay to resume the Construction Litigation.  *See* ECF No. 80.  The Debtor, Lendlease, and other parties opposed.  *See, e.g.*, ECF Nos. 141 (the Debtor's objection) and 143 (Lendlease objection).  Following a hearing, the Court entered an order lifting the automatic stay on May 29, 2024, *see* ECF No. 241, which became final on June 12, 2024.

After the stay was lifted, Judge Highberger in Los Angeles Superior Court set the case for trial on October 28, 2024, which was later continued to November 12, 2024.  LADI, Chicago Title Insurance Company, and Lendlease filed cross-motions for summary adjudication and engaged in extensive pre-trial discovery, including more than a dozen depositions of fact and expert witnesses.

Following the trial that commenced on November 12, 2024, and concluded on December 12, 2024, the Judge Highberger of the Los Angeles Superior Court bifurcated the case for another phase of trial ("Phase 4"), which was set to commence on August 19, 2025.

### III.    STATEMENT OF SERVICES RENDERED

During the Third Interim Period, Applicant represented Debtor in the Construction Litigation with respect to pre-trial motions, trial preparation activities, mediations, and the negotiation and preparation of a settlement agreement, including:

- reviewing and preparing pre-trial motions and filings;
- research and analysis of key legal issues;
- appearing at pre-trial conferences and reviewing court filings;
- representing the Debtor at three court-ordered mandatory settlement conferences;
- negotiating, reviewing, and revising a global settlement between the Debtor, LADI, and Lendlease;
- reviewing, preparing, and submitting court filings in various mechanic's lien actions pending in Los Angeles Superior Court.

-3-

In addition to the services outlined above, Applicant performed its usual and customary services as construction litigation counsel in a large mechanic's lien foreclosure action.  Applicant's services were and remain necessary to protect Debtor's interests in the ongoing construction litigation and the resulting judgment.

Applicant spent a total of 198.20 hours and incurred $120,729.00 in fees representing Debtor in the Construction Litigation during the Third Interim Period.  Of this amount, Applicant spent 6.8 hours and $4,486.00 in fees for Case Administration and 191.40 hours and $116,243.00 in fees for Litigation.  A summary chart of these totals is provided in Exhibit 1.

The Case Administration work consisted of preparing and filing Applicant's *Second Interim Application for Compensation of Fees and Expenses* and Applicant's *Third Interim Application for Compensation of Fees and Expense*.  The Litigation work included representing Debtor in ongoing litigation in Los Angeles Superior Court.

Following the global settlement reached in January 2026, Applicant's fees and time expenditures have been minimal, consisting primarily of administrative matters related to the finalization of the settlement and the preparation of this Application.

## IV.    INFORMATION REGARDING REIMBURSABLE EXPENSES

Included in the attached Exhibit 3 and incorporated herein by this reference in a summary of all expenses incurred in connection with Applicant's representation of Debtor herein.

Applicant's request for reimbursement of expenses herein includes costs advanced in the total amount of $3,336.38, including filing and court fees.  Applicant made every effort to limit the expenditures of expenses and to use the most economical means available for accomplishing the tasks requiring expenditure of costs.

WHEREFORE, Applicant prays for an order of this Court as follows:

1.    Allowing interim compensation to Applicant for $120,777.50 in fees and $3,336.38 in expenses, for a total amount of **$124,113.88**, for services rendered during its employment during the Third Interim Period, from August 1, 2025, through May 28, 2026.

-4-

2.    For an order directing the Debtor to pay Applicant the balance of the foregoing fees and costs allowed and approved for the Third Interim Period to the extent the estate holds sufficient funds to pay Applicant.

3.    For such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  May 29, 2026                          RALLS GRUBER & NIECE

By: _____
John Foust
Attorneys for Debtor and Debtor-in-Possession Oceanwide Plaza LLC

-5-

THIRD INTERIM APPLICATION OF RALLS GRUBER & NIECE LLP
FOR COMPENSATION OF FEES AND EXPENSES

## DECLARATION OF JOHN FOUST

I, John Foust, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California, and I am authorized to make this declaration.  I am a partner with the law firm of Ralls Gruber & Niece LLP ("**Applicant**"), which is employed herein as Special Construction Litigation Counsel for debtor and debtor-in-possession Oceanwide Plaza LLC ("**Debtor**").  The facts set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.      I make this declaration in support of the foregoing *Third Interim Application of Ralls Gruber & Niece LLP for Compensation of Fees and Expenses* (the "**Application**").  I personally drafted the Application, and the matters stated therein are true to the best of my knowledge, information and belief.

3.      The amount requested in the Application for fees and costs are based on the records assembled and kept in the ordinary course of Applicant's business.  Such records are made at or near the time incurred by, or from information transmitted by, a person with knowledge of the matter recorded.

4.      Attached hereto as Exhibit 1, and incorporated herein by this reference, are true and correct copies of Applicant's monthly invoices and detailed billing statements ("**Billing Statements**") for the legal services performed by Applicant in its representation of the Debtor, during period commencing on August 1, 2025, through May 28, 2026 (the "**Third Interim Period**").  The Billing Statements contain individual billing entries for the time incurred by each timekeeper (*i.e.*, each attorney or paralegal) listed chronological order.

5.      The first page of Exhibit 1 is a summary table prepared by me on behalf of the Applicant for the purpose of this Application that summarizes the total hours and fees for each timekeeper as recorded in the Billing Statements.

6.      Attached hereto as Exhibit 3, and incorporated herein by this reference, is a summary table prepared by me on behalf of the Applicant for the purpose of this

-1-

PROOF OF SERVICE

Application that summarizes the reimbursable expenses incurred by Applicant in connection with its representation of Debtor during the Third Interim Period as recorded in the Billing Statements.  I am informed and believe that Applicant adhered to allowable rates for expenses as fixed by the Bankruptcy Rules or the US Trustee.

7.      Attached hereto as Exhibit 2, and incorporated herein by this reference, are professional biographies describing the professional education and experience of Applicant's attorneys and paralegals who rendered services on behalf of Debtor during the Third Interim Period.

8.      Notice of this Application and applications filed by other professionals employed herein is filed and served concurrently herewith on all parties required to receive notice of such information pursuant to Bankruptcy Rule 2016-1(b) and Bankruptcy Rule 2002.

9.      No agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for service rendered in or in connection with the case except as between members and associates of Applicant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed this 29th of May 2026, at San Francisco, California.

_____
John Foust

-2-
PROOF OF SERVICE

# EXHIBIT 1

# Exhibit 1

## BILLING STATEMENTS

**Summary of Fees by Invoice:**

| | | |
|---|---|---:|
| Invoice #6043 | Services in Aug. 2025 | $47,539.78 |
| Invoice #6136 | Services in Sept. 2025 | $6,735.00 |
| Invoice #6219 | Services in Oct. 2025 | $3,932.00 |
| Invoice #6320 | Services in Nov. 2025 | $14,340.00 |
| Invoice #6330 | Services in Dec. 2025 | $20,245.70 |
| Invoice #6427 | Services in Jan. 2026 | $21,007.65 |
| Invoice #6533 | Services in Feb. 2026 | $2,235.00 |
| Invoice #6609 | Services in Mar. 2026 | $1,490.00 |
| Invoice #6675 | Services in April 2026 | $3,059.75 |
| Invoice #6706 | Services in May 2026 | $3,529.00 |
| **TOTAL FEES** | | **$124,113.88** |

**Summary of Fees and Hours per Project Category:**

| Category | Hours | Amount | Average |
|---|---:|---:|---:|
| Case Administration (C.8.b.xii) | 6.80 | $4,486.00 | |
| Litigation (C.8.b.xiv) | 191.50 | $116,291.50 | |
| | **198.30** | **$120,777.50** | **$609** |

**Summary Per Project Categories Per Attorney:**

| Name | Title | Category | Hours | Amount |
|---|---|---|---:|---:|
| John Foust | Partner | Case Admin | 6.8 | $4,486.00 |
| | | Litigation | 175.0 | $110,017.00 |
| Daniel Cantor | Counsel | Case Admin | 0 | 0 |
| | | Litigation | 5.7 | $2,764.50 |
| Ilana Skikos | Associate | Case Admin | 0 | 0 |
| | | Litigation | 10.8 | $3,510.00 |
| **Total** | | | **198.30** | **$120,777.50** |

**Ralls Gruber & Niece LLP**                                400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6043
EIN = 27-4964216

September 10, 2025

Reference:  Representation in connection with litigation and construction law
            advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2025 | JF | Combined hearing for FSC, IDC, and motion re prejudgment interest [1.5 hrs]. Confer with Dan Cantor regarding FSC hearing [1.0 hrs]. Review tentative rulings and correspondence from Court [0.6 hrs]. Correspondence with parties in connection with same [0.6 hrs]. | 3.50 $600.00/hr | $2,100.00 |
| 8/4/2025 | JF | Correspondence regarding Phase 4 issues [0.8 hrs]. Revise second interim fee application for submission to bankruptcy court [1.0 hrs]. Review pleadings in state court action. [0.8 hrs]. | 2.60 $600.00/hr | $1,560.00 |
| 8/5/2025 | JF | Review and analysis of LADI's reply brief in support of its motion to secure attorney's fees and costs. | 1.80 $600.00/hr | $1,080.00 |
| 8/6/2025 | JF | Review and revise joint status report [1.0 hrs]. Call with Dan Cantor to discuss issues in connection with same [1.1 hrs]. Call with counsel for CTIC re same [0.1 hrs]. | 2.20 $600.00/hr | $1,320.00 |
| 8/7/2025 | JF | Review and revise proposed stipulation regarding CTIC fees and costs [1.2 hrs].  Appear at Trial Readiness Conference for Phase 4 trial [1.0 hrs]. Begin drafting application to file a sur-reply in opposition to LADI and CTIC motion to secure fees and costs [1.5 hrs]. Call with Dan Cantor in connection with same [1.0 hrs]. | 4.70 $600.00/hr | $2,820.00 |
| 8/8/2025 | JF | Draft sur-reply in opposition to LADI and CTIC motion to secure fees and costs [2.3 hrs]. Research in connection with same [1.7 hrs]. Call with Dan Cantor to work through and shorten the sur-reply [0.7 hrs]. Draft request for judicial notice in support of same [1.2 hrs]. | 5.90 $600.00/hr | $3,540.00 |
| 8/11/2025 | JF | Attend call with Bankruptcy team to discuss state court action [1.0 hrs]. Call with Dan Cantor in connection with same [0.8 hrs]. Finalize second interim fee application for filing [0.8 hrs]. Correspondence in connection with same [0.5 hrs]. Review and revise draft stipulation regarding CTIC fees [0.8 hrs]. Call with client to discuss same [0.4 hrs]. | 4.30 $600.00/hr | $2,580.00 |

Oceanwide LA - Post BK                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/12/2025 | IS | Communicate with J. Foust regarding the filing of reply brief and related issues [0.5 hour]. Communicate with Court regarding permission to hand file the case [0.3 hour]. Coordinate filing [0.3 hours]. Correspondence in connection with same [0.3 hour]. | 1.40 $325.00/hr | $455.00 |
|  | JF | Review and analysis of recent pleadings [1.0 hrs]. Review and provide comments on latest draft of stipulation re CTIC fees and costs [0.8 hrs]. Confer with court clerk regarding status of sur-reply and correspondence re same [0.5 hrs]. | 2.30 $600.00/hr | $1,380.00 |
| 8/13/2025 | IS | Communicate with Ace regarding failed submission. | 0.40 $325.00/hr | $130.00 |
|  | JF | Deposition of Lendlease DTLA Funding PMQ Bruce Ambler [3.5 hrs]. Correspondence regarding the draft stipulation [0.7 hrs]. Finalize stip and circulate [0.5 hrs]. Review postings on CaseAnaywhere regarding status of settlements and forward to team [0.5 hrs]. | 5.20 $600.00/hr | $3,120.00 |
| 8/14/2025 | IS | Work on resolving filing issue in LASC. | 0.50 $325.00/hr | $162.50 |
|  | JF | Appear at deposition for CTIC person most qualified [0.6 hrs]. Review pleadings and correspondence in state court action [0.7 hrs]. Correspondence regarding filings in Bankruptcy case [0.5 hrs]. | 1.80 $600.00/hr | $1,080.00 |
| 8/15/2025 | IS | Draft and communicate with Alan Rodriguez to resolve filing issue in LA Superior. Prepare for and attend multiple calls with LA superior court clerk. Work on getting documents filed. Prepare for and attend call with John Foust. | 1.30 $325.00/hr | $422.50 |
|  | JF | Call with client to discuss strategy re Phase 4 trial issues and upcoming hearing [1.7 hrs]. Correspondence with US Trustee in connection with fee application [0.2 hrs] Make revisions to same per instructions [1.5 hrs]. | 3.40 $600.00/hr | $2,040.00 |
| 8/18/2025 | IS | Research issue for J. Foust in connection with upcoming hearing on LADI and CTIC motion regarding attorney's fees and costs [1.8 hours]. Confer with J. Foust in connection with same [0.5 hour]. Contact LA Superior Court regarding courtesy copies and filing issues [0.3 hours]. | 2.60 $325.00/hr | $845.00 |
|  | JF | Review and analyze initial draft of the settlement agreement [2.0 hours]. Draft summary email to Oceanwide team regarding same [1.0 hour]. Calls with Julianna Simon, counsel for LADI, regarding Phase 4 summary of issues [0.6 hours]. Correspondence with Dan Cantor regarding same [0.4 hours]. | 3.00 $600.00/hr | $1,800.00 |
| 8/19/2025 | IS | Review and analysis of certain portions of initial draft settlement agreement per direction by J. Foust [1.2 hours]. Research issues in connection with same [1.2 hours]. | 2.40 $325.00/hr | $780.00 |

Oceanwide LA - Post BK                                                                          Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/19/2025 | JF | Follow up with court on filing of sur reply [0.3 hour]. Call with Dan Cantor to discuss sur reply and Phase 4 issues [1.0 hours]. Prepare for and attend start of phase 4 trial and hearing on LADI and CTIC motion for attorney's fees [3.0 hours]. Call with Dan Cantor to debrief regarding hearing outcome [0.6 hours]. | 4.90 $600.00/hr | $2,940.00 |
| 8/20/2025 | JF | Prepare for and attend final status conference and opening statements for Phase 4 trial [4.5 hours]. Call with Daniel Cantor to discuss issues in connection with same [0.5 hours]. Correspondence regarding draft settlement agreement [0.8 hours]. | 5.80 $600.00/hr | $3,480.00 |
| 8/21/2025 | JF | Revise exhibit for second interim fee application and send to UST. | 1.50 $600.00/hr | $900.00 |
| | JF | Review and analysis of proposed edits to draft settlement agreement [1.0 hours]. Correspondence in connection with same [0.5 hour]. | 1.50 $600.00/hr | $900.00 |
| 8/22/2025 | JF | Review and analysis of latest draft of settlement agreement [1.4 hours]. Draft proposed edits to same [1.0 hour]. Call with Sharon Weiss to discuss same [1.0 hour]. | 3.40 $600.00/hr | $2,040.00 |
| 8/25/2025 | JF | Correspondence with bankruptcy team regarding filings [0.7 hours]. Correspondence with Dan Cantor regarding settlement agreements [0.8 hours]. | 1.50 $600.00/hr | $900.00 |
| 8/26/2025 | JF | Prepare for and attend deposition of Laura Vasey as PMQ at CTIC. | 3.70 $600.00/hr | $2,220.00 |
| 8/27/2025 | JF | Call with Dan Cantor [1.0 hour]. Finalize status reports for RTLK, Bragg, Bigge, and CTIC actions and arrange for filing [1.0 hour]. Review and revise latest revisions to draft settlement agreement [1.2 hours]. Correspondence in connection with same [0.3 hours]. | 3.50 $600.00/hr | $2,100.00 |
| 8/28/2025 | JF | Review post recent round of edits to draft settlement agreement [1.3 hours]. Correspondence with Dan Cantor regarding recent filings [0.5 hour]. | 1.80 $600.00/hr | $1,080.00 |
| 8/29/2025 | JF | Review Sharon's proposed edits to latest draft of settlement agreement [1.0 hour]. Draft analysis of key issues raised in current draft of settlement agreement and my proposed actions regarding same [2.2 hours]. Review key project agreements in connection with same [1.0 hours]. | 4.20 $600.00/hr | $2,520.00 |
| | **For professional services rendered** | | **81.10** | **$46,295.00** |

Oceanwide LA - Post BK                                                                    Page    4

**Expenses**

| Date | | Amount |
|---|---|---|
| 8/1/2025 | Case Anywhere, LLC. (For RGN, Invoice No.439236) | $52.00 |
| 8/12/2025 | ACE Attorney Service, Inv# 700910 | $187.19 |
| 8/31/2025 | Case Anywhere LLC (Invoice No. 451827 and Invoice No. 451823) | $92.00 |
| | Ace Attorney Services (Invoice No. 708036) | $913.59 |
| | **Total Expenses** | **$1,244.78** |
| | **Total amount this month** | **$47,539.78** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 72.50 | $600.00 | $43,500.00 |
| Ilana Skikos - Associate | 8.60 | $325.00 | $2,795.00 |



Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075



# Invoice

| Date | Invoice No. |
|---|---|
| 8/4/25 | 439236 |

Ralls Gruber & Niece LLP
c/o John Foust, Esq.
1700 S. El Camino Real, Suite 150
San Mateo, CA 94402

**Billing Period:** 7/1/25 - 7/31/25
**Payment Due Date:** 9/3/25
**Case:** Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:** 19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| System Access Fee | 1 | $40.00/mth | $40.00 |
| Document Service Fee | 2 | $6.00/doc | $12.00 |

| **BALANCE** | **$52.00** |
|---|---|

Please remit payment within 30 days.  Thank you for your business.

### Send payments indicating the Invoice Number to:

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

### Visit https://pay.caseanywhere.com to pay by credit card

Federal Tax Identification Number: 90-0274070

All prices of taxable items include sales tax reimbursement computed to the nearest mill

ONLINE LEGAL CASE MANAGEMENT | YOUR CASE IS ONLY A CLICK AWAY <sup>SM</sup>
www.caseanywhere.com

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 700910 | 11688 |
| **Invc Date** | **Total Due** |
| 8/11/25 | 4,837.51 |
| **Current** | **Over 30 Days** |
| 4,837.51 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 700910 | 7/31/25 | 4,837.51 | 12 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/29/25<br>SPECIAL eFILING | 2475709 | EXE | Caller: JOHN FOUST<br>RALLS GRUBER & NIECE LLP<br>400 S. EL CAMINO REAL<br>SAN MATEO<br><br>19STCV03357<br>WEBCOR V. LENDLEASE<br>OPP TO MOT; FOUST DE<br>CL | Ref No.: OCEANWIDE PLAZA<br>SPRING ST COURTHOUSE<br>312 N. SPRING ST.<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 102.75<br>CTF : 10.70<br>MISC : 3.00 | | 116.45 |
| 7/29/25<br>PDF CHMBR COPY SAMEDAY | 2475710 | CSD | Caller: JOHN FOUST<br>RALLS GRUBER & NIECE LLP<br>400 S. EL CAMINO REAL<br>SAN MATEO<br><br>19STCV03357<br>WEBCOR V. LENDLEASE<br>OPP TO MTN; DECL<br>DELIVER CCJ DEPT. 10 | Ref No.: OCEANWIDE PLAZA<br>LASC-SPRING ST. COURTHOUSE<br>312 N. SPRING ST. DEPT 10<br>LOS ANGELES<br><br>MISC=3 EXHIBIT TABS | BASE : 53.25<br>PDF PAGES : 10.50<br>MISC : 3.00<br>FUEL CHRG : 3.99 | | 70.74 |

Total Charges for Ref. - OCEANWIDE PLAZA:    187.19

## INVOICE PAYMENT DUE UPON RECEIPT



Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075

# Invoice

| Date | Invoice No. |
|---|---|
| 9/2/25 | 451827 |

Ralls Gruber & Niece LLP
c/o John Foust, Esq.
1700 S. El Camino Real, Suite 150
San Mateo, CA 94402

**Billing Period:**  8/1/25 - 8/31/25
**Payment Due Date:**  10/2/25
**Case:**  Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:**  19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| System Access Fee | 1 | $40.00/mth | $40.00 |
| Document Service Fee | 2 | $6.00/doc | $12.00 |

| **BALANCE** | **$52.00** |
|---|---|

Please remit payment within 30 days.  Thank you for your business.

# $92⁰⁰

### Send payments indicating the Invoice Number to:

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

### Visit https://pay.caseanywhere.com to pay by credit card

### Federal Tax Identification Number: 90-0274070

All prices of taxable items include sales tax reimbursement computed to the nearest mill

*Page 3 of 3*

**caseanywhere**®

Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075

# Invoice

| Date | Invoice No. |
|---|---|
| 9/2/25 | 451823 |

Oceanwide Plaza LLC
c/o Ken Choi, Esq.
645 West 9th Street, Suite 110, PMB 625
Los Angeles, CA 90015

**Billing Period:**  8/1/25 - 8/31/25
**Payment Due Date:**  10/2/25
**Case:**  Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:**  19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| System Access Fee | 1 | $40.00/mth | $40.00 |

| | |
|---|---|
| **BALANCE** | **$40.00** |

Please remit payment within 30 days.  Thank you for your business.

**Send payments indicating the Invoice Number to:**

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

**Visit https://pay.caseanywhere.com to pay by credit card**

Federal Tax Identification Number: 90-0274070

All prices of taxable items include sales tax reimbursement computed to the nearest mill

*Page 3 of 3*

# ACE
ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708036 | 11688 |
| Invc Date | Total Due |
| 9/08/25 | 6,269.48 |
| Current | Over 30 Days |
| 6,269.48 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 708036 | 8/31/25 | 6,269.48 | 3 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/27/25 | 2487255 | EFR | Caller: JOHN FOUST  Ref No.: BIGGE V OP  BASE : 68.75 | | |
| eFiling PRIORITY | | | RALLS GRUBER & NIECE LLP  LASC- CENTRAL  CTF : 10.70 | | |
| | | | 400 S. EL CAMINO REAL  111 N. HILL ST.  MISC : 3.00 | | 82.45 |
| | | | SAN MATEO  LOS ANGELES | | |
| | | | 22STCV23903  CTF=CourtTransaction | | |
| | | | BIGGE V OP  MISC=PDF C/C=$3.00 | | |
| | | | STATUS REPORT; POS | | |

Total  Charges  for Ref. - BIGGE V OP:  82.45

116.45

399.34

116.45

82.45

116.45

#913.59

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708036 | 11688 |
| **Invc Date** | **Total Due** |
| 9/08/25 | 6,269.48 |
| **Current** | **Over 30 Days** |
| 6,269.48 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 708036 | 8/31/25 | 6,269.48 | 4 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/27/25 | 2487257 | EXE | Caller: JOHN FOUST                    Ref No.: BRAGG V OP              BASE : 102.75 | | |
| Special eFILING | | | RALLS GRUBER & NIECE LLP              LASC                            CTF : 10.70 | | |
| | | | 400 S. EL CAMINO REAL                 111 N HILL ST                   MISC : 3.00 | | 116.45 |
| | | | SAN MATEO                             LOS ANGELES | | |
| | | | 22STCV17865                          CTF=CourtTransaction | | |
| | | | BRAGG V OCEANWIDE                     MISC=PDF C/C=$3.00 | | |
| | | | STATUS REPORT, POS | | |
| | | | Total  Charges for Ref. - BRAGG V OP:    116.45 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708036 | 11688 |
| **Invc Date** | **Total Due** |
| 9/08/25 | 6,269.48 |
| **Current** | **Over 30 Days** |
| 6,269.48 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 708036 | 8/31/25 | 6,269.48 | 12 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 8/10/25 | 2480243 | EFR | Caller: JOHN FOUST<br>RALLS GRUBER & NIECE LLP<br>400 S. EL CAMINO REAL<br>SAN MATEO | Ref No.: OCEANWIDE PLAZA LLC<br>LASC<br>312 N SPRING ST<br>LOS ANGELES | BASE :<br>MISC : | 68.75<br>150.00 | 218.75 |
| eFiling PRIORITY | | | 19STCV03357<br>WEBCOR V. LENDLEASE<br>REQ FOR LEAVE TO FIL<br>E REPLY; RJN | MISC=2 HOURS LEGAL<br>SUPPORT @$75.00/HR | | | |
| 8/19/25 | 2483587 | FLR | Caller: JOHN FOUST<br>RALLS GRUBER & NIECE LLP<br>400 S. EL CAMINO REAL<br>SAN MATEO | Ref No.: OCEANWIDE PLAZA LLC<br>LASC<br>312 N SPRING ST<br>LOS ANGELES | BASE :<br>WAIT/RSRCH:<br>PDF PAGES :<br>MISC : | 84.50<br>67.50<br>3.75<br>18.50 | |
| PDFFILE PRIORITY | | | 19STCV03357<br>WEBCOR V. LENDLEASE<br>REQ FOR LEAVE TO FIL<br>E REPLY; RJN | MISC=6EXH TABS=$6.00<br>50 COPIES=$12.50<br>WT = STANDBY TIME | FUEL CHRG : | 6.34 | 180.59 |

Total   Charges for Ref. - OCEANWIDE PLAZA LLC:     399.34

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE
## ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708036 | 11688 |
| **Invc Date** | **Total Due** |
| 9/08/25 | 6,269.48 |
| **Current** | **Over 30 Days** |
| 6,269.48 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 708036 | 8/31/25 | 6,269.48 | 14 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/27/25 | 2487259 | EXE | Caller: JOHN FOUST          Ref No.: RTKL V OP          BASE : 102.75 | | |
| Special eFILING | | | RALLS GRUBER & NIECE LLP     LASC                       CTF : 10.70 | | |
| | | | 400 S. EL CAMINO REAL        111 N HILL ST              MISC : 3.00 | | 116.45 |
| | | | SAN MATEO                    LOS ANGELES | | |
| | | | 22STCV33793                 CTF=CourtTransaction | | |
| | | | CALLISONRTKL V OCEAN         MISC=PDF C/C=$3.00 | | |
| | | | STATUS REPORT, POS | | |
| | | | Total  Charges for Ref. - RTKL V OP:   116.45 | | |

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708036 | 11688 |
| Invc Date | Total Due |
| 9/08/25 | 6,269.48 |
| Current | Over 30 Days |
| 6,269.48 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 708036 | 8/31/25 | 6,269.48 | 22 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/27/25 | 2487256 | EFR | Caller: JOHN FOUST          Ref No.: TITLE V OP     BASE : 68.75 | | |
| eFiling PRIORITY | | | RALLS GRUBER & NIECE LLP    LASC- CENTRAL          CTF : 10.70 | | |
| | | | 400 S. EL CAMINO REAL       111 N. HILL ST.        MISC : 3.00 | | 82.45 |
| | | | SAN MATEO                   LOS ANGELES | | |
| | | | 23STCV26765 | | |
| | | | TITLE V OP | | |
| | | | STATUS REPORT; POS          CTF=CourtTransaction | | |
| | | | MISC=PDF C/C=$3.00 | | |
| | | | Total Charges for Ref. - TITLE V OP:    82.45 | | |

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

**ACE ATTORNEY SERVICE, INC.**
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 708036 | 11688 |
| **Invc Date** | **Total Due** |
| 9/08/25 | 6,269.48 |
| **Current** | **Over 30 Days** |
| 6,269.48 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 708036 | 8/31/25 | 6,269.48 | 23 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 8/27/25 | 2487261 | EXE | Caller: JOHN FOUST        Ref No.: TOM MALLOY V OP         BASE : 102.75 | | |
| Special eFILING | | | RALLS GRUBER & NIECE LLP    LASC                             CTF  :  10.70 | | |
| | | | 400 S. EL CAMINO REAL       312 NORTH SPRING STREET         MISC :   3.00 | | 116.45 |
| | | | SAN MATEO                   LOS ANGELES | | |
| | | | | | |
| | | | 23STCV13428                CTF=CourtTransaction | | |
| | | | MALLOY V OP                MISC=PDF C/C=$3.00 | | |
| | | | STATUS REPORT, POS | | |
| | | | | | |
| | | | Total  Charges for Ref. - TOM MALLOY V OP:    116.45 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

**Ralls Gruber & Niece LLP**          400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6136
EIN = 27-4964216

October 10, 2025

Reference:  Representation in connection with litigation and construction law
advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2025 | IS | Communicate with J. Foust regarding exemption for filing. Research and review prior research on LA county rules for hand filing and California rules of court rules on filing exemptions. | 2.20 $325.00/hr | $715.00 |
| | JF | Call with Sharon Weiss to discuss the latest revisions to the settlement agreement [1.0 hour]. Draft revisions to same and circulate internally [0.7 hour]. | 1.70 $600.00/hr | $1,020.00 |
| 9/8/2025 | JF | Correspondence with Dan Cantor regarding CDE data. Correspondence regarding stipulations. | 1.50 $600.00/hr | $900.00 |
| 9/10/2025 | JF | Confer with client regarding request for date in connection with personal injury lawsuit. | 0.50 $600.00/hr | $300.00 |
| 9/12/2025 | JF | Teams conference with counsel for Lendlease and CTIC to review Oceanwide and Lendlease comments to draft settlement agreement. Review and analysis of draft in connection with same. | 2.40 $600.00/hr | $1,440.00 |
| 9/15/2025 | JF | Correspondence regarding settlement agreement. | 1.00 $600.00/hr | $600.00 |
| 9/16/2025 | JF | Correspondence with client. | 0.80 $600.00/hr | $480.00 |
| 9/30/2025 | JF | Call with Dan Cantor to discuss recent developments and issues [1.0 hour]. Review and expert designations by Lendlease and CTIC [1.0 hour]. | 2.00 $600.00/hr | $1,200.00 |
| | | **For professional services rendered** | **12.10** | **$6,655.00** |

Oceanwide LA - Post BK                                                                                Page    2

**Expenses**

|  |  | Amount |
|---|---|---:|
| 9/30/2025 | Case Anywhere LLC (Invoice No. 464604 [Ralls Gruber & Niece] and 464600 [Oceanwide Plaza LLC]) | $80.00 |
| | **Total Expenses** | **$80.00** |
| | **Total amount this month** | **$6,735.00** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| John Foust - Partner | 9.90 | $600.00 | $5,940.00 |
| Ilana Skikos - Associate | 2.20 | $325.00 | $715.00 |

**Ralls Gruber & Niece LLP**                     400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6219
EIN = 27-4964216

November 7, 2025

Reference:  Representation in connection with litigation and construction law
advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/17/2025 | JF | Correspondence with Sharon Weiss [0.3 hour ]. Call with Dan Cantor to discuss updates and strategy [1.2 hours]. | 1.50 $600.00/hr | $900.00 |
| 10/24/2025 | JF | Review and analysis of latest revisions to CTIC settlement agreement [1.2 hours]. Emails with Sharon Weiss re same [0.2 hour]. | 1.40 $600.00/hr | $840.00 |
| 10/28/2025 | JF | Review postings on CaseAnywhere and forward to client team with comments. | 1.00 $600.00/hr | $600.00 |
| 10/30/2025 | JF | Review and forward flings for LA Superior Court. | 1.00 $600.00/hr | $600.00 |
| 10/31/2025 | JF | Confer with Dan Cantor [0.5 hour]. Review correspondence from Dan Cantor regarding tasks to assume after he has departed from Oceanwide [1.0 hour]. | 1.50 $600.00/hr | $900.00 |
| **For professional services rendered** | | | **6.40** | **$3,840.00** |

### Expenses

| | | |
|---|---|---:|
| 10/31/2025 | Case Anywhere, LLC (Invoice No. 477571 and 477575) | $92.00 |
| **Total Expenses** | | **$92.00** |
| **Total amount this month** | | **$3,932.00** |

Oceanwide LA - Post BK                                                                                    Page     2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| John Foust - Partner | 6.40 | $600.00 | $3,840.00 |

**Ralls Gruber & Niece LLP**            400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6320

EIN = 27-4964216

December 5, 2025

Reference:   Representation in connection with litigation and construction law
advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2025 | JF | Review pleadings filed in LA Superior Court. | 1.50 $600.00/hr | $900.00 |
| 11/11/2025 | JF | Call with Sharon Weiss to discuss LADI claims and settlement agreement [0.9 hour]. Call with counsel for Lendlease re same [0.3 hour]. | 1.20 $600.00/hr | $720.00 |
| 11/12/2025 | JF | Review documents in connection with LADI claim and prior rulings and stipulations in connection with same [1.7 hours]. Call with Sharon to discuss same [1.2 hour]. Review and comments on latest draft of settlement agreement [1.5 hours]. | 3.40 $600.00/hr | $2,040.00 |
| 11/13/2025 | JF | Call with Sharon and Sarah Chenetz to discuss LADI claim [1.2 hours]. Prepare for mediation ordered by LA Superior Court [2.5 hours]. | 3.70 $600.00/hr | $2,220.00 |
| 11/14/2025 | JF | Attend mediation at LA Superior Court. | 7.50 $600.00/hr | $4,500.00 |
| 11/16/2025 | JF | Correspondence regarding settlement agreement [1.0 hour]. Call with Ken Choi to discuss mediation and proposed settlement [1.0 hour]. | 2.00 $600.00/hr | $1,200.00 |
| 11/18/2025 | JF | Prepare for and participate in Final Status Conference with Judge Highberger in LA Superior Court [1.2 hour]. Correspondence in connection with same [0.3 hour]. | 1.50 $600.00/hr | $900.00 |
| 11/22/2025 | JF | Call with Ken Choi regarding status of settlement and other outstanding issues. | 0.50 $600.00/hr | $300.00 |
| 11/25/2025 | JF | Review and comment of draft settlement agreement [1.8 hours]. Review correspondence in connection with same [0.8 hour]. | 2.60 $600.00/hr | $1,560.00 |
| **For professional services rendered** | | | **23.90** | **$14,340.00** |

Oceanwide LA - Post BK                                                                    Page    2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 23.90 | $600.00 | $14,340.00 |

**Ralls Gruber & Niece LLP**                    400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110           Invoice #: 6330
Los Angeles, CA 90015                       EIN = 27-4964216

January 9, 2026

Reference:  Representation in connection with litigation and construction law
            advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2025 | JF | Call with counsel for all parties to work through settlement agreement [1.0 hour]. Review draft settlements and memo of open issues in connection with same [1.0 hour]. Call with Sharon regarding settlement [0.3 hour]. | 2.30 $600.00/hr | $1,380.00 |
| 12/4/2025 | JF | Review notice of substitutions in all cases other than Webcor (Bragg, Bigge, RLTK, etc.) and send for filing [1.6 hour]. Call with Dan Cantor in connection with same [0.3 hour]. Review most recent draft of settlement agreement comments. [0.7 hour]. Call with counsel for Lendlease [0.3 hour]. Prepare for MSC [1.0 hour]. | 3.70 $600.00/hr | $2,220.00 |
| 12/5/2025 | JF | Attend mandatory settlement conference at LA Superior Court [4.0 hours]. Call with Sharon Weiss in connection with same [0.3 hour]. Draft update to client team [0.7 hour.] | 5.00 $600.00/hr | $3,000.00 |
| 12/12/2025 | JF | Correspondence regarding joint status conference statement. Review and approve same. | 1.00 $600.00/hr | $600.00 |
| 12/17/2025 | JF | Prepare for and attend hearing in LA Superior Court on Settlement Conference [2.7 hour]. Call with counsel for all parties to work through draft settlement agreement issues [1.5 hour]. Call with Sharon Weiss in connection with same [0.3 hour]. | 4.50 $600.00/hr | $2,700.00 |
| 12/18/2025 | JF | Review and prepare comments on latest draft of settlement agreement [1.2 hour]. Call with Sharon Weiss in connection with same [0.3 hour]. | 1.50 $600.00/hr | $900.00 |
| 12/19/2025 | JF | Call with Ken Choi regarding settlement [0.6 hour]. Draft correspondence regarding same [0.7 hour]. Call with Sharon Weiss to discuss proposed revisions and comments to latest draft settlement agreement [0.7 hour]. Zoom conference with CTIC, Lendlease, and LADI to work through the settlement agreement head to toe [2.2 hour]. | 4.20 $600.00/hr | $2,520.00 |

Oceanwide LA - Post BK

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/22/2025 JF | Teams call with counsel for all parties to work through the draft settlement agreement. | 2.20 $600.00/hr | $1,320.00 |
| 12/23/2025 JF | Correspondence regarding settlement agreement [0.5 hour]. Call with counsel for all parties to continue working through the settlement agreement [2.0 hour]. Call with counsel for CTIC [0.3 hour]. Call with Sharon Weiss regarding same [0.2 hour]. | 3.00 $600.00/hr | $1,800.00 |
| 12/31/2025 JF | Detailed review and analysis of proposed form of judgment and draft proposed revisions to same [2.2 hours]. Review prior statements of decision and prior stipulations to ensure that all numbers in the proposed judgment are accurate [1.8 hour]. Correspondence with counsel for all parties [0.3 hour]. | 4.30 $600.00/hr | $2,580.00 |
| | **For professional services rendered** | **31.70** | **$19,020.00** |
| | **Expenses** | | |
| 12/2/2025 | Case Anywhere LLC (Invoice No. 490383 and 490387) | | $80.00 |
| 12/11/2025 | Hotel Perla Los Angeles (John Foust, 12/04/25 to 12/05/25) | | $353.76 |
| | Hotel Perla Los Angeles (John Foust, 11/13/25 to 11/14/25) | | $379.44 |
| 12/31/2025 | Case Anywhere LLC (Invoice Nos. 503347 & 503351) | | $80.00 |
| | ACE Attorney Service (Various, Invoice No. 730766) | | $332.50 |
| | **Total Expenses** | | **$1,225.70** |
| | **Total amount this month** | | **$20,245.70** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 31.70 | $600.00 | $19,020.00 |





Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075

# Invoice

| Date | Invoice No. |
|---|---|
| 12/1/25 | 490383 |

Oceanwide Plaza LLC
c/o Ken Choi, Esq.
645 West 9th Street, Suite 110, PMB 625
Los Angeles, CA 90015

**Billing Period:** 11/1/25 - 11/30/25
**Payment Due Date:** 12/31/25
**Case:** Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:** 19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| System Access Fee | 1 | $40.00/mth | $40.00 |

**BALANCE DUE**                                                                 **$40.00**

Please remit payment within 30 days.  Thank you for your business.

**Send payments indicating the Invoice Number to:**

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

**Visit https://pay.caseanywhere.com to pay by credit card**

Federal Tax Identification Number: 47-3380949

All prices of taxable items include sales tax reimbursement computed to the nearest mill

ONLINE LEGAL CASE MANAGEMENT | YOUR CASE IS ONLY A CLICK AWAY ᔆᴹ
www.caseanywhere.com



Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075

# Invoice

| Date | Invoice No. |
|---|---|
| 12/1/25 | 490387 |

Ralls Gruber & Niece LLP
c/o John Foust, Esq.
1700 S. El Camino Real, Suite 150
San Mateo, CA 94402

**Billing Period:**  11/1/25 - 11/30/25
**Payment Due Date:**  12/31/25
**Case:**  Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:**  19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| System Access Fee | 1 | $40.00/mth | $40.00 |

**BALANCE DUE**                                                                 **$40.00**

Please remit payment within 30 days.  Thank you for your business.

### Send payments indicating the Invoice Number to:

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

### Visit https://pay.caseanywhere.com to pay by credit card

Federal Tax Identification Number: 47-3380949

All prices of taxable items include sales tax reimbursement computed to the nearest mill

*Page 3 of 3*

Oceanwide

Hotel Per La, an Autograph Collection
649 South Olive St.

Los Angeles, CA  90017
USA
Tel: 213-358-0000

# HOTEL
# PER LA
### LOS ANGELES
AUTOGRAPH COLLECTION®
HOTELS

JOHN FOUST

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 101952 |
| Folio ID | : | A |
| Arrive Date | : | 04-DEC-25      00:52 |
| Depart Date | : | 05-DEC-25      12:00 |
| No. Of Guest | : | 2 |
| Room Number | : | 1021 |
| Marriott Bonvoy Number : | | 3462 |

Information Invoice

Hotel Per La  05-DEC-25  04:20  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 04-DEC-25 | RT1021 | Room Revenue | 269.45 | |
| 04-DEC-25 | RT1021 | LA Tourism Mktg Dist. 2% | 5.39 | |
| 04-DEC-25 | RT1021 | LA City Tax 14% | 37.72 | |
| 04-DEC-25 | RT1021 | State Tax .195% | 0.53 | |
| 04-DEC-25 | RT1021 | Destination Fee | 35.00 | |
| 04-DEC-25 | RT1021 | LA Tourism Mktg Dist. 2% DAF | 0.70 | |
| 04-DEC-25 | RT1021 | LA City Tax 14%  DAF | 4.90 | |
| 04-DEC-25 | RT1021 | State Tax .195% DAF | 0.07 | |
| 05-DEC-25 | VI | Visa | | -353.76 |
| | | ** Total | 353.76 | -353.76 |
| | | *** Balance | 0.00 | |

Continued on the next page

HOTEL
PER LA
LOS ANGELES

AUTOGRAPH COLLECTION®
HOTELS

Hotel Per La, an Autograph Collection
649 South Olive St.

Los Angeles, CA  90017
USA
Tel: 213-358-0000

John Foust

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 99672 |
| Folio ID | : | A |
| Arrive Date | : | 13-NOV-25      18:40 |
| Depart Date | : | 14-NOV-25 |
| No. Of Guest | : | 2 |
| Room Number | : | 711 |
| Marriott Bonvoy Number : | | |

Information Invoice

Hotel Per La  14-NOV-25  03:40  9999

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 13-NOV-25 | RT711 | Room Revenue | 291.55 | |
| 13-NOV-25 | RT711 | LA Tourism Mktg Dist. 2% | 5.83 | |
| 13-NOV-25 | RT711 | LA City Tax 14% | 40.82 | |
| 13-NOV-25 | RT711 | State Tax .195% | 0.57 | |
| 13-NOV-25 | RT711 | Destination Fee | 35.00 | |
| 13-NOV-25 | RT711 | LA Tourism Mktg Dist. 2% DAF | 0.70 | |
| 13-NOV-25 | RT711 | LA City Tax 14%  DAF | 4.90 | |
| 13-NOV-25 | RT711 | State Tax .195% DAF | 0.07 | |
| 14-NOV-25 | VI | Visa | | -379.44 |

Approve EMV Receipt for VI - 7431: Signature Captured
Application Label: VISA CREDIT   AID: A0000000031010
ARC: 00   IAD: 0602120360A002   TSI: E800   TVR: 0000008000

| | | | | |
|---|---|---|---|---|
| | | ** Total | 379.44 | -379.44 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page





Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075

# Invoice

| Date | Invoice No. |
|---|---|
| 1/2/26 | 503347 |

Oceanwide Plaza LLC
c/o Ken Choi, Esq.
645 West 9th Street, Suite 110, PMB 625
Los Angeles, CA 90015

**Billing Period:** 12/1/25 - 12/31/25
**Payment Due Date:** 2/1/26
**Case:** Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:** 19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| System Access Fee | 1 | $40.00/mth | $40.00 |

| | |
|---|---|
| **BALANCE DUE** | **$40.00** |

Please remit payment within 30 days.  Thank you for your business.

**Send payments indicating the Invoice Number to:**

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

Visit **https://pay.caseanywhere.com** to pay by credit card

Federal Tax Identification Number: 47-3380949

All prices of taxable items include sales tax reimbursement computed to the nearest mill

*Page 3 of 3*



Case Anywhere LLC | 21860 Burbank Blvd., Suite 125, Woodland Hills, California 91367 | toll free 800.884.3163  phone 818.650.1040  fax 818.650.1075

# Invoice

| Date | Invoice No. |
|------|-------------|
| 1/2/26 | 503351 |

Ralls Gruber & Niece LLP
c/o John Foust, Esq.
1700 S. El Camino Real, Suite 150
San Mateo, CA 94402

**Billing Period:**  12/1/25 - 12/31/25
**Payment Due Date:** 2/1/26
**Case:**  Webcor Construction, L.P. v. Lendlease (US) Construction, Inc., et al.
**Case Number:** 19STCV03357 and Related Cases

| DESCRIPTION | QTY | RATE | TOTAL |
|-------------|-----|------|-------|
| System Access Fee | 1 | $40.00/mth | $40.00 |

| | |
|---|---|
| **BALANCE DUE** | **$40.00** |

Please remit payment within 30 days.  Thank you for your business.

### Send payments indicating the Invoice Number to:

Case Anywhere LLC
P.O. Box 25294
New York, NY 10087-5294

### Visit **https://pay.caseanywhere.com** to pay by credit card

Federal Tax Identification Number: 47-3380949

All prices of taxable items include sales tax reimbursement computed to the nearest mill

ONLINE LEGAL CASE MANAGEMENT | YOUR CASE IS ONLY A CLICK AWAY ᔆᴹ
www.caseanywhere.com

# ACE

**ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

| Invoice No. | Customer No. |
|---|---|
| 730766 | 11688 |
| Invc Date | Total Due |
| 12/23/25 | 4,641.47 |
| Current | Over 30 Days |
| 4,641.47 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

BILLING INQUIRIES CALL
(213) 623-3979

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 11688 | 730766 | 12/15/25 | 4,641.47 | 21 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/04/25 eFiling | 2523884 | ESD | Caller: JOHN FOUST  RALLS GRUBER & NIECE LLP  400 S. EL CAMINO REAL  SAN MATEO  23STCV13428  MALLOY V OP  NOTICE, POS | Ref No.: TOM MALLOY V OP  LASC  312 NORTH SPRING STREET  LOS ANGELES  XA=2ND RESUB TO CRT  MSC=CourtTransaction  MISC=PDF C/C=$3.00 | BASE      :    44.00  XA-ATTEMPT:    44.00  MISC      :    13.70 | 101.70 |

Total  Charges for Ref. - TOM MALLOY V OP:    101.70

+ 57.70 × 4

$332.50

## INVOICE PAYMENT DUE UPON RECEIPT

**ACE** ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 730766 | 11688 |
| Invc Date | Total Due |
| 12/23/25 | 4,641.47 |
| Current | Over 30 Days |
| 4,641.47 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 730766 | 12/15/25 | 4,641.47 | 17 |

| Date | Ordr No. | Svc | Service Detail | | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/04/25 | 2523895 | ESD | Caller: JOHN FOUST | Ref No.: RTKL V OCEANWIDE PLAZA | BASE | : | 44.00 | | |
| | | | RALLS GRUBER & NIECE LLP | LASC | CTF | : | 10.70 | | |
| eFiling | | | 400 S. EL CAMINO REAL | 312 NORTH SPRING STREET | MISC | : | 3.00 | | 57.70 |
| | | | SAN MATEO | LOS ANGELES | | | | | |
| | | | | | | | | | |
| | | | 22STCV33793 | | | | | | |
| | | | CALLISONRTKL V OCEAN | CTF=CourtTransaction | | | | | |
| | | | NTC DISASSOC AND ASS | MISC=PDF C/C=$3.00 | | | | | |
| | | | OC COUNSEL; POS | | | | | | |
| | | | | | | | | | |
| | | | Total Charges for Ref. - RTKL V OCEANWIDE PLAZA: | | 57.70 | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 730766 | 11688 |
| Invc Date | Total Due |
| 12/23/25 | 4,641.47 |
| Current | Over 30 Days |
| 4,641.47 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 730766 | 12/15/25 | 4,641.47 | 15 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 12/04/25 eFiling | 2523899 | ESD | Caller: JOHN FOUST   Ref No.: NAVIGATORS V OCEANWIDE   BASE : 44.00<br>RALLS GRUBER & NIECE LLP   LASC   CTF : 10.70<br>400 S. EL CAMINO REAL   111 N HILL ST   MISC : 3.00<br>SAN MATEO   LOS ANGELES<br><br>23STCV16644   CTF=CourtTransaction<br>NAVIGATORS V OCEANWI   MISC=PDF C/C=$3.00<br>NTC;POS | | 57.70 |

Total Charges for Ref. - NAVIGATORS V OCEANWIDE:    57.70

## INVOICE PAYMENT DUE UPON RECEIPT

# ACE
**ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 730766 | 11688 |
| Invc Date | Total Due |
| 12/23/25 | 4,641.47 |
| Current | Over 30 Days |
| 4,641.47 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 730766 | 12/15/25 | 4,641.47 | 14 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/04/25 eFiling | 2523898 | ESD | Caller: JOHN FOUST<br>RALLS GRUBER & NIECE LLP<br>400 S. EL CAMINO REAL<br>SAN MATEO<br><br>23STCV06888<br>LEXINGTON V OCEANWID<br>NTC;POS | Ref No.: LEXINGTON V OCEANWIDE<br>LASC<br>111 N HILL ST<br>LOS ANGELES<br><br>CTF=CourtTransaction<br>MISC=PDF C/C=$3.00 | BASE : 44.00<br>CTF : 10.70<br>MISC : 3.00 | 57.70 |

Total  Charges  for Ref. - LEXINGTON V OCEANWIDE:     57.70

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 730766 | 11688 |
| **Invc Date** | **Total Due** |
| 12/23/25 | 4,641.47 |
| **Current** | **Over 30 Days** |
| 4,641.47 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 730766 | 12/15/25 | 4,641.47 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/04/25 eFiling | 2523887 | ESD | Caller: JOHN FOUST RALLS GRUBER & NIECE LLP 400 S. EL CAMINO REAL SAN MATEO | Ref No.: BIGGE V OP LASC 312 NORTH SPRING STREET LOS ANGELES | BASE : 44.00 CTF : 10.70 MISC : 3.00 | 57.70 |
| | | | 22STCV23903 BIGGE V OP NOTICE, POS | CTF=CourtTransaction MISC=PDF C/C=$3.00 | | |

Total Charges for Ref. - BIGGE V OP:      57.70

# INVOICE PAYMENT DUE UPON RECEIPT

**Ralls Gruber & Niece LLP**                    400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6427
EIN = 27-4964216

February 13, 2026

Reference:  Representation in connection with litigation and construction law
            advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2026 | JF | Call with counsel for LADI to work through proposed form of judgment. Review SASCO settlement agreement and related documents. Correspondence in connection with same. | 2.30 $745.00/hr | $1,713.50 |
| 1/7/2026 | JF | Draft revisions to proposed form of judgment [0.8 hour]. Call with counsel for LADI in connection with same [0.5 hour]. Correspondence with counsel for Lendlease regarding same [0.7]. | 2.00 $745.00/hr | $1,490.00 |
| 1/9/2026 | JF | File notices in Bragg and CTIC case [0.3 hour]. Correspondence with Dan Cantor re same [0.2 hour]. Review correspondence regarding settlement documents [1.0 hour]. | 1.50 $745.00/hr | $1,117.50 |
| 1/12/2026 | JF | Review and analysis of current version of settlement documents (i.e., settlement agreement, both forms of stipulated judgment, escrow instructions) [1.5 hour]. Call with counsel for CTIC to work through recent changes and issues [1.0 hour]. | 2.50 $745.00/hr | $1,862.50 |
| 1/13/2026 | JF | Review latest draft edits to settlement documents [0.7 hour]. Call with counsel for CTIC in connection with same [1.0 hour]. | 1.70 $745.00/hr | $1,266.50 |
| 1/14/2026 | JF | Call with Sharon to discuss edits to settlement documents [0.8 hour]. Make proposed edits to settlement agreement [0.8 hour]. Correspondence in connection with same [0.8 hour]. Correspondence regarding filings in state court action [0.4 hour]. | 2.80 $745.00/hr | $2,086.00 |
| 1/16/2026 | JF | Review latest round of edits to settlement documents. | 1.20 $745.00/hr | $894.00 |
| 1/21/2026 | JF | Teams call with counsel for all parties to work through settlement documents [1.8 hour]. Review latest drafts in preparation for same [1.0 hour]. | 2.80 $745.00/hr | $2,086.00 |
| 1/22/2026 | JF | Meeting counsel for all parties to continue working through settlement docs [1.7 hour]. Call with Sharon regarding same [0.3 hour]. Further meeting with counsel to work through documents [1.0 hour]. Draft | 3.50 $745.00/hr | $2,607.50 |

Oceanwide LA - Post BK                                                                              Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | summary for counsel for Lexington in preparation for status conference on 2/3/2026 [0.5 hour]. |  |  |
| 1/23/2026 JF | Follow-up meeting with counsel for all parties to continue working through settlement documents. | 1.20 $745.00/hr | $894.00 |
| 1/26/2026 JF | Teams conference with counsel for CTIC, LADI, and Lendlease to finalize settlement documents. | 1.00 $745.00/hr | $745.00 |
| 1/28/2026 JF | Call with all counsel regarding settlement documentation [0.5 hour]. Review and approve final versions of all settlement documents, including stipulated form of judgment [1.2 hours]. Correspondence with parties and with court regarding same [1.0 hour]. | 2.70 $745.00/hr | $2,011.50 |
| 1/29/2026 JF | Review and finalize state reports in Bragg matter and RTLK matter and file same [1.0 hour]. Correspondence regarding finalized settlement [0.7 hour]. | 1.70 $745.00/hr | $1,266.50 |
| 1/30/2026 JF | Correspondence with counsel and court [0.5 hour]. Confer with Dan Cantor regarding non-Webcor actions and status reports [0.5 hour]. | 1.00 $745.00/hr | $745.00 |
| **For professional services rendered** | | **27.90** | **$20,785.50** |

**Expenses**

| 1/26/2026 | ACE Attorney Service, Inv# 738456 | | $103.70 |
|---|---|---|---|
| 1/30/2026 | ACE Attorney Service, Inv #741470 | | $118.45 |
| **Total Expenses** | | | **$222.15** |
| **Total amount this month** | | | **$21,007.65** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 27.90 | $745.00 | $20,785.50 |

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 738456 | 11688 |
| **Invc Date** | **Total Due** |
| 1/26/26 | 2,617.63 |
| **Current** | **Over 30 Days** |
| 2,617.63 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 738456 | 1/15/26 | 2,617.63 | 3 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/09/26 eFiling | 2536212 | ESD | Caller: JOHN FOUST    Ref No.: BRAGG V OP<br>RALLS GRUBER & NIECE LLP    SPRING STREET COURT    BASE : 44.00<br>400 S. EL CAMINO REAL    312 N SPRING ST    CTF : 12.70<br>SAN MATEO    LOS ANGELES    MISC : 3.00<br><br>22STCV17865    CTF=CourtTransaction<br>BRAGG V OCEANWIDE    MISC=PDF C/C=$3.00<br>NTC OF DISASSOCIATN;<br>PROOF OF SERVICE | BASE : 44.00<br>CTF : 12.70<br>MISC : 3.00 | 59.70 |

Total Charges for Ref. - BRAGG V OP: 59.70

+ 44℃

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE

ATTORNEY SERVICE

*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 738456 | 11688 |
| **Invc Date** | **Total Due** |
| 1/26/26 | 2,617.63 |
| **Current** | **Over 30 Days** |
| 2,617.63 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 738456 | 1/15/26 | 2,617.63 | 14 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/09/26 eFiling | 2536226 | ESD | Caller:  JOHN FOUST RALLS GRUBER & NIECE LLP 400 S. EL CAMINO REAL SAN MATEO  19STCV03357 WEBCOR V LENDLEASE NTC OF DISASSOCIATN; PROOF OF SERVICE | Ref No.:  WEBCOR V LL SPRING STREET COURT 312 N SPRING ST LOS ANGELES  EFILE | BASE : 44.00 | 44.00 |
| | | | Total  Charges for Ref. - WEBCOR V LL:     44.00 | | |
| | | | | Total | 2,617.63 |

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE
**ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 741470 | 11688 |
| **Invc Date** | **Total Due** |
| 2/09/26 | 2,607.79 |
| **Current** | **Over 30 Days** |
| 2,607.79 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

RALLS GRUBER & NIECE LLP
400 S. EL CAMINO REAL
SUITE 850
SAN MATEO, CA 94402

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11688 | 741470 | 1/31/26 | 2,607.79 | 3 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 1/29/26 | 2544767 | EXE | Caller: JOHN FOUST     Ref No.: CALLISONRTKL V OCEAN     BASE : 102.75 | | |
| | | | RALLS GRUBER & NIECE LLP     LASC-SPRING ST. COURTHOUSE     CTF : 12.70 | | |
| Special eFILING | | | 400 S. EL CAMINO REAL     312 N. SPRING ST.     MISC : 3.00 | | 118.45 |
| | | | SAN MATEO     LOS ANGELES | | |
| | | | 22STCV33793     CTF=CourtTransaction | | |
| | | | CALLISONRTKL V OCEAN     MISC=PDF C/C=$3.00 | | |
| | | | JOINT STATUS REPORT | | |
| | | | Total Charges for Ref. - CALLISONRTKL V OCEAN:     118.45 | | |

# INVOICE PAYMENT DUE UPON RECEIPT

**Ralls Gruber & Niece LLP**    400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6533

EIN = 27-4964216

March 12, 2026

Reference:  Representation in connection with litigation and construction law
advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2026 | JF | Correspondence with counsel for Bigge Crane and Tom Malloy regarding status reports [0.6 hour]. Revise and file status reports in Bigge Crane and Tom Malloy [0.6 hour]. | 1.20 $745.00/hr | $894.00 |
| 2/11/2026 | JF | Confer with Ken Choi and Thomas Feng regarding LADI loan balance issue re settlement agreement. | 1.00 $745.00/hr | $745.00 |
| 2/16/2026 | JF | Review correspondence with counsel for CallisonRTKL. | 0.80 $745.00/hr | $596.00 |
| **For professional services rendered** | | | **3.00** | **$2,235.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 3.00 | $745.00 | $2,235.00 |

**Ralls Gruber & Niece LLP**          400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6609
EIN = 27-4964216

April 16, 2026

Reference:  Representation in connection with litigation and construction law
advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2026 JF | Review correspondence and filings [1.0 hour]. Email with Sharon [0.2 hour]. Begin drafting final application for fees [0.8 hour]. | | 2.00 $745.00/hr | $1,490.00 |
| | **For professional services rendered** | | **2.00** | **$1,490.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 2.00 | $745.00 | $1,490.00 |

**Ralls Gruber & Niece LLP**                    400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6675
EIN = 27-4964216

May 11, 2026

Reference:  Representation in connection with litigation and construction law
            advice arising out of Oceanwide Plaza (post BK)

### Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2026 | DC | Receive draft joint bankruptcy status report from Lee, for Bragg v OP. Review and revise and send to him for his review. | 0.70 $485.00/hr | $339.50 |
| 4/24/2026 | JF | Correspondence with counsel for Callison RTKL, Bragg, and others regarding status reports. | 1.00 $745.00/hr | $745.00 |
|  | DC | Prepare draft joint bankruptcy status report and e-mail to Rosin, for Bigge v OP, for review.  Brief call with him re same. (.6)  Prepare proof of service, e-file, and e-serve on Rosin. (.1) | 0.70 $485.00/hr | $339.50 |
|  | DC | Review ad revise joint Bragg status report.  E-mail attorney Dakis re same. | 0.10 $485.00/hr | $48.50 |
|  | DC | Review and revise draft joint bankruptcy status report from Breucop, for CallisonRTKL v OP, e-mail to him for review. (.6) On his approval, prepare proof of service, e-file, and e-serve on Breucop. (.1) | 0.70 $485.00/hr | $339.50 |
|  | DC | Prepare draft Chicago Title joint bankruptcy status report and e-mail to counsel for review. (.6) Revise draft for unilateral filing with explanation, prepare proof of service, e-file, and e-serve on counsel. (.2) | 0.80 $485.00/hr | $388.00 |
|  | DC | Prepare draft Tom Malloy joint bankruptcy status report and e-mail to Niccoli for review. (.6)  Revise draft for unilateral filing with explanation, prepare proof of service, e-file, and e-serve on counsel noting why we unilaterally filed. (.2) | 0.80 $485.00/hr | $388.00 |
|  |  | **For professional services rendered** | **4.80** | **$2,588.00** |

Oceanwide LA - Post BK                                                                          Page    2

### Expenses

|  | Amount |
|---|---|
| 4/30/2026  ACE invoices, #761837 | $471.75 |
| **Total Expenses** | **$471.75** |
| **Total amount this month** | **$3,059.75** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 1.00 | $745.00 | $745.00 |
| Daniel Cantor - Counsel | 3.80 | $485.00 | $1,843.00 |

**Ralls Gruber & Niece LLP**   400 S. El Camino Real, Suite 850 San Mateo, CA 94402

650-458-4040

Invoice submitted to:

Ken W. Choi, General Counsel
Oceanwide Plaza LLC - PMB 625
645 West Ninth Street, Suite 110
Los Angeles, CA 90015

Invoice #: 6706

EIN = 27-4964216

May 28, 2026

Reference:  Representation in connection with litigation and construction law
advice arising out of Oceanwide Plaza (post BK)

### Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2026 | DC | Attorney Niccoli calls regarding bankruptcy status.  Prepare e-mail summary of call and send to him to memorialize same and give him Stretto link. | 0.30 $485.00/hr | $145.50 |
| 5/15/2026 | DC | For Bigge, Bragg, RTKL, Tom Malloy, and Chicago Title Oceanwide prepar and file non-appearance case review minute orders. (1.0) Update Case Summaries, calendar, and mechanic's lien table. (.5) E-mail Ace for RTKL copies. (no charge) | 1.50 $485.00/hr | $727.50 |
| 5/18/2026 | JF | Review and approve filings in LA Superior Court. | 0.70 $745.00/hr | $521.50 |
| 5/21/2026 | DC | Review Navigators case status in advance of June 1, 2026, status conference. | 0.10 $485.00/hr | $48.50 |
| 5/26/2026 | JF | Draft third interim fee application. | 0.80 $745.00/hr | $596.00 |
| | JF | Continue drafting third interim fee application [1.7 hour]. Review and approve exhibits in support of same [0.3 hour]. | 2.00 $745.00/hr | $1,490.00 |
| **For professional services rendered** | | | **5.40** | **$3,529.00** |

Oceanwide LA - Post BK                                                                  Page     2

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Foust - Partner | 3.50 | $745.00 | $2,607.50 |
| Daniel Cantor - Counsel | 1.90 | $485.00 | $921.50 |

# EXHIBIT 2

# JOHN FOUST
*Partner*, RALLS GRUBER & NIECE LLP

## PRACTICE SUMMARY

John is a construction lawyer with 23 years of experience litigating and advising clients on complex construction matters in the United States and abroad.

- ***Domestic construction claims***.  Domestically, John represents owners and contractors in the prosecution and defense of all manner of contract disputes, including schedule claims and extra-work claims.  He has decades of experience litigating solar projects, rail projects, hospitals, manufacturing/processing facilities, and high-rise towers.

- ***International arbitration***.  John represents contractors, developers, and energy companies in international arbitrations.  He has successfully arbitrated claims before the ICC, AAA, ICDR, SIAC, and JAMS, as well as ad hoc arbitrations under UNCITRAL rules.

- ***Construction contract crafting & review***.  In addition to disputes, John drafts and negotiates contracts for construction projects and advises owners on project controls and risk management.

John frequently writes and lectures on construction law and arbitration.  Together with Andrew Ness, John is co-editor and an author of the recent book *Construction Arbitration: The Advocate's Practical Guide*, ABA Publishing, 2023.  John a Fellow of the American College of Construction Lawyers, and he has held leadership positions with the American Bar Association Forum on Construction Law.

John has been recognized as a leading lawyer by Chambers USA, as "Tier 1" by Best Lawyers / US News Report, and a "Thought Leader" by WWL Construction Law.

## EXPERIENCE

**RALLS GRUBER & NIECE LLP** (San Francisco, CA)
*Partner*, September 2019 – Present

- Currently acting as lead counsel for Oceanwide Plaza LLC, the owner/developer of a mixed-use, high-rise tower in Los Angeles.

- Currently acting as lead counsel for developer of $1.5 billion development in San Francisco, including claims for extra-work, productivity impacts, and delays.

- Represented an owner/developer of a utility-scale solar power project in central Pennsylvania with claims against the EPC Contractor.  Obtained favorable arbitration award following a one-week hearing in Philadelphia.

- Represented an EPC contractor with claims against the owner/developer of a utility-scale solar power project in Los Angeles.  Obtained favorable arbitration award following a 10-day hearing in Los Angeles.

- Co-counsel for an EPC contractor with major claims against public owner arising from the design and construction of the California High-Speed Rail Project.  Prevailed in a series of arbitrations before the Cal. Office of Admin. Hearings.

- Represent large electrical contractor with $75 million claim against a public owner arising from the construction of a new courthouse in Sacramento.

**Nixon Peabody LLP** (San Francisco, CA)
*Counsel*, March 2015 – August 2019

- Represented an international EPC contractor in an eight-week arbitration over a series of solar power plants for a European public utility company.  At arbitration, the contractor successfully defeated approximately $100 million in termination-related damages and prevailed on its own claim for abandonment of contract and quantum meruit.  The contractor also recovered its attorney's fees and costs.

**JONES DAY** (San Francisco, CA)
*Partner*, February 2011 – March 2015

- Represented MGM Resorts International in connection with a complex, multi-billion-dollar dispute over the design and construction of the $8.5 billion CityCenter casino and hotel development in Las Vegas, Nevada.

- Part of a team that represented Chevron in an international arbitration against PetroChina arising from the development of a sour gas complex in China.

- Litigation Coordinator for San Francisco office 2012 – 2014

**HOWREY** (San Francisco, CA)
*Partner*, December 2010 – February 2011
*Senior Associate*, November 2008 – December 2010

- Represented EPC contractors, including Jacobs Engineering Group and Bechtel, in a variety of disputes in state court, federal court, and international arbitration.

- Firm dissolved in February 2011.

**THELEN LLP** (San Francisco, CA)
*Associate*, September 2002 – November 2008
*Summer Associate*, Summer 2000

- Worked in the firm's Construction Practice, where I represented clients such as Bechtel, Fluor, Vestas Wind Systems, Shell Oil, Weyerhaeuser Corporation, Mandarin Oriental Hotel Group, and others in prosecuting and defending construction claims in state court, federal court, and arbitration.

- Firm dissolved in November 2008.

## EDUCATION & CLERKSHIP

**U.S. DISTRICT COURT** (D. Mass.)
Law Clerk to Hon. Edward F. Harrington (Aug. 2001 – Aug. 2002)

**BOSTON COLLEGE LAW SCHOOL**
J.D. 2001, Magna Cum Laude
–Top 2% of Class
–Order of the Coif
–*Managing Editor*, Boston College Law Review

**UNIVERSITY OF NEW MEXICO**
B.A. 1994
–General Honors
–NM Endowment for the Humanities Grant, 1994
–McGill University, Visiting Student, 1992 – 1994

## HONORS & AWARDS

- Chambers USA, Ranked (Construction, CA), 2021, 2022, 2023

- Fellow, American College of Construction Law, Class of 2024

- "Thought Leader," WWL Construction Law, 2022, 2023

- Tier 1, Construction, US News & World Report Best Lawyers, 2019–Present

- "Super Lawyer," Northern California Super Lawyers Magazine 2009–Present

- Division Chair, ABA Forum on Construction Law, 2017-2019

- Publications Committee, ABA Forum on Construction Law, 2016–Present

*John Foust – CV*

## BAR ADMISSIONS

California (2001); New Mexico (2002); Nevada (2010)

## PUBLICATIONS

Andy Ness and John Foust, *Construction Arbitration: The Advocate's Practical Guide*, ABA Publishing, 2023

Chapter Co-Author, *Construction Defects, Second Edition*, ABA Publishing, 2011, 2021

Editor, *The Construction Lawyer* (Journal), 2019–2021

*Assoc. Editor*, The Construction Lawyer, 2016–2019

Author, Underestimated Bids Under False Claims Act, ENR, Nov. 2005

Co-Author, Mechanics' Liens & Stop Notices, Obtaining Priority Over the Construction Lender," CAGC Legal Pub., Nov. 2003

Author, *State Power to Regulate Alcohol Under the Twenty-First Amendment: The Constitutional Implications of the Twenty-First Amendment Enforcement Act*, 41 B.C. L. Rev. 659 (2000)

**<u>Ilana Skikos</u> - Associate Attorney, Ralls Gruber & Niece LLP**

Ilana is a commercial litigator with an emphasis on contract disputes. Her experience includes commercial disputes between contractors and owners within construction, public works, and infrastructure projects. She represents clients in California state court, Federal Court, and in private arbitration. She has significant experience with law-and-motion filings, deposition preparation, electronic discovery, and trial preparation.

**Education**

Santa Clara University School of Law
Juris Doctor, 2022

Fordham University School of Law
Visiting Program, Fall 2021

Santa Clara University
Bachelor of Arts, Political Science and Government,
2018

# EXHIBIT 3

# Exhibit 3

## EXPENSES & REIMBURSABLES

**Summary of Expenses and Reimbursables by Invoice and Category**

| Invoice | Category | | Amount |
|---|---|---|---|
| Invoice #5357 | CaseAnywhere (filing fees) | $ | 52.00 |
| | ACE Atty Service (filing fees) | $ | 187.19 |
| | CaseAnywhere (filing fees) | $ | 92.00 |
| | ACE Atty Service (filing fees) | $ | 913.59 |
| | **Subtotal** | **$** | **1,244.78** |
| Invoice #6136 | CaseAnywhere (filing fees) | $ | 80.00 |
| | **Subtotal** | **$** | **80.00** |
| Invoice #6219 | CaseAnywhere (filing fees) | $ | 92.00 |
| | **Subtotal** | **$** | **92.00** |
| Invoice #6330 | CaseAnywhere (filing fees) | $ | 80.00 |
| | Hotel for J. Foust 12/04/25 to 12/05/25 | $ | 353.76 |
| | Hotel for J. Foust 11/13/25 to 11/14/25 | $ | 379.44 |
| | CaseAnywhere (filing fees) | $ | 80.00 |
| | ACE Atty Service (filing fees) | $ | 332.50 |
| | **Subtotal** | **$** | **1,225.70** |
| Invoice #6427 | ACE Atty Service (filing fees) | $ | 103.70 |
| | ACE Atty Service (filing fees) | $ | 118.45 |
| | **Subtotal** | **$** | **222.15** |
| Invoice #6675 | ACE Atty Service (filing fees) | $ | 471.75 |
| | **Subtotal** | **$** | **471.75** |
| **TOTAL EXPENSES** | | **$** | **3,336.38** |